Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email:  john@meganglor.com
**Megan E. Glor, Attorneys at Law, P.C.**
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **BETHANY COLEMAN-FIRE,** | Case No.   3:18-cv-180 |
| Plaintiff, | **COMPLAINT** |
| v. | **(Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B))** |
| **STANDARD INSURANCE COMPANY,** | |
| Defendant. | |

## I.     INTRODUCTION

1.

This action is brought on behalf of Plaintiff, Bethany Coleman-Fire, pursuant to

the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et seq*.

COMPLAINT - Page 1 of 7

("ERISA").  Plaintiff seeks to recover from Defendant, Standard Insurance Company ("Standard"), unpaid long-term disability ("LTD") benefits pursuant to the terms of a group LTD policy ("the LTD Policy") issued by Standard to Plaintiff's former employer, Davis Wright Tremaine LLP, under ERISA § 502(a), 29 U.S.C. §1132(a)(1)(B). Plaintiff seeks unpaid LTD benefits, interest on the unpaid benefits and her costs and attorney's fees, pursuant to ERISA § 502(e)(1), (f), and (g), 29 U.S.C. §1132(e)(1), (f), and (g).

## II.	JURISDICTION AND VENUE

2.

Jurisdiction is conferred upon this Court by ERISA § 502(e)(1), (f) and (g), 29 U.S.C. § 1132(e)(1), (f) and (g), which gives the United States district courts jurisdiction to hear civil actions brought to recover plan benefits due under the terms of an employee welfare benefit plan, as well as other declarative relief and attorney's fees and costs.

3.

Venue is proper in this district court pursuant to ERISA § 502(e), 29 U.S.C. § 1132(e)(2), and pursuant to 28 U.S.C. § 1391.

## III.	THE PARTIES

4.

At all times material, Plaintiff was employed by Davis Wright Tremaine LLP as an associate attorney.

**COMPLAINT - Page 2 of 7**

5.

At all times material, Plaintiff was a Member under the LTD Policy and a beneficiary of the LTD Policy.

6.

The LTD Policy is an employee welfare benefit plan pursuant to and covered by 29 ERISA, U.S.C. § 1002(1).

7.

At all times material, Davis Wright Tremaine LLP was the plan sponsor of the LTD Policy within the meaning of ERISA, 29 U.S.C. § 1002(16)(B), and was the plan administrator of the LTD Policy within the meaning of ERISA, 29 U.S.C. § 1002(16)(A).

8.

At all times material, Standard was the claims administrator of the LTD Policy, within the meaning of ERISA, 29 U.S.C. § 1002(16)(A), and administered Plaintiff's LTD benefit claim under the LTD Policy.

9.

Under the terms of the LTD Policy, Plaintiff is considered "Disabled" if she is "unable to perform with reasonable continuity the Material Duties of [her] Own Occupation."

### IV.   STATEMENT OF FACTS

10.

On or about February 19, 2014, Plaintiff became unable to perform her own occupation as an attorney due to symptoms of post-concussive syndrome/mild traumatic

**COMPLAINT - Page 3 of 7**

brain injury ("PCS/mTBI"), resulting from an accident that occurred that day. In the accident, while walking her dog, Plaintiff was struck by a car with such force that her head cracked most of the car's windshield. She was then thrown into the air and landed on the pavement, striking the other side of her head.

11.

Plaintiff initially remained off work for approximately 3.5 weeks after the accident due to disabling symptoms of injuries she sustained in the collision, including PCS/mTBI. Plaintiff returned to work in her position with Davis Wright Tremaine LLP for two short periods, in March 2014 and in April 2014, unsuccessfully. In both cases she left work again due to disabling symptoms of PCS/mTBI.

12.

On or about August 4, 2014, Plaintiff again returned to her position with Davis Wright Tremaine LLP. Plaintiff attempted to work a full-time schedule but accomplished no more than 50 percent of a full-time associate's workload, with accommodations and with difficulty, from August 4, 2014 until March 2016, when she left her position due to continuing disabling symptoms of PCS/mTBI that prevented her from adequately performing her own occupation. Prior to the accident, Plaintiff was employed by Davis Wright Tremaine LLP as a full-time as an associate and was exceeding her billable hours goal.

13.

In or about December 2014, Plaintiff submitted a claim for LTD benefits through the LTD Policy.

**COMPLAINT - Page 4 of 7**

14.

By letter dated July 1, 2015, Standard informed Plaintiff that Standard had approved her claim for the period February 19, 2014 through December 12, 2014. Standard asserted in the July 1, 2015 letter, however, that Plaintiff had not proved her entitlement to LTD benefits thereafter and terminated and denied her LTD claim and terminated her LTD benefit effective December 13, 2014.

15.

On or about December 23, 2015, through counsel, Plaintiff appealed Standard's claim termination as required by the LTD Policy and ERISA.

16.

By letter dated April 22, 2016, Standard reinstated Plaintiff's LTD claim and LTD benefit effective December 13, 2014.

17.

By letter dated June 15, 2016, Standard asserted that Plaintiff's LTD benefits were limited to 24 months according to the LTD Policy's "Mental Disorder" provision and Standard terminated Plaintiff's LTD claim and benefits effective September 15, 2016.

18.

On or about December 30, 2016, through counsel, Plaintiff appealed Standard's September 15, 2016, claim termination.

19.

By letter dated June 1, 2017, Standard denied Plaintiff's appeal.

**COMPLAINT - Page 5 of 7**

20.

Plaintiff has completed all steps required prior to the filing of this Complaint under the LTD Policy and ERISA.

## V.     CLAIM

### FIRST CLAIM -- FOR BENEFITS, ENFORCEMENT OF RIGHTS AND CLARIFICATION OF FUTURE BENEFITS RIGHTS (29 U.S.C. § 1132(A)(1)(B))

21.

Plaintiff realleges paragraphs 1 through 20.

22.

ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), authorizes Plaintiff to recover benefits under the terms of the LTD Policy and to enforce her rights under the terms of the LTD Policy.

23.

By terminating Plaintiff's LTD claim and LTD benefits, Standard has violated and continues to violate ERISA § 502(a)(1)(B), 29 U.S.C. § 1132 (a)(1)(B).

24.

As the result of Standard's termination and denial of LTD benefits due and owing Plaintiff under the terms of the LTD Policy, Plaintiff has been damaged in the gross amount of $5,875.01 per month, commencing September 15, 2016 and continuing to present.

## VI.     REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff prays that she have and recover judgment in her favor

**COMPLAINT - Page 6 of 7**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

and against Standard as follows:

    (1) Ordering Standard to reinstate her LTD claim and monthly benefit in the gross amount of $5,875.01, effective September 15, 2016, and continuing through the date of judgment, pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B);

    (2) Declaring that Standard shall pay Plaintiff a monthly LTD benefit in the gross amount of $5,875.01 from the date of judgment until Plaintiff reaches the age of 65, so long as Plaintiff remains disabled under the terms of the LTD Policy, pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B);

    (3) Ordering Standard to pay Plaintiff prejudgment and post-judgment interest, pursuant to ERISA § 502(a)(1)(B) and (g), 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g);

    (4) Ordering Standard to pay Plaintiff's attorney fees and costs, pursuant to ERISA § 502(g)(1), 29 U.S.C. § 1132(g)(1); and

    (5) Ordering such other relief as this Court deems just and proper.

DATED: January 29, 2018.

                                        s/ Megan E. Glor
                                        Megan E. Glor, OSB No. 930178
                                        Megan E. Glor, Attorneys at Law
                                        (503) 223-7400
                                        Attorney for Plaintiff

**COMPLAINT - Page 7 of 7**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400