PROFESSIONAL SERVICES EMPLOYERS TRUST

**EXHIBIT 1**
**PART 1 of 2**
**Page 1 of 1248**



COLEMAN-FIRE, BETHANY

STND 18-03985.000001

vol 1 of 2

**LTD**

4345131

The Standard

**CLSD 6/7/2017**

Site: SIC

**VW3181**
COLEMAN-FIRE, BETHANY
GRP LTD
Part 1 Of 2

**EXHIBIT 1**
**PART 1 of 2**
**Page 2 of 1248**

STND 18-03985-000002

```
PROCLAIM                     STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                 CLAIM OVERVIEW              RUN DATE: 06/01/2017

USER: CCCNSUZU        CLAIM: 00VW3181           BASE CLAIM:
****************************************************************************
MEMBER

BETHANY COLEMAN-FIRE          ID:   [redacted]      DOB:   [redacted]
4834 NE 17TH AVE              SEX: F               YOUNGEST CHILD
                             LAST GRADE: 18          DOB: 00/0000
                             OCC CODE: 110         HIRE: 06/01/2013
PORTLAND        OR 97211     LAWYERS

(503) 320-9564
****************************************************************************
ALTERNATE PAYEE/PROVIDER          PROVIDER:



                           (   )    -
****************************************************************************
CLAIM

STATUS:  C    REASON: E    SALARY:  9,791.68    GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION   CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                     TYPE : M

LDW:    02/18/2014 IPV:  02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/15/2016 OWN OCC: 00/00/0000 SDR:      000
           RTW:   00/00/0000 CLOSED: 09/15/2016 COLA RVW: 04/01/2016
RELATED CLAIM:           BILLING DIV: 01    INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014          OWN JOB: 00/00/0000
****************************************************************************
BENEFIT STRUCTURE

GROUP:      10010415                    PROD:  LT  TYPE: LT
            PROFESSIONAL SERVICES EMPLOYER   CONTRACT:  445474
            ATTN JESSICA ALLGIAR             EFF DATE:  01/01/2013
            7525 SE 24TH ST STE 350          LMT DATE:  12/31/2099
                                             CLASS:     02
            MERCER ISLAND    WA  98040        C POLICY - CLASS 2: SEE K
            (206) 236-6480                   EVIDENCE REQD: N

                                            MAX BNFT AMT:     8,000.00
                                            MIN BNFT AMT:       100.00
                                            LEVEL 1:  60.00 OF 99,999
                                            LEVEL 2:   0.00 OF      0
                                            LEVEL 3:   0.00 OF      0
                                            ELIMINATION PERIOD: 090 DAYS


                                            ELIG WAITING PERIOD: D 000
                                            RTW LANGUAGE:    S
                                            CONTRIBUTORY:    N
                                            OFFSETS:
                                             SS: Y DI: Y PR:    ST:
                                             PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 3 of 1248**

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 4 of 1248**

STND 18-03985-000004

```
PROCLAIM                    STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                   CLAIM OVERVIEW              RUN DATE: 12/19/2016

USER: CCCNSUZU       CLAIM: 00VW3181           BASE CLAIM:
************************************************************************
MEMBER

BETHANY COLEMAN-FIRE              ID: ▇▇▇▇▇▇        DOB: ▇▇▇▇▇▇
4834 NE 17TH AVE                 SEX: F            YOUNGEST CHILD
                                 LAST GRADE: 18      DOB: 00/0000
                                 OCC CODE: 110     HIRE: 06/01/2013
PORTLAND          OR 97211       LAWYERS

(503) 320-9564
************************************************************************
ALTERNATE PAYEE/PROVIDER         PROVIDER:



                                 (    )    -
************************************************************************
CLAIM

STATUS: C     REASON: 2      SALARY: 9,791.68    GROSS BENEFIT: 5,875.01

OCC/NON-OCC: N DIAGNOSIS: 850      CONCUSSION    CAUSE: A ER CONT%: 100.00
               DIAGNOSIS:                        TYPE : M

LDW:   02/18/2014 IPV:   02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/15/2016 OWN OCC: 00/00/0000 SDR:        000
                  RTW:   00/00/0000 CLOSED: 09/15/2016 COLA RVW: 04/01/2016
RELATED CLAIM:           BILLING DIV: 01     INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014         OWN JOB: 00/00/0000
************************************************************************
BENEFIT STRUCTURE

GROUP:     10010415                   PROD:  LT  TYPE: LT
           PROFESSIONAL SERVICES EMPLOYER   CONTRACT:     445474
           ATTN JESSICA ALLGIAR               EFF DATE:  01/01/2013
           7525 SE 24TH ST STE 350            LMT DATE:  12/31/2099
                                            CLASS:        02
           MERCER ISLAND      WA  98040      C POLICY - CLASS 2: SEE K
           (206) 236-6480                   EVIDENCE REQD: N

                                            MAX BNFT AMT:    8,000.00
                                            MIN BNFT AMT:      100.00
                                            LEVEL 1:  60.00 OF 99,999
                                            LEVEL 2:   0.00 OF      0
                                            LEVEL 3:   0.00 OF      0
                                            ELIMINATION PERIOD: 090 DAYS


                                            ELIG WAITING PERIOD: D 000
                                            RTW LANGUAGE:     S
                                            CONTRIBUTORY:    N
                                            OFFSETS:
                                              SS: Y DI: Y PR:    ST:
                                              PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 5 of 1248**

STND 18-03985-000005

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 6 of 1248**

STND 18-03985-000006

```
PROCLAIM                    STANDARD INSURANCE COMPANY
REPORT: 375-SI-01               CLAIM OVERVIEW              RUN DATE: 01/30/2017

USER: QA1MCEA      CLAIM: 00VW3181           BASE CLAIM:
**************************************************************************
MEMBER

BETHANY COLEMAN-FIRE            ID:              DOB:
4834 NE 17TH AVE               SEX: F           YOUNGEST CHILD
                               LAST GRADE: 18    DOB: 00/0000
                               OCC CODE: 110    HIRE: 06/01/2013
PORTLAND           OR 97211    LAWYERS

(503) 320-9564
**************************************************************************
ALTERNATE PAYEE/PROVIDER           PROVIDER:



                                   (   )    -
**************************************************************************
CLAIM

STATUS:  C    REASON: 2    SALARY:  9,791.68    GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION    CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                       TYPE : M

LDW:    02/18/2014 IPV:    02/20/2014 DIS DT:  02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/15/2016 OWN OCC: 00/00/0000 SDR:        000
              RTW:   00/00/0000 CLOSED:  09/15/2016 COLA RVW: 04/01/2016
RELATED CLAIM:            BILLING DIV: 01    INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014        OWN JOB: 00/00/0000
**************************************************************************
BENEFIT STRUCTURE

GROUP:        10010415           · PROD:  LT  TYPE: LT
              PROFESSIONAL SERVICES EMPLOYER   CONTRACT:      445474
              ATTN JESSICA ALLGIAR               EFF DATE:  01/01/2013
              7525 SE 24TH ST STE 350            LMT DATE:  12/31/2099
                                                CLASS:        02
              MERCER ISLAND       WA  98040     C POLICY - CLASS 2: SEE K
              (206) 236-6480                    EVIDENCE REQD: N

                                                MAX BNFT AMT:    8,000.00
                                                MIN BNFT AMT:      100.00
                                                LEVEL 1:  60.00 OF 99,999
                                                LEVEL 2:   0.00 OF      0
                                                LEVEL 3:   0.00 OF      0
                                                ELIMINATION PERIOD: 090 DAYS


                                                ELIG WAITING PERIOD: D 000
                                                RTW LANGUAGE:     S
                                                CONTRIBUTORY:    N
                                                OFFSETS:
                                                  SS: Y DI: Y PR:   ST:
                                                  PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 7 of 1248**

STND 18-03985-000007

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND

OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 8 of 1248**

STND 18-03985-000008

```
PROCLAIM                    STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                CLAIM OVERVIEW              RUN DATE: 02/08/2017

USER: QA1MCEA        CLAIM: 00VW3181          BASE CLAIM:
*****************************************************************************
MEMBER

BETHANY COLEMAN-FIRE            ID:    ████████    DOB:   ████████
4834 NE 17TH AVE               SEX: F             YOUNGEST CHILD
                               LAST GRADE: 18       DOB: 00/0000
                               OCC CODE: 110      HIRE: 06/01/2013
PORTLAND         OR 97211      LAWYERS

(503) 320-9564
*****************************************************************************
ALTERNATE PAYEE/PROVIDER           PROVIDER:



                                   (   )
*****************************************************************************
CLAIM

STATUS:  C    REASON: 2    SALARY:  9,791.68    GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION    CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                      TYPE : M

LDW:  02/18/2014 IPV:    02/20/2014 DIS DT:  02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/15/2016 OWN OCC: 00/00/0000 SDR:         000
         RTW:     00/00/0000 CLOSED:  09/15/2016 COLA RVW: 04/01/2016
RELATED CLAIM:          BILLING DIV: 01   INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014       OWN JOB: 00/00/0000
*****************************************************************************
BENEFIT STRUCTURE

GROUP:       10010415             PROD: LT  TYPE: LT
             PROFESSIONAL SERVICES EMPLOYER   CONTRACT:     445474
             ATTN JESSICA ALLGIAR              EFF DATE:  01/01/2013
             7525 SE 24TH ST STE 350           LMT DATE:  12/31/2099
                                            CLASS:        02
             MERCER ISLAND    WA  98040      C POLICY - CLASS 2: SEE K
             (206) 236-6480                  EVIDENCE REQD: N

                                            MAX BNFT AMT:    8,000.00
                                            MIN BNFT AMT:      100.00
                                            LEVEL 1:  60.00 OF 99,999
                                            LEVEL 2:   0.00 OF      0
                                            LEVEL 3:   0.00 OF      0
                                            ELIMINATION PERIOD: 090 DAYS

                                            ELIG WAITING PERIOD: D 000
                                            RTW LANGUAGE:   S
                                            CONTRIBUTORY:   N
                                            OFFSETS:
                                              SS: Y DI: Y PR:   ST:
                                              PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 9 of 1248**

STND 18-03985-000009

```
BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211
```

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 10 of 1248**

STND 18-03985-000010

```
PROCLAIM                    STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                 CLAIM OVERVIEW              RUN DATE: 05/26/2016

USER: CCCNSUZU       CLAIM: 00VW3181            BASE CLAIM:
****************************************************************************
MEMBER

BETHANY COLEMAN-FIRE              ID:  ████████     DOB:  ████████
4834 NE 17TH AVE                 SEX: F            YOUNGEST CHILD
                                 LAST GRADE: 18      DOB: 00/0000
                                 OCC CODE: 110     HIRE: 06/01/2013
PORTLAND          OR 97211       LAWYERS

(503) 320-9564
****************************************************************************
ALTERNATE PAYEE/PROVIDER         PROVIDER:




                                 (   )   -
****************************************************************************
CLAIM

STATUS:  C    REASON: E    SALARY:  9,791.68    GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION    CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                      TYPE : M

LDW:  02/18/2014 IPV:   02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 05/19/2016 OWN OCC: 00/00/0000 SDR:        000
                 RTW:   00/00/0000 CLOSED:  05/19/2016 COLA RVW: 04/01/2016
RELATED CLAIM:          BILLING DIV: 01    INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014        OWN JOB: 00/00/0000
****************************************************************************
BENEFIT STRUCTURE

GROUP:      10010415                  PROD:  LT  TYPE: LT
            PROFESSIONAL SERVICES EMPLOYER   CONTRACT:      445474
            ATTN JESSICA ALLGIAR              EFF DATE:  01/01/2013
            7525 SE 24TH ST STE 350           LMT DATE:  12/31/2099
                                             CLASS:       02
            MERCER ISLAND      WA  98040      C POLICY - CLASS 2: SEE K
            (206) 236-6480                    EVIDENCE REQD: N

                                             MAX BNFT AMT:    8,000.00
                                             MIN BNFT AMT:      100.00
                                             LEVEL 1:  60.00 OF 99,999
                                             LEVEL 2:   0.00 OF      0
                                             LEVEL 3:   0.00 OF      0
                                             ELIMINATION PERIOD: 090 DAYS


                                             ELIG WAITING PERIOD: D 000
                                             RTW LANGUAGE:   S
                                             CONTRIBUTORY:   N
                                             OFFSETS:
                                               SS: Y DI: Y PR:   ST:
                                               PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 11 of 1248**

```
BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211
```

```
BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 12 of 1248**

STND 18-03985-000012

```
PROCLAIM                    STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                 CLAIM OVERVIEW              RUN DATE: 05/24/2016

USER: CCCNSUZU       CLAIM: 00VW3181           BASE CLAIM:
*******************************************************************************
MEMBER

BETHANY COLEMAN-FIRE              ID:              DOB:
4834 NE 17TH AVE                 SEX: F           YOUNGEST CHILD
                                 LAST GRADE: 18     DOB: 00/0000
                                 OCC CODE: 110    HIRE: 06/01/2013
PORTLAND          OR 97211       LAWYERS

(503) 320-9564
*******************************************************************************
ALTERNATE PAYEE/PROVIDER         PROVIDER:



                                 (   )    -
*******************************************************************************
CLAIM

STATUS:  C     REASON: E      SALARY:  9,791.68     GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION     CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                       TYPE : M

LDW:  02/18/2014 IPV:   02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 05/19/2016 OWN OCC: 00/00/0000 SDR:        000
                 RTW:   00/00/0000 CLOSED: 05/19/2016 COLA RVW: 04/18/2016
RELATED CLAIM:              BILLING DIV: 01   INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014          OWN JOB: 00/00/0000
*******************************************************************************
BENEFIT STRUCTURE

GROUP:      10010415                  PROD:  LT  TYPE: LT
            PROFESSIONAL SERVICES EMPLOYER   CONTRACT:    445474
            ATTN JESSICA ALLGIAR               EFF DATE: 01/01/2013
            7525 SE 24TH ST STE 350            LMT DATE: 12/31/2099
                                             CLASS:      02
            MERCER ISLAND      WA  98040      C POLICY - CLASS 2: SEE K
            (206) 236-6480                   EVIDENCE REQD: N

                                             MAX BNFT AMT:    8,000.00
                                             MIN BNFT AMT:      100.00
                                             LEVEL 1:  60.00 OF 99,999
                                             LEVEL 2:   0.00 OF       0
                                             LEVEL 3:   0.00 OF       0
                                             ELIMINATION PERIOD: 090 DAYS


                                             ELIG WAITING PERIOD: D 000
                                             RTW LANGUAGE:    S
                                             CONTRIBUTORY:    N
                                             OFFSETS:
                                               SS: Y DI: Y PR:   ST:
                                               PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 13 of 1248**

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 14 of 1248**

STND 18-03985-000014

```
PROCLAIM                    STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                CLAIM OVERVIEW              RUN DATE: 12/28/2015

USER: CCCNSUZU       CLAIM: 00VW3181           BASE CLAIM:
****************************************************************************
MEMBER

BETHANY COLEMAN-FIRE              ID:              DOB:
4834 NE 17TH AVE                 SEX: F           YOUNGEST CHILD
                                 LAST GRADE: 18     DOB: 00/0000
                                 OCC CODE: 110    HIRE: 06/01/2013
PORTLAND        OR 97211         LAWYERS

(503) 320-9564
****************************************************************************
ALTERNATE PAYEE/PROVIDER         PROVIDER:




                            (   )    -
****************************************************************************
CLAIM

STATUS:  C    REASON: 2    SALARY:  9,791.68   GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION    CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                      TYPE : A

LDW:  02/18/2014 IPV:   02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/18/2050 OWN OCC: 00/00/0000 SDR:       000
            RTW:   00/00/0000 CLOSED: 12/12/2014 COLA RVW: 04/01/2016
RELATED CLAIM:        BILLING DIV: 01    INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014    OWN JOB: 00/00/0000
****************************************************************************
BENEFIT STRUCTURE

GROUP:       10010415                  PROD:  LT  TYPE: LT
             PROFESSIONAL SERVICES EMPLOYER    CONTRACT:     445474
             ATTN JESSICA ALLGIAR            EFF DATE:  01/01/2013
             7525 SE 24TH ST STE 350         LMT DATE:  12/31/2099
                                            CLASS:        02
             MERCER ISLAND      WA  98040    C POLICY - CLASS 2: SEE K
             (206) 236-6480                 EVIDENCE REQD: N

                                            MAX BNFT AMT:    8,000.00
                                            MIN BNFT AMT:      100.00
                                            LEVEL 1: 60.00 OF 99,999
                                            LEVEL 2:  0.00 OF      0
                                            LEVEL 3:  0.00 OF      0
                                            ELIMINATION PERIOD: 090 DAYS


                                            ELIG WAITING PERIOD: D 000
                                            RTW LANGUAGE:    S
                                            CONTRIBUTORY:    N
                                            OFFSETS:
                                             SS: Y DI: Y PR:   ST:
                                             PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 15 of 1248**

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 16 of 1248**

STND 18-03985-000016



STANDARD INSURANCE COMPANY
CLAIM OVERVIEW                    RUN DATE: 01/13/2016

CLAIM: 00VW3181              BASE CLAIM:
*******************************************************

ID:                      DOB:
SEX: F                   YOUNGEST CHILD
LAST GRADE: 18            DOB: 00/0000
OCC CODE: 110            HIRE: 06/01/2013
OR 97211    LAWYERS

*******************************************************
PAYEE/PROVIDER          PROVIDER:

(   )   -
*******************************************************
CLAIM

STATUS: C    REASON: 2    SALARY: 9,791.68    GROSS BENEFIT: 5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION    CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                      TYPE : A

LDW:   02/18/2014 IPV:    02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/18/2050 OWN OCC: 00/00/0000 SDR:        000
                RTW:    00/00/0000 CLOSED: 12/12/2014 COLA RVW: 04/01/2016
RELATED CLAIM:              BILLING DIV: 01    INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014      OWN JOB: 00/00/0000
*******************************************************
BENEFIT STRUCTURE

GROUP:      10010415                PROD: LT  TYPE: LT
            PROFESSIONAL SERVICES EMPLOYER    CONTRACT:    445474
            ATTN JESSICA ALLGIAR              EFF DATE:  01/01/2013
            7525 SE 24TH ST STE 350           LMT DATE:  12/31/2099
                                              CLASS:       02
            MERCER ISLAND      WA  98040      C POLICY - CLASS 2: SEE K
            (206) 236-6480                    EVIDENCE REQD: N

                                              MAX BNFT AMT:   8,000.00
                                              MIN BNFT AMT:     100.00
                                              LEVEL 1:  60.00 OF 99,999
                                              LEVEL 2:   0.00 OF      0
                                              LEVEL 3:   0.00 OF      0
                                              ELIMINATION PERIOD: 090 DAYS

                                              ELIG WAITING PERIOD: D 000
                                              RTW LANGUAGE:    S
                                              CONTRIBUTORY:    N
                                              OFFSETS:
                                                SS: Y DI: Y PR:   ST:
                                                PV:

**EXHIBIT 1**
**PART 1 of 2**
**Page 17 of 1248**

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND            OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND            OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 18 of 1248**

STND 18-03985-000018

```
PROCLAIM                      STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                   CLAIM OVERVIEW              RUN DATE: 07/20/2015

USER: CCCNSUZU      CLAIM: 00VW3181           BASE CLAIM:
*********************************************************************************
MEMBER

BETHANY COLEMAN-FIRE               ID:  [          ]      DOB:  [          ]
4834 NE 17TH AVE                   SEX: F                 YOUNGEST CHILD
                                   LAST GRADE: 18           DOB: 00/0000
                                   OCC CODE: 110          HIRE: 06/01/2013
PORTLAND           OR 97211        LAWYERS

(503) 320-9564
*********************************************************************************
ALTERNATE PAYEE/PROVIDER           PROVIDER:




                                   (    )     -
*********************************************************************************
CLAIM

STATUS:  C     REASON: A      SALARY: 9,791.68      GROSS BENEFIT: 5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION      CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                        TYPE : A

LDW:  02/18/2014 IPV:   02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/18/2050 OWN OCC: 00/00/0000 SDR:        000
                 RTW:   00/00/0000 CLOSED: 12/12/2014 COLA RVW: 04/01/2016
RELATED CLAIM:             BILLING DIV: 01      INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014            OWN JOB: 00/00/0000
*********************************************************************************
BENEFIT STRUCTURE

GROUP:       10010415                   PROD:  LT  TYPE: LT
             PROFESSIONAL SERVICES EMPLOYER   CONTRACT:      445474
             ATTN JESSICA ALLGIAR             EFF DATE: 01/01/2013
             7525 SE 24TH ST STE 350          LMT DATE: 12/31/2099
                                              CLASS:      02
             MERCER ISLAND      WA  98040     C POLICY - CLASS 2: SEE K
             (206) 236-6480                   EVIDENCE REQD: N

                                              MAX BNFT AMT:   8,000.00
                                              MIN BNFT AMT:     100.00
                                              LEVEL 1: 60.00 OF 99,999
                                              LEVEL 2:  0.00 OF      0
                                              LEVEL 3:  0.00 OF      0
                                              ELIMINATION PERIOD: 090 DAYS


                                              ELIG WAITING PERIOD: D 000
                                              RTW LANGUAGE:    S
                                              CONTRIBUTORY:    N
                                              OFFSETS:
                                                SS: Y DI: Y PR:   ST:
                                                PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 19 of 1248**

STND 18-03985-000019

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND            OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND            OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 20 of 1248**

STND 18-03985-000020

```
PROCLAIM                      STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                   CLAIM OVERVIEW              RUN DATE: 06/30/2015

USER: CCCNSUZU      CLAIM: 00VW3181          BASE CLAIM:
*************************************************************************
MEMBER

BETHANY COLEMAN-FIRE              ID:              DOB:
4834 NE 17TH AVE                 SEX: F           YOUNGEST CHILD
                                 LAST GRADE: 18     DOB: 00/0000
                                 OCC CODE: 110    HIRE: 06/01/2013
PORTLAND          OR 97211       LAWYERS

(503) 320-9564
*************************************************************************
ALTERNATE PAYEE/PROVIDER         PROVIDER:



                                 (   )    -
*************************************************************************
CLAIM

STATUS:  C    REASON: A    SALARY:  9,791.68    GROSS BENEFIT:  5,875.01

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION    CAUSE: A ER CONT%: 100.00
                DIAGNOSIS:                      TYPE : A

LDW:    02/18/2014 IPV:    02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 05/20/2014 BEN TO: 09/18/2050 OWN OCC: 00/00/0000 SDR:         000
                   RTW:    00/00/0000 CLOSED: 12/12/2014 COLA RVW: 04/01/2016
RELATED CLAIM:              BILLING DIV: 01     INSURANCE EFF DATE: 06/01/2013
REHAB RTW DATE: 08/04/2014          OWN JOB: 00/00/0000
*************************************************************************
BENEFIT STRUCTURE

GROUP:        10010415                  PROD:  LT  TYPE: LT
              PROFESSIONAL SERVICES EMPLOYER   CONTRACT:     445474
              ATTN JESSICA ALLGIAR              EFF DATE:   01/01/2013
              7525 SE 24TH ST STE 350           LMT DATE:   12/31/2099
                                               CLASS:        02
              MERCER ISLAND     WA  98040       C POLICY - CLASS 2: SEE K
              (206) 236-6480                   EVIDENCE REQD: N

                                               MAX BNFT AMT:    8,000.00
                                               MIN BNFT AMT:      100.00
                                               LEVEL 1:  60.00 OF 99,999
                                               LEVEL 2:   0.00 OF      0
                                               LEVEL 3:   0.00 OF      0
                                               ELIMINATION PERIOD: 090 DAYS


                                               ELIG WAITING PERIOD: D 000
                                               RTW LANGUAGE:     S
                                               CONTRIBUTORY:    N
                                               OFFSETS:
                                                 SS: Y DI: Y PR:   ST:
                                                 PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 21 of 1248**

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND

OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 22 of 1248**

STND 18-03985-000022

```
PROCLAIM                          STANDARD INSURANCE COMPANY
REPORT: 375-SI-01                     CLAIM OVERVIEW              RUN DATE: 02/04/2015

USER: CCCNFEUE       CLAIM: 00VW3181              BASE CLAIM:
*****************************************************************************
MEMBER

BETHANY COLEMAN-FIRE            ID:  ███████████    DOB:  ███████████
4834 NE 17TH AVE               SEX: F              YOUNGEST CHILD
                               LAST GRADE: 18        DOB: 00/0000
                               OCC CODE: 110         HIRE: 06/01/2013
PORTLAND        OR 97211       LAWYERS

(503) 320-9564
*****************************************************************************
ALTERNATE PAYEE/PROVIDER           PROVIDER:



                                 (   )   -
*****************************************************************************
CLAIM

STATUS:  P    REASON: N     SALARY: 9,791.67    GROSS BENEFIT: 5,875.00

OCC/NON-OCC: N  DIAGNOSIS: 850    CONCUSSION     CAUSE: I ER CONT%:     .00
                DIAGNOSIS:                       TYPE : I

LDW:  02/18/2014 IPV:   02/20/2014 DIS DT: 02/19/2014 DIS DATE AGE: 030
BEN FR: 08/18/2014 BEN TO: 09/18/2050 OWN OCC: 00/00/0000 SDR:        000
          RTW:   00/00/0000 CLOSED: 00/00/0000 COLA RVW: 04/01/2016
RELATED CLAIM:              BILLING DIV: 01   INSURANCE EFF DATE: 03/01/2001
REHAB RTW DATE:                    OWN JOB: 00/00/0000
*****************************************************************************
BENEFIT STRUCTURE

GROUP:      10010415                    PROD:  LT  TYPE: LT
            PROFESSIONAL SERVICES EMPLOYER  CONTRACT:      445474
            ATTN JENNY KIM                  EFF DATE:  01/01/2013
            7525 SE 24TH ST STE 350         LMT DATE:  12/31/2099
                                            CLASS:       01
            MERCER ISLAND      WA  98040    C POLICY - CLASS 1: SEE K
            (206) 236-6480                  EVIDENCE REQD: N

                                            MAX BNFT AMT:  15,000.00
                                            MIN BNFT AMT:     100.00
                                            LEVEL 1: 60.00 OF 99,999
                                            LEVEL 2:  0.00 OF      0
                                            LEVEL 3:  0.00 OF      0
                                            ELIMINATION PERIOD: 180 DAYS


                                            ELIG WAITING PERIOD: D 000
                                            RTW LANGUAGE:   S
                                            CONTRIBUTORY:   C
                                            OFFSETS:
                                              SS: Y DI: Y PR:   ST:
                                              PV:
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 23 of 1248**

STND 18-03985-000023

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND          OR 97211

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND

OR 97211

**EXHIBIT 1**
**PART 1 of 2**
**Page 24 of 1248**

STND 18-03985-000024

**LONG TERM DISABILITY
NEW CLAIM RECORD**

**CLAIM ID:**  00VW3181

CONTRACT # 445474
GROUP ID # 10010415
CLAIM TYPE ___LT___
(LT, IP, DI, BE, IH, EP, etc.)

Admin Unit # _____

Tax Unit # _____

CCC

MEMBER NAME: Bethany Coleman-Fire    SS # ████████

Set up by _____N_____    Received Date 12/26/14    Out 1/30/15

RECEIVED
JAN 30 2015
LTD Claim Intake

Reviewed by _____    Received Date ___/___/___    Out ___/___/___

Approved by _____    Received Date ___/___/___    Out ___/___/___

Approved date ___/___/___    OR Denied date ___/___/___

Initial Claim Decision Reconsideration:    Approved by _____

Approved date ___/___/___    OR Denied date ___/___/___

Policyowner Contact Professional Svcs Employers Trust    Phone No. (___) _____

Group Representative _____    Group Office SEA

Prior Claims _____    Date requested from GRIS _____

Evidence file ordered?    ☐ Yes  ☐ No

Life Insurance?    ☐ Yes  ☐ No    CLI?  ☐ Yes  ☐ No

Premium paid through _____ / ASO _____

ER Contribution % _____    Cafeteria Plan?  ☐ Yes  ☐ No

Buy–up Plan?    ☐ Yes  ☐ No

SUFFIX (On LTD processing screen "Div" FIELD) _____

LTD conversion in plan?    ☐ Yes  ☐ No

Received certificate?  ☐ Yes  ☐ No    Brochure?  ☐ Yes  ☐ No    SPD?  ☐ Yes  ☐ No

Pre-ex period _____ /Applicable  ☐ Yes  ☐ No

IPG yes – type _____ no    Indexed?  ☐ Yes  ☐ No

Diary events added _____

Order overview report _____

SI 6025

**EXHIBIT 1
PART 1 of 2
Page 25 of 1248**
(8/04)

STND 18-03985-000025



445474
Policy #

Search

| Group Status | Division Name: PROFESSIONAL SERVICES EMPLOYER |
| Policy Status: Active | Name2: DAVIS WRIGHT TREMAINE |
| Termination Date: | Addr1: ATTN JENNY KIM |
| Reinstatement Date: | Addr2: 7525 SE 24TH ST 350 |
| Policy #: 445474 | Addr3: |
| Gen: 00 | City: MERCER ISLAND State: WA Zip: 98040 |

Division ID: 0001      Gen: 00
Effctv DT: 010113 20
Limit DT: 123199 20
Term DT:

Division Bill Type: Summary Bill
Division Status: Active
Last Paid Bill: 010115 20
Grace Period: 60 Days
Bills Per Year: 12 in a cycle

<-    Division    ->
Browse

Policy: 445474                     Division ID: 0001
Class: 0100                              Gen: 00
Effctv DT: 010113 20
Limit DT: 123199 20                 <-  |  ->
                                    Generation
                                    Browse Buttons

Prod 1: Term Life
Prod 2: Voluntary AD&D
Prod 3: Voluntary AD&D
Prod 4: Slf-Admn LTD
Prod 5:
Prod 6:

Print      User: nniemeye Date:
           1/30/2015 Time: 10:06:55 AM

Form Created by Samuel Steiner '04

**EXHIBIT 1**
**PART 1 of 2**
**Page 26 of 1248**

STND 18-03985-000026

Medical through 7/1/15

**EXHIBIT 1**
**PART 1 of 2**
**Page 27 of 1248**

STND 18-03985-000027

 

**Necole Suzuki**

| | |
|---|---|
| **From:** | Bethany Coleman-Fire <bethany.coleman@gmail.com> |
| **Sent:** | Wednesday, July 01, 2015 10:27 AM |
| **To:** | Necole Suzuki |
| **Subject:** | Additional medical records from Dr. Stone |
| **Attachments:** | medrec (1).pdf; medrec (2).pdf; medrec (3).pdf; medrec (4).pdf; medrec (5).pdf; medrec.pdf |

Hi Necole -

Attached are the records from Dr. Stone. I'm sorry that I missed these on the initial round. It's challenging to keep track of everyone I've seen. Please let me know if you have any difficulty opening them, etc.  As I mentioned, I am out of town currently but will send you the OHSU records when I get home, assuming they have arrived.

Thanks,

B


--
Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 28 of 1248**

STND 18-03985-000028

Coleman-Fire, Bethany ███████ CC                                    page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

CHIEF COMPLAINT
    referred back for re-eval from OT at OHSU

Location:                Severity:              Quality:                  Duration:

Timing:                  Context:               Modifying:                Associated:

Secondary Complaints:

REVIEW OF OCULAR SYSTEM: Injuries, Infections, Surgeries, Diseases
    None

Eye Meds: None                                 Last Eye Exam: 1 year     Doctor: Stone

FAMILY OCULAR HISTORY

Glaucoma: No          Cataracts: Grandparent    Macular Degen: Grandparent    Retinal Detach: No          Crossed / Lazy: No

PREVIOUS VISION CORRECTION
    Primary Vision Correction:    Glasses-Full Time            Back up specs?        Planning to get new glasses?

    Type of CLs worn in past:     Disposable       Wear Time:         Cleaner:         Disposal: daily

NOTES:

    Preferred Language:

    Race:

Stone
slit-blit

**EXHIBIT 1**
**PART 1 of 2**
**Page 29 of 1248**

STND 18-03985-000029

Coleman-Fire, Bethany ⬛⬛⬛ Med Hx ●●
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

page 1 of 1 ●●

PATIENT MEDICAL HISTORY: HAs, Arthritis, Asthma, Diabetes, HBP, Heart, Infl. Bowel Dz, Seizures, Thyroid

| | medhx2 | medhx3 | medhx4 | medhx5 | medhx6 |

Injuries, Surgeries, Hospitalization

Pregnant Or Nursing:                    Recent Tetanus Shot:              Notes:

Primary Care Physcian:              Last Visit:              Reason For Visit:

Systemic Meds:                    med2          med3          med4          med5          med6
          med7          med8                    med9          med10          med11          med12

Drug Allergies:              BC:          OTC:                    Vitamins:

FAMILY MEDICAL HISTORY: Diabetes, HBP, Heart Dz, Cancer, Arthritis, Lupus, Kidney, Thyroid, Other
     None              fmh2          fmh3          fmh4          fmh5              fmh6

SOCIAL HISTORY

| Occupation: | lawyer | Hobbies: | | |
| Tobacco: | No | Type: | None | How Long: |
| Alcohol: | No | Type: | None | How Long: |
| Illegal Drugs: | No | Type: | | How Long: | STD: None |

Prescribed Date - Medication Name - Status
06/18/2015 - Wellbutrin -
06/18/2015 - topiramate -

**EXHIBIT 1**
**PART 1 of 2**
**Page 30 of 1248**

Coleman-Fire, Bethany ▮▮▮▮ ROS        page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

REVIEW OF SYSTEMS:                    DO YOU CURRENTLY HAVE ANY OF THESE PROBLEMS?

GENERAL:   Fever, weight loss, weight gain, fatigue?                     None

EAR, NOSE, THROAT:    Allergies, Sinus, Cough, Dry Mouth / Throat        None

CARDIOVASCULAR:    High BP, Heart Surgery, Vascular Disease             None

RESPIRATORY:    Asthma, Bronchitis, Emphysema, COPD                    None

GENITAL, KIDNEY, BLADDER:    Kidney Stones, Frequent Urination, impotence    None

MUSCLES, BONES, JOINTS:    Athritis, Joint Pains, Head or Neck Injury    None

SKIN:    growths, rashes, acne                                          None

NEUROLOGICAL:    Headaches, migraines, seizures                        None

PSYCHIATRIC:    Depression, Anxiety, Insomnia                          None

ENDORCRINE:    Thyroid, Diabetes                                       None

BLOOD/LYMPH:    Anemia, cholesterol, bleeding problems                 None

ALLERGIC / IMMUNOLOGIC:    Seasonal Allergies, Rheumatoid, AIDS, Allergy Shots, Lupus    None

GASTROINTESTINAL:    Diarrhea, Constipation, Ulcer, Reflux             None

**EXHIBIT 1**
**PART 1 of 2**
**Page 31 of 1248**

STND 18-03985-000031

Coleman-Fire, Bethany ███████ Prescription                     page 1 of

Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

Spectacle Rx 1

| | | Sphere | Cylinder | Axis | Vert Prism | Hori Prism | Add | Seg Ht | Dist PD | Mono PD |
|---|---|---|---|---|---|---|---|---|---|---|
| -3.75-0.50x085 | OD | -3.75 | -0.50 | 085 | | | | | | |
| -4.50 | OS | -4.50 | | | | | | | Near PD | |

Notes:

Contact Lens Rx 1

X Disposable

X Sphere

| Manufacturer | | Series | | Base Curve | Diameter | Sphere | Tint |
|---|---|---|---|---|---|---|---|
| OD | | TruEye | | 8.5 | 14.2 | -4.00 | |
| OS | | TruEye | | 8.5 | 14.2 | -4.50 | |

Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 32 of 1248**

Coleman-Fire, Bethany ▮▮▮▮ CLS Fit/Progr ●● page ●●
Electronically signed by: Dr. Detmer Stone, Rosemary   06/18/2015



CC: Hx of PI
Wouldl ike to be refit into daily disp
Currently wearing TruEye CL

OD K's

OS K's

___ Auto

___ Manual

Wearing/ First time disp

| Brand: | Sphere: | Cyl: | Axis | BC: | DIA: | Add | DVAcc OD: |
|---|---|---|---|---|---|---|---|
| OD TruEye | -4.00 | | | 8.5 | 14.2 | | 20/25+ |
| OS TruEye | -4.50 | Cyl OS | Axis OS | 8.5 | 14.2 | Add OS: | 20/25+ |

DVAcc OU: 20/20
DVAcc OS: 20/25+
NVAcc OU:

___ Monovision
Dominant eye:

OR OD CL: pl          OR OS CL: pl

OR VA OD CL:          OR VA OS CL:

CL/Ant Seg Assessment:

| | OD | OS |
|---|---|---|
| Movement: | Adequate | Adequate |
| Centration: | Adequate | Adequate |
| Overlap: | Adequate | Adequate |
| Tear film: | Adequate | Adequate |
| Lids / Lashes: | Clean | Clean |
| Conjunctiva: | Clear | Clear |
| Cornea: | Clear | Clear |

Notes:

A/P:   OK to disp CL

___ Schedule FU 5-10 days     X  Reviewed proper hygiene        ___ Order CL
___ I+R today                 X  DW schedule                    ___ Schedule PU
___ Refit below               Replacement schedule:  Daily      ___ Okay to PU, schedule FU

Refit

| Brand: | Power: | Cyl OD | Axis OD | Add OD | BC: | DIA: | DVAcc: |
|---|---|---|---|---|---|---|---|
| OD TruEye | -4.00 | | | | 8.5 | 14.2 | |
| OS TruEye | -4.50 | Cyl OS | Axis OS | Add OS | 8.5 | 14.2 | |

X  Acceptable fit, movement, centration, comfort to start trial pe

**EXHIBIT 1**
**PART 1 of 2**
**Page 33 of 1248**

STND 18-03985-000033


Name: Bethany                Attended Evaluation: self            Date of Injury: 2/19/14         Type of Injury: struck by car              Dom Eye:

Chief Complaint: headaches- daily, but not as severe                                                                        Dominant hand:

HPI's:            Working part time.
                  Just finished neuro-psych test recently.  Very fatiguing.  Reading very slowly for her, but normal for adult population.
                  Still works with Rosanne every other week.  Currently working on Brock string; coin circles; C-P saccades; works on Dynavision and does poorly.
                  Drives but drives slower now and is hyper aware of things.
Age:              HA do not seem to increase after computer use.
31                Fatigue seems to be biggest factor effecting headaches

Additional Concerns:
                  Lot less neck pain now after PT in fall.  Gets messages regularly which helps.
                  Is involved with rowing club and works with personal trainer
                  has been reading for pleasure, but does right before bed.
                  Sleep patterns are variable.  Decent night is 8-9hr/night; ave week is 6.5-7hrs/n.  Wakes too early.
                  has CL that will wear occasionally.

Current TX:       OT

Visual Priorities: read

Medications:      Welbutrin                                        Med Allergies:   cefaclor

Orientation:      X Time    X Place    X Person    X Mood    X Affect                  X ROS Checked Today

|  |  | Mono PD | K's OD: | @ | / | @ |
|---|---|---|---|---|---|---|
| Habitual Rx OD: -3.75-0.50x080 |  | OD: | J's OS: | @ | / | @ |
| Habitual Rx OS: -4.75 |  | OS: | Quality of Mires: |  | Cyl OD | Cyl OS |
| Hab Add: | Rxed: | Therapy CL Power: | CL Rx OD: | cly: | x | Add OD: |
| Wear Schedule: |  |  | CL Rx OS: | cly: | x | Add OS: |

| DVA Unaided OD: 20/ | NVA Unaided OD: 20/ | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Unaided OS: 20/ | NVA Unaided OS: 20/ | Dist. CT Unaided: | | Chart: | |
| DVA Unaided OU: 20/ | NVA Unaided OU: 20/ | Near CT Unaided: | | Test Dist: | |

CT UA Horiz Results:

CT UA Vert Results:

| DVA Aided OD: 20/  20- | NVA Aided OD: 20/   20 | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Aided OS: 20/   20 | NVA Aided OS: 20/   20 | Dist CT Aided: | orthophoria | orthophoria | Chart:  Snellen |
| DVA Aided OU: 20/   20 | NVA Aided OU: 20/   20 | Near CT Aided: | exophoria | orthophoria | Test Dist:  20 Feet (mirrored) |

CT Aid Horiz Results:  normal horizontal eye alignment at distance and near

CT Aid Vert Results:   normal vertical eye alignment

Observations:

Stereopsis-Randot
        ___ Circle      ___ Star      ___ E      ___ Square   ___ Triangle           ___ Missed All ___ R + L   ___ Right Only ___ Left Only  ___ R + L Not Tested
                                                                                                                                              ___ Missed All
        X Cat       X Rabbit    X Monkey    ___ Missed All ___ Not Tested
Stereoacuity:  6/10        Global Stereo: normal        Percentage:             Suppression:  no suppression

Stereo Reindeer:                                          Observations:

Conclusions:

**EXHIBIT 1**
**PART 1 of 2**
**Page 34 of 1248**

STND 18-03985-000034

Coleman-Fire, Bethany          TBI VE           . page 2 of 5
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

| Accom Amp (push up method) | | | Accom Amp (pull back method) | | | NPC (accom target) | | | NPC (pen light/red lens) | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | D | cm | OD | D | cm | Trial #1 | TTN | cm | Trial #1 | cm |
| OS | D | cm | OS | D | cm | Trial #2 | TTN | cm | Trial #2 | cm |
| OU | D | cm | OU | D | cm | Trial #3 | TTN | cm | Trial #3 | cm |
| Observations: | | | | | | Observations: good convergence | | | | |
| Results: | | | | | | Results:    normal | | | | |

NSUOCO Pursuits

| Ability: | 5 Completes 2 rotations in each direction |
|---|---|
| Accuracy: | 5 No refixations |
| Head Mvmt: | 5 No movement of the head |
| Body Mvmt: | 5 No movement of the body |
| Total: 20 | Results:   normal |
| Observations: | |

NSUOCO Saccades

| Ability: | 5 Completes 5 roundtrips |
|---|---|
| Accuracy: | 5 No over or undershooting noted |
| Head Mvmt: | 5 No movement of the head |
| Body Mvmt: | 5 No movement of the body |
| Total: 20 | Results:   normal |
| Observations: | |

| Nystagmus: no | Type: | Nullpoint: | Direction of slow phase: |
|---|---|---|---|
| Pupils: ERRLA -APD | EOMs: full range of motion and no pain with eye movements | Amsler Grid OD: | |
| VF Screening OD: | VF Screening OS: | Amsler Grid OS: | |

| Retinoscopy OD: -3.75-0.50x090 | Subjective Refraction OD: -3.50-0.50x085 | Dist OD: 20/ 20 | Near OD: 20/ 20 |
|---|---|---|---|
| Retinoscopy OS: -4.75 | Subjective Refraction OS: -4.50 | Dist OS: 20/ 20 | Near OS: 20/ 20 |
| Reflex: red, bright | Add: | Dist OU: 20/ 20 | Near OU: 20/ 20 |

| Dist Phoria H: orthophoria | V: orthophoria | Plano: | Dist. BO: | | Dist. BI: | |
|---|---|---|---|---|---|---|
| Near Phoria H: 2 exo | V: orthophoria | +1.00: | Near BO: | 18/14 | Near BI: | 20/16 |
| Vertical Range Dist OD: | BU / | BD | Vertical Range Near OD: | BU / | BD | Method of Testing Phorias: In Phoropter w/ Risley Prisms |
| Vertical Range Dist OS: | BU / | BD | Vertical Range Near OS: | BU / | BD | Method of Testing Ranges: In Phoropter w/ Risley Prisms |
| Comments on Phorias: | | | | | | |
| Comments on Ranges: | | | | | | |
| Horiz Phoria Results: | normal horizontal eye alignment at distance and near | | | | | |
| Vert Phoria Results: | normal vertical eye alignment at distance and near | | | | | |
| Horiz Range Results: | normal convergence and divergence ranges at near | | | | | |

Vert Range Results:

Observations:

NRA: +2.50          PRA: -6.00          Results: normal NRA & PRA

Binoc CC: +0.25          Phoria thru CC: 2 exo          VA thru CC 20/20

**EXHIBIT 1**
**PART 1 of 2**
**Page 35 of 1248**

| Maddox Rod Dist. H: | Maddox Rod Dist. V: | Maddox Rod Near H: | Maddox Rod Near V: |
|---|---|---|---|

**Double Maddox Rod**                 Conclusions:

W4D D:          +2.00:            W4D Results:

W4D I:          -2.00:            Observations:

W4D N:             Conclusions:

**Parks Three Step**

| Hyper Primary Gaze | Hyper in L/R Gaze | Hyper on R/L Head Tilt | Paretic Muscle | Observations |
|---|---|---|---|---|
| | | ___ Right----------------->LIO | | |
| | ___ Right | ___ Left----------------->RIO | | |
| ___ Right | | ___ Right----------------->RSO | | |
| | ___ Left | ___ Left----------------->LSR | | |
| | | ___ Right----------------->RSR | | Conclusions |
| | ___ Right | ___ Left----------------->LSO | | |
| ___ Left | | ___ Right----------------->LIR | | |
| | ___ Left | ___ Left----------------->RIO | | |

**Midline Shift**

Lateral Midline: no evidence of a lateral midline shift

Vertical Midline: no evidence of a vertical midline shift

Observations:

Notes:

**Yoked Prism Evaluation**

| Test Amt: | Posture/Balance | BR | BL | BD | BU |
|---|---|---|---|---|---|
| Final Amt: | Walking | BR | BL | BD | BU |
| Direction: | Catching | BR | BL | BD | BU |
| Results: | Subjective | BR | BL | BD | BU |
| Category: | Objective | BR | BL | BD | BU |

Recommendation:

Additional Tests: DEM: 62 sec (No errors) 5%
Vergence facility: good transitions, OU.
Visagraph: reading rate 171 (expected 340)
Fixation 170/ expected 77; Regressions 42/ expected 11
Grade level efficiency; 3.5 (expected 12.0)

Neglect: none                                 X   See scanned tests

VF Date: 6/18/2015      VF Office: ANV               ___ See scanned field

VF Results: no relative defects or scotomas

Comments:

**EXHIBIT 1**
**PART 1 of 2**
**Page 36 of 1248**

Coleman-Fire, Bethany ████ TBI VE
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

page 4 of 5

Expansion Prisms

Amount:                    Results:

Observations:

Tonometry OD: 12                    Method: Pulsair          GTTS:
Tonometry OS: 14                    Time: 03:15 PM           Comments:

Biomicroscopy Lenses:  90D          Time:                    GTTS:

| | | | |
|---|---|---|---|
| Adnexa/Orbit: | Normal | Normal | Anterior Segment |
| Lids / Lashes: | Normal | Normal | |
| Conjunctiva: | Clear | Clear | |
| Sclera: | White | White | |
| Tear Film: | Thick, Clear | Thick, Clear | |
| Cornea: | Clear | Clear | Cornea |
| Angle: | Open | Open | |
| Ant Chamber: | Deep/Quiet | Deep/Quiet | |
| Iris: | Flat, -Neo, Intact | Flat, -Neo, Intact | |
| Lens: | Clear | Clear | |
| Vitreous: | Clear | Clear | Posterior Segment |
| C/D Ratio: | 0.2 | 0 2 | |
| ONH: | Round, Pink, NRRI | Round, Pink, NRRI | |
| Macula: | Flat, +FLR | Flat, +FLR | |
| Vessels: | Normal | Normal | |
| Periphery: | (-) Holes, Tears, Ret Detach | (-) Holes, Tears, Ret Detach | ___ Optos Reviewed |

Comments

Visuoscopy:

|  | | Vertical | Horizontal | | |
|---|---|---|---|---|---|
| Final Rx OD: | -3.75-0.50x085 | OD: | OD: | Final VA OD: 20 | Final NVA OD: 20 |
| Final Rx OS: | -4.50 | OS: | OS: | Final VA OS: 20 | Final NVA OS: 20 |
| Final Rx Add: | | Dev Lens OD: | Dev Lens OS: | Final VA OU: 20 | Final NVA OU: 20 |

Wear Schedule 1:  This prescription is designed to be worn full time.

Wear Schedule 2:

Rx Comments:

Spec Rx Notes:

Spec Rx 2 Notes:

Assessment:        Motility:      normal gross pursuits, oculomotor dysfunction in fine saccades, full range of motion
                                  Slight focus decrease in saccadic function noted today in testing, as compared to 1 year ago

                   Accomodation:  normal accommodative power, normal accommodative flexibility

**EXHIBIT 1**
**PART 1 of 2**
**Page 37 of 1248**

| | |
|---|---|
| Binocularity: | normal binocularity and no ocular misalignment |
| Entering VA: | normal visual acuity in both eyes at distance and near |
| RE: | myopia, astigmatism |
| Visual Acuity: | normal visual acuity in both eyes at distance and near |
| OH: | Normal |
| | Automated VF testing: revealed no relative defects or scotomas, OU |

Performance Impact:   reading comprehension and speed

Impression:   Saccadic eye movements are significantly reduced in testing today, which could be contributory to reading difficulties with comprehension and speed.  Has been working this morning, which may have some effect on results due to fatigue.

Plan:   Recommend saccadic eye movement techniques to OT (Rosanne) at OHSU to help improve reading ability.  Those activities should include:  Column jumping; multiple Hart chart column jumping; Ann Arbors; Alphabet pencils, etc.
RTC in 2 months to reassess saccadic eye movement function.

Provider:   Rosemary Detmer Stone, O.D.                    # of VT Sessions:

TBI Memo:

EXHIBIT 1
PART 1 of 2
Page 38 of 1248

STND 18-03985-000038

Coleman-Fire, Bethany ⬛⬛⬛ ARRA 
Electronically signed by: Dr. Detmer Stone, Rosemary   06/18/2015

page 1 of 1   ⬛⬛

___ Ignore this record for Meaningful Use

Status - Allergy Agent - Reaction - Severity
Prior History - Cefaclor - -

Notes
RTC 2 months for PE

___ No known drug allergies

Prescribed Date - Medication Name - Status
06/18/2015 - Wellbutrin -
06/18/2015 - topiramate -

___ Patient Transferred In/Referred To This Provider
___ Medication Reconciliation performed
___ Patient Transferred Out/Referred To Other Provider
___ Summary of care provided for transfer
___ Transferred Out Electronic
___ Received Consultant Rpt
___ Asked for electronic copy
___ Received electronic copy
___ E-Prescribed medication
___ Patient has received clinical summary of this visit
___ Patient was provided education resource
(Crystal PM helped determined which edu resource)

___ No current medications

| | | | |
|---|---|---|---|
| Preferred Language English | Race White | Ethnicity Not Hispanic or Latino | Smoking Status Never smoker (<100 cigs equiv) | Discussed Cessation No |

Height  0  ft  0  in  0
Weight  0  lbs
BMI  .
BMI Followup? No
Blood Pressure  0 / 0
Hypertension? No

Dilated Macular/Fundus Exam No
Counseled for Nutrition Yes
Counseled for Activity Yes
Is Primary Care Provider? No
Recvd Flu Immur No

Retinal/Dilated Eye Exam No
Retinopathy Severity Level None
Macular Edema No
Communicated to Diabetes Care Provider:
Exam Findings No
Severity of Retinopathy No

Cup to Disc ratio OD 0.00 H 0.00 V
Cup to Disc ratio OS 0.00 H 0.00 V
Optic Nerve Evaluation Yes
Optic disc or retinal nerve abnormalities: OD No   OS No
# Linked Images 0

| Diagnosis Code | Description | Bill ID | CPT | Description |
|---|---|---|---|---|
| 310.2 | Postconcussion Syndrome [Posttraumatic brain syndrome] | OV FP4 | 99214 | Office Visit FP Level 4 |
| 379.57 | Deficiencies of Saccadic Eye Movement [Abnormal Optokinetic Response] | VF Int | 92082 | VISUAL FIELDS Intermediate |
| | | Optos | 92250 | OPTOS: Digital Imaging |

Billing Modifiers   Description

Date - Type - Primary - Status - Problem

MU Measures Outside Of Crystal PM
Medication Orders  0
Lab Orders  0
Radiology Orders  0
Imaging Orders (non-Radiology)  0

Relationship - Disease or Condition
Empty List -

___ Unknown family history

Type - Plan

**EXHIBIT 1
PART 1 of 2
Page 39 of 1248**

STND 18-03985-000039

 

Medical Records For          : Coleman-Fire, Bethany
Date Of Birth                : ████████
Electronically signed by     : Dr. Detmer Stone, Rosemary          06/18/2015
Tabs Filled Out              : CC [pages:1]
                             : Med Hx [pages:1]
                             : ROS [pages:1]
                             : Prescription [pages:1]
                             : CLS Fit/Progress [pages:1]
                             : TBI VE [pages:5]
                             : ARRA [pages:1]

**EXHIBIT 1**
**PART 1 of 2**
**Page 40 of 1248**

STND 18-03985-000040

Coleman-Fire, Bethany ☐ CC    ●●                    page 1 of 1    ●●
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

CHIEF COMPLAINT
   referred back for re-eval from OT at OHSU

   Location:              Severity:            Quality:              Duration:

   Timing:                Context:             Modifying:            Associated:

   Secondary Complaints:

REVIEW OF OCULAR SYSTEM: Injuries, Infections, Surgeries, Diseases
   None

Eye Meds:  None                              Last Eye Exam:  1 year    Doctor:  Stone

FAMILY OCULAR HISTORY

   Glaucoma·  No      Cataracts:  Grandparent    Macular Degen:  Grandparent    Retinal Detach:  No          Crossed / Lazy:  No

PREVIOUS VISION CORRECTION
   Primary Vision Correction:    Glasses-Full Time              Back up specs?        Planning to get new glasses?

   Type of CLs worn in past:     Disposable        Wear Time:         Cleaner:         Disposal:  daily

NOTES:

   Preferred Language:

   Race:

**EXHIBIT 1**
**PART 1 of 2**
**Page 41 of 1248**

STND 18-03985-000041

Coleman-Fire, Bethany ▆▆▆▆▆ Med Hx ●●       page 1 of 1 ●●
Electronically signed by: Dr. Detmer Stone, Rosemary   06/18/2015

PATIENT MEDICAL HISTORY: HAs, Arthritis, Asthma, Diabetes, HBP, Heart, Infl. Bowel Dz, Seizures, Thyroid

| | medhx2 | medhx3 | medhx4 | medhx5 | medhx6 |

Injuries, Surgeries, Hospitalization

Pregnant Or Nursing:      Recent Tetanus Shot:     Notes:

Primary Care Physcian:      Last Visit:     Reason For Visit:

| Systemic Meds: | med2 | med3 | med4 | med5 | med6 |
| med7 | med8 | med9 | med10 | med11 | med12 |

Drug Allergies:     BC:     OTC:     Vitamins:

FAMILY MEDICAL HISTORY: Diabetes, HBP, Heart Dz, Cancer, Arthritis, Lupus, Kidney, Thyroid, Other

| None | fmh2 | fmh3 | fmh4 | fmh5 | fmh6 |

SOCIAL HISTORY

| Occupation: | lawyer | Hobbies: | | | |
| Tobacco: | No | Type: | None | How Long: | |
| Alcohol: | No | Type: | None | How Long: | |
| Illegal Drugs: | No | Type: | | How Long: | STD: None |

Prescribed Date - Medication Name - Status
06/18/2015 - Wellbutrin -
06/18/2015 - topiramate -

EXHIBIT 1
PART 1 of 2
Page 42 of 1248

Coleman-Fire, Bethany ████ ROS                                    page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary ██-██-2015

REVIEW OF SYSTEMS:                    DO YOU CURRENTLY HAVE ANY OF THESE PROBLEMS?

GENERAL:   Fever, weight loss, weight gain, fatigue?                          None

EAR, NOSE, THROAT:    Allergies, Sinus, Cough, Dry Mouth / Throat             None

CARDIOVASCULAR:    High BP, Heart Surgery, Vascular Disease                   None

RESPIRATORY:    Asthma, Bronchitis, Emphysema, COPD                          None

GENITAL, KIDNEY, BLADDER:    Kidney Stones, Frequent Urination, impotence     None

MUSCLES, BONES, JOINTS:    Arthritis, Joint Pains, Head or Neck Injury        None

SKIN:   growths, rashes, acne                                                None

NEUROLOGICAL:    Headaches, migraines, seizures                              None

PSYCHIATRIC:   Depression, Anxiety, Insomnia                                 None

ENDORCRINE:   Thyroid, Diabetes                                              None

BLOOD/LYMPH:   Anemia, cholesterol, bleeding problems                        None

ALLERGIC / IMMUNOLOGIC:    Seasonal Allergies, Rheumatoid, AIDS, Allergy Shots, Lupus   None

GASTROINTESTINAL:   Diarrhea, Constipation, Ulcer, Reflux                    None

**EXHIBIT 1**
**PART 1 of 2**
**Page 43 of 1248**

STND 18-03985-000043

Coleman-Fire, Bethany ▮▮▮▮  Prescription ●●    page 1 of ●●
Electronically signed by: Dr. Detmer Stone, Rosemary   06/18/2015

Spectacle Rx 1

| | | Sphere | Cylinder | Axis | Vert Prism | Hori Prism | Add | Seg Ht | Dist PD | Mono PD |
|---|---|---|---|---|---|---|---|---|---|---|
| -3.75-0.50x085 | OD | -3.75 | -0.50 | 085 | | | | | | |
| -4.50 | OS | -4.50 | | | | | | | Near PD | |

Notes:

Contact Lens Rx 1

X Disposable

X Sphere

| Manufacturer | Series | Base Curve | Diameter | Sphere | Tint |
|---|---|---|---|---|---|
| OD | TruEye | 8.5 | 14.2 | -4.00 | |
| OS | TruEye | 8.5 | 14.2 | -4.50 | |

Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 44 of 1248**

STND 18-03985-000044

Coleman-Fire, Bethany ⬛⬛⬛ CLS Fit/Progre     page ⬛⬛
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

CC: Hx of PI
Wouldl ike to be refit into daily disp
Currently wearing TruEye CL

OD K's

___ Auto

OS K's

___ Manual

Wearing/ First time disp

| Brand: | Sphere: | Cyl: | Axis | BC: | DIA: | Add | DVAcc OD: |
|---|---|---|---|---|---|---|---|
| OD TruEye | -4.00 | | | 8.5 | 14.2 | | 20/25+ |
| OS TruEye | -4.50 | Cyl OS | Axis OS | 8.5 | 14.2 | Add OS | 20/25+ |

DVAcc OU: 20/20
DVAcc OS:
NVAcc OU:

___ Monovision
Dominant eye:

OR OD CL: pl          OR OS CL: pl

OR VA OD CL:          OR VA OS CL:

CL/Ant Seg Assessment:

| | OD | OS |
|---|---|---|
| Movement: | Adequate | Adequate |
| Centration: | Adequate | Adequate |
| Overlap: | Adequate | Adequate |
| Tear film: | Adequate | Adequate |
| Lids / Lashes: | Clean | Clean |
| Conjunctiva: | Clear | Clear |
| Cornea: | Clear | Clear |

Notes:

A/P:    OK to disp CL

___ Schedule FU 5-10 days       X  Reviewed proper hygiene       ___ Order CL
___ 1+R today                    X  DW schedule                   ___ Schedule PU
___ Refit below                 Replacement schedule:   Daily     ___ Okay to PU, schedule FU

Refit

| Brand: | Power: | Cyl OD | Axis OD | Add OD | BC: | DIA: | DVAcc: |
|---|---|---|---|---|---|---|---|
| OD TruEye | -4.00 | | | | 8.5 | 14.2 | |
| OS TruEye | -4.50 | Cyl OS | Axis OS | Add OS | 8.5 | 14.2 | |

X  Acceptable fit, movement, centration, comfort to start trial pe

**EXHIBIT 1**
**PART 1 of 2**
**Page 45 of 1248**

STND 18-03985-000045

Coleman-Fire, Bethany  ▮▮▮▮  TBI VE  ●●   page 1 of 5  ●●
Electronically signed by: Dr. Detmer Stone, Rosemary  06/18/2015

Name: Bethany          Attended Evaluation: self       Date of Injury: 2/19/14     Type of Injury: struck by car          Dom Eye:

Chief Complaint: headaches- daily, but not as severe                                                  Dominant hand:

HPI's:          Working part time.
                Just finished neuro-psych test recently. Very fatiguing. Reading very slowly for her, but normal for adult population.
                Still works with Rosanne every other week. Currently working on Brock string; coin circles; C-P saccades; works on Dynavision and does poorly.
                Drives but drives slower now and is hyper aware of things.
Age:            HA do not seem to increase after computer use.
31              Fatigue seems to be biggest factor effecting headaches

Additional Concerns:
                Lot less neck pain now after PT in fall. Gets messages regularly which helps.
                Is involved with rowing club and works with personal trainer
                has been reading for pleasure, but does right before bed.
                Sleep patterns are variable. Decent night is 8-9hr/night; ave week is 6.5-7hrs/n. Wakes too early.
                has CL that will wear occasionally.

Current TX:    OT

Visual Priorities: read

Medications:   Welbutrin                              Med Allergies:  cefaclor

Orientation:   X Time    X Place    X Person    X Mood    X Affect          X ROS Checked Today

| | | | Mono PD | .K's OD: | @ | / | @ |
|---|---|---|---|---|---|---|---|
| Habitual Rx OD: -3.75-/-.50x080 | | OD: | | K's OS: | @ | / | @ |
| Habitual Rx OS: -4.75 | | OS: | | Quality of Mires: | | Cyl OD | Cyl OS |
| Hab Add: | Rxed: | | Therapy CL Power: | CL Rx OD: | cly: | x | Add OD: |
| Wear Schedule: | | | | CL Rx OS: | cly: | x | Add OS: |

| | | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Unaided OD: 20/ | NVA Unaided OD: 20/ | | | | Chart: |
| DVA Unaided OS: 20/ | NVA Unaided OS: 20/ | Dist. CT Unaided: | | | |
| DVA Unaided OU: 20/ | NVA Unaided OU: 20/ | Near CT Unaided: | | | Test Dist: |

CT UA Horiz Results:

CT UA Vert Results:

| | | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Aided OD: 20/ 20- | NVA Aided OD: 20/ 20 | | | | |
| DVA Aided OS: 20/ 20 | NVA Aided OS: 20/ 20 | Dist CT Aided: | orthophoria | orthophoria | Chart: Snellen |
| DVA Aided OU: 20/ 20 | NVA Aided OU: 20/ 20 | Near CT Aided: | exophoria | orthophoria | Test Dist: 20 Feet (mirrored) |

CT Aid Horiz Results:  normal horizontal eye alignment at distance and near

CT Aid Vert Results:   normal vertical eye alignment

Observations:

Stereopsis-Randot
        ___ Circle     ___Star      ___E      ___Square    ___Triangle          ___Missed All ___R + L     ___Right Only___ Left Only  ___R + L Not Tested
                                                                                                                                            ___Missed All
        X Cat     X Rabbit     X Monkey     ___Missed All ___Not Tested
Stereoacuity:  6/10      Global Stereo:  normal      Percentage:          Suppression:  no suppression

Stereo Reindeer:                                       Observations:

Conclusions:

**EXHIBIT 1**
**PART 1 of 2**
**Page 46 of 1248**

Coleman-Fire, Bethany          TBI VE                                    page 2 of 5
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

| Accom Amp (push up method) | | | Accom Amp (pull back method) | | | NPC (accom target) | | | NPC (pen light/red lens) | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | D | cm | OD | D | cm | Trial #1 | TTN | cm | Trial #1 | cm |
| OS | D | cm | OS | D | cm | Trial #2 | TTN | cm | Trial #2 | cm |
| OU | D | cm | OU | D | cm | Trial #3 | TTN | cm | Trial #3 | cm |
| Observations: | | | | | | Observations: good convergence | | | | |
| Results: | | | | | | Results: | normal | | | |

**NSUOCO Pursuits**

Ability:      5 Completes 2 rotations in each direction

Accuracy:    5 No refixations

Head Mvmt:  5 No movement of the head

Body Mvmt:  5 No movement of the body

Total:  20    Results:  normal

Observations:

**NSUOCO Saccades**

Ability:      5 Completes 5 roundtrips

Accuracy:    5 No over or undershooting noted

Head Mvmt:  5 No movement of the head

Body Mvmt:  5 No movement of the body

Total:  20    Results:  normal

Observations:

Nystagmus: no          Type:                      Nullpoint:              Direction of slow phase:

Pupils:  ERRLA -APD    EOMs:  full range of motion and no pain with eye movements      Amsler Grid OD:

VF Screening OD:          VF Screening OS:            Amsler Grid OS:

| | | | | |
|---|---|---|---|---|
| Retinoscopy OD: -3.75-0.50x090 | Subjective Refraction OD: -3.50-0.50x085 | | Dist OD: 20/ 20 | Near OD: 20/ 20 |
| Retinoscopy OS: -4.75 | Subjective Refraction OS: -4.50 | | Dist OS: 20/ 20 | Near OS: 20/ 20 |
| Reflex: red, bright | | Add: | Dist OU: 20/ 20 | Near OU: 20/ 20 |

| | | | | |
|---|---|---|---|---|
| Dist Phoria H: orthophoria | V: orthophoria | Plano: | Dist. BO: | Dist. BI: |
| Near Phoria H: 2 exo | V: orthophoria | +1.00: | Near BO: 18/14 | Near BI: 20/16 |
| Vertical Range Dist OD: | BU / BD | Vertical Range Near OD: | BU / BD | Method of Testing Phorias:  In Phoropter w/ Risley Prisms |
| Vertical Range Dist OS: | BU / BD | Vertical Range Near OS: | BU / BD | Method of Testing Ranges:  In Phoropter w/ Risley Prisms |

Comments on Phorias:

Comments on Ranges:

Horiz Phoria Results:    normal horizontal eye alignment at distance and near

Vert Phoria Results:     normal vertical eye alignment at distance and near

Horiz Range Results:     normal convergence and divergence ranges at near

Vert Range Results:

Observations:

NRA: +2.50      PRA: -6.00        Results:  normal NRA & PRA

Binoc CC: +0.25        Phoria thru CC: 2 exo        VA thru CC 20/20

**EXHIBIT 1**
**PART 1 of 2**

Maddox Rod Dist. H:          Maddox Rod Dist. V:          Maddox Rod Near H:          Maddox Rod Near V:

STND 18-03985-000047

Coleman-Fire, Bethany ████████ TBI VE ●●
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

page 3 of 5 ●●

Double Maddox Rod                                        Conclusions:

W4D D:                    +2.00:                         W4D Results:

W4D I:                    -2.00:                          Observations:

W4D N:                                                   Conclusions:


Parks Three Step

| Hyper Primary Gaze | Hyper in L/R Gaze | Hyper on R/L Head Tilt | Paretic Muscle | |
|---|---|---|---|---|
| | | ___ Right------------------>LIO | | Observations |
| | ___ Right | ___ Left------------------>RIO | | |
| ___ Right | | ___ Right------------------>RSO | | |
| | ___ Left | ___ Left------------------>LSR | | |
| | | ___ Right------------------>RSR | | Conclusions |
| | ___ Right | ___ Left------------------>LSO | | |
| ___ Left | | ___ Right------------------>LIR | | |
| | ___ Left | ___ Left------------------>RIO | | |

Midline Shift
Lateral Midline: no evidence of a lateral midline shift

Vertical Midline: no evidence of a vertical midline shift

Observations:

Notes:


Yoked Prism Evaluation

| Test Amt: | Posture/Balance | BR | BL | BD | BU |
|---|---|---|---|---|---|
| Final Amt: | Walking | BR | BL | BD | BU |
| Direction: | Catching | BR | BL | BD | BU |
| Results: | Subjective | BR | BL | BD | BU |
| Category: | Objective | BR | BL | BD | BU |

Recommendation:


Additional Tests:  DEM: 62 sec (No errors) 5%
Vergence facility: good transitions, OU.
Visagraph:  reading rate 171 (expected 340)
Fixation 170/ expected 77; Regressions 42/ expected 11
Grade level efficiency;  3.5  (expected 12.0)


Neglect:  none

VF Date:  6/18/2015        VF Office: ANV

VF Results:  no relative defects or scotomas

Comments:

X  See scanned tests

___ See scanned field


**EXHIBIT 1**
**PART 1 of 2**
**Page 48 of 1248**

STND 18-03985-000048

Coleman-Fire, Bethany ████████ TBI VE ●●●  page 4 of 5 ●●●
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

Expansion Prisms

Amount:    Results:

Observations:

Tonometry OD: 12    Method: Pulsair    GTTS:

Tonometry OS: 14    Time: 03:15 PM    Comments:

Biomicroscopy Lenses:  90D    Time:    GTTS:

| | | | |
|---|---|---|---|
| Adnexa/Orbit: | Normal | Normal | Anterior Segment |
| Lids / Lashes: | Normal | Normal | |
| Conjunctiva: | Clear | Clear | |
| Sclera: | White | White | |
| Tear Film: | Thick, Clear | Thick, Clear | |
| Cornea: | Clear | Clear | Cornea |
| Angle: | Open | Open | |
| Ant Chamber: | Deep/Quiet | Deep/Quiet | |
| Iris: | Flat, -Neo, Intact | Flat, -Neo, Intact | |
| Lens: | Clear | Clear | |
| Vitreous: | Clear | Clear | Posterior Segment |
| C/D Ratio: | 0.2 | 0.2 | |
| ONH: | Round, Pink, NRRJ | Round, Pink, NRRJ | |
| Macula: | Flat, +FLR | Flat, +FLR | |
| Vessels: | Normal | Normal | |
| Periphery: | (-) Holes, Tears, Ret Detach | (-) Holes, Tears, Ret Detach | ___ Optos Reviewed |

Comments

Visuoscopy:

| | Vertical | Horizontal | | |
|---|---|---|---|---|
| Final Rx OD: | -3.75-0.50x085 | OD: | OD: | Final VA OD: 20 | Final NVA OD: 20 |
| Final Rx OS: | -4.50 | OS: | OS: | Final VA OS: 20 | Final NVA OS: 20 |
| Final Rx Add: | | Dev Lens OD: | Dev Lens OS: | Final VA OU: 20 | Final NVA OU: 20 |

Wear Schedule 1:  This prescription is designed to be worn full time.

Wear Schedule 2:

Rx Comments:

Spec Rx Notes:

Spec Rx 2 Notes:

Assessment:    Motility:    normal gross pursuits, oculomotor dysfunction in fine saccades, full range of motion
Significant decrease in saccadic function noted today in testing, as compared to 1 year ago

Accomodation:  normal accommodative power, normal accommodative flexibility

**EXHIBIT 1**
**PART 1 of 2**
**Page 49 of 1248**

STND 18-03985-000049

Coleman-Fire, Bethany ████ TBI VE ████                                    page 5 of 5 ████
Electronically signed by: Dr. Detmer Stone, Rosemary      06/18/2015

| | | |
|---|---|---|
| Binocularity: | normal binocularity and no ocular misalignment | |
| Entering VA: | normal visual acuity in both eyes at distance and near | |
| RE: | myopia, astigmatism | |
| Visual Acuity: | normal visual acuity in both eyes at distance and near | |
| OH: | Normal | |
| | Automated VF testing: revealed no relative defects or scotomas, OU | |

Performance Impact:   reading comprehension and speed

Impression:  Saccadic eye movements are significantly reduced in testing today, which could be contributory to reading difficulties with comprehension and speed.  Has been working this morning, which may have some effect on results due to fatigue.

Plan:         Recommend saccadic eye movement techniques to OT (Rosanne) at OHSU to help improve reading ability.  Those activities should include:  Column jumping; multiple Hart chart column jumping; Ann Arbors; Alphabet pencils, etc.
               RTC in 2 months to reassess saccadic eye movement function.

Provider:  Rosemary Detmer Stone, O.D.                    # of VT Sessions:

TBI Memo:

**EXHIBIT 1**
**PART 1 of 2**
**Page 50 of 1248**

STND 18-03985-000050

Coleman-Fire, Bethany ▨▨▨ ARRA ●●●●                              page 1 of 1   ●●●
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

___ Ignore this record for Meaningful Use

Status - Allergy Agent - Reaction - Severity                                    Notes
Prior History - Cefaclor - -                                                    RTC 2 months for PE

___ No known drug allergies                           ___ Patient Transferred In/Referred To This Provider
                                                      ___ Medication Reconciliation performed
Prescribed Date - Medication Name - Status            ___ Patient Transferred Out/Referred To Other Provider
06/18/2015 - Wellbutrin -                              ___ Summary of care provided for transfer
06/18/2015 - topiramate -                              ___ Transferred Out Electronic
                                                      ___ Received Consultant Rpt
                                                     ___ Asked for electronic copy
                                                      ___ Received electronic copy
                                                     ___ E-Prescribed medication
           ___ No current medications                ___ Patient has received clinical summary of this visit
                                                     ___ Patient was provided education resource
                                                         (Crystal PM helped determined which edu resource)

Preferred Language    Race              Ethnicity                Smoking Status           Discussed Cessation
English               White             Not Hispanic or Latino   Never smoker (<100 cigs  No
                                                                 equiv)

Height                Weight            BMI    .       BMI Followup?   Blood Pressure      Hypertension?
0        ft   0       0         lbs                    No         0         /    0         No
         in

Dilated Macular/Fundus Exam             Counseled for Nutrition   Counseled for Activity  Is Primary Care Provider?  Recvd Flu Immur
No                                      Yes                       Yes                     No                        No

Retinal/Dilated Eye Exam   Retinopathy Severity Level  Macular Edema      Communicated to Diabetes Care Provider:
No                         None                        No                 Exam Findings          Severity of Retinopathy
                                                                          No                     No

Cup to Disc ratio OD    Cup to Disc ratio OS    Optic Nerve Evaluation    Optic disc or retinal nerve abnormalities:   # Linked Images
0.00    H  0.00    V    0.00   H  0.00    V     Yes                       OD   No            OS   No                    0

Diagnosis Code   Description                          Bill ID      CPT           Description
310.2            Postconcussion Syndrome [Posttraumatic brain syndrome]   OV FP4   99214    Office Visit FP Level 4

379.57           Deficiencies of Saccadic Eye Movement [Abnormal   VF Int   92082          VISUAL FIELDS Intermediate
                 Optokinetic
                 Response]                            Optos        92250         OPTOS:  Digital Imaging

                                                      Billing Modifiers   Description

Date - Type - Primary - Status - Problem              MU Measures Outside Of Crystal PM
                                                      Medication Orders              0

                                                      Lab Orders                     0

                                                      Radiology Orders               0

                                                      Imaging Orders (non-Radiology)  0

Relationship - Disease or Condition
Empty List -

           ___ Unknown family history

Type - Plan

**EXHIBIT 1**
**PART 1 of 2**
**Page 51 of 1248**

STND 18-03985-000051

 

Medical Records For          : Coleman-Fire, Bethany
Date Of Birth                : ████████
Electronically signed by     : Dr. Detmer Stone, Rosemary     06/18/2015
Tabs Filled Out              : CC [pages:1]
                             : Med Hx [pages:1]
                             : ROS [pages:1]
                             : Prescription [pages:1]
                             : CLS Fit/Progress [pages:1]
                             : TBI VE [pages:5]
                             : ARRA [pages:1]

**EXHIBIT 1**
**PART 1 of 2**
**Page 52 of 1248**

STND 18-03985-000052

Coleman-Fire, Bethany ████████ CC                                    page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

CHIEF COMPLAINT
  referred back for re-eval from OT at OHSU

  Location:              Severity:            Quality:              Duration:

  Timing:                Context:             Modifying:            Associated:

  Secondary Complaints:

REVIEW OF OCULAR SYSTEM: Injuries, Infections, Surgeries, Diseases
  None

  Eye Meds:  None                            Last Eye Exam:  1 year        Doctor:  Stone

FAMILY OCULAR HISTORY

  Glaucoma:  No       Cataracts:  Grandparent     Macular Degen:  Grandparent   Retinal Detach:  No        Crossed / Lazy:  No

PREVIOUS VISION CORRECTION
  Primary Vision Correction:     Glasses-Full Time                Back up specs?        Planning to get new glasses?

  Type of CLs worn in past:      Disposable        Wear Time:             Cleaner:        Disposal:  daily

NOTES:

  Preferred Language:

  Race:

**EXHIBIT 1**
**PART 1 of 2**
**Page 53 of 1248**

STND 18-03985-000053

Coleman-Fire, Bethany ████ Med Hx ███
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

page 1 of 1 ███

PATIENT MEDICAL HISTORY: HAs, Arthritis, Asthma, Diabetes, HBP, Heart, Infl. Bowel Dz, Seizures, Thyroid

| | medhx2 | medhx3 | medhx4 | medhx5 | medhx6 |

Injuries, Surgeries, Hospitalization

Pregnant Or Nursing:

Recent Tetanus Shot:    Notes:

Primary Care Physcian:    Last Visit:    Reason For Visit:

Systemic Meds:
| | med2 | med3 | med4 | med5 | med6 |
| med7 | med8 | med9 | med10 | med11 | med12 |

Drug Allergies:    BC:    OTC:    Vitamins:

FAMILY MEDICAL HISTORY: Diabetes, HBP, Heart Dz, Cancer, Athritis, Lupus, Kidney, Thyroid, Other
None
| | fmh2 | fmh3 | fmh4 | fmh5 | fmh6 |

SOCIAL HISTORY

· Occupation:    lawyer    Hobbies:

Tobacco:    No    Type:    None    How Long:

Alcohol:    No    Type:    None    How Long:

· Illegal Drugs:    No    Type:    How Long:    STD:    None

Prescribed Date - Medication Name - Status
06/18/2015 - Wellbutrin -
06/18/2015 - topiramate -

**EXHIBIT 1**
**PART 1 of 2**
**Page 54 of 1248**

Coleman-Fire, Bethany ████████ ROS     page 1 of 1

Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

REVIEW OF SYSTEMS:              DO YOU CURRENTLY HAVE ANY OF THESE PROBLEMS?

GENERAL:   Fever, weight loss, weight gain, fatigue?                    None

EAR, NOSE, THROAT:    Allergies, Sinus, Cough, Dry Mouth / Throat       None

CARDIOVASCULAR:    High BP, Heart Surgery, Vascular Disease            None

RESPIRATORY:    Asthma, Bronchitis, Emphysema, COPD                    None

GENITAL, KIDNEY, BLADDER:    Kidney Stones, Frequent Urination, impotence    None

MUSCLES, BONES, JOINTS:    Athritis, Joint Pains, Head or Neck Injury   None

SKIN:    growths, rashes, acne                                         None

NEUROLOGICAL:    Headaches, migraines, seizures                        None

PSYCHIATRIC:    Depression, Anxiety, Insomnia                          None

ENDORCRINE:    Thyroid, Diabetes                                       None

BLOOD/LYMPH:    Anemia, cholesterol, bleeding problems                 None

ALLERGIC / IMMUNOLOGIC:    Seasonal Allergies, Rheumatoid, AIDS, Allergy Shots, Lupus    None

GASTROINTESTINAL:    Diarrhea, Constipation, Ulcer, Reflux             None

**EXHIBIT 1**
**PART 1 of 2**
**Page 55 of 1248**

STND 18-03985-000055

Coleman-Fire, Bethany ███████ Prescription ⬤    page 1 of ⬤

Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

### Spectacle Rx 1

| | | Sphere | | Cylinder | Axis | Vert Prism | Hori Prism | Add | Seg Ht | Dist PD | Mono PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -3.75-0.50x085 | OD | -3.75 | | -0.50 | 085 | | | | | | |
| | | | | | | | | | | Near PD | |
| -4.50 | OS | -4.50 | | | | | | | | | |

Notes:

### Contact Lens Rx 1

X Disposable

X Sphere

| Manufacturer | Series | Base Curve | Diameter | Sphere | Tint |
|---|---|---|---|---|---|
| OD | TruEye | 8.5 | 14.2 | -4.00 | |
| OS | TruEye | 8.5 | 14.2 | -4.50 | |

Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 56 of 1248**

STND 18-03985-000056

Coleman-Fire, Bethany ████████ CLS Fit/Prog███ ██ pag███
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

CC: Hx of PI
Wouldl ike to be refit into daily disp
Currently wearing TruEye CL

OD K's                                                              ___ Auto

OS K's                                                              ___ Manual

Wearing/ First time disp

| Brand: | Sphere: | Cyl: | Axis | BC: | DIA: | Add | DVAcc OD: | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD TruEye | -4.00 | | | 8.5 | 14.2 | | 20/25+ | | | ___ Monovision |
| | | | | | | | | DVAcc OU: 20/20 | | Dominant eye: |
| OS TruEye | -4.50 | Cyl OS | Axis OS | 8.5 | 14.2 | | 20/25 DVAcc OS: | | | |
| | | | | | | | Add OS: | NVAcc OU: | | |

OR OD CL: pl                    OR OS CL: pl                              CL/Ant Seg Assessment:
                                                                          OD              OS
OR VA OD CL:                    OR VA OS CL:        Movement: Adequate          Adequate

Notes:                                             Centration: Adequate         Adequate

                                                   Overlap: Adequate            Adequate

                                                   Tear film: Adequate          Adequate

A/P:   OK to disp CL                               Lids / Lashes: Clean         Clean

                                                   Conjunctiva: Clear           Clear

                                                   Cornea: Clear                Clear

___ Schedule FU 5-10 days    X Reviewed proper hygiene       ___ Order CL
___ I+R today                X DW schedule                   ___ Schedule PU
___ Refit below              Replacement schedule: Daily      ___ Okay to PU, schedule FU

Refit

| Brand: | Power: | Cyl OD | Axis OD | Add OD | BC: | DIA: | DVAcc: |
|---|---|---|---|---|---|---|---|
| OD TruEye | -4.00 | | | | 8.5 | 14.2 | |
| OS TruEye | -4.50 | Cyl OS | Axis OS | Add OS | 8.5 | 14.2 | |

X Acceptable fit, movement, centration, comfort to start trial pe

EXHIBIT 1
PART 1 of 2
Page 57 of 1248

STND 18-03985-000057

Coleman-Fire, Bethany ████ TBI VE ██     page 1 of 5 ██
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

Name: Bethany    Attended Evaluation: self    Date of Injury: 2/19/14    Type of Injury: struck by car    Dom Eye:

Chief Complaint: headaches- daily, but not as severe    Dominant hand:

HPI's:    Working part time.
    Just finished neuro-psych test recently. Very fatiguing. Reading very slowly for her, but normal for adult population.
    Still works with Rosanne every other week. Currently working on Brock string; coin circles; C-P saccades; works on Dynavision and does poorly.
    Drives but drives slower now and is hyper aware of things.
Age:    HA do not seem to increase after computer use.
31    Fatigue seems to be biggest factor effecting headaches

Additional Concerns:
    Lot less neck pain now after PT in fall. Gets messages regularly which helps.
    Is involved with rowing club and works with personal trainer
    has been reading for pleasure, but does right before bed.
    Sleep patterns are variable. Decent night is 8-9hr/night; ave week is 6.5-7hrs/n. Wakes too early.
    has CL that will wear occasionally.

Current TX:    OT

Visual Priorities: read

Medications:    Welbutrin    Med Allergies:    cefaclor

Orientation:    X Time    X Place    X Person    X Mood    X Affect    X ROS Checked Today

| | | Mono PD | | K's OD: | @ | / | @ |
|---|---|---|---|---|---|---|---|
| Habitual Rx OD: -3.75-0.50x080 | | | OD: | K's OS: | @ | / | @ |
| Habitual Rx OS: -4.75 | | | OS: | Quality of Mires: | | Cyl OD | Cyl OS |
| Hab Add: | Rxed: | | Therapy CL Power: | CL Rx OD: | cly: | x | Add OD: |
| Wear Schedule: | | | | CL Rx OS: | cly: | x | Add OS: |

| | | | Horizontal | Vertical | | |
|---|---|---|---|---|---|---|
| DVA Unaided OD: 20/ | NVA Unaided OD: 20/ | | | | Chart: | |
| DVA Unaided OS: 20/ | NVA Unaided OS: 20/ | Dist. CT Unaided: | | | Test Dist: | |
| DVA Unaided OU: 20/ | NVA Unaided OU: 20/ | Near CT Unaided: | | | | |
| CT UA Horiz Results: | | | | | | |
| CT UA Vert Results: | | | | | | |

| | | | Horizontal | Vertical | | |
|---|---|---|---|---|---|---|
| DVA Aided OD: 20/ 20- | NVA Aided OD: 20/ 20 | | | | Chart: | Snellen |
| DVA Aided OS: 20/ 20 | NVA Aided OS: 20/ 20 | Dist CT Aided: | orthophoria | orthophoria | Test Dist: | 20 Feet (mirrored) |
| DVA Aided OU: 20/ 20 | NVA Aided OU: 20/ 20 | Near CT Aided: | exophoria | orthophoria | | |

CT Aid Horiz Results:  normal horizontal eye alignment at distance and near

CT Aid Vert Results:   normal vertical eye alignment

Observations:

Stereopsis-Randot
    ___ Circle    ___ Star    ___ E    ___ Square    ___ Triangle    ___ Missed All __ R + L    ___ Right Only ___ Left Only    ___ R + L Not Tested
                                                                                                                                ___ Missed All
    X Cat    X Rabbit    X Monkey    ___ Missed All __ Not Tested
Stereoacuity:  6/10    Global Stereo: normal    Percentage:    Suppression:  no suppression

Stereo Reindeer:    Observations:

Conclusions:

**EXHIBIT 1**
**PART 1 of 2**
**Page 58 of 1248**

STND 18-03985-000058

Coleman-Fire, Bethany ▮▮▮▮▮ TBI VE ▮▮▮▮    page 2 of 5 ▮▮▮▮
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

| Accom Amp (push up method) | | | Accom Amp (pull back method) | | | NPC (accom target) | | | NPC (pen light/red lens) | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | D | cm | OD | D | cm | Trial #1 | TTN | cm | Trial #1 | cm |
| OS | D | cm | OS | D | cm | Trial.#2 | TTN | cm | Trial #2 | cm |
| OU | D | cm | OU | D | cm | Trial #3 | TTN | cm | Trial #3 | cm |
| Observations: | | | | | | Observations: good convergence | | | | |
| Results: | | | | | | Results: normal | | | | |

**NSUOCO Pursuits**

Ability:        5 Completes 2 rotations in each direction
Accuracy:     5 No refixations
Head Mvmt:  5 No movement of the head
Body Mvmt:  5 No movement of the body
Total:  20    Results:  normal
Observations:

**NSUOCO Saccades**

Ability:        5 Completes 5 roundtrips
Accuracy:     5 No over or undershooting noted
Head Mvmt:  5 No movement of the head
Body Mvmt:  5 No movement of the body
Total:  20    Results:  normal
Observations:

Nystagmus:  no    Type:    Nullpoint:    Direction of slow phase:
Pupils:  ERRLA -APD    EOMs:  full range of motion and no pain with eye movements    Amsler Grid OD:
VF Screening OD:    VF Screening OS:    Amsler Grid OS:

| | | | | |
|---|---|---|---|---|
| Retinoscopy OD: -3.75-0.50x090 | Subjective Refraction OD: -3.50-0.50x085 | Dist OD: 20/ 20 | Near OD: 20/ 20 |
| Retinoscopy OS: -4.75 | Subjective Refraction OS: -4.50 | Dist OS: 20/ 20 | Near OS: 20/ 20 |
| Reflex: red, bright | Add: | Dist OU: 20/ 20 | Near OU: 20/ 20 |

Dist Phoria H:  orthophoria        V: orthophoria        Plano:        Dist. BO:        Dist. BI:
Near Phoria H:  2 exo        V: orthophoria        +1.00:        Near BO:    18/14        Near BI:  20/16
Vertical Range Dist OD:    BU /    BD    Vertical Range Near OD:    BU /    BD    Method of Testing Phorias:    In Phoropter w/ Risley Prisms
Vertical Range Dist OS:    BU /    BD    Vertical Range Near OS:    BU /    BD    Method of Testing Ranges:    In Phoropter w/ Risley Prisms
Comments on Phorias:
Comments on Ranges:
Horiz Phoria Results:    normal horizontal eye alignment at distance and near
Vert Phoria Results:    normal vertical eye alignment at distance and near
Horiz Range Results:    normal convergence and divergence ranges at near

Vert Range Results:

Observations:

NRA: +2.50        PRA: -6.00        Results:  normal NRA & PRA

Binoc CC:  +0.25        Phoria thru CC:  2 exo        VA thru CC 20/20

Maddox Rod Dist. H:        Maddox Rod Dist. V:        Maddox Rod Near H:        Maddox Rod Near V:

EXHIBIT 1
PART 1 of 2
Page 59 of 1248

STND 18-03985-000059

Coleman-Fire, Bethany ▮▮▮▮ TBI VE
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

page 3 of 5

**Double Maddox Rod**

| | | Conclusions: |
|---|---|---|
| W4D D: | +2.00: | W4D Results: |
| W4D I: | -2.00: | Observations: |
| W4D N: | | Conclusions: |

**Parks Three Step**

| Hyper Primary Gaze | Hyper in L/R Gaze | Hyper on R/L Head Tilt | Paretic Muscle | Observations |
|---|---|---|---|---|
| | | ___ Right----------->LIO | | |
| | ___ Right | ___ Left----------->RIO | | |
| ___ Right | | ___ Right---------->RSO | | |
| | ___ Left | ___ Left----------->LSR | | |
| | ___ Right | ___ Right---------->RSR | | Conclusions |
| ___ Left | | ___ Left----------->LSO | | |
| | ___ Left | ___ Right--------->LIR | | |
| | | ___ Left----------->RIO | | |

**Midline Shift**

Lateral Midline: no evidence of a lateral midline shift

Vertical Midline: no evidence of a vertical midline shift

Observations:

Notes:

**Yoked Prism Evaluation**

| Test Amt: | Posture/Balance | BR | BL | BD | BU |
|---|---|---|---|---|---|
| Final Amt: | Walking | BR | BL | BD | BU |
| Direction: | Catching | BR | BL | BD | BU |
| Results: | Subjective | BR | BL | BD | BU |
| Category: | Objective | BR | BL | BD | BU |

Recommendation:

Additional Tests:
DEM: 62 sec (No errors) 5%
Vergence facility: good transitions, OU.
Visagraph: reading rate 171 (expected 340)
Fixation 170/ expected 77; Regressions 42/ expected 11
Grade level efficiency: 3.5 (expected 12.0)

Neglect: none

VF Date: 6/18/2015    VF Office: ANV

VF Results: no relative defects or scotomas

Comments:

X  See scanned tests

___ See scanned field

**EXHIBIT 1**
**PART 1 of 2**
**Page 60 of 1248**

Coleman-Fire, Bethany ▮▮▮▮ TBI VE                                         page 4 of 5
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

Expansion Prisms
Amount:                        Results:
Observations:

Tonometry OD: 12                       Method: Pulsair              GTTS:
Tonometry OS: 14                       Time:  03:15 PM              Comments:

Biomicroscopy Lenses:  90D             Time:                        GTTS:

| | | Anterior Segment |
|---|---|---|
| Adnexa/Orbit: | Normal | Normal |
| Lids / Lashes: | Normal | Normal |
| Conjunctiva: | Clear | Clear |
| Sclera: | White | White |
| Tear Film: | Thick, Clear | Thick, Clear |
| Cornea: | Clear | Clear |

Cornea

| | | |
|---|---|---|
| Angle: | Open | Open |
| Ant Chamber: | Deep/Quiet | Deep/Quiet |
| Iris: | Flat, -Neo, Intact | Flat, -Neo, Intact |
| Lens: | Clear | Clear |
| Vitreous: | Clear | Clear |
| C/D Ratio. | 0.2 | 0.2 |

Posterior Segment

| | | |
|---|---|---|
| ONH: | Round, Pink, NRRI | Round, Pink, NRRI |
| Macula: | Flat, +FLR | Flat, +FLR |
| Vessels: | Normal | Normal |
| Periphery: | (-) Holes, Tears, Ret Detach | (-) Holes, Tears, Ret Detach |

____ Optos Reviewed

Comments

Visuoscopy:

|  | Vertical | Horizontal |  |  |
|---|---|---|---|---|
| Final Rx OD: | -3.75-0.50x085 | OD: | OD: | Final VA OD: 20 | Final NVA OD: 20 |
| Final Rx OS: | -4.50 | OS: | OS: | Final VA OS: 20 | Final NVA OS: 20 |
| Final Rx Add: | | Dev Lens OD: | Dev Lens OS: | Final VA OU: 20 | Final NVA OU: 20 |

Wear Schedule 1:  This prescription is designed to be worn full time.
Wear Schedule 2:
Rx Comments:
Spec Rx Notes:
Spec Rx 2 Notes:

Assessment:       Motility:       normal gross pursuits, oculomotor dysfunction in fine saccades, full range of motion
                                   Significant decrease in saccadic function noted today in testing, as compared to 1 year ago

                   Accomodation:  normal accommodative power, normal accommodative flexibility

**EXHIBIT 1**
**PART 1 of 2**
**Page 61 of 1248**

Coleman-Fire, Bethany ▮▮▮▮▮ TBI VE                              page 5 of 5
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

| | | |
|---|---|---|
| Binocularity: | normal binocularity and no ocular misalignment | |
| Entering VA: | normal visual acuity in both eyes at distance and near | |
| RE: | myopia, astigmatism | |
| Visual Acuity: | normal visual acuity in both eyes at distance and near | |
| OH: | Normal | |
| | Automated VF testing: revealed no relative defects or scotomas, OU | |

Performance Impact:   reading comprehension and speed

Impression:   Saccadic eye movements are significantly reduced in testing today, which could be contributory to reading difficulties with comprehension and speed.  Has been working this morning, which may have some effect on results due to fatigue.

Plan:   Recommend saccadic eye movement techniques to OT (Rosanne) at OHSU to help improve reading ability.  Those activities should include:  Column jumping; multiple Hart chart column jumping; Ann Arbors; Alphabet pencils, etc.
RTC in 2 months to reassess saccadic eye movement function.

Provider:   Rosemary Detmer Stone, O.D.              # of VT Sessions:

TBI Memo:

EXHIBIT 1
PART 1 of 2
Page 62 of 1248

Coleman-Fire, Bethany ███████ ARRA                                    page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2015

___ Ignore this record for Meaningful Use

Status - Allergy Agent - Reaction - Severity
Prior History - Cefaclor - -

Notes
RTC 2 months for PE

___ No known drug allergies

Prescribed Date - Medication Name - Status
06/18/2015 - Wellbutrin -
06/18/2015 - topiramate -

___ Patient Transferred In/Referred To This Provider
___ Medication Reconciliation performed
___ Patient Transferred Out/Referred To Other Provider
___ Summary of care provided for transfer
___ Transferred Out Electronic
___ Received Consultant Rpt
___ Asked for electronic copy
___ Received electronic copy
___ No current medications
___ E-Prescribed medication
___ Patient has received clinical summary of this visit
___ Patient was provided education resource
(Crystal PM helped determined which edu resource)

| Preferred Language | Race | Ethnicity | Smoking Status | Discussed Cessation |
|---|---|---|---|---|
| English | White | Not Hispanic or Latino | Never smoker (<100 cigs equiv) | No |

| Height | | | Weight | | BMI | BMI Followup? | Blood Pressure | Hypertension? |
|---|---|---|---|---|---|---|---|---|
| 0 | ft | 0 | in 0 | lbs | | No | 0 / 0 | No |

| Dilated Macular/Fundus Exam | Counseled for Nutrition | Counseled for Activity | Is Primary Care Provider? | Recvd Flu Immur |
|---|---|---|---|---|
| No | Yes | Yes | No | No |

| Retinal/Dilated Eye Exam | Retinopathy Severity Level | Macular Edema | Communicated to Diabetes Care Provider: | |
|---|---|---|---|---|
| No | None | No | Exam Findings No | Severity of Retinopathy No |

| Cup to Disc ratio OD | Cup to Disc ratio OS | Optic Nerve Evaluation | Optic disc or retinal nerve abnormalities: | # Linked Images |
|---|---|---|---|---|
| 0.00 H 0.00 V | 0.00 H 0.00 V | Yes | OD No    OS No | 0 |

| Diagnosis Code | Description | Bill ID | CPT | Description |
|---|---|---|---|---|
| 310.2 | Postconcussion Syndrome [Posttraumatic brain syndrome] | OV FP4 | 99214 | Office Visit FP Level 4 |
| 379.57 | Deficiencies of Saccadic Eye Movement [Abnormal Optokinetic Response] | VF Int | 92082 | VISUAL FIELDS Intermediate |
| | | Optos | 92250 | OPTOS: Digital Imaging |

Billing Modifiers    Description

Date - Type - Primary - Status - Problem

MU Measures Outside Of Crystal PM
Medication Orders           0
Lab Orders                  0
Radiology Orders            0
Imaging Orders (non-Radiology)  0

Relationship - Disease or Condition
Empty List -

___ Unknown family history

Type - Plan

**EXHIBIT 1**
**PART 1 of 2**
**Page 63 of 1248**

STND 18-03985-000063

 

| | |
|---|---|
| Medical Records For | : Coleman-Fire, Bethany |
| Date Of Birth | : █████████ |
| Electronically signed by | : Dr. Detmer Stone, Rosemary    07/15/2014 |
| Tabs Filled Out | : Prescription [pages:1] |
| | : TBI VE [pages:5] |

**EXHIBIT 1**
**PART 1 of 2**
**Page 64 of 1248**

STND 18-03985-000064

Coleman-Fire, Bethany ████████ Prescription ██████                           page 1 of ██████
Electronically signed by: Dr. Detmer Stone, Rosemary    07/15/2014

### Spectacle Rx 1

| | | Sphere | Cylinder | Axis | Vert Prism | Hori Prism | Add | Seg Ht | Dist PD | Mono PD |
|---|---|---|---|---|---|---|---|---|---|---|
| -3.75-0.50x085 | OD | -3.75 | -0.50 | 085 | | | | | | |
| -4.75 | OS | -4.75 | | | | | | | Near PD | |

Notes:

### Contact Lens Rx 1

X Disposable

X Sphere

| Manufacturer | Series | | Base Curve | Diameter | Sphere | Tint |
|---|---|---|---|---|---|---|
| OD | | | | | | |
| OS | | | | | | |

Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 65 of 1248**

STND 18-03985-000065

Coleman-Fire, Bethany [REDACTED] TBI VE     page 1 of 5

Electronically signed by: Dr. Detmer Stone, Rosemary    07/15/2014

---

Name: Bethany          Attended Evaluation: self          Date of Injury: 2/19/14          Type of Injury: struck by car          Dom Eye: OD

Chief Complaint: headaches today          Dominant hand:

HPI's:          All day yesterday, severe vertigo came back and very nauseated.  Neurologist suggested Eply procedure which helped.  Today feels like
                recovering from flu, but no vertigo.

Age:            Can read more, but durations are better, but limit to 30 min.  Can successfully do Brock string now.
30              Tried to meditate at PCP's suggestion, but this made her more aware of headaches, so stopped this.
                Driving is mildly stressful, but doesn't increase symptoms.
                Has been running again.  PT said 20 min/d of elevated heart rate and has been doing this and is successful and able to  continue rest of day.

Additional Concerns:
                Computer use is limited.
                On cell phone often
                D/c from ST as short term memory is improved.
                works with Rosanne every other week.
                PT is close to finishing.
                HA spikes/fatigue in high altitude (Denver/Idaho)

Current TX:

Visual Priorities:

Medications:    Advil-PRN; allergy injections          Med Allergies:    NKDA

Orientation:    X Time    X Place    X Person    X Mood    X Affect          X ROS Checked Today

|  |  | Mono PD | K's OD: | @ | / | @ |
|---|---|---|---|---|---|---|
| Habitual Rx OD: -3.75-0.50x080 |  | OD: | K's OS: | @ | / | @ |
| Habitual Rx OS: -4.75 |  | OS: | Quality of Mires: |  | Cyl OD | Cyl OS |
| Hab Add: | Rxed: | Therapy CL Power: | CL Rx OD: | cly: | x | Add OD: |
| Wear Schedule: full time |  |  | CL Rx OS: | cly: | x | Add OS: |

| DVA Unaided OD: 20/ | NVA Unaided OD: 20/ |  | Horizontal | Vertical |  |
|---|---|---|---|---|---|
| DVA Unaided OS: 20/ | NVA Unaided OS: 20/ | Dist. CT Unaided: |  |  | Chart: |
| DVA Unaided OU: 20/ | NVA Unaided OU: 20/ | Near CT Unaided: |  |  | Test Dist: |

CT UA Horiz Results:

CT UA Vert Results:

| DVA Aided OD: 20/ 20 | NVA Aided OD: 20/ 20 |  | Horizontal | Vertical |  |
|---|---|---|---|---|---|
| DVA Aided OS: 20/ 20 | NVA Aided OS: 20/ 20 | Dist CT Aided: | orthophoria | orthophoria | Chart: Snellen |
| DVA Aided OU: 20/ 20 | NVA Aided OU: 20/ 20 | Near CT Aided: | exophoria | orthophoria | Test Dist: 20 Feet (mirrored) |

CT Aid Horiz Results:    normal horizontal eye alignment at distance and near

CT Aid Vert Results:    normal vertical eye alignment

Observations:

Stereopsis-Randot

___ Circle    ___ Star    ___ E    ___ Square    ___ Triangle          ___ Missed All ___ R + L    ___ Right Only ___ Left Only ___ R + L Not Tested
                                                                                                            ___ Missed All

___ Cat    ___ Rabbit    ___ Monkey    ___ Missed All ___ Not Tested

Stereoacuity:  6/10          Global Stereo:          Percentage:          Suppression:

Stereo Reindeer:                            Observations:

Conclusions:

Accom Amp (push up method)          Accom Amp (pull back method)          NPC (accom target)          NPC (pen light/red lens)

**EXHIBIT 1**
**PART 1 of 2**
**Page 66 of 1248**

Coleman-Fire, Bethany _____ TBI VE
Electronically signed by: Dr. Detmer Stone, Rosemary    07/15/2014    .

page 2 of 5

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | D | cm | OD | D | cm | Trial #1 | TTN | cm | Trial #1 | cm |
| OS | D | cm | OS | D | cm | Trial #2 | TTN | cm | Trial #2 | cm |
| OU 20 | D | cm | OU | D | cm | Trial #3 | TTN | cm | Trial #3 | cm |

Observations: no significant observations

Results:    normal

Observations: good convergence

Results:    normal

**NSUOCO Pursuits**

Ability:    5 Completes 2 rotations in each direction

Accuracy:    5 No refixations

Head Mvmt:    5 No movement of the head

Body Mvmt:    5 No movement of the body

Total: 20    Results:  normal

Observations:

**NSUOCO Saccades**

Ability:    5 Completes 5 roundtrips

Accuracy:    5 No over or undershooting noted

Head Mvmt:    5 No movement of the head

Body Mvmt:    5 No movement of the body

Total: 20    Results:  normal

Observations:

Nystagmus: no    Type:    Nullpoint:    Direction of slow phase:

Pupils: ERRLA -APD    EOMs: full range of motion and no pain with eye movements    Amsler Grid OD:

VF Screening OD:    VF Screening OS:    Amsler Grid OS:

Retinoscopy OD: -3.75-0.50x090    Subjective Refraction OD: -3.75-0.50x085    Dist OD: 20/ 20    Near OD: 20/ 20

Retinoscopy OS: -4.75    Subjective Refraction OS: -4.75    Dist OS: 20/ 20    Near OS: 20/ 20

Reflex: red, bright    Add:    Dist OU: 20/ 20    Near OU: 20/ 20

Dist Phoria H: 2 exo    V: orthophoria    Plano:    Dist. BO:    Dist. BI:

Near Phoria H: 4 exo    V: orthophoria    +1.00:    Near BO:    18/14    Near BI: 24/18

Vertical Range Dist OD:    BU /    BD    Vertical Range Near OD:    BU /    BD    Method of Testing Phorias:    In Phoropter w/ Risley Prisms

Vertical Range Dist OS:    BU /    BD    Vertical Range Near OS:    BU /    BD    Method of Testing Ranges:    In Phoropter w/ Risley Prisms

Comments on Phorias:

Comments on Ranges:

Horiz Phoria Results:    normal horizontal eye alignment at distance, a slight tendency for outward eye alignment at near

Vert Phoria Results:    normal vertical eye alignment at distance and near

Horiz Range Results:    normal convergence and divergence ranges at near

Vert Range Results:

Observations:

NRA:+2.50    PRA: -4.50    Results:  normal NRA & PRA

Binoc CC: +0.75    Phoria thru CC:    VA thru CC 20/20

Maddox Rod Dist. H:    Maddox Rod Dist. V:    Maddox Rod Near H: 6 exo    Maddox Rod Near V: ortho

**EXHIBIT 1**
**PART 1 of 2**
**Page 67 of 1248**

Coleman-Fire, Bethany ████████ TBI VE
Electronically signed by: Dr. Detmer Stone, Rosemary    07/15/2014

page 3 of 5 ●●

**Double Maddox Rod**                                          Conclusions:  normal

W4D D:  4 w/o luster                    +2.00:  20            W4D Results:    no suppression

W4D I:                                  -2.00:  20            Observations:

W4D N:                                                        Conclusions:


**Parks Three Step**

| Hyper Primary Gaze | Hyper in L/R Gaze | Hyper on R/L Head Tilt | Paretic Muscle | Observations |
|---|---|---|---|---|
| | | ___ Right----------->LIO | | |
| ___ Right | ___ Right | ___ Left----------->RIO | | |
| | ___ Left | ___ Right----------->RSO | | |
| | | ___ Left----------->LSR | | |
| | | ___ Right----------->RSR | | Conclusions |
| ___ Left | ___ Right | ___ Left----------->LSO | | |
| | ___ Left | ___ Right----------->LIR | | |
| | | ___ Left----------->RIO | | |


**Midline Shift**

Lateral Midline:

Vertical Midline:

Observations:

Notes:


**Yoked Prism Evaluation**

| Test Amt: | Posture/Balance | BR | BL | BD | BU |
|---|---|---|---|---|---|
| Final Amt: | Walking | BR | BL | BD | BU |
| Direction: | Catching | BR | BL | BD | BU |
| Results: | Subjective | BR | BL | BD | BU |
| Category: | Objective | BR | BL | BD | BU |

Recommendation:


Additional Tests:    DEM:  V: 30+22
                     H:  45 no errors (30%)
                     Vergence facility:  good transitions OU


Neglect:                                                      ___ See scanned tests

VF Date:              VF Office:                              ___ See scanned field

VF Results:

Comments:

**EXHIBIT 1**
**PART 1 of 2**
**Page 68 of 1248**

Coleman-Fire, Bethany ███████ TBI VE ●●
Electronically signed by: Dr. Detmer Stone, Rosemary    07/15/2014

page 4 of 5 ●●

Expansion Prisms

Amount:                          Results:

Observations:

Tonometry OD:                    Method:            GTTS:

Tonometry OS:                    Time:              Comments:

Biomicroscopy Lenses:            Time:              GTTS:

| | | |
|---|---|---|
| Adnexa/Orbit: | Normal | Normal |
| Lids / Lashes: | Normal | Normal |
| Conjunctiva: | Clear | Clear |
| Sclera: | White | White |
| Tear Film: | Thick, Clear | Thick, Clear |
| Cornea: | Clear | Clear |
| Angle: | Open | Open |
| Ant Chamber: | Deep/Quiet | Deep/Quiet |
| Iris: | Flat, -Neo, Intact | Flat, -Neo, Intact |
| Lens: | Clear | Clear |

Vitreous:

C/D Ratio:

ONH:

Macula:

Vessels:

Periphery:

Visuoscopy:

Anterior Segment



Cornea



Posterior Segment



___ Optos Reviewed

Comments

|  | | Vertical | Horizontal | | |
|---|---|---|---|---|---|
| Final Rx OD: | -3.75-0.50x085 | OD: | OD: | Final VA OD: 20 | Final NVA OD: 20 |
| Final Rx OS: | -4.75 | OS: | OS: | Final VA OS: 20 | Final NVA OS: 20 |
| Final Rx Add: | | Dev Lens OD: | Dev Lens OS: | Final VA OU: 20 | Final NVA OU: 20 |

Wear Schedule 1:  No recommended update in Rx today-- no change.  should be worn Full time

Wear Schedule 2:

Rx Comments:

Spec Rx Notes:

Spec Rx 2 Notes:

Assessment:    Motility:    normal gross pursuits, mild saccadic dysfunction as indicated on DEM full range of motion

Accomodation:  normal accommodative power, normal accommodative flexibility

**EXHIBIT 1
PART 1 of 2
Page 69 of 1248**

| | | |
|---|---|---|
| Binocularity: | normal binocularity and no ocular misalignment | |
| Entering VA: | normal visual acuity in both eyes at distance and near | |
| RE: | myopia, astigmatism | |
| Visual Acuity: | normal visual acuity in both eyes at distance and near | |
| OH: | Normal | |

Performance Impact:   read, computer use

Impression:   All visual skills are within expected ability.  Educate Bethany on moderation of visual tasks, i.e. taking breaks every 20-30 min so HA do not increase following concentrated mental tasks.

Plan:   Recommend starting back to work in August, PT for one month, then build up to FT within 4-6 weeks. RTC PRN/Yearly

Provider:   Rosemary Detmer Stone, O.D.                    # of VT Sessions:

TBI Memo:

**EXHIBIT 1**
**PART 1 of 2**
**Page 70 of 1248**

STND 18-03985-000070



Medical Records For          : Coleman-Fire, Bethany
Date Of Birth                :
Electronically signed by     : Dr. Detmer Stone, Rosemary        06/18/2014
Tabs Filled Out              : ROS [pages:1]
                             : Prescription [pages:1]
                             : TBI VE [pages:5]

**EXHIBIT 1**
**PART 1 of 2**
**Page 71 of 1248**

STND 18-03985-000071

Coleman-Fire, Bethany [████] ROS        page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2014

REVIEW OF SYSTEMS:          DO YOU CURRENTLY HAVE ANY OF THESE PROBLEMS?

GENERAL:   Fever, weight loss, weight gain, fatigue?                                          None

EAR, NOSE, THROAT:   Allergies, Sinus, Cough, Dry Mouth / Throat                 None

CARDIOVASCULAR:   High BP, Heart Surgery, Vascular Disease                        None

RESPIRATORY:   Asthma, Bronchitis, Emphysema, COPD                                  None

GENITAL, KIDNEY, BLADDER:   Kidney Stones, Frequent Urination, impotence   None

MUSCLES, BONES, JOINTS:   Athritis, Joint Pains, Head or Neck Injury              None

SKIN:   growths, rashes, acne                                                                         None

NEUROLOGICAL:   Headaches, migraines, seizures                                          None

PSYCHIATRIC:   Depression, Anxiety, Insomnia                                              None

ENDORCRINE:   Thyroid, Diabetes                                                                   None

BLOOD/LYMPH:   Anemia, cholesterol, bleeding problems                              None

ALLERGIC / IMMUNOLOGIC:   Seasonal Allergies, Rheumatoid, AIDS, Allergy Shots, Lupus   None

GASTROINTESTINAL:   Diarrhea, Constipation, Ulcer, Reflux                          None

**EXHIBIT 1**
**PART 1 of 2**
**Page 72 of 1248**

STND 18-03985-000072

Coleman-Fire, Bethany  ▮▮▮▮  Prescription  ●              page 1 of ●

Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2014

### Spectacle Rx 1

|  | | Sphere | Cylinder | Axis | Vert Prism | Hori Prism | Add | Seg Ht | Dist PD | Mono PD |
|---|---|---|---|---|---|---|---|---|---|---|
| -3.75-0.50x085 | OD | -3.75 | -0.50 | 085 | | | | | | |
| | | | | | | | | | Near PD | |
| 4.75-0.50x070 | OS | 4.75 | -0.50 | 070 | | | | | | |

Notes:

### Contact Lens Rx 1

X Disposable

X Sphere

|  | Manufacturer | Series | | Base Curve | Diameter | Sphere | Tint |
|---|---|---|---|---|---|---|---|
| OD | | | | | | | |
| OS | | | | | | | |

Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 73 of 1248**


Name: Bethany          Attended Evaluation: self          Date of Injury: 2/19/14          Type of Injury: struck by car          Dom Eye: OD

Chief Complaint: headaches          Dominant hand:

HPI's:          Still working with PT, ST, OT.  Does Vt activities every other day.
               VT activities will cause increase in fatigue and headaches.
Age:           Today, HA very low level—good day.
               Will see all therapists agian soon.
30             Brock string, saccadic work, NPC, Ann Arbors; n/f hart chart.  Is better at exercises but endurance is still not where should be.  Feels like attention span is
               poor.
Additional Concerns:
               Computer use is very limited, but on cell phone fair amount of time.
               Not using tint for reading.

Current TX:    therapist for PTSD, PT, OT, ST

Visual Priorities:  read, computer use

Medications:   None; Advil-PRN; allergy injections          Med Allergies:  nkda

Orientation:   X Time    X Place    X Person    X Mood    X Affect          X ROS Checked Today

|  |  | Mono PD | K's OD: | @ | / | @ |
|---|---|---|---|---|---|---|
| Habitual Rx OD: -3.75-0.50x080 | OD: | | K's OS: | @ | / | @ |
| Habitual Rx OS: -4.75 | OS: | | Quality of Mires: | . | Cyl OD | Cyl OS |
| Hab Add: | Rxed: | Therapy CL Power: | CL Rx OD: | cly: | x | Add OD: |
| Wear Schedule: full time | | | CL Rx OS: | cly: | x | Add OS: |

| | | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Unaided OD: 20/ | NVA Unaided OD: 20/ | | | | Chart: |
| DVA Unaided OS: 20/ | NVA Unaided OS: 20/ | Dist. CT Unaided: | | | |
| DVA Unaided OU: 20/ | NVA Unaided OU: 20/ | Near CT Unaided: | . | | Test Dist: |

CT UA Horiz Results:

CT UA Vert Results:

| | | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Aided OD: 20/  20 | NVA Aided OD: 20/  20 | | | | |
| DVA Aided OS: 20/  25+ | NVA Aided OS: 20/  20 | Dist CT Aided: | orthophoria | orthophoria | Chart: Snellen |
| DVA Aided OU: 20/  20 | NVA Aided OU: 20/  20 | Near CT Aided: | exophoria | orthophoria | Test Dist: 20 Feet (mirrored) |

CT Aid Horiz Results:  normal horizontal eye alignment at distance and near

CT Aid Vert Results:  normal vertical eye alignment

Observations:

Stereopsis-Randot

___ Circle    ___ Star    ___ E    ___ Square    ___ Triangle          ___ Missed All ___ R + L    ___ Right Only ___ Left Only ___ R + L Not Tested
                                                                                                                                ___ Missed All

X Cat    X Rabbit    X Monkey    ___ Missed All ___ Not Tested

Stereoacuity: 6/10          Global Stereo: normal          Percentage:          Suppression:  no suppression

Stereo Reindeer:                                           Observations:

Conclusions:

Accom Amp (push up method)          Accom Amp (pull b'r's method)          NPC (accom target)          NPC (pen light/red lens)

**EXHIBIT 1**
**PART 1 of 2**
**Page 74 of 1248**

Coleman-Fire, Bethany ███████ TBI VE ●●

Electronically signed by: Dr. Detmer Stone, Rosemary · 06/18/2014

page 2 of 5

| OD | D | cm | OD | D | cm | Trial #1 | 2/3 | cm | Trial #1 | | cm |
| OS | D | cm | OS | D | cm | Trial #2 | 2/3 | cm | Trial #2 | | cm |
| OU | D | cm | OU | D | cm | Trial #3 | 2/3 | cm | Trial #3 | | cm |

Observations:                                     Observations:   good convergence

Results:                                         Results:     normal

**NSUOCO Pursuits**

| Ability: | 5 Completes 2 rotations in each direction |
| Accuracy: | 5 No refixations |
| Head Mvmt: | 5 No movement of the head |
| Body Mvmt: | 5 No movement of the body |
| Total: 20 | Results: normal |

Observations:

**NSUOCO Saccades**

| Ability: | 5 Completes 5 roundtrips |
| Accuracy: | 5 No over or undershooting noted |
| Head Mvmt: | 5 No movement of the head |
| Body Mvmt: | 5 No movement of the body |
| Total: 20 | Results: normal |

Observations:

Nystagmus: yes         Type:                                Nullpoint:             Direction of slow phase:

Pupils: ERRLA -APD       EOMs: full range of motion and no pain with eye movements       Amsler Grid OD:

VF Screening OD: full, no restrictions, simultaneous perception     VF Screening OS: full, no restrictions, simultaneous perception     Amsler Grid OS:

| Retinoscopy OD: | | Subjective Refraction OD: -3.75-0.50x085 | | Dist OD: 20/ 20 | | Near OD: 20/ 20 |
| Retinoscopy OS: | | Subjective Refraction OS: 4.75-0.50x070 | | Dist OS: 20/ 20 | | Near OS: 20/ 20 |
| Reflex: | | | Add: | Dist OU: 20/ 20+ | | Near OU: 20/ 20 |

Dist Phoria H: orthophoria    V: orthophoria     Plano:        Dist. BO:          Dist. BI:

Near Phoria H: 7 exo     V: orthophoria     +1.00:        Near BO:   12/4         Near BI: 20/14

Vertical Range Dist OD:   BU /    BD   Vertical Range Near OD:   BU /   BD   Method of Testing Phorias:

Vertical Range Dist OS:   BU /    BD   Vertical Range Near OS:   BU /   BD   Method of Testing Ranges:

Comments on Phorias:

Comments on Ranges:

Horiz Phoria Results:

Vert Phoria Results:

Horiz Range Results:

Vert Range Results:

Observations:

NRA: +2.50     PRA: -4.50     Results: normal NRA & PRA

Bi...u CC:            Phoria thru CC: 6 exo              VA thru CC: 20/20

**EXHIBIT 1**
**PART 1 of 2**
**Page 75 of 1248**

STND 18-03985-000075

| Maddox Rod Dist. H: | | Maddox Rod Dist. V: | | Maddox Rod Near H: 6 exo | | Maddox Rod Near V: orthophoria |
|---|---|---|---|---|---|---|
| Double Maddox Rod | | | | Conclusions: | | |
| W4D D: 4 w/o luster | | +2.00: 18 | | W4D Results:    no suppression | | |
| W4D I: | | -2.00: 18 | | Observations: | | |
| W4D N: | | | | Conclusions: | | |

Parks Three Step

| Hyper Primary Gaze | Hyper in L/R Gaze | Hyper on R/L Head Tilt | Paretic Muscle | Observations |
|---|---|---|---|---|
| | | ___ Right————————>LIO | | |
| | ___ Right | ___ Left————————>RIO | | |
| ___ Right | | ___ Right————————>RSO | | |
| | ___ Left | ___ Left————————>LSR | | |
| | | ___ Right————————>RSR | | Conclusions |
| | ___ Right | ___ Left————————>LSO | | |
| ___ Left | | ___ Right————————>LIR | | |
| | ___ Left | ___ Left————————>RIO | | |

Midline Shift
Lateral Midline:

Vertical Midline:

Observations:

Notes:

Yoked Prism Evaluation

| Test Amt: | Posture/Balance | BR | BL | BD | BU |
|---|---|---|---|---|---|
| Final Amt: | Walking | BR | BL | BD | BU |
| Direction: | Catching | BR | BL | BD | BU |
| Results: | Subjective | BR | BL | BD | BU |
| Category: | Objective | BR | BL | BD | BU |

Recommendation:

Additional Tests:    DEM: V: 55
H: 51 no errors (20%)
Vergence facility:  good transitions, no signs of suppression w/ either eye.

Neglect:

VF Date:                    VF Office:

VF Results:

Comments:

___ See scanned tests

___ See scanned field

**EXHIBIT 1
PART 1 of 2
Page 76 of 1248**

Coleman-Fire, Bethany [REDACTED] TBI VE                     page 4 of 5

Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2014

Expansion Prisms

Amount:                    Results:

Observations:

Tonometry OD:                    Method:                    GTTS:

Tonometry OS:                    Time:                    Comments:

Biomicroscopy Lenses:                    Time:                    GTTS:

| | | | |
|---|---|---|---|
| Adnexa/Orbit: | Normal | Normal | Anterior Segment |
| Lids / Lashes: | Normal | Normal | |
| Conjunctiva: | Clear | Clear | |
| Sclera: | White | White | |
| Tear Film: | Thick, Clear | Thick, Clear | |
| Cornea: | Clear | Clear | Cornea |
| Angle: | Open | Open | |
| Ant Chamber: | Deep/Quiet | Deep/Quiet | |
| Iris: | Flat, -Neo, Intact | Flat, -Neo, Intact | |
| Lens: | Clear | Clear | Posterior Segment |
| Vitreous: | | | |
| C/D Ratio: | | | |
| ONH: | | | |
| Macula: | | | |
| Vessels: | | | |
| Periphery: | | | ___ Optos Reviewed |
| Visuoscopy: | | | Comments |

|  | Vertical | Horizontal | | |
|---|---|---|---|---|
| Final Rx OD: | -3.75-0.50x085 | OD: | OD: | Final VA OD: 20 | Final NVA OD: 20 |
| Final Rx OS: | 4.75-0.50x070 | OS: | OS: | Final VA OS: 20 | Final NVA OS: 20 |
| Final Rx Add: | | Dev Lens OD: | Dev Lens OS: | Final VA OU: 20+ | Final NVA OU: 20 |

Wear Schedule 1: No recommended update in Rx today

Wear Schedule 2:

Rx Comments:

Spec Rx Notes:

Spec Rx 2 Notes:

Assessment:    Motility:    Much improved pursuit and saccades, but still low in saccadic function

                Accomodation:    normal accommodative power, normal accommodative flexibility

**EXHIBIT 1**
**PART 1 of 2**
**Page 77 of 1248**

STND 18-03985-000077

Coleman-Fire, Bethany ███████ TBI VE ●●

Electronically signed by: Dr. Detmer Stone, Rosemary    06/18/2014

page 5 of 5 ●●

| | |
|---|---|
| Binocularity: | convergence insufficiency—IMPROVING |
| Entering VA: | normal visual acuity in both eyes at distance and near |
| RE: | myopia, astigmatism |
| Visual Acuity: | normal visual acuity in both eyes at distance and near |
| OH: | Normal |

Performance Impact:   read, computer use

Impression:   Improved convergence ability and visual tracking.  Still not at expected levels, but improved function by 25% on both

Plan:   RTC 3 weeks.
Goal is to get back to work in one month for PT (20hr/wk) for a month and build up to FT again 4 w/in 4 weeks.

Provider:   Rosemary Detmer Stone, O.D.                    # of VT Sessions: 0

TBI Memo: Send letter to HR with goal of returning to work PT in 1 month.
Upte Rosanne on VT progress and additional saccadic activites

**EXHIBIT 1**
**PART 1 of 2**
**Page 78 of 1248**



Medical Records For          : Coleman-Fire, Bethany
Date Of Birth                : ███████
Electronically signed by     : Dr. Detmer Stone, Rosemary          05/20/2014
Tabs Filled Out              : CC [pages:1]
                             : Med Hx [pages:1]
                             : ROS [pages:1]
                             : Prescription [pages:1]
                             : TBI VE [pages:5]

**EXHIBIT 1**
**PART 1 of 2**
**Page 79 of 1248**

STND 18-03985-000079

Coleman-Fire, Bethany ██████ CC ●●●                                      page 1 of 1    ●●●
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

CHIEF COMPLAINT
   referral for neuro-optometric from Dr. Jim Chesnutt

| | | | |
|---|---|---|---|
| Location: | Severity: | Quality: | Duration: |
| Timing: | Context: | Modifying: | Associated: |

Secondary Complaints:  headaches

REVIEW OF OCULAR SYSTEM: Injuries, Infections, Surgeries, Diseases
   None

Eye Meds:  None                                      Last Eye Exam:  1 year          Doctor:

FAMILY OCULAR HISTORY

Glaucoma:  No          Cataracts:  Grandparent          Macular Degen:  Grandparent          Retinal Detach:  No          Crossed / Lazy:  No

PREVIOUS VISION CORRECTION
Primary Vision Correction:  Glasses-Full Time                    Back up specs?          Planning to get new glasses?
Type of CLs worn in past:  Disposable          Wear Time:          Cleaner:          Disposal:  daily

NOTES:

Preferred Language:  English

Race:          Caucasian

**EXHIBIT 1**
**PART 1 of 2**
**Page 80 of 1248**

STND 18-03985-000080

Coleman-Fire, Bethany ▮▮▮▮ Med Hx ⬤⬤                                        page 1 of 1 ⬤⬤
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

PATIENT MEDICAL HISTORY: HAs, Arthritis, Asthma, Diabetes, HBP, Heart, Infl. Bowel Dz, Seizures, Thyroid

|  | medhx2 | medhx3 | medhx4 | medhx5 | medhx6 |
|---|---|---|---|---|---|

Injuries, Surgeries, Hospitalization

Pregnant Or Nursing:                    Recent Tetanus Shot:            Notes:

Primary Care Physcian:              Last Visit:            Reason For Visit:

| Systemic Meds: None | | med2 | med3 | med4 | med5 | med6 |
|---|---|---|---|---|---|---|
| | med7 | med8 | med9 | med10 | med11 | med12 |

Drug Allergies: NKDA        BC:            OTC:                            Vitamins:

FAMILY MEDICAL HISTORY: Diabetes, HBP, Heart Dz, Cancer, Athritis, Lupus, Kidney, Thyroid, Other

| None | fmh2 | fmh3 | fmh4 | fmh5 | fmh6 |
|---|---|---|---|---|---|

SOCIAL HISTORY

| Occupation: | lawyer | Hobbies: | | |
|---|---|---|---|---|
| Tobacco: | No | Type: | How Long: | |
| Alcohol: | No | Type: None | How Long: | |
| Illegal Drugs: | No | Type: | How Long: | STD: None |

Prescribed Date - Medication Name - Status
06/18/2015 - Wellbutrin -
06/18/2015 - topiramate -

**EXHIBIT 1**
**PART 1 of 2**
**Page 81 of 1248**

Coleman-Fire, Bethany ████ ROS                                       page 1 of 1
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

REVIEW OF SYSTEMS:                     DO YOU CURRENTLY HAVE ANY OF THESE PROBLEMS?

GENERAL:   Fever, weight loss, weight gain, fatigue?                                    None

EAR, NOSE, THROAT:    Allergies, Sinus, Cough, Dry Mouth / Throat                       None

CARDIOVASCULAR:    High BP, Heart Surgery, Vascular Disease                             None

RESPIRATORY:    Asthma, Bronchitis, Emphysema, COPD                                     None

GENITAL, KIDNEY, BLADDER:    Kidney Stones, Frequent Urination, impotence              None

MUSCLES, BONES, JOINTS:    Athritis, Joint Pains, Head or Neck Injury                   None

SKIN:    growths, rashes, acne                                                          None

NEUROLOGICAL:    Headaches, migraines, seizures                                         None

PSYCHIATRIC:    Depression, Anxiety, Insomnia                                           None

ENDORCRINE:    Thyroid, Diabetes                                                        None

BLOOD/LYMPH:    Anemia, cholesterol, bleeding problems                                  None

ALLERGIC / IMMUNOLOGIC:    Seasonal Allergies, Rheumatoid, AIDS, Allergy Shots, Lupus   None

GASTROINTESTINAL:    Diarrhea, Constipation, Ulcer, Reflux                              None

**EXHIBIT 1**
**PART 1 of 2**
**Page 82 of 1248**

STND 18-03985-000082

Coleman-Fire, Bethany ███████ Prescription ●●●    page 1 o●●
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

Spectacle Rx 1

|  | | Sphere | Cylinder | Axis | Vert Prism | Hori Prism | Add | Seg Ht | Dist PD | Mono PD |
|---|---|---|---|---|---|---|---|---|---|---|
| -3.75-0.50x085 | OD | -3.75 | -0.50 | 085 | | | +1.00 | | | |
| | | | | | | | | | Near PD | |
| 4.75-0.50x070 | OS | 4.75 | -0.50 | 070 | | | +1.00 | | | |

Notes:

Contact Lens Rx 1

X Disposable

X Sphere

|  | Manufacturer | Series | | Base Curve | Diameter | Sphere | Tint |
|---|---|---|---|---|---|---|---|
| OD | | | | | | | |
| OS | | | | | | | |

Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 83 of 1248**

STND 18-03985-000083

Coleman-Fire, Bethany ▓▓▓▓ TBI VE ●●●

Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

page 1 of 5 ●●● 

Name: Bethany          Attended Evaluation: self          Date of Injury: 2/19/14          Type of Injury: struck by car          Dom Eye: OD

Chief Complaint: headaches                                                                                    Dominant hand:

HPI's:           was not hospitalized, on ER.
                 Is a lawyer, so can only work PT.  Reading and using computer is the worse thing.  Fatigue is biggest issue.
Age:             HA are constant.  Low level today, so not taking meds.
30               Sleep patterns are variable.  Can fall asleep and stay asleep all night.
                 Had concussion in HS, but fully recovered.
                 HA will start where the "road rash" had been from accident.

Additional Concerns:
                 OT gave tint for reading, and has helped some, but not significant.
                 No true diplopia noted.
                 Current Rx about 1 yr.  Vision does seem to be as clear since accident. Has daily disp CL that will wear occasionally.  Rx is preferred over CL do to
                 allergies.
                 Is current off work for 2 wks at therapists request for PTSD
                 Balance is improving.  Had BPPV initially, which has resolved.  Residual balance issues, but no dizziness.
                 Has not driven since the accident.
                 No motion sickness on public transit.  In cars, no issues other than PTSD related.
                 Works with message therapist for sciatic nerve and upper back as well as left foot, leg.  Hit on right side by car, but hit road on left side of body.
                 OT has doing convergence activities that are the most uncomfortable.
                 Has OS upper lid droop, may have been there before accident, but only slight.  Has significantly improved since accident, as was 1/2 closed until
                 about 6 wks after the accident.  Finds self still closing OS when trying to read for detail or if
                 tired.

Current TX:      therapist for PTSD, PT, OT, ST

Visual Priorities: read, computer use

Medications:     None; Advil-PRN; allergy injections          Med Allergies:    nkda

Orientation:     X Time    X Place    X Person    X Mood    X Affect                    ___ ROS Checked Today

|  | | Mono PD | K's OD: | @ | / | @ |
|---|---|---|---|---|---|---|
| Habitual Rx OD: -3.75-0.50x080 | OD: | | K's OS: | @ | / | @ |
| Habitual Rx OS: -4.75 | OS: | | Quality of Mires: | | Cyl OD | Cyl OS |
| Hab Add: | Rxed: | Therapy CL Power: | CL Rx OD: | cly: | x | Add OD: |
| Wear Schedule: full time | | | CL Rx OS: | cly: | x | Add OS: |

| | | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Unaided OD: 20/ | NVA Unaided OD: 20/ | | | | Chart: |
| DVA Unaided OS: 20/ | NVA Unaided OS: 20/ | Dist. CT Unaided: | | | Test Dist: |
| DVA Unaided OU: 20/ | NVA Unaided OU: 20/ | Near CT Unaided: | | | |

CT UA Horiz Results:

CT UA Vert Results:

| | | | Horizontal | Vertical | |
|---|---|---|---|---|---|
| DVA Aided OD: 20/ 20 | NVA Aided OD: 20/ 20 | | | | Chart: Snellen |
| DVA Aided OS: 20/ 20-3 | NVA Aided OS: 20/ 20- . | Dist CT Aided: orthophoria | orthophoria | | Test Dist: 20 Feet (mirrored) |
| DVA Aided OU: 20/ 20 | NVA Aided OU: 20/ 20 | Near CT Aided: exophoria | orthophoria | | |

CT Aid Horiz Results:   normal horizontal eye alignment at distance, a slight tendency for outward eye alignment at near

CT Aid Vert Results:   normal vertical eye alignment

Observations:

Stereopsis-Randot

___ Circle    ___ Star    ___ E    ___ Square    ___ Triangle          ___ Missed All ___ R + L    ___ Right Only ___ Left Only ___ R + L Not Tested
                                                                                                                                    ___ Missed All
___ Cat    ___ Rabbit    ___ Monkey    ___ Missed All ___ Not Tested

Stereoacuity:  6/10      Global Stereo: normal      Percentage:          Suppression:  no suppression

Stereo Reindeer:                                      Observations:

**EXHIBIT 1**
**PART 1 of 2**
**Page 84 of 1248**

Coleman-Fire, Bethany ███████TBI VE
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

page 2 of 5

Conclusions:   normal

| Accom Amp (push up method) | | | | Accom Amp (pull back method) | | | | NPC (accom target) | | | NPC (pen light/red lens) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | D | cm | | OD | D | cm | | Trial #1  6/6 | cm | | Trial #1 | cm |
| OS | D | cm | | OS | D | cm | | Trial #2  6/8 | cm | | Trial #2 | cm |
| OU 12 | D | cm | | OU | D | cm | | Trial #3  6/8 | cm | | Trial #3 | cm |

Observations:  patient had frequent blinking during task

Results:    mildly below normal

Observations:  became increasingly uncomfortable

Results:    mildly below normal

**NSUOCO Pursuits**

Ability:   4 Completes 2 rotations in 1 direction but less than 2 in other direction

Accuracy:   4 Refixations 2 times or less

Head Mvmt:  5 No movement of the head

Body Mvmt:  5 No movement of the body

Total:  18    Results:  borderline normal

Observations:

**NSUOCO Saccades**

Ability:   4 Completes 4 roundtrips

Accuracy:   4 Intermittent slight over or undershooting noted (<50% of the time)

Head Mvmt:  5 No movement of the head

Body Mvmt:  5 No movement of the body

Total:  18    Results:  borderline normal

Observations:

Nystagmus:  no        Type:

Pupils:  OS 0.5 mm> OD      EOMs:  full range of motion and no pain with eye movements

VF Screening OD:  full, no restrictions, simultaneous perception

VF Screening OS:  full, no restrictions, simultaneous perception

Nullpoint:        Direction of slow phase:

Amsler Grid OD:

Amsler Grid OS:

| | | | | |
|---|---|---|---|---|
| Retinoscopy OD:  -3.75-0.50x090 | Subjective Refraction OD: -3.75-0.50x085 | Dist OD: 20/ 20 | Near OD: 20/ 20 |
| Retinoscopy OS:  -4.75 | Subjective Refraction OS: 4.75-0.50x070 | Dist OS: 20/ 20 | Near OS: 20/ 20 |
| Reflex: | Add: | Dist OU: 20/ 20+ | Near OU: 20/ 20 |

Dist Phoria H:   orthophoria      V: orthophoria     Plano:       Dist. BO:       Dist. BI:

Near Phoria H:  10 exo       V: orthophoria     +1.00:       Near BO:  10/4      Near BI: 24/18

Vertical Range Dist OD:    BU /    BD   Vertical Range Near OD:   BU /    BD   Method of Testing Phorias:   In Phoropter w/ Risley Prisms

Vertical Range Dist OS:    BU /    BD   Vertical Range Near OS:   BU /    BD   Method of Testing Ranges:   In Phoropter w/ Risley Prisms

Comments on Phorias:

Comments on Ranges:

Horiz Phoria Results:   normal horizontal eye alignment at distance, a slight tendency for outward eye alignment at near

Vert Phoria Results:   normal vertical eye alignment at distance and near

Horiz Range Results:   normal divergence ranges at near, low convergence ranges at near

Vert Range Results:

Observations:

**EXHIBIT 1**
**PART 1 of 2**
**Page 85 of 1248**

Coleman-Fire, Bethany ████ TBI VE ████       page 3 of 5

Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

NRA: +2.50      PRA: -2.00    Results: normal NRA & PRA

Binoc CC: +1.25      Phoria thru CC: 9 exo      VA thru CC 20/20

Maddox Rod Dist. H:      Maddox Rod Dist. V:      Maddox Rod Near H: 10 exo      Maddox Rod Near V: orthophoria

Double Maddox Rod      Conclusions: high exo posture at near

W4D D: 4 w/o luster      +2.00:      W4D Results: no suppression

W4D I:      -2.00:      Observations:

W4D N:      Conclusions:

**Parks Three Step**

| Hyper Primary Gaze | Hyper in L/R Gaze | Hyper on R/L Head Tilt | Paretic Muscle | Observations |
|---|---|---|---|---|
| | | ___ Right----------->LIO | | OS pupil 0.5 mm larger than OD in bright and dim light |
| | ___ Right | ___ Left----------->RIO | | |
| ___ Right | | ___ Right----------->RSO | | |
| | ___ Left | ___ Left----------->LSR | | |
| | ___ Right | ___ Right----------->RSR | | Conclusions |
| | | ___ Left----------->LSO | | |
| ___ Left | | ___ Right----------->LIR | | |
| | ___ Left | ___ Left----------->RIO | | |

**Midline Shift**

Lateral Midline: no evidence of a lateral midline shift

Vertical Midline: no evidence of a vertical midline shift

Observations:

Notes:

**Yoked Prism Evaluation**

| | | | | | |
|---|---|---|---|---|---|
| Test Amt: | Posture/Balance | BR | BL | BD | BU |
| Final Amt: | Walking | BR | BL | BD | BU |
| Direction: | Catching | BR | BL | BD | BU |
| Results: | Subjective | BR | BL | BD | BU |
| Category: | Objective | BR | BL | BD | BU |

Recommendation:

Additional Tests: Vergence facility: alternating suppression on this test
DEM: V: 42+37
H: 75 sec no errors (1%)--reported that it took a lot of effort to do this test

Neglect: none

**EXHIBIT 1**
**PART 1 of 2**
X See scanned tests
**Page 86 of 1248**

STND 18-03985-000086

Coleman-Fire, Bethany ████████ TBI VE ████    page 4 of 5
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

VF Date: 5/20/14    VF Office: ANV    ___ See scanned field

VF Results:  no relative defects or scotomas

Comments:

Expansion Prisms

Amount:    Results:

Observations:

Tonometry OD: 13    Method: Pulsair    GTTS:
Tonometry OS: 13    Time: 10:15 AM    Comments:

Biomicroscopy Lenses:  90 D    Time: 10:14 AM    GTTS:

| | | | |
|---|---|---|---|
| Adnexa/Orbit: | Normal | Normal | Anterior Segment |
| Lids / Lashes: | Normal | 1mm ptosis | |
| Conjunctiva: | Clear | Clear | |
| Sclera: | White | White | |
| Tear Film: | Thick, Clear | Thick, Clear | |
| Cornea: | Clear | Clear | Cornea |
| Angle: | Open | Open | |
| Ant Chamber: | Deep/Quiet | Deep/Quiet | |
| Iris: | Flat, -Neo, Intact | Flat, -Neo, Intact | |
| Lens: | Clear | Clear | |
| Vitreous: | Clear | Clear | Posterior Segment |
| C/D Ratio: | 0.2 | 0.2 | |
| ONH: | Round, Pink, NRRI | Round, Pink, NRRI | |
| Macula: | Flat, +FLR | Flat, +FLR | |
| Vessels: | Normal | Normal | |
| Periphery: | (-) Holes, Tears, Ret Detach | (-) Holes, Tears, Ret Detach | X  Optos Reviewed |

Comments   No concerns

Visuoscopy:

| | | Vertical | Horizontal | | |
|---|---|---|---|---|---|
| Final Rx OD: -3.75-0.50x085 | OD: | OD:  1 BI | | Final VA OD: 20 | Final NVA OD: 20 |
| Final Rx OS: 4.75-0.50x070 | OS: | OS:  1 BI | | Final VA OS: 20 | Final NVA OS: 20 |
| Final Rx Add:  +1.00 | Dev Lens OD: | Dev Lens OS: | | Final VA OU: 20+ | Final NVA OU: 20 |

Wear Schedule 1:  Hold off on Rx now.  If needed, suggest Rx for computer (SV lens) with BI prism

Wear Schedule 2:

Rx Comments:

Spec Rx Notes:

**EXHIBIT 1**
**PART 1 of 2**
**Page 87 of 1248**

Coleman-Fire, Bethany ▮▮▮▮▮ TBI VE                     page 5 of 5
Electronically signed by: Dr. Detmer Stone, Rosemary    05/20/2014

Spec Rx 2 Notes:

| | | |
|---|---|---|
| Assessment: | Motility: | normal gross pursuits, oculomotor dysfunction in fine saccades, full range of motion |
| | Accomodation: | normal accommodative power, normal accommodative flexibility |
| | Binocularity: | convergence insufficiency |
| | Entering VA: | normal visual acuity in both eyes at distance and near |
| | RE: | myopia, astigmatism |
| | Visual Acuity: | normal visual acuity in both eyes at distance and near |
| | OH: | Normal<br>Automated Visual Field testing revealed no relative defects or scotomas<br>VEP: Normal latency values high/low contrast OU |

Performance Impact:   read, computer use

Impression:   CI impacting near visual tasks

Plan:   Recommend continued VT activities with OT for CI issue.
RTC 3-4 weeks for follow up to see if CI resolving or if Rx for near task is needed.
Recommend taking off a month from work to help improve visual function

Provider:   Rosemary Detmer Stone, O.D.          # of VT Sessions:

TBI Memo: Report to Rosanne Yee, OT- is scheduled to see her again on 5/28.
Send letter to HR for

**EXHIBIT 1**
**PART 1 of 2**
**Page 88 of 1248**



Medical Records For        : Coleman-Fire, Bethany
Date Of Birth              : ██████████
Electronically signed by   : Dr. Detmer Stone, Rosemary        06/18/2015
Tabs Filled Out            : CC [pages:1]
                           : Med Hx [pages:1]
                           : ROS [pages:1]
                           : Prescription [pages:1]
                           : CLS Fit/Progress [pages:1]
                           : TBI VE [pages:5]
                           : ARRA [pages:1]

**EXHIBIT 1**
**PART 1 of 2**
**Page 89 of 1248**

STND 18-03985-000089

 

*Physician Consultant Memo*

| Claim Identification | |
|---|---|

Name: Bethany Coleman-Fire

Nurse: Julie Hawkins, RN

Analyst:

Physician: Deborah Syna, M.D.

Claim Number: VW3181

MTID #: 113051083

Date Submitted: 06/16/2015

Date Transcribed: 06/16/2015

| Opening Synopsis |
|---|

Ms. Coleman-Fire is a 31-year-old attorney who ceased work after being struck by a car as a pedestrian on February 19, 2014. She returned to part-time work August 4, 2014, and continues to work part-time. She reports that she is unable to work full-time due to concussion, depression, anxiety, whiplash, and postconcussion syndrome. Her symptoms continue as headaches, fatigue, neck and back pain, sleeplessness, and anxiety.

Medical records have been obtained and I have been asked to review the medical records and answer questions as posed.

| Review of Medical Records |
|---|

I have reviewed all the medical records in the file. The claimant is a 31-year-old attorney who ceased work after being struck by a car on February 19, 2014, while walking her dog. The accident was witnessed by her husband. She was stabilized by EMS and brought to the emergency room, where she had cervical spine x-rays and a CT scan of the brain, which revealed a left parietal scalp soft tissue injury. No skeletal fractures were found and she was discharged home. She saw her primary care doctor, Dr. Uppal on February 20, 2014, reporting she was in a pedestrian/car motor vehicle accident, that she had hit her head on the windshield and then on the pavement. There was no loss of consciousness. Her CT scan of the brain was normal. She had myalgias, a scalp laceration, a global headache, and vertigo. She felt sore everywhere. On exam she had tenderness over bilateral TMJ joints, blood in the right nostril, a nonfocal neurologic examination. Diagnosis was concussion, vertigo related to motor vehicle accident, cervical sprain, and muscle spasms. She was referred to physical therapy.

She saw Dr. Katherine Ellison on March 3, 2014, recounting a similar history, that she had hit her head on both the windshield and the pavement. She was amnestic for the motor vehicle accident. Dr. Ellison conjectured that there might have been transient loss of consciousness. Her CT scan of the brain was normal. She had scalp contusions, nausea, and vertigo. She had physical therapy with the Epley maneuver and vertigo had resolved. She continued to complain of dizziness, dysequilibrium, mild chronic daily headache, tingling in her head and cheek, cervical sprain, and she reported she had not returned to work. Diagnosis was "closed head

Page 1

Bethany Coleman-Fire
6/16/2015

EXHIBIT 1
PART 1 of 2
Page 90 of 1248

STND 18-03985-000090



injury with concussion symptoms, difficulty with cognitive processing, and posttraumatic headache." She continued to see physical therapy and on April 9, 2014, noted that the vertigo had been eliminated by the Epley maneuver. She continued to have headache and neck pain. She went to see Dr. Chesnut at OHSU, a concussion specialist, on September 9, 2014, reporting that she had tried to go back to work 2 weeks prior. She felt awful. She had to go home after an hour and a half, feeling nauseated and anxious. The diagnosis was postconcussive headache, cervical sprain, physical therapy continued to be recommended. She returned on December 5, 2014, noting that her headaches had improved. She was sore at the end of her workday. She was fatigued. She was doing aerobic exercise 30 minutes a day. Diagnosis was concussion resolving slowly. She returned on March 13, 2015, continuing to complain of headache and neck pain. She was having massages weekly. She was having some cognitive difficulty. Neuropsychological evaluation was ordered. Diagnosis was concussion, slow to resolve.

She also saw Dr. Uppal on September 16, 2014, noting that she was now seeing Dr. Chesnut, receiving massage and craniosacral therapy. She was depressed. She was having crying spells. Her weight was increasing. She was exercising daily. Diagnosis was adjustment reaction with anxious and depressed mood, headache, muscle spasms, weight gain, and postconcussion. She returned on October 15, 2014, noting that her mood had improved. She was able to work longer. She was exercising regularly. She was continuing to have some crying spells. She was on Wellbutrin. Diagnosis was adjustment reaction and depression. She returned on December 12, 2014, noting she was stable. She reported being closer to baseline. She was not seeing a psychologist. She has been back at work. On March 2, 2015, she reported she continued to work three-quarter time. Counseling has been helpful. She was fatigued at work, exercising daily. Neuropsych testing has been scheduled and is pending.

## Summary of Pertinent Information

In summary, the claimant is a 31-year-old attorney who was hit by a car while she was walking her dog. She struck her head on 2 occasions, on the windshield and on the pavement with possible transient loss of consciousness and persistent headache and dysequilibrium for approximately 10 months after the concussion, with an associated anxious depression. She has seen 2 neurologists, Dr. Ellison and Dr. Chesnut, and neuropsychological evaluation has been ordered as she has failed to return to full-time work due to cognitive complaints.

## Response to Questions

*1. Do the records support that the claimant has had limitations and restrictions for any period of time from February 19, 2014, and continuing? If yes, please specify what her impairing condition was, limitations and restrictions for each condition, and during what period of time.*

According to the claimant's report, and documentation from Dr. Uppal and Dr. Chesnut, the claimant felt stable and becoming closer back to baseline by December 2014. She continued to complain of slowed cognitive processing and neuropsychological evaluation has been ordered. Nevertheless, she was able to continue at three-quarter time work as an attorney. In this reviewer's opinion, the claimant had reached medical stability by December 2014, although 2 of her examiners opined that there was a problem with cognitive processing. Nevertheless, she was able to work successfully three-quarter time. Neuropsychological testing has been ordered. It would be my recommendation that copies of that testing be obtained to determine if cognitive

Bethany Coleman-Fire
6/16/2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 91 of 1248**

STND 18-03985-000091



limitations and restrictions persist. Documentation indicates that the claimant became significantly depressed and anxious in September 2014 and that depression and anxiety may be a barrier to return to fulltime work.

*2. Is there any record that the claimant consulted a physician or other licensed medical professional, received medical treatment, underwent diagnostic procedures or took prescribed drugs or medications during the period March 3, 2013, through May 31, 2013, for any condition?*

The claimant was seen by Dr. Uppal in the Portland Clinic on April 16, 2012, for an upper respiratory infection. ScripCheck is reviewed and there is no documentation that medications were either prescribed or taken between the above dates.

*3. If yes, please identify conditions and dates.*

Please see my discussion above. Documentation is not provided that indicates the claimant was seen or treated during the above specified dates.

*I, Deborah Syna, M.D., am a physician duly licensed to practice medicine in the State of Oregon. I am not an employee of Standard. I am an independent contractor and I am paid an hourly rate to review disability and life claim files and render medical opinions regarding the records contained therein. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Standard's Benefits personnel.*

*I do not receive any additional compensation in the form of bonuses or incentive pay of any kind. My compensation does not depend upon the outcome of my reviews, the substance of my medical opinions, or any factor other than the number of hours it takes to review a file and to provide an analysis.*

*Standard has never expressed to me any requirements or expectations regarding the ultimate conclusions or opinions I provide other than that I provide a well reasoned, professional opinion based on thorough review of all relevant and available information. I do not believe that either my compensation or my continued professional relationship with Standard is contingent in any way on the ultimate conclusions or opinions that I provide.*

*Electronically Approved by:*          Date:  6/17/2015
Deborah Syna, M.D.
DS:mc

D: 06/16/2015          T: 06/16/2015          A: 06/17/2015

Page 3

**EXHIBIT 1
PART 1 of 2
Page 92 of 1248**

STND 18-03985-000092

 

# Deborah R. Syna M.D.

## EDUCATION

| | |
|---|---|
| 9/84 – 5/88 | University of Texas Medical Branch, Galveston, TX **(M.D.)** |
| 9/79 – 5/81 | University of Texas at Austin **(B.A.)** |
| 9/77 – 5/79 | University of Delaware, Newark, Delaware, |

## MEDICAL TRAINING

| | |
|---|---|
| 6/88 – 6/89 | Transitional Internship in Internal Medicine<br>Chester-Crozer Medical Center; Chester, Pennsylvania. |
| 7/89 – 6/92 | Neurology Residency<br>Hahnemann University Hospital; Philadelphia, Pennsylvania |
| 7/91 – 6/92 | Clinical Instructor and Chief Resident in Neurology<br>Hahnemann University Hospital; Philadelphia,   Pennsylvania |
| 7/92 – 6/94 | Clinical Neurophysiology Fellowship<br>Oregon Health Sciences University; Portland, |

## BOARD CERTIFICATIONS

| | |
|---|---|
| 1994 -Present | American Board of Psychiatry and Neurology |
| 1996-2006 | Added Qualifications in Clinical Neurophysiology |
| 1998-2019 | American Board of Electrodiagnostic Medicine |

## PROFESSIONAL ACTIVITY

| | |
|---|---|
| 8/94-Present | Medical Director/President Northwest Neurological Specialists P.C. |
| 2003, 2004 | American Board of Electrodiagnostic Medicine- Oral Examiner |
| 2004 | Member Health Resource's Commission subcommittee on Tryptans |
| 2007-2008 | Medical Director Providence Program for Parkinson's Disease, Providence Brain Institute, St. Vincent Medical Center, Portland, OR |



Revised January 2018

**EXHIBIT 1**
**PART 1 of 2**
**Page 93 of 1248**



2012-Present    Ambassador American Brain Foundation.

## HOSPITAL AFFILIATIONS

1994-Present       Providence St. Vincent's Medical Center- Courtesy Staff

1993-2008          Portland Veterans Administration Hospital

2002-Present       Tuality Hospital- Courtesy Staff

## ACADEMIC POSITIONS

7/91 – 6/92        Clinical Instructor in Neurology
                   Hahnemann University Hospital; Philadelphia, Pennsylvania
7/93 – 6/94        Clinical Instructor in Neurophysiology
                   Oregon Health Sciences University; Portland,
7/94 -2010         Clinical Assistant Professor
                   Oregon Health Sciences University; Portland,
2010-Present       Adjunct Clinical Associate Professor, OHSU

## PUBLICATIONS AND PAPERS

Marks M.E.; Ziober B.; Brattain D.E.; Syna D.R. "Effects of N, N-Dimethylforamide on plasma membrane proteins from human colonic carcinoma cells grown in vitro." Abstract presented at the AACR annual meeting May 1983, San Diego, CA.

Shah N.K.; Singer M.C.; Syna D.R. "Occurrence of homosexual mating pairs in a checkerspot butterfly." J Res Lepid, 24 (4) 1985 – 86, 393

Deborah R. Syna; Joseph Hulihan; "Spindle activity in Hypoxic stupor and coma." Abstract presented at the AEEGS Annual meeting September 1992, San Francisco. Proceedings AEEGS Annual Meeting 1992.

David P. Roeltgen; Deborah R. Syna "Neurologic complications of Atrial Myxoma and other cardiac tumors." In: Vinker P.J., Bruyn G.W., Klawans H.L., Goetz eds. Handbook of Clinical Neurology Systemic disease, vol 63. Amsterdam: Elsevier, 1993.

Joseph F. Hulihan; Deborah R. Syna; "Electroencephalographic sleep patterns in Stupor and Coma following Cardiopulmonary Arrest." Neurology. 44(4):758-60, 1994 Apr..

Deborah Syna; Stephen Hiroshige; Todd Woods; Barry Oken; William Perkins; Margie Johnson; "The effects of Nitrous Oxide on Transcranial Magnetic Evoked Potentials in human subjects." Abstract presented at the AEEGS Annual meeting, New Orleans, 1993.

 

Deborah Syna; Stephen Hiroshige; Todd Woods; Barry Oken; William Perkins; Margie Johnson; "The effects of Nitrous Oxide on Transcranial Magnetic Evoked Potentials and Somatosensory Evoked Potentials in human subjects." EEG and Clinical Neurophysiology 1994:91.

## PRESENTATIONS

"Steroid Responsive Cerebral Angitis A case Report" Neuroimmunology Conference, Portland, OR, April 2004

"A case of Axial Rigidity" Pacific Northwest Basil Ganglia Club, Portland, OR, February 2008

"Movement Disorders: A Focus on Parkinson's disease" Oregon Nurse Practitioner Association Annual Educational Conference, Hood River, OR, October 2008

"Movement Disorders Associated with The Klippel-Feil Anomaly: A case report and review of The Literature" Pacific Northwest Basal Ganglia Club, Vancouver, BC, March 2009

"Chemodenervation" Oregon Nurse Practitioner Association Annual Educational Conference, Eugene OR, October 2009

"A Case of Hereditary Spastic Paraparesis and Autonomic Neuropathy" Pacific Northwest Basal Ganglia Club, Seattle, WA, April 2012

## CLINICAL TRIALS

The use of Polysomnography to Assess Botulinum Toxin Type A Treatment of Nocturnal Bruxism with Associated Craniofacial Pain. 10/2009-Currently in Trial

## GRANTS

IPA Grant for the Development of a Multidisciplinary Parkinson's Disease Assessment Clinic.

Unrestricted research grant for the Study "The use of Polysomnography to Assess Botulinim Toxin Type A Treatment of Nocturnal Bruxism with Associated Craniofacial Pain".

## PROFESSIONAL MEMBERSHIPS

American Academy of Neurology
American Clinical Neurophysiology Society
American Association of Neuromuscular and Electrodiagnostic Medicine
- Fellow
- Marketing and public relations committee
- Membership Task Force

 

Movement Disorder Society
American Medical Association
Oregon Medical Association
- Medical-Legal Committee
  Multnomah County Medical Association          1995
- Delegate to the Oregon Medical Association's
- House of Delegates

---

## LICENSURE

Pennsylvania:      MD – 0453533 – L Inactive
Oregon:            MD – 17926

STND 18-03985-000096

Benefits Department                      **Medical Referral**

SIC

## CLAIM IDENTIFICATION

| | |
|---|---|
| Referral Date: **5/18/15** | Referring Nurse or SBA: *Julie Hawkins* X-7650 |
| Claimant Name: *Bethany Coleman-Fire* | Assigned Analyst/Extension: **Necole Suzuki/3198**    RECEIVED |
| Claim Number: **00VW3181** | Physician Specialty: *Neurology*    MAY 19 2015 |
| Claim Status (*Check all that apply*): ☐ Active ☒ Pending ☐ Appeal ☐ Any Occ | Due Date: **5/31/15** |

ASO/ATP component to this or any associated claim? ☐ Yes ☒ No    Employee Benefits - DMR
*If yes, please do not collect or discuss genetic information as part of your evaluation. Genetic information includes information related to genetic testing or services of the claimant and the claimant's family members, and the claimant's family medical history.*

## OPENING SYNOPSIS

Ms. Coleman-Fire is a 31 year old attorney who ceased work after being struck by a car on February 19, 2014. She returned to part time work August 4, 2014, and continues to work part time.

She indicated on her initial claim form that she is unable to work due to concussion, depression, anxiety, whiplash and post concussion syndrome. She describes her symptoms as headaches, fatigue, neck and back pain, sleeplessness and anxiety.

An Attending Physician's Statement completed on December 31, 2014 by Dr. Uppal, internal medicine, reflects the following diagnoses: concussion, MVA, vertigo, soft tissue injury, anxiety, depression, and adjustment reaction. Symptoms are described as memory and attention deficits, fatigue, and musculoskeletal complaints. Dr. Uppal indicated that Ms. Coleman-Fire can work with accomodations, and up to 75% of a full workload.

Medical records have been obtained from Dr. Uppal, internal medicine; Dr. Chestnut, sports medicine; Dr. Brown, neurologist; Dr. Ellison, neurologist; and Legacy Emanuel Hospital.

## VOCATIONAL INFORMATION

DOT strength demand of own occ or own job, if applicable, and as determined by VCM

Description of the specific physical or mental demands required of the occupation (Note: If the claimant's symptoms involved the upper extremities, please note hand dominance, in known):

## QUESTIONS

1. Do the records support that the claimant has had limitations and restrictions for any period(s) of time from February 19, 2014 and continuing? If yes, please specify what her impairing condition(s) was, limitations and restrictions for each condition, and during what period(s) of time.

2. Is there any record that the claimant consulted a physician or other licensed medical professional, received medical treatment, underwent diagnostic procedures or took prescribed drugs or medications during the period March 3, 2013 through May 31, 2013, for any condition?

3. If yes:
a.      Please specify conditions and dates.
b.      Did any of these conditions cause or contribute to her current condition(s) (whether diagnosed or misdiagnosed)? If so, please identify the medical conditions, medications used and applicable dates of treatment.
4. What is her prognosis?

EXHIBIT 1
PART 1 of 2
Page 97 of 1248
(7/12)

STND 18-03985-000097



# Case Notes

**BETHANY COLEMAN-FIR**

**Claim  00VW3181**

| | | | |
|---|---|---|---|
| Analyst | CCCNSUZU | Product | LTD |
| Case Manager | **Julie Hawkins, 5** | Status | Pending |
| Group Number | 10010415 | | |
| Contract Id: | 445474 | | |

**May 19, 2015**

**Physician Referral**          Julie Hawkins, 5

This is a 31 yr old Attorney who ceased work 2-19-15 after being struck by a car (as a pedestrian). Diagnoses listed on the APS from the claimant's Internist include MVA, concussion, vertigo, soft tissue injury, anxiety and depression.  There are records from several physicians in the file.  I will send the file for review with Neurology in order to address the Analyst's questions regarding limitations, restrictions and if the claimant was seen or treated during a time period prior to the cease work date.  JH

**EXHIBIT 1**
**PART 1 of 2**
**Page 98 of 1248**

STND 18-03985-000098



A Quest Diagnostics Subsidiary

## ScriptCheck™ Individual Combined Report

| Account Code | KFHS | Reference ID | Policy Number | Response Status | Hit |
|---|---|---|---|---|---|
| Report Includes | Prescription Summary | Prescription Detail | Prescriber Detail | Pharmacy Detail | Drug Indications |

### Demographics / Eligibility

| | | | | |
|---|---|---|---|---|
| Name | Bethany Coleman-Fire | | SSN | |
| Alias | | | Alternate SSN | |
| Gender | F | | ZIP Code | 97211 |
| Age | 31 | | | |
| Eligibility | 2011-11-21 to 2013-06-19 | | | |

### Prescription Summary

| Rx Count | Drug Label | HIC Therapeutic Class | HIC | Score | Last Fill Date |
|---|---|---|---|---|---|
| 1 | AMOX TR-K CLV 875-125 MG TAB | PENICILLINS | W1A | * | 2013-01-18 |
| 1 | PREDNISONE 5 MG TABLET | GLUCOCORTICOIDS | P5A | * | 2012-04-06 |
| 1 | FLUTICASONE PROP 50 MCG SPRAY | NASAL ANTI-INFLAMMATORY STEROIDS | Q7P | * | 2012-04-06 |
| 1 | LACTULOSE 10 GM/15 ML SOLUTION | LAXATIVES AND CATHARTICS | D6S | * | 2012-01-31 |

\* – Score values are displayed only when this option is selected at time of account set up
\*\* – No HIC equivalent code exists

Back To Top

### Prescription Detail

**Drug Label #1**    AMOX TR-K CLV 875-125 MG TAB

| Rx # | Qty | Days Supply | Date Filled | Refill # | Total Refills | Prescriber | Pharmacy |
|---|---|---|---|---|---|---|---|
| 6108576 | 20 | 10 | 2013-01-18 | 0 | 0 | Jesse F Coil | BOZEMAN DEACONESS PHARMACY |

**Drug Label #2**    FLUTICASONE PROP 50 MCG SPRAY

| Rx # | Qty | Days Supply | Date Filled | Refill # | Total Refills | Prescriber | Pharmacy |
|---|---|---|---|---|---|---|---|
| 6143199 | 16 | 30 | 2012-04-06 | 0 | 0 | Richa Uppal | FRED MEYER PHARMACY |

**Drug Label #3**    LACTULOSE 10 GM/15 ML SOLUTION

| Rx # | Qty | Days Supply | Date Filled | Refill # | Total Refills | Prescriber | Pharmacy |
|---|---|---|---|---|---|---|---|
| 6126731 | 240 | 8 | 2012-01-31 | 0 | 0 | Richa Uppal | FRED MEYER PHARMACY |

**Drug Label #4**    PREDNISONE 5 MG TABLET

| Rx # | Qty | Days Supply | Date Filled | Refill # | Total Refills | Prescriber | Pharmacy |
|---|---|---|---|---|---|---|---|
| 6143205 | 7 | 3 | 2012-04-06 | 0 | 0 | Richa Uppal | FRED MEYER PHARMACY |

Back To Top

### Prescriber Detail

| Prescriber ID | Name | Address | City | State | ZIP Code | Phone Number | Specialty |
|---|---|---|---|---|---|---|---|
| 1770789323 | Jesse F Coil | 915 Highland Blvd | Bozeman | MT | 59715 | 4065751036 | • Emergency Medicine |
| 1003071846 | Richa Uppal | 800 SW 13th Ave | Portland | OR | 97205 | 5032210161 | • Internal Medicine |

Back To Top

### Pharmacy Detail

| Pharmacy ID | Name | Address | City | State | ZIP Code | Phone Number |
|---|---|---|---|---|---|---|
| 2782630 | BOZEMAN DEACONESS | 36 CENTER LANE STE | BIG SKY | MT | 59716 | 4069939390 |

*Script Check*

**EXHIBIT 1
PART 1 of 2
Page 99 of 1248**

| | PHARMACY | 2 | | | | |
|---|---|---|---|---|---|---|
| 3803586 | FRED MEYER PHARMACY | 7555 SW BARBER BLVD | PORTLAND OR | 97219 | 5034523033 |

Back To Top

## Drug Indications

| Drug Label | Drug Code | Dose Form | Str. | Route Desc. | HIC Therapeutic Class |
|---|---|---|---|---|---|
| AMOX TR-K CLV 875-125 MG TAB | 16714029701 | TABLET | 875-125 MG | ORAL | PENICILLINS |

Back To Top

| Side Effects | Disease Descriptions |
|---|---|
| Abnormal Hepatic Function Tests | Acute Bacterial Sinusitis |
| Acute Abdominal Pain | Acute Haemophilus Influenzae Bacterial Sinusitis |
| Agranulocytosis | Acute Moraxella Catarrhalis Bacterial Sinusitis |
| Allergic Reactions | Acute Otitis Media |
| Anaphylaxis | Bacterial Pneumonia |
| Anemia | Bacterial Urinary Tract Infection |
| Angioedema | Biliary Tract Infection |
| Anxiety | Cat Bite Wound |
| Back Pain | Chancroid |
| Blood Coagulation Disorder | Chronic Bronchitis with Bacterial Exacerbation |
| Chills | Diabetic Foot Infection |
| Cholestasis | Diverticulitis of Gastrointestinal Tract |
| Cholestatic Hepatitis | Dog Bite Wound |
| Clostridium Difficile Colitis | E. Coli Urinary Tract Infection |
| Constipation | Enterobacter Cloacae Urinary Tract Infection |
| Crystalluria | Haemophilus Influenzae Acute Otitis Media |
| Dental Discoloration | Haemophilus Influenzae Pneumonia |
| Diarrhea | Human Bite Wound |
| Disease of Liver | Klebsiella Urinary Tract Infection |
| Dizziness | Lower Respiratory Infections |
| Dysgeusia | Moraxella Catarrhalis Acute Otitis Media |
| Dyspepsia | Moraxella Catarrhalis Pneumonia |
| Dyspnea | Pediatric Fever without a Source |
| Edema | Presumed Infection In Febrile Neutropenic Patient |
| Eosinophilia | Skin and Skin Structure E. Coli Infection |
| Erythema Multiforme | Skin and Skin Structure Infection |
| Exfoliative Dermatitis | Skin and Skin Structure Klebsiella Infection |
| Feeling Agitated | Staphylococcus Aureus Skin and Skin Structure Infection |
| Fever | |
| Flatulence | |
| Gastrointestinal Irritation | |
| Glossitis | |
| Headache Disorder | |
| Hematuria | |
| Hemolytic Anemia | |
| Hemorrhagic Cystitis | |
| Hepatitis | |
| Hypersensitivity Angiitis | |
| Hypersensitivity Drug Reactions | |
| Hypotension | |
| Impaired Cognition | |
| Injection Site Sequelae | |
| Insomnia | |

EXHIBIT 1
PART 1 of 2
Page 100 of 1248
2/13/2015

STND 18-03985-000100

Interstitial Nephritis
Leukopenia
Loose Stools
Mucocutaneous Candidiasis
Myalgia
Nausea
Neutropenic Disorder
Obstructive Hyperbilirubinemia
Oral Candidiasis
Phlebitis
Pruritus of Skin
Qualitative Platelet Disorder
Renal Disease
Seizure Disorder
Serum Sickness
Skin Rash
Stevens-Johnson Syndrome
Stomatitis
Thrombocytopenic Disorder
Thrombocytosis
Thrombophlebitis
Toxic Epidermal Necrolysis
Tremors
Urticaria
Vomiting
Vulvovaginal Candidiasis

| Drug Label | Drug Code | Dose Form | Str. | Route Desc. | HIC Therapeutic Class |
|---|---|---|---|---|---|
| FLUTICASONE PROP 50 MCG SPRAY | 50383070016 | SPRAY, SUSPENSION | 50 MCG | NASAL | NASAL ANTI-INFLAMMATORY STEROIDS |

Back To Top

| Side Effects | Disease Descriptions |
|---|---|
| Abdominal Pain with Cramps | Allergic Rhinitis |
| Allergic Reactions | Chronic Non-Allergic Rhinitis |
| Anaphylaxis | |
| Angioedema | |
| Blurred Vision | |
| Bronchitis | |
| Cataracts | |
| Conjunctivitis | |
| Contact Dermatitis | |
| Cough | |
| Diarrhea | |
| Disorder of Mucous Membrane | |
| Dizziness | |
| Dry Eye | |
| Dry Nose | |
| Dysgeusia | |
| Epistaxis | |
| Fever | |
| Flu-Like Symptoms | |
| Glaucoma | |
| Headache Disorder | |

https://services.examone.com/DataProductsWeb/PrintPage.aspx?sortOn=&sortDir=

**EXHIBIT 1**
**PART 1 of 2**
**Page 101 of 1248**
2/13/2015

STND 18-03985-000101

Impaired Wound Healing
Nasal Candidiasis
Nasal Congestion
Nasal Crusting
Nasal Lesions
Nasal Pain
Nasal Passage Irritation
Nasal Septal Perforation
Nausea
Pharyngeal Candidiasis
Pharyngitis
Rhinorrhea
Sinusitis
Skin Rash
Sneezing
Sore Throat
Urticaria
Vomiting
Wheezing
Xerostomia

| Drug Label | Drug Code | Dose Form | Str. | Route Desc. | HIC Therapeutic Class |
|---|---|---|---|---|---|
| LACTULOSE 10 GM/15 ML SOLUTION | 00603137858 | SOLUTION, ORAL | 10 G/15 ML | ORAL | LAXATIVES AND CATHARTICS |

Back To Top

| Side Effects | Disease Descriptions |
|---|---|
| Abdominal Pain with Cramps | Constipation |
| Diarrhea | Hepatic Encephalopathy |
| Flatulence | Hyperammonemia |
| Polydipsia | |

| Drug Label | Drug Code | Dose Form | Str. | Route Desc. | HIC Therapeutic Class |
|---|---|---|---|---|---|
| PREDNISONE 5 MG TABLET | 00143147510 | TABLET | 5 MG | ORAL | GLUCOCORTICOIDS |

Back To Top

| Side Effects | Disease Descriptions |
|---|---|
| Abdominal Swelling | Acquired Thrombocytopenia |
| Abnormal Hepatic Function Tests | Acute Lymphoid Leukemia |
| Acne Vulgaris | Adrenal Cortical Insufficiency |
| Acute Pancreatitis | Adrenogenital Disorder |
| Allergic Dermatitis | Allergic Bronchopulmonary Aspergillosis |
| Allergic Reactions | Allergic Rhinitis |
| Amenorrhea | Ankylosing Spondylitis |
| Anaphylaxis | Aspiration Pneumonitis |
| Anemia | Asthma Exacerbation |
| Arthralgia | Atopic Dermatitis |
| Benign Intracranial Hypertension | Autoimmune Hemolytic Anemia |
| Blurred Vision | Bells Palsy |
| Body Fluid Retention | Berylliosis |
| Bradycardia | Bronchial Asthma |
| Cardiac Arrest | Carditis |
| Cataracts | Celiac Disease |
| Cholesterol Embolism | Cerebral Edema |
| Chronic Heart Failure | Chronic Lymphoid Leukemia |
| Conduction Disorder of the Heart | Cluster Headache Prevention |

STND 18-03985-000102



| | |
|---|---|
| Delirium | Congenital Adrenal Hyperplasia |
| Depression | Congenital Hypoplastic Anemia |
| Diabetes Mellitus | Contact Dermatitis |
| Dizziness | Crohns Disease |
| Dry Skin | Cutaneous T-Cell Lymphoma |
| Dyspnea | Dermatitis Herpetiformis |
| Ecchymosis | Diffuse Large B-Cell Lymphoma |
| Edema | Diffuse Proliferative Lupus Nephritis |
| Erythema | Eosinophilic Pneumonia |
| Esophageal Ulcer | Epicondylitis |
| Euphoria | Erythema Multiforme |
| Excitement | Erythroblastic Anemia |
| Facial Edema | Exfoliative Dermatitis |
| Fainting | Follicular B-Cell Non-Hodgkins Lymphoma |
| False Sense of Well-Being | Giant Cell Arteritis |
| Fractures | Gouty Arthritis |
| Gastric Hypersecretory Conditions | Hodgkins Lymphoma |
| Gastrointestinal Hemorrhage | Hypercalcemia associated with Neoplasm |
| Gastrointestinal Perforation | Hypercalcemia associated with Sarcoidosis |
| Glaucoma | Hypersensitivity Drug Reactions |
| Glycosuria | Hypersensitivity Pneumonitis |
| Hallucinations | Idiopathic Thrombocytopenic Purpura |
| Headache Disorder | Infantile Spasms |
| Hepatomegaly | Inflammatory Bowel Disease |
| Hiccups | Juvenile Rheumatoid Arthritis |
| Hirsutism | Loeffler Syndrome |
| Hypercortisolism | Metastatic Prostate Carcinoma |
| Hyperglycemia | Multiple Myeloma |
| Hyperhidrosis | Multiple Sclerosis |
| Hypertension | Myasthenia Gravis |
| Hyperthyroidism | Mycosis Fungoides |
| Hypocalcemia | Nasal Polyp |
| Hypothalamic-Pituitary Insufficiency | Nephrotic Syndrome |
| Hypothyroidism | Neuroendocrine Prostate Carcinoma |
| Impaired Cognition | Non-Hodgkins Lymphoma |
| Impaired Wound Healing | Obstructive Bronchiolitis |
| Increased Appetite | Obstructive Pulmonary Disease |
| Infection | Ophthalmia Sympathetic |
| Insomnia | Organ Transplant Rejection |
| Irregular Menstrual Periods | Pemphigoid |
| Kaposis Sarcoma | Pemphigus |
| Lipodystrophy | Pericarditis |
| Lupus-Like Syndrome | Pneumocystis Jiroveci Pneumonia |
| Malaise | Polyarteritis Nodosa |
| Memory Impairment | Polymyalgia Rheumatica |
| Menstrual Disorder | Prevention of Cardiac Transplant Rejection |
| Mood Changes | Prevention of Lung Transplant Rejection |
| Muscle Weakness | Prevention of Transplant Rejection |
| Myopathy | Primary Adrenocortical Insufficiency |
| Nausea | Pseudogout |
| Nervousness | Psoriasis |
| Neuropathy | Psoriatic Arthritis |
| Neutropenic Disorder | Pulmonary Fibrosis |

Ocular Hypertension
Osteoporosis
Papilledema
Paranoid Disorder
Paresthesia
Peptic Ulcer
Personality Disorders
Petechiae
Psychiatric Disturbance
Pulmonary Edema
Purpura
Seizure Disorder
Skin Atrophy
Skin Rash
Skin Scaling
Skin Striae
Tachyarrhythmia
Telangiectasia
Tendon Rupture
Thromboembolic Disorder
Thrombophlebitis
Urticaria
Vasculitis
Vertigo
Weight Gain

Pulmonary Tuberculosis
Pure Red Cell Aplasia associated with CLL
Relapsing Polychondritis
Rheumatic Carditis
Rheumatic Fever
Rheumatoid Arthritis
Sarcoidosis
Serum Sickness
Sjogrens Syndrome
Systemic Dermatomyositis
Systemic Lupus Erythematosus
Thyroiditis
Trichinosis
Tuberculosis Meningitis Treatment Adjunct
Ulcerative Colitis
Uveitis
Vasculitis

Back To Top

ScriptCheck™, Powered by Ingenix MedPoint

EXHIBIT 1
PART 1 of 2
Page 104 of 1248
2/13/2015
STND 18-03985-000104

# Medical Record Request Complete



## Customer Information

Report Date: May 12, 2015    RPID: 2185398

Client Name: Standard Group Benefits CLAIMS

Req. By: KM:Necole

## Patient Information

Name: COLEMAN-FIRE, BETHANY

D.O.B.: ▮▮▮▮▮▮    Policy/Cert: 00VW3181 KM:Necole

Special Requirements:
- Seen By: Dr. Jim Chestnut  Request faxed on 3/4.  Need update please.

## Provider Information

Provider:    OREGON HEALTH SCIENCES UNIVERSITY
3181 SW SAM JACKSON PK RD
ATTN:  MEDICAL RECORDS/CORRESPONDEN
PORTLAND, OR 97239

Phone:    (503) 494-6594    Fax:  (503) 494-6970

## Electronic Order Data (If Applicable)

Patient Name:    COLEMAN-FIRE, BETHANY
Patient DOB:
Patient SSN:    ▮▮▮▮▮▮
Policy Number:    00VW3181 KM:Necole

Provider Data:    Dr. Jim Chestnut
3303 SW Bond Ave

Portland, OR  97239
503-494-6400

RECEIVED
MAY 1 3 2015
EMPLOYEE BENEFITS

Chestnut
9/14-3/15

**EXHIBIT 1**
**PART 1 of 2**
**Page 105 of 1248**

RP Date ID: Mar 3 2015                          ID CONFIRMED0.1004 Tue May 12 10:33: 2015 PDT Page 5 of 12



|                                    |                                          |
|------------------------------------|------------------------------------------|
| 3181 S W Sam Jackson Park Road     | COLEMAN-FIRE,BETHANY LYNNE               |
| Mailcode: OP17A                    | MRN: 06674616                            |
| University Hospital South          | DOB: ▆▆▆▆▆  Sex: F                       |
|                                    | Enc. Date:03/03/15                       |

**Progress Notes by James Chesnutt, MD at 3/3/2015 3:17 PM**

| Author: James Chesnutt, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 3/15/2015 5:46 PM | Note Time: 3/3/2015 3:17 PM | Note Type: Progress Notes |
| Status: Signed | Editor: James Chesnutt, MD (Physician) | |

OHSU Sports Medicine Clinic   3/3/2015

Bethany Lynne Coleman-Fire is a 31 y.o. female  PCP: Richa Uppal, MD

**Chief Complaint**
Patient presents with
  • Concussion
       *DOI 2/19/2014*

Bethany Lynne Coleman-Fire is a 30 y.o. female who suffered a head injury on 2/19/2014.
Event Description: Walking dog, hit by car - flew 20 feet
Initial Symptoms: neck pain, HA, vertigo, dizziness
Loss of Consciousness: no
Management @ Event: EMT c-spine immobilization - taken to Emanuel Hospital - C-spine cleared
ED or MD visit: yes: see PCP
Imaging performed: yes: see below

**<u>CONCUSSION MANAGEMENT PLAN</u>**

**Injury information:**
No flowsheet data found.

**Concussion treatment team:**

|                    | Name: | Start of care: |
|--------------------|-------|----------------|
| **Physician:**     |       |                |
| **PT:**            |       |                |
| **OT:**            |       |                |
| **SLP-Cognitive:** |       |                |
| **Neuro-opt:**     |       |                |
| **Pain:**          |       |                |
| **Neurology:**     |       |                |
| **Neuropsych:**    |       |                |
| **Athletic trainer:** |    |                |

**Additional facts:**
  No data filed

**Sports Concussion Assessment Tool (SCAT) Score:**
  TOTAL SYMPTOM SCORE: 51

**<u>Recovery goals</u>:**

Printed on 4/16/2015 5:52 PM

**EXHIBIT 1**
**PART 1 of 2**
**Page 106 of 1248**

STND 18-03985-000106



3181 S W Sam Jackson Park Road
Mailcode: OP17A
University Hospital South

COLEMAN-FIRE,BETHANY LYNNE
MRN: 06674616
DOB: Sex: F
Enc. Date:03/03/15

**Progress Notes by James Chesnutt, MD at 3/3/2015 3:17 PM (continued)**
**Goal Progress Summary (0-100%; 100% = full recovery, rate top 3 priorities)**

|  | Top 3 | 3/3/2015 | Comments/Details |
|---|---|---|---|
| **Headache** |  |  | Related to neck  Or fatigue |
| **Neck Pain** |  |  | Massage therapy improved once a week |
| **Dizziness/balance** |  |  | 0 |
| **Vision** |  |  | working with Rosanne |
| **Fatigue** |  |  |  |
| **Sleep** |  |  | A problem and thinks related to medication |
| **Psych/Mental Health** |  |  |  |
| **Cognitive** |  |  | difficult detail and efficiency feels like 75% and cant get better- neuropsych eval |
| **School/work** |  |  | 75% |
| **Exercise tolerance** |  |  | Walking and exercising multiple times |

ASSESSMENT:
concussion  Slow to resolve

continue current care as discussed

Call or return to clinic if these symptoms worsen or fail to improve as anticipated.

I spent 25 min greater than 50% counselling  regarding the current state of the patient's injury and options for further evaluation and treatment.



James C. Chesnutt, M.D.
Sports Medicine
Specializing in Pediatric and Adult Patients
OHSU Sports Medicine Program
OHSU Orthopaedics & Rehabilitation and Family Medicine
Center for Health and Healing, 12th Floor
3303 S W Bond Ave
Portland, OR 97239-3011
503-494-4000

Printed on 4/16/2015 5:52 PM

**EXHIBIT 1**
**PART 1 of 2**
**Page 107 of 1248**

STND 18-03985-000107



| | 3181 S W Sam Jackson Park Road | COLEMAN-FIRE,BETHANY LYNNE |
|---|---|---|
| | Mailcode: OP17A | MRN: 06674616 |
| | University Hospital South | DOB: ▇▇▇▇▇ Sex: F |
| | | Enc. Date:03/03/15 |

**Progress Notes by James Chesnutt, MD at 3/3/2015  3:17 PM (continued)**

Please visit www.ohsusportsmedicine.com for information about healthy active lifestyles and sports injury diagnosis, treatment and prevention.

**Progress Notes by James Chesnutt, MD at 12/5/2014 10:24 AM**

| | | |
|---|---|---|
| Author:  James Chesnutt, MD | Service:  (none) | Author Type:  Physician |
| Filed: 12/18/2014 11:19 PM | Note Time: 12/5/2014 10:24 AM | Note Type:  Progress Notes |
| Status:  Signed | Editor: James Chesnutt, MD (Physician) | |

OHSU Sports Medicine Clinic   12/5/2014

Bethany Lynne Coleman-Fire is a 31 y.o. female  PCP: Richa Uppal, MD

**Chief Complaint**
Patient presents with
- Follow-up visit

**CONCUSSION MANAGEMENT PLAN**

**Injury information:**
No flowsheet data found.

**Concussion treatment team:**

| | Name: | Start of care: |
|---|---|---|
| Physician: | | |
| PT: | | |
| OT: | | |
| SLP-Cognitive: | | |
| Neuro-opt: | | |
| Pain: | | |
| Neurology: | | |
| Neuropsych: | | |
| Athletic trainer: | | |

**Additional facts:**
No data filed

**Sports Concussion Assessment Tool (SCAT) Score:**

SCAT
(none-0; mild 1-2; mod 2-4; severe 5-6)
Headache: 1

Printed on 4/16/2015  5:52 PM

EXHIBIT 1
PART 1 of 2
Page 108 of 1248

STND 18-03985-000108

RP Date ID: Dec 5 2014 ealth Infor   on 1.503.200.1004 Tue May 12 10:33:  2015 PDT Page 8 of 12



3181 S W Sam Jackson Park Road
Mailcode: OP17A
University Hospital South

COLEMAN-FIRE,BETHANY LYNNE
MRN: 06674616
DOB:          Sex: F
Enc. Date:12/05/14

**Progress Notes by James Chesnutt, MD at 12/5/2014 10:24 AM (continued)**

Pressure in head: 0
Neck pain: 2
Balance problems or dizzy: 0
Nausea or vomiting: 0
Vision problems: 1
Hearing problems/ringing in ears: 0
Don't feel right: 0
Feeling dinged or dazed: 0
Confusion: 0
Feeling slowed down: 1
Feeling in a fog: 0
Drowsiness: 0
Fatigue or low energy: 1
More emotional than usual: 1
Irritable: 1
Difficulty concentrating: 2
Difficulty remembering: 1
Sadness: 0
Nervous or anxious: 0
Trouble falling asleep: 0
Sleeping more than usual: 0
Sensitivity to light: 1
Sensitivity to noise: 1
     TOTAL SYMPTOM SCORE: 13

     TOTAL SYMPTOM SCORE: 13

**Recovery goals:**

**Goal Progress Summary (0-100%; 100% = full recovery, rate top 3 priorities)**

|  | Top 3 | 12/5/2014 | Comments/Details |
|---|---|---|---|
| **Headache** |  |  | Much better |
| **Neck Pain** |  |  | Much better but sore at end of work day |
| **Dizziness/balance** |  |  |  |
| **Vision** |  |  | Improving  Left eye suppressed still peripheral vision not as good |
| **Fatigue** |  |  | Pretty good |
| **Sleep** |  |  | Generally  Good but may be low at times |
| **Psych/Mental Health** |  |  | feeling food on buproprion |
| **Cognitive** |  |  | Pretty well but still some concentration and memory issues.. |
| **School/work** |  |  | 85 % approx  Wears out faster |
| **Exercise tolerance** |  |  | Wt living at gym and 30 min aerobic/ bike/ walk |

Printed on 4/16/2015  5:52 PM

**EXHIBIT 1**
**PART 1 of 2**
**Page 109 of 1248**

STND 18-03985-000109



| 3181 S W Sam Jackson Park Road | COLEMAN-FIRE,BETHANY LYNNE |
|---|---|
| Mailcode: OP17A | MRN: 06674616 |
| University Hospital South | DOB: ▮▮▮▮ Sex: F |
| | Enc. Date:12/05/14 |

**Progress Notes by James Chesnutt, MD at 12/5/2014 10:24 AM (continued)**

ASSESSMENT:
Concussion resolving slowly
Continue current rehab and restrictions

Call or return to clinic if these symptoms worsen or fail to improve as anticipated.

*[signature]*

James C. Chesnutt, M.D.
Sports Medicine
Specializing in Pediatric and Adult Patients
OHSU Sports Medicine Program
OHSU Orthopaedics & Rehabilitation and Family Medicine
Center for Health and Healing, 12th Floor
3303 S W Bond Ave
Portland, OR 97239-3011
503-494-4000

Please visit www.ohsusportsmedicine.com for information about healthy active lifestyles and sports injury
diagnosis, treatment and prevention.

**Progress Notes by James Chesnutt, MD at 9/9/2014 9:46 AM**

| Author: James Chesnutt, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 9/22/2014 1:25 AM | Note Time: 9/9/2014 9:46 AM | Note Type: Progress Notes |
| Status: Signed | Editor: James Chesnutt, MD (Physician) | |

**CONCUSSION MANAGEMENT PLAN**

**Injury information:**Bethany Lynne Coleman-Fire is a 30 y.o. female who suffered a head injury on 2/19/2014.
Event Description: Walking dog, hit by car - flew 20 feet
Initial Symptoms: neck pain, HA, vertigo, dizziness
Loss of Consciousness: no
Management @ Event: EMT c-spine immobilization - taken to Emanuel Hospital - C-spine cleared
ED or MD visit: yes: see PCP
Imaging performed: yes: see below
Seen by PCP: yes
Out of work initially
Tried to get back to work 2 weeks ago - felt awful and went home. Works as a Lawyer - felt nauseous anxious
and fatigued at work - ~ 1.5 hr at work
Went back yesterday for about 3 hour each day this week - feel exhausted and - doing minimal activities with
worsening symtpoms
Message therapy - for neck issues
Sciatic nerve issues
20 min walk or yoga - left toe issues
Saw Dr. Brown Neurology today for vertigo work up.

Printed on 4/16/2015 5:52 PM

EXHIBIT 1
PART 1 of 2
Page 110 of 1248

STND 18-03985-000110



3181 S W Sam Jackson Park Road          COLEMAN-FIRE,BETHANY LYNNE
Mailcode: OP17A                         MRN:06674616
University Hospital South               DOB:███████ Sex: F
                                        Enc. Date:09/09/14

**Progress Notes by James Chesnutt, MD at 9/9/2014 9:46 AM (continued)**

**Recovery but slow**

**Concussion treatment team:**

|                | Name: | Start of care: |
|----------------|-------|----------------|
| **Physician:** |       |                |
| **PT:**        |       |                |
| **OT:**        |       |                |
| **SLP-Cognitive:** |   |                |
| **Neuro-opt:** | stone |                |
| **Pain:**      |       |                |
| **Neurology:** |       |                |
| **Neuropsych:** |      |                |
| **Athletic trainer:** | |               |

**Additional facts:**
No data filed

**Sports Concussion Assessment Tool (SCAT) Score:**
TOTAL SYMPTOM SCORE: 84

| SCAT (none=0; mild 1-2; mod 2-4; severe 5-6) | 4/3/2014 | 9/9/2014 |
|----------------------------------------------|----------|----------|
| Headache                                     | 4        | 3        |
| Pressure in head                             | 4        | 3        |
| Neck pain                                     | 3        | 5        |
| Balance problems or dizzy                    | 3        | 0        |
| Nausea or vomiting                           | 0        | 0        |
| Vision problems                              | 0        | 3        |
| Hearing problems/ringing in ears             | 0        | 2        |
| Don't feel right                             | 5        | 5        |
| Feeling dinged or dazed                      | 5        | 3        |
| Confusion                                    | 0        | 2        |
| Feeling slowed down                          | 5        | 6        |
| Feeling in a fog                             | 5        | 3        |
| Drowsiness                                   | 4        | 0        |
| Fatigue or low energy                        | 5        | 6        |
| More emotional than usual                    | 5        | 6        |

Printed on 4/16/2015 5:52 PM

**EXHIBIT 1**
**PART 1 of 2**
**Page 111 of 1248**

STND 18-03985-000111

RP Date ID: Sep 9 2014 :alth Infor●●on 1.503.200.1004 Tue May 12 10:33:●●015 PDT Page 11 of 12



| | | 3181 S W Sam Jackson Park Road | COLEMAN-FIRE,BETHANY LYNNE |
| Mailcode: OP17A | MRN: 06674616 |
| University Hospital South | DOB:███████Sex: F |
| | Enc. Date:09/09/14 |

**Progress Notes by James Chesnutt, MD at 9/9/2014 9:46 AM (continued)**

| Irritable | 3 | 6 |
|---|---|---|
| Difficulty concentrating | 6 | 6 |
| Difficulty remembering | 2 | 5 |
| Sadness | 4 | 5 |
| Nervous or anxious | 6 | 6 |
| Trouble falling asleep | 0 | 3 |
| Sleeping more than usual | 2 | 0 |
| Sensitivity to light | 0 | 2 |
| Sensitivity to noise | 0 | 4 |
| TOTAL SYMPTOM SCORE | 71 | 84 |

**Goal Progress Summary (0-100%; 100% = full recovery, rate top 3 priorities)**

| | Top 3 | 9/9/2014 | Comments/Details |
|---|---|---|---|
| **Headache** | 1 | | Impact daily fxn the most<br>daily headache  Only break was with a massage<br>OCc nsaid only |
| **Neck Pain** | 2 | | No recent therapy  Did get relieve form maassage occ |
| **Dizziness/balance** | | | More episodic and mostly resolved.. Di have on e episode then improved quickly with epply maneuver over the phone |
| **Vision** | | | Large improvement   Esp tracking.  Eye exercises and  neuropt |
| **Fatigue** | | | Still low |
| **Sleep** | | | Some stress related dreams related to accident |
| **Psych/Mental Health** | | | More irritable |
| **Cognitive** | | | Slow   Feels like running in sand |
| **School/work** | | | working for one month  1/2 time good  But worse with increased schedule |
| **Exercise tolerance** | | | running  Many days a week that seems to help |

**ASSESSMENT:**

ICD-9-CM

1. Post-concussion headache           339.20      PHYSICAL THERAPY REFERRAL
2. Cervical strain, initial encounter    847.0       PHYSICAL THERAPY REFERRAL
3. Concussion with loss of              850.11
   consciousness <= 30 min, initial
   encounter

see Bill for left neck related headaches

**EXHIBIT 1**
**PART 1 of 2**
**Page 112 of 1248**

STND 18-03985-000112



3181 S W Sam Jackson Park Road          COLEMAN-FIRE, BETHANY LYNNE
Mailcode: OP17A                         MRN: 06674616
University Hospital South               DOB: ████████ Sex: F
                                        Enc. Date: 09/09/14

**Progress Notes by James Chesnutt, MD at 9/9/2014 9:46 AM (continued)**

OHSU Physical Therapy is on the 1st floor of OHSU Center for Health and Healing.
Please call 503-494-3151 to schedule an appointment.

Aleve 1-2 pills twice daily may help with pain and swelling. Please take with food or milk. Adverse effects may include upset stomach, ulcer, high blood pressure worsening of swelling in lower extremity and others. These are similar to other medications like ibuprofen. If these problems arise, stop the medication and contact your primary care doctor.

consider re eval with Maxine for cognitive treatment in regards to trying to get back to full time work

consider use of Zoloft to improve mood and energy

Call or return to clinic if these symptoms worsen or fail to improve as anticipated.

*[signature]*

James C. Chesnutt, M.D.
Sports Medicine
Specializing in Pediatric and Adult Patients
OHSU Sports Medicine Program
OHSU Orthopaedics & Rehabilitation and Family Medicine
Center for Health and Healing, 12th Floor
3303 S W Bond Ave
Portland, OR 97239-3011
503-494-4000

Please visit www.ohsusportsmedicine.com for information about healthy active lifestyles and sports injury diagnosis, treatment and prevention.

**EXHIBIT 1**
**PART 1 of 2**
**Page 113 of 1248**

STND 18-03985-000113

# Quality Assurance Report



release POINT

**Request Information**

Report Date:  May 12, 2015    **RP ID:**  2185398

Patient Name:  COLEMAN-FIRE, BETHANY

Provider Name:  OREGON HEALTH SCIENCES UNIVERSITY

**Quality Assurance Information**

Special Request:    - Seen By: Dr. Jim Chestnut  Request faxed on 3/4.  Need update please.

Special Request Included?   YES

Secondary ID Confirmed?    YES

QC Notes:

Chart Reviewed By:   Jennifer Neyra

From February 1, 2012 to Present

**EXHIBIT 1**
**PART 1 of 2**
**Page 114 of 1248**

STND 18-03985-000114

# Quality Assurance Report



## Request Information

Report Date:  April 26, 2015       **RP ID:**  **2185399**

Patient Name:  COLEMAN-FIRE, BETHANY

Provider Name:  LEGACY EMANUEL HOSPITAL

## Quality Assurance Information

Special Request:   \*\*\*FEE APPROVED UP TO $100.00 AS LONG AS FEE IS IN ACCORDANCE WITH
OREGON STATE STATUTES\*\*\* \*\*\*Admin and discharge records only please.
-Seen by: Legacy Emmuanel ER

Special Request Included?  YES

Secondary ID Confirmed?   YES

QC Notes:   Enclosed are all records supplied by medical facility
for requested dates of service  Enclosed are all
records supplied by medical facility for the specific
information requested

Chart Reviewed By:   Ma. Lorelei Gervacio

**From February 1, 2012 to Present**

**EXHIBIT 1**
**PART 1 of 2**
**Page 115 of 1248**

STND 18-03985-000115

# Medical Record Request Complete



## Customer Information

Report Date: April 21, 2015          RPID: **2253868**

Client Name:  Standard Group Benefits CLAIMS

Req. By:  KM:Necole

## Patient Information

Name:  COLEMAN-FIRE, BETHANY

D.O.B.: ▉▉▉▉▉▉          Policy/Cert:  00VW3181 KM:Necole

Special Requirements:
- Seen By: BROWN, DR JEFFREY

*RECEIVED*

*APR 22 2015*

*Employee Benefits*

## Provider Information

Provider:      BROWN, DR JEFFREY
               1040 NW 22nd Ave Ste 630
               ATTN: MEDICAL RECORDS
               Portland, OR 97210

Phone:   (503) 954-1566          Fax:  (503) 796-2742

## Electronic Order Data (If Applicable)

Patient Name:    COLEMAN-FIRE, BETHANY
Patient DOB:     ▉▉▉▉▉▉
Patient SSN:     ▉▉▉▉▉▉
Policy Number:   00VW3181 KM:Necole

Provider Data:   BROWN, DR JEFFREY
                 1040 NW 22nd Ave Ste 630

                 Portland, OR  97210
                 503-954-1566

*Brown*
*4/14*

**EXHIBIT 1**
**PART 1 of 2**
**Page 116 of 1248**

STND 18-03985-000116

# WEST PORTLAND NEUROLOGY

### JEFFREY J. BROWN MD, PHD

1040 NW 22ND AVENUE, SUITE 630
PORTLAND, OREGON 97210
PHONE: 503-954-1566  FAX: 503-796-2742

April 29, 2014

Richa Uppal, M.D.
The Portland Clinic
800 S.W. 13th Avenue
Portland, Oregon 97205

RE: Bethany Coleman-Fire (DOB: ███ )

Dear Doctor Uppal:

Bethany returns for follow-up after vestibular testing, all of which was normal. There is no
evidence of posttraumatic vestibulopathy or posttraumatic endolymphatic hydrops. Her hearing
is very normal.

The test data suggests that her issues are related to her head injury on a central and nonperipheral
basis. I went over in great detail with her the classic issues in terms of cumulative effects of
head injury and the typical healing pattern.

I expect her to have excellent resolution as her risk factors are good for this, but I cannot predict
when this will be. I recommended that when she returns to work she do so in a graded fashion,
extending her hours as she tolerates.

Sincerely,



Jeffrey J. Brown, M.D., Ph.D.
JJB:gts

WWW.WESTPORTLANDNEUROLOGY.COM

Dr Baum  4|14

**EXHIBIT 1
PART 1 of 2
Page 117 of 1248**

STND 18-03985-000117

Legacy Good Samaritan Hospital
Clinical Vestibular Laboratory & Audiology
1040 NW 22nd Avenue, Suite 460
Portland, OR 97210
(503) 413-8154

## CLINICAL VESTIBULAR LAB REPORT

Name:   COLEMAN-FIRE, Bethany          Test Date: April 14, 2014
Age:    30                             DOB:
Referred by:  Jeffrey J. Brown, M.D.   Tested by:  Kim Kniebuehler, Au.D.

**Symptoms/Reason for Exam:** Constant lightheadedness, disorientation, spacey/"out of body" sensation, imbalance with a tendency to veer off course to the left, rocking sensation, headaches, cognitive difficulties. Symptoms can be elicited or exacerbated by grocery/mall shopping, viewing busy visual patterns, reading and with increased stress.

**Onset:** According to the patient, began experiencing vertigo following being struck by a car as a pedestrian on February 19, 2014. She was seen by a physical therapist who performed the Epley maneuver. This resolved the vertigo but she has the residual symptoms listed above.

**Progression:** Symptoms have improved slightly over time but not completely resolved.

**Contributing History:** Seasonal allergies, numbness in left foot, ongoing balance and vision therapy.

**Medications:** Allergy venom injections.

**Intake Summary:** Screening tests for eye movements, vertebral artery and cervical vertigo were essentially within normal limits. She walks without direct assistance. Pre-caloric tympanometry verified intact tympanic membranes and normal middle ear function bilaterally. No symptoms were reported during or following pressure changes to either ear.

**Tests Performed:** Basic Comprehensive Audiometrics, Electrocochleography (ECoG), Video-nystagmography (VNG) (oculomotor tests including gaze, smooth pursuit/oscillating tracking and random saccades, positional, caloric), Hallpike, full-field Optokinetic Reflex (OKR), Vestibular Evoked Myogenic Potential (VEMP) studies.

**Test Results:**

Audiometrics: ........................................Pure-tone air conduction (AC) and bone conduction (BC) thresholds in dBHL:

| Frequency in Hz | 250 | 500 | 1000 | 2000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|
| Right AC | 10 | 10 | 15 | 10 | 10 | 10 | 20 |
| Left AC | 15 | 15 | 10 | 15 | 10 | 15 | 15 |
| Right BC | - | 5 | 10 | 5 | 10 | - | - |
| Left BC | - | 5 | 5 | 15 | 10 | - | - |

..........................................Speech Audiometry:

|  | SRT | Word recognition % correct | SL | HL |
|---|---|---|---|---|
| Right | 10 | 96% | 30 | 40 |
| Left | 10 | 100% | 30 | 40 |

Electrocochleography: ............................(Normal is <0.45)

Mean right SP/AP ............................0.39 Normal.
Mean Left SP/AP .............................0.29  Normal.

Voluntary eye movements:

Saccades ...........................................Normal.
Smooth pursuit ................................Normal.

VNG, etc  4/14

**EXHIBIT 1**
**PART 1 of 2**
**Page 118 of 1248**

STND 18-03985-000118

RP Date ID: Mar 2 2015



**THE Portland Clinic.**

*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:03/02/15

---

**Progress Notes (continued)**

**Richa Uppal, MD at 3/2/2015 8:10 AM (continued)**

---

**O:**
**Filed Vitals:**

|   | 03/02/15 0803 |
|---|---|
| BP: | 128/72 |
| Pulse: | 76 |
| Weight: | 193 lb 9.6 oz (87.816 kg) |

Body mass index is 28.58 kg/(m^2).

<u>Physical Exam</u>
**O:**
**Filed Vitals:**

|   | 03/02/15 0803 |
|---|---|
| BP: | 128/72 |
| Pulse: | 76 |
| Weight: | 193 lb 9.6 oz (87.816 kg) |

Body mass index is 28.58 kg/(m^2).

Constitutional:  She is pleasant , appears stated age and is in no distress.
Neurological:  She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and flat affect. Her
behavior is normal.

**Assessment/Plan:**

1. **Reaction, adjustment, with anxious, depressed mood**
2. Post concussion syndrome
3. Insomnia
4. Iron deficiency anemia

buPROPion (WELLBUTRIN XL) 300 MG 24 hr tablet

trazodone (DESYREL) 50 MG tablet

Will try 300 mg XL generic  wellbutrin once a day if cost permits. Continue counseling. Try trazodone.

Plan for neuropsych testing this month. Continue exercise.

Continue iron supplement.

Disclaimer: I have personally verified and reviewed data entered into the EMR by my nursing staff and made changes as appropriate.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 119 of 1248**

STND 18-03985-000119

RP Date ID: Mar 2 2015



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:▮▮▮▮ Sex: F
Enc. Date:03/02/15

---

## Progress Notes (continued)

### Richa Uppal, MD at 3/2/2015 8:10 AM (continued)

This note was created using a voice recognition software and may have inadvertent errors.

Electronically signed by Richa Uppal, MD at 3/2/2015 11:15 AM
Revision History

| Date/Time | User | Action |
|---|---|---|
| > 3/2/2015 11:15 AM | Richa Uppal, MD | Sign |
| 3/2/2015 8:10 AM | Chloe Porter, CCMA | Sign at close encounter |

---

## OP Notes
No notes found.

---

## Other Orders (03/02/15 - 03/02/15)

**trazodone (DESYREL) 50 MG tablet [9921526]**                                                           Active

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 03/02/15 0833 | Authorized by: | Richa Uppal, MD |
| Frequency: | Nightly 03/03/15 - 30 Days | | |
| Electronically signed by: | Richa Uppal, MD 03/02/15 0833 | | |
| Diagnoses: | Insomnia [780.52] | | |

**buPROPion (WELLBUTRIN XL) 300 MG 24 hr tablet [9921525]**                                              Active

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 03/02/15 0824 | Authorized by: | Richa Uppal, MD |
| Frequency: | QAM 03/02/15 - 365 Days | | |
| Electronically signed by: | Richa Uppal, MD 03/02/15 0824 | | |
| Diagnoses: | Reaction, adjustment, with anxious, depressed mood [309.28] | | |

---

**Order-Level Documents:**
There are no order-level documents.

**Encounter-Level Documents:**
There are no encounter-level documents.

---

## Result

Resulted: 07/11/14 1510, Result Status: Final result

**Hemoglobin A1c [8369167]**

| Resulting Lab: | TPC DOWNTOWN | | Specimen: | Blood 07/11/14 1116 | |
|---|---|---|---|---|---|
| Component | Value | Ref Range | Flag | Comment | Lab |
| PercentHbA1c | 5.6 | 4.0 - 5.6 % | | | DOWNTOWN |

Comment:    For diabetes screening:

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 120 of 1248**

STND 18-03985-000120

RP Date ID: Dec 12 2014





## THE
## Portland
## Clinic.
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ████████ Sex: F
Enc. Date:12/12/14

---

### Reason for Visit
Follow-up

### Diagnoses
**Adjustment disorder** - Primary
**Vitamin D deficiency**
Iron deficiency anemia

### Vitals - Last Recorded

| BP | Pulse | Wt |
|----|-------|-----|
| 122/78 | 70 | 192 lb (87.091 kg) |

Vitals History Recorded

### Progress Notes
**Richa Uppal, MD at 12/12/2014 8:06 AM**
Status: Signed

### Chief Complaint
Patient presents with
• Follow-up

**History of presenting illness:** Follow up on meds
Stable on current medication.  Feels that she is closer to her baseline now and she has been in the past.  She has been back to work.  Has not made an appointment with a psychologist yet.  Had one meeting with a therapist but did not click with the therapist.  Following up with Dr. Chestnut at OHSU for postconcussion syndrome.

Has been taking vitamin D intermittently.

Trying to healthier and exercise.  She has gained weight.

Not taking iron supplements regularly.

Influenza Vaccine due on 09/01/2014
Cervical Cancer Screening due on 12/29/2014

### Medications:
### Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|-----------|-----|----------|--------|
| • buPROPion (WELLBUTRIN SR) 150 MG 12 hr tablet | Take 1 tablet by mouth 2 (two) times daily | 60 tablet | 1 |

### Allergies:
### Allergies

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 121 of 1248**

STND 18-03985-000121

RP Date ID: Dec 12 2014



THE Portland Clinic.

*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:12/12/14

## Progress Notes (continued)
### Richa Uppal, MD at 12/12/2014 8:06 AM (continued)

| Allergen | Reactions |
|----------|-----------|
| • Ceclor [Cefaclor] | |
| *As a child* | |

### Active Ambulatory Problems

| Diagnosis | Date Noted |
|-----------|-----------|
| • History of concussion | 07/11/2014 |
| • Vertigo due to concussion | 07/11/2014 |
| • Reaction, adjustment, with anxious, depressed mood | 09/16/2014 |
| • Headache | 09/16/2014 |
| • Neck muscle spasm | 09/16/2014 |
| • Weight gain | 09/16/2014 |
| • Post concussion syndrome | 09/16/2014 |
| • Vitamin D deficiency | 12/12/2014 |
| • Iron deficiency anemia | 12/12/2014 |

### Resolved Ambulatory Problems

| Diagnosis | Date Noted |
|-----------|-----------|
| • No Resolved Ambulatory Problems | |

### Past Medical History

| Diagnosis | Date |
|-----------|------|
| • Allergy | |
| • Immunotherapy | May 2006 |
| • Breast cancer screening, high risk patient | |
| • High risk of ovarian cancer | |
| • H/O mammogram | |

### Past social history:
**History**

Substance Use Topics
- Smoking status:      Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol Use:      Yes
  *Comment: Occassionally*

**O:**
**Filed Vitals:**

| | 12/12/14 0803 |
|---|---|
| BP: | 122/78 |

Printed on 3/9/2015 11:14 AM

EXHIBIT 1
PART 1 of 2
Page 122 of 1248

STND 18-03985-000122

RP Date ID: Dec 12 2014

 



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:12/12/14

---

**Progress Notes (continued)**

**Richa Uppal, MD at 12/12/2014  8:06 AM (continued)**

Pulse:          70
Weight:         192 lb (87.091 kg)

Body mass index is 28.34 kg/(m^2).

<u>Physical Exam</u>
O:
**Filed Vitals:**

| | 12/12/14 0803 |
|---|---|
| BP: | 122/78 |
| Pulse: | 70 |
| Weight: | 192 lb (87.091 kg) |

Body mass index is 28.34 kg/(m^2).

Constitutional:  She is pleasant , appears stated age and is in no distress.
Neurological:  She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her
behavior is normal.

**Assessment/Plan:**
1. **Adjustment disorder**                    **Ambulatory referral to Psychology**
2. Vitamin D deficiency
3. Iron deficiency anemia

Advised patient to follow-up with a psychologist.  That will help speed up recovery.  Continue vitamin D and iron replacement.  Exercise daily.  In for 8-9 hours of sleep at a minimum daily.

Follow-up as needed.

Disclaimer: I have personally verified and reviewed data entered into the EMR by my nursing staff and made changes as appropriate.

This note was created using a voice recognition software and may have  inadvertent errors.

---

Electronically signed by Richa Uppal, MD at 12/12/2014  4:27 PM
Revision History

| Date/Time | User | Action |
|---|---|---|
| > 12/12/2014  4:27 PM | Richa Uppal, MD | Sign |
| 12/12/2014  8:06 AM | Courtney Skirving, CCMA | Sign at close encounter |

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 123 of 1248**

STND 18-03985-000123

RP Date ID: Dec 12 2014

 

**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:███████ Sex: F
Enc. Date:12/12/14

---

## Progress Notes (continued)

---

### OP Notes
No notes found.

### Other Orders (12/12/14 - 12/12/14)

**Ambulatory referral to Psychology [8748144]**                                    Active

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 12/12/14 0820 | Authorized by: | Richa Uppal, MD |
| Frequency: | 12/12/14 - | | |
| Electronically signed by: | Richa Uppal, MD 12/12/14 0820 | | |
| Diagnoses: | Adjustment disorder [309.9] | | |

---

### Order-Level Documents:
There are no order-level documents.

### Encounter-Level Documents:
There are no encounter-level documents.

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 124 of 1248**

STND 18-03985-000124

RP Date ID: Oct 14 2014



THE
**Portland
Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: Sex: F
Enc. Date:10/14/14

## Reason for Visit

**Anxiety**
Depression

## Diagnoses

**Adjustment reaction    -  Primary**
Anxiety and depression

## Medications

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion (WELLBUTRIN SR) 150 MG 12 hr tablet (Discontinued)** | 60 tablet | 1 | 10/14/2014 | 12/16/2014 |

Sig - Route: Take 1 tablet by mouth 2 (two) times daily - Oral
Reason for Discontinue: **Reorder**

### Vitals - Last Recorded

| BP | Pulse | Wt |
|---|---|---|
| 110/68 | 72 | 191 lb (86.637 kg) |

Vitals History Recorded

## Progress Notes

**Courtney Skirving, CCMA at 10/16/2014 3:30 PM**
Status: Signed
F/u scheduled

Electronically signed by Courtney Skirving, CCMA at 10/16/2014 3:30 PM

**Richa Uppal, MD at 10/15/2014 8:42 AM**
Status: Signed

## Chief Complaint

Patient presents with
- Anxiety
- Depression

**History of presenting illness:** Patient reports that her mood has improved.  She has been able to work for longer duration.  Is exercising regularly.  Still has episodes of tearfulness.
Did not fill diazepam prescription. Anxiety not worse after wellbutrin started. Dreams are more vivid. Patient has been taking medications in am and second dose of wellbutrin around dinner. Was told by her friends and sports medicine physician that post concussion adjustment reaction and other symptoms can take 1-2 years to improve. Has not been able to start with any counselors but has been calling to get an appointment.

**Medications:**
No current outpatient prescriptions on file prior to visit.

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 125 of 1248**

STND 18-03985-000125

RP Date ID: Oct 14 2014





**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮ Sex: F
Enc. Date:10/14/14

---

## Progress Notes (continued)
**Richa Uppal, MD at 10/15/2014 8:42 AM (continued)**

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Ceclor [Cefaclor] | |
| *As a child* | |

### Active Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • History of concussion | 07/11/2014 |
| • Vertigo due to concussion | 07/11/2014 |
| • Reaction, adjustment, with anxious, depressed mood | 09/16/2014 |
| • Headache | 09/16/2014 |
| • Neck muscle spasm | 09/16/2014 |
| • Weight gain | 09/16/2014 |
| • Post concussion syndrome | 09/16/2014 |

### Resolved Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

### Past Medical History

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Immunotherapy | May 2006 |
| • Breast cancer screening, high risk patient | |
| • High risk of ovarian cancer | |
| • H/O mammogram | |

### Past social history:
**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | Yes |
| *Comment: Occasionally* | |

**O:**
**Filed Vitals:**

10/14/14 0837

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 126 of 1248**

STND 18-03985-000126

RP Date ID: Oct 14 2014



**THE**
**Portland**
**Clinic.**
*We specialize in you.*

| | |
|---|---|
| TPC ROI SERVICE AREA | COLEMAN-FIRE,BETHANY |
| 6640 SW Redwood Ln | MRN: 202396 |
| PORTLAND OR 97224 | DOB: ▮▮▮▮▮  Sex: F |
| ROI Enc Notes Report | Enc. Date:10/14/14 |

## Progress Notes (continued)

### Richa Uppal, MD at 10/15/2014  8:42 AM (continued)

| | |
|---|---|
| BP: | 110/68 |
| Pulse: | 72 |
| Weight: | 191 lb (86.637 kg) |

Body mass index is 28.19 kg/(m^2).

<u>Physical Exam</u>
O:
**Filed Vitals:**
10/14/14 0837

| | |
|---|---|
| BP: | 110/68 |
| Pulse: | 72 |
| Weight: | 191 lb (86.637 kg) |

Body mass index is 28.19 kg/(m^2).

Constitutional:  She is pleasant , appears stated age and is in no distress.
Neurological:  She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a depressed mood and affect. Her
behavior is normal. Good eye contact.

### Assessment/Plan:

| | |
|---|---|
| 1.  **Adjustment reaction** | **buPROPion (WELLBUTRIN SR) 150 MG 12 hr tablet** |
| 2.  Anxiety and depression | buPROPion (WELLBUTRIN SR) 150 MG 12 hr tablet |

Continue medications. Take second dose after lunch with snack. Exercise daily. Follow up in 2 months. Start
counseling.

Disclaimer: I have personally verified and reviewed data entered into the EMR by my nursing staff and made
changes as appropriate.

This note was created using a voice recognition software and may have  inadvertent errors.

Electronically signed by Richa Uppal, MD at 10/15/2014  8:51 AM

### OP Notes
No notes found.

### Other Orders (10/14/14 - 10/14/14)

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 127 of 1248**

RP Date ID: Oct 14 2014



TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:████████Sex: F
Enc. Date:10/14/14

---

## Other Orders (10/14/14 - 10/14/14) (continued)

### buPROPion (WELLBUTRIN SR) 150 MG 12 hr tablet [8748143]                    Discontinued

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 10/14/14 0909 | Authorized by: | Richa Uppal, MD |
| Frequency: | BID 10/14/14 - 365 Days | | |
| Electronically signed by: | Richa Uppal, MD 10/14/14 0909 | | |
| Discontinued by: | Richa Uppal, MD 12/17/14 1615 [Reorder] | | |
| Diagnoses: | Adjustment reaction [309.9] | | |
| | Anxiety and depression [300.4] | | |

---

### Order-Level Documents:
There are no order-level documents.

### Encounter-Level Documents:
There are no encounter-level documents.

---

STND 18-03985-000128

RP Date ID: Sep 16 2014



**THE Portland Clinic.**

*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮ Sex: F
Enc. Date:09/16/14

---

**Reason for Visit**

Follow-up

**Diagnoses**

| | |
|---|---|
| Reaction, adjustment, with anxious, depressed mood | - Primary |
| Headache | |
| Neck muscle spasm | |
| Weight gain | |
| Post concussion syndrome | |

## Medications

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| duloxetine (CYMBALTA) 30 MG capsule (Discontinued) | 60 capsule | 1 | 9/16/2014 | 9/18/2014 |

Sig: Take 1 tab daily with snack for 3 days and then 2 tabs daily from then on .

**Vitals - Last Recorded**

| BP | Pulse | Wt |
|---|---|---|
| 116/78 | 72 | 198 lb (89.812 kg) |

Vitals History Recorded

## Progress Notes

**Richa Uppal, MD at 9/16/2014 8:12 AM**

Status: Signed

## Chief Complaint

Patient presents with

• Follow-up

**History of presenting illness:** Follow up on MVA, headaches, fatigued and discuss new medication
Patient follows with Dr. Chestnut at OHSU for postconcussion care. She is also receiving physical therapy, occupational therapy, speech therapy. She does massage therapy with Alimta T Amy Bennett and has a craniosacral massage therapist as well. The craniosacral massage helps a lot with her persistent headaches. The headaches do not have any specific location. They are present almost daily. Sugar takes the edge off the headache and the patient did not notice her predilection and how it has affected her weight until recently. Dr. Chestnut also mentioned to the patient that she should be on an antidepressant as her mood has been low. Patient reports frequent crying spells. She has gained a significant amount of weight. She is typically a positive person with a positive outlook and this is very unusual for her. She has been exercising daily but it has not helped her mood.

Influenza Vaccine due on 09/01/2014

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 129 of 1248**

STND 18-03985-000129

RP Date ID: Sep 16 2014

 

 **THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:09/16/14

---

## Progress Notes (continued)
### Richa Uppal, MD at 9/16/2014  8:12 AM (continued)
**Medications:**
**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • [DISCONTINUED] ondansetron (ZOFRAN) 4 MG tablet | Take 4 mg by mouth as needed | | |

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Ceclor [Cefaclor] *As a child* | |

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • History of concussion | 07/11/2014 |
| • Vertigo due to concussion | 07/11/2014 |
| • Reaction, adjustment, with anxious, depressed mood | 09/16/2014 |
| • Headache | 09/16/2014 |
| • Neck muscle spasm | 09/16/2014 |
| • Weight gain | 09/16/2014 |
| • Post concussion syndrome | 09/16/2014 |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Immunotherapy | May 2006 |
| • Breast cancer screening, high risk patient | |
| • High risk of ovarian cancer | |

**Past social history:**
**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | Yes |
| *Comment: Occasionally* | |

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 130 of 1248**

STND 18-03985-000130

 **THE Portland Clinic.** *We specialize in you.*

| | |
|---|---|
| TPC ROI SERVICE AREA<br>6640 SW Redwood Ln<br>PORTLAND OR 97224<br>ROI Enc Notes Report | COLEMAN-FIRE,BETHANY<br>MRN: 202396<br>DOB: ▇▇▇▇ Sex: F<br>Enc. Date:09/16/14 |

---

## Progress Notes (continued)
### Richa Uppal, MD at 9/16/2014  8:12 AM (continued)

**O:**
**Filed Vitals:**

| 09/16/14 0808 | |
|---|---|
| BP: | 116/78 |
| Pulse: | 72 |
| Weight: | 198 lb (89.812 kg) |

Body mass index is 29.23 kg/(m^2).

Physical Exam
**O:**
**Filed Vitals:**

| 09/16/14 0808 | |
|---|---|
| BP: | 116/78 |
| Pulse: | 72 |
| Weight: | 198 lb (89.812 kg) |

Body mass index is 29.23 kg/(m^2).

Constitutional:  She is pleasant , appears stated age and is in no distress.
Neurological:  She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her
behavior is normal.


**PSYCHIATRIC TESTING / QUESTIONNAIRES ADMINISTERED:**

**AMEN CHECKLIST: ( greater than 5 in any area is significant)**

Depression: 9
Anxiety: 5
Anger: 9
Attention - Impulse: 9
Transitions-Obsessive-compulsive: 13


**Hypomania/mania symptom checklist -HCl 32 was administered to the patient. It is a screening test for bipolar disorder.  The patient endorsed 8 out of 32 items.  A score of 14 or more is consistent with a diagnosis of bipolar disorder.**

**Above questionnaires scanned into EMR.**

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 131 of 1248**

STND 18-03985-000131

RP Date ID: Sep 16 2014




**THE**
**Portland**
**Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:████████Sex: F
Enc. Date:09/16/14

---

## Progress Notes (continued)

### Richa Uppal, MD at 9/16/2014  8:12 AM (continued)

**Assessment/Plan:**

1. **Reaction, adjustment, with anxious, depressed mood**
2. Headache
3. Neck muscle spasm
4. Weight gain
5. Post concussion syndrome

Advised patient to try counseling.  Since patient has gained weight, would avoid SSRI.  We will try Cymbalta as it is weight neutral and helps with anxiety and depression.  We will start with 30 mg tablets at bedtime and then increase the dose to 60 mg daily.  The patient was counseled regarding GI adverse effects including nausea for the first few weeks.  We will follow-up in 4 weeks.  Continue massage therapy and other manual therapies per Dr. Chestnut.  Advised patient to continue exercising daily.  Avoid simple sugars and diet.

Disclaimer: I have personally verified and reviewed data entered into the EMR by my nursing staff and made changes as appropriate.

This note was created using a voice recognition software and may have  inadvertent errors.

Electronically signed by Richa Uppal, MD at 9/16/2014  9:31 AM
Revision History

| Date/Time | User | Action |
|---|---|---|
| > 9/16/2014  9:31 AM | Richa Uppal, MD | Sign |
| 9/16/2014  8:12 AM | Courtney Skirving, CCMA | Sign at close encounter |

---

## OP Notes
No notes found.

## Other Orders (09/16/14 - 09/16/14)

**duloxetine (CYMBALTA) 30 MG capsule [8748138]**                                                   Discontinued

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 09/16/14 0826 | Authorized by: | Richa Uppal, MD |
| Frequency: | 09/16/14 - 09/18/14 | | |
| Electronically signed by: | Richa Uppal, MD 09/16/14 0826 | | |
| Discontinued by: | Richa Uppal, MD 09/18/14 1131 | | |

---

## Order-Level Documents:
There are no order-level documents.

## Encounter-Level Documents:
There are no encounter-level documents.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 132 of 1248**

STND 18-03985-000132



| | | |
|---|---|---|
| TPC ROI SERVICE AREA | COLEMAN-FIRE,BETHANY | |
| 6640 SW Redwood Ln | MRN: 202396 | |
| PORTLAND OR 97224 | DOB:▮▮▮▮▮Sex: F | |
| ROI Enc Notes Report | Enc. Date:07/11/14 | |

**Reason for Visit**

   Annual Exam

**Diagnoses**

   Annual physical exam   -  Primary
   Family history of diabetes mellitus
   Family history of breast cancer
   Family history of ovarian cancer
   History of concussion
   Vertigo

**Vitals - Last Recorded**

| BP | Pulse | Wt |
|---|---|---|
| 120/82 | 66 | 198 lb (89.812 kg) |

Vitals History Recorded

**Progress Notes**

**Richa Uppal, MD at 7/11/2014 10:37 AM**

   Status:  Signed

**Chief Complaint**
Patient presents with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

  • Annual Exam

**History of presenting illness:**  Fasting physical no pap (last pap 2011)

No health maintenance topics applied.

Review of Systems
Constitutional: Negative for fever, chills and weight loss.
HENT: Negative for hearing loss, nosebleeds, congestion, neck pain, tinnitus and ear discharge.
   **Vertigo**

Eyes: Positive for blurred vision.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations, orthopnea and leg swelling.
Gastrointestinal: Negative for heartburn, nausea, vomiting, abdominal pain, diarrhea, constipation, blood in stool and melena.
Genitourinary: Negative for dysuria, urgency and hematuria.
Musculoskeletal: Negative for myalgias and back pain.
Skin: Negative for itching and rash.
Neurological: Positive for dizziness. Negative for tingling, tremors, sensory change, speech change and headaches.
Endo/Heme/Allergies: Negative for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for depression **(good days and bad days )**. Negative for substance abuse.

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 133 of 1248**

STND 18-03985-000133

RP Date ID: Jul 11 2014


**THE**
**Portland**
**Clinic.**
*We specialize in you.*

| TPC ROI SERVICE AREA | COLEMAN-FIRE,BETHANY |
|---|---|
| 6640 SW Redwood Ln | MRN: 202396 |
| PORTLAND OR 97224 | DOB: ████ Sex: F |
| ROI Enc Notes Report | Enc. Date:07/11/14 |

## Progress Notes (continued)
### Richa Uppal, MD at 7/11/2014 10:37 AM (continued)
The patient is not nervous/anxious and does not have insomnia.

## Medications:
### Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ondansetron (ZOFRAN) 4 MG tablet | Take 4 mg by mouth as needed | | |

## Allergies:
### Allergies

| Allergen | Reactions |
|---|---|
| • Ceclor (Cefaclor) | |
| *As a child* | |

## Past history:
### Active Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • History of concussion | 07/11/2014 |
| • Vertigo due to concussion | 07/11/2014 |

### Resolved Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

### Past Medical History

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Immunotherapy | May 2006 |

## Past social history:
### History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | Yes |
| *Comment: Occassionally* | |

## Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • High cholesterol | Father | |

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 134 of 1248**

STND 18-03985-00134

RP Date ID: Jul 11 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▓▓▓▓ Sex: F
Enc. Date:07/11/14

## Progress Notes (continued)
### Richa Uppal, MD at 7/11/2014 10:37 AM (continued)

| | | |
|---|---|---|
| • Hypertension | Father | |
| • Asthma | Brother | |
| • Cancer | Maternal Aunt | 35 |
| *Ovarian cancer* | | |
| • Diabetes | Maternal Uncle | |
| • Arthritis | Paternal Aunt | |
| • Diabetes | Maternal Grandmother | |
| • Hearing loss | Maternal Grandmother | |
| • Heart disease | Maternal Grandfather | |
| • Hearing loss | Maternal Grandfather | |
| • Arthritis | Paternal Grandmother | |
| • Hearing loss | Paternal Grandmother | |
| • Hearing loss | Paternal Grandfather | |
| • Cancer | Mother | 57 |
| *Breast* | | |

**O:**
**Filed Vitals:**

| | 07/11/14 1033 |
|---|---|
| BP: | 120/82 |
| Pulse: | 66 |
| Weight: | 198 lb (89.812 kg) |

Body mass index is 29.23 kg/(m^2).

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, no distress, appears stated age |
| **Head:** | Normocephalic, without obvious abnormality, atraumatic |
| **Eyes:** | PERRL, conjunctiva/corneas clear |
| **Ears:** | Normal TM's and external ear canals, both ears |
| **Nose:** | Nares normal, mucosa normal, no drainage or sinus tenderness |
| **Throat:** | Lips, mucosa, and tongue normal; teeth and gums normal |
| **Neck:** | Supple, symmetrical, trachea midline, no adenopathy; thyroid: no enlargement/tenderness/nodules; no carotid bruit or JVD |
| **Back:** | Symmetric, no curvature, ROM normal, no CVA tenderness |
| **Lungs:** | Clear to auscultation bilaterally, respirations unlabored |
| **Chest Wall:** | No tenderness or deformity |
| **Heart:** | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| **Breast Exam:** | No tenderness, masses, or nipple abnormality |

STND 18-03985-000135

RP Date ID: Jul 11 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:▇▇▇▇▇▇Sex: F
Enc. Date:07/11/14

---

**Progress Notes (continued)**

**Richa Uppal, MD at 7/11/2014 10:37 AM (continued)**

| | |
|---|---|
| **Abdomen:** | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema |
| **Pulses:** | 2+ and symmetric all extremities |
| **Skin:** | Skin color, texture, turgor normal, rashes and lesions negative |
| **Lymph nodes:** | Cervical, supraclavicular, and axillary nodes normal |
| **Neurologic:** | CNII-XII intact, normal strength, sensation and reflexes throughout |

**Lab/imaging:**

**Appointment on 07/11/2014**

| Component | Date | Value | Range | Status |
|---|---|---|---|---|
| • White Blood Cells | 07/11/2014 | 5.70 | 3.98 - 10.04 K/uL | Final |
| • RBC | 07/11/2014 | 3.78* | 3.93 - 5.22 M/uL | Final |
| • Hemoglobin | 07/11/2014 | 11.1* | 11.2 - 15.7 g/dL | Final |
| • Hematocrit | 07/11/2014 | 34.0* | 34.1 - 44.9 % | Final |
| • MCV | 07/11/2014 | 89.9 | 79.4 - 94.8 fL | Final |
| • MCH | 07/11/2014 | 29.4 | 25.6 - 32.2 pg | Final |
| • MCHC | 07/11/2014 | 32.6 | 32.2 - 35.5 g/dL | Final |
| • RDW-SD | 07/11/2014 | 42.60 | 36.40 - 46.30 fL | Final |
| • RDW -CV- | 07/11/2014 | 13.00 | 11.70 - 14.40 % | Final |
| • PLT | 07/11/2014 | 283 | 182 - 369 K/uL | Final |

**Assessment/Plan:**

| | |
|---|---|
| 1. **Annual physical exam** | **AUTOMATED BLOOD COUNT (ABC)** |
| | **Comprehensive metabolic panel** |
| | **Ferritin** |
| | **Lipid panel** |
| | **TSH** |
| | **Vitamin D 25 hydroxy** |
| | **Hemoglobin A1c** |
| 2. Family history of diabetes mellitus | Hemoglobin A1c |
| 3. Family history of breast cancer | Ambulatory referral to Genetic Testing |

RP Date ID: Jul 11 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:████████ Sex: F
Enc. Date:07/11/14

---

**Progress Notes (continued)**

**Richa Uppal, MD at 7/11/2014 10:37 AM (continued)**

4. Family history of ovarian cancer        Ambulatory referral to Genetic Testing
5. History of concussion
6. Vertigo due to concussion

advised mindfulness based meditation and gen health and dietary counseling

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| • Tdap | 12/29/2011 |

Disclaimer: This note was created using a voice recognition software and may have inadvertent errors.

I have personally verified and reviewed data entered into the EMR by my nursing staff and made changes as appropriate.

Electronically signed by Richa Uppal, MD at 7/11/2014 12:10 PM
Revision History

| Date/Time | User | Action |
|---|---|---|
| > 7/11/2014 12:10 PM | Richa Uppal, MD | Sign |
| 7/11/2014 10:37 AM | Courtney Skirving, CCMA | Sign at close encounter |

---

**OP Notes**

No notes found.

---

**Other Orders (07/11/14 - 07/11/14)**

**Ambulatory referral to Genetic Testing [8369160]**        Active

| | | |
|---|---|---|
| Ordering user: | Richa Uppal, MD 07/11/14 1102 | Authorized by:   Richa Uppal, MD |
| Frequency: | 07/11/14 – | |
| Electronically signed by: | Richa Uppal, MD 07/11/14 1102 | |
| Diagnoses: | Family history of breast cancer [V16.3] | |
| | Family history of ovarian cancer [V16.41] | |
| Comments: | | |
| | Compass oncology | |

---

**Order-Level Documents:**

There are no order-level documents.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 137 of 1248**

STND 18-03985-000137

RP Date ID: Jul 11 2014

 



THE **Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▓▓▓▓ Sex: F
Enc. Date:07/11/14

---

## Result (continued)

Resulted: 07/11/14 1510, Result Status: Final result

**Hemoglobin A1c [8369167] (continued)**

| | |
|---|---|
| <5.7% | Non-diabetic |
| 5.7-6.4% | Prediabetes |
| >6.4% | Diabetes, if confirmed by repeat testing. |

For monitoring of diabetes control:

| | |
|---|---|
| <7.0% | Usual goal of treatment; low risk for complications |
| 7.0-8.0% | Some increased risk for long-term complications |
| >8.0% | Higher risk of complications; strongly consider intensifying therapy |

---

| eAG, | 114 | 70 - 125 mg/dL | DOWN TOWN |
|---|---|---|---|
| Comment: | 70 - 114 | Normal Range | |
| | 115 - 151 | ADA well controlled  Range | |
| | > 151 | Need improved blood sugar control | |

---

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - DOWNTOWN | TPC DOWNTOWN | Unknown | Unknown | 09/15/11 0717 - 11/17/14 0910 |

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000138

RP Date ID: Jul 11 2014



**THE**
**Portland**
**Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:07/11/14

## Result (continued)

## Result

Resulted: 07/11/14 1511, Result Status: Final result

**Vitamin D 25 hydroxy [8369166]**

| Resulting Lab: | TPC DOWNTOWN | | Specimen: | Blood 07/11/14 1116 | |
|---|---|---|---|---|---|
| Component | Value | | Ref Range | Flag | Comment | Lab |
| Vit D, 25-Hydroxy | 32.50 | | 30.00 - 100.00 ng/ml | - | | DOWN TOWN |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - DOWNTOWN** | TPC DOWNTOWN | Unknown | Unknown | 09/15/11 0717 - 11/17/14 0910 |

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000139

RP Date ID: Jul 11 2014




**THE**
**Portland**
**Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:07/11/14

## Result (continued)

## Result

Resulted: 07/11/14 1305, Result Status: Final result

### TSH [8369165]

| Resulting Lab: | TPC DOWNTOWN | | Specimen: | Blood 07/11/14 1116 | |
|---|---|---|---|---|---|
| Component | Value | | Ref Range | Flag | Comment | Lab |
| TSH | 1.8 | | 0.3 - 5.6 uIU/mL | - | | DOWN TOWN |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - DOWNTOWN | TPC DOWNTOWN | Unknown | Unknown | 09/15/11 0717 - 11/17/14 0910 |

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 140 of 1248**

STND 18-03985-000140

RP Date ID: Jul 11 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F
Enc. Date:07/11/14

## Result (continued)

## Result

Resulted: 07/11/14 1428, Result Status: Final result

**Lipid panel [8369164]**

| Resulting Lab: | TPC DOWNTOWN | | Specimen: | Blood 07/11/14 1116 | | |
|---|---|---|---|---|---|---|
| Component | Value | Ref Range | Flag | Comment | | Lab |
| Cholesterol, Total | 164 | 125 - 200 mg/dL | | | | DOWN TOWN |
| Comment: | Pediatric ranges<br>Desirable <170 mg /dl<br>Borderline High 170-199 mg /dl<br>High>= 200mg/dl | | | | | |
| Triglycerides | 72 | 30 - 150 mg/dL | | | | DOWN TOWN |
| Comment: | Desirable <150 mg/dLadult  or <90 child<br>Borderline high 150-199 mg/dL  or 90-129 child<br>High risk  200-499 mg/dL      >= 130 child<br>Very high  >499 mg/dL          no child range | | | | | |
| HDL | 55 | 40 - 75 mg/dL | - | | | DOWN TOWN |
| LDL Calculated | 95 | <130 mg/dL | | | | DOWN TOWN |
| Comment: | Pediatric ranges<br>Borderline high 110-129 mg/dL<br>High >= 130 mg/dL | | | | | |
| Non HDL Chol.<br>(LDL+VLDL) | 109 | mg/dL | - | | | DOWN TOWN |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - DOWNTOWN** | TPC DOWNTOWN | Unknown | Unknown | 09/15/11 0717 - 11/17/14 0910 |

STND 18-03985-000141

RP Date ID: Jul 11 2014



**THE**
**Portland**
**Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▓▓▓▓▓ Sex: F
Enc. Date:07/11/14

## Result (continued)

## Result

Resulted: 07/11/14 1305, Result Status: Final
result

**Ferritin [8369163]**

| Resulting Lab: | TPC DOWNTOWN | | Specimen: | Blood 07/11/14 1116 | |
|---|---|---|---|---|---|
| Component | Value | Ref Range | Flag | Comment | Lab |
| Ferritin | 16.6 | 11.0 - 307.0 ng/ml | | A ferritin of <50 ng/ml indicates iron deficiency likely. | DOWN TOWN |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - DOWNTOWN | TPC DOWNTOWN | Unknown | Unknown | 09/15/11 0717 - 11/17/14 0910 |

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 142 of 1248**

STND 18-03985-000142

RP Date ID: Jul 11 2014



TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:▮▮▮▮▮▮ Sex: F
Enc. Date:07/11/14

## Result (continued)

## Result

Resulted: 07/11/14 1428, Result Status: Final result

### Comprehensive metabolic panel [8369162] (Abnormal)

Resulting Lab:    TPC DOWNTOWN         Specimen:      Blood 07/11/14 1116

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Glucose | 95 | 60 - 99 mg/dL | | - | DOWN TOWN |
| Creatinine. | 0.8 | 0.6 - 1.1 mg/dL | | - | DOWN TOWN |
| BUN | 6 | 7 - 25 mg/dL | L | - | DOWN TOWN |
| Total Bilirubin | 0.5 | 0.3 - 1.2 mg/dL | | - | DOWN TOWN |
| Total Protein | 6.6 | 6.0 - 8.3 g/dL | | - | DOWN TOWN |
| AST | 19 | 8 - 39 U/L | | - | DOWN TOWN |
| ALT | 19 | 10 - 35 U/L | | - | DOWN TOWN |
| Albumin | 4.0 | 3.4 - 5.0 g/dl | | - | DOWN TOWN |
| Alkaline Phosphatase | 60 | 35 - 104 U/L | | - | DOWN TOWN |
| Calcium | 9.1 | 8.6 - 10.3 mg/dL | | - | DOWN TOWN |
| Sodium | 139 | 135 - 145 mEq/L | | - | DOWN TOWN |
| Potassium | 4.5 | 3.6 - 5.0 mEq/L | | - | DOWN TOWN |
| Chloride | 106 | 98 - 107 mEQ/L | | - | DOWN TOWN |
| CO2 | 27 | 21 - 31 mEQ/L | | - | DOWN TOWN |
| Glom Filt Rate, Est | 90.2 | >59.5 mL/min/1.72 m^2 | | | DOWN TOWN |

Comment:      If patient is African-American, multiply GRF result by 1.21
=/> 60    Normal                                None
              Kidney damage with Normal GFR              CKD  stage 1
              Kidney damage with mildly decreased GFR         stage 2
30 to 59    Moderate CKD (585.3)                        stage 3
15 to 29    Severe CKD (585.4)                          stage 4
0 to 14    Kidney failure (585.5)                       stage 5

### Testing Performed By

| Lab · Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**EXHIBIT 1**
**PART 1 of 2**
**Page 143 of 1248**

STND 18-03985-000143

RP Date ID: Jul 11 2014

 


**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮ Sex: F
Enc. Date:07/11/14

## Result (continued)

## Result

Resulted: 07/11/14 1158, Result Status: Final result

**AUTOMATED BLOOD COUNT (ABC) [8369161] (Abnormal)**

| Resulting Lab: | TPC DOWNTOWN | | Specimen: | 07/11/14 1116 | | | |
|---|---|---|---|---|---|---|---|
| Component | Value | | Ref Range | Flag | Comment | | Lab |
| White Blood Cells | 5.70 | | 3.98 - 10.04 K/uL | | - | | DOWN TOWN |
| RBC | 3.78 | | 3.93 - 5.22 M/uL | L | - | | DOWN TOWN |
| Hemoglobin | 11.1 | | 11.2 - 15.7 g/dL | L | - | | DOWN TOWN |
| Hematocrit | 34.0 | | 34.1 - 44.9 % | L | - | | DOWN TOWN |
| MCV | 89.9 | | 79.4 - 94.8 fL | | - | | DOWN TOWN |
| MCH | 29.4 | | 25.6 - 32.2 pg | | - | | DOWN TOWN |
| MCHC | 32.6 | | 32.2 - 35.5 g/dL | | - | | DOWN TOWN |
| RDW-SD | 42.60 | | 36.40 - 46.30 fL | | - | | DOWN TOWN |
| RDW -CV- | 13.00 | | 11.70 - 14.40 % | | - | | DOWN TOWN |
| PLT | 283 | | 182 - 369 K/uL | | - | | DOWN TOWN |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - DOWNTOWN | TPC DOWNTOWN | Unknown | Unknown | 09/15/11 0717 - 11/17/14 0910 |

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 144 of 1248**

STND 18-03985-000144

RP Date ID: Jul 11 2014





**Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:███████ Sex: F
Enc. Date:07/11/14

---

## Result (continued)

## Result

Resulted: 02/21/14 1030, Result Status: Final
result

**XR Cervical Spine, AP and Lateral [7556227]**

| | | | |
|---|---|---|---|
| Resulted by: | Jeffrey T. Hal, MD | Performed: | 02/20/14 1329 - 02/20/14 1341 |
| Resulting Lab: | EMC CLINIC LAB | Specimen: | 02/21/14 1030 |
| Narrative: | XR CERVICAL SPINE, AP LATERAL 915551 | | |

CLINICAL INDICATIONS: MVA, neck sprain.

COMPARISON: None.

FINDINGS: The vertebral alignment is maintained. The vertebral heights and intervertebral disc spaces are within normal limits.

There is no evidence of acute compression fracture.

Impression:    Negative exam.

If there is continued pain or clinical
concern for acute osseous
abnormality
then a CT scan is recommended for
further evaluation.

Jeffrey T Hal, MD
The Portland Clinic

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - EMCLab | EMC CLINIC LAB | Model Lab Director | 5301 Tokay Blvd. Madison WI 53711 | 10/15/09 1608 - Present |

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000145

RP Date ID: Feb 20 2014

   

**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮▮ Sex: F
Enc. Date:02/20/14

---

### Reason for Visit

| Concussion | MVA yesterday morning, went to Emanuel ER |

### Diagnoses

**Concussion   - Primary**
**Vertigo**
**MVA (motor vehicle accident)**
**Nausea**
**Soft tissue injury**
**Neck sprain and strain**
Paraspinal muscle spasm

### Medications
#### Ordered Medications

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| cyclobenzaprine (FLEXERIL) 5 MG tablet | 30 tablet | 0 | 2/20/2014 | 3/2/2014 |
| Sig – Route: Take 1 tablet by mouth 3 (three) times daily as needed for Muscle spasms - Oral | | | | |

### Vitals - Last Recorded

| BP | Pulse | Wt |
|---|---|---|
| 122/68 | 72 | 184 lb (83.462 kg) |

### Progress Notes
**Richa Uppal, MD at 2/20/2014  1:55 PM**
    Status: Signed

### Chief Complaint
Patient presents with
- Concussion
    *MVA yesterday morning, went to Emanuel ER*

**History of presenting illness:** The patient and her partner were walking their dog and were in a crosswalk yesterday evening when a car coming full speed hit her on the right side.  The patient flew over, hit her head on the windshield, smashed the windshield, fluid 20 feet up in the air and then fell down on the pavement hitting her head again.  No loss of consciousness.  She was taken to the Emmanuel Hospital trauma by EMT and was examined.  The sites soft tissue injury, no other injuries were found.  CT scan of the head was negative.  She had myalgias which were generalized, she had a laceration on her scalp, epistaxis likely secondary to pieces of glass in her nose and ears and vertigo.  She is having a headache which is global.  she does not have blurry vision, CSF rhinorrhea  , hearing loss, changes in speech or swallowing, shortness of breath, chest pain, abdominal pain, change in bowel or bladder habits.  She feels sore everywhere and all the muscles are tight.  The neck muscles are particularly tight.  When she stands up, turns her head or moves, she has worsening vertigo along with nausea.

Her partner took a photograph yesterday evening when her pupils were dilated and the left eyelid was drooping somewhat but that has corrected itself today.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 146 of 1248**

STND 18-03985-000146

RP Date ID: Feb 20 2014





THE
**Portland**
**Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮  Sex: F
Enc. Date:02/20/14

---

## Progress Notes (continued)
### Richa Uppal, MD at 2/20/2014  1:55 PM (continued)

**Medications:**
No current outpatient prescriptions on file prior to visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Ceclor (Cefaclor) | |
| *As a child* | |

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Immunotherapy | May 2006 |

**Past social history:**
**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | Yes |
| *Comment: Occassionally* | |

**O:**
**Filed Vitals:**

| | 02/20/14 1239 |
|---|---|
| BP: | 122/68 |
| Pulse: | 72 |
| Weight: | 184 lb (83.462 kg) |

Body mass index is 27.16 kg/(m^2).

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 147 of 1248**

STND 18-03985-000147

RP Date ID: Feb 20 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮  Sex: F
Enc. Date:02/20/14

---

**Progress Notes (continued)**

**Richa Uppal, MD at 2/20/2014 1:55 PM (continued)**

Physical Exam
**O:**
**Filed Vitals:**

| | 02/20/14 1239 |
|---|---|
| BP: | 122/68 |
| Pulse: | 72 |
| Weight: | 184 lb (83.462 kg) |

Body mass index is 27.16 kg/(m^2).

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT: No pallor or icterus.pupils equal and reactive to light.  No ptosis.  Oropharynx is clear and moist.  Battle sign is negative.  Patient is tender over bilateral TMJ and right zygomatic arch.  Mouth opening is reduced.  No sinus tenderness.  Small amount of dried blood in the right nostril but otherwise no foreign bodies identified in the nose.  Ear exam normal bilaterally.
Head: Abrasion on scalp
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.  Exam reveals no gallop and no friction rub. No murmur heard. chest spring was positive
Pulmonary/Chest: Effort normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft nontender.  Pelvic spring negative
Musculoskeletal: Patient has no bony spinous tenderness.  She does have paraspinal muscle spasm and reduced range of motion of the C-spine.  Patient has myalgias and upper and lower extremities as well as back and neck
Neurological: She is alert and oriented to person, place, and time.  no nystagmus.  Nonfocal neurologic exam. Gait is normal.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal.

**ER notes were reviewed**
**Assessment/Plan:**

| | |
|---|---|
| 1. **Concussion** | Ambulatory referral to Sports Medicine |
| 2. Vertigo | Ambulatory referral to Sports Medicine |
| 3. MVA (motor vehicle accident) | XR Cervical Spine, AP and Lateral |
| 4. Nausea | |
| 5. Soft tissue injury | cyclobenzaprine (FLEXERIL) 5 MG tablet |
| 6. Neck sprain and strain | Ambulatory referral to Alternative Medicine, Ambulatory referral to Physical Therapy, XR Cervical Spine, AP and Lateral |
| 7. Paraspinal muscle spasm | Ambulatory referral to Alternative Medicine, Ambulatory referral to Physical Therapy |

Discussed and counseled regarding head injury instructions.  If symptoms are worse, patient was instructed to

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 148 of 1248**

STND 18-03985-000148

RP Date ID: Feb 20 2014







| | |
|---|---|
| TPC ROI SERVICE AREA | COLEMAN-FIRE,BETHANY |
| 6640 SW Redwood Ln | MRN: 202396 |
| PORTLAND OR 97224 | DOB:███████ Sex: F |
| ROI Enc Notes Report | Enc. Date:02/20/14 |

## Progress Notes (continued)

### Richa Uppal, MD at 2/20/2014 1:55 PM (continued)

go to the emergency room. We will refer patient to Dr. Crist for further management for concussion. We will do c spine x-rays.

Can use Tylenol and Flexeril for myalgias. We will refer for physical therapy and massage therapy.

Disclaimer: I have personally verified and reviewed data entered into the EMR by my nursing staff and made changes as appropriate.

This note was created using a voice recognition software and may have inadvertent errors.


Electronically signed by Richa Uppal, MD at 2/20/2014 2:03 PM

___

## OP Notes
No notes found.


## Other Orders (02/20/14 - 02/20/14)

### cyclobenzaprine (FLEXERIL) 5 MG tablet [7556225]                                            Expired
| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 02/20/14 1308 | Authorized by: | Richa Uppal, MD |
| Frequency: | TID PRN 02/20/14 - 10 Days | PRN Reasons: | Muscle spasms |
| Electronically signed by: | Richa Uppal, MD 02/20/14 1308 | | |
| Diagnoses: | Soft tissue injury [879.8] | | |

### Ambulatory referral to Alternative Medicine [7556223]                                        Active
| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 02/20/14 1307 | Authorized by: | Richa Uppal, MD |
| Frequency: | 02/20/14 - | | |
| Electronically signed by: | Richa Uppal, MD 02/20/14 1307 | | |
| Diagnoses: | Neck sprain and strain [847.0] | | |
| | Paraspinal muscle spasm [724.8] | | |

### Ambulatory referral to Physical Therapy [7556224]                                             Active
This order may be acted on in another encounter.
| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 02/20/14 1307 | Authorized by: | Richa Uppal, MD |
| Frequency: | 02/20/14 - | | |
| Electronically signed by: | Richa Uppal, MD 02/20/14 1307 | | |
| Diagnoses: | Neck sprain and strain [847.0] | | |
| | Paraspinal muscle spasm [724.8] | | |

### Ambulatory referral to Sports Medicine [7556222]                                               Active
| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 02/20/14 1304 | Authorized by: | Richa Uppal, MD |
| Frequency: | 02/20/14 - | | |
| Electronically signed by: | Richa Uppal, MD 02/20/14 1304 | | |

STND 18-03985-000149

RP Date ID: Feb 20 2014



 **THE**
**Portland**
**Clinic.**
*We specialize in you.*



TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:█████████ Sex: F
Enc. Date:02/20/14

---

## Other Orders (02/20/14 - 02/20/14) (continued)

### Ambulatory referral to Sports Medicine [7556222] (continued)                                           Active

| Diagnoses: | Concussion [850.9] |
| | Vertigo [780.4] |

---

### Order-Level Documents:
There are no order-level documents.

### Encounter-Level Documents:
There are no encounter-level documents.

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 150 of 1248**

STND 18-03985-000150

RP Date ID: Feb 20 2014



TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮ Sex: F
Enc. Date:02/20/14

## Result (continued)

### Episode Information

| Episode | Status | Start Date | Resolved Date |
|---|---|---|---|
| Neck pain, dizziness | Resolved | 02/27/2014 | 04/09/2014 |

### Clinical/Financial

| PCP | Payor/Plan |
|---|---|
| Richa Uppal, MD | MOTOR VEHICLE/LIBERTY MUTUAL |

### Medical Problems

| Problem | Noted | Last Modified | Priority |
|---|---|---|---|
| Vitamin D deficiency [242378] | 12/12/14 | 12/12/14, by Richa Uppal, MD | |
| Iron deficiency anemia [213315] | 12/12/14 | 12/12/14, by Richa Uppal, MD | |
| Reaction, adjustment, with anxious, depressed mood [408143] | 09/16/14 | 03/02/15, by Richa Uppal, MD | |

**Overview** Signed 3/2/2015  8:24 AM by Richa Uppal, MD
Gaby Donnell - counselor

| Problem | Noted | Last Modified | Priority |
|---|---|---|---|
| Headache [1035609] | 09/16/14 | 09/16/14, by Richa Uppal, MD | |
| Neck muscle spasm [475009] | 09/16/14 | 09/16/14, by Richa Uppal, MD | |
| Weight gain [207460] | 09/16/14 | 09/16/14, by Richa Uppal, MD | |
| Post concussion syndrome [360690] | 09/16/14 | 09/16/14, by Richa Uppal, MD | |
| History of concussion [472260] | 07/11/14 | 07/11/14, by Richa Uppal, MD | |
| Vertigo due to concussion [207257] | 07/11/14 | 07/11/14, by Richa Uppal, MD | |

### Progress Notes For Linked Encounters
**02/27/2014**
**Curtis R. Persons, MPT**  2/27/2014  3:04 PM  Signed

**PHYSICAL THERAPY EVALUATION**

Medical Diagnosis: 847.0, 724.8

**Subjective:**
Patient is a 30 y.o. year-old female.  She complains of onset of head/neck pain and dizziness  on 2/19/14. Onset was sudden.  She was in a crosswalk and was struck by a car on her right side.  She broke the windshield with the right side of her head and the impact threw her about 20 feet down the street where she struck the left side of her head on the ground.  She was taken to the ER by ambulance.  CT was negative.

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 151 of 1248**

STND 18-03985-000151

RP Date ID: Feb 20 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ███████ Sex: F

---

### Result (continued)

**Progress Notes For Linked Encounters (continued)**

She has been having headache, lightheadedness, vertigo, fatigue, neck discomfort since then. Symptoms have improved some since onset. She describes pain as constant aching and dull affecting head. Intermittent soreness in the neck but fairly mild. She denies numbness, tingling and weakness in the UEs. Denies tinnitus, diplopia, dysphagia. Denies LE numbness, tingling. Vertigo seems to be triggered several times/day with certain movements, particularly when getting in/out of bed and rolling in bed. She is currently off work as she recovers from her concussion. She will see neurology next week to evaluate her concussion.

**Objective:**
ROM: Full AROM of the cervical spine with only slight discomfort produced. Dizziness produced with cervical flexion while seated. Rotation and extension and combinations of the two movements do not trigger vertigo. UE ROM WNL.

MMT: UE myotomes WNL bilaterally.

Neuro: UE sensation intact to light touch. Balance is unremarkable

Palpation: Mild hypertonicity in left cervical paraspinals, right suboccipitals.

Tests: Vertical cervical compression negative. VA screen negative. Manual traction non-provocative. Seated-to-supine movement with head rotated to the right produces vertigo lasting < 15 seconds, slight nystagmus observed. PAs throughout cervical spine minimally uncomfortable.

Treatment today: Performed Epley maneuver x 2 with head rotated right. Patient had complete resolution of vertigo following second Epley. Discussed pathophysiology of BPPV with patient and advised her to avoid bending as much as possible over the next day or two. Discussed post-concussive symptoms with patient and advised her to continue to rest until she's able to meet with neurology next week.

**Assessment:**
Patient's signs and symptoms are consistent with BPPV, post-concussive headaches and mild cervical strain. Treatment will address muscle guarding in cervical spine and progress to basic stabilization exercises as tolerated. Epley maneuver may be performed again if needed at future visits.

STGs (to be achieved in 2 weeks)
1. Patient will perform initial HEP without increased pain.
2. No return in vertigo with getting up from bed or when rolling in bed.
3. No pain with rotation of cervical spine

LTGs (to be achieved in 4 weeks)
1. Patient will be independent with final HEP.
2. No significant tenderness or hypertonicity in cervical spine
3. Cervical spine strength 5/5 in all planes

**Plan:**
Physical therapy 1-2x/week for 4 weeks.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 152 of 1248**

RP Date ID: Feb 20 2014

 


**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▨ Sex: F

---

**Result (continued)**

**Progress Notes For Linked Encounters (continued)**

**Richa Uppal, MD** 2/27/2014  3:08 PM  Signed
 I certify the need for these services furnished under this plan of treatment for up to 90 days and while under my care.

**03/12/2014**
**Lia K. Yamamoto, DPT**  3/12/2014  9:09 AM  Signed

**SUBJECTIVE:**
    Patient reports that the vertigo is gone since her first appointment.  Still having some mild dizziness when going up stairs and changing positions, daily HA continue.  Saw the neurologist and diagnosed with post concussion symptoms.  She states she notices left foot burning when bending down.

**OBJECTIVE:**

PROGRESS RELATED TO LONG AND SHORT TERM GOALS:
    ROM: cervical extension 75 degrees with slight increased dizziness
    Strength:
    Pain:
    Other: positive LLE SLR with reproduction of foot burning symptoms with flossing exercise

TREATMENT:
    STM scalenes, PVM, UT release; gentle c-traction

PATIENT / FAMILY EDUCATION:
    Patient demonstrated accurate position / exercise of:
    Progressed HEP to include: DNF, LLE supine flossing
    Instructed patient / family in disease management:
    Instructed patient / family in pain management:
    Other: posture re-ed

**ASSESSMENT:**

PATIENT'S RESPONSE TO TREATMENT:
    Increased flexibility

FUNCTIONAL IMPROVEMENT NOTED:  Increased ability to:
    Sit with proper posture

REMAINING IMPAIRMENT REQUIRING CONTINUED TREATMENT:
    Decreased flexibility

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 153 of 1248**

STND 18-03985-000153

RP Date ID: Feb 20 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮ Sex: F

---

**Result (continued)**

**Progress Notes For Linked Encounters (continued)**

    Decreased ROM
    Pain
    Decreased Strength
    Weakness
    Inflammation
    Dizziness, HA

**PLAN:**
    Continue plan of care

**03/19/2014**
**Curtis R. Persons, MPT**  3/19/2014  2:46 PM  Signed

**SUBJECTIVE:**
Vertigo still hasn't bothered her since before the Epley maneuver.  She feels like intermittent dizziness and neck discomfort has been slowly improving.  She saw a neurologist who she felt wasn't very helpful because they were reluctant to give her any specific guidelines on appropriate/acceptable activity level or any kind of post-concussive protocol to follow.   She tried going back to work last week but became dizzy and had increased headache after only 10 minutes.

**OBJECTIVE:**

**PROGRESS RELATED TO LONG AND SHORT TERM GOALS:**
Left SLR continues to be mildly limited compared to right.  No c/o of numbness or weakness in LE.  Burning in heel with forward bending.

**TREATMENT:**
STM bilateral suboccipitals, scalenes.  C7-T1, T1-2.  Discussed concussive symptoms at length with patient.  Advised her to get plenty of rest and avoid strenuous physical or mental activity as long as symptoms are still being provoked.

**ASSESSMENT:**

**PATIENT'S RESPONSE TO TREATMENT:**
Little change in resting discomfort which may be attributable to concussion

**FUNCTIONAL IMPROVEMENT NOTED:**  Increased ability to:
Moving in bed and transferring without vertigo

**REMAINING IMPAIRMENT REQUIRING CONTINUED TREATMENT:**
Pain

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 154 of 1248**

STND 18-03985-000154

RP Date ID: Feb 20 2014




TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:███████ Sex: F

---

**Result (continued)**

**Progress Notes For Linked Encounters (continued)**

**PLAN:**
Continue plan of care

**04/09/2014**
**Curtis R. Persons, MPT**  4/9/2014  3:12 PM  Signed

**PHYSICAL THERAPY REPORT**

Discharge Summary

Dates of report - from: 2/27/14 to 4/9/14
Attended: 4 visits of 4 scheduled, NS/CX: 0
Diagnosis: Neck pain, BPPV
Referring Physician: Dr. Uppal

**Progress Toward Functional Goals Established at Initial Evaluation on:**

Initial Eval/Prior Note Status:
Headache, vertigo, fatigue, neck pain following pedestrian vs car accident.  Vertigo triggered with getting
in/out of and rolling in bed.  Neck discomfort intermittent and mild.  Has full AROM cervical spine with only
slight discomfort produced.  Dizziness with cervical flexion.  Mild hypertonicity in left cervical paraspinals and
right suboccipitals.  Dix-Hallpike with right cervical rotation reproduces dizziness and causes slight nystagmus.

Current Status:
Vertigo eliminated after Epley maneuver at first treatment.  She has continued to have intermittent
lightheadedness and headache which is likely post-concussive.  Neck soreness has improved quite a bit
according to the patient.  Minimal hypertonicity detected in cervical paraspinals.  Slight discomfort at end-
range cervical rotation and/or side bending right.  Slight discomfort with resisted cervical sidebend left but
displays 5/5 strength.  Goals have not quite been achieved but neck discomfort should continue to improve
with attention to posture/body mechanics and regular stretching.  Demonstrates understanding and
appropriate technique of current portion of HEP

**Patient's Response to Treatment:**

Decreased pain
Vertigo eliminated

**Recommendations:**

Discharge from therapy due to:
Met goals

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 155 of 1248**

STND 18-03985-000155

RP Date ID: Feb 20 2014



**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ████████  Sex: F

---

**Result (continued)**

**Progress Notes For Linked Encounters (continued)**

Discharge plan includes: HEP. Patient is following up with sports medicine doctor at OHSU regarding post-concussive symptoms.


**DAILY NOTE**

**SUBJECTIVE:**
She has seen a sports medicine MD at OHSU who administered a battery of tests and is going to have her follow-up with rehab specialists there. She has been back at work at half time which has been going ok. Still fatigues very easily, has intermittent headaches and dizziness.

**OBJECTIVE:**

**PROGRESS RELATED TO LONG AND SHORT TERM GOALS:**
See note above

**TREATMENT:**
Manual cervical traction. STM left UT, levator, scalenes. Passive stretching to same.

**PATIENT / FAMILY EDUCATION:**
Progressed HEP to include: upper thoracic postural stretch

**ASSESSMENT:**

**PATIENT'S RESPONSE TO TREATMENT:**
Minimal discomfort only at end-range right cervical rotation/side bend.

**FUNCTIONAL IMPROVEMENT NOTED:** Increased ability to:
Work

**PLAN:**
Discharge to HEP. Patient will follow-up per physician's instructions with rehab at OHSU


**Richa Uppal, MD** 4/17/2014 3:57 PM Signed
 I certify the need for these services furnished under this plan of treatment for up to 90 days and while under my care.

---

**· END OF REPORT**

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 156 of 1248**

STND 18-03985-000156

RP Date ID: Apr 6 2012                    ID CONFIRMED




### THE Portland Clinic.
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:          Sex: F
Enc. Date:04/06/12

---

**Reason for Visit**

| Nasal Congestion | Sinus pressure, onset Monday. Partially relieved by decongestants. |
| Cough | |
| Sore Throat | |

**Diagnoses**

| Sinusitis   - Primary | |
| Upper respiratory infection | |
| Acute serous otitis media of both ears | |

## Medications

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| guaifenesin-codeine (TUSSI-ORGANIDIN NR) 100-10 MG/5ML syrup | 200 mL | 0 | 4/6/2012 | 4/16/2012 |
| Sig - Route: Take 10 mLs by mouth 3 (three) times daily as needed for Cough. - Oral Class: Phone In | | | | |
| pseudoephedrine (SUDAFED) 60 MG tablet | 30 tablet | 0 | 4/6/2012 | 4/16/2012 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed for Congestion. - Oral | | | | |
| predniSONE (DELTASONE) 5 MG tablet | 7 tablet | 0 | 4/6/2012 | 4/16/2012 |
| Sig: Take 2 tabs on day 1 and 2 , then take one tablet daily for 2 days and then half tablet daily for 2 days and then stop | | | | |
| fluticasone (FLONASE) 50 MCG/ACT nasal spray | 16 g | 2 | 4/6/2012 | 4/6/2013 |
| Sig - Route: 2 sprays by Nasal route 2 (two) times daily. - Nasal | | | | |
| azithromycin (ZITHROMAX) 250 MG tablet | 6 tablet | 0 | 4/6/2012 | 4/11/2012 |
| Sig: Take 2 on day one and then one tab daily for next 4 days Class: Print | | | | |

**Vitals - Last Recorded**

| BP | Pulse | Temp |
|---|---|---|
| 108/64 | 80 | 98.4 °F (36.9 °C) (Oral) |

## Progress Notes

**Richa Uppal, MD at 4/6/2012 10:27 PM**
    Status: Signed
**Subjective:**

**Patient ID:** Bethany Coleman-Fire is a 28 y.o. female.
**Chief Complaint**
Patient presents with
- Nasal Congestion
    *Sinus pressure, onset Monday. Partially relieved by decongestants.*
- Cough
- Sore Throat

**Cough**
This is a new problem. The current episode started 1 to 4 weeks ago. The problem has been gradually

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 157 of 1248**

STND 18-03985-000157

RP Date ID: Apr 6 2012

 THE **Portland Clinic.** *We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ████████ Sex: F
Enc. Date:04/06/12

---

**Progress Notes (continued)**

**Richa Uppal, MD at 4/6/2012 10:27 PM (continued)**

worsening. The problem occurs every few minutes. The cough is productive of sputum. Associated symptoms include ear congestion, headaches, nasal congestion, postnasal drip, rhinorrhea and a sore throat. Pertinent negatives include no chest pain, chills, fever, heartburn, hemoptysis, myalgias, rash, shortness of breath, sweats, weight loss or wheezing.

**Sore Throat**
This is a new problem. The current episode started 1 to 4 weeks ago. The problem has been gradually worsening. The pain is moderate. Associated symptoms include coughing, headaches, a hoarse voice, a plugged ear sensation, swollen glands and trouble swallowing. Pertinent negatives include no drooling or shortness of breath.

Bethany   does not have a problem list on file.
Bethany has a past medical history of Allergy and Immunotherapy (May 2006).
**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ferrous gluconate (FERGON) 324 MG tablet | Take 1 tablet by mouth 3 (three) times daily. | 90 tablet | 11 |

Bethany is allergic to ceclor.

Review of Systems
Constitutional: Positive for activity change. Negative for fever, chills and weight loss.
HENT: Positive for sore throat, hoarse voice, rhinorrhea, trouble swallowing and postnasal drip. Negative for drooling.
Respiratory: Positive for cough. Negative for hemoptysis, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for heartburn.
Musculoskeletal: Negative for myalgias.
Skin: Negative for rash.
Neurological: Positive for headaches.

**Objective:**
 Physical Exam
Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear and ear canal normal. A middle ear effusion is present.
Left Ear: External ear and ear canal normal. A middle ear effusion is present.
Nose: Mucosal edema and rhinorrhea present. Right sinus exhibits maxillary sinus tenderness. Left sinus exhibits maxillary sinus tenderness.
Mouth/Throat: No uvula swelling. Posterior oropharyngeal edema and posterior oropharyngeal erythema present. No oropharyngeal exudate.
Skin: She is not diaphoretic.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 158 of 1248**

STND 18-03985-000158

THE Portland Clinic. We specialize in you.

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB:[redacted] Sex: F
Enc. Date:04/06/12

**Progress Notes (continued)**

**Richa Uppal, MD at 4/6/2012 10:27 PM (continued)**

**Assessment:**

1. **Sinusitis**
2. Upper respiratory infection
3. Acute serous otitis media of both ears

**Plan:**

Use cough syrup, decongestants and steroids. Only if worse, use antibiotics. Drink fluids. Call if not better.
Current outpatient prescriptions:ferrous gluconate (FERGON) 324 MG tablet, Take 1 tablet by mouth 3 (three) times daily., Disp: 90 tablet, Rfl: 11; azithromycin (ZITHROMAX) 250 MG tablet, Take 2 on day one and then one tab daily for next 4 days, Disp: 6 tablet, Rfl: 0; fluticasone (FLONASE) 50 MCG/ACT nasal spray, 2 sprays by Nasal route 2 (two) times daily., Disp: 16 g, Rfl: 2
guaifenesin-codeine (TUSSI-ORGANIDIN NR) 100-10 MG/5ML syrup, Take 10 mLs by mouth 3 (three) times daily as needed for Cough., Disp: 200 mL, Rfl: 0; predniSONE (DELTASONE) 5 MG tablet, Take 2 tabs on day 1 and 2 , then take one tablet daily for 2 days and then half tablet daily for 2 days and then stop, Disp: 7 tablet, Rfl: 0
pseudoephedrine (SUDAFED) 60 MG tablet, Take 1 tablet by mouth 2 (two) times daily as needed for Congestion., Disp: 30 tablet, Rfl: 0

Electronically signed by Richa Uppal, MD at 4/6/2012 10:31 PM

**OP Notes**

No notes found.

**Other Orders (04/06/12 - 04/06/12)**

**azithromycin (ZITHROMAX) 250 MG tablet [2919717]** Expired

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 04/06/12 1348 | Authorized by: | Richa Uppal, MD |
| Frequency: | 04/06/12 - 04/11/12 2359 | | |
| Electronically signed by: | Richa Uppal, MD 04/06/12 1348 | | |

**predniSONE (DELTASONE) 5 MG tablet [2919715]** Expired

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 04/06/12 1348 | Authorized by: | Richa Uppal, MD |
| Frequency: | 04/06/12 - 04/16/12 2359 | | |
| Electronically signed by: | Richa Uppal, MD 04/06/12 1348 | | |

RP Date ID: Apr 6 2012






TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮ Sex: F
Enc. Date:04/06/12

---

## Other Orders (04/06/12 - 04/06/12) (continued)

### fluticasone (FLONASE) 50 MCG/ACT nasal spray [2919716]                                    Expired

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 04/06/12 1348 | Authorized by: | Richa Uppal, MD |
| Frequency: | BID 04/06/12 - 365  Days | | |
| Electronically signed by: | Richa Uppal, MD 04/06/12 1348 | | |

### pseudoephedrine (SUDAFED) 60 MG tablet [2919714]                                          Expired

| | | | |
|---|---|---|---|
| Ordering user: | Richa Uppal, MD 04/06/12 1348 | Authorized by: | Richa Uppal, MD |
| Frequency: | BID PRN 04/06/12 - 10  Days | PRN Reasons: | Congestion |
| Electronically signed by: | Richa Uppal, MD 04/06/12 1348 | | |

---

**Order-Level Documents:**

There are no order-level documents.

**Encounter-Level Documents:**

There are no encounter-level documents.

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 160 of 1248**

STND 18-03985-000160

# Quality Assurance Report



## Request Information

Report Date:  March 24, 2015      **RP ID:**  **2185397**

Patient Name:  COLEMAN-FIRE, BETHANY

Provider Name:  PORTLAND CLINIC - SOUTH

## Quality Assurance Information

Special Request:    - Seen By: Dr. Richa Uppal

Special Request Included?  YES

Secondary ID Confirmed?    YES

QC Notes:

Chart Reviewed By:   Duxx Dejaresco

From February 1, 2012 to Present

**EXHIBIT 1**
**PART 1 of 2**
**Page 161 of 1248**

## Nikol Niemeyer

| | |
|---|---|
| **From:** | Monica Harris |
| **Sent:** | Friday, January 30, 2015 9:58 AM |
| **To:** | Nikol Niemeyer; STPteam |
| **Cc:** | Faxes Forwarded |
| **Subject:** | Bethany Coleman-Fire |
| **Attachments:** | A2e7193a7-34d9-4052-9323-7e63d78b3081.TIF |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Monica Harris | Disability Administrative Specialist | The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3288 | Fax 971.321.0000 mharris3@standard.com |
www.standard.com

-----Original Message-----
From: RightFax Email Gateway
Sent: Friday, January 30, 2015 9:18 AM
To: Start Faxes
Subject: A new fax has arrived from 123+++++++ (Part 1 of 1) on Channel 10

1/30/2015 9:17:09 AM Transmission Record
        Received from remote ID: 123+++++++
        Inbound user ID STARTFAXES, routing code 8400
        Result: (0/352;0/0) Successful Send
        Page record: 1 - 2
        Elapsed time: 00:44 on channel 10

Fax Images: [double-click on image to view page(s)]

**EXHIBIT 1**
**PART 1 of 2**
**Page 162 of 1248**

STND 18-03985-000162




Davis Wright
Tremaine LLP

Suite 2400
1300 SW Fifth
Portland, OR

Bethany L. Coleman-Fire
(503) 778-5439  tel
(503) 778-5299  fax

bethanycolemanfire@dwt.com

## FAX COVER SHEET

| | | | |
|---|---|---|---|
| Date: | January 30, 2015 | From: | Bethany L. Coleman-Fire |
| Time sent: | 9:14 AM | Telephone: | (503) 778-5439 |
| Total pages: | 3 | Fax: | (503) 778-5299 |
| (including cover page) | | | |

SEND TO:

| Name: | Company | Confirmation number: | Fax number: |
|---|---|---|---|
| Standard Ins. Co. | | | 971-321-8400 |

COMMENTS:

Long Term Disability Insurance – Attending Physician's Statement

Please deliver the following material as soon as possible.
Please notify us immediately at 503.241.2300 if not received properly. Thank you!

Operator: _____  Client Matter Number: /

Extension: _____

The information contained in this facsimile message may be privileged and confidential information intended for the use of the individual or entity named below. If you have received this communication in error, please notify us immediately by telephone (collect if necessary) and return the original message to us at the above address via the U.S. mail. Thank you!

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

---

Standard Insurance Company

Standard Employee Benefits Department  800.204.2130  Tel  971.761.9400  Fax
PO Box 2800  Portland OR 97208

Long Term Disability Insurance
«Attending Physician's Statement»

**Part A: To Be Completed By Patient**

| | |
|---|---|
| Full Name: Bethany Coleman-Fire | Social Security No.: [redacted] |
| Other Names Used: aka Bethany Coleman | |
| Address: 4834 NE 17th Ave. | City: Portland  State: OR  Zip: 97211 |
| Phone No.: 503 - 320-9614 | Birthdate: [redacted]  Patient No.: |
| Occupation: Lawyer  Employer: Davis Wright Tremaine LLP | Group Policy No.: 445474 |
| I returned to work: 5/1/14 part time | I began to return to work: [Date] |

**Part B: To Be Completed By Physician**

The purpose of this form is to help us determine whether the clinical condition of your patient is disabling. We need documentation of functional impairment. Please include laboratory data and results of special tests (X-rays, CAT scan, MRI, etc.). Please attach copies of any pertinent surgical reports, hospital admitting history, physician discharge summaries, chart notes, and operative reports.

The patient is responsible for the completion of this form without expense to The Standard. Forms may be returned for unanswered questions.

**1. Information**

| | |
|---|---|
| Primary Diagnosis:  ICD Code: 850.9  Concussion | |
| Secondary Diagnosis:  ICD Code: 311, 300.4  MTBI | |

Other diagnoses and ICD Codes related to this claim:  309.4 Anxiety & Depression

Vertigo 780.4  Soft Tissue Injury 879.8, 309.4 Adjustment Reaction

Symptoms: Memory and attention deficit, Fatigue, musculoskeletal complaints

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patient's Height: 5'9" | Weight: 192 lb | BP: 122/78 | Pulse: 70 | | | | |

Is condition partly by related to:
| | Yes | No |
|---|---|---|
| a. Patient's Employment | ☐ Yes | ☑ No |
| b. Mental Disorder | ☐ Yes | ☑ No |
| c. Alcohol or Drug Condition | ☐ Yes | ☑ No |
| d. Pregnancy | ☐ Yes | ☑ No |

Dominant Hand: ☐ Left  ☐ Right    Right Arm: ___  Left Arm: ___

Expected Delivery Date: ___

| | |
|---|---|
| Symptoms: | ___ |
| Complications: | Actual Delivery Date: ___ |
| Complications: | ☐ Vaginal  ☐ Cesarean Section |

**2. History**

To what extent was condition referred to you, indicate by nature: N/A

Has patient ever had same or a similar condition?  ☐ Yes  ☐ No

If yes, indicate when: _____

Did, or have, other conditions contributed to this condition?  ☐ Yes  ☑ No

If yes, please explain: _____

Date patient first consulted you for this condition: 3/20/14    First noted condition: 12/24/11

Dates of subsequent treatment: 3/2/14, 3/20/14, 4/17/14, 7/11/14, 9/16/14, 10/14/14, 12/8/14 n/a
12/12/14

If patient was hospitalized, please provide dates. Admitted: n/a    Discharged: ___

Admitting Diagnosis: ___    Discharge Diagnosis: ___

Name of Hospital: ___

Address: ___    City: ___    State: ___    Zip: ___

APS

**EXHIBIT 1**
**PART 1 of 2**
**Page 163 of 1248**

STND 18-03985-000163

01/30/2015 10:18AM FAX 123-+++*++          @AD                                          ☒0002/0002

## Standard Insurance Company

Employee Benefits Department  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance**
**Attending Physician's Statement**

Claimant's Name  _Bethany Coleman – Five_

### 3. Assessment

Date you recommended patient should stop working ___N/___  Why? _Can work ī accomodations_

Describe the patient's physical, mental and cognitive limitations and work activity limitations _Memory and concentration dificut_
_post concussion, fatigue, muscle spasm and pain_

How long from today's date will the described limitations impair the patient? _3 months approximately but could be longer_

Is the patient competent to manage insurance benefits? ☑ Yes ☐ No

If no, is the patient competent to appoint someone to help manage the insurance benefits?  ☐ Yes  ☐ No

### 4. Treatment

Planned course of treatment. Please include expected duration, surgeries, therapy, etc. _F/U with OHSU specialty care_
_for concussion ī Dr. James Chestnut, cont counseling and_
_current medications_

Medications prescribed: dosage, frequency and date of prescription(s). _Bupropion SR 150mg q12h_

List other treating or referring physicians. Continue on separate page, if necessary. _Dr. James Chestnut, OHSU._

| | Name | | Address | | |
|---|---|---|---|---|---|
| 1. | Dr. James Chestnut | | OHSU | | |
| Phone No. (503) 494 4000 | | City | | State | ZIP |
| 2. | | | | | |
| Phone No. ( ) | | City | | State | ZIP |

What reasonable work or job site modifications could the employer make to assist the individual to return to work? Please specify. _Can work 75% of normal work load (40 hrs) Can be excused for visits to physical therapy, office visits counseling 1-2 /week x 3 months. She will be absent from work for above._

Assessment and treatment are complicated by: _Situational depression_
☐ Malingering
☑ Significant emotional or behavioral disorder such as: ☑ Depression ☐ Anxiety ☐ Hysteria _Check pertinent areas._
☐ Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations.
☐ Dependence on drugs/medication. Please specify.
☐ Other. Please describe.

### 5. Prognosis

Describe patient's condition since onset of symptoms: ☐ Recovered ☑ Improved ☐ Unchanged ☐ Regressed
When do you expect a fundamental or marked change in patient's condition? ☐ Never ☐ Condition expected to regress ☑ Condition expected to improve

State anticipated date _____ or, Unable to determine, follow up in ___ months

When do you anticipate the patient can return to work?  State anticipated date _____ or, Unable to determine, because of ___
____ follow up in ___ months

Remarks

### 6. Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 12 of this form.

Physician's Signature _____  Date _12/3/14_
Physician's Name (Please Print) _K. Uppal_  Specialty _IM_
Address _800 SW 5th Av_  City _Portland_  State _OR_  ZIP _97205_
Physician's Taxpayer ID No. _X 930400952_  Phone No. (503) 221 0161 x  Fax No. (503) 220-9057
                                                                    2437

*Return to Standard Insurance Company at the address above.*

SI 3379                                  11 of 15

**EXHIBIT 1**
**PART 1 of 2**
**Page 164 of 1248**

LAST NAME, First          Clinical Vestibular Lab          March 8, 2014          2

Gaze.................................................Normal.

Optokinetic eye movements:

Optokinetic 20°/sec
20°/sec .......................................17.0, 17.8°/sec (normal velocity >13.37°/sec, mean 22.52).
Eye Velocity Asymmetry...........Normal and symmetric. (Normal is <30%)

VNG:

Positional
Symptoms...................................None reported.
Eye recordings............................Negative.

Right Dix-Hallpike
Symptoms...................................None reported.
Video Observation ...........................No torsional nystagmus observed.
Eye recordings............................Negative.

Left Dix-Hallpike
Symptoms...................................None reported.
Video Observation ...........................No torsional nystagmus observed.
Eye recordings............................Negative.

Headshake
Symptoms...................................Rocking sensation.
Eye recordings............................Negative.  No significant post-shake nystagmus observed.

Caloric
Response amplitude .........................12-23°/sec (normal is >10°/sec)
Caloric weakness..............................12%, in the right ear (normal range <25%)
Directional preponderance ..............14%, to the right (normal range <25%)

Vestibular Evoked Myogenic Potential (VEMP) studies:

Recognizable and reproducible waveforms corresponding to the Vestibular Evoked Myogenic Potential
were elicited by auditory stimulation of each ear with 90 dBnHL rarefaction 500 Hz tone-burst stimuli.

Inter-amplitudes ..............................Right ear:  115.40 µV (normal range 15-337µV)
...........................................................Left ear:    56.92 µV (normal range 15-337µV)
...........................................................Difference = 34% (normal range <33%)

Latency.................................................Right ear:  P1 = 17.67 msec (normal range 13-18 msec)
                                                                        N1 = 28.00 msec (normal range 19-26 msec)
...........................................................Left ear:    P1 = 17.00 msec (normal range 13-18 msec)
                                                                        N1 = 26.00 msec (normal range 19-26 msec)

**Clinical Relevance of Test Results:**

• Peripheral Audiological: ......................Hearing sensitivity is normal for age. Word recognition in quiet is
                                                                  good at 96% correct for the right ear and 100% correct for the
                                                                  left.

**EXHIBIT 1**
**PART 1 of 2**
**Page 165 of 1248**

STND 18-03985-000165

LAST NAME, First          Clinical Vestibular Lab          March 6, 2014          3

• Evoked Potentials................................There is no evidence of increased endolymphatic pressure in either ear.

• CNS eye movement control..................Normal cortical, brainstem and cerebellar control of eye movements.

• Peripheral vestibular: ...........................Normal symmetric horizontal semicircular canal generation of compensatory eye movements. The absence of spontaneous or of significant positional nystagmus suggests normal function or adaptation. Hallpike tests do not confirm the presence of either posterior or anterior canal benign paroxysmal positional vertigo (BPPV).

• Vestibulocolic reflexes.........................Bilaterally normal saccular and inferior vestibular nerve function. The minor asymmetry is unlikely to be clinically significant.

**PHYSICIAN'S INTERPRETATION:**

1.) **This patient has normal hearing bilaterally**
2.) **There is no evidence of endolymphatic hydrops/Meniere's disease in either ear.**
3.) **The oculomotor examination is normal.**
4.) **There is no significant gaze evoked, spontaneous, positional or headshake evoked nystagmus.**
5.) **There is no objective evidence of benign paroxysmal positional vertigo (BPPV).**
6.) **Horizontal semicircular canal responses to caloric stimulation are normal.**
7.) **Vestibular evoked myogenic potentials are normal bilaterally consistent with normal saccular and inferior vestibular nerve function, with no evidence of superior semicircular canal dehiscence.**

Jeffrey J. Brown, M.D., Ph.D.
Director, Audiology and Vestibular Laboratory
Legacy Good Samaritan Hospital

*Raw data available upon request.

**EXHIBIT 1**
**PART 1 of 2**
**Page 166 of 1248**

STND 18-03985-000166

RP Date ID: Apr 14 2014                                                    04/21/2015 13:56    #292 P.010/010

197157 (8/12)

**LEGACY HEALTH SYSTEM**
**Good Samaritan Hospital**
**Audiology Services & Vestibular Laboratory**
1040 N.W. 22nd Ave., #460, Portland, OR 97210
Phone: (503) 413-8154   Fax: (503) 413-6944

REFERRED BY:

REASON FOR REFERRAL:

NAI

AGE

COLEMAN—FIRE,BETHANY
DOB:         (30 yrs) Female
MRN: 9500945404    CSN: 428792586
LGS VESTIB & AUDIOLOGY  APT DT: 4/14/2014

SEX        DATE        CLINIC LABEL

## STANDARD PURE-TONE AUDIOMETRY

## EXTENDED HIGH FREQUENCY AUDIOMETRY



| | Pure-Tone Average 3 Freq | 2 Freq |
|---|---|---|
| R | 12 | 10 |
| L | 13 | 12 |

| R/L | | 60 | | 60 | 60 | |
|---|---|---|---|---|---|---|

AC MASKING LEVELS NON-TEST EAR

| R/L | | 70 | | | 60 | |

BC MASKING LEVELS NON-TEST EAR

☑ EAR-3A Insert Earphones  ☐ TDH-50P Headphones

Tinnitus:   Right   Left   (None)
Description:

## AUDIOGRAM CODE



### SPEECH AUDIOMETRY

|  | SRT (dB) | MASK (dB) | WORD RECOGNITION (WR): | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | % | SL | HL | MASK | % | SL | HL |
| R | 10 | | 96 | 30 | 40 | | | |
| L | 10 | | 106 | 30 | 40 | | | |

| SPEECH MATERIALS | SRT Lists: W-1 | CD ☐  MLV ☑ |
| | WR Lists: CIDW-22 | CD ☐  MLV ☑ |

Audiometer Used: GSI 61    Test Reliability:  (Good)    Fair    Poor

Comments:

*Hearing is WNL AU.*

Audiologist: _____ Au.D

PATIENT LABEL

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000167

# WEST PORTLAND NEUROLOGY

### Jeffrey J. Brown MD, PhD

1040 NW 22ND Avenue, Suite 630
Portland, Oregon 97210

Phone: 503-954-1566   Fax: 503-796-2742

April 3, 2014

Richa Uppal, M.D.
800 S.W. 13th Avenue
Portland, Oregon 97205

RE: Bethany L. Coleman-Fire    (DOB: )

Dear Doctor Uppal:

Bethany Coleman-Fire is seen for evaluation of posttraumatic dizziness.

Bethany is a very nice 30 year-old bankruptcy attorney, who was injured while in a cross walk, on February 19, 2014, when she was struck by a car. She was thrown up onto the hood, striking and breaking the windshield of the car. She struck the left posterior head. There was no clear loss of consciousness, but she was momentarily dazed and was bleeding. She was taken to the Emanuel ED, where a CT scan showed a parietal scalp laceration, but no intracranial lesions. She was examined and released.

Subsequent to that, she had a strong positional vertigo. She was seen by physical therapy, who performed an Epley maneuver she thinks on the right side, which resolved that completely.

She has been bothered, however, by continued attacks of dizziness. This is hard for her to describe, but appears to be a combination of a woozy lightheaded sensation. There is a momentary loss of balance. It can occur randomly, perhaps once or twice a day lasting moments, but followed by a mild decreasing nausea or wooziness. There are some cognitive difficulties when it occurs and she wants to sit down.

It may be worse when she is stressed or when she gets up quickly from a chair. She has had no falls. There is associated loss of balance. She has had no fullness, ringing in the ears or hearing loss, and no further positional vertigo. Rapid movements seem to be a little more difficult for her. She is bothered in complex visual situations, when she is fatigued, and seemingly around her menses.

**EXHIBIT 1**
**PART 1 of 2**
**Page 168 of 1248**

STND 18-03985-000168

RE: Bethany L. Coleman-Fire
April 3, 2014
Page 2

She is having chronic daily headaches. She does have a remote history of infrequent moderate to severe migraines, but these are very different in that they are bilateral, less intense, steady, not accompanied by nausea, vomiting or light sensitivity. Ibuprofen takes the edge off.

All of her symptoms seem to be improving gradually. She has had no further imaging since her ED visit. She has tried to go back to work unsuccessfully. Her tolerance for work and efficiency is somewhat limited.

She has been seen by Dr. Catherine Ellison, but did not feel that she got of her questions answered.

**REVIEW OF SYSTEMS:** She has noticed that she is very thirsty and drinking a lot of water, but is urinating normally since the accident. She denies any other potentially endocrine changes. There is no anosmia. She reports some paresthesias of the legs, which she thinks might be sciatica. She is having some anxiety and depression. She snores loudly at night.

**PAST MEDICAL HISTORY:** Her past medical history includes allergies. She is taking allergy injections twice a week. She has no surgical history.

**MEDICATIONS:** She is on no medications.

**ALLERGIES:** She does have a history of reaction to cephalosporin.

**SOCIAL HISTORY:** She is a nonsmoker. She lives with her wife. She never drinks alcohol. She is not getting any regular exercise. She is not currently driving.

**FAMILY HISTORY:** Her family history includes cancer, diabetes and migraine.

**PHYSICAL EXAMINATION:** She is an alert, healthy, intelligent woman, who is in no acute distress. Color is good. Skin is warm and dry. Capillary fill is normal. Heart rate is regular. There are no murmurs or bruits. Supine blood pressure is 110/80 and standing 120/80.

External auditory canals are clear. TMs are normal. There is normal hearing voice and forks.

Visual fields are full. Extraocular motions are normal. Saccades, pursuit and head thrust are normal. Pupils are equal and normally reactive. Optic fundi are benign. There is normal facial symmetry and sensation. Tongue protrusion is midline.

She has normal power, tone, rapid alternating and fine motor control in all limbs. She has normal light touch, joint position and vibration sense in all limbs. Finger-to-nose testing is normal and there is no past pointing. Romberg is negative.

**EXHIBIT 1**
**PART 1 of 2**
**Page 169 of 1248**

STND 18-03985-000169



RE: Bethany L. Coleman-Fire
April 3, 2014
Page 3

Heel, toe and tandem walking are normal. She veers to the left with the eyes closed walking and has a leftward rotating Fukuda test.

Gait is normal, with symmetric arm swing and smooth turns in both directions, although she hesitates a bit turning to the right as this feels odd to her.

Reflexes are briskly symmetric at 3+ at the knees, ankles, biceps and triceps.

**VIDEO INFRARED OCULOGRAPHY:** Under video infrared oculography, there is no resting or gaze evoked nystagmus. The VOR is symmetric. Ocular tilt reactions are normal. There is no post head shake nystagmus. Hallpike maneuvers are negative bilaterally.

**IMPRESSIONS:** Certainly her initial posttraumatic vertiginous dizziness is benign paroxysmal positional vertigo. It is possible that her current symptoms of episodic dizziness are a minor manifestation of some residual crystals laying in one of the semicircular canals, but these are not enough for me to absolutely make the objective diagnosis.

Her chronic daily headaches are likely a result of her mild concussion, and her dizziness is very possibly a result of this as well.

That being said, her lateralizing features in terms of rotating to the left walking and on Fukuda testing make me suspicious of a more fixed vestibular lesion such as a posttraumatic hydrops or vestibular neuronitis. I think it is worth further testing for this to include VNG, audiogram, electrocochleography, and evoked myogenic potentials, which I have ordered.

All of her symptoms are going to be getting better gradually in a waxing and waning fashion. With regards to this, about three months is a good time to think that she will be able to tolerate most of her activities. She needs to understand that she should not push through the wall when she becomes fatigued and needs to back off, her brain is healing, and she needs to rest a bit more. All of this was discussed with her.

I reviewed the pathophysiology of BPPV and the recovery pattern from mild concussion. I will see her back after her testing.

Sincerely yours,

Jeffrey J. Brown, M.D., Ph.D.
JJB:gts

**EXHIBIT 1**
**PART 1 of 2**
**Page 170 of 1248**

STND 18-03985-000170

# WEST PORTLAND NEUROLOGY

### JEFFREY J. BROWN MD, PHD

1040 NW 22ND AVENUE, SUITE 630
PORTLAND, OREGON 97210

PHONE: 503-954-1566   FAX: 503-796-2742

Patient: Bethany Coleman-Fire
DOB: ███████
Date: 4/3/14

## VIDEO INFRARED OCULOGRAPHY PROCEDURE NOTE

Video binocular infrared oculography was performed at the bedside. Horizontal vertical and rotational eye movements were recorded in the standard fashion. The procedure was videotaped, reviewed and stored.

Procedures performed: 1) Fixed spontaneous and gaze evoked nystagmus in the dark. 2) Sinusoidal nystagmus testing of the horizontal and vertical vestibulo-ocular reflex (VOR) at low, medium and high frequencies, 3) Ocular tilt reaction testing, 4) Evaluation for post-headshake nystagmus, 5) Positional testing and 6) Bilateral Hallpike testing.

Description:  There is no resting or gaze evoked nystagmus.  The horizontal VOR at low, medium and high frequencies of rotation are normal and symmetric. Vertical VOR is normal. Ocular tilt reactions are normal. There is no post head shake nystagmus. Positional testing does not elicit symptoms or nystagmus. Hallpike maneuvers are negative bilaterally.

Impression: Normal video infrared oculography

Jeffrey J. Brown MD, PhD
Otoneurology

www.westportlandneurology.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 171 of 1248**

STND 18-03985-000171

# Quality Assurance Report



**Request Information**

Report Date:  April 21, 2015          **RP ID:**  2253868

Patient Name:  COLEMAN-FIRE, BETHANY

Provider Name:  BROWN, DR JEFFREY

**Quality Assurance Information**

Special Request:     - Seen By: BROWN, DR JEFFREY

Special Request Included?  YES

Secondary ID Confirmed?   YES

QC Notes:  on pp 2-5, patient's DOB is ▮▮▮▮▮ Enclosed are all
records supplied by medical facility for requested
dates of service

Chart Reviewed By:  Jennifer Neyra

**From February 1, 2012 to Present**

**EXHIBIT 1**
**PART 1 of 2**
**Page 172 of 1248**

STND 18-03985-000172

# Medical Record Request Complete



## Customer Information

Report Date: March 24, 2015        RPID: **2185397**

Client Name:  Standard Group Benefits CLAIMS

Req. By:   KM:Necole

## Patient Information

Name:  COLEMAN-FIRE, BETHANY

D.O.B.: ███████        Policy/Cert:  00VW3181 KM:Necole

Special Requirements:
- Seen By: Dr. Richa Uppal

*RECEIVED*

*MAR 25 2015*

*Employee Benefits*

## Provider Information

Provider:   PORTLAND CLINIC - SOUTH
6640 SOUTHWEST REDWOOD LANE
ATTN  RELEASE OF INFORMATION/JACKIE
PORTLAND, OR 97224

Phone:   (503) 620-7358        Fax:  (503) 620-5348

## Electronic Order Data (If Applicable)

Patient Name:    COLEMAN-FIRE, BETHANY
Patient DOB:     ███████
Patient SSN:
Policy Number:   00VW3181 KM:Necole

Provider Data:   Dr. Richa Uppal
800 SW 13th Ave

Portland, OR  97205
503-221-0161

uppal
4/12-3/15

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000173

# Medical Record Request Complete



## Customer Information

Report Date:  May 5, 2015          RPID:  **2253869**

Client Name:  Standard Group Benefits CLAIMS

Req. By:  KM:Necole

## Patient Information

Name:  COLEMAN-FIRE, BETHANY

D.O.B.:  ▮▮▮▮▮          Policy/Cert:  00VW3181 KM:Necole

Special Requirements:
- Seen By: Ellison, Dr. Catherine

**RECEIVED**

MAY 0 6 2015

Employee Benefits

## Provider Information

Provider:    OREGON CLINIC
             1600 NE BROADWAY
             ATTN MEDICAL RECORDS - HEATHER
             PORTLAND, OR 97232

Phone:    (503) 963-3100          Fax:  (503) 459-5398

## Electronic Order Data (If Applicable)

Patient Name:    COLEMAN-FIRE, BETHANY
Patient DOB:
Patient SSN:
Policy Number:   00VW3181 KM:Necole

Provider Data:   Ellison, Dr. Catherine
                 5050 Ne Hoyt St STE 315

                 Portland, OR  97213
                 503-963-3100

Ellison
2|14-3|14

**EXHIBIT 1**
**PART 1 of 2**
Page 174 of 1248

STND 18-03985-000174

RP Date ID: Mar 2 2015





## THE Portland Clinic.
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB███████ Sex: F
Enc. Date:03/02/15

---

**Reason for Visit**

Follow-up

**Diagnoses**

Reaction, adjustment, with anxious, depressed mood    -  Primary

Post concussion syndrome

Insomnia

Iron deficiency anemia

**Medications**

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| buPROPion (WELLBUTRIN XL) 300 MG 24 hr tablet | 90 tablet | 3 | 3/2/2015 | 3/1/2016 |
| Sig - Route: Take 1 tablet by mouth every morning - Oral | | | | |
| trazodone (DESYREL) 50 MG tablet | 30 tablet | 0 | 3/2/2015 | 4/1/2016 |
| Sig - Route: Take 1 tablet by mouth nightly - Oral | | | | |

**Vitals - Last Recorded**

| BP | Pulse | Wt | LMP |
|---|---|---|---|
| 128/72 | 76 | 193 lb 9.6 oz (87.816 kg) | 02/16/2015 |

Vitals History Recorded

**Progress Notes**

**Richa Uppal, MD at 3/2/2015  8:10 AM**

Status:  Signed

**Chief Complaint**

Patient presents with

• Follow-up

**History of presenting illness:** F/u mo. Has been working 3/4 time. Doing counseling for a month which is helpful. Has a new counselor. Prior was not a very good fit. Does not feel 100%. Peters out at work in the afternoon. Needs paperwork filled for extending part time work. Exercising almost daily which helps. Has neuropsych testing coming up this months which will dictate plan moving forward.

Rx may be interfering with sleep. Several times a night has been having early awakening and awakening during the night.

Patient is taking iron po as instructed. Has not helped with energy so far.

**Medications:**

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • [DISCONTINUED] buPROPion | TAKE 1 TABLET BY MOUTH | 180 tablet | 1 |

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 175 of 1248**

STND 18-03985-000175

RP Date ID: Mar 2 2015





**THE Portland Clinic.**
*We specialize in you.*

TPC ROI SERVICE AREA
6640 SW Redwood Ln
PORTLAND OR 97224
ROI Enc Notes Report

COLEMAN-FIRE,BETHANY
MRN: 202396
DOB: ▮▮▮▮▮▮ Sex: F
Enc. Date:03/02/15

---

**Progress Notes (continued)**

**Richa Uppal, MD at 3/2/2015  8:10 AM (continued)**

(WELLBUTRIN SR) 150 MG 12 hr   TWICE DAILY
tablet

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Ceclor [Cefaclor] | |
| *As a child* | |

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • History of concussion | 07/11/2014 |
| • Vertigo due to concussion | 07/11/2014 |
| • Reaction, adjustment, with anxious, depressed mood | 09/16/2014 |
| • Headache | 09/16/2014 |
| • Neck muscle spasm | 09/16/2014 |
| • Weight gain | 09/16/2014 |
| • Post concussion syndrome | 09/16/2014 |
| • Vitamin D deficiency | 12/12/2014 |
| • Iron deficiency anemia | 12/12/2014 |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Immunotherapy | May 2006 |
| • Breast cancer screening, high risk patient | |
| • High risk of ovarian cancer | |
| • H/O mammogram | |

**Past social history:**
**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |
| *Comment: Occassionally* | |

---

Printed on 3/9/2015 11:14 AM

**EXHIBIT 1**
**PART 1 of 2**
**Page 176 of 1248**

STND 18-03985-000176

RP Date ID: Mar 3 2014            ID CONFIRMED

The Oregon Clinic, P. C.                                              *April 23, 2015*
1111 NE 99th Ave, Portland, OR  97220                                Page 1
Phone: 5039358000  Fax:                                              Append

**Bethany Coleman-Fire** 31 Years Old  Female  DOB:▮▮▮▮▮  ID: 1511031
PCP: Uppal MD, Richa  Ref Prov: Richa Uppal, MD  Phone: (503) 220-5097  Fax: (503) 220-5097
Primary Ins: Self Pay

**03/03/2014 - Office Visit: NEW: Head traum, Naus, HA, sleepy, ?MCI  Neuro Visit - TNC West**
**Provider: Catherine Ellison MD**
**Location of Care: The Oregon Clinic, Neurology - West**

### NEW PATIENT VISIT

**Type of Visit:** New Patient, requested by Richa Uppal, MD
**Chief Complaint:** Headaches, dizziness post concussion
**Patient accompanied by:** Partner
**Right Handed**

### HISTORY OF PRESENT ILLNESS

  The patient reports that 2/19 she was walking her dog.... partner witnessed subsequent events.  She
was hit by a car while in a crosswalk....  The vehicle was going 25 MPH...her head hit the windshield...she
was thrown and landed 20 feet away... Her head then hit the pavement and she had road rash on scalp...
Knocked head on pavement and windshield both.  She doesn't remember all of this...  short time out of
consciousness probably...  EMTs got her and EH ER saw her.  No fractures.  CT brain normal.  D/c'd
home.  Lots of contusions, etc.
  The other driver was holding cel phone and they suspect talking or texting while driving.  The patient's
white dog was ahead of them in the crosswalk, not a difficult to see animal...  Partner was not hit...
  EHER did CT scan and assessed her, no fractures found.  Urine tests.  Observation.  She was having
a lot of nausea...  Vertigo initially.
  P.T. did movements of the head for her and the vertigo was gone.  She still wakes a little dizzy.  Feels
off kilter....out of focus.  Unpleasant version of being moderately buzzed.  Worse on waking or after nap.
Nausea remains minimal..  Persistent mild HA which is high occipital and retroorbital...  Migratory.
Persistent mild dull HA all the time.  These intermittently worse HAs are a of a soreness quality.  Tingling
would be on the head/cheek.  Associated numbness in cheek in past 4 days off and on.  R cheek.
Doesn't need med for HA.  Worse in the mornings.  Soft tissue damage in neck.  P.T. is still working on
this cervical strain.  She feels fatigued.  Sleeping a ton.  Has not been at work yet.  Things are
exhausting....  Going out to dinner was even too much for her..
  Listening to audio books OK.  Forms were difficult to fill out.  She has not tried work yet....

### PAST HISTORY
See medical history form and problem list

### REVIEW OF SYSTEMS
**Neurological:** *Positive for* Headaches, Numbness/tingling; *Denies* Headaches, Seizures, Passing out,
Weakness, Numbness/tingling, Speech difficulty, Imbalance/Falls, Memory problems,
Movements/Tremors, Sleep problems.
**General:** *Positive for* Daytime Sleepiness; *Denies* Chills, Fever, Daytime Sleepiness, Weight gain or
loss.
**Allergy:** *Positive for* Environmental allergy; *Denies* Environmental allergy; *Comments:* Hay fever.
**Ears Nose Throat:** *Denies* Hearing loss, Ringing in ears.
**Eyes:** *Denies* Eye pain/pressure, Vision changes, Double Vision, Sudden loss of vision.
**Gastrointestinal:** *Denies* Difficulty swallowing, Nausea/Vomiting, Heartburn.
**Genitourinary:** *Denies* Problems urinating, Loss of bladder control, Frequent urination, Menstrual issues.
**Musculoskeletal:** *Positive for* Neck pain; *Denies* Back pain.
**Psychological:** *Denies* Sad most of the time, Restless or Irritable, Anxious or nervous.
**Respiratory:** *Denies* Cough, Wheezing, Coughing up phlegm or blood, Shortness of breath.

**EXHIBIT 1**
**PART 1 of 2**
**Page 177 of 1248**

STND 18-03985-000177

RP Date ID: Mar 3 2014

The Oregon Clinic, P. C.
1111 NE 99th Ave, Portland, OR  97220
Phone: 5039358000  Fax:

*April 23, 2015*
*Page 2*
*Append*

**Bethany Coleman-Fire** 31 Years Old  Female  DOB:        ID: 1511031
PCP: Uppal MD, Richa  Ref Prov: Richa Uppal, MD  Phone: (503) 220-5097  Fax: (503) 220-5097
Primary Ins: Self Pay

Foot pain related to the MVA.  Numbness R face.  Day after the MVA the pupils were asymmetric and L
eyelid drooped.  Bad HA then...  Migr with periods mild.
See scanned form for further positive/negative responses.

**UPDATED MEDICATIONS AS OF END OF VISIT**
CYCLOBENZAPRINE HCL 5 MG TABS (CYCLOBENZAPRINE HCL) 1 tab po daily
Supplements: Tylenol

**ALLERGIES**
CECLOR (Critical)

**SOCIAL HISTORY**
**Status:** Married
**Living Situation:** With wife
**Work:** Employed full time
**Job:** Attnorney for business bankrupcies
**Driving Status:** Yes
**Smoking Status:** Never smoker
**Have you ever used other tobacco or nicotine products?** No
**Alcohol:** Stopped
**Caffeine:** Occasionally
**Marijuana:** Stopped
**Street Drugs:** Never
**Comments:** No children.

**FAMILY HISTORY**
See medical history form

See scanned form for more details of Past History, Review of Systems, Family History and Surgical
History.

**VITALS**
Weight: 185 lbs,  Height: 67 in,  BMI: 29
Heart Rate: 72/min,  BP: 128/87 mm Hg  (right arm)

**PHYSICAL EXAM**
**Constitutional:**  The patient appears stated age. Normal development. Normal body habitus.
**Neurological and Musculoskeletal**
**Mental status:**  Alert and oriented. Good memory and attention. Language fluent. Average fund of
knowledge.

**Significant Findings:**
See yellow exam form.

**DATA REVIEWED**
**Neuroimaging**
CT brain EH normal images rev'd with patient. See scanned in report.
I have reviewed the actual images on March  3, 2014.
**Outside Records**
PCP chart notes rev'd.

**EXHIBIT 1**
**PART 1 of 2**
**Page 178 of 1248**

STND 18-03985-000178

RP Date ID: Mar 3 2014

The Oregon Clinic, P. C.                                              *April 23, 2015*
1111 NE 99th Ave, Portland, OR  97220                                Page 3
Phone: 5039358000  Fax:                                              Append

**Bethany Coleman-Fire** 31 Years Old  Female  DOB:▮▮▮▮▮  ID: 1511031
PCP: Uppal MD, Richa    Ref Prov: Richa Uppal, MD    Phone: (503) 220-5097   Fax: (503) 220-5097
Primary Ins: Self Pay

EH ER notes rev'd.
**Other Tests**
2/20/14 C spine xrays reported normal from Portland Clinic.

## PROBLEMS
Hx of PTOSIS (ICD-374.30)
ANXIETY STATE NOS (ICD-300.00)
LUMBAGO (ICD-724.2)
CERVICALGIA (ICD-723.1)
NAUSEA (ICD-787.02)
SOMNOLENCE (ICD-780.09)
PARESTHESIA (ICD-782.0)
Hx of VERTIGO (ICD-780.4)
CERVICAL STRAIN (ICD-847.0)
POSTCONCUSSION SYNDROME (ICD-310.2)
HEADACHE, POST TRAUMATIC (ICD-784.0)
HEAD TRAUMA, HX OF (ICD-V15.59)

## IMPRESSION
1. Post head trauma/post concussion symptoms. Ms. Coleman-Fire had two back to back head injuries on 2/19/14 with likely brief loss of consciousness and subsequent symptoms. She has had normal CT brain imaging and cervical xrays. Her neurologic exam is normal. She reports ongoing HA. There was initial vertigo relieved with Epley maneuver by P.T. She continues some nausea, headache, and a lot of fatigue. She is sleeping many hours a day. There has been a little difficulty with cognitive processing and at this point hard to say how much of a problem this is going to be for her. I encouraged her to gently start challenging herself with reading, etc. Obviously her work entails a great amount of mental processing which we are hoping will not have been threatened by this injury. If she finds difficulties as she goes along she will contact this office. F/u is planned in 1 month.
2. Post traumatic headache, migratory, mild, but present. Simple OTC analgesics can be used.
3. Nausea ongoing and mild. She had ondansetron available.
4. History of ptosis L eye which was worse after the head trauma (foto shown by partner). This has resolved, but the patient does have a mild baseline ptosis chronic. Would just keep an eye on this... there is nothing to suggest cranial neuropathy. No pupillary asymmetry.  Vision has been fine.
5. Cervical strain. Physical therapy advised.
6. R facial paresthesias. This has been intermittent and mild. If it persists we may need to consider MRI imaging of the brain. This may be direct result of her trauma. There is good sensation on exam and no facial weakness.

Thank-you to Dr. Uppal for referring Ms. Coleman-Fire to the Oregon Clinic Neurology Division for evaluation.

Catherine M. Ellison, M.D. March  4, 2014 7:40 AM

Return to Clinic: 1 month
Duration: 15 min
Total time for visit: 60
Copy to Uppal MD, Richa
Dictated No

**Electronically signed by Catherine Ellison MD on 03/04/2014 at 7:44 AM**

**EXHIBIT 1**
**PART 1 of 2**
**Page 179 of 1248**

STND 18-03985-000179

RP Date ID: Mar 5 2014

The Oregon Clinic, P. C.
1111 NE 99th Ave, Portland, OR 97220
Phone: 5039358000  Fax:

*April 23, 2015*
Page 4
Append

**Bethany Coleman-Fire** 31 Years Old  Female  DOB: ▮▮▮▮▮▮  ID: 1511031
PCP: Uppal MD, Richa    Ref Prov: Richa Uppal, MD   Phone: (503) 220-5097   Fax: (503) 220-5097
Primary Ins: Self Pay

---

**03/05/2014 - Append: NEW:  Head traum, Naus, HA, sleepy, ?MCI  Neuro Visit - TNC West**
**Provider: Abigail Gonzalez**
**Location of Care: The Oregon Clinic, Neurology - West**

Faxed to listed provider with health questionnaire and neuro exam form.

**Electronically signed by Abigail Gonzalez on 03/05/2014 at 10:31 AM**

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 180 of 1248**

STND 18-03985-000180

RP Date ID: Feb 20 2014

# The Portland Clinic
800 SW 13th Avenue
Portland, OR 97205
503.221.0161
## Imaging Result

| | | |
|---|---|---|
| Name: | DOB: | MRN: |
| **Coleman-Fire, Bethany** | ▉▉▉▉ | **202396** |
| Procedure(s) Performed: | Exam Date: | Accession Number: |
| **XR Cervical Spine, AP and Lateral** | **02/20/2014** | **915551** |
| Ordering Provider: | Authorizing Provider: | CC Recipients: |
| | **Richa Uppal** | |

XR CERVICAL SPINE, AP LATERAL 915551

CLINICAL INDICATIONS:  MVA, neck sprain.

COMPARISON:  None.

FINDINGS:  The vertebral alignment is maintained.  The vertebral heights and intervertebral disc spaces are within normal limits.

There is no evidence of acute compression fracture.

IMPRESSION.
 Negative exam.

If there is continued pain or clinical concern for acute osseous abnormality then a CT scan is recommended for further evaluation.

Jeffrey T Hal, MD
The Portland Clinic

Signed By:  JEFFREY T. HAL, MD on 2/21/2014 10:30 AM

**EXHIBIT 1
PART 1 of 2
Page 181 of 1248**

STND 18-03985-000181

RP Date ID: Feb 19 2014

  

*151103/*

Page 1 of 2


**LEGACY**
H E A L T H

LEGACY EMANUEL EMERGENCY DEPARTMENT
2801 N Gantenbein Ave
Portland OR 97227-1623
503-413-4121

Bethany Coleman-Fire
DOB: ██████ DOS: 2/19/2014
MRN: 9500945404
CSN: 427935987

## CT Head wo Contrast

Status: **Final result**

### PACS Image Quick View

Show images for CT Head wo Contrast

### Signed By

| Signed | Date/Time | | Phone | Pager |
|---|---|---|---|---|
| QAISI, WALEED G | Feb 19, 2014 | 9:38 AM PST | 503-413-4161 | |

### Study Result

EXAM: CT HEAD WITHOUT CONTRAST

CLINICAL DATA: Headache after head injury as a pedestrian struck by motor vehicle

COMPARISON STUDIES: None.

PROCEDURAL TECHNIQUE: Unenhanced axial 5 mm scans from the skull base to the vertex

FINDINGS: Mild left posterior parietal scalp hematoma without associated calvarial fracture. No acute intracranial hemorrhage, mass effect or midline shift with normal appearance of the ventricles and CSF pathways. The included paranasal sinuses and mastoid air cells are clear.

IMPRESSION:

1. Left posterior parietal scalp injury without acute intracranial abnormality.

*images rev'd ā pt agree ō report.*

Verified by Waleed Qaisi, MD on 2/19/2014 9:38 AM

### Result Tracking

| Route Status | Date/Time | In Basket Recipients | Fax | Fax Number |
|---|---|---|---|---|
| Routed using only CC list [2] | Wed Feb 19, 2014 9:40 AM PST | | | |

### External Result Report

External Result Report


**LEGACY**
H E A L T H

LEGACY EMANUEL EMERGENCY DEPARTMENT
2801 N Gantenbein Ave
Portland OR 97227-1623
503-413-4121

Bethany Coleman-Fire
DOB: ██████ DOS: 2/19/2014
MRN: 9500945404
CSN: 427935987

**CT Head wo Contrast (Order 84149910)**
Imaging
: 84149910

Date: **2/19/2014**
Released Faroghi, Arman, MD
By/Authorizing:
Department: **Lemc Ed**

### Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 2/19/2014 7:20 AM | 2/19/2014 7:20 AM | 2/19/2014 7:21 AM | 2/19/2014 7:21 AM |

StudyNote:2/19/14 7:27 AM Rachel A Benson: HCG ordered

### Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 TIME IMAGING | 1 occurrence | STAT | Hospital Performed |

### Order Providers

Coleman-Fire, Bethany (MR # 9500945404) Printed by [P01370] at 3/3/14 10:00 AM

**EXHIBIT 1
PART 1 of 2**

STND 18-03985-000182

# Quality Assurance Report



**Request Information**

Report Date:  May 5, 2015          **RP ID:**  **2253869**

Patient Name:  COLEMAN-FIRE, BETHANY

Provider Name:  OREGON CLINIC

**Quality Assurance Information**

Special Request:     - Seen By: Ellison, Dr. Catherine

Special Request Included?  YES

Secondary ID Confirmed?   YES

QC Notes:  Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By:  Jennifer Neyra

**From February 1, 2012 to Present**

**EXHIBIT 1**
**PART 1 of 2**
**Page 183 of 1248**

STND 18-03985-000183

# Medical Record Request Complete



## Customer Information

Report Date:  April 26, 2015          RPID:  **2185399**

Client Name:   Standard Group Benefits CLAIMS

Req. By:   KM:Necole

## Patient Information

Name:  COLEMAN-FIRE, BETHANY

D.O.B.: ███████          Policy/Cert:   00VW3181 KM:Necole

Special Requirements:
***FEE APPROVED UP TO $100.00 AS LONG AS FEE IS IN ACCORDANCE WITH OREGON
STATE STATUTES*** ***Admin and discharge records only please. -Seen by:
Legacy Emmuanel ER

## Provider Information

Provider:    LEGACY EMANUEL HOSPITAL
2801 N. GANTENBEIN AVENUE
ATTN: H I M ROOM B 045   DEBBIE T.
PORTLAND, OR 97227

Phone:    (503) 413-2200          Fax:  (503) 413-4671

## Electronic Order Data (If Applicable)

Patient Name:   COLEMAN-FIRE, BETHANY
Patient DOB:    ██████
Patient SSN:
Policy Number:   00VW3181 KM:Necole

Provider Data:    Legacy Emmuanel ER
2801 N Gantenbein Ave

Portland, OR  97227
503-413-2200

RECEIVED
APR 27 2015
EMPLOYEE BENEFITS

**EXHIBIT 1**
**PART 1 of 2**
**Page 184 of 1248**

STND 18-03985-000184



RP Date ID: Feb 19 2014          ID CONFIRMED



**LEGACY**
H E A L T H

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB:          Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Coleman-Fire, Bethany L | 9500945404 | | Female | |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 4834 NE 17TH AVE PORTLAND OR 97211 | 503-320-9564 (H) 503-320-9564 (M) | Bethany.coleman@gmail.com | OTHER-DAVIS WRIGHT TREMAINE |

| Race | Occupation | | Emp Status |
|---|---|---|---|
| White or Caucasian | lawyer | | **Full Time** |

| Reg Status | | PCP |
|---|---|---|
| Verified | | Uppal, Richa, MD |

| Marital Status | Religion | Language |
|---|---|---|
| Domestic Partner | None | English |

Interpreter ?
No

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Coleman-Fire, Bethany L | 501452448 | Emergency | Billed | MVA LIBERTY MUTUAL - MVA LIBERTY MUTUAL |

## Guarantor Account (for Hospital Account #501452448)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Coleman-Fire, Bethany L | Self | LHS | Yes | Third Party Liability |

| Address | Phone |
|---|---|
| 4834 NE 17TH AVE PORTLAND, OR 97211 | 503-320-9564(H) |

## Coverage Information (for Hospital Account #501452448)

1. MVA LIBERTY MUTUAL/MVA LIBERTY MUTUAL

| F/O Payor/Plan | | Precert # |
|---|---|---|
| MVA LIBERTY MUTUAL/MVA LIBERTY MUTUAL | | |
| Subscriber | | Subscriber # |
| Coleman-Fire, Bethany L | | 02911948301 |
| Address | Phone | |
| PO BOX 1052 MONTGOMERYVILLE, PA 18936 | 800-208-3045 | |

2. BLUE CROSS/BLUE CROSS OR PPP/PPO NETWORK

| F/O Payor/Plan | Precert # |
|---|---|
| | |

Printed on 4/17/2015 2:33 PM

Bethany L Coleman-Fire
DOB:          CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1
PART 1 of 2
Page 185 of 1248**

STND 18-03985-000185

RP Date ID: Feb 19 2014



**LEGACY**
H E A L T H

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ▓▓▓▓▓ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

BLUE CROSS/BLUE CROSS OR PPP/PPO NETWORK
Subscriber
Coleman-Fire, Bethany L
Address
PO BOX 30805
SALT LAKE CITY, UT 84130-0805

Phone
800-228-0978

Subscriber #
DWN130104900

### Chief Complaint
None

### Final Diagnoses (ICD-9-CM)

| Princip al [P] | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| [P] | 850.0 | Concussion with no loss of consciousness | | | | |
| | 782.0 | Disturbance of skin sensation | | | | |
| | 910.0 | Face, neck, and scalp, except eye, abrasion or friction burn, without mention of infection | | | | |
| | 923.20 | Contusion of hand(s) | | | | |
| | 787.02 | Nausea alone | | | | |
| | 784.0 | Headache(784.0) | | | | |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 02/19/2014 11:21 AM | *Disch To Home Or Self Care | Home | None | Lemc Ed |

**Allergies as of 2/19/2014**

Best possible list obtained On: 2/19/2014 By:
Faroghi, Arman, MD

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Ceclor [Cefaclor] | 02/19/2014 | Not Verified | Nausea Only |

**Patient History**

**Medical**
**as of 2/19/2014**    **None**

**Surgical**
**as of 2/19/2014**    **None**

**Family**
**as of 2/19/2014**    **None**

**Family Status**
**as of 2/19/2014**    **None**

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeles s Tobacco Status | Smokeles s Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 2/19/2014 | Never Assessed | Provider | | 0.0 | 0.0 | | | | Unknown | |

Printed on 4/17/2015 2:33 PM

Bethany L Coleman-Fire
DOB: ▓▓▓▓▓ CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1**
**PART 1 of 2**
**Page 186 of 1248**

RP Date ID: Feb 19 2014



**LEGACY EMANUEL MEDICAL CENTER**
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ▮▮▮▮▮ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

---

| **Alcohol Use** as of 2/19/2014 | Alcohol Use Yes | Source Provider | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|

| **Drug Use** as of 2/19/2014 | Drug Use No | Source Provider | Types | Frequency 0.00 | Comments |
|---|---|---|---|---|---|

| **Sexual Activity** as of 2/19/2014 | Sexually Active Not Asked | Source Provider | Birth Control | Partners | Comments |
|---|---|---|---|---|---|

| **Social ADL** as of 2/19/2014 | ADL Question **None** | Response | Comments | Source |
|---|---|---|---|---|

**Occupational** as of 2/19/2014    **None**

| **Socioeconomic** as of 2/19/2014 | Marital Status Domestic Partner | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Preferred Language English | Ethnicity Non-Hispanic | Race White or Caucasian | | |

**Pertinent Negatives**

**Medical** as of 2/19/2014    **None**

**Surgical** as of 2/19/2014    **None**

---

**Medication List**

**Notice**

You have not been prescribed any medications.

---

**ED Arrival Information**

| Expected - | Arrival 2/19/2014 07:07 | Acuity 4-Non-Urgent | Means of Arrival Ambulance | Escorted By Other | Service Emergency | Admission Type Emergency |
|---|---|---|---|---|---|---|

Arrival Complaint
Auto vs Ped

**ED Disposition**

Discharge

**Discharge Summaries**

No notes of this type exist for this encounter.

**History & Physicals**

No notes of this type exist for this encounter.

---

Printed on 4/17/2015 2:33 PM

Bethany L Coleman-Fire
DOB: ▮▮▮▮▮ CSN: 427935987
Printed by: DT [35265]

Emanuel
Hosp
2/14

**EXHIBIT 1**
**PART 1 of 2**
**Page 187 of 1248**

RP Date ID: Feb 19 2014



**LEGACY**
H E A L T H

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ████████ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

**Operative/Procedure Notes**

No notes of this type exist for this encounter.

**Delivery Summary**

No notes of this type exist for this encounter.

**Consult Notes**

No notes of this type exist for this encounter.

**ED Notes**

**ED Provider Notes by Faroghi, Arman, MD at 02/19/14 0708**

| Author:  Faroghi, Arman, MD | Service:  (none) | Author Type:  Physician |
|---|---|---|
| Filed:  02/19/14 1623 | Note Time:  02/19/14 0708 | Status:  Signed |
| Editor:  Faroghi, Arman, MD (Physician) | | |

**Chief complaint:**
Car versus pedestrian accident
**History:**
Bethany Coleman-Fire is a 30 y.o. female who presents via EMS post MVA. Pt was crossing the street and
was hit by a car (Honda Civic) on the R side of body, pushed windshield in. C/o of HA and L index finger pain
and numbness (which is resolving), L knee soreness and ankle pain. Both elbows feel "sore". No LOC. LMP 3
wks ago. No back, chest or abd pain.
Allergic to C-clor ?

Patient is a 30 y.o. female presenting with injury. The history is provided by the patient and the EMS
personnel.
**Injury**
The incident occurred just prior to arrival. The incident occurred in the street. The injury mechanism was a
direct blow. The injury was related to a motor vehicle. The wounds were not self-inflicted. No protective
equipment was used. She came to the ER via EMS. EMS found her alert. EMS found her breathing to be
normal. EMS reported her pulse was strong. There is an injury to the head. There is an injury to the right
elbow and left elbow. There is an injury to the left index finger. The pain is moderate. It is unlikely that a
foreign body is present. Associated symptoms include nausea, headaches and tingling (Transient tingling to
the left index finger, now resolved.). Pertinent negatives include no chest pain, no numbness, no visual
disturbance, no abdominal pain, no bowel incontinence, no vomiting, no bladder incontinence, no hearing loss,
no inability to bear weight, no neck pain, no focal weakness, no decreased responsiveness, no light-
headedness, no loss of consciousness, no seizures, no weakness, no cough, no difficulty breathing and no
memory loss. There have been no prior injuries to these areas. Handedness: Global. Her tetanus status is
UTD. She has been behaving normally. There were no sick contacts. She has received no recent medical
care.

**Meds: none**

**Allergies:** Ceclor

**Surgical History:** No previous surgical history

Bethany L Coleman-Fire
DOB: ████████ CSN: 427935987
Printed by: DT [35265]

2/14
ED visit **EXHIBIT 1**
**PART 1 of 2**
**Page 188 of 1248**

STND 18-03985-000188



**LEGACY EMANUEL MEDICAL CENTER**
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE, BETHANY L
MRN: 9500945404
DOB[redacted] Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

**LEGACY**
H E A L T H

---

## ED Notes (continued)

**Past Medical History:** Past medical history has been reviewed and is not relevant for today's visit. No hx of DM, HTN, MI, CHF.

The patient does not have a smoking history on file. She does not have any smokeless tobacco history on file. She reports that she drinks alcohol. She reports that she does not use illicit drugs.

The patient's family history has been reviewed by me and is not relevant to today's visit.

I have reviewed RN note and agree with past medical and social history unless otherwise noted.

### ROS:
Review of Systems
Constitutional: Negative for activity change and decreased responsiveness.
HENT: Negative for hearing loss, sore throat, rhinorrhea, neck pain, neck stiffness and ear discharge.
Eyes: Negative for discharge and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea. Negative for vomiting, abdominal pain, diarrhea and bowel incontinence.
Genitourinary: Negative for bladder incontinence, dysuria, vaginal bleeding and vaginal discharge.
      **LMP 3 weeks ago.**
Musculoskeletal: Negative for myalgias, back pain and arthralgias.
      **L index finger pain. Soreness in bilateral elbows.**
Skin: Positive for wound **(scalp abrasion)**. Negative for rash.
Neurological: Positive for tingling **(Transient tingling to the left index finger, now resolved.)** and headaches. Negative for focal weakness, seizures, loss of consciousness, weakness, light-headedness and numbness.
Psychiatric/Behavioral: Negative for memory loss.
All other systems reviewed and are negative.

### Physical Exam:
BP 144/77 | Pulse 73 | Temp 36.6 °C (97.9 °F) (Oral) | Resp 16 | SpO2 100%
Physical Exam
Nursing note and vitals reviewed.
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress. Cervical collar and backboard in place.
      **Vitals are normal.**
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
      **No hemotympanum. No racoon's eyes or battles sign. No epistaxis. Dried blood noted in R nare. No septal hematoma. No facial Bony tenderness. No dental tenderness. Midface is stable. No**

---

Bethany L Coleman-Fire
DOB: [redacted] CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000189

RP Date ID: Feb 19 2014



**LEGACY**
H E A L T H

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB[         ]Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## ED Notes (continued)

**malocclusion.**
**Face non-tender with exception of mild tenderness over R zygomatic arch.**
**Vertex of scalp abrasion but no suturable lac.**
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
    **Pupils 3 mm bilaterally.**
Neck: Normal range of motion. Neck supple. No spinous process tenderness present.
    **No c-spine tenderness, no soft tissue tenderness. C-spine cleared clinically.**
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
    **No chest tenderness.**
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no
rebound and no guarding.
    **Pelvis stable to compression.**
Musculoskeletal: Normal range of motion. She exhibits no edema.
    **FROM of upper and lower extremities with mild soreness. Mild ecchymosis and swelling over L 2nd**
**MCP. No midline cervical, thoracic, or lumbar tenderness. No step-off. No deformity. Normal distal**
**radial/ulnar/median motor/sensory exam.**
Neurological: She is alert and oriented to person, place, and time. She has normal strength. No cranial nerve
deficit or sensory deficit. GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.
    **Gross motor and sensory intact.**

Skin: Skin is warm and dry. No rash noted.
Psychiatric: She has a normal mood and affect.

## Procedures:
Procedures

## ED Course:
Patient is a 30 y.o. female with no significant PMHx who is being seen in the ED for evaluation post MVA
where she was hit by a car while crossing the street. C/o global HA. No LOC, amnesia. No neck pain. She has
mild pain in L second MCP area. Denies chest pain, dyspnea, abd pain. Had some L index finger tingling
which is no resolved. LMP 3 wks ago.

Physical exam is significant for NAD. Dried blood in nares. No active epistaxis. Mild R temple and maxillary
tenderness. No c-spine tenderness. No c/w tenderness. Abd is benign. Mild L 2nd MCP tenderness. Neuro
non-focal. Concerns are for CHI. Doubt skeletal fracture. Will obtain UPT to evaluate for pregnancy. Urine dip
to evaluate for renal contusion, head CT to evaluate for traumatic injury considering the mechanism of injury
and HA. Will treat symptomatically and reassess.

UPT is neg. Head CT showed left posterior parietal scalp injury without ICH or skull fx. UA shows no evidence
of renal contusion. Noted WBC 5-10, leukoesterase 2+ and nitrite negative but patient is asymptomatic and
this does not warrant treatment for UTI. Overall clinical picture is consistent with post concussive syndrome
and scalp abrasion and contusion. Adequate symptom control after antiemetics. Reassuring serial neurologic
exam. Patient feels comfortable with going home. We will discharge patient home with CHI instructions and
return precautions given.

---

Printed on 4/17/2015  2:33 PM

Bethany L Coleman-Fire
DOB:[         ]CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1**
**PART 1 of 2**
**Page 190 of 1248**

STND 18-03985-000190

RP Date ID: Feb 19 2014



**LEGACY HEALTH**

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB:███████ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## ED Notes (continued)

07:19 Zofran 4 mg ODT
07:19 Tylenol 1 g PO

08:52 Pt continues to feel nauseated, will give additional Zofran.
08:53 Zofran 4 mg ODT

09:55 CT Head shows "left posterior parietal scalp injury without acute intracranial abnormality". UPT negative.

10:03 Pt reevaluated. Continued nonfocal neuro exam. Pt ambulated with no difficulty. Reports mild dizziness and mild nausea but much improved.

10:24 Pt continuing to feel nauseous. Will give additional Zofran. Will also give water, if unable to keep down will consider admission to CDU.

10:25 Zofran 2 mg ODT

10:51 Pt reassessed. Pt is feeling improved and is stable and agreeable with discharge to home. All questions answered and return precautions given at bedside and in discharge instructions.
Patient was able to ambulate without difficulty.

Labs Reviewed
URINALYSIS AND MICROSCOPIC - Abnormal; Notable for the following:
| | |
|---|---|
| UA Blood | Trace (*) |
| UA Leukocyte Esterase | 2+ (*) |
| UA WBC/hpf | 5-10 (*) |
| UA Bacteria | Rare (*) |

All other components within normal limits
_POCT URINE DIPSTICK INSTRUMENT - Abnormal; Notable for the following:
| | |
|---|---|
| U Leuk Esterase POCI | 2+ (*) |
| U Blood POCI | Trace (*) |

All other components within normal limits
POCT URINE HCG QUALITATIVE
POCT URINE DIPSTICK

## Diagnosis / Disposition:

1. **Concussion**
2. Scalp abrasion
3. Contusion of left hand

**ED Discharge Prescriptions**
ONDANSETRON (ZOFRAN-ODT) 4 MG DISINTEGRATING   Take 1 tablet by mouth Every 6 Hours As Needed for
TABLET                                        Nausea.

Printed on 4/17/2015  2:33 PM          Bethany L Coleman-Fire
                              DOB:███████CSN: 427935987
                                   Printed by: DT [35265]

EXHIBIT 1
PART 1 of 2
Page 191 of 1248

STND 18-03985-000191

RP Date ID: Feb 19 2014



**LEGACY**
H E A L T H

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ▮▮▮▮▮ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## ED Notes (continued)

Quantity: 10 tablet                                    Refills: 0

**Condition**: Stable
**Disposition**: Discharge to Home.

Electronically signed by Faroghi, Arman, MD at 02/19/14 1623

### ED Notes by McElreath, Michelle L, RN at 02/19/14 0720

| Author:  McElreath, Michelle L, RN    Service:  (none) | Author Type:  Registered Nurse |
|---|---|
| Filed:  02/19/14 0920    Note Time:  02/19/14 0720 | Status:  Signed |
| Editor:  McElreath, Michelle L, RN (Registered Nurse) | |

C-Collar removed by MD, 3 person assist with log roll off of backboard.

Electronically signed by McElreath, Michelle L, RN at 02/19/14 0920

### ED Notes by McElreath, Michelle L, RN at 02/19/14 0725

| Author:  McElreath, Michelle L, RN    Service:  (none) | Author Type:  Registered Nurse |
|---|---|
| Filed:  02/19/14 0725    Note Time:  02/19/14 0725 | Status:  Signed |
| Editor:  McElreath, Michelle L, RN (Registered Nurse) | |

SO at bedside.

Portland Police Officer at bedside.

Electronically signed by McElreath, Michelle L, RN at 02/19/14 0725

### ED Notes by McElreath, Michelle L, RN at 02/19/14 0712

| Author:  McElreath, Michelle L, RN    Service:  (none) | Author Type:  Registered Nurse |
|---|---|
| Filed:  02/19/14 0713    Note Time:  02/19/14 0712 | Status:  Signed |
| Editor:  McElreath, Michelle L, RN (Registered Nurse) | |

Pt was reportedly walking in a crosswalk, was struck by a small sedan on the left side, denies LOC, arrives in full c-spine precautions, c/o left index finger pain.

Electronically signed by McElreath, Michelle L, RN at 02/19/14 0713

**Patient Instructions**
No notes of this type exist for this encounter.

Printed on 4/17/2015  2:33 PM            Bethany L Coleman-Fire
                        DOB: ▮▮▮▮▮ CSN: 427935987
                        Printed by: DT [35265]

**EXHIBIT 1**
**PART 1 of 2**
**Page 192 of 1248**

RP Date ID: Feb 19 2014



**LEGACY HEALTH**

LEGACY EMANUEL MEDICAL CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ███████ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## Point of Care Testing - All Results

Resulted: 02/19/14 0955, Result Status: Final result

**POCT Urine HCG Qualitative [84149908]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Ordering provider: | Faroghi, Arman, MD 02/19/14 0720 | | Resulting Lab: | LEGACY EMANUEL HOSPTIAL POCT | | |
| Specimen: | Urine 02/19/14 0955 | | | | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| U HCG QC POCT | Acceptable | | | - | LEH POCT |
| U HCG Lot# POCT | 700230 | | | - | LEH POCT |
| U HCG Scn POCT | Negative | | | - | LEH POCT |
| U HCG Scn Cmt1 POCT | – | | | - | LEH POCT |
| U HCG Scn Cmt2 POCT | -- | | | - | LEH POCT |

Resulted: 02/19/14 1000, Result Status: Final result

**POCT U Dipstick Instrument [137691778] (Abnormal)**

| | | | | | |
|---|---|---|---|---|---|
| Resulting Lab: | LEGACY EMANUEL HOSPTIAL POCT | | Specimen: | Urine 02/19/14 0958 | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| U Protein POCI | Negative | Negative | | - | LEH POCT |
| U Leuk Esterase POCI | 2+ | Negative | A | - | LEH POCT |
| U Nitrite POCI | Negative | Negative | | - | LEH POCT |
| U pH POCI | 7.0 | 5.0 - 8.0 | | - | LEH POCT |
| U Spec Gravity POCI | 1.015 | <1.030 | | - | LEH POCT |
| U Blood POCI | Trace | Negative | A | - | LEH POCT |
| U Glucose POCI | Negative | Negative | | - | LEH POCT |
| U Ketones POCI | Negative | Negative | | - | LEH POCT |
| U Bilirubin POCI | Negative | Negative | | - | LEH POCT |

## Imaging - All Results

Resulted: 02/19/14 0938, Result Status: Final result

**CT Head wo Contrast [84149910]**

| | | | |
|---|---|---|---|
| Ordering provider: | Faroghi, Arman, MD 02/19/14 0720 | Resulted by: | Qaisi, Waleed G, MD |
| Performed: | 02/19/14 0916 - 02/19/14 0932 | Specimen: | 02/19/14 0936 |
| Narrative: | EXAM: CT HEAD WITHOUT CONTRAST | | |

Printed on 4/17/2015 2:33 PM

Bethany L Coleman-Fire
DOB: ███████ CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1
PART 1 of 2
Page 193 of 1248**

STND 18-03985-000193

RP Date ID: Feb 19 2014



**LEGACY HEALTH**

LEGACY EMANUEL MEDICAL
CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ▓▓▓▓ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## Imaging - All Results (continued)

Resulted: 02/19/14 0938, Result Status: Final
result

**CT Head wo Contrast [84149910]**

CLINICAL DATA: Headache after head injury as a pedestrian struck by motor
vehicle

COMPARISON STUDIES: None.

PROCEDURAL TECHNIQUE: Unenhanced axial 5 mm scans from the skull base to the
vertex

FINDINGS: Mild left posterior parietal scalp hematoma without associated
calvarial fracture. No acute intracranial hemorrhage, mass effect or midline
shift with normal appearance of the ventricles and CSF pathways. The included
paranasal sinuses and mastoid air cells are clear.

IMPRESSION:

1. Left posterior parietal scalp injury without acute intracranial abnormality.


Verified by Waleed Qaisi, MD on 2/19/2014 9:38 AM

## Lab - All Results

**URINALYSIS AND MICROSCOPIC [137691776] (Abnormal)**  Resulted: 02/19/14 1025, Result Status: Edited

Ordering provider: Faroghi, Arman, MD 02/19/14 0956   Resulting Lab:   LEGACY EMANUEL LAB
Specimen:   Urine; Urine 02/19/14 0953

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| UA Color | Yellow | Yellow | | - | EH LAB |
| UA Turbidity | Clear | Clear | | - | EH LAB |
| UA Glucose | Negative | Negative | | - | EH LAB |
| UA Bilirubin | Negative | Negative | | - | EH LAB |
| UA Ketones | Negative | Negative | | - | EH LAB |
| UA Specific Gravity | 1.010 | <1.030 | | - | EH LAB |

Printed on 4/17/2015 2:33 PM

Bethany L Coleman-Fire
DOB: ▓▓▓▓ CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1
PART 1 of 2
Page 194 of 1248**

RP Date ID: Feb 19 2014



**LEGACY**
H E A L T H

LEGACY EMANUEL MEDICAL CENTER
2801 N Gantenbein Ave
Portland OR 97227-1623

COLEMAN-FIRE,BETHANY L
MRN: 9500945404
DOB: ▓▓▓▓ Sex: F
Adm: 2/19/2014, D/C: 2/19/2014

## Lab - All Results (continued)

### URINALYSIS AND MICROSCOPIC [137691776] (Abnormal)          Resulted: 02/19/14 1025, Result Status: Edited

| | | | | | |
|---|---|---|---|---|---|
| UA Blood | Trace | Negative | A | - | EH LAB |
| UA pH | 6.0 | 5.0 - 8.0 | | - | EH LAB |
| UA Albumin | Negative | Negative | | - | EH LAB |
| UA Leukocyte Esterase | 2+ | Negative | A | - | EH LAB |
| UA Nitrite | Negative | Negative | | - | EH LAB |
| UA WBC/hpf | 5-10 | 0 - 5 | A | - | EH LAB |
| UA RBC/HPF | 0-2 | 0 - 2 | | - | EH LAB |
| UA Bacteria | Rare | Negative | A | - | EH LAB |
| UA Epithelial Cell | Few | Neg-Few | | - | EH LAB |
| UA Cult Reflex? | No | | | - | EH LAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - EH LAB** | LEGACY EMANUEL LAB | Catherine M Miles, MD | 501 N Gantenbein Ave Portland OR 97227 | 09/21/12 0938 - Present |
| **77 - LEH POCT** | LEGACY EMANUEL HOSPTIAL POCT | Juan Millan, MD | 501 N Ganteinbein Avenue Portland OR 97227 | 11/20/12 1150 - Present |

### Discharge Instructions                                    Coleman-Fire, Bethany L (MR # 9500945404)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 02/19/14 1051 Note: | Pended | Faroghi, Arman, MD | Physician | Original |

# You may take Tylenol as needed for headache. Return for worsened headache, dizziness, worsened nausea, difficulty with balance or other concerns.

Printed on 4/17/2015  2:33 PM

Bethany L Coleman-Fire
DOB: ▓▓▓▓ CSN: 427935987
Printed by: DT [35265]

**EXHIBIT 1**
**PART 1 of 2**
**Page 195 of 1248**

# REQUEST TO UPDATE SRI CLAIM DATA

Claimant's Name: __BETHANY COLEMAN-FIRE__

SSN: ███████████

| Main Claim # | Type | Status | Special Status | Last Activity Date |
|---|---|---|---|---|
| 00VW3181 | LTD | Closed | | 6/1/2017 |

| Claim # | Type | Status | Special Status | Last Activity Date |
|---|---|---|---|---|
| 00XQ7036 | LT | Closed | | 5/24/2013 |

√ 09 1206

**For Closed LTD only:**

☑ No Pending Diary Events   ☑ No Active Waiver

Overpayment:   ☒ No   ☐ Yes, Reason:

ASO   ☒ No
      ☐ Yes

Comments:

| Processed By | Department / Team | Date |
|---|---|---|
| Kath McGrath  ext.6946 | C11-1 / CCC | 9/29/2017 |

**EXHIBIT 1**
**PART 1 of 2**
**Page 196 of 1248**

STND 18-03985-000196

## Claimant/Contract information pertinent to the claim

| | | |
|---|---|---|
| Claimant Name: Bethany Coleman-Fire | | |
| Authorized to correspond with: | claimant | |
| LTD Claim No. 00WW3181 | | |
| | Benefit Waiting Period: | 90 days |
| Last Day Worked: 2/18/2014 | Date of Disability: | 2/19/2014 |
| Date of Hire: 6/1/2013 | Insurance Effective Date | 6/1/2013 |
| Occupation: associate attorney | | Level |
| Rehab RTW Date: | FICA/Med Extended: | |
| Min Ben | Benefit % | Flat Benefit |

### LWOP/CLI Status

| | | |
|---|---|---|
| Life Waiver of Premium | | Plan |

**Pension Benefits** — **Additional Benefits** — Letter Mailed:

- ☐ MAPB  ☐ PB  ☐ PCB   ☐ ALB  ☐ LSB
- ☐ CRCB  ☐ RT  ☐ ACB  ☐ N/A   ☐ HAB  ☐ MEB  ☐ N/A

### LTD Coverage Information

| | |
|---|---|
| Choose your policy | Group Policy Effective Date |
| Claimant reside in California? | Policy Issued in California |
| Review Language | Contract Class: |
| Own Occ Total Disability % | Any Occ Total Disability % |
| Partial Disability % | Any Occ Partial Disability% |

### LTD Benefits Periods

| Type | Period Begin | Period End | Warned | Applied |
|---|---|---|---|---|
| Maximum Benefit: | | | | |
| Own Occupation: | | | | |
| Limited Condition | | | | |
| Limited Condition | | | | |
| Limited Condition | | | | |

### Deductible Income

| Type | Status | Amount | Ben From | BenTo |
|---|---|---|---|---|
| SSA: | | | | |
| SSA: | | | | |
| SDI: | | | | |
| WC: | | | | |
| WC: Permanent | | | | |
| PERS: | | | | |
| ER: | | | | |
| STD: CA 09 use AI | | | | |
| Other: | | | | |
| TPL/Subrogation | | | | |

### Deduction & Payment Information

| Type | Rate% | Amount | Begin Date | End Date |
|---|---|---|---|---|
| FIT | | | | |
| SIT | | | | |
| ER Cont. %: | Premium | | | |
| COLA: | ProClaim Class Code | | | |
| BCD Unit | Tax/Admin | | Div Code | |
| Premium Paid Through Date | | Grace Period | | |

### Correspondence

| Type | Sent | Received |
|---|---|---|
| Deductible Income Ltr | | |
| Repayment Agreement | | |
| ETE Form | | |

### Claim Accuracy

Claim and policy data on CLAIM OVERVIEW verified as accurate:

_____ (Initial)

---

## Pending Claim Plan

### Claims Summary

The reason the claim is pending is :

Ms. Coleman-Fire is a 31 year old associate attorney who ceased work after being struck by a car. Disability Date 2/19/14. RTW part time 8/4/14.

Preex 90/12. Must conduct preexisting condition investigation. Must also obtain medical documentation to support stated L&Rs. Need documentation of pre and post disability work activity and earnings.

### Evidence of Insurability/Rescission

| | | | |
|---|---|---|---|
| Date of Hire: 6/1/2013 | Insurance Effective Date: | | 6/1/2013 |
| Rescission Review/Investigation Needed | | | |

### Preexisting Condition Review

| | | | |
|---|---|---|---|
| memo: | | | |
| Ins. Eff Date: | 6/1/2013 Exclusionary Period | | 12mnths |
| PreEx Period 90days | From | 3/3/2013 To | 5/31/2013 |
| PreEx Investigation Required? | yes | | |
| Prudent Person Language? | no | | |

### Information Needed to make Decision

| Source | Requested | Follow-up | Received |
|---|---|---|---|
| Dr. Uppal | 2/4/2015 | | ☑ |
| Dr. Chestnut | 2/4/2015 | | ☐ |
| Legacy Emanuel | 2/4/2015 | | ☑ |
| HPVS | 2/12/2015 | | ☑ |
| ER info | 2/12/2015 | | ☑ |
| Scriptcheck | 2/12/2015 | | ☑ |

### Pending Claim Review Requirements

| | | | |
|---|---|---|---|
| Assigned | 2/4/2015 | Date of Decision to Pend | 2/12/2015 |
| 45d ltr Date: | 3/20/2015 | Date Tolled: | Date Untolled |
| 75d ltr Date: | 4/19/2015 | Date Tolled: | Date Untolled |
| 105d ltr Date | 5/19/2015 | Date Tolled: | |

### Approver Comments

_Analyst_ (signature)   2/12/15

_Approver_

EXHIBIT 1
PART 1 of 2
Page 197 of 1248

STND 18-03985-000197

# New Claim Worksheet

Group ID* 10010415                              MM#* [redacted]

Claimant name* Bethany Coleman - Fire          Phone (503) 320.9564

**Employee Statement:**

Date of birth [redacted]                        Last day worked 2/18/14

Disability date 2/19/14                          First medical 2/19/14

# Dependents 0                                   DOB of youngest n/a

**Employer Statement:**

Occupation associate attorney    Hire date 6/1/13    Hours worked 40

Last day worked 2/18/14    Date of Disability ___    Last day paid ongoing

Sick leave ends _____    Monthly earnings $9791.67    Date of last raise 1/1/14

Enrollment card _____    Employer contribution 100%    ERISA or Non-ERISA (circle o

Life Waiver* (Y) N Amt $118K    Reduce or terminate? When? _____ Beneficiary Card? _____

**Attending Physician's Statement:**

Diagnosis + Symptoms Concussion, MVA

IPV 2/20/14    Advise cease work? no    ARD released to 75% time

Policy effective date 1/1/13    Insurance effective date(s) 6/1/13    Class code 2

Benefit formula 60%    Min benefit $100    Max benefit $8K

BWP 90 days    MBP SSNRA    Own Occ period to MBP    IPG: _____

Pre-ex period 90/12    Dates: 3/3/13 thru 5/31/13    Prudent person language? Ye

HAB/ALB?    Other _____    Limitations _____

Admin unit /DIV Code _____    Business Structure (circle one) C-Corp S-Corp Partnership Sole Proprieto

PDE: _____

Notes: P/T work 8/4/14 →

| Offsets: | Effective date | End date | Amount | Notes |
|---|---|---|---|---|
| SSD (P & Dep) | | | | |
| WC | | | | |
| PERS | | | | |
| SDI | | | | |
| SL | | | | Check for raise |
| Third Party | | | | |
| RO+ | | | | |
| Taxes | | | | |
| Other | | | | |

Check for indexing, extend Fica/Medicare, deny SS offset, check contract for earnings limit

**EXHIBIT 1**
**PART 1 of 2**
**Page 198 of 1248**

Printed on 2/4/2015 1:08:00 PM

Enter claim number: | 00VW3181 | | 000 | Segment (optional):

LT Claim: 00VW3181  000   BETHANY COLEMAN-FIRE
Group: 10010415
Assigned User: CCCNFEUE    Stat: P  Reas: N
Last Segment Generated on 02/04/15 by CCCKMCGR

**Compliance** | Custom CL Lookup |

| | |
|---|---|
| Tolling Flag Status | N |
| Total Pending Days | Value Not Available |
| Total Pending Tolling Days | Value Not Available |
| Pending Tolling Start Date | Value Not Available |
| Pending Tolling Flag Status | N |
| Current Contested Date | No Current Review |
| Online Contested Date | No Instance of this Event |
| Current Contested Days | No Instance of this Event |
| Contested Tolling Start Date | No Instance of this Event |
| Current Tolling Days | No Instance of this Event |
| Prior Contested Date | No Prior Review |
| Prior Contested Days | No Prior Review |
| Prior Tolling Days | No Prior Review |

DOL Pending Deadline WITHOUT TOLLING -1: 3/20/2015
DOL Pending Deadline WITHOUT TOLLING -2: 4/19/2015
DOL Pending Deadline WITHOUT TOLLING -3: 5/19/2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 199 of 1248**

STND 18-03985-000199

# LEX Letter Log

Document all letters written and produced using LEX after November 2nd, 2008..

Claimant _____

Claim Number(s) _____

| Date of Letter | Letter Description | Paper copy in claim file? |
|---|---|---|
| 7-9-15 | WOP ll approval | Y (N) |
| 7-9-15 | WOP er approval | Y (N) |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |
| | | Y  N |



August 10, 2015


BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211


Re:    PROFESSIONAL SERVICES EMPLOYER

Dear BETHANY COLEMAN-FIRE:

We are currently reviewing your waiver of premium claim with Standard Insurance Company
(The Standard).  This benefit continues your Group Life insurance without payment of premium
while you remain unable to perform with reasonable continuity the material and substantial
duties of any occupation for which you are suited in light of your education, training and
experience.

The Group Policy stipulates that information must be furnished annually confirming your total
disability.

You may be receiving this letter because we have not yet received your Beneficiary Designation
selection for your Group Life Insurance. Please fill out the enclosed Periodic Claimant's
Statement designating your beneficiary. Please remember to Sign and Date the form and return it
as soon as possible. We must receive the Beneficiary Designation during your lifetime in order
for it to become effective.

Upon receipt of the enclosed completed forms, we will update your file as appropriate. We may
contact your physician if any medical information is needed to complete our review.

We appreciate the opportunity to be of service to you and look forward to hearing from you soon.
If you have any questions or concerns regarding your claim, please contact me at the number
below.

Sincerely,

*Jean A. Baker*

Jean Baker
Life Waiver of Premium Examiner
800-368-1135  ext. 6338

Enclosures:    Claimant's Statement
               Authorization to Obtain Information


PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 201 of 1248

STND 18-03985-000201

**Standard Insurance Company,** Group Benefits
1100 SW Sixth Avenue   Portland OR 97204-1093   800.628.8600 Tel

**Waiver of Premium – Periodic Claimant's Statement**

*When completed, please return this form to The Standard.*

## 1. CLAIMANT INFORMATION

| | |
|---|---|
| Name: | Street Address: |
| City: | State: | Zip Code: |

| | | |
|---|---|---|
| Phone Number: | Birthdate: | Social Security Number: |

Are you now working?   ☐ Yes  ☐ No       Date you resumed work: _____ /_____ /_____

☐ My job  ☐ Another job  ☐ Self-employed  ☐ Part-time

☐ I expect to return to work _____ /_____ /_____.   ☐ I do not expect to return to work.

## 2. DISABILITY

Describe your present medical condition including any changes in the past year and how you believe it prevents you from working in any reasonable occupation.

## 3. MEDICAL

Please list all physicians who have treated you for your disability in the last year. Use separate sheet if needed.

| Name: | | | Name: | | |
|---|---|---|---|---|---|
| Address: | | | Address: | | |
| City: | State: | Zip Code: | City: | State: | Zip Code: |
| Phone: | Last Treatment Date: | | Phone: | Last Treatment Date: | |

**Do you wish to change your beneficiary?  If so, please complete the following section.**

Beneficiary – Complete for Life, and Additional/Optional Life coverage only. If you designate a trust or a trustee, you must have a written trust agreement. If you designate a minor (a person not of legal age) it may be necessary to have a guardian or a legal representative appointed before any death benefit can be paid. This means legal expense for the beneficiary and delay in the payment of the insurance. Please take this into consideration when naming your beneficiary.

**PRIMARY**

| Full Name | % of Benefit | Address | Social Sec. No. | Relationship |
|---|---|---|---|---|
| | | | | |
| | | | | |

**CONTINGENT**

| Full Name | % of Benefit | Address | Social Sec. No. | Relationship |
|---|---|---|---|---|
| | | | | |
| | | | | |

**BENEFICIARY EXAMPLES**

| Two Primary Beneficiaries: | | | | |
|---|---|---|---|---|
| Peter Smith | 60% | 77 America Street, Anytown, USA 77777 | 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 | Husband |
| Anna Smith | 40% | 777 USA Street, Anytown, USA 77777 | 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 | Daughter |
| **One Primary & One Contingent Beneficiaries:** | | | | |
| PRIMARY: Peter Smith | 100% | 77 America Street, Anytown, USA 77777 | 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 | Husband |
| CONTINGENT: Quincy Smith | 100% | 777 USA Street, Anytown, USA 77777 | 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 | Son |

*If death occurs and a minor is the beneficiary, it may be necessary to have a guardian or a legal representative appointed before any death benefit can be paid.*

## 4. ACKNOWLEDGMENT

I certify the above answers true and complete to the best of my knowledge and belief.

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false, or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

Signature: _____   Date: _____

SI 8825                                      1 of 1      Claim:  BETHANY COLEMAN-FIRE
                                                        Analyst:  Jean Baker, C9A

(2/03)

**EXHIBIT 1**
**PART 1 of 2**
**Page 202 of 1248**

STND 18-03985-000202

## Authorization to Obtain and Release Information

**I AUTHORIZE THESE PERSONS** having any records or knowledge of me or my health:
- Any physician, medical practitioner or health care provider.
- Any hospital, clinic, pharmacy or other medical or medically related facility or association.
- Kaiser Permanente.
- Any insurance company or annuity company.
- Any employer, policyholder or plan sponsor.
- Any organization or entity administering a benefit or leave program (including statutory benefits) or an annuity program.
- Any educational, vocational or rehabilitation counselor, organization or program.
- Any consumer reporting agency, financial institution, accountant, or tax preparer.
- Any government agency (*for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, Workers' Compensation Board, etc.*).

**TO GIVE THIS INFORMATION:**
- Charts, notes, x-rays, operative reports, lab and medication records and all other medical information about me, including medical history, diagnosis, testing and test results. Prognosis and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes.
  - Any communicable disease or disorder.
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes. Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date.
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs.
- **and:**
- Any non-medical information requested about me, including such things as education, employment history, earnings or finances, return to work accommodation discussions or evaluations and eligibility for other benefits or leave periods including but not limited to claims status, benefit amount, payments, settlement terms, effective and termination dates, plan or program contributions, etc.

**TO STANDARD INSURANCE COMPANY, THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK, THE STANDARD BENEFIT ADMINISTRATORS AND THEIR AUTHORIZED REPRESENTATIVES (referred to as "The Companies", individually and collectively), AND MY EMPLOYER'S ABSENCE MANAGEMENT PROGRAM ADMINISTRATOR ("Absence Manager").**
- I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction.
- I understand that each of The Companies and Absence Manager will gather my information only if they are administering or deciding a claim(s) under my life, dismemberment and/or disability insurance, or leave of absence claim, and will use the information to determine my eligibility or entitlement for benefits or leave of absence.
- I understand that I have the right to refuse to sign this authorization and a right to revoke this authorization at any time by sending a written statement to The Companies and Absence Manager, except to the extent the authorization has been relied upon to disclose requested records. A revocation of the authorization, or the failure to sign the authorization, may impair The Companies' and Absence Manager's ability to evaluate or process my claim(s), and may be a basis for denying or closing my claim(s) for benefits or leave of absence.
- I understand that in the course of conducting its business The Companies and Absence Manager may disclose to other parties information about me. They may release information to a reinsurer, a plan administrator, plan sponsor, or any person performing business or legal services for them in connection with my claim(s). I understand that The Companies and Absence Manager will release information to my employer necessary for absence management, for return to work and accommodation discussions, and when performing administration of my employer's self-funded (and not insured) disability plans.
- I understand that The Companies and Absence Manager comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law. Information retained and disclosed by The Companies and Absence Manager may not be protected under the Health Insurance Portability and Accountability Act [HIPAA].
- I understand and agree that this authorization as used to gather information shall remain in force from the date signed below:
  - For Standard Insurance Company, the duration of my claim(s) or 24 months, whichever occurs first.
  - For The Standard Life Insurance Company of New York, the duration of my claim(s) or 24 months, whichever occurs first.
  - For The Standard Benefit Administrators, the duration of my claim(s) administered by The Standard Benefit Administrators or 24 months, whichever occurs first.
  - For Absence Manager, 24 months.
- I understand and agree that The Companies and Absence Manager may share information with each other regarding my life, dismemberment and/or disability insurance claim(s) and leave of absence claim. This authorization to share information shall remain valid for 12 months from the date signed below.
- I acknowledge that I have read this authorization and the New Mexico notice on page 2. A photocopy or facsimile of this authorization is as valid as the original and will be provided to me upon request.

Name (please print) _____ Social Security No. _____

Signature of Claimant/Representative _____ Date _____

If signature is provided by legal representative (e.g., Attorney in Fact, guardian or conservator), please attach documentation of legal authority. **EXHIBIT 1**

SI 1284-AUTH (4/12)     1 of 2     Claim:  BETHANY COLEMAN-FIRE     **PART 1 of 2**
Analyst: Jean Baker, C9A     **Page 203 of 1248**

STND 18-03985-000203

## Authorization to Obtain and Release Information

Standard Insurance Company is a licensed insurance company in all states except New York. The Standard Life Insurance Company of New York is an insurance company licensed only in New York. An absence manager may be hired by your employer and may be one of The Companies.

**FOR RESIDENTS OF NEW MEXICO**

The state of New Mexico requires Standard Insurance Company to provide you with the following information pursuant to its Domestic Abuse Insurance Protection Act.

The Authorization form allows Standard Insurance Company to obtain personal information as it determines your eligibility for insurance benefits. The information obtained from you and from other sources may include confidential abuse information. "Confidential abuse information" means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. With respect to confidential abuse information, you may revoke this authorization in writing, effective ten days after receipt by Standard Insurance Company, understanding that doing so may result in a claim being denied or may adversely affect a pending insurance action.

Standard Insurance Company is prohibited by law from using abuse status as a basis for denying, refusing to issue, renew or reissue or canceling or otherwise terminating a policy, restricting or excluding coverage or benefits of a policy or charging a higher premium for a policy.

Upon written request you have the right to review your confidential abuse information obtained by Standard Insurance Company. Within 30 business days of receiving the request, Standard Insurance Company will mail you a copy of the information pertaining to you. After you have reviewed the information, you may request that we correct, amend or delete any confidential abuse information which you believe is incorrect. Standard Insurance Company will carefully review your request and make changes when justified. If you would like more information about this right or our information practices, a full notice can be obtained by writing to us.

If you wish to be a protected person (a victim of domestic abuse who has notified Standard Insurance Company that you are or have been a victim of domestic abuse) and participate in Standard Insurance Company's location information confidentiality program, your request should be sent to Standard Insurance Company.



July 9, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211

Re:    Policyholder        Professional Services Employer
       Policy No.          445474
       Claim No.           D91206

Dear Ms. Coleman-Fire:

We are writing in regard to your Group Life Insurance claim with Standard Insurance Company (The Standard).  We are pleased to inform you we have approved your claim for Waiver of Premium. This letter will answer questions about how Waiver of Premium applies to your Group Life Insurance, and the type and amount of insurance included.

**How much Life Insurance do I have?**

The following amount of Group Life Insurance was in force on the date you became Disabled:

$118,000.00  Basic Term Life Insurance

**How long will the Waiver of Premium Continue?**

Your Group Life Insurance will remain in force without premium payment until age 67, your Social Security Normal Retirement Age, provided you continue to satisfy the Group Policy's Waiver of Premium Insurance provision.

**Will my other kinds of Life Insurance continue under the Waiver of Premium?**

While your Term Life Insurance continues under this policy provision, your Accidental Death and Dismemberment Insurance (AD&D) will not continue. However, your Group Life Insurance will be payable if your death is accidental.

**Who are the Beneficiaries of my Group Life Insurance?**

Our records show we do not have a current beneficiary for your Group Life Insurance in your file. Please complete the enclosed Beneficiary Designation/Change Form. If you designate two or more beneficiaries, please specify whether you wish them to receive equal shares or whether you wish a different distribution of your benefits.  We recommend that you use percentages rather

PO Box 2800  Portland OR 97208-2800  tel 800.628.8600
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 205 of 1248**

STND 18-03985-000205

BETHANY COLEMAN-FIRE                              2                              July 9, 2015

than dollars to designate the amount for each beneficiary. An example can be found on the Beneficiary Designation/Change Form.

Please remember to SIGN and DATE the form, and return it as soon as possible in the enclosed postage-paid return envelope. We must receive the Beneficiary Designation/Change form during your lifetime in order for it to become effective.

If you have any questions about how to fill out the Change of Beneficiary form, you may call our office.

**What is the Accelerated Benefit? Do I qualify?**

Your Group Life Insurance Policy includes an Accelerated Benefit provision, sometimes referred to as a living need benefit. This benefit may be available if you have been approved for Waiver of Premium and have been diagnosed as terminally ill with a life expectancy of less than 24 months. The Accelerated Benefit allows you to receive from 10% up to 75% of your Life Insurance coverage as a once in a lifetime lump sum payment. If you are interested in further information about this benefit, you may contact our office at the number below.

**Will my Life Insurance claim be reviewed again?**

Your Group Policy requires a periodic review of your Waiver of Premium claim. Therefore, we will contact you periodically to request current information to review your eligibility for this benefit. However, we require that you notify us if you recover from your disability at any time, return to work or have a change of address.

We appreciate the opportunity to be of service to you. **If you have any questions about this letter or your claim, please contact your Disability Benefits Analyst, Necole Suzuki, at 800.368.1135 ext. 3198.**

Sincerely,

*Jean A. Baker*

Jean Baker
Life Waiver of Premium Examiner
800-628-8600  ext. 6338

Enclosure:    Beneficiary Designation Form

PO Box 2800  Portland OR 97208-2800  tel 800.628.8600
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 206 of 1248**

STND 18-03985-000206

**Standard Insurance Company**                                    **Beneficiary Designation/Change**

900 SW Fifth Ave  Portland OR 97204

This designation will apply to the following Standard Insurance Company coverage(s) if available to you through your Employer: Life Insurance, Life with Accidental Death & Dismemberment (AD&D) Insurance and, unless specified otherwise on a separate sheet of paper, Supplemental Life Insurance.

Designations made below, or on a separate sheet of paper, are not valid unless signed, dated, and delivered to the Employer during your lifetime. However, while we are administering your Waiver of Premium claim, your completed beneficiary designation should be delivered to The Standard.

Sign and date the completed form and return it to The Standard at the address above.

## MEMBER/EMPLOYEE INFORMATION

| Your Name (Last, First, Middle) | | Social Security No. | | |
|---|---|---|---|---|
| Your Address | | City | State | Zip |
| Group Name | | Group No. | | |

## BENEFICIARY INFORMATION

- Your designation revokes all prior designations.
- Benefits are payable to a contingent Beneficiary only if you are not survived by one or more primary Beneficiaries.
- If you name two or more Beneficiaries in a class (primary or contingent), two or more surviving Beneficiaries will share equally, unless you provide for unequal shares.
- If a minor (a person not of legal age) or your estate is the Beneficiary, it may be necessary to have a guardian or a legal representative appointed by the court before any death benefit can be paid. If the Beneficiary is a trust or trustee, the written trust must be identified in the Beneficiary designation. For example, "Dorothy Q. Smith, Trustee under the trust agreement dated _____."
- A power of attorney must grant specific authority, by the terms of the document or applicable law, to make or change a Beneficiary designation. If you have questions, consult your legal advisor.
- Dependents Insurance and Supplemental Life Insurance on your Spouse, if any, is payable to you, if living, or as provided under your Employer's coverage under the Group Policy.
- If you complete the "% of Benefit" box(es), the amounts should add up to 100% for each class (primary or contingent). For example,  "Primary - John Q. Doe, 60%; Jane Q. Doe, 40%."

| Primary – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Contingent – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Signature of Member/Employee                                    Date

SI 13208        Date sent: July 9, 2015                Claim: D91206  Analyst:  Jean Baker, C9A

**EXHIBIT 1**
**PART 1 of 2**
(8/06)
**Page 207 of 1248**

STND 18-03985-000207



July 9, 2015

PROFESSIONAL SERVICES EMPLOYER
ATTN: JENNY KIM
7525 SE 24TH ST STE 350
MERCER ISLAND, WA  98040

Re:    Policyholder        Professional Services Employer
       Policy No.          445474
       Claim No.           D91206

Dear Ms. Kim:

We are writing in regard to Bethany Coleman-Fire's Group Life Insurance coverage with
Standard Insurance Company (The Standard).  We have approved Ms. Coleman-Fire's claim for
Waiver of Premium.

The following amount of Group Life Insurance, which was in force on the date  Ms.
Coleman-Fire became unable to work, will remain in force according to the terms of the Group
Policy:

$118,000.00  Basic Term Life Insurance

Ms. Coleman-Fire's Group Life Insurance will remain in force without premium payment until
age 67, her Social Security Normal Retirement Age, provided she continues to satisfy the Group
Policy's Waiver of Premium provision.

You may take a credit on your next premium statement for the premium paid on behalf of Ms.
Coleman-Fire from March 1, 2014, through the last month premiums were paid, up to a
maximum of 12 months.  The attached Waiver of Premium Continued Life Insurance Refund
Worksheet is provided to help you calculate the credit amount(s).

Please fill out the worksheet completely and attach to your next premium statement as
documentation for your adjustments.  If you have any questions you can contact our premium
department at the number listed at the end of this letter.

You may adjust your premium statement by terminating the member from line 4 and deducting
the credit amount (as calculated on the worksheet) on line 10 under the corresponding coverage
on the premium statement.  If there is more than one coverage, please indicate your adjustments
on the appropriate statement.

PO Box 2800  Portland OR 97208-2800  tel 800.628.8600
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 208 of 1248

STND 18-03985-000208

Please note, since Accidental Death and Dismemberment (AD&D) coverage is not subject to Waiver of Premium and does not continue under this benefit, you must also terminate the member on line 4 of the appropriate premium statement under AD&D.

If Ms. Coleman-Fire returns to work, premium payment should begin again as of the first of the month following the credit refund period.

Our decision is based upon specific information contained in Ms. Coleman-Fire's claim file. If you would like more information regarding this claim, please provide an authorization signed by her.

Ms. Coleman-Fire has been notified of this claim decision. Please notify The Standard promptly if Ms. Coleman-Fire returns to any type of employment so her claim can be reevaluated.

For questions on how to calculate and apply the refund to your premium payment, please contact our Policy Administration team at 800.348.3226.

The Standard appreciates the opportunity to be of service to you. **If you have any questions regarding this letter or Ms. Coleman-Fire's claim, please contact her analyst, Necole Suzuki, at 800-368-1135 ext. 3198.**

Sincerely,

Jean A. Baker

Jean Baker
Life Waiver of Premium Examiner
800-628-8600  ext. 6338

Enclosure:    Waiver of Premium Continued Life Insurance Refund Worksheet

PO Box 2800  Portland OR 97208-2800  tel 800.628.8600
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1
PART 1 of 2
Page 209 of 1248**

STND 18-03985-000209

Standard Insurance Company

800.548.3226 Tel

<div align="right">

**Waiver of Premium**
**Continued Life Insurance**
**Refund Worksheet**

</div>

Date _____ / _____ / _____

Group policy no. _____    Division no. _____

Policyholder name _____

Claimant name _____    Claimant Social Security no. _____

Preparer's name _____    Claim no. _____

Preparer's phone no.   (_____) _____

### Calculating the Refund

There are two different formulas used to calculate the premium refund amount. Which formula you use depends on the structure of your life insurance premium rates. The formulas and examples of each calculation method are shown below:

| Formula (1) | Formula (2) |
|---|---|
| If your rates are expressed as a fixed cost per member, calculate your refund this way:<br><br>Fixed rate x No. of months = Refund amount. | If your rates are expressed as a cost per $1,000 of coverage, calculate your refund this way:<br><br>Amout of insurance x Rate ÷ $1,000<br>x No. of months = Refund amount. |
| **Example:** | **Example:** |
| Type of Coverage:      Dependents Life<br><br>Per Member Cost:      $  1.27 per mo.<br>No. of months refunded      x   9<br>Refund-Dependent Life      $ 11.43 | Type of Coverage:      Term (Basic) Life<br>*Amount of Coverage: $25,000*<br><br>Coverage Amount ÷ $1,000      25<br>Cost per $1,000      x   .50<br>Refund per month      $  12.50<br>No. of months refunded      x   9<br>Refund-Term Life      $ 112.50 |

### Your Calculation

Calculate your refund using the appropriate formula in the space provided below:

| Formula (1) | Formula (2) | |
|---|---|---|
| Coverage _____<br>Cost Per Member _____<br>No. of Months   x _____<br>Refund Amount   $ _____ | Coverage _____<br>Amt.÷ $1,000 _____<br>Refund per Mo.   $ _____<br>No. of Months   x _____<br>Refund Amount   $ _____ | Coverage _____<br>Amt.÷ $1,000 _____<br>Refund per Mo.   $ _____<br>No. of Months   x _____<br>Refund Amount   $ _____ |

*Please retain one copy for your files and return the second copy with your next Premium Statement.*
*Fill out one worksheet for each Life Coverage.*

SI 6360

Date sent: July 9, 2015          Claim: D91206  Analyst:  Jean Baker, C9A

<div align="right">

**EXHIBIT 1**
**PART 1 of 2**
**Page 210 of 1248**

</div>



June 18, 2015


BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211


Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your claim for disability income benefits with Standard Insurance Company (The Standard).  In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested.  When all information has been received and reviewed, I will make a decision on your claim as quickly as possible.  You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

*Necole Suzuki*

Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198


PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 211 of 1248**

STND 18-03985-000211



June 4, 2015


BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211


Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your waiver of premium claim with Standard Insurance Company (The Standard).  If approved, this means your life insurance coverage will continue without payment of premium.  You may help by providing any information that I may request from you.  When a decision has been made you will be promptly notified.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Suzuki

Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198


PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 212 of 1248

STND 18-03985-000212



May 28, 2015


BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211


Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your claim for disability income benefits with Standard Insurance Company (The Standard).  In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested.  When all information has been received and reviewed, I will make a decision on your claim as quickly as possible.  You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

*Necole Suzuki*

Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198


PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 213 of 1248**

STND 18-03985-000213



May 6, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your claim for disability income benefits with Standard Insurance Company (The Standard).  In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested.  When all information has been received and reviewed, I will make a decision on your claim as quickly as possible.  You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

*Necole Suzuki*

Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198

EXHIBIT 1
PART 1 of 2
Page 214 of 1248

STND 18-03985-000214



May 5, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No: 445474
       Claim No: 00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your waiver of premium claim with Standard Insurance Company (The Standard). If approved, this means your life insurance coverage will continue without payment of premium. You may help by providing any information that I may request from you. When a decision has been made you will be promptly notified.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

*Necole Suzuki*

Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 215 of 1248

STND 18-03985-000215



April 15, 2015


BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211


Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your claim for disability income benefits with Standard Insurance Company (The Standard).  In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested.  When all information has been received and reviewed, I will make a decision on your claim as quickly as possible.  You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,


*Necole Suzuki*

Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198


PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 216 of 1248

STND 18-03985-000216



April 6, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your waiver of premium claim with Standard Insurance Company (The Standard).  If approved, this means your life insurance coverage will continue without payment of premium.  You may help by providing any information that I may request from you.  When a decision has been made you will be promptly notified.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,
Necole Suzuki
Sr Disability Claim Spec
800-368-1135 ext. 3198

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 217 of 1248

STND 18-03985-000217



March 25, 2015


BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211


Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No: 445474
       Claim No: 00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your claim for disability income benefits with Standard Insurance Company (The Standard). In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested. When all information has been received and reviewed, I will make a decision on your claim as quickly as possible. You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Suzuki
Disability Claim Specialist
800-368-1135 ext. 3198


PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 218 of 1248**

STND 18-03985-000218



**TheStandard**
Positively different.

March 6, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your waiver of premium claim with Standard Insurance Company (The Standard).  If approved, this means your life insurance coverage will continue without payment of premium.  You may help by providing any information that I may request from you.  When a decision has been made you will be promptly notified.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Feuerstein

Necole Feuerstein
Disability Claim Specialist
800-368-1135 ext. 3198

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 219 of 1248**

STND 18-03985-000219



March 4, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

I am continuing my investigation of your claim for disability income benefits with Standard
Insurance Company (The Standard).  In order to complete my investigation, I must analyze all
pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested.  When all
information has been received and reviewed, I will make a decision on your claim as quickly as
possible.  You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Feuerstein
Disability Claim Specialist
800-368-1135 ext. 3198

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

EXHIBIT 1
PART 1 of 2
Page 220 of 1248

STND 18-03985-000220



February 10, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR 97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No: 445474
       Claim No: 00VW3181

Dear BETHANY COLEMAN-FIRE:

Thank you for your application for disability income benefits with Standard Insurance Company (The Standard). I have received the information necessary to begin my initial review of your claim. However, it may be necessary for me to request additional medical, vocational, and financial information before making a decision on your claim.

If it becomes necessary to obtain additional information to process your claim, I will let you know. You may help by providing any information I request from you.

I understand the importance of making a timely determination on your claim. Until a decision can be made, I will keep you informed of your claim status.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Feuerstein
Disability Claim Specialist
800-368-1135 ext. 3198

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 221 of 1248**

STND 18-03985-000221



February 4, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

Thank you for your application for  Disability benefits with Standard Insurance Company (The Standard). I am the analyst assigned to review your claim. I have received the necessary information to begin the initial review of your claim.

We have also set up a Waiver of Premium claim, and will review your eligibility for this benefit. If the Waiver claim is approved, your Group Life Insurance coverage will continue without payment of premium.

It may be necessary to gather additional information before we can make a final determination. We will keep you advised of the status of your claims and will notify you promptly when we make a decision.

The decision on your Waiver of Premium claim is a separate decision from your Disability claim. Any life insurance subject to waiver of premium currently in force under the terms of the group policy will remain in place during our investigation.

If you have any questions about this letter or your claims, please write or call me.

Sincerely,

Necole Feuerstein

Necole Feuerstein
Disability Claim Specialist
800-368-1135 ext. 3198

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 222 of 1248**

STND 18-03985-000222



January 20, 2015

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

We are writing about your application for disability benefits with Standard Insurance Company (The Standard).  Previously, we informed you that we had not received all of your completed claim forms. As of the date of this letter, we still have not received all of the forms.

We have received the following completed claim forms:

    Employer's Statement
    Employee's Statement
    Authorization to Obtain Information

We are unable to begin processing your claim without completed claim forms.

We have not received the following completed claim form:

    Attending Physician's Statement

Please complete and return the requested form(s) as soon as possible.  As soon as we receive all necessary information, we will give your claim our prompt attention.  We will let you know how our review is proceeding.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Nikol Niemeyer
Disability Benefits Processor
800-368-1135 ext. 2549

Enclosure:    Attending Physician's Statement

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 223 of 1248**

STND 18-03985-000223

## Standard Insurance Company

Employee Benefits  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Benefits**
**Attending Physician's Statement**

### PART A.  TO BE COMPLETED BY PATIENT

Full Name: _____  Social Security No.: _____

Other Names Used: _____

Address: _____  City: _____  State: _____ Zip Code: _____

Phone No.: (_____) _____  Birthdate: _____  Patient No.: _____

Occupation: _____  Employer: _____  Group Policy No.: _____

I returned to work:  Date _____  I expect to return to work:  Date _____

### PART B.  TO BE COMPLETED BY PHYSICIAN

**DEAR DOCTOR:** The purpose of this form is to help us determine whether the clinical condition of your patient is disabling. We need documentation of functional impairment. Please include laboratory data and results of special tests (X-rays, CAT scan, EKG, etc.). Please attach copies of any pertinent surgical reports, hospital admitting history, physician discharge summaries, chart notes, and narrative reports.
The patient is responsible for the completion of this form without expense to The Standard. Forms may be returned for unanswered questions.

### 1. INFORMATION

Primary Diagnosis:    ICD Code (_____) _____

Secondary Diagnosis:  ICD Code (_____) _____

Other diagnoses and ICD Codes related to this claim.

Symptoms.

Patient's Height: _____  Weight: _____  BP _____  BP _____  Pulse _____
Right arm    Left arm    Radial

Is condition primarily related to:

a.  Patient's Employment    ☐ Yes  ☐ No    Dominant Hand  ☐ Left    ☐ Right
b.  Mental Disorder    ☐ Yes  ☐ No
c.  Alcohol or Drug Condition    ☐ Yes  ☐ No
d.  Pregnancy    ☐ Yes  ☐ No    Expected Delivery Date: _____

Para: _____  Gravida: _____    Actual Delivery Date: _____

Complications: _____    ☐ Vaginal  ☐ Caesarean Section

### 2. HISTORY

If patient was referred to you, indicate by whom: _____

Has patient ever had same or similar condition?  ☐ Yes  ☐ No

If yes, indicate when: _____  Describe: _____

Do, or have, other conditions contributed to this condition?  ☐ Yes  ☐ No

If Yes, please explain: _____

Date patient first consulted you for this condition: _____  For any condition: _____

Dates of subsequent treatment: _____

Date of most recent visit: _____

If patient was hospitalized, please provide dates. Admitted: _____  Discharged: _____

Admitting Diagnosis: _____  Discharge Diagnosis: _____

Name of Hospital: _____

Address: _____  City: _____  State: _____ Zip Code: _____

SI 3379-APS    1 of 3    Claim: 00VW3181  BETHANY COLEMAN-FIRE
Analyst: Nikol Niemeyer, C7E

**EXHIBIT 1**
**PART 1 of 2** (4/06)
**Page 224 of 1248**

STND 18-03985-000224

**Standard Insurance Company**

Employee Benefits  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Benefits**
**Attending Physician's Statement**

Claimant's Name: _____

## 3. ASSESSMENT

Date you recommended patient should stop working: _____  Why? _____

_____

Describe the patient's physical, mental and cognitive limitations and work activity limitations: _____

_____

_____

How long from today's date will the described limitations impair the patient? _____

Is the patient competent to manage insurance benefits?   ☐ Yes   ☐ No

If no, is the patient competent to appoint someone to help manage the insurance benefits?   ☐ Yes   ☐ No

## 4. TREATMENT

Planned course of treatment. (Please include expected duration, surgeries, therapy, etc.) _____

_____

_____

Medications prescribed: dosage, frequency and date of prescription(s). _____

List other treating or referring physicians.  (Continue on separate page, if necessary.)

| NAME | ADDRESS | | |
|---|---|---|---|
| 1. | | | |
| Phone No. (    ) | City | State | Zip Code |
| 2. | | | |
| Phone No. (    ) | City | State | Zip Code |

What reasonable work or job site modifications could the employer make to assist the individual to return to work?  Please specify:

_____

_____

Assessment and treatment are complicated by:

☐  Malingering

☐  Significant emotional or behavioral disorder such as:  ☐ Depression ☐ Anxiety ☐ Hysteria  (Check pertinent areas.)

☐  Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations.

☐  Dependence on drugs/medication. Specify: _____

☐  Other (please describe): _____

## 5. PROGNOSIS

Describe patient's condition since onset of symptoms:  ☐ Recovered  ☐ Improved  ☐ Unchanged  ☐ Regressed

When do you expect a fundamental or marked change in patient's condition?  ☐ Never  ☐ Condition expected to regress   ☐ Condition expected to improve

State anticipated date: _____  or, Unable to determine, follow up in: _____ months

When do you anticipate the patient can return to work?  State anticipated date: _____  or, Unable to determine, because of: _____

_____ follow up in: _____ months

Remarks: _____

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 3 of this form.

Physician's Signature: _____  Date: _____

Physician's Name (Please Print): _____  Specialty: _____

Address: _____  City: _____  State: _____  Zip Code: _____

Physician's Taxpayer ID No.: _____  Phone No.: ( _____ ) _____  Fax No.: ( _____ ) _____

Return to Standard Insurance Company at the address above.

SI 3379-APS                         2 of 3        Claim:  00VW3181  BETHANY COLEMAN-FIRE
                                                  Analyst:  Nikol Niemeyer, C7E

**EXHIBIT 1**
**PART 1 of 2**
(4/06)
**Page 225 of 1248**

STND 18-03985-000225

Standard Insurance Company

Employee Benefits  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Benefits**
**Claim Form Fraud Notices**

Some states require us to provide the following information to you:

**CALIFORNIA RESIDENTS**

For your protection, California law requires the following to appear on this form:  Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO RESIDENTS**

It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to the policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**FLORIDA RESIDENTS**

Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**NEW JERSEY RESIDENTS**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW YORK RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**PENNSYLVANIA RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**ALL OTHER RESIDENTS**

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

STND 18-03985-000226



December 29, 2014

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND, OR  97211

Re:    PROFESSIONAL SERVICES EMPLOYER
       Group Policy No:  445474
       Claim No:  00VW3181

Dear BETHANY COLEMAN-FIRE:

We are writing about your application for disability benefits with Standard Insurance Company (The Standard). We are sorry to hear that you are unable to work at this time.

We have received the following completed claim forms:

   Employer's Statement
   Employee's Statement
   Authorization to Obtain Information

We are unable to begin processing your claim without completed claim forms.

We have not received the following completed claim form:

   Attending Physician's Statement

Please complete and return the requested form(s) as soon as possible.  As soon as we receive all necessary information, we will give your claim our prompt attention.  We will let you know how our review is proceeding.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Nikol Niemeyer
Disability Benefits Processor
800-368-1135 ext. 2549

Enclosure:    Attending Physician's Statement

PO Box 2800  Portland OR 97208-2800  tel 800.368.1135
Standard Insurance Company - A subsidiary of StanCorp Financial Group

**EXHIBIT 1**
**PART 1 of 2**
**Page 227 of 1248**

STND 18-03985-000227

**Standard Insurance Company**

Employee Benefits  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Benefits**
**Attending Physician's Statement**

## PART A.  TO BE COMPLETED BY PATIENT

Full Name: _____  Social Security No.: _____

Other Names Used: _____

Address: _____ City: _____ State:_____ Zip Code: _____

Phone No.: ( _____ ) _____ Birthdate: _____ Patient No.: _____

Occupation: _____ Employer: _____ Group Policy No.: _____

I returned to work:  Date _____  I expect to return to work:  Date _____

## PART B.  TO BE COMPLETED BY PHYSICIAN

**DEAR DOCTOR:** The purpose of this form is to help us determine whether the clinical condition of your patient is disabling. We need documentation of functional impairment. Please include laboratory data and results of special tests (X-rays, CAT scan, EKG, etc.). Please attach copies of any pertinent surgical reports, hospital admitting history, physician discharge summaries, chart notes, and narrative reports.

The patient is responsible for the completion of this form without expense to The Standard. Forms may be returned for unanswered questions.

## 1. INFORMATION

Primary Diagnosis:      ICD Code ( _____ ) _____

Secondary Diagnosis:   ICD Code ( _____ ) _____

Other diagnoses and ICD Codes related to this claim.

Symptoms.

Patient's Height: _____  Weight: _____  BP _____  BP _____  Pulse _____
                                                              Right arm              Left arm                    Radial

Is condition primarily related to:

| | | | |
|---|---|---|---|
| a. | Patient's Employment | ☐ Yes  ☐ No | Dominant Hand  ☐ Left    ☐ Right |
| b. | Mental Disorder | ☐ Yes  ☐ No | |
| c. | Alcohol or Drug Condition | ☐ Yes  ☐ No | |
| d. | Pregnancy | ☐ Yes  ☐ No | Expected Delivery Date: _____ |

Para: _____  Gravida: _____   Actual Delivery Date: _____

Complications: _____   ☐ Vaginal    ☐ Caesarean Section

## 2. HISTORY

If patient was referred to you, indicate by whom: _____

Has patient ever had same or similar condition?      ☐ Yes    ☐ No

If yes, indicate when: _____  Describe: _____

Do, or have, other conditions contributed to this condition?    ☐ Yes    ☐ No

If Yes, please explain: _____

Date patient first consulted you for this condition: _____  For any condition: _____

Dates of subsequent treatment: _____

Date of most recent visit: _____

If patient was hospitalized, please provide dates. Admitted: _____  Discharged: _____

Admitting Diagnosis: _____  Discharge Diagnosis: _____

Name of Hospital: _____

Address: _____  City: _____  State:_____  Zip Code: _____

**EXHIBIT 1**
(4/06)
**PART 1 of 2**
**Page 228 of 1248**

STND 18-03985-000228

**Standard Insurance Company**

Employee Benefits  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Benefits**
**Attending Physician's Statement**

Claimant's Name: _____

## 3. ASSESSMENT

Date you recommended patient should stop working: _____ Why? _____
_____

Describe the patient's physical, mental and cognitive limitations and work activity limitations: _____
_____
_____

How long from today's date will the described limitations impair the patient? _____
Is the patient competent to manage insurance benefits?  ☐ Yes  ☐ No
If no, is the patient competent to appoint someone to help manage the insurance benefits?  ☐ Yes  ☐ No

## 4. TREATMENT

Planned course of treatment. (Please include expected duration, surgeries, therapy, etc.) _____
_____
_____

Medications prescribed: dosage, frequency and date of prescription(s). _____
_____

List other treating or referring physicians. (Continue on separate page, if necessary.)

| NAME | ADDRESS | | |
|------|---------|--|--|
| 1. | | | |
| Phone No. (   ) | City | State | Zip Code |
| 2. | | | |
| Phone No. (   ) | City | State | Zip Code |

What reasonable work or job site modifications could the employer make to assist the individual to return to work?  Please specify:
_____
_____

Assessment and treatment are complicated by:
☐ Malingering
☐ Significant emotional or behavioral disorder such as:  ☐ Depression ☐ Anxiety ☐ Hysteria  (Check pertinent areas.)
☐ Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations.
☐ Dependence on drugs/medication. Specify: _____
☐ Other (please describe): _____

## 5. PROGNOSIS

Describe patient's condition since onset of symptoms:  ☐ Recovered ☐ Improved ☐ Unchanged ☐ Regressed
When do you expect a fundamental or marked change in patient's condition?  ☐ Never ☐ Condition expected to regress  ☐ Condition expected to improve

State anticipated date: _____ or, Unable to determine, follow up in: _____ months

When do you anticipate the patient can return to work?  State anticipated date: _____ or, Unable to determine, because of: _____
_____ follow up in: _____ months

Remarks: _____

### Acknowledgement
I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief.
I acknowledge that I have read the applicable fraud notice on page 3 of this form.

Physician's Signature: _____  Date: _____

Physician's Name (Please Print): _____  Specialty: _____

Address: _____ City: _____ State: _____ Zip Code: _____

Physician's Taxpayer ID No.: _____ Phone No.: ( ____ ) _____ Fax No.: ( ____ ) _____

Return to Standard Insurance Company at the address above.

SI 3379-APS

2 of 3

Claim:  00VW3181  BETHANY COLEMAN-FIRE
Analyst:  Nikol Niemeyer, C7E

**EXHIBIT 1**
**PART 1 of 2**
(4/06)
**Page 229 of 1248**

STND 18-03985-000229

**Standard Insurance Company**

Employee Benefits  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Benefits**
**Claim Form Fraud Notices**

Some states require us to provide the following information to you:

**CALIFORNIA RESIDENTS**

For your protection, California law requires the following to appear on this form:  Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO RESIDENTS**

It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to the policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**FLORIDA RESIDENTS**

Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**NEW JERSEY RESIDENTS**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW YORK RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**PENNSYLVANIA RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**ALL OTHER RESIDENTS**

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

**EXHIBIT 1**
**PART 1 of 2**
(4/06)
**Page 230 of 1248**

STND 18-03985-000230



TheStandard®

July 3, 2017


Megan E. Glor
707 NE Knott St Suite 101
Portland OR  97212


Re:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Glor:

We are writing in regard to Ms. Coleman-Fire's Long Term Disability (LTD) claim with
Standard Insurance Company (The Standard).  This letter is in response to your letter of June 7,
2017.

Per your request, we have enclosed a complete copy of Ms. Coleman-Fire's LTD claim file for
your review.  The enclosed information includes a complete copy of the information contained in
Ms. Coleman-Fire's claim file, electronic documents, and a copy of the Group Policy.  With the
enclosed documents we believe that we have complied with your request under applicable law.

If you have any questions about this letter, please contact our office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198


Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 231 of 1248**

STND 18-03985-000231

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ∞ Health ∞ ERISA ∞ Life

707 NE Knott Street
Suite 101
Portland, OR 97212
Fax: (503) 751-2071

June 7, 2017

**By Facsimile (971.321.5038) and Certified Mail (7016 0600 0000 9815 6799)**

Ms. Mary Cea
Senior Benefits Review Specialist
Administrative Review Unit
Standard Insurance Company
900 SW Fifth Avenue
Portland, OR 97204-1235

**RECEIVED**

JUN 0 9 2017

**SIC BENEFITS DEPT**

| | | |
|---|---|---|
| RE: | Claimant: | Ms. Bethany Coleman-Fire |
| | Policyholder: | Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP |
| | Policy No.: | 445474-C |
| | Claim No.: | 00VW3181 |

Dear Ms. Cea:

I am writing on Ms. Coleman-Fire's behalf to request a complete copy of all documents, records, or other information relevant to Standard Insurance Company's or the Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Long Term Disability Plan's (Plan) decision denying Ms.Coleman-Fire's disability claim, referenced above, pursuant to ERISA.

According to 29 CFR § 2560.503-1(m)(8), "a document, record, or other information" is "relevant" if such document, record, or other information, was relied upon in making the benefit determination; **or** was submitted, considered, or generated in the course of making the benefit determination, without regard to whether it was relied upon in making the benefit determination.

My request includes, but is not limited to the following categories of documents:

(1)    All claim forms (including attachments, supplements, additions or addenda) for this claim;

(2)    All medical providers' or other physicians' statements, reports, records, correspondence, memoranda, and/or e-mail regarding this claim;

(3)    All electronic or written claim logs, case summaries, or other means of recording events, documents, discussions, reviews or decisions relating to this claim;

(4)    All notes, correspondence, memos and/or any other documents of any employee, agent, consultant or contractor, or any other person having any

**EXHIBIT 1**
**PART 1 of 2**
**Page 232 of 1248**

STND 18-03985-000232

Re: Bethany Coleman-Fire
Date: June 7, 2017
Page 2 of 2

affiliation with Standard who took any part in making the decision on this
claim;

(5)     All notes, correspondence, memos and/or any other documents of any
consultant, physician, medical professional or any other individual
consulted, retained or otherwise utilized by Standard in analyzing or
making any benefits determination for this claim;

(6)     All documents, including **photographs, videos, summaries, audiotapes,
transcripts, or other records** demonstrating or containing the results of
any investigation of the claimant or this claim;

(7)     All medical journals, articles, literature or studies that were received,
reviewed or relied on by Standard or any physician or other medical
professional hired or retained by Standard in evaluating this claim;

(8)     All correspondence or other documents received by Standard or sent by
any other person, entity or organization involved in the determination of
this claim;

(9)     All notes, correspondence, memos and/or any other documents concerning
this claim which are in Standard's possession or control; and

(10)    All written statements of Standard's or the Plan's policies or other written
guidance or guidelines relating to the condition(s) or diagnosis of the
claimant's condition(s), whether or not such statements were relied on in
making the benefit determination in this case (see 29 C.F.R. §
2560.503-1(m)(8)(iv)).

I also request that Standard provide me with a **complete copy of the Long Term
Disability plan that was in effect as of the date Ms. Coleman-Fire applied for
benefits under the plan and copies of all amendments and addenda to the plan on or
subsequent to that date.**

Kindly produce these documents within 30 days of the date of this letter, pursuant
to ERISA. You are welcome to provide the aforementioned documents (Mac compatible)
on USB drive in lieu of a paper file.

Sincerely,

Megan E. Glor

RECEIVED

JUN 0 9 2017

SIC BENEFITS DEPT

cc: Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 233 of 1248**

STND 18-03985-000233

**Necole Suzuki**

| | |
|---|---|
| From: | Mary Cea |
| Sent: | Wednesday, June 07, 2017 11:03 AM |
| To: | Necole Suzuki |
| Subject: | FW: New fax re: Coleman-Fire |
| Attachments: | A3167aaaf-9595-4c43-8053-83f37f8f77a7.TIF |

Hi Necole,

Please see the attached fax from Megan Glor.  She is requesting a copy of the claim file.

Thanks, Mary

Mary Cea |Senior Benefits Review Specialist The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.7917 | Fax 971.321.5038 Mary.Cea@standard.com |
www.standard.com Ensure a sustainable future – only print when necessary.

-----Original Message-----
From: Glenn Williams
Sent: Wednesday, June 07, 2017 10:55 AM
To: Mary Cea <Mary.Cea@standard.com>
Subject: New fax re: Coleman-Fire

Mary -

Here is a fax for your review.
    Glenn Williams

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Glenn Williams | Staff Assistant II
Administrative Review Unit - C15A
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3257 | Fax 971.321.5038 glenn.williams@standard.com |
www.standard.com

-----Original Message-----
From: RightFax E-mail Gateway [mailto:RightFaxEmailGateway@standard.com]
Sent: Wednesday, June 07, 2017 9:54 AM
To: ARU Faxes <ARUFaxes@standard.com>
Subject: A new fax has arrived from robert@meganglor.com (Part 1 of 1) on Channel 15

6/7/2017 9:51:22 AM Transmission Record
        Received from remote ID: robert@meganglor.com
        Inbound user ID ARUFAXES, routing code 5038
        Result: (0/352;0/0) Success

1

**EXHIBIT 1**
**PART 1 of 2**
**Page 234 of 1248**

STND 18-03985-000234

Page record: 1 - 3
Elapsed time: 02:05 on channel 15

Fax Images: [double-click on image to view page(s)]

**EXHIBIT 1**
**PART 1 of 2**
**Page 235 of 1248**

STND 18-03985-000235

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

# Megan E. Glor
### Attorneys at Law

Disability ∾ Health ∾ ERISA ∾ Life

707 NE Knott Street
Suite 101
Portland, OR 97212
Fax: (503) 751-2071



| | | | |
|---|---|---|---|
| To: | Standard, Attn: Mary Cea | From: | Megan Glor |
| Fax #: | 971.321.5038 | Pages (Including Coversheet): | 3 |
| Phone #: | | Date: | 6/7/2017 |
| RE: | Bethany Coleman-Fire, Claim No.: 00VW3181 | CC: | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☒ Please Reply     ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 236 of 1248**

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

707 NE Knott Street
Suite 101
Portland, OR 97212
Fax: (503) 751-2071

Disability ∽ Health ∽ ERISA ∽ Life

June 7, 2017

**By Facsimile (971.321.5038) and Certified Mail (7016 0600 0000 9815 6799)**

Ms. Mary Cea
Senior Benefits Review Specialist
Administrative Review Unit
Standard Insurance Company
900 SW Fifth Avenue
Portland, OR 97204-1235

RE: Claimant: Ms. Bethany Coleman-Fire
    Policyholder: Professional Services Employers Trust
          on behalf of Davis Wright Tremaine LLP
    Policy No.: 445474-C
    Claim No.: 00VW3181

Dear Ms. Cea:

  I am writing on Ms. Coleman-Fire's behalf to request a complete copy of all documents, records, or other information relevant to Standard Insurance Company's or the Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Long Term Disability Plan's (Plan) decision denying Ms.Coleman-Fire's disability claim, referenced above, pursuant to ERISA.

  According to 29 CFR § 2560.503-1(m)(8), "a document, record, or other information" is "relevant" if such document, record, or other information, was relied upon in making the benefit determination; or was submitted, considered, or generated in the course of making the benefit determination, without regard to whether it was relied upon in making the benefit determination.

  My request includes, but is not limited to the following categories of documents:

(1) All claim forms (including attachments, supplements, additions or addenda) for this claim;

(2) All medical providers' or other physicians' statements, reports, records, correspondence, memoranda, and/or e-mail regarding this claim;

(3) All electronic or written claim logs, case summaries, or other means of recording events, documents, discussions, reviews or decisions relating to this claim;

(4) All notes, correspondence, memos and/or any other documents of any employee, agent, consultant or contractor, or any other person having any

**EXHIBIT 1**
**PART 1 of 2**
**Page 237 of 1248**

STND 18-03985-000237

Re: Bethany Coleman-Fire
Date: June 7, 2017
Page 2 of 2

                affiliation with Standard who took any part in making the decision on this claim;

(5)      All notes, correspondence, memos and/or any other documents of any consultant, physician, medical professional or any other individual consulted, retained or otherwise utilized by Standard in analyzing or making any benefits determination for this claim;

(6)      All documents, including **photographs, videos, summaries, audiotapes, transcripts, or other records** demonstrating or containing the results of any investigation of the claimant or this claim;

(7)      All medical journals, articles, literature or studies that were received, reviewed or relied on by Standard or any physician or other medical professional hired or retained by Standard in evaluating this claim;

(8)      All correspondence or other documents received by Standard or sent by any other person, entity or organization involved in the determination of this claim;

(9)      All notes, correspondence, memos and/or any other documents concerning this claim which are in Standard's possession or control; and

(10)    All written statements of Standard's or the Plan's policies or other written guidance or guidelines relating to the condition(s) or diagnosis of the claimant's condition(s), whether or not such statements were relied on in making the benefit determination in this case (see 29 C.F.R. § 2560.503-1(m)(8)(iv)).

      I also request that Standard provide me with a **complete copy of the Long Term Disability plan that was in effect as of the date Ms. Coleman-Fire applied for benefits under the plan and copies of all amendments and addenda to the plan on or subsequent to that date.**

      Kindly produce these documents within 30 days of the date of this letter, pursuant to ERISA. You are welcome to provide the aforementioned documents (Mac compatible) on USB drive in lieu of a paper file.

            Sincerely,

            Megan E. Glor

cc: Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 238 of 1248**

STND 18-03985-000238

Standard Insurance Company

**Independent Review Request**
**For the Administrative Review Unit**

| Claimant | Claim No. | Policyholder |
|---|---|---|
| Bethany Coleman Fire | 00VW3181 | PSET on behalf of Davis Wright Tremain |

| Analyst | Ext. | Team | Routing Code |
|---|---|---|---|
| Necole Suzuki | 3198 | C | C11 |

| Supervisor Name and Extension | Current Claim Status: ☒ Closed ☐ Denied ☐ Active ☐ Pending |
|---|---|
| Laura Smith x7584 | |

Type of Claim: ☒ LTD  ☐ STD Insured  ☐ Waiver  ☐ STD ASO  ☐ Life  ☐ AD&D  ☐ Other _____

**REFERRAL CHECK LIST- TO BE COMPLETED BY ANALYST**

Policy in File or on AdminEASE:  ☒   ✓                                    Current Analyst Score (Claim Analytics):
    Policy Effective Date: 1/1/13  ✓
    State Policy Sitused: WA ✓                 *Clmnt - OR*
    ERISA: ☒ Yes  ☐ No ✓

Decision Letter in File:  ☒  ✓
    Date of Letter: 6/15/16 ✓
    Type of Decision: ☒ Closure  ☐ Denial  ☐ Overpayment  ☐ Other **Mental Limitation**
    If Closure, date claim closed or is expected to close:

Request for Review in File:  ☒  ✓
    Date Request Received: 12/12/16  — 1/4/17    Request received within allowable 180-day Period: ☒
    Requested by: ☐ Claimant ☒ Attorney ☐ Other:

  Read the entire written request and determined it is a true appeal: ☐
    Changed Proclaim Reason Code to 2: ☒
Reviewed all info submitted and was unable to process an overturn: ☒
Verified the decision meets the expectations outlined in the ARU Referral Procedures LTD Contested Claim Tools ☐

| ASO/ATP ☐ Yes ☒ No | Specify special handling and ASO/ATP contacts |
|---|---|
| Special Handling ☐ Yes ☒ No | |

| Date Referred To ARU | Other Comments |
|---|---|
| 12/19/16 | PREVIOUS REVIEW BY DYLON ECHONBERG |

**ARU Use Only**

| Claimant Age/Sex (i.e.48/F) | Date Claim Received | Reason For Request | Review Language |
|---|---|---|---|
| 33 /F | 12/26/14 | M D/C LIMIT | ☒ Yes ☐ No ☐ N/A |

| Own Occupation | Diagnoses |
|---|---|
| ASSOCIATE ATTORNEY | Mental D/o |

| Assigned To | Date Assigned |
|---|---|
| MARY CEA | 12/27/16 |

| Claim or DOL Date | Specialist Date | Decision Date |
|---|---|---|
| 3/31/17  4/4/17 | 2/14/17 | 6-1-17 |

| Day 45 | Day 60 | Day 90 | Day 120 |
|---|---|---|---|
| 2/18/17 | | 3/4/17 | |

| Comments |
|---|
| Deferral to 12/31/16 - TIMEFRAMES BASED ON 12/31/16 DEFERRAL DATE |

**RECEIVED**

| Phone Log ☐ Yes ☒ No | Database Entry | Date Received In ARU (Stamp) |
|---|---|---|
| | Created By CWRAU | DEC 2 0 2016 |
| Associated Claims | Date 12/20/16 | |
| ~ NON ~ | Completed By _____ | Administrative Review Unit |
| | Date | |

Outcome:
☒ Upheld                                     ☐ O/T based on new PC opinion               ☐ Other _____
☐ Returned fibro protocol not followed      ☐ O/T based on new vocational information
☐ Returned pre-ex protocol not followed     ☐ O/T based on new financial information
☐ Returned referral criteria not met        ☐ O/T based on new VCM opinion
☐ O/T based on new medical evidence         ☐ O/T for other reasons

**EXHIBIT 1**
**PART 1 of 2**
**Page 239 of 1248**

(7/15)

STND 18-03985-000239



**TheStandard®**

June 1, 2017

Megan Glor
707 NE Knott St.
Ste. 101
Portland, OR 97212

Re:     Bethany Coleman-Fire
        Professional Services Employer
        Group Policy No.: 445474
        Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim. This was an independent review conducted separately from the individuals who made the original determination. After considering all of the available information and the provisions of the Group Policy applicable to Ms. Coleman-Fire's LTD claim we find the decision to close her claim is correct. What follows is an explanation of our findings.

Ms. Coleman-Fire ceased working as an attorney on May 20, 2014, and claimed Disability due to post-concussion syndrome after being hit by a car in February 2014. In addition, Ms. Coleman-Fire stated she was unable to work due to depression, anxiety, whiplash, headaches, fatigue, neck pain and back pain. In August 2014 Ms. Coleman-Fire returned to part-time work stating she was unable to work full-time due to slowed cognitive processing.

As explained in prior correspondence, Ms. Coleman-Fire's LTD claim was approved and benefits were issued through December 12, 2014, based on the determination she was unable to work full-time as an attorney due to sequelae from her traumatic brain injury/post-concussion syndrome. In December 2015 you requested a review of The Standard's determination to close Ms. Coleman-Fire's LTD claim. In her letter of April 22, 2016, Senior Benefits Review Specialist Dawn Schonberg explained the Administrative Review Unit concluded the information in Ms. Coleman-Fire's claim file supported impairment due to anxiety and depression that precluded her from working as an attorney more than 40 hours per week. Therefore, her LTD claim was reopened and benefits were issued in accordance with the terms of the Professional Services Employer Group Policy.

As explained in Senior Disability Claim Specialist Necole Suzuki's correspondence, dated June 15, 2016, the terms of the Professional Services Employer Group Policy provide payment of LTD Benefits is limited to a maximum of 24 months for a Disability caused or contributed to by a Mental Disorder. Ms. Suzuki further explained the information in Ms. Coleman-Fire's claim file supports she became Disabled due to a Mental Disorder as of September 16, 2014. Therefore, the 24 month period LTD Benefits were payable for Disability due to a Mental Disorder ended on September 15, 2016. Therefore, The Standard paid LTD Benefits through that date and closed Ms. Coleman-Fire's claim.

By letter dated December 30, 2016, you requested a review of The Standard's decision to close Ms. Coleman-Fire's LTD claim. It is your assertion Ms. Coleman-Fire continues to experience

**EXHIBIT 1**
**PART 1 of 2**
**Page 240 of 1248**

STND 18-03985-000240

Megan Glor                                       2                          June 1, 2017
Re: Bethany Coleman-Fire

symptoms due to traumatic brain injury/ post-concussion syndrome, her condition has not improved and is disabling. In support of your assertion you provided a neuropsychological evaluation performed by Dr. Glenn Goodwin in November 2016 and the statement of family practice physician Dr. James Chesnutt dated December 5, 2016. In addition, you provided statements of impairment written by Ms. Coleman-Fire and her spouse Leora Coleman-Fire, photographs from the accident in February 2014 and a copy of the Oregon Employment Department Administrative Decision dated November 2016.

In accordance with the terms of the Professional Services Employer Group Policy, to be eligible for LTD Benefits Ms. Coleman-Fire must be unable to perform her Own Occupation. The Own Occupation Definition of Disability states:

> During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.
>
> You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.
>
> Note, You are not Disabled merely because your right to perform your Own Occupation is restricted including a restriction or loss of license.
>
> During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income.
>
> Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.
>
> Material Duties means the essential tasks, functions and operations and the skills, abilities, knowledge, training and experience, generally required by employers form those engaged in a particular occupation that cannot be reasonably modified or omitted.

As previously noted in this letter, the Professional Services Employer Group Policy limits payment of LTD Benefits to 24 months. As of September 15, 2016, Ms. Coleman-Fire had received the maximum amount of LTD Benefits payable for Disability due to a Mental Disorder.

During the Administrative Review Unit's review we considered all of the information in Ms. Coleman-Fire's claim file and the provisions of the Group Policy applicable to her LTD claim. During our review we obtained the raw data and test scores from the neuropsychological

**EXHIBIT 1**
**PART 1 of 2**
**Page 241 of 1248**

STND 18-03985-000241

Megan Glor                                      3                              June 1, 2017
Re: Bethany Coleman-Fire

evaluation performed by Dr. Goodwin and we had Ms. Coleman-Fire's claim file reviewed by two neuropsychologists. The focus of our review was to determine if the information in Ms. Coleman-Fire's claim file supports functional impairment due to a traumatic brain injury/post-concussion syndrome that in the absent of her mental disorders, anxiety and depression, are of a severity as to preclude her from working as an attorney for any employer.

The information in Ms. Coleman-Fire's claim file documents she was hit by a car while walking her dog on February 19, 2014. She was evaluated at Legacy Emanuel Hospital where it was noted she did not sustain loss of consciousness, had no amnesia, no lightheadedness and no memory loss. At that time, Ms. Coleman-Fire was described as alert and she reported symptoms of nausea and headache. Her Glasgow Coma Scale score was 15 which is indicative of mild traumatic brain injury symptoms. A head CT was obtained and was negative for any intracranial injury.

The day after the MVA Ms. Coleman-Fire was evaluated by her primary care physician. The assessment was concussion, vertigo, anxiety, nausea, soft tissue injury and neck sprain. Recommendations included Tylenol, Flexeril, physical therapy and massage therapy.

On March 3, 2014, a neurological evaluation was performed by Dr. Catherine Ellison. At that time, Ms. Coleman-Fire reported she did not remember the accident. Ms. Coleman-Fire reported vertigo had resolved with physical therapy but she continued to have symptoms of dizziness, feeling out of focus, and mild headache. The neurological examination was normal. Dr. Ellison's assessment was post-concussion syndrome.

Ms. Coleman-Fire was initially evaluated by Dr. James Chesnutt, family practice and sports medicine physician, in April 2014. At that time, she reported difficulty working and feeling extremely fatigued after working 3 hours. Dr. Chesnutt's assessment was post-concussion headache. At that time, Dr. Chesnutt administered the Sport Concussion Assessment Tool (SCAT) a self report of Ms. Coleman-Fire's subjective symptoms. Her score in April 2014 was 71/150. Occupational therapy, physical therapy and speech therapy were recommended.

Chart notes dated April 2014 from physical therapy, occupational therapy and speech therapy document Ms. Coleman-Fire's report of numerous symptoms including fatigue, headaches, noise sensitivity, an out of body feeling, problems with balance, dizziness, problems with vision and difficulty reading. These chart notes document with treatment, by September 2014 many of Ms. Coleman-Fires symptoms had improved.

The information in Ms. Coleman-Fire's claim file documents, as of December 2014 she was working as an attorney 40 hours per week. In December 2014 Dr. Chesnutt again administered the SCAT. At that time, Ms. Coleman-Fire's score was 13/150.

In February 2015 Ms. Coleman-Fire reported to occupational therapy the only thing she could think about was work stress. In March 2015 Dr. Chesnutt again administered the SCAT to Ms. Coleman-Fire. At that time, Ms. Coleman-Fire's score was 51/150. In May 2015 Ms. Coleman-Fire reported to occupational therapy she continued to experience stress at work which caused extreme fatigue. She also stated she felt "out of body" when tired or stressed at work.

Occupational therapy records from June, July and August 2015 document Ms. Coleman-Fire continued to report work related stress, difficulty working 40 hours per week, feeling extremely

**EXHIBIT 1**
**PART 1 of 2**
**Page 242 of 1248**

STND 18-03985-000242

Megan Glor                                    4                          June 1, 2017
Re: Bethany Coleman-Fire

fatigued due to work and her job being demanding.  In addition, Ms. Coleman-Fire reported
symptoms of visual problems and forgetfulness.

Medical records from Dr. Uppal, primary care physician, dated September 2014 document Ms.
Coleman-Fire's report that Dr. Chesnutt had recommended she be on an antidepressant
medication.  This chart note documents Ms. Coleman-Fire was experiencing crying spells.  Dr.
Uppal's assessment was adjustment disorder with depressed anxious mood.  Cymbalta was
prescribed and psychotherapy was recommended.

Throughout calendar year 2015 Dr. Uppal continued to prescribe antidepressant medication as
well as Trazadone to assist with sleep.  These chart notes document Ms. Coleman-Fire was
participating in weekly psychotherapy and as of August 2015 she reported Wellbutrin was
working effectively.

Due to her reports of difficulty with concentration, memory and reading, Ms. Coleman-Fire
underwent neuropsychological evaluation with Dr. Sara Walker, PhD in April 2015.  At that
time, Ms. Coleman-Fire reported symptoms of severe anxiety and moderately severe depression.
On the Personality Assessment Inventory (PAI) Ms. Coleman-Fire obtained a high score on a
scale designed to measure inconsistent reporting.  At that time, Dr. Walker thought the
inconsistent reporting was attributable to poorly sustained visual attention of her patient.  The
PAI was, otherwise, not interpretable due to the inconsistent reporting.  Dr. Walker concluded
the cognitive testing demonstrated Ms. Coleman-Fire had many superior abilities including
memory and intellect.

Ms. Coleman-Fire was reevaluated by Dr. Walker in December 2015.  At that time, evaluation of
anxiety symptoms was normal and she only reported symptoms of moderate depression.  When
possible, Dr. Walker administered alternative tests to those administered in April 2015.  It was
noted, on some tests Ms. Coleman-Fire's scores improved, while on other tests her scores
declined.  The overall impression in December 2015 was mild neurocognitive disorder due to
traumatic brain injury.

In February 2016 The Standard had Ms. Coleman-Fire's claim file reviewed by
neuropsychologist Dr. Lawrence Binder.  In his narrative report Dr. Binder noted since the time
of her injury, in February 2014 Ms. Coleman-Fire's SCAT scores have fluctuated with her
reports of minimal symptoms 13/150 in December 2014 followed by reports of increasing
symptoms 51/150 in March 2015.  Likewise, Ms. Coleman-Fire's reports of visual disturbances
with abnormal scores in 2014 followed by a gradual improvement in visual scores in 2015, then
followed by a reported decline in saccadic function in June of 2015.  Then 3 months later Ms.
Coleman-Fire's scores normalized.  Dr. Binder explained these fluctuations in scores are not
consistent with a traumatic brain injury.  Furthermore, to the extent Ms. Coleman-Fire
experienced impairment due to traumatic brain injury/post-concussion syndrome, Dr. Binder
stated the medical records support as of December 2014 that impairment had resolved.  After
December 2014 any impairment Ms. Coleman-Fire may have been experiencing was due to
anxiety, depression and stress.

In addition to having Ms. Coleman-Fire's claim file reviewed by a neuropsychologist, The
Standard also had her claim file reviewed by neurologist Dr. Morad Daniel.  In his memo of
February 22, 2016, Dr. Daniel noted the medical evidence documents the residuals of Ms.
Coleman-Fire's mild traumatic brain injury and post-concussion syndrome, to include: dizziness,
headaches, visual disturbances, and subjective cognitive and memory issues, had all improved

**EXHIBIT 1**
**PART 1 of 2**
**Page 243 of 1248**

STND 18-03985-000243

Megan Glor                                    5                              June 1, 2017
Re: Bethany Coleman-Fire

significantly as of December 2014. However, Ms. Coleman-Fire may have continued to have impairment from work due to psychiatric issues.

As previously explained in this letter, the previous review by the Administrative Review Unit concluded Ms. Coleman-Fire's mental health disorders of anxiety and depression did preclude her from working as an attorney. Therefore, the prior decision to close her LTD claim was overturned. Ms. Colman-Fire's LTD claim was subsequently closed with payment through September 15, 2016, the end of the 24 month period LTD Benefits were payable for Disability due to a Mental Disorder.

As part of your request for review you provided a neuropsychological evaluation performed by Dr. Glenn Goodwin in November 2016. At that time, Ms. Coleman-Fire described her accident, reported she was pursuing disability benefits due to a medical condition, traumatic brain injury/post-concussion syndrome, but the insurer determined she was impaired due to psychiatric conditions and had discontinued her benefits, and she stated she had ceased working in September 2016 because she was unable to keep up with the workload, pace and expected level of performance. Ms. Coleman-Fire informed Dr. Goodwin she had difficulty with fatigue and cognitive stamina. In addition she reported difficulty with multitasking.

Following neuropsychological testing Dr. Goodwin concluded Ms. Coleman-Fire had demonstrated valid, optimal and consistent effort despite the retention trial on the TOMM being below the desired cutoff.

As part of the Administrative Review Unit's review we had Ms. Coleman-Fire's claim file reviewed by neuropsychologist James Boone. In his report of May 31, 2017, Dr. Boone explained Dr. Goodwin's neuropsychological evaluation is invalid for the following reasons:

> Dr. Goodwin's neuropsychological testing results from November 2016 are invalid and not indicative of cognitive impairment. Invalid results were indicated due to failing performance on a freestanding performance validity test (TOMM) and numerous performance inconsistencies that did not make neuropsychological sense. On the TOMM retention trial, Ms. Coleman-Fire implausibly performed worse than any of the 45 TBI subjects in the normative sample (and unlike with Ms. Coleman-Fire, the majority of these TBI subjects also experienced loss of consciousness.
>
> Numerous performance inconsistencies were evident in Dr. Goodwin's examination and between examinations: performing in the Borderline range (PSI=74; 4th percentile) on measure of processing speed despite performing in the Average range on these same tasks in April 2015, performing very poorly on a simple visual memory recognition test (TOMM) but exhibiting normal visual memory in May 2015, performing in the 1st percentile on a measure of simple sequencing (TMT-A) despite performing solidly in the Average range on the same task in December 2015, performing poorly on a measure of nonverbal memory (CVMT) but exhibiting High Average performance on another sensitive measure of nonverbal memory (BVMT-R) in May 2015. Dr. Goodwin reported that Ms. Coleman-Fire performed in the High Average range on the PASAT (an especially clinically sensitive measure of cognitive impairment, which was inconsistent with significant cognitive difficulties. Ms. Coleman-Fire's declining scores in some areas (e.g., processing speed, sequencing skills, nonverbal

**EXHIBIT 1**
**PART 1 of 2**
**Page 244 of 1248**

Megan Glor                                    6                              June 1, 2017
Re: Bethany Coleman-Fire

memory) were also inconsistent with her report to Dr. Goodwin that she had
improved over time.

Please note that Ms. Coleman-Fire's declining performance in several areas
across her three evaluations (processing speed, sequencing skills, and nonverbal
memory) is inconsistent with the typical rapid recovery course of concussion/mild
TBI.

The consulting neuropsychologist did not find support for a diagnosis of mild neurocognitive
disorder due to TBI.

In addition to Dr. Goodwin's neuropsychological evaluation we have also reviewed the
statement of Dr. Chesnutt dated December 5, 2016, in which he agreed with Dr. Goodwin's
findings. It is unknown if Dr. Chesnutt reviewed Dr. Goodwin's raw data and test scores.
However, Dr. Chesnutt concluded due to weaknesses in processing speed, memory processing,
attention and concentration, fatigue and poor stamina, Ms. Coleman-Fire is unable to work as an
attorney.

As noted above, a review of Dr. Goodwin's November 2016 neuropsychological evaluation (to
include a review of the raw data and test scores) by Dr. Boone and Dr. Binder, found the
evaluation to be invalid for the reasons previously outlined. Therefore, we disagree with Dr.
Chesnutt's conclusion Ms. Coleman-Fire is disabled and unable to work as an attorney.

We further note Dr. Chesnutt also stated given the length of time since her injury he expects Ms.
Coleman-Fire's disability is permanent and to expect only modest improvement.

Dr. Boone has reviewed Dr. Chesnutt's statement and has stated:

Notable, from a factual basis, it is not credible that Ms. Coleman-Fire continues to
experience cognitive deficits more than three years after a concussion that was
associated with no loss of consciousness, no hospitalization, and no brain scan
abnormalities. It was reported that EMS found her to be alert and oriented x 3. It
is well documented that an uncomplicated concussion (i.e., a concussion that did
not result in brain scan abnormalities) resolves in the vast majority of people
within 3 months (McCrea et al, 2013; Redding, Binder, Demakis, Larrabee, 2012
Belanger, Curtis et al, 2015). As McCrea (2008) stated in 'Mild Traumatic Brain
Injury and Post-Concussion Syndrome,' the bulk of the evidence indicates that
mild traumatic brain injury "is most often followed by a favorable course of
cognitive recovery over a period of days to weeks with no indication of
permanent impairment on neuropsychological testing by three months post-
injury." Dr. Walker also commented "It would be uncommon for symptoms of a
mild head injury to persist this long."

Although we have considered Dr. Chesnutt's opinion, we do not find his conclusions to be
supported by the contemporaneously maintained medical records, which include Dr. Goodwin's
invalid neuropsychological evaluation. Rather, we find the contemporaneously maintained
medical records support Ms. Coleman-Fire sustained a mild TBI in February 2014. As of
December 2014 she had recovered from the sequelae of her TBI however, she continued to have
functional impairment due to anxiety and depression. We do not find medical evidence to
support a conclusion Ms. Coleman-Fire continues to have cognitive deficits due to a

**EXHIBIT 1**
**PART 1 of 2**
**Page 245 of 1248**

STND 18-03985-000245

Megan Glor                                       7                            June 1, 2017
Re: Bethany Coleman-Fire

neurocognitive disorder that would preclude her from performing her Own Occupation as an attorney for any employer.  Therefore, we find the decision to close her LTD claim is correct and must be upheld.

The decision to close Ms. Coleman-Fire's LTD claim has been upheld for the reasons outlined above.  Please be assured our review was conducted fairly and objectively taking into consideration all of the available information and the provisions of the Group Policy applicable to her claim.  If you so request, we will provide you with copies of records, documents and other information relied upon when making this determination.  You also have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act or State law, whichever is applicable.

Ms. Coleman-Fire is entitled to one independent review of the decision to close her LTD claim under the terms of the Group Policy.  With this letter we have completed that review and have determined the decision to close her LTD claim was correct.  This concludes the independent review process performed by the Administrative Review Unit.

Ms. Coleman-Fire's Group Policy does not provide voluntary alternative dispute resolution options.  However, you may contact your local U.S. Department of Labor or State insurance regulatory agency for assistance.

We also want to let you know that upon further investigation other valid reasons for limitation, denial or closure of Ms. Coleman-Fire's LTD claim, which have not been previously considered, may come to our attention.  Therefore, Standard Insurance Company reserves the right to consider and assert other valid reasons for limiting, denying or closing her claim should they occur in the future.

Sincerely,


Mary E. Cea
Senior Benefits Review Specialist
Administrative Review Unit
Ph.: (971) 321-7917
Fax (971) 321-5038
mcea@standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 246 of 1248**

STND 18-03985-000246



TheStandard®

May 5, 2017

Megan Glor
707 NE Knott St.
Ste. 101
Portland, OR 97212

Re:     Bethany Coleman-Fire
        Professional Services Employer
        Group Policy No.: 445474
        Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim. At this time, we are continuing our review.

As part of our review we have referred Ms. Coleman-Fire's claim file to a physician consultant who is board certified in psychology for consideration and comment. At this time, that review is continuing.

We will continue to send you periodic updates regarding the status of our review. When we have completed our review you will be notified in writing. If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim you may contact me in writing or the number below.

Sincerely,

Mary E. Oea
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 247 of 1248**

STND 18-03985-000247

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ⚬ Health ⚬ ERISA ⚬ Life

707 NE Knott Street
Suite 101
Portland, OR 97212
Fax: (503) 751-2071

April 26, 2017

**By Facsimile (971-321-5038)**

Ms. Mary Cea
Senior Benefits Review Specialist
Insurance Services Group - Administrative Review Unit
Standard Insurance Company
900 SW Fifth Ave.
Portland, OR 97204

> Re:  Claimant:    Bethany Coleman-Fire
> Group Policy No.:    445474
> Claim No.:    00VW3181
> **ATTORNEY CHANGE OF ADDRESS/FAX NUMBER**

Dear Ms. Cea:

Our law firm has a new address and new fax number. Our contact information is:

> Megan E. Glor, Attorneys at Law
> 707 NE Knott Street
> Suite 101
> Portland, OR 97212
>
> Telephone: (503) 223-7400 (unchanged)
> Fax: (503) 751-2071 (**new**)

Please update your records in the above matter.

Thank you.

Sincerely,

Megan E. Glor

**EXHIBIT 1**
**PART 1 of 2**
**Page 248 of 1248**

STND 18-03985-000248

## Megan E. Glor
### Attorneys at Law

Megan E. Clor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ⚌ Health ⚌ ERISA ⚌ Life

707 NE Knott Street
Suite 101
Portland, OR 97212
Fax: (503) 731-2071



# Fax

| To: Standard, Attn: Ms. Mary Cea | From: Megan Glor |
|---|---|
| Fax #: 971-321-5038 | Pages Including Cover Sheet: 2 |
| Phone #: | Date: April 26, 2017 |
| Re: Bethany Coleman-Fire, Claim No.: 00VW3181 | CC: |

| ___ Urgent | ___ For Review | ___ Please Comment | ___ Please Reply | ___ Please Recycle |
|---|---|---|---|---|

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.
If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 249 of 1248**

STND 18-03985-000249



TheStandard®

April 17, 2017

Megan Glor
American Bank Building
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employer
       Group Policy No.: 445474
       Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

As explained in prior correspondence, we had requested Dr. Goodwin provide the test scores and raw dated from the November 2016 neuropsychological evaluation of Ms. Coleman-Fire. We have now received the requested information. Therefore, we have resumed our review of Ms. Coleman-Fire's LTD claim.

We will continue to send you periodic updates regarding the status of our review. When we have completed our review you will be notified in writing. If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim, you may contact me in writing or the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Administrative Review Unit
1-800-368-1135 ext. 7917
Fax: (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888 937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 250 of 1248**

STND 18-03985-000250

 

TheStandard®

March 17, 2017

Megan Glor
American Bank Building
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employer
       Group Policy No.: 445474
       Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

As explained in my letter of February 17, 2017, we have requested Dr. Goodwin provide the test scores and raw data from Ms. Coleman-Fire's November 2016 neuropsychological evaluation. As of today's date we have not received the requested information. Therefore, we have faxed a second request to Dr. Goodwin for this information. The requested information is necessary to allow The Standard to complete a full and thorough review of Ms. Coleman-Fire's LTD claim.

In my February 17, 2017, correspondence I further explained as of February 18, 2017, the 45th day since the review of Ms. Coleman-Fire's LTD claim was requested, we tolled our review of her claim until we receive the requested information from Dr. Goodwin.

We will continue to send you periodic updates regarding the status of our review. When we have completed our review you will be notified in writing. If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim, you may contact me in writing or the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Administrative Review Unit
Ph. (971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888 937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 251 of 1248**

STND 18-03985-000251

 

February 14, 2017

Megan Glor
621 SW Morrison St., Ste. 300
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employer
       Group Policy No.: 445474
       Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance
Company's (The Standard's) decision to close Mr. Coleman-Fire's long term disability (LTD)
claim. At this time, we are continuing our review.

As part of our review we have referred Ms. Coleman-Fire's claim file to a physician consultant
who is board certified in psychology for consideration and comment. We anticipate that review
will be completed shortly.

We will continue to send you periodic updates regarding the status of our review. When we have
completed our review you will be notified in writing. If you have any questions regarding the
review of your STD claim you may contact me in writing or the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
1-800-368-1135 – Ext. 7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 252 of 1248**

STND 18-03985-000252

*************** –COMM.  ●NAL– *************** DATE MAR-20-2● ***** TIME 08:19 *** P.01

MODE = MEMORY TRANSMISSION              START=MAR-20 08:14    END=MAR-20 08:19

    FILE NO.= 213

STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

  001       OK       ▪        914256728655         014/014  00:04'42"


**************************************** –        – ***** –              – ********



March 20, 2017

Dr. Glenn Goodwin
555 Dayton St., Ste. E
Edmonds, WA 98020

Re:    Bethany Coleman-Fire
       DOB █████████
       Date of Consultation 11/10/16 & 11/11/16

Dear Dr. Goodwin:

We are writing regarding Standard Insurance Company's (The Standard's) request for raw data and tests scores from the neuropsychological evaluation of Ms. Coleman-Fire which you completed in November 2016. We are requested this information be released to Dr. Lawrence /Binder, a consulting psychologist for The Standard. With this letter I have enclosed a copy of Dr. Binder's curriculum vitae.

Please contact me if you have any questions regarding this request.

Sincerely,

*Mary E. Cea*

Mary E. Cea
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

EXHIBIT 1
PART 1 of 2
Page 253 of 1248

STND 18-03985 00025●



The**Standard**°

March 20, 2017

Dr. Glenn Goodwin
555 Dayton St., Ste. E
Edmonds, WA 98020

Re:    Bethany Coleman-Fire
       DOB ███████
       Date of Consultation 11/10/16 & 11/11/16

Dear Dr. Goodwin:

We are writing regarding Standard Insurance Company's (The Standard's) request for raw data and tests scores from the neuropsychological evaluation of Ms. Coleman-Fire which you completed in November 2016. We are requested this information be released to Dr. Lawrence /Binder, a consulting psychologist for The Standard. With this letter I have enclosed a copy of Dr. Binder's curriculum vitae.

Please contact me if you have any questions regarding this request.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 254 of 1248**

STND 18-03985-000254



March 20, 2017

Re:     Bethany Coleman-Fire

From:   Mary E. Cea
        Senior Benefits Review Specialist

I received a VM form Marcie, the office manager for Dr. Goodwin.  She stated they had received my request for test date for Bethany Coleman-Fire, but they will only release that information to a psychologist and not a psychiatrist.

I called Marcie and left a VM informing her Dr. Lawrence Binder is a consulting psychologist for Standard Insurance Company.  I told Marcie I would fax a copy of Dr. Binder's CV this morning to their office so that they have verification Dr. Binder is a psychologist and not a psychiatrist.

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 255 of 1248**

STND 18-03985-000255

```
**************** -COMM.    RNAL- **************** DATE MAR-17-20.. ***** TIME 09:58 *** P.01

     MODE = MEMORY TRANSMISSION           START=MAR-17 09:57    END=MAR-17 09:58

        FILE NO.= 208

  STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES   DURATION

    001      OK       8          95032272530           001/001 00:00'30"


   ********************************** -          - ***** -          - ********
```

**TheStandard**

March 17, 2017

Megan Glor
American Bank Building ·
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employer
       Group Policy No.: 445474
       Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance
Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD)
claim.

As explained in my letter of February 17, 2017, we have requested Dr. Goodwin provide the test
scores and raw data from Ms. Coleman-Fire's November 2016 neuropsychological evaluation.
As of today's date we have not received the requested information. Therefore, we have faxed a
second request to Dr. Goodwin for this information. The requested information is necessary to
allow The Standard to complete a full and thorough review of Ms. Coleman-Fire's LTD claim.

In my February 17, 2017, correspondence I further explained as of February 18, 2017, the 45th
day since the review of Ms. Coleman-Fire's LTD claim was requested, we tolled our review of
her claim until we receive the requested information from Dr. Goodwin.

We will continue to send you periodic updates regarding the status of our review. When we have
completed our review you will be notified in writing. If you have any questions regarding the
review of Ms. Coleman-Fire's LTD claim, you may contact me in writing or the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Administrative Review Unit
Ph. (971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 256 of 1248**

STND 18-03985-000256

```
******************* –COMM. ...  NAL– ******************** DATE MAR-17-2... ***** TIME 09:45 *** P.01

        MODE = MEMORY TRANSMISSION              START=MAR-17 09:43      END=MAR-17 09:45

        FILE NO.= 206

    STN NO.   COM   ABBR NO.      STATION NAME/TEL.NO.    PAGES   DURATION

     001     OK    ☎             914256728655            003/003  00:01'30"


******************************************** –          – ***** –              – **********
```

**The Standard®**

March 17, 2017

Dr. Glenn Goodwin
555 Dayton St., Ste. E
Edmonds, WA 98020

Re:    Bethany Coleman-Fire
       DOB █████████
       Date of Consultation 11/10/16 &11/11/16

Dear Dr. Goodwin:

I am follow-up to my correspondence to you dated February 17, 2017. At that time, I requested you provide Standard Insurance Company's (The Standard's) consulting psychiatrist with the raw data and test scores form your November 2016 evaluation of Ms. Coleman-Fire. At this time, we have not received the requested information.

The raw test score data should be sent directly to:

       Dr. Lawrence Binder
       Standard Insurance Company
       900 SW Fifth Ave. 8th Floor
       Portland, OR 97204.

The raw data will only be reviewed by Dr. Binder and will be kept in a locked file only available to psychologists. It is important The Standard receive this information in order to fully evaluate Ms. Coleman-Fire's eligibility for LTD Benefits.

We appreciate your cooperation and prompt response to this request. If you have any questions please contact me directly at the number below.

Sincerely,

*Mary E. Cea*

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
1-800-368-1135 ext. 7917.
Fax (971) 321-5038

Standard Insurance Company
9CO SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 257 of 1248**



TheStandard®

March 17, 2017

Dr. Glenn Goodwin
555 Dayton St., Ste. E
Edmonds, WA 98020

Re:   Bethany Coleman-Fire
      DOB ████████
      Date of Consultation 11/10/16 &11/11/16

Dear Dr. Goodwin:

I am follow-up to my correspondence to you dated February 17, 2017.  At that time, I requested you provide Standard Insurance Company's (The Standard's) consulting psychiatrist with the raw data and test scores form your November 2016 evaluation of Ms. Coleman-Fire.  At this time, we have not received the requested information.

The raw test score data should be sent directly to:

      Dr. Lawrence Binder
      Standard Insurance Company
      900 SW Fifth Ave. 8th Floor
      Portland, OR 97204

The raw data will only be reviewed by Dr. Binder and will be kept in a locked file only available to psychologists.  It is important The Standard receive this information in order to fully evaluate Ms. Coleman-Fire's eligibility for LTD Benefits.

We appreciate your cooperation and prompt response to this request.  If you have any questions please contact me directly at the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
1-800-368-1135 ext. 7917.
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

EXHIBIT 1
PART 1 of 2
Page 258 of 1248

STND 18-03985-000258



February 17, 2017

Dr. Glenn Goodwin
555 Dayton St., Ste. E
Edmonds, WA 98020

Re:    Bethany Coleman-Fire
       DOB █████████
       Date of Consultation 11/10/16 & 11/11/16

Dear Dr. Goodwin:

We are writing regarding Ms. Coleman-Fire's claim for long term disability (LTD) benefits with Standard Insurance Company (The Standard).

At this time, we are in receipt of your evaluation of Ms. Coleman-Fire dated November 10, 2016, and November 11, 2016. The consulting psychiatrist who is reviewing this information has requested you provide all test scoring and computer software output from this evaluation. The raw test score data should be sent directly to:

       Dr. Lawrence Binder
       Standard Insurance Company
       900 SW Fifth Ave. 8th Floor
       Portland, OR 97204.

The raw data will only be reviewed by Dr. Binder and will be kept in a locked file only available to psychologists.

We appreciate your cooperation and prompt response to this request. If you have any questions please contact me directly at the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
1-800-368-1135 ext. 7917.
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 259 of 1248**

STND 18-03985-000259



February 17, 2017

Megan Glor
American Bank Bldg.
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employer
       Group Policy No.: 645474
       Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

As you are aware, we have asked you to provide additional information from Dr. Goodwin. Your office contacted us today and stated we should request that information directly form Dr. Goodwin. Therefore, we are in the process of contacting Dr. Goodwin's office to obtain the raw data from the neuropsychological evaluation he performed in November 2016.

We note prior correspondence from The Standard indicated the review of Ms. Coleman-Fire's LTD claim would be completed within 45 days after the request for review was received. The 45th day is February 18, 2017. However, the terms of the Professional Services Employer Group Policy allow up to 90 days for a review to be completed. As noted above, we are in the process of obtaining additional information from Dr. Goodwin. It is necessary we review the requested information prior to completing our review of Ms. Coleman-Fire's LTD claim. Therefore, as of February 18, 2017, we will toll our review of Ms. Coleman-Fire's LTD claim until such time as we receive the requested information from Dr. Goodwin. Upon receipt of that information we will resume our review of her claim.

We will continue to send you periodic updates regarding the status of our review. When we have completed our review you will be notified in writing. If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim you may contact me in writing or the number below.

Sincerely,

Mary E. Lea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
Ph.: (971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 260 of 1248**

STND 18-03985-000260



February 15, 2017

Megan Glor
American Bank Bldg.
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employer
       Group Policy No.: 645474
       Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

As mentioned in my voice mail of February 14, 2017, we are requesting all test scoring and computer software output from Dr. Glenn Goodwin's neuropsychological evaluation performed on November 10, 2016, and November 11, 2016. The raw test score data should be sent directly to:

       Dr. Lawrence Binder, PhD.
       Standard Insurance Company
       900 SW Fifth Ave.
       Floor C8
       Portland, OR 97204

The raw data will only be reviewed by Standard Insurance Company psychologists and will be kept in a locked file, available only to psychologists.

We appreciate your cooperation and prompt response to this request. If you have any questions please contact me directly at the number below.

Sincerely,

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
(971) 321-7917
Fax (971) 321-5038

**EXHIBIT 1**
**PART 1 of 2**
**Page 261 of 1248**

STND 18-03985-000261



TheStandard

February 14, 2017

3:45 pm

Re:     Bethany Coleman-Fire

I called the law office of Megan Glor and left a VM requesting they provide all raw data and tests scores form Dr. Goodwin's November 2016 neuropsychological evaluation.  I left my number and requested a return call.

February 16, 17

I received a VM for Megan Glor's office asking The Standard to request the test scores directly for Dr. Goodwin.

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 262 of 1248**

STND 18-03985-000262



February 14, 2017

Megan Glor
American Bank Bldg.
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:     Bethany Coleman-Fire
        Professional Services Employer
        Group Policy No.: 645474
        Claim No.: 00VW3181

Dear Ms. Glor:

We are writing regarding the Administrative Review Unit's review of Standard Insurance Company's (The Standard's) decision to close Ms. Coleman-Fire's long term disability (LTD) claim.  At this time, we are continuing our review.

As part of our review we have referred Ms. Coleman-Fire's claim file to a physician consultant who is board certified in psychology for consideration and comment.  At this time, that review is continuing.

We will continue to send you periodic updates regarding the status of our review.  When we have completed our review you will be notified in writing.  If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim, you may contact me in writing or the number below.

Sincerely,


Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
(971) 321-7917
Fax (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 263 of 1248**

STND 18-03985-000263



**TheStandard**®

January 4, 2017

Megan Glor
American Bank Building
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employee
       Group Policy No.: 445474
       Claim No.: 00VW3181

Dear Ms. Glor:

Standard Insurance Company's (The Standard's) goal is to treat all claims fairly. Ms. Coleman-Fire's claim file has been referred to the Administrative Review Unit for a review of The Standard's decision to close her long term disability (LTD) claim. This is an independent review conducted separately from the individuals who made the original claim determination.

We attempt to complete all claim reviews within 45 days after the request for review was received. We received your request for review and the supporting documents on January 4, 2017. Therefore, the 45th day will occur on February 17, 2017. However, please be aware the terms of Ms. Coleman-Fire's Group Policy allow up to 90 days for a review to be completed. If we are unable to complete our review by February 17, 2017, we will provide you a written explanation as to why.

As part of our review we will refer Ms. Coleman-Fire's claim file to a physician consultant for consideration and comment. The consulting physician will be one who has not previously reviewed her claim file.

We will continue to send you periodic updates regarding the status of our review. When we have completed our review you will be notified in writing. If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim, you may contact me in writing or the number below.

Sincerely,

*Mary E. Cea*

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
(971) 321-7917
Fax – (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 264 of 1248**

STND 18-03985-000264

\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOUNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE JAN-04-201 \*\*\* TIME 11:18 \*\*\* P.01

MODE = MEMORY TRANSMISSION          START=JAN-04 11:17     END=JAN-04 11:18

FILE NO.= 046

| STN NO. | COM | ABBR NO. | STATION NAME/TEL.NO. | PAGES | DURATION |
|---------|-----|----------|----------------------|-------|----------|
| 001 | OK | ☎ | 95032272530 | 001/001 | 00:00'31" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -          - \*\*\*\* -          - \*\*\*\*\*\*\*\*

TheStandard®

January 4, 2017

Megan Glor
American Bank Building
621 SW Morrison St., Ste. 900
Portland, OR 97205

Re:    Bethany Coleman-Fire
       Professional Services Employee
       Group Policy No.: 445474
       Claim No.: 00VW3181

Dear Ms. Glor:

Standard Insurance Company's (The Standard's) goal is to treat all claims fairly. Ms. Coleman-Fire's claim file has been referred to the Administrative Review Unit for a review of The Standard's decision to close her long term disability (LTD) claim. This is an independent review conducted separately from the individuals who made the original claim determination.

We attempt to complete all claim reviews within 45 days after the request for review was received. We received your request for review and the supporting documents on January 4, 2017. Therefore, the 45th day will occur on February 17, 2017. However, please be aware the terms of Ms. Coleman-Fire's Group Policy allow up to 90 days for a review to be completed. If we are unable to complete our review by February 17, 2017, we will provide you a written explanation as to why.

As part of our review we will refer Ms. Coleman-Fire's claim file to a physician consultant for consideration and comment. The consulting physician will be one who has not previously reviewed her claim file.

We will continue to send you periodic updates regarding the status of our review. When we have completed our review you will be notified in writing. If you have any questions regarding the review of Ms. Coleman-Fire's LTD claim, you may contact me in writing or the number below.

Sincerely,

*Mary E. Cea*

Mary E. Cea
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit
(971) 321-7917
Fax – (971) 321-5038

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 265 of 1248**

STND 18-03985-000265

# Megan E. Glor
### Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ∞ Health ∞ ERISA ∞ Life

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

December 30, 2016

**Letter By First Class Mail and Facsimile (letter only)**

Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235
Attn: Necole Suzuki, FLHC, Sr. Disability Claim Specialist

> Re: Bethany Coleman-Fire
> Appeal of Decision Terminating Disability Claim
> Group Policy 445474
> Claim No. 00VW3181

Dear Ms. Suzuki:

This is Ms. Coleman-Fire's appeal of Standard's decision terminating her disability claim and benefits, communicated by letter dated June 15, 2016. Standard concluded that any cognitive impairment Ms. Coleman-Fire has had after December 2014 is not due to sequelae from her traumatic brain injury/post-concussive syndrome ("TBI/PCS"), but is due to anxiety and depression. Standard terminated benefits effective September 16, 2016.

Ms. Coleman-Fire's December 2015 appeal of Standard's July 2015 termination decision addresses at length the medical records that confirm that Ms. Coleman-Fire's disabling medical condition is TBI/PCS, resulting from her accident of February 19, 2014 — she was struck by a car while walking her dog. Her head struck the windshield of the car that hit her with such impact that the car's windshield was broken, as the enclosed photograph shows.

Ms. Coleman-Fire has received extensive treatment and evaluation. She was seen immediately after the accident in the Emergency Room of Legacy Emanuel Hospital with nausea and headache and a left posterior parietal scalp hematoma. She was diagnosed with a concussion and prescribed Zofran for nausea. The accident resulted in significant impact with immediate concussion symptoms.

RECEIVED
SIC BENEFITS DEPT
JAN 03 2017

EXHIBIT 1
PART 1 of 2
Page 266 of 1248

STND 18-03985-000266

December 30, 2016
Re: Bethany Coleman-Fire
Page 2 of 8

Ms. Coleman-Fire was followed by her internist, Dr. Richard Uppal, and received extensive physical therapy, occupational therapy, speech therapy and visual therapy, and was evaluated by neurologists Dr. Catherine Ellison in March 2014 and Dr. Jeffrey Brown in April 2014. Dr. Ellison's diagnoses included post head trauma/post concussion symptoms with nausea, headache, severe fatigue, daytime sleepiness, and difficulty with cognitive processing. Dr. Brown diagnosed benign paroxysmal positional vertigo, daily headaches, dizziness and possible vestibular lesion (such as posttraumatic hydrops or vestibular neuronitis). Ms. Coleman-Fire also established care with Dr. Sean Robinson, a concussion/PCS specialist with the Oregon Health & Science University sports medicine clinic in April 2014. In September 2014, she began to treat with Dr. James Chesnutt with the same clinic and has seen Dr. Chesnutt for the past 2 ½ years. These providers have documented Ms. Coleman-Fire's continuing symptoms and difficulties associated with TBI/PCS.

Sara Walker, Ph.D., administered a neuropsychological evaluation on April 27, 2015, which revealed weaknesses in efficiently recalling information, difficulty sustaining auditory and visual attention, shifting attention efficiently and approaching complex problem-solving. Dr. Walkner found Ms. Coleman-Fire's anxiety and depression understandable reactions to her cognitive and functional difficulties. On December 11, 2015, Dr. Chesnutt noted Ms. Coleman-Fire's symptoms had persisted for a year and nine months and that she was not tolerating full time work well. He recommended she consider taking a medical leave of absence to allow for recovery and concluded she was likely to have a persistent disability.

Dr. Walker performed a second neuropsychological evaluation on December 16, 2015, and met with Ms. Coleman-Fire on January 12, 2016. Ms. Coleman-Fire was billing approximately 40% of a full time position and was "absolutely cooked" after working a six-hour day. She struggled with diminished energy and cognitive problems in visual attention, visual scanning, auditory working memory, and maintaining attention.

The enclosed records reveal that Ms. Coleman-Fire's condition has not improved significantly and that her TBI/PCS symptoms continue and are disabling. Enclosed please find:

1. Dr. James Chesnutt, report and letter dated December 5, 2016 (6 pages);
2. Dr. Chesnutt's resume (26 pages);
3. Neuropsychological report of Dr. Glenn Goodwin, November 10 and 11, 2016 (17 pages);
4. Photograph of the motor vehicle that struck Ms. Coleman-Fire (1 page);
5. Statement of Bethany Coleman-Fire, dated December 28, 2016 (2 pages)

RECEIVED
SIC BENEFITS DEPT

JAN 03 2017

EXHIBIT 1
PART 1 of 2
Page 267 of 1248

STND 18-03985-000267

December 30, 2016
Re: Bethany Coleman-Fire
Page 3 of 8

6. Oregon Employment Department Administrative Decision, November 23, 2016 (2 pages);

7. Statement of Leora Coleman-Fire, dated December 28, 2016 (2 pages).

Dr. Glenn Goodwin interviewed Ms. Coleman-Fire and administered neuropsychological testing over two days in November 2016. Ms. Coleman-Fire reported her main concerns as susceptibility to fatigue and a diminished sense of cognitive stamina. She reported continuing sleep disturbance, posttraumatic headaches, visual changes and mild photophobia and sensitivity to light and sound since the accident. She felt her improvement had plateaued. She described "some difficulty with processing speed that seems to be having a more general effect on other cognitive areas" difficulty with attention and concentration and some residual memory problems such as losing her train of thought. She felt less adept at executive functions (organization, planning and prioritizing), had noticed difficulty with expressive speech, primarily word finding, and "exerts more effort to concentrate." With reading, she "noted difficulty with visual tracking" and "feels that she is not able to remember written material as well as she used to." Her reading was slower, and while she had been a very avid reader, she "is just not able to keep up with reading for long lengths of time and...gets completely exhausted when she tries to do that." She felt slower with mental arithmetic reasoning. "Again, susceptibility to fatigue is a major issue that has an adverse effect overall in terms of her execution of cognitive functions."

Comparing his own test results to the prior results obtained by Dr. Walker, Dr. Goodwin noted that "[o]verall intellectual functioning continues to be stable with no significant changes." He identified some areas of decline on processing speed, Trail Making Test Part B, total recall on the CVLT-II and on long delay recognition on the CVLT-II. He found "significant improvement on a single task of divided attention, freedom from interference and processing speed (Stroop)" and generally better performance in reasoning and problem solving, but with differences in the instrumentation used. He noted that visuospatial memory appeared to be be worse, which he attributed to difficulty with "the instrument used in this current study."

Dr. Goodwin found that his neurocognitive test results showed "quite a bit of similarity in the profile patterns as compared to her two previous neuropsychological studies" and "also some differences, most likely related to normal variability seen on serial testing." He pointed out:

[N]europsychological testing is conducted in a laboratory setting in an environment free of distraction, with the assistance of a helpful test administrator, performing one task at a time. This is often not analogous to the more complex demand characteristics in a busy law office as has been described by

RECEIVED
SIC BENEFITS DEPT
JAN 03 2017

EXHIBIT 1
PART 1 of 2
Page 268 of 1248

STND 18-03985-000268

December 30, 2016
Re: Bethany Coleman-Fire
Page 4 of 8

Coleman-Fire in her prior employment. As such, neuropsychological testing in some cases may not be sensitive or specific enough to capture problems in neuropsychological functioning, especially with respect to executive functioning. Given the validity of this study, there is no reason to discount her subjective complaints.

Dr. Goodwin concluded:

In summary, I think it is quite clear that Ms. Coleman-Fire is not work tolerant from a neuropsychological standpoint with respect to the type of competitive employment situation she was in at the time of this injury event. Residuals stemming from the history of traumatic brain injury are the primary underlying health issues that she is dealing with.

The issue in this case is not that she lacks the general cognitive capacity for employment in her profession, but she has a number of areas of neurocognitive impairment that would preclude her ability to execute adequate cognitive functioning day in and day out in a stressful environment, where there is pressure to perform at a high level.

Dr. Goodwin did not find substantial psychological symptoms. He noted that Ms. Coleman-Fire "is not really endorsing signs and symptoms of depression", "is not really having any symptoms of any generalized anxiety" and "is not experiencing any symptoms of panic." The testing confirmed minimal anxiety, improvement in the level of depression, from moderate (previous testing) to minimal on the current study. Dr. Goodwin stated that the "psychological test data reveals [that Ms. Coleman-Fire has an] understandable level of concern about health issues." He explained: "I do not see that this is excessive, but given her underlying health conditions, with continuing neuropsychological issues related to the history of traumatic brain injury, this appears quite appropriate." Dr. Goodwin found Ms. Coleman-Fire to be "quite pleasant and genuine in her clinical presentation" and noted "there was no hint of over involvement in symptomatology nor any sense of secondary gain in her demeanor."

Ms. Coleman-Fire has seen Dr. James Chesnutt for evaluation and treatment of her TBI/PCS since spring 2014. Dr. Chesnutt is sports medicine physician with interest and specialty in concussion. He serves as Medical Director of the OHSU Concussion Program and Co-Chair of the OHSU Traumatic Brain Injury Initiative and has several funded research studies in this field.

RECEIVED
SIC BENEFITS DEPT
JAN 03 2017

EXHIBIT 1
PART 1 of 2
Page 269 of 1248

December 30, 2016
Re: Bethany Coleman-Fire
Page 5 of 8

Dr. Chesnutt summarized his treatment of Ms. Coleman-Fire and his impressions in the enclosed letter, dated December 5, 2016. He notes that when he saw her in December 2015, "[i]t seemed clear to me [she] was not tolerating full time work well and was inefficient relative to her usual performance" and that he "was doubtful she would be able to continue with her demanding law practice and recommended she consider a medical leave of absence to see if her symptoms would improve." Dr. Chesnutt explains he "felt she would probably have a persistent disability" at that time.

He explains he "next saw Ms. Coleman-Fire on May 13, 2016, two months into a leave from work." He states that her "SCAT score of 38 reflected an improvement that I attribute to rest she received while on leave" and that he "was not optimistic the improvement she experienced would persist upon a return to work." In fact, he explains, she struggled after returning to work at "60 percent of her pre-accident workload and her symptoms returned and worsened." He explains that as of December 5, 2016, when he saw her again:

> She had continued to struggle at work since her last appointment, so much so that her employment terminated in September. Her performance was not acceptable to her law firm, as she recognized. It was agreed her separation would be considered mutual.

Based upon his review of Dr. Goodwin's report, Dr. Chesnutt stated:

> Dr. Goodwin's findings are generally consistent with my observations and do not surprise me. I agree with his conclusion that due to relative cognitive weaknesses, particularly in processing speed, memory processing and attention and concentration, complex visual learning (as well as due to fatigue and a lack of stamina when she tries to work) she is unable to work in her prior occupation, which was stressful and demanded excellent cognition. Here it is important to bear in mind that by all accounts she thoroughly enjoyed her career and struggled mightily to continue to work even after I suggested she take a medical leave.

> Given that the length of time since her injury I expect this disability to be permanent and would expect only modest, if any, improvement.

Bethany and Leora Coleman-Fire's enclosed statements are entirely consistent with all of these records. Bethany Coleman-Fire explains: "The "challenges I outlined in my statement

RECEIVED
SIC BENEFITS DEPT.
JAN 0 3 2017

EXHIBIT 1
PART 1 of 2
Page 270 of 1248

STND 18-03985-000270

December 30, 2016
Re: Bethany Coleman-Fire
Page 6 of 8

dated December 17, 2015 have continued and have forced me to make major adjustments in my life, including ending my employment at Davis Wright Tremaine LLP (DWT) in September 2016." She explains that taking a leave from work beginning in mid-February of 2016, allowed "better rest and simplif[ied] daily routine" and that she "noticed immediate partial improvement in some symptoms," most significantly, "somewhat less of the severe fatigue." However, she explains, when she returned to work in late May 2016, "[m]y fatigue immediately increased", "[t]he improvement in quality of life that I had regained regressed" and "[i]n addition, my difficulties reading and maintaining attention and organizing my days were exacerbated."

Ms. Coleman-Fire explains that she attempted to continue working despite these problems:

> I continued to use all of the coping mechanisms described above and all of the tools that I learned in occupational therapy but even diligently making these efforts, I could not meet the daily demands of my job. Every month I fell further behind in meeting my billable hour requirement, even though DWT had required I further reduce my billable hours, from 75% to 60% of full-time, starting January 1, 2016.

Leora Coleman-Fire confirms:

> When she was still at DWT, every day seemed like a major struggle to simply make it through the day. We would talk multiple times during the day to try to help her organize her thoughts and strategize how she was going to stay on track. However, it seemed like the more pressure she had to complete a particular task within a short period of time, the more things seemed to fall apart. She had typos in her work, missed questions that she was supposed to answer, or missed deadlines altogether. Any additional pressure from DWT to meet her billable goal or make up her hours or respond to emails and phone calls more quickly, made things worse.

Bethany Coleman-Fire describes her supervising attorneys' criticism of her inadequate performance in a meeting that they requested in September 2016. She identifies their negative feedback with regard to timeliness in responding to communications and completing assignments, failing to fully complete assignments, lack of organization in her work, failing to meet billable hour requirements, inability to meet the time-pressured deadlines. She explains that "[t]his meeting ultimately resulted in the mutual decision that I should leave DWT because I

**EXHIBIT 1**
**PART 1 of 2**
**Page 271 of 1248**

STND 18-03985-000271

December 30, 2016
Re: Bethany Coleman-Fire
Page 7 of 8

was not meeting expectations for my position and there were no further actions DWT could take to accommodate me." She states: "I did absolutely everything I could to try to continue my employment with the firm. However, my fatigue and difficulties reading and maintaining attention and organization were too significant to overcome in a private practice environment."

The Oregon Employment Department's enclosed Administrative Decision allowing Ms. Coleman-Fire's unemployment claim to proceed confirms that the issue was Ms. Coleman-Fire's inadequate performance: "You were employed by DAVIS WRIGHT TREMAINE LLP until September 16, 2016 when you were fired because you failed to meet firm standards for billable hours and profitability. This was not a willful or wantonly negligent disregard of the employer's interest because you worked as hard as you could, made yourself available for additional assignments, and made your own personal marketing efforts to bring business to the firm."

Overall, Leora Coleman-Fire explains, that since last December, while "[t]here are certainly some moments or even days that are better than others", "overall, I haven't seen much change." She explains, "Bethany is highly dependent on me for organizing her day, ensuring that she is on time for appointments or events, keeping a relatively clean and organized home, and staying on task throughout her day." She provides examples of the level of assistance she provides

> For example, [Bethany] shares all of her calendar appointments with me (and all of her non-privileged calendar deadlines and meetings while she was still employed at Davis Wright Tremaine). She has set alarms to remind her of events. She also has an alarm set to remind her every night to check her calendar for the next day. Every night, I receive the same reminder and we will talk through her appointments and goals for the next day. Then, the next day, I will check in on a regular basis to see how her progress is going.

Even with this assistance, Leora states, "[o]ften she is distracted, sometimes she has forgotten about what is coming next, and usually needs reminders about what is happening later in the day." She describes Bethany's difficulty with fatigue in ordinary daily tasks of life:

> While I noticed some improvement in her overall energy level after she stopped working, she still struggles with fatigue and in several other areas that never used to give her any difficulty. In the evenings (then and now), I handle most of the household chores to try to give her more time to relax. During that time, she generally listens to an audiobook or closes her eyes. We used to share the

RECEIVED
SIC BENEFITS DEPT
JAN 0 3 2017

EXHIBIT 1
PART 1 of 2
Page 272 of 1248

STND 18-03985-000272

December 30, 2016
Re: Bethany Coleman-Fire
Page 8 of 8

household tasks, but she simply doesn't have the energy to get through a day and then also do some household chores before bed. When she's felt really bad about this and tried to do a load of laundry or clean the kitchen with me, she get headaches and is so fatigued that she's become less functional and more fatigued the next day. Similarly, I watch her get overwhelmed easily by things that she enjoyed before: a holiday dinner with her family; going to the movies; or sorting through a bin of things from her childhood home.

Bethany Coleman-Fire explains that she is "determined to try everything I can to remain in the legal profession I love" and has secured a part-time position beginning February 2017 as a law clerk in the United States Bankruptcy Court for the District of Oregon. She states she is "cautiously hopeful" this part-time position (20 hours per week) with less fluctuation in work flow and few hard deadlines "will be a better fit for me with my continuing difficulties." Dr. Chesnutt states:

> To her credit, she has engaged in a search for less demanding work in the legal field and has been accepted a half-time law clerk position, to begin in February. My impression has consistently been that she enjoyed her work and reduced her hours and ultimately left work reluctantly, after struggling ever since her injury to try to keep up.

These records provide further confirmation that Ms. Coleman-Fire is disabled from her occupation as the result of traumatic brain injury, not psychological symptoms. She is entitled to reinstatement of her disability claim. Thank you for your assistance.

Sincerely,

Megan E. Glor

MEG:rt
cc: Bethany Coleman-Fire

RECEIVED
SIC BENEFITS DEPT
JAN 03 2017

EXHIBIT 1
PART 1 of 2
Page 273 of 1248

STND 18-03985-000273

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

Disability ∞ Health ∞ ERISA ∞ Life ∞ Pensions



| To: The Standard, Attn: Necole Suzuki | From: Megan Glor |
|---|---|
| Fax #: (503) 796-5972 | Pages (Including Coversheet): 9 |
| Phone #: | Date: 12/30/2016 |
| RE: Bethany Coleman-Fire, Claim #: 00VW3181 | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 274 of 1248**

STND 18-03985-000274

# Megan E. Glor
### Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ∾ Health ∾ ERISA ∾ Life

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

December 30, 2016

**Letter By First Class Mail and Facsimile (letter only)**

Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235
Attn: Necole Suzuki, FLHC, Sr. Disability Claim Specialist

> Re: Bethany Coleman-Fire
> Appeal of Decision Terminating Disability Claim
> Group Policy 445474
> Claim No. 00VW3181

Dear Ms. Suzuki:

This is Ms. Coleman-Fire's appeal of Standard's decision terminating her disability claim and benefits, communicated by letter dated June 15, 2016. Standard concluded that any cognitive impairment Ms. Coleman-Fire has had after December 2014 is not due to sequelae from her traumatic brain injury/post-concussive syndrome ("TBI/PCS"), but is due to anxiety and depression. Standard terminated benefits effective September 16, 2016.

Ms. Coleman-Fire's December 2015 appeal of Standard's July 2015 termination decision addresses at length the medical records that confirm that Ms. Coleman-Fire's disabling medical condition is TBI/PCS, resulting from her accident of February 19, 2014 — she was struck by a car while walking her dog. Her head struck the windshield of the car that hit her with such impact that the car's windshield was broken, as the enclosed photograph shows.

Ms. Coleman-Fire has received extensive treatment and evaluation. She was seen immediately after the accident in the Emergency Room of Legacy Emanuel Hospital with nausea and headache and a left posterior parietal scalp hematoma. She was diagnosed with a concussion and prescribed Zofran for nausea. The accident resulted in significant impact with immediate concussion symptoms.

**EXHIBIT 1**
**PART 1 of 2**
**Page 275 of 1248**

December 30, 2016
Re: Bethany Coleman-Fire
Page 2 of 8

Ms. Coleman-Fire was followed by her internist, Dr. Richard Uppal, and received extensive physical therapy, occupational therapy, speech therapy and visual therapy, and was evaluated by neurologists Dr. Catherine Ellison in March 2014 and Dr. Jeffrey Brown in April 2014. Dr. Ellison's diagnoses included post head trauma/post concussion symptoms with nausea, headache, severe fatigue, daytime sleepiness, and difficulty with cognitive processing. Dr. Brown diagnosed benign paroxysmal positional vertigo, daily headaches, dizziness and possible vestibular lesion (such as posttraumatic hydrops or vestibular neuronitis). Ms. Coleman-Fire also established care with Dr. Sean Robinson, a concussion/PCS specialist with the Oregon Health & Science University sports medicine clinic in April 2014. In September 2014, she began to treat with Dr. James Chesnutt with the same clinic and has seen Dr. Chesnutt for the past 2 ½ years. These providers have documented Ms. Coleman-Fire's continuing symptoms and difficulties associated with TBI/PCS.

Sara Walker, Ph.D., administered a neuropsychological evaluation on April 27, 2015, which revealed weaknesses in efficiently recalling information, difficulty sustaining auditory and visual attention, shifting attention efficiently and approaching complex problem-solving. Dr. Walkner found Ms. Coleman-Fire's anxiety and depression understandable reactions to her cognitive and functional difficulties. On December 11, 2015, Dr. Chesnutt noted Ms. Coleman-Fire's symptoms had persisted for a year and nine months and that she was not tolerating full time work well. He recommended she consider taking a medical leave of absence to allow for recovery and concluded she was likely to have a persistent disability.

Dr. Walker performed a second neuropsychological evaluation on December 16, 2015, and met with Ms. Coleman-Fire on January 12, 2016. Ms. Coleman-Fire was billing approximately 40% of a full time position and was "absolutely cooked" after working a six-hour day. She struggled with diminished energy and cognitive problems in visual attention, visual scanning, auditory working memory, and maintaining attention.

The enclosed records reveal that Ms. Coleman-Fire's condition has not improved significantly and that her TBI/PCS symptoms continue and are disabling. Enclosed please find:

1. Dr. James Chesnutt, report and letter dated December 5, 2016 (6 pages);
2. Dr. Chesnutt's resume (26 pages);
3. Neuropsychological report of Dr. Glenn Goodwin, November 10 and 11, 2016 (17 pages);
4. Photograph of the motor vehicle that struck Ms. Coleman-Fire (1 page);
5. Statement of Bethany Coleman-Fire, dated December 28, 2016 (2 pages);

**EXHIBIT 1**
**PART 1 of 2**
**Page 276 of 1248**

December 30, 2016
Re: Bethany Coleman-Fire
Page 3 of 8

6. Oregon Employment Department Administrative Decision, November 23, 2016 (2 pages);

7. Statement of Leora Coleman-Fire, dated December 28, 2016 (2 pages).

Dr. Glenn Goodwin interviewed Ms. Coleman-Fire and administered neuropsychological testing over two days in November 2016. Ms. Coleman-Fire reported her main concerns as susceptibility to fatigue and a diminished sense of cognitive stamina. She reported continuing sleep disturbance, posttraumatic headaches, visual changes and mild photophobia and sensitivity to light and sound since the accident. She felt her improvement had plateaued. She described "some difficulty with processing speed that seems to be having a more general effect on other cognitive areas" difficulty with attention and concentration and some residual memory problems such as losing her train of thought. She felt less adept at executive functions (organization, planning and prioritizing), had noticed difficulty with expressive speech, primarily word finding, and "exerts more effort to concentrate." With reading, she "noted difficulty with visual tracking" and "feels that she is not able to remember written material as well as she used to." Her reading was slower, and while she had been a very avid reader, she "is just not able to keep up with reading for long lengths of time and...gets completely exhausted when she tries to do that." She felt slower with mental arithmetic reasoning. "Again, susceptibility to fatigue is a major issue that has an adverse effect overall in terms of her execution of cognitive functions."

Comparing his own test results to the prior results obtained by Dr. Walker, Dr. Goodwin noted that "[o]verall intellectual functioning continues to be stable with no significant changes." He identified some areas of decline on processing speed, Trail Making Test Part B, total recall on the CVLT-II and on long delay recognition on the CVLT-II. He found "significant improvement on a single task of divided attention, freedom from interference and processing speed (Stroop)" and generally better performance in reasoning and problem solving, but with differences in the instrumentation used. He noted that visuospatial memory appeared to be be worse, which he attributed to difficulty with "the instrument used in this current study."

Dr. Goodwin found that his neurocognitive test results showed "quite a bit of similarity in the profile patterns as compared to her two previous neuropsychological studies" and "also some differences, most likely related to normal variability seen on serial testing." He pointed out:

[N]europsychological testing is conducted in a laboratory setting in an environment free of distraction, with the assistance of a helpful test administrator, performing one task at a time. This is often not analogous to the more complex demand characteristics in a busy law office as has been described by Ms.

**EXHIBIT 1**
**PART 1 of 2**
**Page 277 of 1248**

STND 18-03985-000277

December 30, 2016
Re: Bethany Coleman-Fire
Page 4 of 8

Coleman-Fire in her prior employment. As such, neuropsychological testing in some cases may not be sensitive or specific enough to capture problems in neuropsychological functioning, especially with respect to executive functioning. Given the validity of this study, there is no reason to discount her subjective complaints.

Dr. Goodwin concluded:

In summary, I think it is quite clear that Ms. Coleman-Fire is not work tolerant from a neuropsychological standpoint with respect to the type of competitive employment situation she was in at the time of this injury event. Residuals stemming from the history of traumatic brain injury are the primary underlying health issues that she is dealing with.

The issue in this case is not that she lacks the general cognitive capacity for employment in her profession, but she has a number of areas of neurocognitive impairment that would preclude her ability to execute adequate cognitive functioning day in and day out in a stressful environment, where there is pressure to perform at a high level.

Dr. Goodwin did not find substantial psychological symptoms. He noted that Ms. Coleman-Fire "is not really endorsing signs and symptoms of depression", "is not really having any symptoms of any generalized anxiety" and "is not experiencing any symptoms of panic." The testing confirmed minimal anxiety, improvement in the level of depression, from moderate (previous testing) to minimal on the current study. Dr. Goodwin stated that the "psychological test data reveals [that Ms. Coleman-Fire has an] understandable level of concern about health issues." He explained: "I do not see that this is excessive, but given her underlying health conditions, with continuing neuropsychological issues related to the history of traumatic brain injury, this appears quite appropriate." Dr. Goodwin found Ms. Coleman-Fire to be "quite pleasant and genuine in her clinical presentation" and noted "there was no hint of over involvement in symptomatology nor any sense of secondary gain in her demeanor."

Ms. Coleman-Fire has seen Dr. James Chesnutt for evaluation and treatment of her TBI/PCS since spring 2014. Dr. Chesnutt is sports medicine physician with interest and specialty in concussion. He serves as Medical Director of the OHSU Concussion Program and Co-Chair of the OHSU Traumatic Brain Injury Initiative and has several funded research studies in this field.

**EXHIBIT 1**
**PART 1 of 2**
**Page 278 of 1248**

STND 18-03985-000278

December 30, 2016
Re: Bethany Coleman-Fire
Page 5 of 8

Dr. Chesnutt summarized his treatment of Ms. Coleman-Fire and his impressions in the enclosed letter, dated December 5, 2016. He notes that when he saw her in December 2015, "[i]t seemed clear to me [she] was not tolerating full time work well and was inefficient relative to her usual performance" and that he "was doubtful she would be able to continue with her demanding law practice and recommended she consider a medical leave of absence to see if her symptoms would improve." Dr. Chesnutt explains he "felt she would probably have a persistent disability" at that time.

He explains he "next saw Ms. Coleman-Fire on May 13, 2016, two months into a leave from work." He states that her "SCAT score of 38 reflected an improvement that I attribute to rest she received while on leave" and that he "was not optimistic the improvement she experienced would persist upon a return to work." In fact, he explains, she struggled after returning to work at "60 percent of her pre-accident workload and her symptoms returned and worsened." He explains that as of December 5, 2016, when he saw her again:

> She had continued to struggle at work since her last appointment, so much so that her employment terminated in September. Her performance was not acceptable to her law firm, as she recognized. It was agreed her separation would be considered mutual.

Based upon his review of Dr. Goodwin's report, Dr. Chesnutt stated:

> Dr. Goodwin's findings are generally consistent with my observations and do not surprise me. I agree with his conclusion that due to relative cognitive weaknesses, particularly in processing speed, memory processing and attention and concentration, complex visual learning (as well as due to fatigue and a lack of stamina when she tries to work) she is unable to work in her prior occupation, which was stressful and demanded excellent cognition. Here it is important to bear in mind that by all accounts she thoroughly enjoyed her career and struggled mightily to continue to work even after I suggested she take a medical leave.

> Given that the length of time since her injury I expect this disability to be permanent and would expect only modest, if any, improvement.

Bethany and Leora Coleman-Fire's enclosed statements are entirely consistent with all of these records. Bethany Coleman-Fire explains: "The "challenges I outlined in my statement

**EXHIBIT 1**
**PART 1 of 2**
**Page 279 of 1248**

STND 18-03985-000279

December 30, 2016
Re: Bethany Coleman-Fire
Page 6 of 8

dated December 17, 2015 have continued and have forced me to make major adjustments in my life, including ending my employment at Davis Wright Tremaine LLP (DWT) in September 2016." She explains that taking a leave from work beginning in mid-February of 2016, allowed "better rest and simplif[ied] daily routine" and that she "noticed immediate partial improvement in some symptoms," most significantly, "somewhat less of the severe fatigue." However, she explains, when she returned to work in late May 2016, "[m]y fatigue immediately increased", "[t]he improvement in quality of life that I had regained regressed" and "[i]n addition, my difficulties reading and maintaining attention and organizing my days were exacerbated."

Ms. Coleman-Fire explains that she attempted to continue working despite these problems:

> I continued to use all of the coping mechanisms described above and all of the tools that I learned in occupational therapy but even diligently making these efforts, I could not meet the daily demands of my job. Every month I fell further behind in meeting my billable hour requirement, even though DWT had required I further reduce my billable hours, from 75% to 60% of full-time, starting January 1, 2016.

Leora Coleman-Fire confirms:

> When she was still at DWT, every day seemed like a major struggle to simply make it through the day. We would talk multiple times during the day to try to help her organize her thoughts and strategize how she was going to stay on track. However, it seemed like the more pressure she had to complete a particular task within a short period of time, the more things seemed to fall apart. She had typos in her work, missed questions that she was supposed to answer, or missed deadlines altogether. Any additional pressure from DWT to meet her billable goal or make up her hours or respond to emails and phone calls more quickly, made things worse.

Bethany Coleman-Fire describes her supervising attorneys' criticism of her inadequate performance in a meeting that they requested in September 2016. She identifies their negative feedback with regard to timeliness in responding to communications and completing assignments, failing to fully complete assignments, lack of organization in her work, failing to meet billable hour requirements, inability to meet the time-pressured deadlines. She explains that "[t]his meeting ultimately resulted in the mutual decision that I should leave DWT because I

**EXHIBIT 1**
**PART 1 of 2**
**Page 280 of 1248**

December 30, 2016
Re: Bethany Coleman-Fire
Page 7 of 8

was not meeting expectations for my position and there were no further actions DWT could take to accommodate me." She states: "I did absolutely everything I could to try to continue my employment with the firm. However, my fatigue and difficulties reading and maintaining attention and organization were too significant to overcome in a private practice environment."

The Oregon Employment Department's enclosed Administrative Decision allowing Ms. Coleman-Fire's unemployment claim to proceed confirms that the issue was Ms. Coleman-Fire's inadequate performance: "You were employed by DAVIS WRIGHT TREMAINE LLP until September 16, 2016 when you were fired because you failed to meet firm standards for billable hours and profitability. This was not a willful or wantonly negligent disregard of the employer's interest because you worked as hard as you could, made yourself available for additional assignments, and made your own personal marketing efforts to bring business to the firm."

Overall, Leora Coleman-Fire explains, that since last December, while "[t]here are certainly some moments or even days that are better than others", "overall, I haven't seen much change." She explains, "Bethany is highly dependent on me for organizing her day, ensuring that she is on time for appointments or events, keeping a relatively clean and organized home, and staying on task throughout her day." She provides examples of the level of assistance she provides

> For example, [Bethany] shares all of her calendar appointments with me (and all of her non-privileged calendar deadlines and meetings while she was still employed at Davis Wright Tremaine). She has set alarms to remind her of events. She also has an alarm set to remind her every night to check her calendar for the next day. Every night, I receive the same reminder and we will talk through her appointments and goals for the next day. Then, the next day, I will check in on a regular basis to see how her progress is going.

Even with this assistance, Leora states, "[o]ften she is distracted, sometimes she has forgotten about what is coming next, and usually needs reminders about what is happening later in the day." She describes Bethany's difficulty with fatigue in ordinary daily tasks of life:

> While I noticed some improvement in her overall energy level after she stopped working, she still struggles with fatigue and in several other areas that never used to give her any difficulty. In the evenings (then and now), I handle most of the household chores to try to give her more time to relax. During that time, she generally listens to an audiobook or closes her eyes. We used to share the

**EXHIBIT 1**
**PART 1 of 2**
**Page 281 of 1248**

STND 18-03985-000281

December 30, 2016
Re: Bethany Coleman-Fire
Page 8 of 8

household tasks, but she simply doesn't have the energy to get through a day and then also do some household chores before bed. When she's felt really bad about this and tried to do a load of laundry or clean the kitchen with me, she get headaches and is so fatigued that she's become less functional and more fatigued the next day. Similarly, I watch her get overwhelmed easily by things that she enjoyed before: a holiday dinner with her family; going to the movies; or sorting through a bin of things from her childhood home.

Bethany Coleman-Fire explains that she is "determined to try everything I can to remain in the legal profession I love" and has secured a part-time position beginning February 2017 as a law clerk in the United States Bankruptcy Court for the District of Oregon. She states she is "cautiously hopeful" this part-time position (20 hours per week) with less fluctuation in work flow and few hard deadlines "will be a better fit for me with my continuing difficulties." Dr. Chesnutt states:

> To her credit, she has engaged in a search for less demanding work in the legal field and has been accepted a half-time law clerk position, to begin in February. My impression has consistently been that she enjoyed her work and reduced her hours and ultimately left work reluctantly, after struggling ever since her injury to try to keep up.

These records provide further confirmation that Ms. Coleman-Fire is disabled from her occupation as the result of traumatic brain injury, not psychological symptoms. She is entitled to reinstatement of her disability claim. Thank you for your assistance.

Sincerely,

Megan E. Glor

MEG:rt
cc: Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 282 of 1248**

STND 18-03985-000282





# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ❧ Health ❧ ERISA ❧ Life ❧ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530



| | | |
|---|---|---|
| To: Standard, Attn: Necole Suzuki | From: | Megan Glor |
| Fax #: (503) 796-5972 | Pages (Including Coversheet): | 2 |
| Phone #: | Date: 12/12/2016 | |
| RE: Bethany Coleman-Fire, Claim No.: 00VW3181 | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Reg 4
review

**EXHIBIT 1**
**PART 1 of 2**
**Page 283 of 1248**

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ⚘ Health ⚘ ERISA ⚘ Life ⚘ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

**December 12, 2016**

**By Facsimile:  (503) 796-5972**

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235

　　　　RE:  Bethany Coleman-Fire
　　　　Davis Wright Tremaine LLP/Group Policy 445474 / Claim No.  00VW3181

Dear Ms. Suzuki:

　　　　Following up on my voice message of this morning, I am writing to confirm that on behalf of Ms. Coleman-Fire, I am appealing Standard's decision terminating her disability claim and benefits, communicated by your letter dated June 15, 2016.

　　　　I await several documents to complete the appeal and therefore would ask that you allow me until December 31, 2016, to complete the appeal.  **Please call me today if you have any questions or concerns.**

　　　　Thank you for your assistance.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Megan E. Glor

MEG:rt
cc:  Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 284 of 1248**

STND 18-03985-000284





December 19, 2016

Megan E. Glor
621 SW Morrison Suite 900
Portland OR  97205

Re:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Glor:

We are writing in regard to Ms. Coleman-Fire's Long Term Disability (LTD) claim with
Standard Insurance Company (The Standard).

We received your facsimile, dated December 12, 2016, indicating that you are appealing the
termination of Ms. Coleman-Fire's LTD Benefits.  As such, Ms. Coleman-Fire's LTD claim has
been referred to the Administrative Review Unit for an independent review of the limitation of
Ms. Coleman-Fire's claim.

It has also come to our attention that when updated payroll records were provided by Ms.
Coleman-Fire's Employer, her claim was not adjusted and the remaining LTD Benefits were not
issued to Ms. Coleman-Fire.  We have now updated Ms. Coleman-Fire's LTD claim taking into
consideration the Work Earnings information provided by her Employer through July 31, 2016.
A check has been issued to Ms. Coleman-Fire in the amount of $9,928.55, for benefits due to
Ms. Coleman-Fire through September 15, 2016.  With this payment, Ms. Coleman-Fire's claim
has closed, and is Limited under the terms of the Group Policy, as described in our letter dated
June 15, 2016.

If you have any questions about this letter or Ms. Coleman-Fire's claim, please contact our
office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 285 of 1248**

REISSUED STALE CHECK

NEW CK #: _____ — 1

TEAM QA-3 _____

CCC NSU2O

FILE COPY

FILE COPY

TheStandard

February 17, 2016

BETHANY COLEMAN-FIRE
4834 NE 17TH AVE
PORTLAND  OR  97211

State: OR
Reference ID: 00VW3181

DUE DILIGENCE NOTIFICATION TO: BETHANY COLEMAN-FIRE

As required by the state named above, Standard Insurance Company is holding the following Unclaimed Property
due to the above named payee.

| Issue Date | Check Number | Check Amount |
|------------|--------------|--------------|
| 6/30/15 | 39-170001 | $15,038.11 |

Your response must be received in our office no later than **30 days** from the date of this letter. **If no response is
received, the property will be sent to the Unclaimed Property Administrator for Standard Insurance
Company, who will send this property to the state listed above where the State Treasurer will hold this
property forever or until an owner claims it.**

Please check the appropriate box below, date, sign, and return this letter to our attention at: Standard Insurance
Company, Attn: Financial Services: Stale Dated Checks - C11A, 900 SW Fifth Avenue, Portland, OR 97204.

[  ] I have cashed this check.

[X] I have the check in my possession. I am returning it to Standard Insurance Company so that a replacement
check can be issued.

[  ] I do not have it in my possession, nor have I previously cashed the above check. If in the future this check is
located, I will return it to Standard Insurance Company for cancellation. Please re-issue the item listed above.

New Address: _4834 NE 17th Ave. Portland, OR 97211_

Comments: _____

Signature: _____    Date: _2/18/16_

If you have any questions regarding this letter, please contact us at the number provided below.

Thank you,

Judith Anton
Shared Services
Phone: (971) 321-8207
Fax:     (971) 321-8190

**EXHIBIT 1
PART 1 of 2
Page 286 of 1248**




July 13, 2016


Megan E. Glor
621 SW Morrison Ste 900
Portland OR  97205


Re:     Bethany Coleman-Fire
        Professional Services Employers Trust on behalf of
        Davis Wright Tremaine LLP
        Group Policy 445474
        Claim No. 00VW3181

Dear Ms. Glor:

We are writing in regard to Ms. Coleman-Fire's Long Term Disability (LTD) claim with
Standard Insurance Company (The Standard).  This letter is in response to your letter of June 20,
2016.

Per your request, we have enclosed a complete copy of all documentation from Ms. Coleman-
Fire's LTD claim file, from November 4, 2015 through the present, for your review.  With the
enclosed documents we believe that we have complied with your request under applicable law.

If you have any questions about this letter, please contact our office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198


Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

EXHIBIT 1
PART 1 of 2
Page 287 of 1248

STND 18-03985-000287

## Necole Suzuki

| | |
|---|---|
| **From:** | Judy Yakymi |
| **Sent:** | Monday, June 20, 2016 11:17 AM |
| **To:** | Necole Suzuki |
| **Subject:** | FW: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 7 |
| **Attachments:** | A1581e0e6-f5e6-4503-b0a2-544913982aab.TIF |

**EXHIBIT 1**
**PART 1 of 2**
**Page 288 of 1248**

1

From: Megan E. Glor Attorn Fax: (866) 468-4170    To: +15037965972    Fax: +15037965972    Page 1 of 6  06/20/2016 10:56 AM

# Megan E. Glor
### Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

Disability ☙ Health ☙ ERISA ☙ Life ☙ Pensions

# Fax

| | | | |
|---|---|---|---|
| To: Standard Ins., Attn: Necole Suzuki | | From: Megan Glor | |
| Fax #: 503-796-5972 | | Pages (Including Coversheet): | 6 |
| Phone #: | | Date: 6/20/2016 | |
| RE: Bethany Coleman-Fire | | CC: | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☒ Please Reply        ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 289 of 1248**



# Megan E. Glor
### Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ~ Health ~ ERISA ~ Life ~ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

June 20, 2016

**By facsimile: ((503) 796-5972)**

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235

Telephone:  (888) 937-4783

RE:  Bethany Coleman-Fire
      Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP
      Group Policy 445474 / Claim No.  00VW3181

Dear Ms. Suzuki:

   This office continues to represent Ms. Coleman-Fire regarding her LTD claim , referenced above. Pursuant to ERISA, I hereby request a complete copy of all documents, records, or other information relevant to Standard's decision determining the above claim dated since November 4, 2015, the date Standard previously provided claim file documents.

   According to the current version of 29 CFR § 2560.503-1(m)(8), "a document, record, or other information shall be considered "relevant" to the above claim if such document, record, or other information,

   (i)      was relied upon in making the benefit determination; **or**
   (ii)     was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination."

This request includes, but is not limited to the following categories of documents:
   (1)      All claim forms (including attachments, supplements, additions or addenda) for this claim;
   (2)      All medical providers' or other physicians' statements, reports, records, correspondence, memoranda, and/or e-mail regarding this claim;
   (3)      All electronic or written claim logs, case summaries, or other means of recording events, documents, discussions, reviews or decisions relating to this claim;
   (4)      All notes, correspondence, memos and/or any other documents of any employee, agent, consultant or contractor, or any other person having any affiliation with Standard who took any part in making the decision on this claim;

**EXHIBIT 1**
**PART 1 of 2**
**Page 290 of 1248**

RE: Bethany Coleman-Fire
June 20, 2016
Page 2 of 2

(5)    All notes, correspondence, memos and/or any other documents of any consultant, physician, medical professional or any other individual consulted, retained or otherwise utilized by Standard in analyzing or making any benefits determination for this claim

(6)    All documents, including photographs, videos, summaries, audiotapes, transcripts, or other records demonstrating or containing the results of any investigation of the claimant or this claim;

(7)    All medical journals, articles, literature or studies that were received, reviewed or relied on by Standard or any physician or other medical professional hired or retained by Standard in evaluating this claim;

(8)    All correspondence or other documents received by Standard or sent by any other person, entity or organization involved in the determination of this claim; and

(9)    All notes, correspondence, memos and/or any other documents concerning this claim, which are in Standard's possession or control.

(10)    All written statements of Standard's or the Plan's policies or other written guidance or guidelines relating to the condition(s) or diagnosis of the claimant's condition(s), whether or not such statements were relied on in making the benefit determination in this case (see 29 C.F.R. § 2560.503-1(m)(8)(iv)).

I have enclosed signed releases of information so that you may communicate with our law firm regarding this claim.

Kindly produce these documents within 30 days of the date of this letter, pursuant to ERISA. You are welcome to provide the aforementioned documents on a Mac-compatible USB drive in lieu of a paper file.

Sincerely,

Megan E. Glor

MEG:cs
Enclosures
cc: Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 291 of 1248**

STND 18-03985-000291

Case 3:18-cv-00180-SB    Document 19-1    Filed 10/11/18    Page 292 of 600

09/09/2015 10:48AM FAX 133+++++++          To: +15037965972      Fax: +15037965972      Page 4 of 6  06/20/2016 10:56 AM  @0002/0007
From: Megan E. Glor Attorn Fax: (866) 468-4170

## AUTHORIZATION TO USE AND/OR DISCLOSE
## PROTECTED HEALTH INFORMATION

**Name of Patient:**

Bethany Coleman-fire

**DOB:** ███████████

**Date(s) of Service:**
November 4, 2015 to the present

**SSN:** ███████████

**Name/address of health care provider:**

Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235

**To disclose medical information to:**

Megan E. Glor, Attorneys at Law
American Bank Building
621 SW Morrison, Suite 900
Portland, OR 97205

By initialing the spaces below, I specifically authorize the disclosure of the following medical information and/or medical records, if such information and/or records exist:

_BCF_ All hospital records (including nursing records and progress notes)
_BCF_ Transcribed hospital records
_BCF_ Continuity of care records
_BCF_ Laboratory/pathology reports
_BCF_ Correspondence to/from others
_BCF_ Vocational rehabilitation records
_BCF_ Entire medical record (all information)
_BCF_ Workers' Compensation claim record for injuries of _____

_BCF_ Emergency and urgency care records
_BCF_ Diagnostic imaging reports/films
_BCF_ Clinician office chart notes
_BCF_ Physical therapy records
_BCF_ Dental records
_BCF_ Billing statements
_BCF_ Insurance forms

* If the information to be disclosed contains any of the types of records or information listed below, I understand and agree that this information will be disclosed only if my initials appear in the space next to each item:

_BCF_ * HIV/AIDS test or result information and/or records
_BCF_ * Mental health information and/or records
_BCF_ * Genetic testing information and/or records
_BCF_ * Drug/alcohol diagnosis, treatment or referral information and/or records

I understand that I have the following rights:  (1) The disclosure of the information and/or records is to be used for legal purposes with the disclosure to be made to my attorney(s); (2) The information disclosed may be subject to redisclosure and may no longer be protected by federal law; (3) I do not have to sign this authorization in order to obtain health care benefits (treatment, payment or enrollment); and (4) I may revoke this authorization in writing pursuant to the Privacy Notice to Patients posted at the facility where the information is to be released.

By my signature below, I understand that a copy of this Authorization has the same validity as the original.  Unless revoked earlier, this authorization will expire 180 days from the date of signing or shall remain in effect for the period reasonably needed to complete the request.

_Bethany Coleman-fire_
Signature of Patient, Guardian/Conservator, or Authorized Representative

Bethany Coleman-fire
Printed Name

**Date**   June 20, 2016

**EXHIBIT 1**
**PART 1 of 2**
**Page 292 of 1248**

Case 3:18-cv-00180-SB    Document 19-1    Filed 10/11/18    Page 293 of 600

09/08/2015 10:48AM FAX (866) 468-4170                  To: +15037965972         Fax: +15037965972         Page 5 of 6  06/20/2016 10:56 AM   003/0007
From: Megan E. Glor Attorn Fax: (866) 468-4170

## AUTHORIZATION TO RELEASE INFORMATION AND DOCUMENTS

Name   Bethany Coleman-fire

Social Security Number ███████████      Date of Birth ████████

1.    I authorize the use or disclosure of the following: Any and all documents and information related to
      my enrollment in any health, disability or life insurance plan, or any claim I have made for life,
      health or disability benefits.  This request includes all documents and/or data compilations, and
      any other information, contained within my underwriting or claims file(s), or any information or
      documents that have been received, generated, or reviewed by any company or person in
      connection with said claims.  This authorization includes, but is not limited to, the following types
      of information and/or documents:  All insurance policy/plan applications and related documents;
      documents relating to any claim for benefits or coverage; banking or other financial information;
      Social Security documents; employment documents, including but not limited to payroll
      information and/or the contents of any personnel file, medical records, attendance records; military
      records, including but not limited to medical diagnosis, service history, and any disciplinary action
      taken; all documents from any law enforcement agency; postal documents; documents concerning
      any real estate transaction; education and/or school records or documents; notes or other
      documents of any insurer, plan, policy or adjuster; and notes or other documents of any physician
      employed by the insurer or plan.

2.    I hereby authorize the following person or entity to make the disclosure:

      **Standard Insurance Company**
      **900 SW Fifth Avenue**
      **Portland, Oregon 97204-1235**

3.    The documents and information set forth in Section 1 may be disclosed to and used by the
following:

      Megan E. Glor, Attorneys at Law
      American Bank Building
      621 SW Morrison, Suite 900
      Portland, OR  97205
      Telephone: (503) 223-7400  Fax: (503) 227-2530

4.    In addition, I authorize the law firm of Megan E. Glor, Attorneys at Law to act as my representative in all
      communications pertaining to my insurance and/or benefits claim.

5.    The purpose of the requested disclosure is for claim and/or damage evaluation.

I understand that I have a right to revoke this authorization at any time.  Unless otherwise revoked, this authorization will expire on
the following date, event or condition:_____.  If I fail to specify an expiration date, event or condition, this authorization will
expire in twelve months.

I agree that a copy of this release or fax of this release shall be as valid as the original release.  If I authorize the party identified in
Section 2 above to fax the information, I realize there are inherent risks in faxing protected health information.

Bethany Coleman-fire
Signature

Bethany Coleman-fire
Printed Name

Date   June 20, 2016

**EXHIBIT 1**
**PART 1 of 2**
**Page 293 of 1248**

STND 18-03985-000293

## AUTHORIZATION TO USE AND/OR DISCLOSE
## MEDICAL RECORDS AND/OR HEALTH INFORMATION

**Name:** Bethany Coleman-fire

**DOB:** [redacted]          **SSN:** [redacted]

**Name/address of party to release records:**

Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235

**Name/address of party to receive released records:**

Megan E. Glor, Attorneys at Law
American Bank Building
621 SW Morrison, Suite 900
Portland, OR 97205

**By initialing the spaces below, I specifically authorize the disclosure of the following medical information and/or medical records, if such information and/or records exist:**

BLF  All hospital records (including nursing records and progress notes)
BLF  Transcribed hospital records
BLF  Continuity of care records
BLF  Laboratory/pathology reports
BLF  Correspondence to/from others
BLF  Vocational rehabilitation records
BLF  Entire medical record (all information)
BLF  Workers' Compensation claim record for injuries of _____

BLF  Emergency and urgency care records
BLF  Diagnostic imaging reports/films
BLF  Clinician office chart notes
BLF  Physical therapy records
BLF  Dental records
BLF  Billing statements
BLF  Insurance forms

**\* If the information to be disclosed contains any of the types of records or information listed below, I understand and agree that this information will be disclosed only if my initials appear in the space next to each item:**

BLF  \* HIV/AIDS test or result information and/or records
BLF  \* Mental health information and/or records
BLF  \* Genetic testing information and/or records
BLF  \* Drug/alcohol diagnosis, treatment or referral information and/or records

**By my signature below, I understand that a copy of this Authorization has the same validity as the original. Unless revoked earlier, this authorization will expire 180 days from the date of signing or shall remain in effect for the period reasonably needed to complete the request.**

Signature: _Bethany Coleman-fire_

Printed Name: Bethany Coleman-fire

**Date** June 20, 2016

**EXHIBIT 1**
**PART 1 of 2**
**Page 294 of 1248**

STND 18-03985-000294



## Judy Yakymi

| | |
|---|---|
| **From:** | RightFax E-mail Gateway <RightFaxEmailGateway@standard.com> |
| **Posted At:** | Wednesday, June 15, 2016 2:15 PM |
| **Conversation:** | Your fax has been successfully sent to Megan Glor at 915032272530. |
| **Posted To:** | Inbox |

**Subject:** ·     Your fax has been successfully sent to Megan Glor at 915032272530.

Your fax has been successfully sent to Megan Glor at 915032272530.
-------------------------------------------------------------------
6/15/2016 2:10:45 PM Transmission Record
     Sent to 915032272530 with remote ID "5032272530"
     Result: (0/339;0/0) Success
     Page record: 1 - 4
     Elapsed time: 03:09 on channel 17

1

**EXHIBIT 1**
**PART 1 of 2**
**Page 295 of 1248**

STND 18-03985-000295



June 15, 2016

Megan E. Glor
621 SW Morrison Suite 900
Portland OR  97205

Re:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Glor:

We are writing in regard to Ms. Coleman-Fire's Long Term Disability (LTD) claim with
Standard Insurance Company (The Standard), and in response to your May 31, 2016 letter.

In your letter you acknowledge that The Standard determined that any cognitive impairment Ms.
Coleman-Fire has after December 2014, is not due to sequelae from her traumatic brain
injury/post-concussive syndrome. Rather, it was determined that Ms. Coleman-Fire's ongoing
limitations and restrictions are due to anxiety and depression.  You requested that The Standard
confirm that Ms. Coleman-Fire will receive LTD Benefits until December 2016.

After reviewing the information in Ms. Coleman-Fire's claim file, we have determined that she is
due additional LTD Benefits through September 15, 2016, for her Mental Disorder.  This letter
will explain our decision.

As indicated in our May 24, 2016 letter, the PSET on behalf of Davis Wright Tremaine LLP
Group Policy limits payment of LTD benefits to a maximum of 24 months for conditions caused
or contributed to by a Mental Disorder. Anxiety and Depression are considered Mental Disorders
under the terms of the Group Policy; therefore, this limitation was applied to Ms. Coleman-Fire's
claim.

When Ms. Coleman-Fire initially submitted her LTD claim forms, she reported that she became
unable to perform her occupation as of February 19, 2014 due to concussion, depression, anxiety,
whiplash, and post-concussion syndrome.  The initial Attending Physician's Statement provided,
completed on December 31, 2014, by Dr. Uppal, reflects the following diagnoses: concussion,
MVA, vertigo, soft tissue injury, anxiety, depression and adjustment reaction.

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 296 of 1248**

As part of our initial review of Ms. Coleman-Fire's LTD claim, we obtained copies of her medical records which were reviewed by a Physician Consultant.  Based on a review of the medical documentation, the Physician Consultant concluded that Ms. Coleman-Fire became significantly depressed and anxious in September 2014, as documented by Dr. Uppal's September 16, 2014 chart note.

Based on Ms. Coleman-Fire's medical records, and the opinion of the Physician Consultant, we have concluded that Ms. Coleman-Fire became Disabled due to a Mental Disorder as of September 16, 2014, and continues to be Disabled as a result of a Mental Disorder.  As such, Ms. Coleman-Fire is entitled to 24 months of LTD Benefits for her Mental Disorder, from September 16, 2014 through September 15, 2016.

In order to ensure that Ms. Coleman-Fire's LTD Benefit is accurately calculated, please provide a copy of her payroll records for the period March 16, 2016 through the present.  Upon receipt of Ms. Coleman-Fire's payroll records, we will calculate her LTD Benefit and issue any payments due to her at that time.

With our payment to Ms. Coleman-Fire through September 15, 2016, her LTD claim will close.

The following is an explanation of Ms. Coleman-Fire's right to a review of our decision:

If you want us to review this claim and this decision you must send us a written request within 180 days after you receive this letter. If you request a review, you will have the right to submit additional information in connection with this claim. Additional information that you may wish to submit would be information showing that Ms. Coleman-Fire remains Disabled as a result of a medical condition not limited by the Group Policy.  We will also require that you provide documentation of Ms. Coleman-Fire's Work Earnings from March 16, 2016 and continuing. Please include any such new information along with your request for review.

If you request a review, it will be conducted by an individual who was not involved in the original decision. If necessary, the person conducting the review will consult with a medical professional with regard to this claim. The medical professional will be someone who was not previously consulted in connection with this claim. The review would be completed within 45 days after we receive your request unless circumstances beyond our control require an extension of an additional 45 days.

If you request a review and the decision to limit this claim is upheld, you will have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We want you to know that upon further investigation, other valid reasons for limiting or denying this claim, which have not been previously considered, could come to our attention. Therefore, The Standard reserves the right to consider and assert other reasons for limitation or denial of this claim should they occur in the future.

**EXHIBIT 1**
**PART 1 of 2**
**Page 297 of 1248**

STND 18-03985-000297

3

Please consult your Certificate of Insurance or Summary Plan document for a complete description of your rights under the terms of the PSET on behalf of Davis Wright Tremaine LLP Group Policy.

If you have any questions about this letter or Ms. Coleman-Fire's claim, please write or call me.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

**EXHIBIT 1**
**PART 1 of 2**
**Page 298 of 1248**

STND 18-03985-000298

## Necole Suzuki

| | |
|---|---|
| **From:** | Kath McGrath |
| **Sent:** | Tuesday, May 31, 2016 2:29 PM |
| **To:** | Necole Suzuki |
| **Subject:** | FW: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 39 |
| **Attachments:** | A4a440536-4d95-4292-a631-4adc623b22ae.TIF |

-----Original Message-----
From: RightFax Email Gateway
Sent: Tuesday, May 31, 2016 2:15 PM
To: Cgroup Faxes <CgroupFaxes@standard.com>
Subject: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 39

5/31/2016 2:12:55 PM Transmission Record
    Received from remote ID: catherine@meganglor.
    Inbound user ID CGROUPFAXES, routing code 5972
    Result: (0/352;0/0) Success
    Page record: 1 - 2
    Elapsed time: 01:16 on channel 39


Fax Images: [double-click on image to view page(s)]

STND 18-03985-000299

**EXHIBIT 1**
**PART 1 of 2**
**Page 299 of 1248**

1

From: Megan E. Glor Attorn Fax: (866) 468-4170          To: +15037965972          Fax: +15037965972          Page 1 of 2  05/31/2016 2:12 PM

# Megan E. Glor
### Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

Disability ⮞ Health ⮞ ERISA ⮞ Life ⮞ Pensions



To: Standard Ins. Co. Attn: N. Suzuki          From: Megan Glor

Fax #: 503-796-5972          Pages (Including Coversheet): 2

Phone #:          Date: 5/31/2016

RE: Bethany Coleman-Fire          CC:

☐ Urgent          ☐ For Review          ☐ Please Comment          ☒ Please Reply          ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 300 of 1248**

STND 18-03985-000300



# Megan E. Glor
### Attorneys at Law

Megan E. Clor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ⚕ Health ⚕ ERISA ⚕ Life ⚕ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

May 31, 2016

**By Facsimile: ((503) 796-5972)**

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
Standard Insurance Company
903 SW Fifth Avenue
Portland, OR 97204-1235

Re: Bethany Coleman-Fire
Policy No: 445474
Claim No: 00VW3181

Dear Ms. Suzuki:

Standard stated in its letter dated April 22, 2016, which reopened Ms. Coleman-Fire's LTD claim, that Standard had "determined during [its] review…that any cognitive impairment Ms. Coleman-Fire continues to have is no longer due to sequelae from her traumatic brain injury/post-concussive syndrome after December 2014 when her claim was closed."

Ms. Coleman-Fire is entitled to payment of her LTD claim through December 2016, according to this determination by Standard. However, Standard's letter dated May 24, 2016 states that Standard will not pay LTD benefits beyond May 19, 2016.

I am writing to ask that you confirm that Standard will indeed continue to pay Ms. Coleman-Fire's claim through December 2016, in accordance with its assertion in its April 22 letter. I look forward to hearing from you shortly.

Sincerely,

Megan E. Glor

MEG:hs
cc: Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 301 of 1248**

STND 18-03985-000301

## Kath McGrath

| | |
|---|---|
| **From:** | RightFax E-mail Gateway <RightFaxEmailGateway@standard.com> |
| **Posted At:** | Tuesday, May 24, 2016 4:16 PM |
| **Conversation:** | Your fax has been successfully sent to John Shaw at 915032272530. |
| **Posted To:** | Inbox |
| **Subject:** | Your fax has been successfully sent to John Shaw at 915032272530. |

Your fax has been successfully sent to John Shaw at 915032272530.

------------------------------------------------------

5/24/2016 4:11:39 PM Transmission Record
     Sent to 915032272530 with remote ID "5032272530"
     Result: (0/339;0/0) Success
     Page record: 1 - 5
     Elapsed time: 03:51 on channel 19

**EXHIBIT 1**
**PART 1 of 2**
**Page 302 of 1248**

STND 18-03985-000302

 

**Kath McGrath**

| | |
|---|---|
| **From:** | Kath McGrath |
| **Sent:** | Tuesday, May 24, 2016 4:11 PM |
| **To:** | 'John Shaw@915032272530' |
| **Subject:** | Bethany Coleman-Fire |
| **Attachments:** | 20160524160554002.pdf |

Please see attached and contact Necole with any questions.

Kathleen McGrath | Disability Claims Assistant The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.6946 | Fax 503.796.5972 Kath.McGrath@standard.com |
www.standard.com

1

**EXHIBIT 1**
**PART 1 of 2**
**Page 303 of 1248**

STND 18-03985-000303



TheStandard®

May 24, 2016

John C. Shaw
Megan E. Glor
621 SW Morrison Suite 900
Portland OR  97205

Re:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

We are writing in regard to Ms. Coleman-Fire's Long Term Disability (LTD) claim with
Standard Insurance Company (The Standard), and to notify you that Ms. Coleman-Fire's claim
has been reopened with LTD Benefits payable through May 19, 2016.

Based on an independent review of Ms. Coleman-Fire's claim by the Administrative Review
Unit, it has been determined that Ms. Coleman-Fire remains Disabled under the Group Policy as
a result of anxiety and depression.  The PSET on behalf of Davis Wright Tremaine LLP Group
Policy limits payment of LTD benefits to a maximum of 24 months for conditions caused or
contributed to by a Mental Disorder.  Anxiety and Depression are considered Mental Disorders
under the terms of the Group Policy; therefore, this limitation has been applied to Ms. Coleman-
Fire's claim.  We have enclosed a copy of the policy provision for review.

LTD Benefits first became payable to Ms. Coleman-Fire for a Mental Disorder on May 20, 2014.
Therefore, the 24 month Maximum Benefit Period for a Mental Disorder ended on May 19,
2016.  Ms. Coleman-Fire's LTD claim was previously paid through December 12, 2014.
Therefore, a payment in the amount of $39,311.53 has been issued to Ms. Coleman-Fire under
separate cover, for LTD Benefits due to her from December 13, 2014 through May 19, 2016.
This payment has been reduced by Deductible Income in the form of Work Earnings.  As payroll
records have been provided through March 15, 2016, we have estimated Ms. Coleman-Fire's
Work Earnings for the period March 16, 2016 through May 19, 2015.

With our payment to Ms. Coleman-Fire through May 19, 2016, her LTD claim has closed.

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 304 of 1248**

STND 18-03985-000304

We understand that Ms. Coleman-Fire is represented by another firm to pursue a third-party claim and lawsuit for damages resulting from her February 19, 2014 injury. As indicated in the Group Policy, any amount Ms. Coleman-Fire receives or is eligible to receive from or on behalf of a third party because of her disability, is considered Deductible Income. Please notify Ms. Coleman-Fire of her obligation to provide The Standard with documentation of any judgment, settlement, or other award related to this matter.

The following is an explanation of Ms. Coleman-Fire's right to a review of our decision:

If you want us to review this claim and this decision you must send us a written request within 180 days after you receive this letter. If you request a review, you will have the right to submit additional information in connection with this claim. Additional information that you may wish to submit would be information showing that Ms. Coleman-Fire remains Disabled as a result of a medical condition not limited by the Group Policy. We will also require that you provide documentation of Ms. Coleman-Fire's Work Earnings from March 16, 2016 and continuing. Please include any such new information along with your request for review.

If you request a review, it will be conducted by an individual who was not involved in the original decision. If necessary, the person conducting the review will consult with a medical professional with regard to this claim. The medical professional will be someone who was not previously consulted in connection with this claim. The review would be completed within 45 days after we receive your request unless circumstances beyond our control require an extension of an additional 45 days.

If you request a review and the decision to limit this claim is upheld, you will have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We want you to know that upon further investigation, other valid reasons for limiting or denying this claim, which have not been previously considered, could come to our attention. Therefore, The Standard reserves the right to consider and assert other reasons for limitation or denial of this claim should they occur in the future.

Please consult your Certificate of Insurance or Summary Plan document for a complete description of your rights under the terms of the PSET on behalf of Davis Wright Tremaine LLP Group Policy.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department

**EXHIBIT 1**
**PART 1 of 2**
**Page 305 of 1248**

STND 18-03985-000305

## DISABILITIES SUBJECT TO LIMITED PAY PERIODS

A. Mental Disorders and Substance Abuse

Payment of LTD Benefits is limited to 24 months for each period of continuous Disability caused or contributed to by any one or more of the following, or medical or surgical treatment of one or more of the following:

1. Mental Disorders; or

2. Substance Abuse.

However, if you are confined in a Hospital solely because of a Mental Disorder at the end of the 24 months, this limitation will not apply while you are continuously confined.

Mental Disorder means any mental, emotional, behavioral, psychological, personality, cognitive, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome, regardless of cause (including any biological or biochemical disorder or imbalance of the brain) or the presence of physical symptoms. Mental Disorder includes, but is not limited to, bipolar affective disorder, organic brain syndrome, schizophrenia, psychotic illness, manic depressive illness, depression and depressive disorders, anxiety and anxiety disorders.

Substance Abuse means use of alcohol, alcoholism, use of any drug, including hallucinogens, or drug addiction.

Hospital means a legally operated hospital providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

B. Rules For Disabilities Subject To Limited Pay Periods

1. If you are Disabled as a result of a Mental Disorder or any Physical Disease or Injury for which payment of LTD Benefits is subject to a limited pay period, and at the same time are Disabled as a result of a Physical Disease, Injury, or Pregnancy that is not subject to such limitation, LTD Benefits will be payable first for conditions that are subject to the limitation.

2. No LTD Benefits will be payable after the end of the limited pay period, unless on that date you continue to be Disabled as a result of a Physical Disease, Injury, or Pregnancy for which payment of LTD Benefits is not limited.

LT2.LP.15X

## LIMITATIONS

A. Care Of A Physician

You must be under the ongoing care of a Physician in the appropriate specialty as determined by us during the Benefit Waiting Period. No LTD Benefits will be paid for any period of Disability when you are not under the ongoing care of a Physician in the appropriate specialty as determined by us.

B. Foreign Residency

Payment of LTD Benefits is limited to 12 months for each period of continuous Disability while you reside outside of the United States or Canada.

C. Imprisonment

No LTD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

(NO RESP_NO REHAB LIM) LT.LM.OT.1

(8/8/2013) - 22 -

445474

**EXHIBIT 1**
**PART 1 of 2**
**Page 306 of 1248**

STND 18-03985-000306

From the desk of:                                                           5/24/2016 1:57 PM
**Necole Suzuki**

     Re: BETHANY COLEMAN-FIRE     Policyholder: PROFESSIONAL SERVICES EMPLOYER
Member SS#: xxx-xx-xxxx          Group ID#: 10010415
    Claim #: 00VW3181             Policy #: 445474

Ms. Coleman-Fire is a 32 year old attorney who ceased work February 18, 2014.  She was struck by a motor vehicle on February 19, 2014, and reported that she was unable to work due to concussion, depression, anxiety, whiplash, and post-concussion syndrome.  Her LTD claim was accepted for payment through December 12, 2014.

Ms. Coleman-Fire appealed the closure of her claim, and her file was referred to the Administrative Review Unit for a review of the closure.  The Administrative Review Unit determined that Ms. Coleman-Fire remained Disabled due to depression and anxiety.  The PSET on behalf of Davis Wright Tremaine LLP Group Policy limits payment of LTD benefits to a maximum of 24 months for conditions caused or contributed to by a Mental Disorder. Anxiety and Depression are considered Mental Disorders under the terms of the Group Policy; therefore, this limitation has been applied to Ms. Coleman-Fire's claim.

LTD Benefits first became payable to Ms. Coleman-Fire for a Mental Disorder on May 20, 2014.  Therefore, the 24 month Maximum Benefit Period for a Mental Disorder ended on May 19, 2016.  Ms. Coleman-Fire's LTD claim was previously paid through December 12, 2014.  Therefore, a payment in the amount of $39,311.53 is due to Ms. Coleman-Fire, for LTD Benefits due to her from December 13, 2014 through May 19, 2016.  This payment has been reduced by Deductible Income in the form of Work Earnings.  As payroll records have been provided through March 15, 2016, we have estimated Ms. Coleman-Fire's Work Earnings for the period March 16, 2016 through May 19, 2015.

In order to issue this payment to Ms. Coleman-Fire, the 9 month MRD, 14 month RTD and 18 month MRD must be cleared.

Page 1 of 1                                              Signed _____

THE STANDARD

EXHIBIT 1
PART 1 of 2
Page 307 of 1248

STND 18-03985-000307

Standard Insurance Company

**Independent Review Request**
**For the Administrative Review Unit**

| Claimant **Bethany Coleman-Fire** | Claim No. **00VW3181** | Policyholder **PSET on behalf of Davis Wright Tremaine** |
|---|---|---|

| Analyst **N. Suzuki** | Ext. **3198** | Team **C** | Routing Code **C5D** |
|---|---|---|---|

| Supervisor Name and Extension **Laura Smith x7584** | Current Claim Status: ☒ Closed ☐ Denied ☐ Active ☐ Pending |
|---|---|

Type of Claim: ☒ LTD  ☐ STD Insured  ☒ Waiver  ☐ STD ASO  ☐ Life  ☐ AD&D  ☐ Other _____

**REFERRAL CHECK LIST- TO BE COMPLETED BY ANALYST**

Policy in File or on AdminEASE: ☒         Current Analyst Score (Claim Analytics):

Policy Effective Date: **1/1/13** ✓
State Policy Sitused: **WA**
ERISA: ☒ Yes ☐ No ✓

Decision Letter in File: ☒
Date of Letter: ~~6/17/15~~ **7/1/15**
Type of Decision: ☒ Closure ☐ Denial ☐ Overpayment ☐ Other
If Closure, date claim closed or is expected to close:

Request for Review in File: ☒
Date Request Received: **12/28/15** ✓   Request received within allowable 180-day Period: ☒
Requested by: ☐ Claimant ☒ Attorney ☐ Other:

Read the entire written request and determined it is a true appeal ☒
Changed Proclaim Reason Code to 2: ☒
Reviewed all info submitted and was unable to process an overturn: ☒
Verified the decision meets the expectations outlined in the ARU Referral Procedures LTD Contested Claim Tools ☐

| ASO/ATP  ☐ Yes ☒ No<br>Special Handling ☐ Yes ☒ No | Specify special handling and ASO/ATP contacts |
|---|---|
| Date Referred To ARU **12/28/15** | Other Comments |

**ARU Use Only**

| Claimant Age/Sex (i.e.48/F) **32 / F** | Date Claim Received **12 26 14** | Reason For Request **00 CLOSE** | Review Language ☒ Yes ☐ No ☐ N/A |
|---|---|---|---|

Own Occupation **ASSOCIATE ATTORNEY**   Diagnoses **S/P CONCUSSION 2° TO MVA**

Assigned To **DAWN SCHONBERG**   Date Assigned **12.31.15**

| Claim or DOL Date **3.27.16** | Specialist Date **2.11.16** | Decision Date **4/22/16** |
|---|---|---|

| Day 45 **2.11.16** | Day 60 — | Day 90 **3.27.16** | Day 120 — |
|---|---|---|---|

Comments **DEFERRAL**

| Phone Log ☐ Yes ☒ No | Database Entry<br>Created By **EG**<br>Date **12.30.15**<br>Completed By ___<br>Date ___ | Date Received in ARU ___ | **RECEIVED**<br>**DEC 29 2015**<br>**ADMINISTRATIVE REVIEW UNIT** |
|---|---|---|---|

Associated Claims

Outcome:
☐ Upheld
☐ Returned fibro protocol not followed
☐ Returned pre-ex protocol not followed
☐ Returned referral criteria not met
☐ O/T based on new medical evidence
☒ O/T based on new PC opinion
☒ O/T based on new vocational information
☐ O/T based on new financial information
☐ O/T based on new VCM opinion
☐ O/T for other reasons
☐ Other _____

**EXHIBIT 1**
**PART 1 of 2**
**Page 308 of 1,248**

# STANDARD INSURANCE COMPANY

April 22, 2016

To:     The File of Bethany Coleman-Fire
        Professional Services Employers Trust on behalf of
        Davis Wright Tremaine, LLP
        Claim No. 00VW3181

From:   Dawn Schonberg
        Senior Benefits Review Specialist
        Insurance Services Group – Administrative Review Unit

RE:     Administrative Review Unit Independent Review of LTD Closure

---

The Administrative Review Unit has completed its independent review of the decision to close Ms. Coleman-Fire's long term disability (LTD) claim for not meeting the Definition of Disability after December 12, 2015.  Based on our review, we have determined that Ms. Coleman-Fire continues to meet the Definition of Disability, and that her claim should be reopened.

Our review took into consideration all of the medical documentation made available for review. As part of our independent review, we consulted with Physician Consultants Dr. Binder and Dr. Daniel. Additional vocational research was also conducted, including a labor market survey. None of this had been completed at the time the Benefits Department made their original determination.

The medical documentation in the file indicates that Ms. Coleman-Fire last worked full time as an Associate Attorney on February 18, 2014. The following day she was hit by a car while walking and was thrown. She sustained a concussion, and subsequently developed vertigo, headaches, cervical spasm and convergence insufficiency. She also had cognitive deficits, including difficulty with sustained and divided attention, speed of information processing and complex problem solving. Ms. Coleman-Fire returned to work part time on August 1, 2014. LTD Benefits were approved for a closed period of time, ending December 12, 2014, as it was determined she should be able to perform all of the Material Duties of her Own Occupation at full duty as of that date.

Ms. Coleman-Fire retained an attorney, who requested a review of this decision, and her file was sent to the Administrative Review Unit for an independent review. Additional documentation was provided, including an updated neuropsychological evaluation. As part of the independent review process, Ms. Coleman-Fire's file was sent for review by two Physician Consultants who had not previously reviewed her file. Dr. Binder conducted a neuropsychological review and Dr. Daniel conducted the neurology review.

Dr. Binder stated the two neuropsychological evaluations showed mild cognitive impairments, but although the evaluating neuropsychologist attributed causation to a

**EXHIBIT 1**
**PART 1 of 2**
**Page 309 of 1248**

STND 18-03985-000309

traumatic brain injury (TBI), depression and anxiety was not ruled out, and there are many references to stress related to work and depression and anxiety. Dr. Binder agreed with the summaries of the test results, but did not agree that the diagnosis of TBI and neurocognitive disorder explained the fluctuations in data and the optometric data. He stated that any limitations or restrictions from her concussion resolved on or before December 4-5, 2015. Those present after that date were caused by anxiety and depression.

Dr. Binder was provided with detailed information about Ms. Coleman-Fire's job duties and cognitive requirements of her Own Occupation of Attorney. He stated she would have reduced speed and efficiency in her conduct of legal research, and when she writes legal briefs. He estimated a 25% reduction in speed and efficiency, but less when she is refreshed and more when working beyond her tolerance. Dr. Binder stated it is his opinion Ms. Coleman-Fire was able to work on a full time basis with reasonable continuity if full time work is defined as and limited to 40 hours per week. Of note, this Group Policy does not limit work hours to 40 per week in the Own Occupation Period.

Dr. Daniel stated that it is his opinion that by December 2014, Ms. Coleman-Fire had recovered nearly back to baseline with marked improvement in her mild TBI symptoms. He stated the history of initial improvement followed by subsequent decline is not consistent with the course expected from the organic effects of TBI and strongly suggests another process. He stated the available records indicate ongoing depression, anxiety and difficulty with stress tolerance that are the more likely explanation for her symptoms than TBI for the regression of symptoms after initial improvement. Dr. Daniel noted that while headaches are a noted complaint, they are generally described as mild and there is no evidence she is experiencing prostrating or debilitating headaches, either at baseline or after prolonged computer use or reading.

Dr. Daniel stated that it was reasonable Ms. Coleman-Fire did not return to work before August 2014, and that she continued to improve after that time from her concussion, and by December 2014 she should have been able to resume a full time work schedule. He stated there are no longer any physical impairments which would preclude any of the occupational requirements and concurred with Dr. Binder that her mild neurocognitive deficits are most likely due to anxiety and depression and would result in decreased work-related efficiency, need for increased break time or impairment in stress tolerance.

Following the completion of the medical reviews, additional vocational information was sought. Ms. Coleman-Fire's own job of Associate Attorney is best classified as Lawyer, DOT# 110.107-010. Please see the Own Occupation memo for details. The Vocational Consultant was asked to determine whether this occupation can be performed when limited to 40 hours per week, as per Dr. Binder's restriction. It was determined it does exist within this limit; however when a labor market survey was conducted to determine if positions limited to 40 hours per week meet the Own Occupation Income Level (range of $7,833.34 - $7,888.18 per month, varied due to indexing), only three employers of 30 respondents stated this level of income could be reached with a 40 hour per week restriction. We do not find that this is sufficient number to document the occupation of Lawyer/Attorney exists in the national economy that fits within the medical and vocational limitations and restrictions.

**EXHIBIT 1**
**PART 1 of 2**
**Page 310 of 1248**

STND 18-03985-000310

3

In summary, our review finds that Ms. Coleman-Fire is able to return to work on a full time basis in her Own Occupation, but is limited to working no more than 40 hours per week due to continued cognitive deficits currently attributed to anxiety and depression only. We find the cognitive sequelae from her TBI resolved as of December 2014. However, we do not find her Own Occupation allows her to restrict her work to 40 hours per week and meet the 80% income level outlined by the Group Policy. Therefore, we find it reasonable to overturn her LTD claim retroactive to its closure in December 2014.

**EXHIBIT 1**
**PART 1 of 2**
**Page 311 of 1248**

STND 18-03985-000311



**TheStandard®**

April 22, 2016

John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205

RE:   Bethany Coleman-Fire
      Professional Services Employers Trust on behalf of
      Davis Wright Tremaine, LLP
      Group Policy 445474
      Claim No. 00VW3181

Dear Mr. Shaw:

The Administrative Review Unit has completed its review of Standard Insurance
Company's decision to close Ms. Coleman-Fire's long term disability (LTD) claim. This
was an independent review, conducted separately from the individuals who made the
original determination. After reviewing all of the available information, we have
determined that Ms. Coleman-Fire has continued to meet the Group Policy's Definition
of Disability and her claim should be reopened retroactive to closure.

Our review determined Ms. Coleman-Fire is limited to working no more than 40 hours
per week; however this Group Policy does not state in the Own Occupation Definition of
Disability that we will not consider working an average of more than 40 hours per week
to be a Material Duty, as it is stated in the Any Occupation Definition of Disability.
Additional vocational research found the occupation of Attorney would not allow Ms.
Coleman-Fire to limit her work hours to 40 per week and still meet the Own Occupation
Income Level.

We also determined during our review however, that any cognitive impairment Ms.
Coleman-Fire continues to have is no longer due to sequelae from her traumatic brain
injury/post-concussive syndrome after December 2014 when her claim was closed.
Instead, our review found ongoing limitations and restrictions are due to anxiety and
depression.

Ms. Coleman-Fire's claim file is being returned to the Employee Benefits Department for
continued management. If benefits are owed to her, they will be promptly paid after all
applicable deductible income has been determined to properly calculate LTD benefits.

The Standard will continue to review Ms. Coleman-Fire's LTD claim and eligibility for
benefits. Updated medical reports will be requested from her physicians as part of the
ongoing management of her claim. You will be notified if the status of Ms. Coleman-
Fire's claim changes. The Standard reserves the right to consider and assert any other
reasons for limiting or closing her claim should they occur in the future.

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

EXHIBIT 1
PART 1 of 2
Page 312 of 1248

STND 18-03985-000312

This concludes the administrative review process by the Administrative Review Unit. If you have any questions, please contact Senior Disability Claim Specialist Necole Suzuki at 800.368.1135 x3198.

Sincerely,

Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

EXHIBIT 1
PART 1 of 2
Page 313 of 1248

STND 18-03985-000313



**The**Standard®

April 18, 2016

John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205

RE:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine, LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

The Administrative Review Unit is continuing to review Standard Insurance Company's decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

As indicated in previous correspondence, Ms. Coleman-Fire's file was recently reviewed by both two Physician Consultants as well as a Vocational Consultant. These reviews have both been completed, and we have obtained the additional information needed regarding her loss of earnings and billable hours. We are in the process of completing our review. We still anticipate that we will be able to complete our review no later than April 26, 2016.

We will send you periodic updates regarding the status of our review and you will be notified in writing once the review is completed. Thank you for your patience during the review process. If you have any questions, please call me at 971.321.8765. You may also fax information to my attention at 971.321.5038.

Sincerely,

Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 314 of 1248**

STND 18-03985-000314

## Dawn Schonberg

| | |
|---|---|
| **From:** | Dawn Schonberg |
| **Sent:** | Monday, March 28, 2016 8:49 AM |
| **To:** | 'Ballard, Teresa' |
| **Subject:** | RE: Additional document and information for Bethany Coleman Fire's LTD appeal |

Hi Teresa –

Thank you so much for this information. I was out of the office Friday afternoon when you emailed. If I have any questions I will let you know. Thanks again!

**Dawn Schonberg | Senior Benefits Review Specialist**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.8765 | Fax 971.321.5038
dawn.schonberg@standard.com | www.standard.com

**From:** Ballard, Teresa [mailto:TeresaBallard@dwt.com]
**Sent:** Friday, March 25, 2016 1:29 PM
**To:** Dawn Schonberg
**Subject:** Additional document and information for Bethany Coleman Fire's LTD appeal

Hello,

Attached please find a document that lists her billable and non-billable hours for the period of 12/16/14 to what has currently been submitted. Non billable hours can contain hours for conference preparations, attendance to conferences, attending non client meetings, attending firm retreats, interviewing potential new hires to the firm and sick and/or parental leave for some examples. In regards to minimum hours, an Associate has to work at least 60% of 1800 billable hours each year, That's 90 billable hours per month or 1080 billable hours per year in order to have insurance coverage.

Please let me know if you need any further information.

Sincerely,

**Teresa Ballard, SPHR | Davis Wright Tremaine LLP**
Benefits Administrator
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8765 | Fax: (206) 757-7765
Email: teresaballard@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**EXHIBIT 1**
**PART 1 of 2**
**Page 315 of 1248**

1

STND 18-03985-000315




**TheStandard®**

March 28, 2016

John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205

RE:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine, LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

We are writing regarding the status of our review of the decision to close Ms. Coleman-Fire's long term disability (LTD) claim. At this time, the Administrative Review Unit is continuing to review the decision to close her claim. As indicated in prior correspondence, our goal is to complete all reviews as promptly as possible, and no later than 90 days after the request for review is received. However, in order to ensure a full and fair review, a more extensive review period is sometimes required.

As you know, Ms. Coleman-Fire's file was sent for review by two Physician Consultant who had not previously reviewed her file, a board certified Neurologist and a board certified Neuropsychologist. Those reviews were followed by an additional review by a Vocational Consultant. All of these reviews have been completed; however we are now evaluating Ms. Coleman-Fire's loss of earnings and billable hours.

Because the new documentation from the Employer was just received, we were unable to complete our independent review by the 90th day after we received your request for review, or by March 27, 2016. We are therefore extending our review by an additional 30 days, to April 26, 2016, though we expect our review will be completed before that date.

We appreciate your patience during the review process. We will send you periodic updates regarding the status of our review and will notify you in writing once the review is completed. If you have any questions, please call me at (971) 321-8765.

Sincerely,


Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 316 of 1248**

STND 18-03985-000316

## Dawn Schonberg

| | |
|---|---|
| **From:** | Dawn Schonberg |
| **Sent:** | Thursday, March 24, 2016 1:22 PM |
| **To:** | 'Ballard, Teresa' |
| **Subject:** | RE: Payroll records for Bethany Coleman Fire |

Thank you very much, Teresa. I will let you know if I have questions after reviewing the records, including any abbreviations.

**Dawn Schonberg | Senior Benefits Review Specialist**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.8765 | Fax 971.321.5038
dawn.schonberg@standard.com | www.standard.com

**From:** Ballard, Teresa [mailto:TeresaBallard@dwt.com]
**Sent:** Thursday, March 24, 2016 1:21 PM
**To:** Dawn Schonberg
**Subject:** Payroll records for Bethany Coleman Fire

Hello,

I have obtained the payroll records for Bethany Coleman Fire and attached them to this email. I am working on gathering the other requested items.

Please let me know if you have any questions.

**Teresa Ballard, SPHR | Davis Wright Tremaine LLP**
Benefits Administrator
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8765 | Fax: (206) 757-7765
Email: teresaballard@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**EXHIBIT 1**
**PART 1 of 2**
**Page 317 of 1248**

STND 18-03985-000317

**DAWN SCHONBERG**

SENIOR BENEFITS REVIEW SPECIALIST

Standard Insurance Company
(971) 321-8765

Coleman - file

3/24/10
938

Call to ER Teresa Ballard   206.757.8765.
Left vm explaining who I was + that I
needed updated payroll + billable hr info for
I A appeal. Need 12/10/14 to present for
both. Pls call. Also have a cpl ?'s
re billable hrs + ensure if she is the one to
answer or if there is someone else.

11:53   Call fr Teresa Ballard ER. She verified what
I need + will get that (r payroll). I asked
1 - what do the non-billable hrs represent (admin, etc)
+ 2 - what is the assoc. level requirement for billable hrs.
She will have to investigate those q's. She hopes
to have at least payroll info to me by tomorrow.
She is working @ home + does not have fax
so I gave her my email.

THE STANDARD

EXHIBIT 1
PART 1 of 2
Page 318 of 1248




March 21, 2016

John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205

RE:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine, LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

The Administrative Review Unit is continuing to review Standard Insurance Company's decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

As indicated in previous correspondence, Ms. Coleman-Fire's file was recently reviewed by a board certified Neurologist and a board certified Neuropsychologist. Following these reviews, her file was again reviewed by a Vocational Consultant. All reviews have now been completed, and we are in the process of completing our independent review of the decision made on her claim. At this time, we still anticipate that we will be able to complete our review no later than March 27, 2016.

We will send you periodic updates regarding the status of our review and you will be notified in writing once the review is completed. Thank you for your patience during the review process. If you have any questions, please call me at 971. 321.8765. You may also fax information to my attention at 971.321.5038.

Sincerely,


Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

**EXHIBIT 1**
**PART 1 of 2**
**Page 319 of 1248**

STND 18-03985-000319



TheStandard®

February 26, 2016

John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205

RE:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine, LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

The Administrative Review Unit is continuing to review Standard Insurance Company's decision to close Ms. Coleman-Fire's long term disability (LTD) claim. We are also writing in response to your letter dated February 23, 2016.

As indicated in previous correspondence, Ms. Coleman-Fire's file was sent for review by two Physician Consultants who has not previously reviewed her file, one board certified in Neurology and one a board certified Neuropsychologist. Both reviews have now been completed. We are now in the process of completing our independent review of the decision made on Ms. Coleman-Fire's claim. At this time, we still anticipate that we will be able to complete our review no later than March 27, 2016.

In your February 23, 2016 letter, you requested a copy of the letter that accompanied the lump sum check issued on June 30, 2015. Enclosed pleased find a copy of that letter, dated July 1, 2015, as well as the enclosures.

We will send you periodic updates regarding the status of our review and you will be notified in writing once the review is completed. Thank you for your patience during the review process. If you have any questions, please call me at 971. 321.8765. You may also fax information to my attention at 971.321.5038.

Sincerely,


Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

**EXHIBIT 1**
**PART 1 of 2**
**Page 320 of 1248**

STND 18-03985-000320



July 1, 2015


Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211


Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance
Company (The Standard).  Your LTD claim has been approved with benefits payable through
December 12, 2014.  We would like to take this opportunity to explain how your benefits have
been calculated and how we determine the length of time benefits are payable.

In order to be eligible for LTD Benefits we must have satisfactory written Proof Of Loss
supporting that you are Disabled as defined by the Group Policy.  The Group Policy defines
Disability, in part, as follows:

<p align="center">*DEFINITION OF DISABILITY*</p>

*You are Disabled if you meet one of the following definitions during the period it applies:*

> *A.  Own Occupation Definition of Disability; or*
>
> *C.  Partial Disability Definition.*

A.    *Own Occupation Definition of Disability*

> *During the Benefit Waiting Period and the Own Occupation Period you are required to
> be Disabled only from your Own Occupation.*
>
> *You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury,
> Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the
> Material Duties of your Own Occupation.*

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 321 of 1248**

STND 18-03985-000321

*Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.*

*During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income.***

*Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.*

*Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.*

C.    *Partial Disability Definition*

*During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you are working in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation.*

*Your Work Earnings may be Deductible Income. See **Return To Work Incentive** and **Deductible Income.***

Proof Of Loss and Documentation are defined by the Group Policy as follows:

*C. Proof Of Loss*

*Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.*

*For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.*

**EXHIBIT 1
PART 1 of 2
Page 322 of 1248**

STND 18-03985-000322

*D. Documentation*

*Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.*

Your LTD claim was reviewed to determine whether there is documentation to support that as a result of Physical Disease, Injury, Pregnancy or Mental Disorder you were unable to perform with reasonable continuity the Material Duties of your Own Occupation, or unable to earn 80% or more of your Indexed Predisability Earnings while working in your Own Occupation, from February 19, 2014 and continuing.

You indicated on your initial claim form that you were hit by a car while walking your dog on February 19, 2014. You reported that you were unable to work due to concussion, depression, anxiety, whiplash, and post-concussion syndrome. You described your symptoms as headaches, fatigue, neck and back pain, sleeplessness, and anxiety.

An Attending Physician Statement completed by Dr. Uppal, dated December 30, 2014, reflects a diagnosis of concussion and motor vehicle accident. Other diagnoses include anxiety and depression, vertigo, soft tissue injury, and adjustment reaction. Symptoms are described as memory and attention deficit, fatigue, and musculoskeletal complaints. Dr. Uppal noted that you could work with accommodations. He expected your impairment to last approximately three months, but possibly longer. He noted that you could work 75% of your normal workload and should be excused for physical therapy, office visits, and counseling, once or twice per week for the next three months.

In order to obtain a better understanding of your medical condition and any ongoing limitations or restrictions you may have, we requested copies of your medical records from Dr. Uppal, internal medicine; Dr. Chesnutt, sports medicine; Dr. Brown, neurologist; Dr. Ellison, neurologist; and Legacy Emanuel Hospital. Upon receipt of your medical records your claim file was referred to a Physician Consultant, board certified in psychiatry and neurology, for review and comment.

The medical records reflect that you consulted Dr. Uppal on February 20, 2014. You reported that you were walking your dog the prior evening and were hit by a car going full speed. You indicated that you hit your head on the windshield, flew 20 feet up in the air, and then fell on the pavement hitting your head again. You reported no loss of consciousness and were taken to Emanuel Hospital by EMT. It is noted that you suffered soft tissue injuries but no other injuries were found. A CT of the head was negative. You had myalgias which were generalized, and a laceration on your scalp. You also reported having vertigo and headache. You reported feeling sore everywhere with tightened muscles, and when you stood up, turned your head or moved, you had worsening vertigo with nausea. Dr. Uppal's assessment was concussion, vertigo, motor vehicle accident, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms.

**EXHIBIT 1**
**PART 1 of 2**
**Page 323 of 1248**

STND 18-03985-000323

4

You were prescribed Tylenol and Flexeril for myalgias and were referred for physical therapy and massage therapy.

Medical records from Dr. Ellison reflect that you were referred by Dr. Uppal for your complaints of headaches and dizziness, post concussion. You saw Dr. Ellison on March 3, 2014, and recounted the accident, indicating that you did not remember all of the events. Dr. Ellison commented that you may have had a short time out of consciousness. You reported that your vertigo was gone but you still woke a little dizzy. You indicated that your nausea was minimal. You reported persistent mild, dull headaches all of the time, but that you did not need medication for your headaches. You reported tingling and numbness in your cheek for the past four days, on and off. You indicated that physical therapy was helping with your cervical strain. You also reported feeling fatigued, sleeping a lot, and had not been back to work. Dr. Ellison noted that a CT of the brain was normal and C-spine x-rays were also normal. Dr. Ellison's impression was: post head trauma/post-concussion symptoms; posttraumatic headache; nausea, ongoing and mild; history of the ptosis, left eye, worse after the head trauma; cervical strain; right facial paresthesias, intermittent and mild. Dr. Ellison recommended a follow up in one month.

A physical therapy note, dated March 19, 2014, reflects that you reported intermittent dizziness and neck discomfort, which had been slowly improving. You indicated that you attempted to return to work the prior week but became dizzy and had increased headaches after only ten minutes. A follow-up physical therapy note, dated April 9, 2014, reflects that you were discharged from care as you had met your goals. The progress note reflects that your neck discomfort was intermittent and mild, and you had full range of motion in your cervical spine, with only slight discomfort produced. It is noted that you had dizziness with cervical flexion and mild hypertonicity in the left cervical paraspinals and right suboccipitals. It was noted that your vertigo had been eliminated, but you continued to have intermittent light-headedness and headaches, which was likely post-concussive. You reported that you had been back to work half-time, which was going okay. You indicated that you were still fatiguing easily, and had intermittent headaches and dizziness. It was recommended that you return to your sports medicine physician for follow-up.

Medical records from Dr. Brown reflect that you underwent vestibular testing on April 14, 2014, with normal results. There was no evidence of posttraumatic vestibulopathy or posttraumatic endolymphatic hydrops. Your hearing was also normal.

The next available medical records from Dr. Uppal is dated July 11, 2014, and reflects that you were seen for an annual physical exam. The review of systems was negative for myalgias or back pain, and positive for dizziness and depression. Dr. Uppal also noted your history of concussion and that your vertigo was due to the concussion. An examination of your back revealed normal range of motion and no tenderness. Dr. Uppal also noted that you were not nervous or anxious, and did not have insomnia.

Medical records from Dr. Chesnutt reflect that you first consulted him on September 9, 2014, for a concussion management plan. You reported suffering a head injury on February 19, 2014, when you were hit by a car while walking your dog. Your initial symptoms included neck pain,

**EXHIBIT 1**
**PART 1 of 2**
**Page 324 of 1248**

STND 18-03985-000324

you again to follow up with a psychologist as this may help speed up your recovery. You were to follow up with Dr. Uppal as needed.

The most treat recent progress note from Dr. Uppal is dated March 2, 2015, and reflects that you reported that you had been working three quarters time. You indicated that you had been going to counseling for the past month, which had been helpful. You reported not feeling 100% and fatigued in the afternoons. You requested that Dr. Uppal complete paperwork to extend your part-time work. You reported that your prescription may have been interfering with your sleep and Dr. Uppal prescribed Trazodone. It is noted that you were to undergo neuropsychological testing the following month.

The most recent progress note from Dr. Chesnutt, dated March 3, 2015, reflects that you continued to report headaches. It was unclear whether the headaches were related to neck pain or fatigue. You reported that your neck pain improved with massage therapy once a week. You reported some sleep problems related to your medication, and cognitively felt like you were at 75% of baseline, and were not improving. You continued to work at a 75% schedule and were to be referred for a neuropsychological evaluation. Dr. Chesnutt's assessment was concussion, slow to resolve. You were to follow up if your symptoms worsened or failed to improve.

After reviewing the available medical records, the Physician Consultant indicated that the documentation supports that you were stable and closer back to baseline by December 2014. You continued to complain of slowed cognitive processing and were continuing to work at a three-quarter time schedule as an attorney. The Physician Consultant commented that neuropsychological testing had been ordered and recommended that we obtain copies of the testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that you became significantly depressed and anxious September 2014 which may have contributed to your inability to return to full-time work.

In summary, the information in your claim file supports that ceased work after being struck by a car on February 18, 2014. You were diagnosed with a concussion and also suffered from vertigo, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms. You had an unsuccessful attempt to return to work in April and May 2014 and ceased all work activity again as of May 15, 2014. You were able to return to part-time work as of August 4, 2014, and increased your work schedule to 75% of your full-time schedule.

You notified The Standard that you recently underwent a neuropsychological evaluation and the results of this evaluation supported that you should decrease your work activity to a 60% of full-time schedule. A copy of this neuropsychological evaluation has not been provided.

Available medical information was reviewed by a Physician Consultant who concluded that the documentation supports that you were stable and closer back to baseline by December 2014. The Physician Consultant recommended that we obtain copies of your neuropsychological testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that you became significantly depressed and

**EXHIBIT 1**
**PART 1 of 2**
**Page 325 of 1248**

STND 18-03985-000325

anxious September 2014, which may have contributed to your inability to return to full-time work.

In order to be eligible for LTD benefits you must be Disabled under the terms of the Group Policy. Therefore, as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, you must be unable to perform with reasonable continuity the Material Duties of your Own Occupation; or as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, you must be unable to earn 80% or more of your Indexed Predisability Earnings while working in your Own Occupation.

Without a copy of your recent neuropsychological evaluation supporting ongoing cognitive impairment, or medical records documenting that your depression and anxiety persisted beyond December 12, 2014, we do not have satisfactory written Proof Of Loss to support that you remain Disabled after your December 12, 2014 medical appointment with Dr. Uppal, at which point you were documented to be stable and closer to baseline.

Based on the information in your claim file we have concluded that you met the Definition of Disability as of February 19, 2014, and the documentation supports that you remained Disabled through December 12, 2014. As such, your LTD claim has been approved with benefits payable through December 12, 2014.

Benefits become payable after you have served a Benefit Waiting Period of 90 days. We have established February 19, 2014 as the date of Disability for your claim. Therefore, benefits became payable as of May 20, 2014.

Your LTD Benefit is 60% of your Predisability Earnings, reduced by Deductible Income described in the Group Policy. Your Predisability Earnings were $9,791.68 (semi-monthly salary of $4,895.84 x 2); therefore, your Maximum LTD Benefit is $5,875.01 per month.

Information in your claim file reflects that you received salary continuation from your employer through July 31, 2014. This is considered Deductible Income and your LTD Benefit has been reduced by salary continuation paid to you through July 31, 2014.

Information in the claim file also reflects that you returned to part time work as of August 4, 2014. Work Earnings are considered Deductible Income, and LTD Benefits are reduced by your Work Earnings according to the formula described in the Group Policy.

A check has been issued to you under separate cover in the amount of $15,038.11, for LTD Benefits due to you from May 20, 2014 through December 12, 2014.

Information in your claim file reflects that your employer paid your LTD premiums; therefore, your LTD Benefit is 100% taxable.

The Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Group Life Insurance Policy provides a benefit that continues your group life insurance without payment of

**EXHIBIT 1**
**PART 1 of 2**
**Page 326 of 1248**

STND 18-03985-000326

premium provided you meet the eligibility requirements. You must be unable to perform with reasonable continuity the material duties of any gainful occupation for which you are reasonably fitted by education, training and experience. We have determined that you do not qualify for this benefit beyond December 12, 2014, as we do not have documentation to support that medical condition prevents you from being gainfully employed. Please contact your employer to ensure that premium payments are made to continue this insurance coverage.

Your LTD claim has closed with our payment to you through December 12, 2014. If you want us to review the claim and this decision you must send us a written request within 180 days after you receive this letter. If you request a review, you will have the right to submit additional information in connection with the claim. Additional information that would be helpful for the review of your claim includes a copy of the neuropsychological testing report and therapy/counseling records supporting that you remain Disabled beyond December 12, 2014. Please include any such new information along with the request for review.

If you request a review, it will be conducted by an individual who was not involved in the original decision. If necessary, the person conducting the review will consult with a medical professional with regard to the claim. The medical professional will be someone who was not previously consulted in connection with the claim. The review would be completed within 45 days after we receive your request unless circumstances beyond our control require an extension of an additional 45 days.

If you request a review and the decision to deny this claim is upheld, you will have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We want you to know that upon further investigation, other valid reasons for limiting or denying this claim, which have not been previously considered, could come to our attention. Therefore, The Standard reserves the right to consider and assert other reasons for limitation or denial of this claim should they occur in the future.

Please consult the Certificate of Insurance or Summary Plan document for a complete description of your rights under the terms of the Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Group Policy.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

**EXHIBIT 1**
**PART 1 of 2**
**Page 327 of 1248**

STND 18-03985-000327

LT.WP.OT.1

## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member.  However, the following will apply:

1. If you cease to be a Member because of a covered Disability following the Benefit Waiting Period, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2. If your insurance ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

3. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

4. If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

   a. If you become insured again within 90 days.

   b. If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

6. In no event will insurance be retroactive.

LT.RE.OT.2

## DEFINITION OF DISABILITY

You are Disabled if you meet one of the following definitions during the period it applies:

   A. Own Occupation Definition Of Disability;

   B. Any Occupation Definition Of Disability; or

   C. Partial Disability Definition.

A. Own Occupation Definition Of Disability

During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability.  However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings.

STND 18-03985-000328

Your Work Earnings may be Deductible Income.  See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins.  In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy.  If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.

B.  Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 60% of your Indexed Predisability Earnings within twelve months following your return to work, regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.  In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

C.  Partial Disability Definition

During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you work in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation.

Your Work Earnings may be Deductible Income.  See **Return To Work Provisions** and **Deductible Income**.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

<div align="right">(OR DEF_OWN_ANY_NO 40)    LT.DD.OT.1</div>

## RETURN TO WORK PROVISIONS

A.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date.  The Return To Work Incentive changes 24 months after that date, as follows:

1.  During the first 24 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

STND 18-03985-000329

    a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

    b. Determine 100% of your Indexed Predisability Earnings.

    c. If a. is greater than b., the difference will be Deductible Income.

  2. After those first 24 months, 50% of your Work Earnings will be Deductible Income.

B. Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1. Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2. Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings. During the Any Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 60% of your Indexed Predisability Earnings.

C. Family Care Expenses Adjustment

If you must pay Family Care Expenses in order to work, we will reduce the amount of the Work Earnings used in determining your Deductible Income, subject to the following:

1. Your Work Earnings will be reduced by the first $300 per Family Member of the monthly Family Care Expenses you pay, but not to exceed a total of $600 for all Family Members.

2. The Work Earnings and the Family Care Expenses must be for the same period.

3. You must give us satisfactory proof of the Family Care Expenses you pay.

4. The Work Earnings reduction by Family Care Expenses will end 24 months after it begins.

Family Care Expenses means the amount you pay to a licensed care provider for the care of your Family which is necessary in order for you to work.

Family Member means:

1. Your Child; or

2. Your Spouse, parent, grandparent, sibling, or other close family member residing in your home who is:

STND 18-03985-000330

## DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income**, Deductible Income means:

1. Sick pay, annual or personal leave pay, severance pay, or other salary continuation, including donated amounts, (but not vacation pay) paid to you by your Employer, if it exceeds the amount found in a., b., and c.

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your sick pay or other salary continuation to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. Your Work Earnings, as described in the **Return To Work Provisions**.

3. Any amount you receive or are eligible to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

   a. A workers' compensation law;

   b. The Jones Act;

   c. Maritime Doctrine of Maintenance, Wages, or Cure;

   d. Longshoremen's and Harbor Worker's Act; or

   e. Any similar act or law.

4. Any amount you, your Spouse, or your child under age 18 receive or are eligible to receive because of your disability or retirement under:

   a. The Federal Social Security Act;

   b. The Canada Pension Plan;

   c. The Quebec Pension Plan;

   d. The Railroad Retirement Act; or

   e. Any similar plan or act.

   Full offset:  Both the primary benefit (the benefit awarded to you) and dependents benefit are Deductible Income.

   Benefits your Spouse or a child receives or are eligible to receive because of your disability are Deductible Income regardless of marital status, custody, or place of residence.  The term "child" has the meaning given in the applicable plan or act.

5. Any amount you receive or are eligible to receive because of your disability under any state disability income benefit law or similar law.

6. Any amount you receive or are eligible to receive because of your disability under another group insurance coverage.

7. Any disability or retirement benefits you receive under your Employer's retirement plan.

8. Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while LTD Benefits are payable.

9. Any amount you receive or are eligible to receive under any unemployment compensation law or similar act or law.

10. Any amount you receive or are eligible to receive from or on behalf of a third party because of your disability, whether by judgment, settlement or other method.  If you notify us before filing suit or

(8/8/2013)                                    - 14 -                          44547**EXHIBIT 1**

settling your claim against such third party, the amount used as Deductible Income will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees.

11. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

<div align="right">(CA DOM_NO OTHR OFFST_PRIV_WITH 3RD)    LT.DI.OT.1</div>

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Benefits from any individual disability insurance policy.

5. Early retirement benefits under the Federal Social Security Act which are not actually received.

6. Group credit or mortgage disability insurance benefits.

7. Accelerated death benefits paid under a life insurance policy.

8. Benefits from the following:

   a. Profit sharing plan.

   b. Thrift or savings plan.

   c. Deferred compensation plan.

   d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

   e. Individual Retirement Account (IRA).

   f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

   g. Stock ownership plan.

   h. Keogh (HR-10) plan.

9. The following amounts under your Employer's retirement plan:

   a. A lump sum distribution of your entire interest in the plan.

   b. Any amount which is attributable to your contributions to the plan.

   c. Any amount you could have received upon termination of employment without being disabled or retired.

<div align="right">(PRIV_NO OTHR OFFST)    LT.ED.OT.1</div>

## RULES FOR DEDUCTIBLE INCOME

A. Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

STND 18-03985-000332

B.  Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be eligible.  We may ask for written documentation of your pursuit of Deductible Income.  You must provide it within 60 days after we mail you our request. Otherwise, we may reduce your LTD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

C.  Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable.  You must notify us of the amount of the Deductible Income when it is approved.  You must repay us for the resulting overpayment of your claim.

D.  Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by us.  You will not receive any LTD Benefits until we have been repaid in full.  In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment.  We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

<div align="right">LT.RU.OT.1</div>

## SUBROGATION

If LTD Benefits are paid or payable to you under the Group Policy as the result of any act or omission of a third party, we will be subrogated to all rights of recovery you may have in respect to such act or omission. You must execute and deliver to us such instruments and papers as may be required and do whatever else is needed to secure such rights. You must avoid doing anything that would prejudice our rights of subrogation.

If you notify us before filing suit or settling your claim against such third party, the amount to which we are subrogated will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees. If suit or action is filed, we may record a notice of payments of LTD Benefits, and such notice shall constitute a lien on any judgment recovered.

If you or your legal representative fail to bring suit or action promptly against such third party, we may institute such suit or action in our name or in your name. We are entitled to retain from any judgment recovered the amount of LTD Benefits paid or to be paid to you or on your behalf, together with our costs of recovery, including attorney fees. The remainder of such recovery, if any, shall be paid to you or as the court may direct.

<div align="right">LT.SG.OT.1</div>

## ADDITIONAL BENEFITS FOR THE SEVERELY DISABLED

A.  Assisted Living Benefit

If you meet the requirements in 1 through 3 below, we will pay Assisted Living Benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

Assisted Living Benefit Requirements

1.  You are Disabled and LTD Benefits are payable to you.

2.  While you are Disabled:

a.  You, due to loss of functional capacity as a result of Physical Disease or Injury, become unable to safely and completely perform two or more Activities Of Daily Living without Hands-on Assistance or Standby Assistance; or

# CLAIMS

A.  Filing A Claim

Claims should be filed on our forms.  If we do not provide our forms within 15 days after they are requested, you may submit your claim in a letter to us.  The letter should include the date disability began, and the cause and nature of the disability.

B.  Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period.  If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period.  If Proof Of Loss is filed outside these time limits, your claim will be denied.  These limits will not apply while you lack legal capacity.

C.  Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits.  Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.

D.  Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense.  If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

E.  Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice. We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

F.  Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them.  LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

G.  Notice Of Decision On Claim

We will evaluate your claim promptly after you file it.  Within 45 days after we receive your claim we will send you:  (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days.  Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days.  If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

STND 18-03985-000334

## Dawn Schonberg

| | |
|---|---|
| **From:** | Dawn Schonberg |
| **Sent:** | Tuesday, February 23, 2016 2:32 PM |
| **To:** | Necole Suzuki |
| **Subject:** | RE: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29 |


OK I can go look tomorrow. Thanks!


Dawn Schonberg | Senior Benefits Review Specialist Administrative Review Unit The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.8765 | Fax 971.321.5038 dawn.schonberg@standard.com | www.standard.com


-----Original Message-----
From: Necole Suzuki
Sent: Tuesday, February 23, 2016 2:32 PM
To: Dawn Schonberg
Subject: RE: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

I believe that is the letter they are referring to.  The letter is not in LEX.... so we'll need the file.

-----Original Message-----
From: Dawn Schonberg
Sent: Tuesday, February 23, 2016 2:31 PM
To: Necole Suzuki
Subject: RE: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

Hi Necole -

Perhaps they mean the approval/close letter? Is it in LEX? If not, the file is in DMR and we can go try to get a copy.


Dawn Schonberg | Senior Benefits Review Specialist Administrative Review Unit The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.8765 | Fax 971.321.5038 dawn.schonberg@standard.com | www.standard.com

-----Original Message-----
From: Necole Suzuki
Sent: Tuesday, February 23, 2016 2:28 PM
To: Dawn Schonberg
Cc: Kath McGrath
Subject: FW: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

Hi Dawn,

**EXHIBIT 1**
**PART 1 of 2**
**Page 335 of 1248**

1

STND 18-03985-000335



Please see the attached fax regarding Bethany Coleman Fire.  Let me know if you can respond or if there's something we need to do.

Thanks!

Necole Suzuki, FLHC | Sr. Disability Claim Specialist The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3198 | Fax 503-796-5972 necole.suzuki@standard.com | www.standard.com Ensure a sustainable future – only print when necessary.


-----Original Message-----
From: Kath McGrath
Sent: Tuesday, February 23, 2016 2:17 PM
To: Necole Suzuki
Subject: FW: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

If there's a response on file, let me know and I can resend it.

Kathleen McGrath | Disability Claims Assistant The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.6946 | Fax 503.796.5972 Kath.McGrath@standard.com | www.standard.com


-----Original Message-----
From: RightFax Email Gateway
Sent: Tuesday, February 23, 2016 1:50 PM
To: Cgroup Faxes
Subject: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

2/23/2016 1:48:04 PM Transmission Record
        Received from remote ID: catherine@meganglor.
        Inbound user ID CGROUPFAXES, routing code 5972
        Result: (0/352;0/0) Success
        Page record: 1 - 3
        Elapsed time: 01:22 on channel 29


Fax Images: [double-click on image to view page(s)]

**EXHIBIT 1**
**PART 1 of 2**
**Page 336 of 1248**

STND 18-03985-000336



**TheStandard®**

January 7, 2016


John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205


RE:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine, LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

Standard Insurance Company's goal is to treat all clients fairly.  Ms. Coleman-Fire's claim has been referred to our Administrative Review Unit for an independent review of the decision to close her claim for long term disability (LTD) benefits. This unit was formed specifically to assure that each claim receives a fair and objective review.

While we attempt to complete all reviews as promptly as possible, please understand that because there are sometimes multiple or complex issues that must be evaluated, and/or new information to be gathered and assessed, a more extensive review period may be required in some instances.  Ms. Coleman-Fire is entitled to one independent review of the decision to close her claim.

Under the terms of the Professional Services Employers Trust on behalf of Davis Wright Tremaine Group Policy, The Standard must complete the independent review within the first 45 days; however, under special circumstances we can extend the review by another 45 days.  We anticipate completing the review of Ms. Coleman-Fire's claim no later than February 11, 2016.

We will send you periodic updates regarding the status of our review.  You will also be notified in writing once the review is completed.  Thank you for your cooperation during the review process.  If you have any questions, please feel free to call me at (971) 321-8765.  Additional information may faxed to me at (971) 321-5038.

Sincerely,



Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 337 of 1248**

STND 18-03985-000337



**DAWN SCHONBERG**

SENIOR BENEFITS REVIEW SPECIALIST

Standard Insurance Company
(971) 321-8765

Office closed 1/1/16 + out of office due to weather 1/4/16

THE STANDARD

**EXHIBIT 1**
**PART 1 of 2**
**Page 338 of 1248**

STND 18-03985-000338

 

**Dawn Schonberg**

| | |
|---|---|
| **From:** | Ellen Guernsey |
| **Sent:** | Wednesday, December 30, 2015 12:54 PM |
| **To:** | Necole Suzuki |
| **Cc:** | Laura Smith; Dawn Schonberg |
| **Subject:** | Bethany Coleman-Fire 00VW3181 |

Necole,

The above ARU review has been assigned to Dawn Schonberg.

Would you please make the following changes in Proclaim?
- Change the user ID to QA1DSCHO
- F1 the claim

Thank you,
Ellen

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

1

**EXHIBIT 1**
**PART 1 of 2**
**Page 339 of 1248**

STND 18-03985-000339

headache, vertigo and dizziness. You reported that you attempted to return to work two weeks prior, but felt awful and went home. You felt nauseous, anxious, and fatigued while at work. You reported working about three hours each day for the past week. You were receiving massage therapy for neck issues. You reported that your daily function was mostly impacted by headaches, treated with massage and nonsteroidal anti-inflammatory drugs. You indicated that you had not received recent therapy for neck pain, and your dizziness and balance issues were episodic and mostly resolved. You reported still having issues with fatigue, some stress related dreams related to the accident, being more irritable, and feeling cognitively slow. You reported doing well working half-time. Dr. Chesnutt's assessment was post-concussion headache; cervical strain, initial encounter; and concussion. Dr. Chesnutt provided a referral for physical therapy and recommended that you take Aleve for pain and swelling.

You consulted Dr. Uppal on September 16, 2014, to follow up on your motor vehicle accident, headaches, and fatigue, and to discuss new medication. You indicated that you were followed by Dr. Chesnutt for post-concussion care, and were receiving physical therapy, occupational therapy, speech therapy, and massage therapy. You reported that craniosacral massage helped with your persistent headaches. You indicated that your headaches did not have any specific location and they were present almost daily. You indicated that Dr. Chesnutt mentioned that you should be on an antidepressant as your mood had been low, and you had reported frequent crying spells. You also reported gaining a significant amount of weight. Dr. Uppal's assessment was: reaction, adjustment, anxiety, and depressed mood; headache; neck muscle spasm; weight gain; and post-concussion syndrome. Dr. Uppal recommended that you seek counseling and he prescribed Cymbalta. You were to follow up in four weeks.

You followed up with Dr. Uppal on October 15, 2014. You reported that your mood had improved and you were able to work for a longer duration. You were exercising regularly, but still had episodes of tearfulness. You indicated that you had not been able to see a counselor, but were calling for an appointment. Dr. Uppal's assessment was adjustment reaction, and anxiety and depression, treated with Wellbutrin. You were to follow up in two months.

You followed up with Dr. Chesnutt on December 5, 2014, and reported that your headaches and neck pain were much better, but you were sore by the end of each workday. You reported that your vision was improving but your peripheral vision of the left eye was not as good. You reported less fatigue and that your sleep was generally good. Cognitively, you were doing well but still had some concentration and memory issues. Dr. Chesnutt's assessment was that your concussion was resolving slowly and you should continue with your current rehabilitation and restrictions. Dr. Chesnutt recommended a return visit if your symptoms worsened or failed to improve as anticipated.

You followed up with Dr. Uppal on December 12, 2014, for follow up on your medications. You reported feeling stable on your current medication and felt like you were closer to your baseline than you had been in the past. You reported being back at work, but that you had not made an appointment with a psychologist yet. You indicated that you had one meeting with a therapist but did not click. You continued to follow up with Dr. Chesnutt for post-concussion syndrome. Dr. Uppal noted that you had a normal mood and affect, and your behavior was normal. He advised

**EXHIBIT 1**
**PART 1 of 2**
**Page 340 of 1248**

STND 18-03985-00034C

5

headache, vertigo and dizziness. You reported that you attempted to return to work two weeks prior, but felt awful and went home. You felt nauseous, anxious, and fatigued while at work. You reported working about three hours each day for the past week. You were receiving massage therapy for neck issues. You reported that your daily function was mostly impacted by headaches, treated with massage and nonsteroidal anti-inflammatory drugs. You indicated that you had not received recent therapy for neck pain, and your dizziness and balance issues were episodic and mostly resolved. You reported still having issues with fatigue, some stress related dreams related to the accident, being more irritable, and feeling cognitively slow. You reported doing well working half-time. Dr. Chesnutt's assessment was post-concussion headache; cervical strain, initial encounter; and concussion. Dr. Chesnutt provided a referral for physical therapy and recommended that you take Aleve for pain and swelling.

You consulted Dr. Uppal on September 16, 2014, to follow up on your motor vehicle accident, headaches, and fatigue, and to discuss new medication. You indicated that you were followed by Dr. Chesnutt for post-concussion care, and were receiving physical therapy, occupational therapy, speech therapy, and massage therapy. You reported that craniosacral massage helped with your persistent headaches. You indicated that your headaches did not have any specific location and they were present almost daily. You indicated that Dr. Chesnutt mentioned that you should be on an antidepressant as your mood had been low, and you had reported frequent crying spells. You also reported gaining a significant amount of weight. Dr. Uppal's assessment was: reaction, adjustment, anxiety, and depressed mood; headache; neck muscle spasm; weight gain; and post-concussion syndrome. Dr. Uppal recommended that you seek counseling and he prescribed Cymbalta. You were to follow up in four weeks.

You followed up with Dr. Uppal on October 15, 2014. You reported that your mood had improved and you were able to work for a longer duration. You were exercising regularly, but still had episodes of tearfulness. You indicated that you had not been able to see a counselor, but were calling for an appointment. Dr. Uppal's assessment was adjustment reaction, and anxiety and depression, treated with Wellbutrin. You were to follow up in two months.

You followed up with Dr. Chesnutt on December 5, 2014, and reported that your headaches and neck pain were much better, but you were sore by the end of each workday. You reported that your vision was improving but your peripheral vision of the left eye was not as good. You reported less fatigue and that your sleep was generally good. Cognitively, you were doing well but still had some concentration and memory issues. Dr. Chesnutt's assessment was that your concussion was resolving slowly and you should continue with your current rehabilitation and restrictions. Dr. Chesnutt recommended a return visit if your symptoms worsened or failed to improve as anticipated.

You followed up with Dr. Uppal on December 12, 2014, for follow up on your medications. You reported feeling stable on your current medication and felt like you were closer to your baseline than you had been in the past. You reported being back at work, but that you had not made an appointment with a psychologist yet. You indicated that you had one meeting with a therapist but did not click. You continued to follow up with Dr. Chesnutt for post-concussion syndrome. Dr. Uppal noted that you had a normal mood and affect, and your behavior was normal. He advised

**EXHIBIT 1**
**PART 1 of 2**
**Page 341 of 1248**

STND 18-03985-000341

# INTERNAL APPEAL SUBMITTED ON BEHALF OF

# BETHANY COLEMAN-FIRE

DECEMBER 23, 2015

RECEIVED
SIC BENEFITS DEPT
DEC 2 8 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 342 of 1248**

STND 18-03985-000342

# TABLE OF CONTENTS

| Title | Page Number |
|---|---|
| PREFACE. | 1 |
| I. INTRODUCTION. | 2 |
| II. MS. COLEMAN-FIRE'S MEDICAL HISTORY. | 3 |
|     A. Ms. Coleman-Fire's 2014 Medical Records Document the Development of Her Post Concussion Syndrome. | 3 |
|     B. Ms. Coleman-Fire's 2015 Medical Records Document the Continuation of Her Post Concussion Syndrome. | 15 |
| III. THE DEFINITION OF DISABILITY BY MS. COLEMAN-FIRE'S POLICIES. | 21 |
|     A. The Policy's "Own Occupation" Definition of Disability. | 21 |
|     B. The Policy's Definition of "Partial Disability". | 22 |
|     C. The Policy's "Any Occupation" Definition of Disability Does Not Apply to Ms. Coleman-Fire. | 22 |
| IV. STANDARD APPROVED MS. COLEMAN-FIRE'S CLAIM FOR LTD BENEFITS. | 22 |
|     A. Ms. Coleman-Fire Applied for LTD Benefits. | 22 |
|     B. Standard Approved Ms. Coleman-Fire's LTD Claim. | 22 |
| V. STANDARD ERRONEOUSLY TERMINATED MS. COLEMAN-FIRE'S CLAIM FOR LTD BENEFITS. | 23 |
|     A. Standard Notified Ms. Coleman-Fire Her LTD Benefits Were Terminated. | 23 |
|     B. The Review by Standard's Consultant Was Flawed. | 23 |

RECEIVED
SIC BENEFITS DEPT
DEC 2 8 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 343 of 1248**

STND 18-03985-000343

C. Standard's Reliance on Dr. Syna's Flawed Review Resulted       24
In Its Erroneous Termination of Ms. Coleman-Fire's LTD
Benefits.

D. Standard Ignored Ms. Coleman-Fire's Visual Deficiencies.       25

VI. MEDICAL LITERATURE SUPPORTS MS. COLEMAN-FIRE'S       26
DISABILITY.

A. The Articles on Traumatic Brain Injury Support Ms.       26
Coleman-Fire's Disability.

B. The Article on Postconcussive Syndrome Supports       27
Ms. Coleman-Fire's Disability.

VII. MS. COLEMAN-FIRE'S PHYSICIANS SUPPORT HER       28
DISABILITY.

A. Dr. Walker's Letter Supports Ms. Coleman-Fire's Disability.       28

B. Dr. Chesnutt's Letter Supports Ms. Coleman-Fire's Disability.       29

VIII. LETTERS FROM MS. COLEMAN-FIRE'S FAMILY AND       30
HER SECRETARY SUPPORT HER DISABILITY.

A. Letters from Ms. Coleman-Fire's Family Support Her Disability.       30

B. The Letter from Ms. Coleman-Fire's Secretary at DWT Supports       32
Her Disability.

IX. MS. COLEMAN-FIRE'S PERSONAL STATEMENT SUPPORTS       33
HER DISABILITY.

X. SUMMARY.       35

(ii)

SIC BENEFITS DEPT
RECEIVED

DEC 2 8 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 344 of 1248**

STND 18-03985-000344



# Megan E. Glor
### Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ∞ Health ∞ ERISA ∞ Life ∞ Social Security

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

December 23, 2015

**By Facsimile: ((503) 796-5972)**
**And by US Main, Certified RR No. 7015 0640 0003 6772 7759**

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
Standard Insurance Company
903 SW Fifth Avenue
Portland, OR 97204-1235

Telephone:  (800) 368-1135, ext. 3198

RE:  Claimant:      Bethany Coleman-Fire
      Group:        Professional Services Employers Trust on behalf of Davis Wright
                    Tremaine LLP
      Group Policy: 445474
      Claim No.:    00VW3181

Dear Ms. Suzuki:

        As you know, our law firm represents Bethany Coleman-Fire in connection with
Standard Insurance Company's ("Standard") July 1, 2015 decision to terminate Ms.
Coleman-Fire's Long Term Disability ("LTD") benefits.  Ms. Coleman-Fire had LTD
insurance coverage under a Group LTD Policy ("Policy") issued to Davis Wright
Tremaine LLP ("DWT") by Standard.  This letter and the following enclosures represent
Ms. Coleman-Fire's complete appeal of Standard's termination of her claim for LTD
benefits except for additional chart records from Ms. Coleman-Fire's scheduled medical
appointment on January 12, 2016.  Please refrain from reviewing Ms. Coleman-Fire's
appeal until you receive the additional records.  I will forward the additional records to
Standard immediately upon my receipt.

        Enclosures are:

        1.Article entitled "Traumatic Brain Injury:  Hope Through Research" from the
National Institute of Neurological Disorders and Stroke;
        2. Article entitled "Heads Up Facts for Physicians About Mild Traumatic Brain
Injury (MTBI)" from the Centers for Disease Control and Prevention;
        3. Article entitled "Postconcussive Syndrome" by Eric L. Legome, M.D.;
        4. Oregon Health & Science University ("OHSU") medical records from April 3,
2014 through October 12, 2015;

*review req.*

SIC RECEIVED
BENEFITS DEPT
DEC 2 8 2015

**EXHIBIT 1**
**PART 1 of 2**
Page 345 of 1248

December 23, 2015
Re: Bethany Coleman-Fire
Page 2 of 37

     5. Dr. Richa Uppal's chart records from June 2, 2015 through September 22, 2015;

     6. Dr. Rosemary Detmer Stone's chart record dated June 18, 2015;

     7. Dr. James Chesnutt's chart record dated December 11, 2015;

     8. Dr. Sara Walker's letter regarding Ms. Coleman-Fire dated May 19, 2015;

     9. Dr. James Chesnutt's letter regarding Ms. Coleman-Fire dated December 10, 2015;

     10. Letter from Michal Fire, Ms. Coleman-Fire's sister-in-law, dated November 30. 2015;

     11. Letter from Paulette Fire, Ms. Coleman-Fire's mother-in-law, dated November 30, 2015;

     12. Letter from Susan England, Ms. Coleman-Fire's secretary at DWT;

     13. Letter from Leora Coleman-Fire, Ms. Coleman-Fire's wife, dated December 17, 2015; and

     14. Personal statement from Bethany Coleman-Fire dated December 17, 2015

## I. INTRODUCTION.

     Bethany Coleman-Fire is a 32 year-old associate attorney at DWT. Ms. Coleman-Fire began working full time, which was equivalent to 1800 billed hours/year, at DWT on June 1, 2013.

     On February 19, 2014, Ms. Coleman-Fire was struck by an automobile while walking her dog. She suffered a concussion and subsequently developed post concussion syndrome, which was manifested by fatigue, headaches, neck pain, vertigo, sensitivity to light and noise, decreased memory, decreased reading comprehension, and decreased retention of read material,

     Ms. Coleman-Fire returned to work at DWT on March 12, 2014, but developed a searing headache and fatigue after 45 minutes and had to leave. She remained on medical leave through the end of March, 2014.

     Ms. Coleman-Fire made another unsuccessful attempt to return to work at DWT in April, 2014. She relied on intermittent leave in order to have a significantly reduced schedule and to avoid working on consecutive days. However, Ms. Coleman-Fire only worked 14% of full time (23.7 hours out of 169.4 expected billed hours/month), as she was unable to work more than 3-4 hours/day because of her continuing post concussion syndrome symptoms and signs. In May, 2014, Ms. Coleman-Fire again went on medical leave, as she could not maintain even a greatly reduced work schedule.

     Ms. Coleman-Fire returned to part-time work (50% or 900 billed hours/year) on August 4, 2014. In September, 2014, DWT increased Ms. Coleman-Fire's workload to 75% of full time (1350 billed hours/year), although she continued to struggle with fatigue and cognitive issues. From August, 2014 through May, 2015, Ms. Coleman-Fire was only able to work 803.5 hours of her expected 1501.5 billed hours, which was 53.5% of full time.

RECEIVED
SIC BENEFITS DEPT
DEC 2 8 2015

EXHIBIT 1
PART 1 of 2
Page 346 of 1248

STND 18-03985-000346

December 23, 2015
Re: Bethany Coleman-Fire
Page 3 of 37

Ms. Coleman-Fire underwent a neuropsych evaluation by Dr. Sarah Walker on April 27, 2015. Following the evaluation, Dr. Walker advised her to decrease her workload to 50-60% billed time (900-1080 hours/year). Ms. Coleman-Fire spoke with DWT about reducing her workload to 60% billed time, but at present her workload remains at 75%, even though she has continually failed to meet the expected billed hours for a 75% schedule (from June, 2015 through November, 2015, Ms. Coleman-Fire was only able to work 445.2 hours of her expected 1008.7 billed hours, which was 44.1% of full time). Beginning January 1, 2016, however, DWT has mandated Ms. Coleman-Fire reduce her workload to 60% billed time because of her continual failure to meet billable expectations even at a reduced schedule.

As Ms. Coleman-Fir is currently struggling to fulfill even a 60% workload because of her fatigue and decreased reading comprehension and retention, it is highly unlikely that she will be able to continue DWT's mandated 60% schedule in 2016. She will then be faced with further decreasing her workload or possibly be faced with termination of her employment by DWT.

By letter dated July 1, 2015, Standard informed Ms. Coleman-Fire it had approved her claim for LTD benefits beginning May 20, 2014. However, in the same letter, Standard also informed Ms. Coleman-Fire it had terminated her LTD benefits effective December 13, 2014. Standard asserted it did not have satisfactory documentation supporting her disability after December 12, 2014.

This appeal will document that Ms. Coleman-Fire continues to be partially disabled by her post concussion syndrome symptoms and signs and is currently unable to work more than approximately 50% billed time (900 billed hours/year).

As Ms. Coleman-Fire has continued to be partially disabled under the terms of the Policy, I ask Standard to reinstate her LTD benefits effective December 13, 2014 and continue them through the maximum benefit period as long as she remains disabled under the terms of the Policy.

## II. MS. COLEMAN-FIRE'S MEDICAL HISTORY.

### A. Ms. Coleman-Fire's 2014 Medical Records Document the Development of Her Post Concussion Syndrome.

1. Ms. Coleman-Fire was evaluated at the Legacy Emanuel Medical Center Emergency Room on February 19, 2014. She was seen by Dr. Arman Faroghi, an emergency medicine specialist. Dr. Faroghi noted Ms. Coleman-Fire was struck on the right side of her body by a car while she was crossing the street. He noted she complained of nausea, headache, left index finger pain and numbness, elbow soreness bilaterally, left knee soreness, and ankle pain.

On physical examination ("PE"), Dr. Faroghi observed dried blood in right nostril; mild tenderness over right zygomatic arch; scalp abrasion; mild soreness of upper

RECEIVED
SIC BENEFITS DEPT

DEC 2 8 2015

**EXHIBIT 1
PART 1 of 2
Page 347 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 4 of 37

and lower extremities with full range of motion; mild ecchymosis and swelling left 2nd metacarpophalangeal ("MCP") joint; and Glasgow coma score ("GCS") of 15—eye subscore of 4, verbal subscore of 5, and motor subscore of 6.

During her ER course, Ms. Coleman-Fire was medicated several times for nausea.

A head CT revealed a mild left posterior parietal scalp hematoma without associated calvarial fracture. The impression of the radiologist was left parietal scalp injury without acute intracranial abnormality.

Dr. Faroghi's diagnoses were concussion, scalp abrasion, and contusion of the left hand. He prescribed Zofran for nausea at discharge.

**2.** Ms. Coleman–Fire saw Dr. Richa Uppal, an internist, on February 20, 2014. Dr. Uppal noted Ms. Coleman-Fire was struck on her right side by a car while crossing a street with her dog; hit her head on the windshield; flew over the car; and hit her head again upon landing on the pavement. She noted Ms. Coleman-Fire did not lose consciousness and was taken to Emanuel Hospital by ambulance where she was evaluated in the emergency room ("ER"). Dr. Uppal reported Ms. Coleman-Fire's examination in the ER revealed generalized myalgias, a scalp laceration, epistaxis, and vertigo. She noted Ms. Coleman-Fire presently felt soreness everywhere; had tight muscles; had a global headache; and experienced worsening vertigo with nausea when standing, moving, or turning her head.

On PE, Dr. Uppal observed tenderness of the temporomandibular joint bilaterally; tenderness of the right zygomatic arch; reduced mouth opening; a small amount of dried blood in the right nostril; a scalp abrasion; a reduced range of motion of the cervical spine with paraspinal muscle spasm; and myalgias of the back, neck, and upper and lower extremities.

Dr. Uppal's assessment included: 1) concussion; 2) vertigo; 3) nausea; 4) soft tissue injury; 5) neck strain and strain; and 6) paraspinal muscle spasm. Dr. Uppal ordered cervical spine x-rays and referred Ms. Coleman-Fire for physical therapy and massage therapy.

**3.** Ms. Coleman-Fire underwent cervical spine x-rays on February 20, 2014. The impression of the radiologist was a negative x-ray exam.

**4.** Ms. Coleman-Fire saw Curtis Persons, MPT (Master Physical Therapist), on February 27, 2014. MPT Persons noted Ms. Coleman-Fire was continuing to experience headaches, lightheadedness, vertigo, fatigue, and neck pain since being struck by a car. He noted her symptoms had slightly improved, but that she still suffered from a constant dull aching headache and several episodes of vertigo each day that were triggered with certain movements.

On PE, MPT Persons observed slight tenderness of the cervical spine with active range of motion; dizziness with cervical flexion while seated; mild hypertonicity of the

SIC BENEFITS DEPT

DEC 2 8 2015
RECEIVED

EXHIBIT 1
PART 1 of 2
Page 348 of 1248

STND 18-03985-000348

December 23, 2015
Re: Bethany Coleman-Fire
Page 5 of 37

left cervical paraspinals and right suboccipital muscles; vertigo (lasting less than 15 seconds) that occurred going from a seated to supine position with head rotated right; and slight nystagmus.

MPT Persons performed the Epley maneuver twice (with Ms. Coleman's-Fire head rotated right) and achieved complete resolution of her vertigo following the second maneuver.

MPT Persons' assessment included: 1) benign paroxysmal positional vertigo ("BPPV"); 2) post concussion headaches; and 3) mild cervical strain. His plan included physical therapy 1-2 x/week for 4 weeks.

**5.** Ms. Coleman-Fire saw Dr. Catherine Ellison, a neurologist, on March 3, 2014, for headaches and dizziness following her concussion. Dr. Ellison noted Ms. Coleman-Fire experienced a continuous migratory mild dull headache that intermittently worsened and was associated with numbness and tingling of her right cheek. She also noted Ms. Coleman-Fire's ongoing fatigue, lack of energy, daytime sleepiness, neck pain, dizziness, minimal nausea, and feeling of being unable to focus.

On PE, Dr. Ellison observed normal neurological findings.

Dr. Ellison's impression included: 1) post head trauma/post concussion symptoms—continues with some nausea, headache, severe fatigue, daytime sleepiness, and difficulty with cognitive processing; 2) post traumatic headache—mild, migratory; 3) nausea—mild, ongoing; 4) cervical strain; and 5) right facial paresthesias—mild, intermittent.

**6.** Ms. Coleman-Fire saw Lia Yamamoto, DPT (Doctor of Physical Therapy), on March 12, 2014. DPT Yamamoto noted Ms. Coleman's Fire vertigo had resolved, but that she still experienced mild dizziness when going up stairs or changing positions and still experienced daily headaches. She also noted Ms. Coleman-Fire experienced left foot burning when bending down.

On PE, DPT Yamamoto observed slightly increased dizziness with 75 degrees of cervical extension, a positive left straight raise, and reproduction of foot burning symptoms with flossing exercise.

DPT Yamamoto's assessment noted improvement in Ms. Coleman-Fire's flexibility and ability to sit properly. She reported Ms. Coleman-Fire's remaining impairments were decreased flexibility, decreased range of motion, pain, decreased strength, weakness, inflammation, dizziness, and headache.

**7.** Ms. Coleman-Fire saw MPT Persons on March 19, 2014. MPT Persons noted Ms. Coleman-Fire's intermittent dizziness and neck pain were slowly improving. However, he noted Ms. Coleman-Fire had attempted to return to work the previous week, but had experienced dizziness and an increased headache after only working for 10 minutes.

RECEIVED
SIC BENEFITS DEPT
DEC 2 8 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 349 of 1248**

STND 18-03985-000349

On PE, MPT Persons observed mild limitation in the left straight leg raise compared to the right and burning in the heel with forward bending.

MPT Persons' assessment noted little change in Ms. Coleman-Fire's resting pain that might be attributable to her concussion, but noted improvement in her moving in bed and transferring without vertigo.    He noted Ms. Coleman-Fire's remaining impairment was pain.

8. Ms. Coleman-Fire saw Dr. Jeffry Brown, a neurologist, on April 3, 2014, for her posttraumatic dizziness.  Dr. Brown noted Ms. Coleman-Fire had strong positional vertigo following her accident, but that it completely resolved following an Epley maneuver performed by physical therapy.  However, Dr. Brown noted Ms. Coleman-Fire continued to experience repeated attacks of dizziness associated with a momentary loss of balance.  He noted the dizziness occurred randomly once or twice/day and was followed by mild nausea and cognitive difficulties.  He further noted Ms. Coleman-Fire's dizziness was more apt to occur upon rising quickly from a chair; when stressed; with rapid movements; when presented with complex visual situations; and when fatigued.

Dr. Brown reported Ms. Coleman-Fire's symptoms seemed to be gradually improving, but that she continued to have daily bilateral headaches.  He reported she attempted to return to work, but was unsuccessful as her tolerance for work and her efficiency at work were limited.

On PE, Dr. Brown observed Ms. Coleman-Fire veered to the left when walking with eyes closed and had a leftward rotating Fukuda test (used to determine if there is a vestibular system weakness on one side).

Dr. Brown performed video infrared oculography, which was normal.

Dr. Brown's impression included:  1) benign paroxysmal positional vertigo—cause of her initial posttraumatic dizziness; 2) daily headaches—likely a result of her mild concussion; 3) dizziness—likely a result of her mild concussion; and 4) possible vestibular lesion (such as posttraumatic hydrops or vestibular neuronitis)—possible cause of rotating to the left when walking with eyes closed and left rotating Fukuda test.

Dr. Brown noted Ms. Coleman-Fire's symptoms would gradually improve in a waxing and waning fashion and felt she would be able to tolerate most of her activities in three months.  He discussed with Ms. Coleman-Fire the need to rest more while her brain was healing and when she became fatigued.

9. Ms. Coleman-Fire saw Dr. Sean Robinson, a sports medicine fellow at OHSU, on April 3, 2014, for a concussion evaluation.  Dr. Robinson noted Ms. Coleman-Fire suffered a head injury when struck by an automobile on February 19, 2014.  He noted her initial symptoms were headache, neck pain, vertigo, and dizziness.  Dr. Robinson reported Ms. Coleman-Fire attempted to return to work two weeks prior to RECEIVED, but had to leave after approximately an hour and a half because of nausea and fatigue. He

RECEIVED
SNC BENEFITS DEPT
DEC 2 8 2015

EXHIBIT 1
PART 1 of 2
Page 350 of 1248

STND 18-03985-000350

December 23, 2015
Re: Bethany Coleman-Fire
Page 7 of 37

reported she returned to work for three hours the day prior to her visit, but again felt exhausted and experienced worsening symptoms with minimal activity.

Dr. Robinson noted Ms. Coleman-Fire's Sports Concussion Assessment Tool ("SCAT") score was 71. Severe SCAT symptoms included don't feel right, feeling dinged or dazed, feeling slowed down, feeling in a fog, fatigue or low energy, more emotional than usual, difficulty concentrating, and nervous or anxious. Moderate SCAT symptoms included headache, pressure in head, neck pain, balance problems or dizzy, drowsiness, irritable, difficulty remembering, and sleeping more than usual. Dr. Robinson noted Ms. Coleman-Fire's symptoms became worse with activity and that she was sleeping 10-11 hours/day.

Dr. Robinson's assessment was concussion (primary encounter diagnosis). He noted Ms. Coleman-Fire was entering a postconcussive syndrome, as she remained symptomatic six weeks after the accident.

**10.** Ms. Coleman-Fire saw MPT Persons on April 9, 2014. MPT Persons noted Ms. Coleman-Fire continued to experience intermittent lightheadedness and headache, which was likely post-concussive. He also noted her neck soreness had improved.

MPT Persons reported Ms. Coleman-Fire had returned to work half time, which had "been going ok", but that she still became fatigued very easily and experienced intermittent headaches and dizziness.

On PE, MPT Persons observed slight pain at end range cervical rotation and right side bending and slight pain with resisted cervical left side bending.

MPT Persons' assessment was: 1) minimal pain at end range right cervical rotation/side bend; and 2) increased ability to work. His plan was to have Ms. Coleman-Fire continue a home exercise program.

**11.** Ms. Coleman-Fire saw Jeffery Schlimgen, PT (Physical Therapist), on April 10, 2014. PT Schlimgen noted Ms. Coleman-Fire suffered from fatigue, constant headaches, sensitivity to noise, and an "out of body" feeling. He noted her headache pain was 3-4/10 upon beginning the physical therapy session; increased to 5/10 during the session; and was aggravated by physical activity and cognitive tasks.

PT Schlimgen reported Ms. Coleman-Fire scored 60/100 on a Dizziness Handicap Inventory (DHI), which indicated a moderate level of disability (less than 30—low level of disability; 31-60—moderate level; 61 and above—severe level).

On PE, PT Schlimgen observed Ms. Coleman-Fire's gait velocity was below normal for the 25 foot gait walk at both her selected speed and her fast speed and that her fast speed walk increased her headache pain to 5/10. He also observed she had difficulty looking up and using stairs; experienced neck pain with cervical rotation; had tenderness at her occiput bilaterally; felt nauseous/woozy with cervical extension; experienced neck pain with cervical traction; and experienced dizziness with vertical eye movements.

**EXHIBIT 1**
**PART 1 of 2**
**Page 351 of 1248**

STND 18-03985-000351

December 23, 2015
Re: Bethany Coleman-Fire
Page 8 of 37

PT Schlimgen's assessment noted Ms. Coleman-Fire was at risk for falling (high DHI score) and that she had a mild balance impairment. He stated she would benefit from balance, gait, and endurance training.

**12.** Ms. Coleman Fire saw Roseanne Yee, OT (Occupational Therapist), on April 11, 2014. OT Yee noted Ms. Coleman-Fire currently experienced constant headaches that ranged from mild to severe; had severe fatigue and tired easily; was unable to concentrate; experienced dizziness; and had vision problems.

On PE, OT Yee observed impairment in ocular motility, saccades, convergence, and reading/scanning tasks.

OT Yee noted in her assessment that Ms. Coleman-Fire had visual impairments with saccades, functional scan, pursuit, fixation, and convergence that elicited her symptoms. She reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

**13.** Ms. Coleman-Fire underwent vestibular lab testing on April 14, 2014. Dr. Brown's interpretation of the testing was: 1) normal hearing bilaterally; 2) no evidence of endolymphatic hydrops/Meniere's disease in either ear; 3) oculomotor examination was normal; 4) no significant gaze evoked, spontaneous, positional or headshake evoked nystagmus; 5) no evidence of BPPV; 6) normal horizontal semicircular canal responses to caloric stimulation; and 7) normal bilateral vestibular evoked myogenic potentials, which are consistent with normal saccular and inferior vestibular nerve function, and no evidence of superior semicircular canal dehiscence.

**14.** Ms. Coleman-Fire saw Maxine Kacher, CCC-SLP (Certificate of Clinical Competence in Speech Language Pathology), for cognitive communication deficits secondary to her head injury. SLP Kacher noted Ms. Coleman-Fire experienced constant headaches that increased with stimulation or concentration; fatigue; and significantly decreased endurance. She also noted Ms. Coleman-Fire was easily distracted.

SLP Kacher noted in her assessment that Ms. Coleman-Fire had mild cognitive communication deficits in attention, immediate memory, and delayed memory plus decreased cognitive endurance characterized by symptom exacerbation with prolonged periods of concentration/stimulation.

**15.** Ms. Coleman-Fire saw PT Schlimgen on April 23, 2014. PT noted Ms. Coleman-Fire continued to experience headaches, dizziness, and fatigue and currently felt nauseous.

On PE, PT Schlimgen observed occipital tenderness bilaterally. He noted in his assessment that Ms. Coleman-Fire's balance had improved, but that she was still symptomatic with visual testing and dual tasking.

RECEIVED
SIC BENEFITS DEPT **EXHIBIT 1**
DEC 2 8 2015  **PART 1 of 2**
**Page 352 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 9 of 37

**16.** Ms. Coleman-Fire saw Dr. Brown on April 29, 2014, for follow up of her vestibular testing. Dr. Brown noted Ms. Coleman-Fire's vestibular testing was normal—no evidence of posttraumatic vestibulopathy or endolymphatic hydrops and normal hearing. Dr. Brown stated he expected Ms. Coleman-Fire to have excellent resolution of her issues, but could not predict when that would be. He recommended that Ms. Coleman-Fire return to work in a graded fashion when able and extend her hours as tolerated.

**17.** Ms. Coleman-Fire saw OT Yee on May 5, 2014. OT Yee noted Ms. Coleman-Fire continued to experience constant headaches that ranged from mild to severe, fatigue, difficulty concentrating, and mild dizziness. She reported Ms. Coleman-Fire's pain level was 3/10.

OT Yee's assessment noted Ms. Coleman-Fire continued to have vision issues, headaches, fatigue, and dizziness resulting from her concussion. She reported Ms. Coleman-Fire's visual impairments with saccades, functional scan, pursuit, fixation, and convergence continued and elicited her symptoms. OT Yee again reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

**18.** Ms. Coleman-Fire saw SLP Kacher on May 6, 2014. SLP Kacher noted Ms. Coleman-Fire continued to have difficulty with sustained attention and endurance. She noted in her assessment that Ms. Coleman-Fire continued to have mild cognitive communication deficits in attention and had decreased cognitive endurance characterized by symptom exacerbation with prolonged concentration or stimulation.

**19.** Ms. Coleman-Fire saw PT Schlimgen on May 19, 2014. PT Schlimgen noted Ms. Coleman-Fire's fatigue with stress or exercise, constant headaches, sensitivity to noise, and her "out of body" feeling. He reported her DHI score was 32/100 (decreased from 60/100 on April 10, 2014), which indicated a moderate level of disability.

PT Schlimgen noted in his assessment Ms. Coleman-Fire's fatigue was her most prominent symptom and that her aerobic tolerance was limited to moderate exercise before symptom reproduction occurred.

**20.** Ms. Coleman-Fire saw Dr. Rosemary Detmer Stone, an optometrist, on May 20, 2014, for a neuro-optometric evaluation. Dr. Detmer Stone noted Ms. Coleman-Fire had constant headaches and continuing fatigue that interfered with reading and computer use. She noted Ms. Coleman–Fire had residual balance problems and was receiving massage therapy for sciatic nerve, upper back, left leg, and left foot issues.

Dr. Detmer Stone's examination revealed oculomotor dysfunction in fine saccades and convergence insufficiency. Her assessment/impression noted Ms. Coleman-Fire's convergence insufficiency affected her near visual tasks and impacted her reading and computer use performance. Dr. Detmer Stone recommended Ms. Coleman-Fire not work for another month in order to help improve her visual function.

**EXHIBIT 1**
**PART 1 of 2**
**Page 353 of 1248**

STND 18-03985-000353

December 23, 2015
Re: Bethany Coleman-Fire
Page 10 of 37

**21.** Ms. Coleman-Fire saw OT Yee on May 28, 2014. OT Yee noted Ms. Coleman-Fire continued to experience constant mild headaches, fatigue, and difficulty concentrating.

OT Yee's assessment again noted that Ms. Coleman-Fire continued to have vision issues, headache, fatigue, and dizziness resulting from her concussion. She reported Ms. Coleman-Fire's visual impairments with saccades, functional scan, pursuit, fixation, and convergence continued and elicited her symptoms. OT Yee again reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

**22.** Ms. Coleman-Fire saw PT Schlimgen on June 2, 2014. PT Schlimgen noted Ms. Coleman-Fire's most prominent symptom was fatigue, but that she also continued to experience headaches, decreased balance, and convergence insufficiency.

**23.** Ms. Coleman-Fire saw SLP Kacher on June 3, 2014. SLP Kacher noted Ms. Coleman-Fire continued to have constant headaches and that vision exercises currently caused headaches.

SLP Kacher noted in her assessment that Ms. Coleman-Fire's decreased cognitive endurance and mild cognitive communication deficits in attention continued.

**24.** Ms. Coleman-Fire saw Dr. Detmer Stone on June 18, 2014. Dr. Detmer Stone noted Ms. Coleman-Fire continued to experience headaches, reduced endurance, and poor attention span. She also noted Ms. Coleman-Fire's computer use was very limited.

Dr. Detmer Stone's assessment/impression noted improved convergence ability (by 25%) and improved saccades and visual tracking (by 25%), but that saccadic function was still low and not at expected levels.

**25.** Ms. Coleman-Fire saw OT Yee on June 19, 2014. OT Yee noted Ms. Coleman-Fire continued having constant mild headaches that varied according to her activity. She also noted Ms. Coleman-Fire could not concentrate more than 20 minutes.

OT Yee's assessment again noted that Ms. Coleman-Fire continued to have vision issues, headache, and fatigue resulting from her concussion. She reported Ms. Coleman-Fire's visual impairments with saccades, functional scan, pursuit, fixation, and convergence continued and elicited her symptoms. OT Yee again reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

**26.** Ms. Coleman-Fire saw PT Schlimgen on June 23, 2014. PT Schlimgen noted Ms. Coleman-Fire's exercise tolerance, balance, dizziness, and vision had improved, but that she continued to experience fatigue. His assessment included fatigue, headaches, decreased balance, neck stiffness, impaired aerobic tolerance, and mild impairments in cervical range of motion and balance.

RECEIVED
SIC BENEFITS DEPT **EXHIBIT 1**
**PART 1 of 2**
DEC 2 8 2015 **Page 354 of 1248**

STND 18-03985-000354

December 23, 2015
Re: Bethany Coleman-Fire
Page 11 of 37

27. Ms. Coleman-Fire saw OT Yee on June 25, 2014. OT Yee noted Ms. Coleman-Fire continued to experience a constant mild headache that currently was 2/10 and that varied with activity.

OT Yee's assessment continued to note Ms. Coleman-Fire had vision issues, headache, and fatigue resulting from her concussion. She reported Ms. Coleman-Fire's visual impairments with saccades, functional scan, pursuit, fixation, and convergence continued and elicited her symptoms. OT Yee again reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

28. Ms. Coleman-Fire saw SLP Kacher on July 1, 2014. SLP Kacher noted Ms. Coleman-Fire's mild headaches and vision impairments persisted, but that they were slowly getting better.

SLP Kacher noted in her assessment that Ms. Coleman Fire had made slow, but steady gains in cognitive communication and significant gains in memory and attention. She added Ms. Coleman-Fire's current main deficits were headaches and vision issues.

29. Ms. Coleman-Fire saw OT Yee on July 11, 2014. OT Yee noted Ms. Coleman-Fire continued to experience constant mild headaches that varied with activity and currently was 3-4/10.

OT Yee's assessment continued to note Ms. Coleman-Fire had vision issues, headache, and fatigue resulting from her concussion. She reported Ms. Coleman-Fire's visual impairments with saccades, functional scan, pursuit, fixation, and convergence continued and elicited her symptoms. OT Yee again reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

30. Ms. Coleman-Fire saw Dr. Uppal on July 11, 2014, for her annual examination. Dr. Uppal noted Ms. Coleman-Fire was experiencing vertigo, dizziness, and blurred vision.

Dr. Uppal's PE was normal. Her assessment included: 1) history of concussion, and 2) vertigo due to concussion.

31. Ms. Coleman-Fire saw Dr. Detmer Stone on July 15, 2014. Following her examination, Dr. Detmer Stone's impression was that all of Ms. Coleman-Fire's visual skills were within her expected ability. Dr. Detmer Stone recommended Ms. Coleman-Fire return to work part time in August, 2014, for one month and then advance to full time within 4-6 weeks.

32. Ms. Coleman-Fire saw PT Schlimgen on July 24, 2014. PT Schlimgen noted Ms. Coleman-Fire experienced an episode of vertigo and intermittent ringing in ears. He also noted Ms. Coleman-Fire's exercise tolerance was increasing and her attention span and balance were improving, but that she continued to have headaches.

**EXHIBIT 1**
**PART 1 of 2**
**Page 355 of 1248**

STND 18-03985-000355

December 23, 2015
Re: Bethany Coleman-Fire
Page 12 of 37

**33.** Ms. Coleman-Fire saw OT Yee on August 15, 2014.  OT Yee noted Ms. Coleman-Fire's sensitivity to noise at work and her current headache that was 3-4/10.

OT Yee's assessment continued to note Ms. Coleman-Fire had vision issues, headache, and fatigue resulting from her concussion.  She reported Ms. Coleman-Fire's visual impairments with saccades, functional scan, pursuit, fixation, and convergence continued and elicited her symptoms.  OT Yee again reported Ms. Coleman-Fire's increased fatigue affected her function and that she also experienced cognitive problems, decreased coordination, and visual deficits.

**34.** Ms. Coleman-Fire saw OT Yee on August 25, 2014.  OT Yee noted Ms. Coleman-Fire worked six hours/day for 10 days in a row, which resulted in a return of all her symptoms.  She also noted Ms. Coleman-Fire continued to be distracted by noise and that her headaches increased with concentrated visual activity.

OT Yee reported in her assessment that Ms. Coleman-Fire's impaired peripheral vision and convergence elicited her symptoms; that her fatigue affected her function; and that she experienced cognitive problems, decreased coordination, and visual deficits.

**35.** Ms. Coleman-Fire saw Dr. James Chesnutt, a family practitioner and sports medicine specialist, on September 9, 2014.  Dr. Chesnutt noted Ms. Coleman-Fire had previously attempted to return to work, but developed worsening symptoms, including nausea and fatigue, and became exhausted with minimal activity. He noted she had tolerated working half time for the past month, but that her symptoms worsened when she tried to increase her work schedule.

Dr. Chesnutt noted Ms. Coleman-Fire's Sports Concussion Assessment Tool ("SCAT") Score was 71 on April 3, 2014 and 84 on September 9, 2014.  Severe SCAT symptoms included neck pain, not feeling right, feeling slowed down, fatigue, more emotional than usual, irritable, difficulty concentrating, difficulty remembering, sadness, and nervous or anxious. Moderate SCAT symptoms included headache, head pressure, vision problems, hearing problems/ringing in ears, feeling dinged or dazed, confusion, feeling in a fog, trouble falling asleep, and sensitivity to noise.  Dr. Chesnutt commented that Ms. Coleman-Fire continued to experience daily headaches, fatigue, and cognitive dysfunction.

Dr. Chesnutt's assessment included post concussion headache.

**36.** Ms. Coleman-Fire saw William Rubine, PT, on September 11, 2014.  PT Rubine noted Ms. Coleman-Fire continued to have constant headaches that were 3-4/10.

**37.** Ms. Coleman-Fire saw OT Yee on September 15, 2014.  OT Yee noted Ms. Coleman-Fire continued to experience sensitivity to noise and that her headaches increased with concentrated visual activity.

**EXHIBIT 1**
**PART 1 of 2**
**Page 356 of 1248**

STND 18-03985-000356

December 23, 2015
Re: Bethany Coleman-Fire
Page 13 of 37

OT Yee again reported in her assessment that Ms. Coleman-Fire's impaired peripheral vision and convergence elicited her symptoms; that her fatigue affected her function; and that she experienced cognitive problems, decreased coordination, and visual deficits.

**38.** Ms. Coleman-Fire saw Dr. Uppal on September 16, 2014, for follow up of her headaches and fatigue. Dr. Uppal noted Ms. Coleman-Fire continued to experience daily headaches that did not have any specific location.

Dr. Uppal's assessment included headache, neck muscle spasm, and post concussion syndrome.

**39.** Ms. Coleman-Fire saw SLP Kacher on September 17, 2014. SLP Kacher noted Ms. Coleman-Fire was working 75% of full time. She reported Ms. Coleman-Fire's headaches and fatigue persisted, with the headaches exacerbated by stress, prolonged periods of concentration, inadequate sleep, or excessive reading. SLP Kacher also reported Ms. Coleman-Fire could not focus with background distractions and was experiencing difficulty sleeping through the night.

SLP Kacher noted in her assessment that Ms. Coleman-Fire continued to make slow, but steady gains in cognitive communication, but that her headaches and fatigue persisted.

**40.** Ms. Coleman-Fire saw PT Rubine on September 18, 2014. PT Rubine noted Ms. Coleman-Fire had been doing her home exercises and that her headaches seemed a little less intense. He noted her current headache was 2/10.

**41.** Ms. Coleman-Fire saw PT Rubine on September 25, 2014. PT Rubine again noted Ms. Coleman-Fire had been doing her home exercises and noted a significant improvement in her headaches. He noted her current headache was 1/10.

**42.** Ms. Coleman-Fire saw OT Yee on October 7, 2014. OT Yee noted Ms. Coleman-Fire was working full time, but continued to have noise sensitivity and had difficulty blocking out conversations. She also noted Ms. Coleman-Fire had headaches at the end of the day that were 2-3/10.

OT Yee reported in her assessment that Ms. Coleman-Fire's impaired peripheral vision and convergence elicited her symptoms; that her fatigue affected her function; and that she experienced cognitive problems, decreased coordination, and visual deficits.

**43.** Ms. Coleman-Fire saw PT Rubine on October 9, 2014. PT Rubine noted Ms. Coleman-Fire's headaches were improved, although her neck was still sore.

**44.** Ms. Coleman-Fire saw Dr. Uppal on October 14, 2014. Dr. Uppal noted Ms. Coleman-Fire had been able to increase her work time. Dr. Uppal's assessment included an adjustment reaction.

RECEIVED
SIC BENEFITS DEPT
DEC 28 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 357 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 14 of 37

**45.** Ms. Coleman-Fire saw OT Yee on December 4, 2014. OT Yee noted Ms. Coleman-Fire was exhausted from work and continued to have difficulty blocking out conversations. She reported Ms. Coleman-Fire was only working 75% of full time work, but was putting in 40 hours/week.

OT Yee noted in her assessment that Ms. Coleman-Fire was managing well, but continued to have impaired peripheral vision and convergence. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits.

**46.** Ms. Coleman-Fire saw Dr. Chesnutt on December 5, 2014. Dr. Chesnutt noted Ms. Coleman-Fire SCAT Score was 13. Mild to moderate SCAT symptoms included neck pain and difficulty concentrating. Mild SCAT symptoms included vision problems, feeling slowed down, fatigue, more emotional than usual, irritable, difficulty remembering, sensitivity to light, and sensitivity to noise.

Dr. Chesnutt's assessment was a slowly resolving concussion.

**47.** Ms. Coleman-Fire saw Dr. Uppal on December 12, 2014. Dr. Uppal noted Ms. Coleman-Fire felt closer to her baseline and had returned to work.

Dr. Uppal's assessment was adjustment disorder.

**48.** Ms. Coleman-Fire saw OT Yee on December 17, 2014. OT Yee noted Ms. Coleman-Fire was experiencing worsening cognitive function at work regarding switching tasks and multitasking.

OT Yee again noted in her assessment that Ms. Coleman-Fire was managing well, but continued to have impaired peripheral vision and convergence. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits. OT Yee recommended a neuropsychological evaluation.

**49.** Dr. Uppal completed Standard's Attending Physician Statement ("APS") on December 30, 2014. Dr. Uppal listed Ms. Coleman-Fire's primary diagnosis as a concussion, her secondary diagnosis as a motor vehicle accident, and her other diagnoses as vertigo, soft tissue injury, anxiety and depression, and adjustment reaction. Symptoms listed included fatigue, memory and attention deficits, and musculoskeletal complaints.

Dr. Uppal noted Ms. Coleman-Fire could work with accommodations and listed her physical, cognitive, and work limitations as muscle spasm and pain, fatigue, and post concussion memory and concentration deficits. She stated Ms. Coleman-Fire's limitations would impair her for approximately three months, but possibly longer. She added that Ms. Coleman-Fire was seeing Dr. Chesnutt for treatment of her concussion.

Dr. Uppal noted Ms. Coleman-Fire could work 75% of a normal workload with time off for physical therapy, medical visits, and counseling. She reported Ms. Coleman-

**EXHIBIT 1**
**PART 1 of 2**
**Page 358 of 1248**

STND 18-03985-000358

December 23, 2015
Re: Bethany Coleman-Fire
Page 15 of 37

Fire's treatment was complicated by a situational depression. Dr. Uppal further noted Ms. Coleman-Fire's condition had improved since her accident and that she expected further improvement in the future.

**B. Ms. Coleman-Fire's 2015 Medical Records Document the Continuation of Her Post Concussion Syndrome.**

**1.** Ms. Coleman-Fire saw OT Yee on January 15, 2015. OT Yee again noted Ms. Coleman-Fire was experiencing worsening cognitive function at work regarding switching tasks and multitasking.

OT Yee again noted in her assessment that Ms. Coleman-Fire was managing well, but continued to have impaired peripheral vision and convergence. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits. OT Yee again recommended a neuropsychological evaluation.

**2.** Ms. Coleman-Fire saw OT Yee on February 5, 2015. OT Yee noted Ms. Coleman-Fire had difficulty sleeping the prior few weeks, possibly due to stress at work.

OT Yee again noted in her assessment that Ms. Coleman-Fire was managing well, but continued to have impaired peripheral vision and convergence. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits. OT Yee noted Ms. Coleman-Fire was scheduled for a neuropsychological evaluation.

**3.** Ms. Coleman-Fire saw Dr. Uppal on March 2, 2015. Dr. Uppal noted Ms. Coleman-Fire still did not feel 100% and was working ¾ time. She noted Ms. Coleman-Fire wore out in the afternoon at work even though she was only working part time.

Dr. Uppal's assessment included adjustment reaction and post concussion syndrome.

**4.** Ms. Coleman-Fire saw Dr. Chesnutt on March 3, 2015. Dr. Chesnutt noted Ms. Coleman-Fire's SCAT score was 51. Moderate SCAT symptoms included headache, neck pain, vision problems, hearing problems/ringing in ears; feeling dinged or dazed, feeling slowed down, drowsiness, fatigue, more emotional than usual, irritable, difficulty concentrating, difficulty remembering, sadness, nervous or anxious, trouble falling asleep, and sensitivity to light. Mild SCAT symptoms included don't feel right, and sensitivity to noise. Dr. Chesnutt noted Ms. Coleman-Fire continued to experience headaches, possibly related to her neck or fatigue, and continued to have cognitive difficulties related to attentiveness and efficiency. He reported Ms. Coleman-Fire felt like she was operating at only 75% of her mental capacity, but was unable to get any better.

Dr. Chesnutt's assessment was a concussion that was slow to resolve.

RECEIVED
SIC BENEFITS DEPT
DEC 2 8 2015

**EXHIBIT 1 PART 1 of 2** Page 359 of 1248

STND 18-03985-000359

December 23, 2015
Re: Bethany Coleman-Fire
Page 16 of 37

**5.** Ms. Coleman-Fire saw Sara Walker, Ph.D., a psychologist, for a neuropsychological evaluation on April 27, 2015. Dr. Walker noted Ms. Coleman-Fire was referred for a neuropsychological evaluation to determine the nature and extent of cognitive impairment following her head injury on February 19, 2014.

Dr. Walker reported Ms. Coleman-Fire noted cognitive problems upon her return to work:

> "She returned to work 3 weeks after her injury and began noticing [the] functional impact of [her] cognitive problems. Her work requires a significant amount of reading and writing and she has difficulty in these areas now, especially with proofreading her work. She has returned to 75% time (in this case, expected to bill for 75% of the typical expectations). That has still required her to work from 8am-6pm most days. She feels less efficient with her work, particularly around mid-afternoon."

Dr. Walker addressed Ms. Coleman-Fire's activities of daily living:

> "The patient endorsed difficulty completing as many household chores and errands as she could before her injury. She misplaces items, becomes distracted when shopping, and forgets items even when she uses lists. She had trouble managing her medications; however, she currently uses a pillbox to compensate and only forgets to take her medications about once per week. Her ability to complete tasks is also affected by diminished energy."

Dr. Walker summarized the findings and results of Ms. Coleman-Fire's testing, noting her weakness in efficiently recalling information, her difficulty sustaining auditory and visual attention, her difficulty shifting attention, and her difficulty efficiently approaching a complex problem:

> "Verbal intellect, specifically was very superior and perhaps even an underestimate of he abilities in that domain...Visual abstract reasoning, construction, and working memory were also consistently well above average. The same was true with verbal fluency. Learning and memory for both verbal and visual information was also quite strong.
>
> Although Ms. Coleman-Fire exhibited strong learning curves and excellent retention for what she learned, the efficiency with which she recalled something immediately after seeing or hearing it once tended to be within the average range. For her, this reflects and area of weakness. I question whether processing speed may be implicated in her difficulty quickly committing new information to memory. Simple speed of information processing was well within the average range, although that too is below expectations for her. When another layer of cognitive

**EXHIBIT 1**
**PART 1 of 2**
**Page 360 of 1248**

STND 18-03985-000360

complexity was added, her ability to sustain attention (auditory and visual) and shift attention was low-average. It is important to emphasize with these latter domains that her performance is in comparison to other with her age and educational background, i.e., a high-achieving comparison group. Nevertheless, falling within a low-average range in comparison to others with 19-20 years of education does reflect the changes/difficulties she has experienced. Even outside of a time constraint, efficiently approaching a complex situation or problem was difficult. She might struggle to grasp the nature of unfamiliar or complex tasks and further struggle to switch sets or 'shift gears' from there."

Dr. Walker explained that Ms. Coleman-Fire's cognitive difficulties are seen in people who have suffered a head injury and that her anxiety and depression are understandable reactions to her situation:

"Difficulties with executive functioning and speed of processing can be seen in people who have sustained head injury. Although it is somewhat atypical for such symptoms to persist as long as they have, her otherwise unremarkable medical history helps rule out other potential contributors. Her symptoms of anxiety and depression strike me as an understandable reaction to her cognitive and functional abilities at this time, but they remain excellent targets for aggressive intervention to reduce any risk of their exacerbating areas of cognitive inefficiency."

Dr. Walker concluded her evaluation by stating she fully supported Ms. Coleman-Fire reducing her workload to 60% for a period of time to allow her flexibility regarding options for "scheduling, productivity, and quality of life".

**6.** Ms. Coleman-Fire saw Dr. Chesnutt on May 26, 2015. Dr. Chesnutt noted Ms. Coleman-Fire's SCAT score was 51 (unchanged from March 3, 2015 score). Severe SCAT symptoms included don't feel right, fatigue, more emotional than usual, difficulty concentrating, and nervous or anxious. Moderate SCAT symptoms included headache, neck pain, feeling slowed down, feeling in a fog, irritable, difficulty remembering, sadness, trouble falling asleep, sensitivity to light, and sensitivity to noise. Mild SCAT symptoms included hearing problems/ringing in ears and feeling dinged or dazed. Dr. Chesnutt commented that Ms. Coleman-Fire's neck pain was improving with physical therapy and that her mental health was doing better as she was working with a therapist.

On PE, Dr. Chesnutt observed improved balance, eyes with mild saccades, and mild to moderate neck trigger points. Dr. Chesnutt stated in his assessment that Ms. Coleman-Fire's concussion related problems were persisting.

**7.** Ms. Coleman-Fire saw OT Yee on May 28, 2015. OT Yee noted Ms. Coleman-Fire was experiencing extreme fatigue daily and feeling "out of body" when extremely tired or stressed. She also reported Ms. Coleman-Fire was randomly reliving her accident.

RECEIVED
SIC BENEFITS DEPT

DEC 28 2015

**EXHIBIT 1
PART 1 of 2
Page 361 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 18 of 37

OT Yee's assessment included extreme fatigue; visual issues involving convergence, saccades, and pursuits; and psychological repercussions from the accident that were impacting recovery. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits.

**8.** Ms. Coleman-Fire saw Dr. Uppal on June 2, 2015, for follow up of her medications. Dr. Uppal noted Ms. Coleman-Fire was being seen at OHSU for her post concussion syndrome. She also noted Ms. Coleman-Fire continued to experience fatigue, lacked energy, and had trouble concentrating, and that her depression scale score indicated moderate depression.

Dr. Uppal's assessment included adjustment reaction with anxious, depressed mood and post concussion syndrome.

**9.** Ms. Coleman-Fire saw OT Yee on June 12, 2015. OT Yee noted Ms. Coleman-Fire was working less with improved focus, but that she was still not working at her pre-injury pace and was experiencing extreme fatigue daily. She noted Ms. Coleman-Fire's headache was currently 2/10.

OT Yee's assessment again included extreme fatigue; visual issues involving convergence, saccades, and pursuits; and psychological repercussions from the accident that were impacting recovery. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits.

**10.** Ms. Coleman-Fire saw Dr. Detmer Stone on June 18, 2015. Dr. Detmer Stone noted Ms. Coleman-Fire continued to experience daily headaches, but that the headaches had decreased in severity. She noted fatigue seemed to be the main factor affecting the headaches.

Dr. Detmer Stone's assessment/impression noted a significant decrease in saccadic function during testing compared to a year ago. Dr. Detmer Stone believed the decrease in saccadic function might be contributing to Ms. Coleman-Fire's reading difficulties regarding comprehension and speed. She recommended eye movement training to help improve Ms. Coleman-Fire's reading ability.

Dr. Detmer Stone's diagnoses were: 1) post concussion syndrome, and 2) deficiencies of saccadic eye movement (abnormal optokinetic response).

**11.** Ms. Coleman-Fire saw OT Yee on June 25, 2015. OT Yee noted Ms. Coleman-Fire recently saw Dr. Stone for an optical examination. The examination revealed Ms. Coleman-Fire's reading skills had significantly decreased since last tested. OT Yee reported Ms. Coleman-Fire continued to experience fatigue.

OT Yee's assessment again included extreme fatigue; visual issues involving convergence, saccades, and pursuits; and psychological repercussions from the accident

EXHIBIT 1
PART 1 of 2
Page 362 of 1248

December 23, 2015
Re: Bethany Coleman-Fire
Page 19 of 37

that were impacting recovery. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits.

**12.** Ms. Coleman-Fire saw Dr. Uppal on July 8, 2015. Dr. Uppal noted Ms. Coleman-Fire continued to feel poorly. Dr. Uppal also noted Ms. Coleman-Fire's neuro-optometric and neuropsych test results at OHSU's concussion center had worsened. She added Ms. Coleman-Fire's post concussion symptoms were interfering with her work and her ability to enjoy her work.

Dr. Uppal's assessment included adjustment reaction with anxious, depressed mood and chronic fatigue.

**13.** Ms. Coleman-Fire saw OT Yee on July 10, 2015. OT Yee noted Ms. Coleman-Fire was generally feeling better, but continued to experience fatigue and headaches—her current headache was 3-4/10.

OT Yee's assessment remained the same and again included extreme fatigue; visual issues involving convergence, saccades, and pursuits; and psychological repercussions from the accident that were impacting recovery. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits.

**14.** Ms. Coleman-Fire saw OT Yee on July 30, 2015. OT Yee noted Ms. Coleman-Fire had difficulty with disruptions and switching tasks at work. She noted Ms. Coleman-Fire's headaches and fatigue continued and that her current headache was 1-3/10.

OT Yee's assessment remained the same and again included extreme fatigue; visual issues involving convergence, saccades, and pursuits; and psychological repercussions from the accident that were impacting recovery. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits.

**15.** Ms. Coleman-Fire saw OT Yee on August 10, 2015. OT Yee noted Ms. Coleman-Fire continued to experience headaches and fatigue—current headache was 2-3/10. She reported Ms. Coleman-Fire had difficulty with logging time entries and switching tasks.

OT Yee's assessment remained the same and included extreme fatigue; visual issues involving convergence, saccades, and pursuits; and psychological repercussions from the accident that were impacting recovery. She also noted Ms. Coleman-Fire's increased fatigue affected her function and that she continued to have cognitive problems, decreased coordination, and visual deficits. OT Yee added that Ms. Coleman–Fire experienced the most fatigue when facing disruptions and switching tasks.

**EXHIBIT 1**
**PART 1 of 2**
**Page 363 of 1248**

STND 18-03985-000363

December 23, 2015
Re: Bethany Coleman-Fire
Page 20 of 37

**16.** Ms. Coleman-Fire saw Dr. Chesnutt on August 25, 2015. Dr. Chesnutt noted Ms. Coleman-Fire's SCAT score was 55 (previous two SCAT scores were 55). Severe SCAT symptoms included neck pain, fatigue, more emotional than usual, and difficulty concentrating. Moderate SCAT symptoms included headache, vision problems, hearing problems/ringing in ears, don't feel right, feeling dinged or dazed, irritable, difficulty remembering, sadness, nervous or anxious, trouble falling asleep, sensitivity to light, and sensitivity to noise. Dr. Chesnutt also noted Dr. Stone's finding that Ms. Coleman-Fire's reading ability had worsened and her recall speed regarding written material was significantly lower than expected. Dr. Chesnutt reported Ms. Coleman-Fire lacked stamina; continued to experience headaches; and had a low energy level.

Dr. Chesnutt noted in his assessment that Ms. Coleman-Fire continued to experience persistent concussion symptoms, most notably attention deficits, fatigue, and recall difficulty. He further noted Ms. Coleman-Fire's continuing reading deficits were especially concerning, as the deficits had progressed since her initial injury.

**17.** Ms. Coleman-Fire saw Dr. Detmer Stone on September 1, 2015. Dr. Detmer Stone noted Ms. Coleman-Fire was very fatigued by the end of the work day.

Dr. Detmer Stone noted in her assessment that Ms. Coleman-Fire had significant improvement in saccadic eye movement function compared to her last visit two months ago. She commented that Ms. Coleman-Fire's functional visual skills were adequate, but she was still very fatigued on most days.

**18.** Ms. Coleman-Fire saw OT Yee on September 8, 2015. OT Yee noted Ms. Coleman-Fire's vision problems had improved, but that she continued to experience fatigue and headaches—her current headache was 4/10.

OT Yee's assessment noted Ms. Coleman-Fire's continuing fatigue and headaches even with working fewer hours. She again noted Ms. Coleman-Fire's visual issues involving convergence, saccades, and pursuits, especially with the left eye; her decreased function due to fatigue; her continued cognitive problems; and her decreased coordination.

**19.** Ms. Coleman-Fire saw OT Yee on October 12, 2015. OT Yee noted Ms. Coleman-Fire had difficulty remembering information at work and had continued fatigue, neck and shoulder pain, and headaches—her current headache was 4/10.

OT Yee noted in her assessment that Ms. Coleman-Fire's memory difficulties and work stress disrupted her sleep. She again noted Ms. Coleman-Fire's visual issues involving convergence, saccades, and pursuits, especially with the left eye (more pronounced if visual or audio distractions occur); her decreased function due to fatigue; her continued cognitive problems; and her decreased coordination.

**20.** Ms. Coleman-Fire saw Dr. Chesnutt on December 11, 2015. Dr. Chesnutt documented Ms. Coleman-Fire's current status: 1) able to work 2.5-3 hours/day before experiencing fatigue and a precipitous drop in energy; 2) if continued to work when

RECEIVED
SIC BENEFITS DEPT

DEC 2 8 20

EXHIBIT 1
PART 1 of 2
Page 364 of 1248

STND 18-03985-000364

December 23, 2015
Re: Bethany Coleman-Fire
Page 21 of 37

fatigued, develops a disabling headache; 3) continues to feel very fatigued at work; 4) has headaches 3 days/week and disabling headaches twice a month; 5) has short term memory issues; 6) continues to have light sensitivity; 7) has only had marginal improvement in symptoms since accident; 8) exercise workout in the morning results in significant headache later in the day; and 9) not sleeping well. Dr. Chesnutt reported Ms. Coleman-Fire's three most distressing symptoms were fatigue, headaches, and difficulty sleeping.

On PE, Dr. Chesnutt observed asymmetrical eye tracking with lag present; jittery eye movements; abnormal tandem balance with eyes closed; and abnormal balance standing on one foot with eyes closed.

He noted Ms. Coleman-Fire's SCAT score was 58 (previous 3 SCAT scores were 51, 51, and 55). Severe SCAT symptoms included fatigue and sensitivity to light. Moderate SCAT symptoms included headache, pressure in head, neck pain, vision problems, hearing problems/ringing in ears, don't feel right, feeling dinged or dazed, feeling slowed down, drowsiness, more emotional than usual, irritable, difficulty concentrating, difficulty remembering, sadness, nervous or anxious, trouble falling asleep, and sensitivity to noise. One SCAT symptom was mild—feeling in a fog.

Dr. Chesnutt's assessment was post concussive syndrome. He noted Ms. Coleman-Fire's symptoms had persisted one year and nine months after her accident; that she was not tolerating full time work well; and that she was not performing at her usual state of efficiency and volume. He recommended Ms. Coleman-Fire consider taking a medical leave of absence to allow for recovery as she was unable to adequately perform her job. Dr. Chesnutt concluded Ms. Coleman-Fire was likely to have a persistent disability.

## III. THE DEFINITION OF DISABILITY BY MS. COLEMAN-FIRE'S POLICY.

### A. The Policy's "Own Occupation" Definition of Disability.

Ms. Coleman-Fire's Policy defines "Own Occupation" disability as follows:

"During the Benefit waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation."

The Policy defines "Own Occupation" as follows:

"Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation,

**EXHIBIT 1**
**PART 1 of 2**
**Page 365 of 1248**

STND 18-03985-000365

December 23, 2015
Re: Bethany Coleman-Fire
Page 22 of 37

we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of Professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license."

The Policy defines "Material Duties as follows:

"Material Duties means the essential tasks, function and operations, and the skills, abilities, knowledge, training, and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted."

**B. The Policy's Definition of "Partial Disability".**

The Policy defines "Partial Disability" as follows:

"During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you work in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation."

**C. The Policy's "Any Occupation" Definition of Disability Does Not Apply to Ms. Coleman-Fire.**

Ms. Coleman-Fire is a Class 2 employee as defined by the Policy:

"Class 2:  Eligible associate or of counsel attorneys working in the United States and expected to work at least 60% of 1,800 billable hours per year…"

The Policy's "Schedule of Insurance" states the "Own Occupation Period" begins at the end of the Benefit Waiting Period and runs to the end of the Maximum Benefit Period.  The Policy further states the "Any Occupation Period" does not apply to Class 2 employees.

## IV. STANDARD APPROVED MS. COLEMAN-FIRE'S CLAIM FOR LTD BENEFITS.

**A. Ms. Coleman-Fire Applied for LTD Benefits.**

Ms. Coleman-Fire submitted her LTD claim through her employer on December 23, 2014.  Ms. Coleman-Fire indicated her duties at work as an associate attorney included reviewing documents, writing legal papers, analyzing client records, and performing computer and book research. She noted her last full day at work was February

RECEIVED

DEC 2 8 2015

SIC BENEFITS DEPT

**EXHIBIT 1**
**PART 1 of 2**
**Page 366 of 1248**

STND 18-03985-000366

December 23, 2015
Re: Bethany Coleman-Fire
Page 23 of 37

18, 2014; her date of disability was February 19, 2014; and her return to part time work (50% billed time or 900 billed hours/year) was August 4, 2014.

Ms. Coleman Fire noted her illnesses included whiplash, concussion, and post concussion syndrome. She noted her symptoms included headaches, fatigue, sleeplessness, and neck and back pain.

### B. Standard Approved Ms. Coleman-Fire's LTD Claim.

By letter dated July 1, 2015, Standard informed Ms. Coleman-Fire it had concluded she met the Policy's definition of disability as of February 19, 2014 and had approved her LTD claim, with benefits payable as of May 20, 2014 (following the Benefit Waiting Period of 90 days). Standard noted medical documentation supported Ms. Coleman-Fire's disability through December 12, 2014. Standard further noted Ms. Coleman-Fire returned to work part-time on August 4, 2014.

## V. STANDARD ERRONEOUSLY TERMINATED MS. COLEMAN-FIRE'S CLAIM FOR LTD BENEFITS.

### A. Standard Notified Ms. Coleman-Fire Her LTD Benefits Were Terminated.

In the same July 1, 2015 letter informing Ms. Coleman-Fire that her LTD claim had been approved with benefits payable beginning May 20, 2014, Standard informed Ms. Coleman-Fire it did not have "satisfactory written Proof Of Loss" to support her continued disability beyond December 12, 2014. Standard noted it had closed her claim and terminated her LTD benefits effective December 13, 2014. Standard relied on the file review by its physician consultant in reaching its termination decision.

### B. The Review by Standard's Consultant Was Flawed.

Dr. Deborah Syna, a neurologist, conducted a file review for Standard on June 17, 2015. Dr. Syna made two assertions in her review: 1) she asserted she reviewed all the medical records in Ms. Coleman-Fire's file; and 2) she asserted Ms. Coleman-Fire had reached medical stability by December, 2014.

Dr. Syna's opinion that Ms. Coleman-Fire had reached medical stability by December, 2014, was based solely upon Dr. Uppal's December 12, 2014 chart record. Dr. Syna noted in her Review that Dr. Uppal reported Ms. Coleman-Fire was "stable" and "closer to baseline", but Dr. Syna failed to note that those terms only referred to Ms. Coleman-Fire's mood—they did not refer to her post concussion syndrome symptoms.

Dr. Uppal stated in her October 14, 2014 chart record that Ms. Coleman-Fire was to continue Wellbutrin and follow up with her in 2 months—2 months later, on December 12, 2014, Dr. Uppal noted Ms. Coleman-Fire was being seen for follow up of her medications and that she was "stable on current medication". Dr. Uppal made no reference to Ms. Coleman-Fire being medically stable regarding her post concussion syndrome symptoms.

**EXHIBIT 1**
**PART 1 of 2**
**Page 367 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 24 of 37

Dr. Syna noted Dr. Chesnutt's September 9, 2014 chart record reporting Ms. Coleman-Fire's failed attempt to resume working 2 weeks prior because of worsening symptoms and the diagnosis of post concussion headache. However, Dr. Syna failed to note Ms. Coleman-Fire's SCAT score had increased from 71 on April 3, 2014 to 84 on September 9, 2014—a clear indication that her post concussion symptoms were not improving.

Dr. Syna noted Dr. Chesnutt's December 5, 2014 chart record reporting Ms. Coleman-Fire's soreness, fatigue, and improved headaches and the diagnosis of a slowly resolving concussion. Dr. Syna did not note Ms. Coleman-Fire's SCAT score had dropped to 13 (which represented a temporary improvement of her symptoms and illustrated the waxing and waning of post concussion symptoms) and ignored her vision problems, difficulty with concentration and memory, and sensitivity to light and noise.

Dr. Syna also ignored Dr. Uppal's December 30, 2014 APS that listed Ms. Coleman-Fire's symptoms of memory and attention deficits, muscle spasm and pain, and fatigue; that noted her primary diagnosis of concussion; and that stated Ms. Coleman-Fire's limitations would impair her another three months and possibly longer.

Dr. Syna noted Dr. Chesnutt's March 3, 2015 chart record reporting Ms. Coleman-Fire's headache and neck pain and the diagnosis of a slowly resolving concussion. However, Dr. Syna failed to note Ms. Coleman-Fire's SCAT score had increased to 51, indicating a worsening of her post concussion symptoms, and failed to note her fatigue. Dr. Syna also ignored Ms. Coleman-Fire's belief that she was only functioning mentally at 75% and was unable to "get better".

Dr. Syna's misinterpretation of Ms. Coleman-Fire's medical records regarding "medical stability" and her failure to note the continuing documentation of Ms. Coleman-Fire's post concussion syndrome symptoms caused her Review to be flawed.

Furthermore, Dr. Syna never opined that Ms. Coleman-Fire was no longer disabled—she simply opined Ms. Coleman-Fire "had reached medical stability by December 2014" and qualified that statement by noting two of Ms. Coleman-Fire's treating doctors believed she had a cognitive processing problem. Yet, Standard relied on Dr. Syna's Review to terminate Ms. Coleman-Fire's LTD claim, as noted below.

**C. Standard's Reliance on Dr. Syna's Flawed Review Resulted in Its Erroneous Termination of Ms. Coleman-Fire's LTD Benefits.**

Standard relied on Dr. Syna's flawed Review in reaching its decision to terminate Ms. Coleman-Fire's LTD benefits. In its July 1, 2015 letter terminating Ms. Coleman-Fire's LTD benefits, Standard noted its physician consultant "concluded that the documentation supports that you were stable and closer back to baseline by December 2014". Standard asserted that without a copy of Ms. Coleman-Fire's "recent neuropsychological evaluation supporting ongoing cognitive impairment, or medical records documenting that your depression and anxiety persisted beyond December 12,

**EXHIBIT 1
PART 1 of 2
Page 368 of 1248**

STND 18-03985-000368

December 23, 2015
Re: Bethany Coleman-Fire
Page 25 of 37

2014", it did not have "satisfactory written Proof of Loss" to support her disability following her "December 12, 2014 medical appointment with Dr. Uppal, at which point you were documented to be stable and closer to baseline".

However, Standard ignored Dr. Uppal's March 2, 2015 chart record documenting Ms. Coleman-Fire was only working ¾ time and still did not feel 100%. Dr. Uppal further documented that Ms. Coleman-Fire wore out in the afternoon at work, even though she was only working part time. Standard also ignored Dr. Chesnutt's March 3, 2015 chart record documenting Ms. Coleman-Fire continued to experience headaches and continued to have cognitive difficulties relating to attentiveness and efficiency. Dr. Chesnutt noted Ms. Coleman-Fire felt like she was only operating at 75% of her mental capacity, but was unable to improve. He also noted Ms. Coleman-Fire's SCAT score had increased to 51, indicating a worsening of her post concussion syndrome symptoms. Standard likewise failed to consider Ms. Coleman-Fire's May 26, 2015 SCAT score, which remained at 51, indicating that her post concussion syndrome symptoms were continuing.

Dr. Uppal's and Dr. Chesnutt's March, 2015 chart records and Dr. Chesnutt's May, 2015 chart record provided clear written evidence that Ms. Coleman-Fire's post concussion syndrome symptoms continued, were not stable, and were not improving. Dr. Chesnutt's assessment of a concussion that was slow to resolve provided further written evidence of Ms. Coleman-Fire's ongoing disability resulting from her post concussion syndrome.

Additionally, in its July 1, 2015 termination letter, Standard acknowledged Dr. Uppal's December 30, 2014 APS stating Ms. Coleman-Fire's primary diagnosis was a concussion; stating Ms. Coleman-Fire was still limited by her impairments, which included muscle spasm and pain, memory and concentration deficits, and fatigue; and stating Ms. Coleman-Fire's limitations would impair her another three months, if not longer. Yet, Standard ignored this written evidence (that it requested) of Ms. Coleman-Fire's disability and asserted it did not have "satisfactory written Proof of Loss" to support her continued disability.

**D. Standard Ignored Ms. Coleman-Fire's Visual Deficiencies.**

Dr. Detmer Stone's June 18, 2015 chart record noted Ms. Coleman-Fire continued to experience daily headaches and fatigue. Dr. Detmer Stone's testing revealed a significant decrease in Ms. Coleman-Fire's saccadic function, which she believed might be contributing to Ms. Coleman-Fire's reading difficulties regarding comprehension and speed. Dr. Detmer Stone's diagnoses were post concussion syndrome (post traumatic brain syndrome) and saccadic eye movement deficiencies.

Standard ignored this additional written evidence documenting Ms. Coleman-Fire's visual deficiencies and her continuing disability from her post concussion syndrome.

RECEIVED
SIC BENEFITS DEPT

DEC 2 8 2015

**EXHIBIT 1
PART 1 of 2**
Page 369 of 1248

STND 18-03985-000369

December 23, 2015
Re: Bethany Coleman-Fire
Page 26 of 37

In sum, Standard terminated Ms. Coleman-Fire's LTD benefits asserting it did not have "satisfactory written Proof of Loss" to support her continuing disability beyond December 12, 2014. Standard relied on the Review by Dr. Syna, its consultant, in arriving at its termination decision. However, as noted above, Dr. Syna's Review was flawed as she misinterpreted Dr. Uppal's December 12, 2014 chart record and ignored the continuing documentation of Ms. Coleman-Fire's post concussion syndrome symptoms. Moreover, Dr. Syna never opined that Ms. Coleman-Fire was no longer disabled. As Standard relied upon Dr. Syna's flawed Review in its evaluation of Ms. Coleman-Fire's claim, its termination decision was erroneous. Standard also erred in ignoring Ms. Coleman-Fire's continuing post concussion syndrome symptoms documented in the December 30, 2014 APS from Dr. Uppal (that Standard requested); the March, 2015 chart records from Dr. Uppal and Dr. Chesnutt; and the June, 2015 chart record by Dr. Detmer Stone. These records provided "satisfactory written Proof of Loss" of Ms. Coleman-Fire's disability resulting from her post concussion syndrome beyond December 12, 2014.

## VI. MEDICAL LITERATURE SUPPORTS MS. COLEMAN-FIRE'S DISABILITY.

**A. The Articles on Traumatic Brain Injury Support Ms. Coleman-Fire's Disability.**

**1.** The article entitled "Traumatic Brain Injury:  Hope Through Research" notes that there are two broad types of head injuries:  penetrating and non-penetrating. A non-penetrating traumatic brain injury ("TBI") is caused by an "external force that produces movement of the brain within the skull".

The article defines concussion as:

"a type of mild TBI that may be considered a temporary injury to the brain but could take minutes to several months to heal. Concussion can be caused by a number of things including a bump, blow, or jolt to the head, sports injury or fall, motor vehicle accident, weapons blast, or a rapid acceleration or deceleration of the brain within the skull".

The article notes the effects of a TBI "can range from severe and permanent disability to more subtle functional and cognitive difficulties that often go undetected during initial evaluation". Common symptoms include:  1) mild to profound confusion or disorientation;  2) problems remembering, concentrating, or making decisions;  3) headache; 4) light headedness, dizziness, vertigo, or loss of balance or coordination; 5) sensory problems, such as blurred vision, seeing stars, ringing in the ears, bad taste in the mouth; 6) sensitivity to light or sound; 7) mood changes or swings, agitation, combativeness, or other unusual behavior; 8) feelings of depression or anxiety; 9) fatigue or drowsiness, a lack of energy or motivation; and 10) changes in sleep patterns, difficulty falling or staying asleep.

**EXHIBIT 1**
**PART 1 of 2**
**Page 370 of 1248**

STND 18-03985-000370

December 23, 2015
Re: Bethany Coleman-Fire
Page 27 of 37

The article further notes that in "the days and weeks after a concussion, a minority of individuals may develop *post-concussion syndrome*". The symptoms of post concussion syndrome include "headache, fatigue, cognitive impairment, depression, irritability, dizziness and balance trouble, and apathy".

Ms. Coleman-Fire's symptoms mirror the post concussion syndrome symptoms noted in the article. During the past 15 months, she has continued to experience headaches, fatigue, cognitive impairment, vision problems, and sensitivity to light and noise:

• September 9, 2014—Dr. Chesnutt noted Ms. Coleman-Fire continued to experience daily headaches, fatigue, and cognitive dysfunction;

• September 16, 2014—Dr. Uppal noted Ms. Coleman-Fire continued to experience daily headaches;

• December 5, 2014—Dr. Chesnutt noted Ms. Coleman-Fire continued to experience headaches, vision problems, fatigue, difficulty with concentration and memory, and sensitivity to light and noise;

• March 3, 2015—Dr. Chesnutt noted Ms. Coleman-Fire continued to experience headaches, fatigue, and cognitive difficulties related to attentiveness and efficiency; and

• June 18, 2015—Dr. Detmer Stone noted Ms. Coleman-Fire experienced a significant decrease in saccadic function that might be contributing to her reading difficulties regarding comprehension and speed.

**2.** The article entitled "Heads Up Facts for Physicians About Mild Traumatic Brain Injury (MTBI)" notes that the term "mild traumatic brain injury (MTBI) is used interchangeably with the term concussion"; is caused by " a blow or jolt to the head that disrupts the function of the brain"; and is "typically associated with normal structural neuroimaging findings". The article further notes MTBI results in "physical, cognitive, emotional and/or sleep-related symptoms" that may last "several minutes to days, weeks, months, or even longer in some cases".

The article reports the signs and symptoms of MTBI usually fall within physical, cognitive, emotional, and sleep categories. Physical signs and symptoms may include: 1) headache, 2) nausea, 3) vomiting, 4) balance problems, 5) dizziness, 6) visual problems, 7) fatigue, 8) sensitivity to light, 9) sensitivity to noise, 10) numbness/tingling, and 11) dazed or stunned. Cognitive signs and symptoms may include: 1) feeling mentally "foggy", 2) feeling slowed down, 3) difficulty concentrating, 4) difficulty remembering, 5) forgetful of recent information or conversations, 6) confused about recent events, 7) answers questions slowly, and 8) repeats questions. Emotional signs and symptoms may include: 1) irritability, 2) sadness, 3) more emotional, and 4) nervousness. Sleep signs and symptoms may include: 1) drowsiness, 2) sleeping less than usual, 3) sleeping more than usual, and 4) trouble falling asleep.

RECEIVED
SIC BENEFITS DEPT

DEC 2 8 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 371 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 28 of 37

The article also reports patients returning to work may need the following supports until full recovery is achieved: 1) shortened work day, 2) allow for breaks when symptoms increase, and 3) reduced task assignments and responsibilities.

Ms. Coleman-Fire's post concussion course has included symptoms and signs from all four categories listed above—at one time or another, she has experienced headaches, nausea, dizziness, visual problems, fatigue, and sensitivity to light and sound in the physical category; feeling slowed down, difficulty remembering, and forgetful of recent information in the cognitive category; irritability in the emotional category; and drowsiness, trouble falling asleep, use of sleep medication, and sleeping more than usual in the sleep category. Many of her signs and symptoms persist including headache, fatigue, visual problems, and sleep problems. She also is only working part-time.

**B. The Article on Postconcussive Syndrome Supports Ms. Coleman-Fire's Disability.**

The article entitled "Postconcussive Syndrome" notes there is no universally accepted definition of postconcussive syndrome, but that most of the medical literature "defines the syndrome as the development of at least 3 of the following symptoms: headache, dizziness, fatigue, irritability, impaired memory and concentration, insomnia, and lowered tolerance for noise and light". The article also notes that imaging studies have revealed "the presence of organic brain injury in patients with persistent postconcussive syndrome at greater than 1 year after injury" and that neuropsychological assessments "have pointed toward an organic basis for some of the symptoms of postconcussive syndrome", such as "cognitive deficits in memory, attention, and learning" and "impaired eye movements".

The article reports postconcussive syndrome findings include: 1) headache (the most common symptom of postconcussive syndrome); 2) cranial nerve symptoms and signs—dizziness (the second most common symptom), vertigo, nausea, tinnitus, blurry vision, hearing loss, diplopia, diminished sense of taste and smell, light and noise sensitivity; 3) psychological and neurovegetative problems—anxiety, irritability, depression, sleep disturbance, change in appetite, decreased libido, fatigue, personality change; and 4) cognitive impairment—memory impairment, diminished concentration and attention, delayed information processing and reaction time. The article also reports that "recent studies suggest that postconcussive syndrome is more likely to develop in patients presenting with nausea, headache, and dizziness".

The article concludes by noting "most patients recover fully in less than 3 months", but that approximately "15% of patients complain of problems more than 12 months after injury" and that this group "is likely to experience persistent and intrusive symptoms that may be refractory to treatment and impose a lifelong disability".

Ms. Coleman-Fire's medical course mirrors the article's definition of postconcussive syndrome—she developed headaches and intolerance to noise and light, experienced dizziness and fatigue, and suffered from impaired memory and concentration. Also, Ms. Coleman-Fire's presenting symptoms included nausea,

**EXHIBIT 1**
**PART 1 of 2**
**Page 372 of 1248**

December 23, 2015
Re: Bethany Coleman-Fire
Page 29 of 37

headache, and dizziness, which correlate with the studies referenced by the article indicating postconcussive syndrome is more likely to develop in patients with those initial symptoms. The fact that Ms. Coleman-Fire continues to be disabled by her postconcussive syndrome does not make her an outlier, as the article notes that 15% of postconcussive syndrome patients have persistent problems more than 12 months after injury and may have a lifelong disability.

## VII. MS. COLEMAN-FIRE'S PHYSICIANS SUPPORT HER DISABILITY.

### A. Dr. Walker's Letter Supports Ms. Coleman-Fire's Disability.

Dr. Walker indicated in her May 19, 2015 letter that Ms. Coleman-Fire's neuropsychological evaluation revealed several remarkable cognitive abilities:

> "Results of our evaluation (4/27/15) indicated a number of remarkable cognitive abilities. Verbal intellect, specifically, was very superior and perhaps even an underestimate of her abilities in that domain. Visual abstract reasoning, construction, and working memory were also consistently well above average. The same was true with verbal fluency. Learning and memory for both verbal and visual information was also quite strong."

However, Dr. Walker noted several areas of cognitive weakness:

> "Although Ms. Coleman-Fire exhibited strong learning curves and excellent retention for what she learned, the efficiency with which she recalled something immediately after seeing or hearing it once tended to be within the average range. For her, this reflects an area of weakness. I question whether processing speed may be implicated in her difficulty quickly committing new information to memory. Simple speed of information processing was well within the average range, although that too is below expectations for her. When another layer of cognitive complexity was added, her ability to sustain attention (auditory and visual) and shift attention was low-average. Even outside of a time constraint, efficiently approaching a complex situation or problem was difficult. She might struggle to grasp the nature of unfamiliar or complex tasks and further struggle to switch sets or 'shift gears' from there."

Dr. Walker reported Ms. Coleman-Fire's executive functioning and processing speed difficulties are common in people with head injuries:

> "Difficulties with executive functioning and speed of processing can be seen in people who have sustained head injury. Although it is somewhat atypical for such symptoms to persist as long as they have, her otherwise unremarkable medical history helps rule out other potential contributors."

**EXHIBIT 1**
**PART 1 of 2**
**Page 373 of 1248**

STND 18-03985-000373

December 23, 2015
Re: Bethany Coleman-Fire
Page 30 of 37

Dr. Walker concluded her letter by recommending Ms. Coleman-Fire reduce her work to 50-60% of a full schedule to allow time to recover from her head injury and to participate in recommended therapies.

### B. Dr. Chesnutt's Letter Supports Ms. Coleman-Fire's Disability.

Dr. Chesnutt stated in his December 10, 2015 letter that Ms. Coleman-Fire was diagnosed with post concussion syndrome after being struck by a car in September, 2014. Dr. Chesnutt noted that Ms. Coleman-Fire's post concussion syndrome symptoms had continued since her accident; that her symptoms included headaches, neck pain, sensitivity to light and noise, fatigue, and cognitive issues; and that her symptoms were partially disabling:

> "At present, Ms. Coleman-Fire continues to be partially disabled by her post concussion syndrome. She has returned to work as an attorney on a part time basis, but still experiences daily headaches, neck pain, and sensitivity to light and noise and struggles with fatigue and cognitive issues."

Dr. Chesnutt stated that Ms. Coleman-Fire's post concussion syndrome symptoms limit her functional ability; that their prolonged persistence lessens the possibility they will fully resolve; and that Ms. Coleman-Fire may remain partially disabled indefinitely:

> "These symptoms combine to limit her ability to function as an attorney. The longer her symptoms persist, the less likely a full resolution of her post concussion syndrome will occur. It is quite possible that she will remain partially disabled indefinitely."

### VIII. LETTERS FROM MS. COLEMAN-FIRE'S FAMILY AND HER SECRETARY SUPPORT HER DISABILITY.

### A. Letters from Ms. Coleman-Fire's Family Support Her Disability.

**1.** Letter from Michal Fire, Ms. Coleman-Fire's sister-in-law—Ms. Fire noted it has been "painful to see the changes in Bethany since her accident over a year ago". She noted how Ms. Coleman-Fire's intellectual abilities and high level energy had declined as a result of her accident:

> "Since her accident I have seen how Bethany struggles to read for even an hour or two at a time, reporting considerable fatigue when she does, and sometimes complaining of headaches."

Ms. Fire stated the accident significantly limited Ms. Coleman-Fire's capacities and that it was "truly heartbreaking to see the effort Bethany exerts to do what used to be so easy for her and the toll that it clearly takes on her body and mind".

SIC P

D

**EXHIBIT 1**
**PART 1 of 2**
**Page 374 of 1248**

STND 18-03985-000374

RECEIVED
BENEFITS DEP
DEC 2 8 2015.

**EXHIBIT 1**
**PART 1 of 2**
**Page 375 of 1248**

**2.** Letter from Paulette Fire, Ms. Coleman-Fire's mother-in-law—Ms. Fire noted Ms. Coleman-Fire's "incredible energy, her ability to focus on tasks and get things done, and her great love of reading".   However, after the accident, Ms. Fire noted a profound change in Ms. Coleman-Fire:

> "After the terrible accident, I have witnessed a profound change in Bethany.  For the first few months after the accident, Bethany was unable to tolerate even the most minimal stimulation.  She had great difficulty with noise and light.  If we went out to public places, she quite frequently felt sick and had to leave.  Although this has improved, I know she still has headaches and often does not feel well."

Ms. Fire concluded her letter by stating Ms. Coleman-Fire tries to do her best, but that she lost a lot as a result of the accident.

**3.** Letter from Leora Coleman-Fire, Ms. Coleman-Fire's wife—Leora Coleman-Fire noted the accident "completely changed" Ms. Coleman-Fire's "life trajectory—both in terms of her personal and professional capabilities—likely forever".

She outlined Ms. Coleman-Fire's intellectual and scholastic achievements, her wide range of school and job related activities, and her many personal interests before the accident.   She then noted how the accident changed "everything":

> "Nearly everything changed after she was hit by the car.  It is with deep sadness that I admit that while she had some improvement in the year or so after the accident, she is still no longer capable of accomplishing most of what I have described above and I have seen no real improvement in the last several months."

She noted how Ms. Coleman-Fire now struggles in her daily life:

> "Even now, nearly two years since the accident, I see how she continues to struggle.  I now watch a person who exerts extraordinary effort and still does not accomplish the things she could do before with such ease and success.  Since the accident, Bethany needs a very particular environment to just make it through the day with only a mild to moderate headache, without feeling sick, or being completely exhausted."

She also noted how Ms. Coleman-Fire struggles to process information:

> "I also see Bethany struggle to process information, to keep up with the regular pace of conversation, focus, and to remember/recall things.  She struggles at times to track our conversations, forgetting her train of thought midway through a sentence or everything I said if my comment contained more than one question or idea.  She tends to speak and process information more slowly than she did before, especially if we're talking about something more tasking such as scheduling.  When we talk, she just

**EXHIBIT 1**
**PART 1 of 2**
**Page 376 of 1248**

STND 18-03985-000376

can't seem to hold the information I've given her in her head and sometimes needs to hear it multiple times to grasp what I'm saying or asking."

She reported reading is a challenge for Ms. Coleman-Fire:

"Reading has also become a challenge. She no longer reads for pleasure. I have tried to help her at times with her occupational therapy exercises and seen how her reading and comprehension is shockingly slower than it was before."

She also reported Ms. Coleman-Fire's memory has declined since the accident:

"While she's recently started to cook more, for a long time I'd watch her go back to the cookbook over and over again because she would forget which task she was on or how much flour to scoop out. Since the accident I have seen her miss more appointments than she ever did before—no matter how important or how much she wants and tries to remember the deadline or meeting. She's missed medical appointments, deadlines, lunches, meetings, etc., even with the addition of phone apps and calendars specifically to help her better manage her calendar since the accident."

Lastly, she remarked on how the accident changed Ms. Coleman-Fire's ability to work:

"Her ability to work and succeed at her job has completely changed. She seems to put in more effort than she ever did before, yet she falls significantly short of her prior abilities. For example, she used to be able to work for hours and hours when she had an important assignment to get done. Now, even with a pending deadline and the expectation and pressure from supervising attorneys or clients that she will get the work done well and on time, she can't put in a full day or stay up late to get the task done...She seems to only have so many hours each day that she can be awake, that she can read, write, and think. Once she has put those hours in, she's completely wiped. And the more complex the reading or the larger the amount of information or documents that she needs to take in or review, the fewer hours she seems to be able to put in and an incapacitating headache is usually a guarantee by early afternoon. What's particularly hard to watch is that she's putting in all of her effort to do only a fraction of what she accomplished before. Her billable hours are a fraction of what she used to be able to work, but she appears to be exerting extraordinary effort and organizing her entire life around trying to meet the expectations of her job. Even with a reduced billable hour goal, which will be even further reduced starting January 1, 2016, she hasn't been able to meet the expectations of her job and it is unclear to me whether she will ever be able to do so even with further reductions."

RECEIVED
SIC BENEFITS DEPT
DEC 28 2015

EXHIBIT 1
PART 1 of 2
Page 377 of 1248

December 23, 2015
Re: Bethany Coleman-Fire
Page 33 of 37

### B. The Letter from Ms. Coleman-Fire's Secretary at DWT Supports Her Disability.

**1.** Letter from Susan England, Ms. Coleman-Fire's secretary at DWT—Ms. England wrote Ms. Coleman-Fire lacks the concentration and stamina she had prior to her accident and suffers from constant headaches:

> "Since the time of her accident, I have noticed that Bethany does not have the same concentration or stamina that she had prior to being injured. She suffers from headaches constantly and often looks very tired."

Ms. England noted Ms. Coleman-Fire needed to work in a dark office as she could not work with the overhead lights on and also needed to work with her office door closed "to eliminate any distracting noise". Ms. England further noted Ms. Coleman-Fire's ability to "remember the details of her cases" had diminished since her accident. Ms. England added Ms. Coleman-Fire worked a reduced work schedule, but that even the reduced schedule tired her out.

Ms. England concluded her letter by reporting Ms. Coleman-Fire has lasting effects from the accident that have not disappeared in the two years following her accident:

> "We are all extremely grateful that Bethany is still alive and working with us but it is unfortunate that she does have some lasting effects that have not disappeared over the two years since she was hit by the car."

### IX. MS. COLEMAN-FIRE'S PERSONAL STATEMENT SUPPORTS HER DISABILITY.

Ms. Coleman-Fire's personal statement documented the irrevocable changes that have occurred in her life since the accident. She noted that "performance of the basic functions" of her job "within acceptable time frames and without significant additional assistance of colleagues" had become difficult. She reported the "most palpable change" regarding working was extreme fatigue:

> "While many aspects of my working life have shifted, the most palpable change has been the extreme fatigue resulting from my head trauma. Since the accident, I have been unable to put in the same kind of working hours that I used to be able to work and that are essential to being an attorney, particularly a litigator. As a result, I was forced to reduce my working schedule to seventy-five percent of full time. Even that has not been sufficient. On average I manage about 75 billable hours per month. Prior to the accident I routinely billed over twice that amount.

**EXHIBIT 1**
**PART 1 of 2**
**Page 378 of 1248**

STND 18-03985-000378

December 23, 2015
Re: Bethany Coleman-Fire
Page 34 of 37

Ms. Coleman-Fire noted her employer is requiring her to reduce her schedule to sixty percent of full time beginning January 1, 2016, as she has been unable to bill sufficient hours for a seventy-five percent schedule:

> "Because I have been unable to put in sufficient working hours to meet the seventy-five requirement, my employer recently asked me to volunteer to pay back $12,000 in salary and reduce my schedule retroactively to sixty percent as a result of my failure to bill sufficient hours…My employer is now requiring that I further reduce my schedule to sixty percent beginning January 1, 2016, which will result in a commensurate reduction in compensation."

Ms. Coleman-Fire explained working less than a seventy-fire percent schedule made her an unprofitable associate attorney at DWT, as it did not produce sufficient revenue to cover DWT's overhead expense in employing her. She expressed concern that she might forced to resign or be terminated because of her unprofitability:

> "Based on the firm's general policy and my conversations with firm management about my failure to meet billable hour expectations and resulting lack of profitability, I anticipate that the firm will not allow me to further reduce my goal and expects a substantial increase in my productivity in the near future. However, to date, my average hours billed is somewhat below fifty percent of full time and this has remained constant for several months. Unfortunately, the prospects of me ever being profitable are extremely dim and, as a result, I am seriously concerned that I will ultimately be forced to resign or be terminated because there is no reasonable accommodation sufficient to address this problem."

Ms. Coleman-Fire added that even accomplishing her present level of work came at great personal cost:

> "Moreover, I am only able to produce the level of work I accomplish now at great cost to myself and my family. I return home from work completely exhausted, usually without energy to enjoy many activities outside work and often falling asleep at the dinner table. Instead of having the energy to attend community events and network, a function critical to building a successful legal career, I push myself as hard as I am able in order to come as close as I can to the minimum requirements of my job."

Ms. Coleman-Fire noted how her efficiency had decreased since the accident:

> "My efficiency has also been negatively impacted. Task switching has become much more difficult for me. As a result, I struggle to manage routine interruptions. Because it takes me much longer to regain focus after an interruption, I am required to spend many more hours at work in order to accomplish a fraction of the work that I completed before

RECEIVED
SIC BENEFITS DEPT

DEC 2 8 2015

**EXHIBIT 1
PART 1 of 2**
Page 379 of 1248

injured.  Moreover, I am now distracted by stimulation that I previously never noticed.  I now work in my office with the light off and find it nearly impossible to concentrate with the light on.  I am also often required to close the door to my office as even quiet conversations are extremely difficult to ignore.  While I have developed routines to address these new sensitivities, they do not entirely alleviate the problem.  So, I experience more interruptions and have more difficulty returning to work from those interruptions.  This has had an extremely negative impact on my ability to bill sufficient hours to meet work requirements."

Ms. Coleman-Fire further noted how her injury affected her reading speed and comprehension:

"When I am focused, my reading speed and comprehension are still significantly impacted.  I routinely miss an important word or phrase and am required to re-read documents multiple times in order to gain an understanding of them.  In order to ensure that I have the maximum energy to read for my job, I no longer read for pleasure.  None of these are problems I experienced before I was injured."

Ms. Coleman-Fire stated her "reliance on support staff and colleagues" to assist her in her daily tasks because of her inability to maintain focus "far exceeded the norm" in her workplace, leading to frustration and negative feedback.  She further stated working "what used to be a normal day" typically caused "a searing headache", which often lasted "into subsequent days, negatively impacting my ability to work for one or more days after".

Ms. Coleman-Fire reported she continued to experience "significant neck pain and vertigo", leading to "very bad days from time to time" that cause her to "leave work and rest in order to get relief".

Ms. Coleman-Fire concluded her statement by reporting she had experienced no improvement in her condition in the last six months and continually fell short of her job demands despite her best efforts:

"This injury is nearly two years old.  In the last six months I have experienced no perceptible improvement in my condition.  I still continually fall short of the demands of my job while putting in as much effort as I am physically capable."

## X. SUMMARY.

Ms. Coleman-Fire suffered a concussion/mild traumatic brain injury after being struck by an automobile on February 19, 2014, and subsequently developed post concussion syndrome.  She continues to experience post concussion syndrome symptoms and signs including fatigue, decreased reading comprehension, decreased retention of

**EXHIBIT 1**
**PART 1 of 2**
**Page 380 of 1248**

STND 18-03985-000380

December 23, 2015
Re: Bethany Coleman-Fire
Page 36 of 37

read material, headaches, neck pain, decreased memory, vertigo, and sensitivity to light and noise despite ongoing medical treatment.

Standard determined Ms. Coleman-Fire met the Policy's definition of disability as of February 19, 2014, and approved her LTD claim with benefits payable effective May 20, 2014 (following the Policy's 90 day elimination period), through December 12, 2014. Standard then terminated Ms. Coleman-Fire's claim effective December 13, 2014, asserting it did not have satisfactory proof supporting her continued disability.

In reaching its decision to terminate Ms. Coleman-Fire's LTD claim, Standard relied upon the Review of its consultant, Dr. Syna. However, Dr. Syna's Review was flawed as she misinterpreted Dr. Uppal's chart records regarding Ms. Coleman-Fire's post concussion syndrome condition; failed to acknowledge Ms. Coleman-Fire's elevated SCAT score, which indicated a continuation of her post concussion syndrome symptoms; ignored Ms. Coleman-Fire's belief that she was unable to "get better"; and ignored Dr. Uppal's APS documenting Ms. Coleman-Fire's disabling fatigue, pain, impaired memory, and attention deficit.

Standard's reliance upon Dr. Syna's flawed Review caused its decision to terminate Ms. Coleman-Fire's LTD claim to also be flawed. Furthermore, Standard ignored the 2015 chart records of Dr. Uppal and Dr. Chesnutt that indicated Ms. Coleman-Fire's headaches, fatigue, and cognitive difficulties relating to attentiveness and efficiency continued. It also ignored the increase in Ms. Coleman-Fire's SCAT score from 13 to 51 (in March and again in May, 2015)—a further indication that she continued to experience post concussion syndrome symptoms and signs and that her condition was not improving. Lastly, Standard ignored Dr. Uppal's December, 2014 APS (which Standard had requested) that stated Ms. Coleman-Fire continued to be limited by her impairments—muscle spasm and pain, memory and concentration deficits, and fatigue. Standard also ignored Dr. Uppal's statement in the APS that Ms. Coleman-Fire would be disabled for another three months, if not longer, because of her post concussion syndrome.

The medical literature documents that Ms. Coleman-Fire's symptoms and signs are in line with the recognized symptoms and signs of a post concussion syndrome following a concussion/traumatic brain injury. The literature also documents that Ms. Coleman-Fire's persistent and prolonged disability from post concussion syndrome does not make her an outlier.

The letters from Ms. Coleman-Fire's doctors provide further support for her continued disability. Dr. Walker stated Ms. Coleman-Fire's difficulties with executive functioning and processing speed were common following head injuries. Dr. Chesnutt stated Ms. Coleman-Fire's post concussion symptoms limit her ability to function as an attorney and that she might remain partially disabled indefinitely.

The letters from Ms. Coleman-Fire's family and her secretary provide additional support for her continued disability. The letters document her continuing struggle to

EXHIBIT 1
PART 1 of 2
Page 381 of 1248

STND 18-03985-000381

December 23, 2015
Re: Bethany Coleman-Fire
Page 37 of 37

process information, to focus, to remember/recall details, and to comprehend what she reads while experiencing frequent headaches and daily fatigue.

Ms. Coleman-Fire's personal statement also supports her disability. She documents the irrevocable changes in her life following the accident, including ongoing extreme fatigue, decreased efficiency, sensitivity to light and noise, difficulty with focus and concentration, frequent headaches, neck pain, and vertigo. She notes the difficulty in performing her job as an attorney and how she continually falls short of the demands of her job in spite of expending her maximum effort.

Ms. Coleman-Fire's medical records clearly provide written proof that she was disabled at the time Standard terminated her LTD claim and that she continues to be disabled by her symptoms and signs of post concussion syndrome. The medical literature and the letters of support from her doctors, family, and secretary plus her personal statement provide additional written proof supporting her disability. Accordingly, I ask Standard to approve Ms. Coleman-Fire's claim for LTD benefits from December 13, 2014, forward through the maximum benefit period as long as Ms. Coleman-Fire remains disabled under the terms of the Policy.

Sincerely,

*John C. Shaw*

John C. Shaw

JCS:js
Enclosures
cc: Bethany Coleman-Fire

EXHIBIT 1
PART 1 of 2
Page 382 of 1248

STND 18-03985-000382




TheStandard®

November 4, 2015

Megan E. Glor, Attorneys at Law
Attn: John C. Shaw
621 SW Morrison Ste 900
Portland OR 97205

Re:    Bethany Coleman-Fire
       PSET on behalf of Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Mr. Shaw:

We are writing in regard to Ms. Coleman-Fire's Long Term Disability (LTD) claim with
Standard Insurance Company (The Standard). This letter is in response to your letter of October
2, 2015.

Per your request, we have enclosed a complete copy of Ms. Coleman-Fire's LTD claim file for
your review. The enclosed information includes a complete copy of the information contained in
Ms. Coleman-Fire's claim file, electronic documents, and a copy of the Group Policy. With the
enclosed documents we believe that we have complied with your request under applicable law.

If you have any questions about this letter, please contact our office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

EXHIBIT 1
PART 1 of 2
Page 383 of 1248

STND 18-03985-000383

10/27/15

Bethany Coleman-Fire

v/m to John Shaw, attorney
Left message that Ms. Coleman-Fire
has emailed me asking for
information related to her claim.
However, since she is represented,
I cannot communicate with
her directly. I told him we
are preparing the documents
requested in his letter and
will provide them shortly.

EXHIBIT 1
PART 1 of 2
Page 384 of 1248

STND 18-03985-000384

 

## Necole Suzuki

| | |
|---|---|
| **From:** | Bethany Coleman-Fire <bethany.coleman@gmail.com> |
| **Sent:** | Tuesday, October 27, 2015 11:32 AM |
| **To:** | Necole Suzuki; Necole Suzuki |
| **Subject:** | Fwd: |

Hi Necole -

I haven't heard back regarding the below email and am following up. I did notice that I have two email addresses for you and I'm not sure which is current. Please let me know when I can get copies of this correspondence or, if there is a reason for declining to provide them, what the basis is.

Thanks for your help,

B

---------- Forwarded message ----------
From: **Bethany Coleman-Fire** <bethany.coleman@gmail.com>
Date: Thu, Oct 22, 2015 at 4:35 PM
Subject:
To: "necole.feuerstein@standard.com" <necole.feuerstein@standard.com>

Hi Necole -

Is it possible to get an additional copy of the letter that transmitted the check you provided and the 180 day letter?

Thanks in advance for your help,

B

--
Sent from Gmail Mobile. Please excuse any typos.

--
Bethany Coleman-Fire
503-320-9564
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 385 of 1248**

STND 18-03985-000385



# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-crisa@meganglor.com
Phone: (503) 223-7400

Disability ∞ Health ∞ ERISA ∞ Life ∞ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530



| | | | |
|---|---|---|---|
| To: Standard Ins. Co., Attn: Necole Suzuki, | | From: John Shaw | |
| Fax #: 503-796-5972 | | Pages (Including Coversheet): 6 | |
| Phone #: | | Date: 10/2/2015 | |
| RE: Bethany Coleman-Fire | | CC: | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☒ Please Reply        ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.  If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 386 of 1248**

STND 18-03985-000386

From: Megan E. Glor Attorn Fax: (866) 468-4170        To: +15037965972    ·    Fax: +15037965972        Page 2 of 6  10/02/2015 9:43 AM



Megan E. Glor                   # Megan E. Glor
John C. Shaw                    Attorneys at Law
nw-erisa@meganglor.com
Phone: (503) 223-7400          Disability ∽ Health ∽ ERISA ∽ Life ∽ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

October 2, 2015

**By facsimile:  ((503) 796-5972)**

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235

Telephone:  (888) 937-4783

RE:  Bethany Coleman-Fire
      Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP
      Group Policy 445474 / Claim No.  00VW3181

Dear Ms. Suzuki:

I am writing to inform you that Bethany Coleman-Fire has retained our law firm to represent her regarding Standard Insurance Company's  ("Standard") termination of her Long Term Disability ("LTD") benefits under the Davis Wright Tremaine LLP Group Policy ("Policy").  Please direct all future correspondence regarding Ms. Coleman-Fire's claim directly to our law firm.

Furthermore, pursuant to ERISA, I hereby request a complete copy of all documents, records, or other information relevant to Standard's decision determining the above claim.

According to the current version of 29 CFR § 2560.503-1(m)(8), "a document, record, or other information shall be considered "relevant" to the above claim if such document, record, or other information,

| (i)  | was relied upon in making the benefit determination; **or** |
|------|---|
| (ii) | was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination." |

This request includes, but is not limited to the following categories of documents:

(1)      All claim forms (including attachments, supplements, additions or addenda) for this claim;

(2)      All medical providers' or other physicians' statements, reports, records, correspondence, memoranda, and/or e-mail regarding this claim;

(3)      All electronic or written claim logs, case summaries, or other means of recording events, documents, discussions, reviews or decisions relating to this claim;

**EXHIBIT 1**
**PART 1 of 2**
**Page 387 of 1248**

STND 18-03985-000387

RE: Bethany Coleman-Fire
October 2, 2015
Page 2 of 2

(4)      All notes, correspondence, memos and/or any other documents of any employee, agent, consultant or contractor, or any other person having any affiliation with Standard who took any part in making the decision on this claim;

(5)      All notes, correspondence, memos and/or any other documents of any consultant, physician, medical professional or any other individual consulted, retained or otherwise utilized by Standard in analyzing or making any benefits determination for this claim

(6)      All documents, including photographs, videos, summaries, audiotapes, transcripts, or other records demonstrating or containing the results of any investigation of the claimant or this claim;

(7)      All medical journals, articles, literature or studies that were received, reviewed or relied on by Standard or any physician or other medical professional hired or retained by Standard in evaluating this claim;

(8)      All correspondence or other documents received by Standard or sent by any other person, entity or organization involved in the determination of this claim; and

(9)      All notes, correspondence, memos and/or any other documents concerning this claim, which are in Standard's possession or control.

(10)     All written statements of Standard's or the Plan's policies or other written guidance or guidelines relating to the condition(s) or diagnosis of the claimant's condition(s), whether or not such statements were relied on in making the benefit determination in this case (see 29 C.F.R. § 2560.503-1(m)(8)(iv)).

I have enclosed signed releases of information so that you may communicate with our law firm regarding this claim.

I am hereby also requesting that Standard provide our law firm with a **complete copy of the Long Term Disability plan that was in effect as of the date Ms. Coleman-Fire applied for benefits under the plan and copies of all amendments and addenda to the plan on or subsequent to that date.**

Kindly produce these documents within 30 days of the date of this letter, pursuant to ERISA. You are welcome to provide the aforementioned documents on a Mac-compatible USB drive in lieu of a paper file.

Sincerely,

*John C. Shaw*

John C. Shaw

JCS:js
Enclosures
cc: Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 388 of 1248**

Case 3:18-cv-00180-SB   Document 19-1   Filed 10/11/18   Page 389 of 600

09/09/2015  10:4?AM FAX  1?64+++++++  SB                                           002/0007
rom: Megan E. Glor Attorn:Fax: (866) 468-4170      To: +15037965972      Fax: +15037965972      Page 4 of 6  10/02/2015 9:43 AM

## AUTHORIZATION TO USE AND/OR DISCLOSE
## PROTECTED HEALTH INFORMATION

**Name of Patient:**                                    **Date(s) of Service:**

Bethany Coleman-fire                                    Entire claim file; see attached letter.

**DOB:** ███████                                        **SSN:** ███████

**Name/address of health care provider:**             **To disclose medical information to:**

Standard Insurance Company                             Megan E. Glor, Attorneys at Law
900 SW Fifth Avenue                                    American Bank Building
Portland, Oregon 97204-1235                            621 SW Morrison, Suite 900
                                                       Portland, OR 97205

*atty auth*

**By initialing the spaces below, I specifically authorize the disclosure of the following medical information and/or medical records, if such information and/or records exist:**

_BCF_ All hospital records (including          _BCF_ Emergency and urgency care records
      nursing records and progress notes)      _BCF_ Diagnostic imaging reports/films
_BCF_ Transcribed hospital records             _BCF_ Clinician office chart notes
_BCF_ Continuity of care records               _BCF_ Physical therapy records
_BCF_ Laboratory/pathology reports             _BCF_ Dental records
_BCF_ Correspondence to/from others            _BCF_ Billing statements
_BCF_ Vocational rehabilitation records        _BCF_ Insurance forms
_BCF_ Entire medical record (all information)
_BCF_ Workers' Compensation claim record for injuries of _____

**\* If the information to be disclosed contains any of the types of records or information listed below, I understand and agree that this information will be disclosed only if my initials appear in the space next to each item:**

_BCF_ \* HIV/AIDS test or result information and/or records
_BCF_ \* Mental health information and/or records
_BCF_ \* Genetic testing information and/or records
_BCF_ \* Drug/alcohol diagnosis, treatment or referral information and/or records

I understand that I have the following rights:  (1) The disclosure of the information and/or records is to be used for legal purposes with the disclosure to be made to my attorney(s); (2) The information disclosed may be subject to redisclosure and may no longer be protected by federal law; (3) I do not have to sign this authorization in order to obtain health care benefits (treatment, payment or enrollment); and (4) I may revoke this authorization in writing pursuant to the Privacy Notice to Patients posted at the facility where the information is to be released.

By my signature below, I understand that a copy of this Authorization has the same validity as the original.  Unless revoked earlier, this authorization will expire 180 days from the date of signing or shall remain in effect for the period reasonably needed to complete the request.

_Bethany Coleman-fire_

Signature of Patient, Guardian/Conservator, or Authorized Representative      Date      October 2, 2015

_Bethany Coleman-fire_

Printed Name

**EXHIBIT 1**
**PART 1 of 2**
**Page 389 of 1248**

STND 18-03985-000389

08/08/2015 10:4XAX FX (866) 468-4170 To: +15037965972 Fax: +15037965972 Page 5 of 6 10/02/2015 9:43 AM

Case 3:18-cv-00180-SB Document 19-1 Filed 10/11/18 Page 390 of 600 0003/0007
From: Megan E. Glor Attorn Fax: (866) 468-4170

## AUTHORIZATION TO RELEASE INFORMATION AND DOCUMENTS

Name _Bethany Coleman-five_

Social Security Number ▉▉▉▉▉▉▉    Date of Birth ▉▉▉▉

1.  I authorize the use or disclosure of the following: Any and all documents and information related to my enrollment in any health, disability or life insurance plan, or any claim I have made for life, health or disability benefits. This request includes all documents and/or data compilations, and any other information, contained within my underwriting or claims file(s), or any information or documents that have been received, generated, or reviewed by any company or person in connection with said claims. This authorization includes, but is not limited to, the following types of information and/or documents: All insurance policy/plan applications and related documents; documents relating to any claim for benefits or coverage; banking or other financial information; Social Security documents; employment documents, including but not limited to payroll information and/or the contents of any personnel file, medical records, attendance records; military records, including but not limited to medical diagnosis, service history, and any disciplinary action taken; all documents from any law enforcement agency; postal documents; documents concerning any real estate transaction; education and/or school records or documents; notes or other documents of any insurer, plan, policy or adjuster; and notes or other documents of any physician employed by the insurer or plan.

2.  I hereby authorize the following person or entity to make the disclosure:

    Standard Insurance Company
    900 SW Fifth Avenue
    Portland, Oregon 97204-1235

3.    The documents and information set forth in Section 1 may be disclosed to and used by the following:

    Megan E. Glor, Attorneys at Law
    American Bank Building
    621 SW Morrison, Suite 900
    Portland, OR 97205
    Telephone: (503) 223-7400 Fax: (503) 227-2530

4.  In addition, I authorize the law firm of Megan E. Glor, Attorneys at Law to act as my representative in all communications pertaining to my insurance and/or benefits claim.

5.  The purpose of the requested disclosure is for claim and/or damage evaluation.

I understand that I have a right to revoke this authorization at any time. Unless otherwise revoked, this authorization will expire on the following date, event or condition:_____. If I fail to specify an expiration date, event or condition, this authorization will expire in twelve months.

I agree that a copy of this release or fax of this release shall be as valid as this original release. If I authorize the party identified in Section 2 above to fax the information, I realize there are inherent risks in faxing protected health information.

_Bethany Coleman_
**Signature**

_Bethany Coleman-five_
**Printed Name**

**Date**    October 2, 2015

**EXHIBIT 1
PART 1 of 2
Page 390 of 1248**

## AUTHORIZATION TO USE AND/OR DISCLOSE
## MEDICAL RECORDS AND/OR HEALTH INFORMATION

Name: Bethany Coleman-fire

DOB: ▮▮▮▮▮▮▮▮                    SSN: ▮▮▮▮▮▮▮▮▮

**Name/address of party to release records:**

Standard Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1235

**Name/address of party to receive released records:**

Megan E. Glor, Attorneys at Law
American Bank Building
621 SW Morrison, Suite 900
Portland, OR 97205

**By initialing the spaces below, I specifically authorize the disclosure of the following medical information and/or medical records, if such information and/or records exist:**

BLF All hospital records (including nursing records and progress notes)
BLF Transcribed hospital records
BLF Continuity of care records
BLF Laboratory/pathology reports
BLF Correspondence to/from others
BLF Vocational rehabilitation records
BLF Entire medical record (all information)
BLF Workers' Compensation claim record for injuries of _____

BLF Emergency and urgency care records
BLF Diagnostic imaging reports/films
BLF Clinician office chart notes
BLF Physical therapy records
BLF Dental records
BLF Billing statements
BLF Insurance forms

**\* If the information to be disclosed contains any of the types of records or information listed below, I understand and agree that this information will be disclosed only if my initials appear in the space next to each item:**

BLF  \* HIV/AIDS test or result information and/or records
BLF  \* Mental health information and/or records
BLF  \* Genetic testing information and/or records
BLF  \* Drug/alcohol diagnosis, treatment or referral information and/or records

**By my signature below, I understand that a copy of this Authorization has the same validity as the original. Unless revoked earlier, this authorization will expire 180 days from the date of signing or shall remain in effect for the period reasonably needed to complete the request.**

_Bethany Coleman-fire_
Signature

Bethany Coleman-fire
Printed Name

Date October 2, 2015

**EXHIBIT 1**
**PART 1 of 2**
**Page 391 of 1248**



TheStandard®

August 17, 2015

Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211

Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance Company (The Standard).

As you are aware, your LTD claim was accepted for payment through December 12, 2014 based on the information currently contained in your claim file.  On May 26, 2015 you notified The Standard that you recently underwent neuropsychological testing, and according to the results of this testing, it was recommended that you reduce your work schedule to 60% of your full time schedule.

In order to better understand your ongoing level of impairment, and to determine whether additional LTD Benefits are payable, we requested a copy of the neuropsychological testing from OHSU.  Our medical records retrieval vendor, Release Point, initially contacted you on July 9, 2015, to request that you complete a facility specific authorization form allowing the release of the neuropsychological testing.  After several follow-ups, Release Point contacted you on August 4, 2015, indicating that they received your completed authorization form.  However, you dated the form February 2015, and therefore, the authorization form is invalid to obtain a copy of your neuropsychological testing.  You responded to Release Point on August 6, 2015, indicating that you would submit another completed authorization form.  To date, they have not received your completed authorization form.

If you want The Standard to review your claim to determine whether additional LTD Benefit are payable after December 12, 2014, you must submit a written request for a review of your claim within 180 days from your receipt of our letter to you dated July 1, 2015.  In addition to your written request for review, you may also submit additional medical documentation to support that you remain Disabled and entitled to LTD Benefit.  Additional information would include, but is not limited to, a complete copy of your neuropsychological testing and/or a completed authorization allowing the release of the neuropsychological testing, and any other medical

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1239
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 392 of 1248**

STND 18-03985-000392

information that may be helpful for the review of your claim.  An authorization form from OHSU has been enclosed for your convenience in providing this information.

If you have any questions about this letter or any other aspect of your claim, please contact our office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

EXHIBIT 1
PART 1 of 2
Page 393 of 1248

STND 18-03985-000393

 

 **Oregon Health & Science University**
**Hospitals and Clinics**
*Health Information Services /*
*Medical Correspondence*
3181 SW Sam Jackson Park Rd,
Mail Code: OP17A
Portland, OR  97239-3098
(503) 494-8521, Fax (503) 494-6970

Page 1 of 1

*Patient Identification*

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION
*ALL SECTIONS OF THIS FORM __MUST__ BE COMPLETED OR THE AUTHORIZATION WILL NOT BE ACCEPTED.*

I authorize: _____ **OHSU** _____
(Name of person / entity/ facility disclosing information)

_____ _____ _____ _____
(Address of person / entity)          (City)          (State)     (Zip Code)

to use and disclose an electronic copy of the specific health information described below; unless you check here ☐ for a paper copy.  This release is regarding:

_____
(Name of individual)

consisting of: *(see back side for definitions)* ☐ Physician reports  ☐ X-rays *(please see the back side for this form for complete  instructions)* ☐ Labs  ☐ ED  ☐ Billing
☐ Other, specify _____
☐ If outpatient practice/clinic records are needed, please specify the practice(s)/clinic(s) *(see back side for practice/clinic list)* _____

to: _____
(Name of recipient)

_____ _____ _____ _____
(Address of recipient)          (City)          (State)     (Zip Code)

for the purpose of: *(Describe each purpose of disclosure)* ☐ Continued Care  ☐ Legal  ☐ Disability
☐ School Entry  ☐ Other, specify _____

If the information to be disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply.  I understand and agree that this information will be disclosed only if I place my __initials__ in the applicable space next to the type of information.

_____ HIV/AIDS information                    _____ Genetic testing information
_____ Mental health information           _____ Drug/alcohol diagnosis, treatment, or referral information

You do not need to sign this authorization.  Refusal to sign the authorization will not adversely affect your ability to receive health care services or reimbursement for services.  The only circumstance when refusal to sign will mean you will not receive health services is if the health services are solely for the purpose of providing health information to someone else, and the authorization is necessary to make that disclosure. Your refusal to sign this authorization does not adversely affect your enrollment in a health plan or eligibility for health benefits, unless the authorized information is necessary to determine if you are eligible to enroll in the health plan.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization.  Any uses or disclosures already made with your permission cannot be undone.

To revoke this authorization, please send a written statement to Medical Correspondence, Health Information Services, OP17A, OHSU 3181 SW Sam Jackson Park Rd. Portland, OR  97239-3098, and state that you are revoking this authorization

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict re-disclosure of HIV/AIDS information, mental health information, genetic information and drug/alcohol diagnosis, treatment or referral information.

**I have read this authorization and I understand it.**

This authorization expires one year from the date of signing unless revoked or otherwise specified below:
(enter alternative expiration date or event) _____

By: _____          Date: _____
(Signature of individual or personal representative)

Description of personal representative's authority: _____

MR1470



 **Oregon Health & Science University**
**Hospitals and Clinics**
*Health Information Services /*
*Medical Correspondence*
3181 SW Sam Jackson Park Rd,
Mail Code: OP17A
Portland, OR 97239-3098
(503) 494-8521, Fax (503) 494-6970

Continued from page 1



ACCOUNT NO.
MED. REC. NO.
NAME
BIRTHDATE

*Patient Identification*

**DEFINITION OF REPORTS:**

- Physician reports include Discharge Summary, Discharge Instructions, History & Physical exam, any procedures or operations
- X-rays include X-ray reports, Ultra sound, MRI, and special imaging reports (**If you are requesting for an actual image please make sure to fill out the Authorization Form MR-4775) The form may be accessed at the following web site:** http://ozone.ohsu.edu/healthsystem/HIS/mr4775.pdf

- Labs – all laboratory test results
- ED – Emergency Department reports by physician
- Billing – Hospital and / or clinic billing information
- Immunizations – all immunization records
- Other – Specify information not listed

**OHSU OUTPATIENT PRACTICES/CLINICS:**

Adult Psychiatry
Allergy & Immunology
Anticoagulation
Audiology
Bone & Mineral
Bone Marrow Transplant / Leukemia
Cardiology
Casey Eye Institute
CDRC Eugene
Center for Women's Health
Child and Adolescent Psychiatry
Childhood Development and Rehabilitation
  (CDRC)
Comprehensive Pain Center
Dermatology
Dermatology Surgery
Diabetes
Digestive Health
Doernbecher Pediatrics - Westside
Employee Health
Endocrinology
Executive Health
Family Medicine at South Waterfront
Gabriel Park
Gastroenterology
General Pediatrics
General Surgery
GI / Hepatology
Health Promotion and Sports Medicine
Hematology / Oncology

Infectious Disease
Intercultural Psychiatry Program
Internal Medicine
Knight Cancer Center/Community Hematology
  Oncology
Lipids
Liver Transplant
Marquam Hill Internists
Nephrology & Hypertension
Neurology
Neurosurgery
Oral & Maxillofacial Surgery
Orthopaedics
Otolaryngology
Pediatric Hematology / Oncology
Pediatric Specialties
Perinatal
Plastic Surgery
Pulmonary
Radiation Oncology
Renal Transplant
Rheumatology
Richmond
Riverplace
Scappoose
Sleep Medicine
Surgical Oncology
Urology
Vascular Surgery

MR-1470 **EXHIBIT 1**
**PART 1 of 2**
**Page 395 of 1248**

STND 18-03985-000395

## Request Details for RP Number 2330347

### Order Information

| | |
|---|---|
| **Current Status:** | Suspended |
| **Order Date:** | 07/07/2015 |
| **Complete Date:** | |
| **Client:** | CCC |
| **Requested By:** | K McGrath |
| **Special Attention:** | Please Include any neuro psych testing/evaluations. |
| **Scope:** | From January 1, 2015 to Present |

### Patient Information

| | |
|---|---|
| Name: | COLEMAN-FIRE, BETHANY |
| DOB: | |
| SSN: | |
| Policy Num: | 00VW3181 KM:Necole |

### Provider Information

| | |
|---|---|
| Name: | OREGON HEALTH SCIENCES UNIVERSITY |
| Address: | 3181 SW SAM JACKSON PK RD |
| City: | PORTLAND |
| State/Zip: | OR  97239 |
| Phone: | 5034946594 |
| Fax: | 5034946970 |

### Status Notes

| | |
|---|---|
| Date: | 07/07/2015 at 02:21:00 |
| Contact: | |
| Details: | APS ORDER RECEIVED VIA RPNET WITH FOLLOWING PROVIDER DATA: OHSU 3181 SW Sam Jackson Pk Rd Portland, OR, 97239 (503) 494-6594 NO PROVIDER INDEX CODE SELECTED - SEND TO PROVIDER MATCH SPECIAL AUTHO IMAGE FILE 2015070702172414399.tif RECEIVED. |

| | |
|---|---|
| Date: | 07/07/2015 at 02:48:00 |
| Contact: | |
| Details: | PROVIDER CURRENTLY HAS AVG CYCLE TIME OF 21 CALENDAR DAYS. |

| | |
|---|---|
| Date: | 07/07/2015 at 02:48:00 |
| Contact: | |
| Details: | Per Patty/providers office - no status check for 2 weeks from date sent facility releases records noted in s/a. if noting in s/a then they uses dates in autho |

| | |
|---|---|
| Date: | 07/08/2015 at 12:30:00 |

STND 18-03985-000396

## Dawn Schonberg

| | |
|---|---|
| **From:** | Dawn Schonberg |
| **Sent:** | Tuesday, February 23, 2016 2:32 PM |
| **To:** | Necole Suzuki |
| **Subject:** | RE: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29 |

OK I can go look tomorrow. Thanks!


Dawn Schonberg | Senior Benefits Review Specialist Administrative Review Unit The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.8765 | Fax 971.321.5038 dawn.schonberg@standard.com | www.standard.com


-----Original Message-----
From: Necole Suzuki
Sent: Tuesday, February 23, 2016 2:32 PM
To: Dawn Schonberg
Subject: RE: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

I believe that is the letter they are referring to.  The letter is not in LEX.... so we'll need the file.

-----Original Message-----
From: Dawn Schonberg
Sent: Tuesday, February 23, 2016 2:31 PM
To: Necole Suzuki
Subject: RE: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

Hi Necole -

Perhaps they mean the approval/close letter? Is it in LEX? If not, the file is in DMR and we can go try to get a copy.


Dawn Schonberg | Senior Benefits Review Specialist Administrative Review Unit The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.8765 | Fax 971.321.5038 dawn.schonberg@standard.com | www.standard.com

-----Original Message-----
From: Necole Suzuki
Sent: Tuesday, February 23, 2016 2:28 PM
To: Dawn Schonberg
Cc: Kath McGrath
Subject: FW: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

Hi Dawn,

**EXHIBIT 1**
**PART 1 of 2**
**Page 397 of 1248**

STND 18-03985-000397

Please see the attached fax regarding Bethany Coleman Fire. Let me know if you can respond or if there's something we need to do.

Thanks!

Necole Suzuki, FLHC | Sr. Disability Claim Specialist The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3198 | Fax 503-796-5972 necole.suzuki@standard.com |
www.standard.com Ensure a sustainable future – only print when necessary.

-----Original Message-----
From: Kath McGrath
Sent: Tuesday, February 23, 2016 2:17 PM
To: Necole Suzuki
Subject: FW: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

If there's a response on file, let me know and I can resend it.

Kathleen McGrath | Disability Claims Assistant The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.6946 | Fax 503.796.5972 Kath.McGrath@standard.com |
www.standard.com

-----Original Message-----
From: RightFax Email Gateway
Sent: Tuesday, February 23, 2016 1:50 PM
To: Cgroup Faxes
Subject: A new fax has arrived from catherine@meganglor. (Part 1 of 1) on Channel 29

2/23/2016 1:48:04 PM Transmission Record
        Received from remote ID: catherine@meganglor.
        Inbound user ID CGROUPFAXES, routing code 5972
        Result: (0/352;0/0) Success
        Page record: 1 - 3
        Elapsed time: 01:22 on channel 29

Fax Images: [double-click on image to view page(s)]

EXHIBIT 1
PART 1 of 2
Page 398 of 1248

STND 18-03985-000398

2

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ⚊ Health ⚊ ERISA ⚊ Life ⚊ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

February 23, 2016

**By Facsimile: ((503) 796-5972)**

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
Standard Insurance Company
903 SW Fifth Avenue
Portland, OR 97204-1235

Telephone: (800) 368-1135, ext. 3198

RE: Claimant:      Bethany Coleman-Fire
      Group:         Professional Services Employers Trust on behalf of Davis Wright
                     Tremaine LLP
      Group Policy:  445474 / Claim No.: 00VW3181

Dear Ms. Suzuki:

I am writing you again regarding Bethany Coleman-Fire's lump sum Long Term Disability ("LTD") benefit check for $15,038.11, as I have not received your response to my January 5, 2016 letter.

As you know, our law firm represents Ms. Coleman-Fire regarding her LTD claim against Standard Insurance Company ("Standard"). I reviewed Standard's claim file regarding Ms. Coleman-Fire, but did not see any correspondence that accompanied Standard's lump sum LTD benefit payment check of $15,038.11 for the period May 20, 2014 through December 12, 2014, that was issued on June 30, 2015.

Please send me a copy of the letter to Ms. Coleman-Fire that accompanied the lump sum benefit check.

As Ms. Coleman-Fire has not cashed/deposited the lump sum benefit check and the check is no longer valid (valid for 6 months after issue date of June 30, 2015), please issue her a new check for $15,038.11.

**EXHIBIT 1**
**PART 1 of 2**
**Page 399 of 1248**

STND 18-03985-000399

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

Disability ✍ Health ✍ ERISA ✍ Life ✍ Pensions



| | |
|---|---|
| To: Standard Ins. Co., Attn: N. Suzuki | From: John Shaw |
| Fax #: 503-796-5972 | Pages (Including Coversheet): 2 |
| Phone #: | Date: 2/23/2016 |
| RE: Bethany Coleman-Fire | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

Comments:

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**
**PART 1 of 2**
**Page 400 of 1248**

STND 18-03985-000400

From: Megan E. Glor Attorn Fax:(503) 488-4170    To: +15037865972    Fax: +15037865972    Page 3 of 3    02/23/2016 1:48 PM



February 23, 2016
Re: Bethany Coleman-Fire
Page 2 of 2


       Thank you for your prompt response.  If you have any questions, please call me at (503) 223-7400.

                    Sincerely,

                    John C. Shaw

JCS:js
Enclosures
cc:  Bethany Coleman-Fire

**EXHIBIT 1**
**PART 1 of 2**
**Page 401 of 1248**

STND 18-03985-000401



February 11, 2016


John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205


RE:   Bethany Coleman-Fire
      Professional Services Employers Trust on behalf of
      Davis Wright Tremaine, LLP
      Group Policy 445474
      Claim No. 00VW3181


Dear Mr. Shaw:

Standard Insurance Company's goal is to treat all claims fairly. The Administrative Review Unit is continuing to review Standard Insurance Company's decision to close Ms. Coleman-Fire's claim for long term disability (LTD) benefits. This unit was formed specifically to assure that each claim receives a fair and objective review.

We attempt to complete all reviews as promptly as possible and within 45 days after the receipt of your request, or within 90 days if special circumstances require an extension. The Standard received your request for review on Ms. Coleman-Fire's behalf on December 28, 2015. As indicated in previous correspondence, her file was sent for medical review by two Physician Consultants who had not previously reviewed her file, one board certified in Neurology and the other a board certified Neuropsychologist. As of the date of this letter, neither review has been completed. We do expect they will be completed soon, following which we should be able to complete our independent review of the decision made on Ms. Coleman-Fire's claim.

Because the medical reviews have not been completed, we will be unable to complete our independent review before February 11, 2016, the 45th day after we received your request for review in our office. We are therefore extending the time to complete our review by the additional 45 days allowed under the terms of the Professional Services Employers Trust on behalf of Davis Wright Tremaine Group Policy to March 27, 2016.

**EXHIBIT 1**
**PART 1 of 2**
**Page 402 of 1248**

STND 18-03985-000402

We will send you periodic updates regarding the status of our review and you will be notified in writing once the review is completed. Thank you for your patience during the review process. If you have any questions, please call me at (971) 321-8765. You may also fax any information to my attention at (971) 321-5038.

Sincerely,


Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File

**EXHIBIT 1**
**PART 1 of 2**
**Page 403 of 1248**

STND 18-03985-000403

From: Megan E. Glor Attorn Fax: (866) 468-4170    To: +19713215038    Fax: +19713215038    Page 1 of 1  02/09/2016 12:45 PM

# Megan E. Glor
## Attorneys at Law

Megan E. Glor
John C. Shaw
nw-erisa@meganglor.com
Phone: (503) 223-7400

Disability ⚯ Health ⚯ ERISA ⚯ Life ⚯ Pensions

American Bank Building
621 S.W. Morrison, Ste. 900
Portland, OR 97205
Fax: (503) 227-2530

February 9, 2016

By Fax: (971) 321-5038

Dawn E. Schonberg, Sr. Benefits Review Specialist
Administrative Review Unit
Standard Insurance Company
900 SW Fifth Avenue
Portland, OR 97204-1235

RE:  Bethany Coleman-Fire
      Professional Services Employers Trust on behalf of Davis Wright Tremaine, LLP
      Group Policy 445474
      Claim No. 00VW3181

Dear Ms. Schonberg:

      I am writing to inform you in accordance with the Deductible Income provisions of the disability policy set forth on pages 14-16 that Ms. Coleman-Fire has retained attorney Jane Paulson of the Portland, Oregon law firm of Paulson & Paulson, to pursue a third-party claim and lawsuit for her damages resulting from her February 9, 2014, motor vehicle collision.

                                        Sincerely,

                                        *John C. Shaw*

                                        John C. Shaw

JCS:js
cc:  Bethany Coleman-Fire
      Jane Paulson

Subrogation **EXHIBIT 1**
**PART 1 of 2**
**Page 404 of 1248**

STND 18-03985-000404



TheStandard®

January 28, 2016


John C. Shaw
Megan E. Glor
Attorneys at Law
621 SW Morrison Suite 900
Portland, OR 97205


RE:    Bethany Coleman-Fire
       Professional Services Employers Trust on behalf of
       Davis Wright Tremaine, LLP
       Group Policy 445474
       Claim No. 00VW3181


Dear Mr. Shaw:

The Administrative Review Unit is continuing to review Standard Insurance Company's decision to close Ms. Coleman-Fire's long term disability (LTD) claim.

Ms. Coleman-Fire's file was sent for review by two Physician Consultants who have not previously reviewed her file. One is board certified in Neurology and the other is a Neuropsychologist. As of the date of this letter, neither review has been completed. We do expect they will be completed soon, following which we should be able to complete our independent review of the decision made on Ms. Coleman-Fire's claim. At this time, we hope the medical reviews will be completed by February 11, 2016, which is 45 days after we received your request for review in our office. Please note that this Group Policy does allow for an additional 45 day extension if the review cannot be completed within the first 45 days.

We will send you periodic updates regarding the status of our review and you will be notified in writing once the review is completed. Thank you for your patience during the review process. If you have any questions, please call me at 971. 321.8765. You may also fax information to my attention at 971.321.5038.

Sincerely,



Dawn E. Schonberg
Senior Benefits Review Specialist
Insurance Services Group – Administrative Review Unit

cc:    File


Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 405 of 1248**

STND 18-03985-000405

## Dawn Schonberg

| | |
|---|---|
| **From:** | Paul Kangas |
| **Sent:** | Monday, January 11, 2016 2:27 PM |
| **To:** | Dawn Schonberg; Bob Black |
| **Subject:** | RE: Coleman- Fir 00VW3181 |

Ok, will do.

Paul Kangas, MS, CRC | Vocational Case Manager The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.7549 | Toll Free (800) 628-9696, ext. 7549 | Fax
971.321.6118 paul.kangas@standard.com | www.standard.com

-----Original Message-----
From: Dawn Schonberg
Sent: Monday, January 11, 2016 2:25 PM
To: Bob Black; Paul Kangas
Subject: RE: Coleman- Fir 00VW3181

Thank you! Paul - let me know if you need anything.

Dawn Schonberg | Senior Benefits Review Specialist Administrative Review Unit The Standard Standard Insurance
Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.8765 | Fax 971.321.5038 dawn.schonberg@standard.com |
www.standard.com

-----Original Message-----
From: Bob Black
Sent: Monday, January 11, 2016 2:23 PM
To: Paul Kangas
Cc: Dawn Schonberg
Subject: Coleman- Fir 00VW3181

Hi Paul,

I have transferred the case of BETHANY COLEMAN-FIR  (ARU)
00VW3181 to (please rush)    I'll drop this off soon. Thanks BB

**EXHIBIT 1**
**PART 1 of 2**
**Page 406 of 1248**

STND 18-03985-000406

From the desk of:
**Dawn Schonberg**
(971) 321-8765

1

# INITIAL ADMINISTRATIVE REVIEW UNIT CLAIM REVIEW

Date: _1/11/16_      Date of Decision Letter: _2/1/15_

Claimant: _Bethany Coleman - Fire_   Review Request Date: _12/28/15_

Group: _PSET on behalf of Davis Wright Tremaine_

Claim No. _VW3181_

LDW: _2/18/14_      Benefits from: _5/20/14 - 12/12/14_

Closure/Denial Reason: _own occ close_

Own Occupation: _Assoc Atty_

---

Special Circumstances:    Attorney Representation: _y_

Insurance Commissioner: _n_

Special Language (PERA, SC): _n_

State-Specific Language: _n_

SSDI awarded: _n_

---

Summary: _fed v MU in MVA 2/18/14_
_EES concussion, dep, anx, whiplash, post conc. synd_
_DOI 6/1/13 pre-ex 3/3/13 - 5/31/13_
_APS Uppal DN 12/31/14_
_concussion, MVA_
_vertigo, soft tissue, adj. react, anx/dep_
_convergence insufficiency_
_neuro ψ 5/4/15 (test 4/27)_
_prob w/ sustained / divided attn_
_speed of info processing_
_complex problem solving_

---

Claimant's Issues: _mult_
_new medical incl neuropsych_

**EXHIBIT 1**
**PART 1 of 2**
**Page 407 of 1248**

STND 18-03985-000407

From the desk of:
**Dawn Schonberg**
(971) 321-8765 ·

2

---

Medical Reviews Completed:     Julie 5/19/15

Syua 6/10/15

---

Alternative Occupations Identified:     n/a

---

Additional Information Needed:     Records:___n_____

Payroll:___n_____

Job Description:_n_____

Other:__n_____

---

Consultations Needed:     Medical:_y- neurology + neuropsych_

Vocational:___y_____

Legal:_____n_____

Other (CPA, SIU):___ь_____

---

Questions to Address:

✓ need aen occ incl cog demands

LFRs preclude FT ?

neuropsych appears to support PT ?

**EXHIBIT 1
PART 1 of 2
Page 408 of 1248**

STND 18-03985-000408

Contact:
Details:        ** S/A is asking for Neuro psych test evals. Need the mental health records released on the FSA.


Date:           07/08/2015 at 01:31:00
Contact:        RACHEL 494
Details:        ** Emailed PS1 to assist regarding the Unknown Source.


Date:           07/09/2015 at 11:26:00
Contact:
Details:        We will need the mental health section of the OHSU authorization initialed for release. Standard is asking for neuro psych testing and evaluations. Thank you


Date:           07/09/2015 at 01:30:00
Contact:
Details:        MAILING AUTHO AND LETTER TO PATIENT WITH ADDITIONAL INSTRUCTIONS A LETTER OF REP WAS SENT WITH REQUEST:


Date:           07/22/2015 at 11:13:00
Contact:
Details:        LEFT VOICEMAIL : : ** asking if the autho has been received Please complete and return to Release Point mental health needs to be marked for release on autho


Date:           07/24/2015 at 05:34:00
Contact:
Details:        MAILING REQUEST TO PATIENT TO HAVE FACILITY SPECIFIC AUTHORIZATION SIGNED AND RETURNED


Date:           08/03/2015 at 11:37:00
Contact:
Details:        LEFT VOICEMAIL : : ** asking if the autho has been received Please complete and return to Release Point


Date:           08/03/2015 at 01:20:00
Contact:
Details:        ** spoke to the patient she states we have a hole in our system she has already sent this autho back thre times she will resend with the mental healthe again


Date:           08/04/2015 at 05:22:00
Contact:
Details:        ** Let patient know that we did receive an autho to release mental health records under RP number 2185398 but it is dated 2/2015. We need the autho updated for currrent records.


Date:           08/06/2015 at 01:44:00
Contact:        BETHANY
Details:

**EXHIBIT 1**
**PART 1 of 2**
**Page 409 of 1248**
8/17/2015

STND 18-03985-000409

Case 3:18-cv-00180-SB    Document 19-1    Filed 10/11/18    Page 410 of 600

SPOKE TO BETHANY: : ** She is not in town at this time. She has the blank FSA and will complete and send asap.

Date:        08/14/2015 at 01:46:00
Contact:
Details:     ** Please be advised that we have sent the patient the authorization needed from the facility to process the records. We have been following up leaving messages with no response. Conflicting statements from the patient she sent the authorization several times, she never see the authorization, she has the blank authorization and will complete nothing in the Release Point system as of Friday August 14th Please advise.

Date:        08/14/2015 at 01:49:00
Contact:
Details:     EMAILED TO jyakymi@standard.com,kath.mcgrath@standard.com: REQUEST SUSPENDED ** Please be advised that we have sent the patient the authorization needed from the facility to process the records. We have been following up leaving messages with no response. Conflicting statements from the patient she sent the authorization several times, she never see the authorization, she has the blank authorization and will complete nothing in the Release Point system as of Friday August 14th Please advise.

**EXHIBIT 1**
**PART 1 of 2**
**Page 410 of 1248**
8/17/2015

STND 18-03985-000410

ReleasePoint - RPNet                                                    Page 1 of 2

· Home    Action    Support    Account

**RPNet Logout**

# Order Complete

**Your Weborder Transaction ID is: 2294836**

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

Name: Coleman-Fire , Bethany
DOB:
SSN:
Policy Num: 00VW3181 KM:Necole
Source Code:

Provider 1 : OHSU
Address: 3181 SW Sam Jackson Pk Rd
Portland , OR 97239
Phone: 503-494-6594
Record Range: Obtain records from 01/01/2015 to Present

( New Request (Retain Household Info/Policy Number) -> )    ( New Request (Clear All Previous Data) -> )    ( Order Additional Request(s) for This Patient )

Copyright 2014 ReleasePoint, Inc. All Rights Reserved.  |  Logout of RPNet

https://secure.releasepoint.com/rpnet/weborder/ordersubmit.cfm

**EXHIBIT 1**
**PART 1 of 2**
**Page 411 of 1248**
7/7/2015

STND 18-03985-000411

**Necole Suzuki**

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Wednesday, July 01, 2015 3:16 PM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Additional medical records from Dr. Stone |
| **Attachments:** | approval-closure letter.pdf |

Hi Bethany,

I have attached a copy of the letter.

Thanks,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Wednesday, July 01, 2015 11:32 AM
**To:** Necole Suzuki
**Subject:** Re: Additional medical records from Dr. Stone

Thanks. Also, is it possible for you to send me a PDF copy of the letter? I'm pretty distressed about the denial of coverage and would like to understand what precisely is going on.

Thanks,

B
On Wed, Jul 1, 2015 at 11:10 AM Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,


Thank you for sending your medical records from Dr. Stone, and for your voicemail.  We will also send a request to OHSU for a copy of the neuropsychological evaluation.  I will let you know if we encounter any difficulty getting the information released.


Thanks,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company

**EXHIBIT 1**
**PART 1 of 2**
**Page 412 of 1248**

STND 18-03985-000412



900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Wednesday, July 01, 2015 10:27 AM
**To:** Necole Suzuki
**Subject:** Additional medical records from Dr. Stone

Hi Necole -

Attached are the records from Dr. Stone. I'm sorry that I missed these on the initial round. It's challenging to keep track of everyone I've seen. Please let me know if you have any difficulty opening them, etc.  As I mentioned, I am out of town currently but will send you the OHSU records when I get home, assuming they have arrived.

Thanks,

B

--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 413 of 1248**

STND 18-03985-000413



The**Standard**°

July 1, 2015

Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211


Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance
Company (The Standard).  Your LTD claim has been approved with benefits payable through
December 12, 2014.  We would like to take this opportunity to explain how your benefits have
been calculated and how we determine the length of time benefits are payable.

In order to be eligible for LTD Benefits we must have satisfactory written Proof Of Loss
supporting that you are Disabled as defined by the Group Policy.  The Group Policy defines
Disability, in part, as follows:

*DEFINITION OF DISABILITY*

*You are Disabled if you meet one of the following definitions during the period it applies:*

    *A.  Own Occupation Definition of Disability; or*

    *C.  Partial Disability Definition.*

*A.*    *Own Occupation Definition of Disability*

    *During the Benefit Waiting Period and the Own Occupation Period you are required to
    be Disabled only from your Own Occupation.*

    *You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury,
    Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the
    Material Duties of your Own Occupation.*

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 414 of 1248**

STND 18-03985-000414

*Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.*

*During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See Return To Work Provisions and Deductible Income.*

*Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.*

*Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.*

C.    *Partial Disability Definition*

*During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you are working in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation.*

*Your Work Earnings may be Deductible Income.  See Return To Work Incentive and Deductible Income.*

Proof Of Loss and Documentation are defined by the Group Policy as follows:

*C. Proof Of Loss*

*Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.*

*For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.*

**EXHIBIT 1**
**PART 1 of 2**
**Page 415 of 1248**

STND 18-03985-000415

*D. Documentation*

*Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.*

Your LTD claim was reviewed to determine whether there is documentation to support that as a result of Physical Disease, Injury, Pregnancy or Mental Disorder you were unable to perform with reasonable continuity the Material Duties of your Own Occupation, or unable to earn 80% or more of your Indexed Predisability Earnings while working in your Own Occupation, from February 19, 2014 and continuing.

You indicated on your initial claim form that you were hit by a car while walking your dog on February 19, 2014. You reported that you were unable to work due to concussion, depression, anxiety, whiplash, and post-concussion syndrome. You described your symptoms as headaches, fatigue, neck and back pain, sleeplessness, and anxiety.

An Attending Physician Statement completed by Dr. Uppal, dated December 30, 2014, reflects a diagnosis of concussion and motor vehicle accident. Other diagnoses include anxiety and depression, vertigo, soft tissue injury, and adjustment reaction. Symptoms are described as memory and attention deficit, fatigue, and musculoskeletal complaints. Dr. Uppal noted that you could work with accommodations. He expected your impairment to last approximately three months, but possibly longer. He noted that you could work 75% of your normal workload and should be excused for physical therapy, office visits, and counseling, once or twice per week for the next three months.

In order to obtain a better understanding of your medical condition and any ongoing limitations or restrictions you may have, we requested copies of your medical records from Dr. Uppal, internal medicine; Dr. Chesnutt, sports medicine; Dr. Brown, neurologist; Dr. Ellison, neurologist; and Legacy Emanuel Hospital. Upon receipt of your medical records your claim file was referred to a Physician Consultant, board certified in psychiatry and neurology, for review and comment.

The medical records reflect that you consulted Dr. Uppal on February 20, 2014. You reported that you were walking your dog the prior evening and were hit by a car going full speed. You indicated that you hit your head on the windshield, flew 20 feet up in the air, and then fell on the pavement hitting your head again. You reported no loss of consciousness and were taken to Emanuel Hospital by EMT. It is noted that you suffered soft tissue injuries but no other injuries were found. A CT of the head was negative. You had myalgias which were generalized, and a laceration on your scalp. You also reported having vertigo and headache. You reported feeling sore everywhere with tightened muscles, and when you stood up, turned your head or moved, you had worsening vertigo with nausea. Dr. Uppal's assessment was concussion, vertigo, motor vehicle accident, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms.

**EXHIBIT 1**
**PART 1 of 2**
**Page 416 of 1248**

STND 18-03985-000416

4

You were prescribed Tylenol and Flexeril for myalgias and were referred for physical therapy and massage therapy.

Medical records from Dr. Ellison reflect that you were referred by Dr. Uppal for your complaints of headaches and dizziness, post concussion. You saw Dr. Ellison on March 3, 2014, and recounted the accident, indicating that you did not remember all of the events. Dr. Ellison commented that you may have had a short time out of consciousness. You reported that your vertigo was gone but you still woke a little dizzy. You indicated that your nausea was minimal. You reported persistent mild, dull headaches all of the time, but that you did not need medication for your headaches. You reported tingling and numbness in your cheek for the past four days, on and off. You indicated that physical therapy was helping with your cervical strain. You also reported feeling fatigued, sleeping a lot, and had not been back to work. Dr. Ellison noted that a CT of the brain was normal and C-spine x-rays were also normal. Dr. Ellison's impression was: post head trauma/post-concussion symptoms; posttraumatic headache; nausea, ongoing and mild; history of the ptosis, left eye, worse after the head trauma; cervical strain; right facial paresthesias, intermittent and mild. Dr. Ellison recommended a follow up in one month.

A physical therapy note, dated March 19, 2014, reflects that you reported intermittent dizziness and neck discomfort, which had been slowly improving. You indicated that you attempted to return to work the prior week but became dizzy and had increased headaches after only ten minutes. A follow-up physical therapy note, dated April 9, 2014, reflects that you were discharged from care as you had met your goals. The progress note reflects that your neck discomfort was intermittent and mild, and you had full range of motion in your cervical spine, with only slight discomfort produced. It is noted that you had dizziness with cervical flexion and mild hypertonicity in the left cervical paraspinals and right suboccipitals. It was noted that your vertigo had been eliminated, but you continued to have intermittent light-headedness and headaches, which was likely post-concussive. You reported that you had been back to work half-time, which was going okay. You indicated that you were still fatiguing easily, and had intermittent headaches and dizziness. It was recommended that you return to your sports medicine physician for follow-up.

Medical records from Dr. Brown reflect that you underwent vestibular testing on April 14, 2014, with normal results. There was no evidence of posttraumatic vestibulopathy or posttraumatic endolymphatic hydrops. Your hearing was also normal.

The next available medical records from Dr. Uppal is dated July 11, 2014, and reflects that you were seen for an annual physical exam. The review of systems was negative for myalgias or back pain, and positive for dizziness and depression. Dr. Uppal also noted your history of concussion and that your vertigo was due to the concussion. An examination of your back revealed normal range of motion and no tenderness. Dr. Uppal also noted that you were not nervous or anxious, and did not have insomnia.

Medical records from Dr. Chesnutt reflect that you first consulted him on September 9, 2014, for a concussion management plan. You reported suffering a head injury on February 19, 2014, when you were hit by a car while walking your dog. Your initial symptoms included neck pain,

**EXHIBIT 1**
**PART 1 of 2**
**Page 417 of 1248**

STND 18-03985-000417

headache, vertigo and dizziness. You reported that you attempted to return to work two weeks prior, but felt awful and went home. You felt nauseous, anxious, and fatigued while at work. You reported working about three hours each day for the past week. You were receiving massage therapy for neck issues. You reported that your daily function was mostly impacted by headaches, treated with massage and nonsteroidal anti-inflammatory drugs. You indicated that you had not received recent therapy for neck pain, and your dizziness and balance issues were episodic and mostly resolved. You reported still having issues with fatigue, some stress related dreams related to the accident, being more irritable, and feeling cognitively slow. You reported doing well working half-time. Dr. Chesnutt's assessment was post-concussion headache; cervical strain, initial encounter; and concussion. Dr. Chesnutt provided a referral for physical therapy and recommended that you take Aleve for pain and swelling.

You consulted Dr. Uppal on September 16, 2014, to follow up on your motor vehicle accident, headaches, and fatigue, and to discuss new medication. You indicated that you were followed by Dr. Chesnutt for post-concussion care, and were receiving physical therapy, occupational therapy, speech therapy, and massage therapy. You reported that craniosacral massage helped with your persistent headaches. You indicated that your headaches did not have any specific location and they were present almost daily. You indicated that Dr. Chesnutt mentioned that you should be on an antidepressant as your mood had been low, and you had reported frequent crying spells. You also reported gaining a significant amount of weight. Dr. Uppal's assessment was: reaction, adjustment, anxiety, and depressed mood; headache; neck muscle spasm; weight gain; and post-concussion syndrome. Dr. Uppal recommended that you seek counseling and he prescribed Cymbalta. You were to follow up in four weeks.

You followed up with Dr. Uppal on October 15, 2014. You reported that your mood had improved and you were able to work for a longer duration. You were exercising regularly, but still had episodes of tearfulness. You indicated that you had not been able to see a counselor, but were calling for an appointment. Dr. Uppal's assessment was adjustment reaction, and anxiety and depression, treated with Wellbutrin. You were to follow up in two months.

You followed up with Dr. Chesnutt on December 5, 2014, and reported that your headaches and neck pain were much better, but you were sore by the end of each workday. You reported that your vision was improving but your peripheral vision of the left eye was not as good. You reported less fatigue and that your sleep was generally good. Cognitively, you were doing well but still had some concentration and memory issues. Dr. Chesnutt's assessment was that your concussion was resolving slowly and you should continue with your current rehabilitation and restrictions. Dr. Chesnutt recommended a return visit if your symptoms worsened or failed to improve as anticipated.

You followed up with Dr. Uppal on December 12, 2014, for follow up on your medications. You reported feeling stable on your current medication and felt like you were closer to your baseline than you had been in the past. You reported being back at work, but that you had not made an appointment with a psychologist yet. You indicated that you had one meeting with a therapist but did not click. You continued to follow up with Dr. Chesnutt for post-concussion syndrome. Dr. Uppal noted that you had a normal mood and affect, and your behavior was normal. He advised

**EXHIBIT 1**
**PART 1 of 2**
**Page 418 of 1248**

STND 18-03985-000418

6

you again to follow up with a psychologist as this may help speed up your recovery. You were to follow up with Dr. Uppal as needed.

The most treat recent progress note from Dr. Uppal is dated March 2, 2015, and reflects that you reported that you had been working three quarters time. You indicated that you had been going to counseling for the past month, which had been helpful. You reported not feeling 100% and fatigued in the afternoons. You requested that Dr. Uppal complete paperwork to extend your part-time work. You reported that your prescription may have been interfering with your sleep and Dr. Uppal prescribed Trazodone. It is noted that you were to undergo neuropsychological testing the following month.

The most recent progress note from Dr. Chesnutt, dated March 3, 2015, reflects that you continued to report headaches. It was unclear whether the headaches were related to neck pain or fatigue. You reported that your neck pain improved with massage therapy once a week. You reported some sleep problems related to your medication, and cognitively felt like you were at 75% of baseline, and were not improving. You continued to work at a 75% schedule and were to be referred for a neuropsychological evaluation. Dr. Chesnutt's assessment was concussion, slow to resolve. You were to follow up if your symptoms worsened or failed to improve.

After reviewing the available medical records, the Physician Consultant indicated that the documentation supports that you were stable and closer back to baseline by December 2014. You continued to complain of slowed cognitive processing and were continuing to work at a three-quarter time schedule as an attorney. The Physician Consultant commented that neuropsychological testing had been ordered and recommended that we obtain copies of the testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that you became significantly depressed and anxious September 2014 which may have contributed to your inability to return to full-time work.

In summary, the information in your claim file supports that ceased work after being struck by a car on February 18, 2014. You were diagnosed with a concussion and also suffered from vertigo, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms. You had an unsuccessful attempt to return to work in April and May 2014 and ceased all work activity again as of May 15, 2014. You were able to return to part-time work as of August 4, 2014, and increased your work schedule to 75% of your full-time schedule.

You notified The Standard that you recently underwent a neuropsychological evaluation and the results of this evaluation supported that you should decrease your work activity to a 60% of full-time schedule. A copy of this neuropsychological evaluation has not been provided.

Available medical information was reviewed by a Physician Consultant who concluded that the documentation supports that you were stable and closer back to baseline by December 2014. The Physician Consultant recommended that we obtain copies of your neuropsychological testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that you became significantly depressed and

**EXHIBIT 1**
**PART 1 of 2**
**Page 419 of 1248**

STND 18-03985-000419

anxious September 2014, which may have contributed to your inability to return to full-time work.

In order to be eligible for LTD benefits you must be Disabled under the terms of the Group Policy. Therefore, as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, you must be unable to perform with reasonable continuity the Material Duties of your Own Occupation; or as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, you must be unable to earn 80% or more of your Indexed Predisability Earnings while working in your Own Occupation.

Without a copy of your recent neuropsychological evaluation supporting ongoing cognitive impairment, or medical records documenting that your depression and anxiety persisted beyond December 12, 2014, we do not have satisfactory written Proof Of Loss to support that you remain Disabled after your December 12, 2014 medical appointment with Dr. Uppal, at which point you were documented to be stable and closer to baseline.

Based on the information in your claim file we have concluded that you met the Definition of Disability as of February 19, 2014, and the documentation supports that you remained Disabled through December 12, 2014. As such, your LTD claim has been approved with benefits payable through December 12, 2014.

Benefits become payable after you have served a Benefit Waiting Period of 90 days. We have established February 19, 2014 as the date of Disability for your claim. Therefore, benefits became payable as of May 20, 2014.

Your LTD Benefit is 60% of your Predisability Earnings, reduced by Deductible Income described in the Group Policy. Your Predisability Earnings were $9,791.68 (semi-monthly salary of $4,895.84 x 2); therefore, your Maximum LTD Benefit is $5,875.01 per month.

Information in your claim file reflects that you received salary continuation from your employer through July 31, 2014. This is considered Deductible Income and your LTD Benefit has been reduced by salary continuation paid to you through July 31, 2014.

Information in the claim file also reflects that you returned to part time work as of August 4, 2014. Work Earnings are considered Deductible Income, and LTD Benefits are reduced by your Work Earnings according to the formula described in the Group Policy.

A check has been issued to you under separate cover in the amount of $15,038.11, for LTD Benefits due to you from May 20, 2014 through December 12, 2014.

Information in your claim file reflects that your employer paid your LTD premiums; therefore, your LTD Benefit is 100% taxable.

The Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Group Life Insurance Policy provides a benefit that continues your group life insurance without payment of

**EXHIBIT 1**
**PART 1 of 2**
**Page 420 of 1248**

STND 18-03985-000420

premium provided you meet the eligibility requirements.  You must be unable to perform with reasonable continuity the material duties of any gainful occupation for which you are reasonably fitted by education, training and experience.  We have determined that you do not qualify for this benefit beyond December 12, 2014, as we do not have documentation to support that medical condition prevents you from being gainfully employed.  Please contact your employer to ensure that premium payments are made to continue this insurance coverage.

Your LTD claim has closed with our payment to you through December 12, 2014.  If you want us to review the claim and this decision you must send us a written request within 180 days after you receive this letter. If you request a review, you will have the right to submit additional information in connection with the claim. Additional information that would be helpful for the review of your claim includes a copy of the neuropsychological testing report and therapy/counseling records supporting that you remain Disabled beyond December 12, 2014. Please include any such new information along with the request for review.

If you request a review, it will be conducted by an individual who was not involved in the original decision. If necessary, the person conducting the review will consult with a medical professional with regard to the claim. The medical professional will be someone who was not previously consulted in connection with the claim. The review would be completed within 45 days after we receive your request unless circumstances beyond our control require an extension of an additional 45 days.

If you request a review and the decision to deny this claim is upheld, you will have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We want you to know that upon further investigation, other valid reasons for limiting or denying this claim, which have not been previously considered, could come to our attention. Therefore, The Standard reserves the right to consider and assert other reasons for limitation or denial of this claim should they occur in the future.

Please consult the Certificate of Insurance or Summary Plan document for a complete description of your rights under the terms of the Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Group Policy.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Suzuki, FLHC—
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

**EXHIBIT 1**
**PART 1 of 2**
**Page 421 of 1248**

STND 18-03985-000421

 

## Necole Suzuki

**From:** Necole Suzuki
**Sent:** Wednesday, July 01, 2015 11:10 AM
**To:** 'Bethany Coleman-Fire'
**Subject:** RE: Additional medical records from Dr. Stone

Hi Bethany,

Thank you for sending your medical records from Dr. Stone, and for your voicemail.  We will also send a request to OHSU for a copy of the neuropsychological evaluation.  I will let you know if we encounter any difficulty getting the information released.

Thanks,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Wednesday, July 01, 2015 10:27 AM
**To:** Necole Suzuki
**Subject:** Additional medical records from Dr. Stone

Hi Necole -

Attached are the records from Dr. Stone. I'm sorry that I missed these on the initial round. It's challenging to keep track of everyone I've seen. Please let me know if you have any difficulty opening them, etc.  As I mentioned, I am out of town currently but will send you the OHSU records when I get home, assuming they have arrived.

Thanks,

B


--
Bethany Coleman-Fire
503-317-3898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 422 of 1248**

STND 18-03985-000422

 

From the desk of: Necole Suzuki                                          7/1/2015 11:17 AM

Re: BETHANY COLEMAN-FIRE              Policyholder: PROFESSIONAL SERVICES EMPLOYER
Member SS#: xxx-xx-xxxx                      Group ID#: 10010415
Claim #: 00VW3181                             Policy #: 445474

Voicemail from Ms. Coleman-Fire. She indicated that I did not need to return her call. She asked that I email her to confirm receipt of her voicemail.

Ms. Coleman-Fire said that since she is of town she would like us to contact OHSU directly for the neuropsychological evaluation. An authorization should be on file already for OHSU. She also asked that I confirm receipt of the records she emailed over from Dr. Stone.

Page 1 of 1

Signed _____  **EXHIBIT 1**
                                   **PART 1 of 2**
                                   **Page 423 of 1248**

THE STANDARD



From the desk of: Necole Suzuki                                           7/1/2015 10:18 AM

          Re: BETHANY COLEMAN-FIRE          Policyholder: PROFESSIONAL SERVICES EMPLOYER
Member SS#: xxx-xx-xxxx                     Group ID#: 10010415
     Claim #: 00VW3181                      Policy #: 445474

Telephone call to Ms. Coleman-Fire. I told her that we completed the review of her claim and have determined that benefits are payable through December 12, 2014. I explained that a detailed letter will be sent today explaining the decision.

Ms. Coleman-Fire asked if we could talk about why the claim was not accepted beyond December 12, 2014. I explained to her that medical records from Dr. Uppal reflect that she was close to baseline by December 12, 2014, although she continued to complain of some cognitive impairment. I explained that we have not received a copy of the neuropsychological testing that would potentially support her cognitive impairment beyond December 12, 2014.

Ms. Coleman-Fire indicated that she is out of town but when she returns home she will follow up on the neuropsychological testing reports and provide us a copy. She also indicated that she realizes that she did not send her medical records from her neuro-optometrist. She will obtain these records and send them to us when she returns home.

I told Ms. Coleman-Fire that a check was issued to her today, and I asked her to call me if she has any questions after she receives and reviews my letter.

Page 1 of 1                                              Signed _____    **EXHIBIT 1**
                                                                                     **PART 1 of 2**
                                                                                     **Page 424 of 1248**
                    THE STANDARD




TheStandard®

July 1, 2015

Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211

Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance Company (The Standard).  Your LTD claim has been approved with benefits payable through December 12, 2014.  We would like to take this opportunity to explain how your benefits have been calculated and how we determine the length of time benefits are payable.

In order to be eligible for LTD Benefits we must have satisfactory written Proof Of Loss supporting that you are Disabled as defined by the Group Policy.  The Group Policy defines Disability, in part, as follows:

*DEFINITION OF DISABILITY*

*You are Disabled if you meet one of the following definitions during the period it applies:*

    *A.  Own Occupation Definition of Disability; or*

    *C.  Partial Disability Definition.*

*A.*    *Own Occupation Definition of Disability*

    *During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.*

    *You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.*

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

*Open/close 1hr*

**EXHIBIT 1**
**PART 1 of 2**
**Page 425 of 1248**

STND 18-03985-000425



*Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.*

*During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.*

*Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.*

*Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.*

C.    *Partial Disability Definition*

*During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you are working in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation.*

*Your Work Earnings may be Deductible Income. See **Return To Work Incentive** and **Deductible Income**.*

Proof Of Loss and Documentation are defined by the Group Policy as follows:

*C. Proof Of Loss*

*Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.*

*For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.*

**EXHIBIT 1**
**PART 1 of 2**
**Page 426 of 1248**

*D. Documentation*

*Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.*

Your LTD claim was reviewed to determine whether there is documentation to support that as a result of Physical Disease, Injury, Pregnancy or Mental Disorder you were unable to perform with reasonable continuity the Material Duties of your Own Occupation, or unable to earn 80% or more of your Indexed Predisability Earnings while working in your Own Occupation, from February 19, 2014 and continuing.

You indicated on your initial claim form that you were hit by a car while walking your dog on February 19, 2014. You reported that you were unable to work due to concussion, depression, anxiety, whiplash, and post-concussion syndrome. You described your symptoms as headaches, fatigue, neck and back pain, sleeplessness, and anxiety.

An Attending Physician Statement completed by Dr. Uppal, dated December 30, 2014, reflects a diagnosis of concussion and motor vehicle accident. Other diagnoses include anxiety and depression, vertigo, soft tissue injury, and adjustment reaction. Symptoms are described as memory and attention deficit, fatigue, and musculoskeletal complaints. Dr. Uppal noted that you could work with accommodations. He expected your impairment to last approximately three months, but possibly longer. He noted that you could work 75% of your normal workload and should be excused for physical therapy, office visits, and counseling, once or twice per week for the next three months.

In order to obtain a better understanding of your medical condition and any ongoing limitations or restrictions you may have, we requested copies of your medical records from Dr. Uppal, internal medicine; Dr. Chesnutt, sports medicine; Dr. Brown, neurologist; Dr. Ellison, neurologist; and Legacy Emanuel Hospital. Upon receipt of your medical records your claim file was referred to a Physician Consultant, board certified in psychiatry and neurology, for review and comment.

The medical records reflect that you consulted Dr. Uppal on February 20, 2014. You reported that you were walking your dog the prior evening and were hit by a car going full speed. You indicated that you hit your head on the windshield, flew 20 feet up in the air, and then fell on the pavement hitting your head again. You reported no loss of consciousness and were taken to Emanuel Hospital by EMT. It is noted that you suffered soft tissue injuries but no other injuries were found. A CT of the head was negative. You had myalgias which were generalized, and a laceration on your scalp. You also reported having vertigo and headache. You reported feeling sore everywhere with tightened muscles, and when you stood up, turned your head or moved, you had worsening vertigo with nausea. Dr. Uppal's assessment was concussion, vertigo, motor vehicle accident, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms.

**EXHIBIT 1**
**PART 1 of 2**
**Page 427 of 1248**

STND 18-03985-000427



4

You were prescribed Tylenol and Flexeril for myalgias and were referred for physical therapy and massage therapy.

Medical records from Dr. Ellison reflect that you were referred by Dr. Uppal for your complaints of headaches and dizziness, post concussion.  You saw Dr. Ellison on March 3, 2014, and recounted the accident, indicating that you did not remember all of the events. Dr. Ellison commented that you may have had a short time out of consciousness. You reported that your vertigo was gone but you still woke a little dizzy. You indicated that your nausea was minimal. You reported persistent mild, dull headaches all of the time, but that you did not need medication for your headaches. You reported tingling and numbness in your cheek for the past four days, on and off. You indicated that physical therapy was helping with your cervical strain. You also reported feeling fatigued, sleeping a lot, and had not been back to work. Dr. Ellison noted that a CT of the brain was normal and C-spine x-rays were also normal. Dr. Ellison's impression was: post head trauma/post-concussion symptoms; posttraumatic headache; nausea, ongoing and mild; history of the ptosis, left eye, worse after the head trauma; cervical strain; right facial paresthesias, intermittent and mild. Dr. Ellison recommended a follow up in one month.

A physical therapy note, dated March 19, 2014, reflects that you reported intermittent dizziness and neck discomfort, which had been slowly improving.  You indicated that you attempted to return to work the prior week but became dizzy and had increased headaches after only ten minutes. A follow-up physical therapy note, dated April 9, 2014, reflects that you were discharged from care as you had met your goals. The progress note reflects that your neck discomfort was intermittent and mild, and you had full range of motion in your cervical spine, with only slight discomfort produced. It is noted that you had dizziness with cervical flexion and mild hypertonicity in the left cervical paraspinals and right suboccipitals. It was noted that your vertigo had been eliminated, but you continued to have intermittent light-headedness and headaches, which was likely post-concussive. You reported that you had been back to work half-time, which was going okay. You indicated that you were still fatiguing easily, and had intermittent headaches and dizziness. It was recommended that you return to your sports medicine physician for follow-up.

Medical records from Dr. Brown reflect that you underwent vestibular testing on April 14, 2014, with normal results. There was no evidence of posttraumatic vestibulopathy or posttraumatic endolymphatic hydrops. Your hearing was also normal.

The next available medical records from Dr. Uppal is dated July 11, 2014, and reflects that you were seen for an annual physical exam. The review of systems was negative for myalgias or back pain, and positive for dizziness and depression. Dr. Uppal also noted your history of concussion and that your vertigo was due to the concussion. An examination of your back revealed normal range of motion and no tenderness.  Dr. Uppal also noted that you were not nervous or anxious, and did not have insomnia.

Medical records from Dr. Chesnutt reflect that you first consulted him on September 9, 2014, for a concussion management plan. You reported suffering a head injury on February 19, 2014, when you were hit by a car while walking your dog. Your initial symptoms included neck pain,

**EXHIBIT 1**
**PART 1 of 2**
**Page 428 of 1248**

STND 18-03985-000428

5

headache, vertigo and dizziness. You reported that you attempted to return to work two weeks prior, but felt awful and went home. You felt nauseous, anxious, and fatigued while at work. You reported working about three hours each day for the past week. You were receiving massage therapy for neck issues. You reported that your daily function was mostly impacted by headaches, treated with massage and nonsteroidal anti-inflammatory drugs. You indicated that you had not received recent therapy for neck pain, and your dizziness and balance issues were episodic and mostly resolved. You reported still having issues with fatigue, some stress related dreams related to the accident, being more irritable, and feeling cognitively slow. You reported doing well working half-time. Dr. Chesnutt's assessment was post-concussion headache; cervical strain, initial encounter; and concussion. Dr. Chesnutt provided a referral for physical therapy and recommended that you take Aleve for pain and swelling.

You consulted Dr. Uppal on September 16, 2014, to follow up on your motor vehicle accident, headaches, and fatigue, and to discuss new medication. You indicated that you were followed by Dr. Chesnutt for post-concussion care, and were receiving physical therapy, occupational therapy, speech therapy, and massage therapy. You reported that craniosacral massage helped with your persistent headaches. You indicated that your headaches did not have any specific location and they were present almost daily. You indicated that Dr. Chesnutt mentioned that you should be on an antidepressant as your mood had been low, and you had reported frequent crying spells. You also reported gaining a significant amount of weight. Dr. Uppal's assessment was: reaction, adjustment, anxiety, and depressed mood; headache; neck muscle spasm; weight gain; and post-concussion syndrome. Dr. Uppal recommended that you seek counseling and he prescribed Cymbalta. You were to follow up in four weeks.

You followed up with Dr. Uppal on October 15, 2014. You reported that your mood had improved and you were able to work for a longer duration. You were exercising regularly, but still had episodes of tearfulness. You indicated that you had not been able to see a counselor, but were calling for an appointment. Dr. Uppal's assessment was adjustment reaction, and anxiety and depression, treated with Wellbutrin. You were to follow up in two months.

You followed up with Dr. Chesnutt on December 5, 2014, and reported that your headaches and neck pain were much better, but you were sore by the end of each workday. You reported that your vision was improving but your peripheral vision of the left eye was not as good. You reported less fatigue and that your sleep was generally good. Cognitively, you were doing well but still had some concentration and memory issues. Dr. Chesnutt's assessment was that your concussion was resolving slowly and you should continue with your current rehabilitation and restrictions. Dr. Chesnutt recommended a return visit if your symptoms worsened or failed to improve as anticipated.

You followed up with Dr. Uppal on December 12, 2014, for follow up on your medications. You reported feeling stable on your current medication and felt like you were closer to your baseline than you had been in the past. You reported being back at work, but that you had not made an appointment with a psychologist yet. You indicated that you had one meeting with a therapist but did not click. You continued to follow up with Dr. Chesnutt for post-concussion syndrome. Dr. Uppal noted that you had a normal mood and affect, and your behavior was normal. He advised

**EXHIBIT 1**
**PART 1 of 2**
**Page 429 of 1248**

STND 18-03985-000429

 
you again to follow up with a psychologist as this may help speed up your recovery. You were to follow up with Dr. Uppal as needed.

The most treat recent progress note from Dr. Uppal is dated March 2, 2015, and reflects that you reported that you had been working three quarters time. You indicated that you had been going to counseling for the past month, which had been helpful. You reported not feeling 100% and fatigued in the afternoons. You requested that Dr. Uppal complete paperwork to extend your part-time work. You reported that your prescription may have been interfering with your sleep and Dr. Uppal prescribed Trazodone. It is noted that you were to undergo neuropsychological testing the following month.

The most recent progress note from Dr. Chesnutt, dated March 3, 2015, reflects that you continued to report headaches. It was unclear whether the headaches were related to neck pain or fatigue. You reported that your neck pain improved with massage therapy once a week. You reported some sleep problems related to your medication, and cognitively felt like you were at 75% of baseline, and were not improving. You continued to work at a 75% schedule and were to be referred for a neuropsychological evaluation. Dr. Chesnutt's assessment was concussion, slow to resolve. You were to follow up if your symptoms worsened or failed to improve.

After reviewing the available medical records, the Physician Consultant indicated that the documentation supports that you were stable and closer back to baseline by December 2014. You continued to complain of slowed cognitive processing and were continuing to work at a three-quarter time schedule as an attorney. The Physician Consultant commented that neuropsychological testing had been ordered and recommended that we obtain copies of the testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that you became significantly depressed and anxious September 2014 which may have contributed to your inability to return to full-time work.

In summary, the information in your claim file supports that ceased work after being struck by a car on February 18, 2014. You were diagnosed with a concussion and also suffered from vertigo, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms. You had an unsuccessful attempt to return to work in April and May 2014 and ceased all work activity again as of May 15, 2014. You were able to return to part-time work as of August 4, 2014, and increased your work schedule to 75% of your full-time schedule.

You notified The Standard that you recently underwent a neuropsychological evaluation and the results of this evaluation supported that you should decrease your work activity to a 60% of full-time schedule. A copy of this neuropsychological evaluation has not been provided.

Available medical information was reviewed by a Physician Consultant who concluded that the documentation supports that you were stable and closer back to baseline by December 2014. The Physician Consultant recommended that we obtain copies of your neuropsychological testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that you became significantly depressed and

**EXHIBIT 1**
**PART 1 of 2**
**Page 430 of 1248**

STND 18-03985-000430

anxious September 2014, which may have contributed to your inability to return to full-time work.

In order to be eligible for LTD benefits you must be Disabled under the terms of the Group Policy. Therefore, as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, you must be unable to perform with reasonable continuity the Material Duties of your Own Occupation; or as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, you must be unable to earn 80% or more of your Indexed Predisability Earnings while working in your Own Occupation.

Without a copy of your recent neuropsychological evaluation supporting ongoing cognitive impairment, or medical records documenting that your depression and anxiety persisted beyond December 12, 2014, we do not have satisfactory written Proof Of Loss to support that you remain Disabled after your December 12, 2014 medical appointment with Dr. Uppal, at which point you were documented to be stable and closer to baseline.

Based on the information in your claim file we have concluded that you met the Definition of Disability as of February 19, 2014, and the documentation supports that you remained Disabled through December 12, 2014. As such, your LTD claim has been approved with benefits payable through December 12, 2014.

Benefits become payable after you have served a Benefit Waiting Period of 90 days. We have established February 19, 2014 as the date of Disability for your claim. Therefore, benefits became payable as of May 20, 2014.

Your LTD Benefit is 60% of your Predisability Earnings, reduced by Deductible Income described in the Group Policy. Your Predisability Earnings were $9,791.68 (semi-monthly salary of $4,895.84 x 2); therefore, your Maximum LTD Benefit is $5,875.01 per month.

Information in your claim file reflects that you received salary continuation from your employer through July 31, 2014. This is considered Deductible Income and your LTD Benefit has been reduced by salary continuation paid to you through July 31, 2014.

Information in the claim file also reflects that you returned to part time work as of August 4, 2014. Work Earnings are considered Deductible Income, and LTD Benefits are reduced by your Work Earnings according to the formula described in the Group Policy.

A check has been issued to you under separate cover in the amount of $15,038.11, for LTD Benefits due to you from May 20, 2014 through December 12, 2014.

Information in your claim file reflects that your employer paid your LTD premiums; therefore, your LTD Benefit is 100% taxable.

The Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Group Life Insurance Policy provides a benefit that continues your group life insurance without payment of

**EXHIBIT 1**
**PART 1 of 2**
**Page 431 of 1248**

STND 18-03985-000431



8

premium provided you meet the eligibility requirements. You must be unable to perform with reasonable continuity the material duties of any gainful occupation for which you are reasonably fitted by education, training and experience. We have determined that you do not qualify for this benefit beyond December 12, 2014, as we do not have documentation to support that medical condition prevents you from being gainfully employed. Please contact your employer to ensure that premium payments are made to continue this insurance coverage.

Your LTD claim has closed with our payment to you through December 12, 2014. If you want us to review the claim and this decision you must send us a written request within 180 days after you receive this letter. If you request a review, you will have the right to submit additional information in connection with the claim. Additional information that would be helpful for the review of your claim includes a copy of the neuropsychological testing report and therapy/counseling records supporting that you remain Disabled beyond December 12, 2014. Please include any such new information along with the request for review.

If you request a review, it will be conducted by an individual who was not involved in the original decision. If necessary, the person conducting the review will consult with a medical professional with regard to the claim. The medical professional will be someone who was not previously consulted in connection with the claim. The review would be completed within 45 days after we receive your request unless circumstances beyond our control require an extension of an additional 45 days.

If you request a review and the decision to deny this claim is upheld, you will have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We want you to know that upon further investigation, other valid reasons for limiting or denying this claim, which have not been previously considered, could come to our attention. Therefore, The Standard reserves the right to consider and assert other reasons for limitation or denial of this claim should they occur in the future.

Please consult the Certificate of Insurance or Summary Plan document for a complete description of your rights under the terms of the Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP Group Policy.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

**EXHIBIT 1**
**PART 1 of 2**
**Page 432 of 1248**

 

LT.WP.OT.1

## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

1. If you cease to be a Member because of a covered Disability following the Benefit Waiting Period, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2. If your insurance ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

3. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

4. If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

   a. If you become insured again within 90 days.

   b. If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

6. In no event will insurance be retroactive.

LT.RE.OT.2

## DEFINITION OF DISABILITY

You are Disabled if you meet one of the following definitions during the period it applies:

   A. Own Occupation Definition Of Disability;

   B. Any Occupation Definition Of Disability; or

   C. Partial Disability Definition.

A. Own Occupation Definition Of Disability

   During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

   You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

   Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

   During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings.

**EXHIBIT 1**
**PART 1 of 2**
**Page 433 of 1248**

STND 18-03985-000433



Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.

B.  Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 60% of your Indexed Predisability Earnings within twelve months following your return to work, regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

C.  Partial Disability Definition

During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you work in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation.

Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

(OR DEF_OWN_ANY_NO 40)   LT.DD.OT.1

## RETURN TO WORK PROVISIONS

A.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive changes 24 months after that date, as follows:

1.  During the first 24 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

4454744
**EXHIBIT 1
PART 1 of 2
Page 434 of 1248**

STND 18-03985-000434

     a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

     b. Determine 100% of your Indexed Predisability Earnings.

     c. If a. is greater than b., the difference will be Deductible Income.

2. After those first 24 months, 50% of your Work Earnings will be Deductible Income.

B. Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1. Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2. Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings. During the Any Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 60% of your Indexed Predisability Earnings.

C. Family Care Expenses Adjustment

If you must pay Family Care Expenses in order to work, we will reduce the amount of the Work Earnings used in determining your Deductible Income, subject to the following:

1. Your Work Earnings will be reduced by the first $300 per Family Member of the monthly Family Care Expenses you pay, but not to exceed a total of $600 for all Family Members.

2. The Work Earnings and the Family Care Expenses must be for the same period.

3. You must give us satisfactory proof of the Family Care Expenses you pay.

4. The Work Earnings reduction by Family Care Expenses will end 24 months after it begins.

Family Care Expenses means the amount you pay to a licensed care provider for the care of your Family which is necessary in order for you to work.

Family Member means:

1. Your Child; or

2. Your Spouse, parent, grandparent, sibling, or other close family member residing in your home who is:

**EXHIBIT 1**
4454741
**PART 1 of 2**
**Page 435 of 1248**

STND 18-03985-000435



# DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income,** Deductible Income means:

1. Sick pay, annual or personal leave pay, severance pay, or other salary continuation, including donated amounts, (but not vacation pay) paid to you by your Employer, if it exceeds the amount found in a., b., and c.

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your sick pay or other salary continuation to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. Your Work Earnings, as described in the **Return To Work Provisions.**

3. Any amount you receive or are eligible to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

   a. A workers' compensation law;

   b. The Jones Act;

   c. Maritime Doctrine of Maintenance, Wages, or Cure;

   d. Longshoremen's and Harbor Worker's Act; or

   e. Any similar act or law.

4. Any amount you, your Spouse, or your child under age 18 receive or are eligible to receive because of your disability or retirement under:

   a. The Federal Social Security Act;

   b. The Canada Pension Plan;

   c. The Quebec Pension Plan;

   d. The Railroad Retirement Act; or

   e. Any similar plan or act.

   Full offset: Both the primary benefit (the benefit awarded to you) and dependents benefit are Deductible Income.

   Benefits your Spouse or a child receives or are eligible to receive because of your disability are Deductible Income regardless of marital status, custody, or place of residence. The term "child" has the meaning given in the applicable plan or act.

5. Any amount you receive or are eligible to receive because of your disability under any state disability income benefit law or similar law.

6. Any amount you receive or are eligible to receive because of your disability under another group insurance coverage.

7. Any disability or retirement benefits you receive under your Employer's retirement plan.

8. Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while LTD Benefits are payable.

9. Any amount you receive or are eligible to receive under any unemployment compensation law or similar act or law.

10. Any amount you receive or are eligible to receive from or on behalf of a third party because of your disability, whether by judgment, settlement or other method. If you notify us before filing suit or

STND 18-03985-000436

settling your claim against such third party, the amount used as Deductible Income will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees.

11. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

<div align="right">(CA DOM_NO OTHR OFFST_PRIV_WITH 3RD)    LT.DI.OT.1</div>

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Benefits from any individual disability insurance policy.

5. Early retirement benefits under the Federal Social Security Act which are not actually received.

6. Group credit or mortgage disability insurance benefits.

7. Accelerated death benefits paid under a life insurance policy.

8. Benefits from the following:

   a. Profit sharing plan.

   b. Thrift or savings plan.

   c. Deferred compensation plan.

   d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

   e. Individual Retirement Account (IRA).

   f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

   g. Stock ownership plan.

   h. Keogh (HR-10) plan.

9. The following amounts under your Employer's retirement plan:

   a. A lump sum distribution of your entire interest in the plan.

   b. Any amount which is attributable to your contributions to the plan.

   c. Any amount you could have received upon termination of employment without being disabled or retired.

<div align="right">(PRIV_NO OTHR OFFST)    LT.ED.OT.1</div>

## RULES FOR DEDUCTIBLE INCOME

A. Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

<div align="right">445474-<br>**EXHIBIT 1**<br>**PART 1 of 2**<br>**Page 437 of 1248**</div>

STND 18-03985-000437

 

B. Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be eligible. We may ask for written documentation of your pursuit of Deductible Income. You must provide it within 60 days after we mail you our request. Otherwise, we may reduce your LTD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

C. Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable. You must notify us of the amount of the Deductible Income when it is approved. You must repay us for the resulting overpayment of your claim.

D. Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by us. You must immediately repay us. You will not receive any LTD Benefits until we have been repaid in full. In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment. We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

<div align="right">LT.RU.OT.1</div>

## SUBROGATION

If LTD Benefits are paid or payable to you under the Group Policy as the result of any act or omission of a third party, we will be subrogated to all rights of recovery you may have in respect to such act or omission. You must execute and deliver to us such instruments and papers as may be required and do whatever else is needed to secure such rights. You must avoid doing anything that would prejudice our rights of subrogation.

If you notify us before filing suit or settling your claim against such third party, the amount to which we are subrogated will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees. If suit or action is filed, we may record a notice of payments of LTD Benefits, and such notice shall constitute a lien on any judgment recovered.

If you or your legal representative fail to bring suit or action promptly against such third party, we may institute such suit or action in our name or in your name. We are entitled to retain from any judgment recovered the amount of LTD Benefits paid or to be paid to you or on your behalf, together with our costs of recovery, including attorney fees. The remainder of such recovery, if any, shall be paid to you or as the court may direct.

<div align="right">LT.SG.OT.1</div>

## ADDITIONAL BENEFITS FOR THE SEVERELY DISABLED

A. Assisted Living Benefit

If you meet the requirements in 1 through 3 below, we will pay Assisted Living Benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

Assisted Living Benefit Requirements

1. You are Disabled and LTD Benefits are payable to you.

2. While you are Disabled:

   a. You, due to loss of functional capacity as a result of Physical Disease or Injury, become unable to safely and completely perform two or more Activities Of Daily Living without Hands-on Assistance or Standby Assistance; or

<div align="right">

4454741.1

**EXHIBIT 1**
**PART 1 of 2**
**Page 438 of 1248**

STND 18-03985-000438
</div>

 

# CLAIMS

A. Filing A Claim

Claims should be filed on our forms. If we do not provide our forms within 15 days after they are requested, you may submit your claim in a letter to us. The letter should include the date disability began, and the cause and nature of the disability.

B. Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period. If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period. If Proof Of Loss is filed outside these time limits, your claim will be denied. These limits will not apply while you lack legal capacity.

C. Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.

D. Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

E. Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice. We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

F. Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them. LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

G. Notice Of Decision On Claim

We will evaluate your claim promptly after you file it. Within 45 days after we receive your claim we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days. Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days. If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

STND 18-03985-000439

 

## New Claim Decision

| Claimant name: | Bethany Coleman-Fire | Claim number 00VW3181 |
|---|---|---|

| Analyst Recommendation: | ☐ Approve | x Pay/Close | ☐ Denial |
|---|---|---|---|

| **Claimant Overview:**<br>(Include: Age; Sex; Dates of claimed disability; Diagnosis.) | 31 year old female associate attorney who ceased work February 18, 2014, and was struck by a car on February 19, 2014. Dx: concussion, depression, anxiety, whiplash, and post-concussion syndrome. Disability Date: February 19, 2014. |
|---|---|

| **Coverage Features:**<br><br><br>Include: Any pre-ex issues or other coverage details requiring further explanation | Date of Hire: 6/1/13<br>Insurance Effective Date: 6/1/13<br><br>.<br>No<br><br>Preex: 90/12. Preex investigation **did not reveal** that Ms. Coleman-Fire's Disability was caused or contributed to by a Preexisting Condition. | If contributory coverage:<br>EOI required?   Yes   No<br>Life:   Yes   No   N/A<br>Rescission Investigation required?   Yes |
|---|---|---|

| **Vocational:**<br>(Summarize specific material duties relevant to claimed impairment. Include other vocational factors impacting decision, if appropriate.) | Ms. Coleman-Fire attempted to return to part time work in April and May 2014, but ceased all work activity by May 14, 2014. She has been consistently working in a part time capacity since August 4, 2014. |
|---|---|

| **Medical:**<br>(Summarize the claimants reported symptoms, key facts, and conclusions considered in your assessment of the claimant's limitations and restrictions. Address competency issues.) | Ms. Coleman-Fire indicated on her initial claim form that she was hit by a car while walking her dog on February 19, 2014. She reported that she was unable to work due to concussion, depression, anxiety, whiplash, and post-concussion syndrome. She described her symptoms as headaches, fatigue, neck and back pain, sleeplessness, and anxiety.<br><br>And Attending Physician Statement completed by Dr. Uppal, dated December 30, 2014, reflects a diagnosis of concussion and motor vehicle accident. Other diagnoses include anxiety and depression, vertigo, soft tissue injury, and adjustment reaction. Symptoms are described as memory and attention deficit, fatigue, and musculoskeletal complaints. Dr. Uppal noted that Ms. Coleman-Fire could work with accommodations. He expected her impairment to last approximately 3 months, but possibly longer. He noted that Ms. Coleman-Fire could work 75% of her normal workload and should be excused for physical therapy, office visits, and counseling, once or twice per week for the next three months.<br><br>In order to obtain a better understanding of Ms. Coleman-Fire's medical condition and any ongoing limitations or restrictions she may have, we requested copies of her medical records from Dr. Uppal, internal medicine; Dr. Chesnutt, sports medicine; Dr. Brown, neurologist; Dr. Ellison, neurologist; and Legacy Emanuel Hospital. Upon receipt of Ms. Coleman-Fire's medical records her claim file was referred to a Physician Consultant, board certified in psychiatry and neurology, for review and comment.<br><br>The medical records reflect that Ms. Coleman-Fire consulted Dr. Uppal on February 20, 2014. She reported that she was walking her dog the prior evening and was hit by a car going full speed. She indicated that she hit her head on the windshield, flew 20 feet up in the air, and then fell on the pavement hitting her head again. She reported no loss of consciousness and was taken to Emanuel Hospital by EMT. It is noted that Ms. Coleman-Fire suffered soft tissue injuries but no other injuries were found. A CT of the head was negative. She had myalgias which were generalized, and a laceration on her scalp. She also reported having vertigo and headache. She reported feeling sore everywhere with tightened muscles, and when she stood up, turned her head or moved, she had worsening vertigo with nausea. Dr. Uppal's assessment was concussion, vertigo, motor vehicle accident, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms. She was prescribed Tylenol and Flexeril for myalgias and was referred for physical therapy and massage therapy.<br><br>Medical records from Dr. Ellison reflect that Ms. Coleman-Fire was referred by Dr. Uppal for her complaints of headaches and dizziness, post concussion. Ms. Coleman-Fire saw Dr. Ellison on March 3, 2014, and recounted the accident, indicating that she did not remember all of the events. Dr. Ellison commented that she may have had a short time out of consciousness. Ms. Coleman-Fire reported that her vertigo was gone but she still |
|---|---|

**EXHIBIT 1**
**PART 1 of 2**
**Page 440 of 1248**

STND 18-03985-000440

 

**New Claim Decision**

woke a little dizzy. She indicated that her nausea was minimal. She reported persistent mild, dull headaches all of the time, but that she did not need medication for her headaches. She reported tingling and numbness in her cheek for the past four days, on and off. She indicated that physical therapy was helping with her cervical strain. She also reported feeling fatigued, sleeping a lot, and had not been back to work. Dr. Ellison noted that a CT of the brain was normal and C-spine x-rays were also normal. Dr. Ellison's impression was: post head trauma/post-concussion symptoms; posttraumatic headache; nausea, ongoing and mild; history of the ptosis, left eye, which is worse after the head trauma; cervical strain; right facial paresthesias, intermittent and mild. Dr. Ellison recommended a follow up in one month.

A physical therapy note, dated March 19, 2014, reflects that Ms. Coleman-Fire reported intermittent dizziness and neck discomfort, which had been slowly improving. She indicated that she attempted to return to work the prior week but became dizzy and had increased headaches after only written minutes. A follow-up physical therapy note, dated April 9, 2014, reflects that Ms. Coleman-Fire was discharged from care as she had met her goals. The progress note reflects that Ms. Coleman-Fire's neck discomfort was intermittent and mild, and she had full range of motion in her cervical spine, with only slight discomfort produced. It is noted that she had dizziness with cervical flexion and mild hypertonicity in the left cervical paraspinals and right suboccipitals. It is noted that Ms. Coleman-Fire's vertigo had been eliminated, but she continued to have intermittent light-headedness and headaches, which was likely post-concussive. Ms. Coleman-Fire reported that she been back to work half-time, which was going okay. She indicated that she was still fatiguing easily, and had intermittent headaches and dizziness. It was recommended that Ms. Coleman-Fire return to her sports medicine physician for follow-up.

Medical records from Dr. Brown reflect that Ms. Coleman-Fire underwent vestibular testing on April 14, 2014, with normal results. There was no evidence of posttraumatic vestibulopathy or posttraumatic endolymphatic hydrops. Her hearing was also normal.

The next available medical records from Dr. Uppal is dated July 11, 2014, and reflects that Ms. Coleman-Fire was seen for an annual physical exam. The review of systems was negative for myalgias or back pain, and was positive for dizziness and depression. Dr. Uppal also noted Ms. Coleman-Fire's history of concussion and that her vertigo was due to the concussion. An examination of Ms. Coleman-Fire's back revealed normal range of motion and no tenderness.  Dr. Uppal also noted that Ms. Coleman-Fire was not nervous or anxious, and did not have insomnia.

Medical records from Dr. Chesnutt reflect that Ms. Coleman-Fire first consulted him on September 9, 2014, for a concussion management plan. She reported suffering a head injury on February 19, 2014, when she was hit by a car while walking her dog. Her initial symptoms included neck pain, headache, vertigo and dizziness. She reported that she attempted to return to work two weeks prior, but felt awful and went home. She felt nauseous, anxious, and fatigued while at work. She reported working about three hours each day for the past week. She was receiving massage therapy for neck issues. Ms. Coleman-Fire reported that her daily function was mostly impacted by headaches, treated with massage and nonsteroidal anti-inflammatory drugs. She indicated that she had not received recent therapy for neck pain, and her dizziness and balance issues were episodic and mostly resolved. She reported still having issues with fatigue, some stress related dreams related to the accident, being more irritable, and feeling cognitively slow. She reported doing well working half-time. Dr. Chesnutt's assessment was post-concussion headache; cervical strain, initial encounter; and concussion. Dr. Chesnutt provided a referral for physical therapy and recommended that Ms. Coleman-Fire take Aleve for pain and swelling.

Ms. Coleman-Fire consulted Dr. Uppal on September 16, 2014, to follow up on her motor vehicle accident, headaches, and fatigue, and to discuss new medication.  She indicated that she was followed by Dr. Chesnutt for post-concussion care, and was receiving physical therapy, occupational therapy, speech therapy, and massage therapy. She reported that craniosacral massage helped with her persistent headaches. She indicated

**EXHIBIT 1**
**PART 1 of 2**
**Page 441 of 1248**

STND 18-03985-000441

 

## New Claim Decision

that her headaches do not have any specific location and they are present almost daily. She indicated that Dr. Chesnutt mentioned that she should be on an antidepressant as her mood has been low, and she had reported frequent crying spells. She also reported gaining a significant amount of weight. Dr. Uppal's assessment was: reaction, adjustment, anxiety, and depressed mood; headache; neck muscle spasm; weight gain; and post-concussion syndrome. Dr. Uppal recommended that Ms. Coleman-Fire seek counseling and he prescribed Cymbalta. She was to follow up in four weeks.

Ms. Coleman-Fire followed up with Dr. Uppall on October 15, 2014. She reported that her mood had improved and she was able to work for a longer duration. She was exercising regularly, but still had episodes of tearfulness. She indicated that she had not been able to see a counselor, but was calling for an appointment. Dr. Uppal's assessment was adjustment reaction, and anxiety and depression, treated with Wellbutrin. Ms. Coleman-Fire was to follow up in two months.

Ms. Coleman-Fire followed up with Dr. Chesnutt on December 5, 2014, and reported that her headaches and neck pain were much better, but she was sore by the end of each workday. She reported that her vision was improving but her peripheral vision of the left eye was not as good. She reported less fatigue and that her sleep was generally good. Cognitively, she was doing well but still had some concentration and memory issues. Dr. Chesnutt's assessment was that Ms. Coleman-Fire's concussion was resolving slowly and she should continue with her current rehabilitation and restrictions. Dr. Chesnutt recommended a return visit if her symptoms worsened or failed to improve as anticipated.

Ms. Coleman-Fire followed up with Dr. Uppal on December 12, 2014, for follow up on her medications. She reported feeling stable on her current medication and felt like she was closer to her baseline than she had been in the past. She reported being back work, but that she had not made an appointment with a psychologist yet. She indicated that she had one meeting with a therapist but they did not click. She continued to follow up with Dr. Chesnutt for post-concussion syndrome. Dr. Uppal noted that Ms. Coleman-Fire had a normal mood and affect, and her behavior was normal. He advised her again to follow up with a psychologist as this may help speed up her recovery. She was to follow up with Dr. Upall as needed.

The most treat recent progress note from Dr. Uppal is dated March 2, 2015, and reflects that Ms. Coleman-Fire reported that she had been working three quarters time. She indicated that she had been going to counseling for the past month, which had been helpful. She reported not feeling 100% and fatigued in the afternoons. She requested that Dr. Uppal complete paperwork to extend her part-time work. She reported that her prescription may have been interfering with her sleep and Dr. Uppal prescribed Trazodone. It is noted that Ms. Coleman-Fire was to undergo neuropsychological testing the following month.

The most recent progress note from Dr. Chesnutt, dated March 3, 2015, reflects that Ms. Coleman-Fire continued to report headaches. It was unclear whether the headaches were related to neck pain or fatigue. She reported that her neck pain improved with massage therapy once a week. She reported some sleep problems related to her medication, and cognitively felt like she was at 75% of baseline, and was not improving. She continued to work at a 75% schedule and was to be referred for a neuropsychological evaluation. Dr. Chesnutt's assessment was concussion, slow to resolve. Ms. Coleman-Fire was to follow up if her symptoms worsened or failed to improve.

After reviewing the available medical records, the Physician Consultant indicated that the documentation supports that Ms. Coleman-Fire was stable and closer back to baseline by December 2014. She continued to complain of slowed cognitive processing and was continuing to work at a three-quarter time schedule as an attorney. The Physician Consultant commented that neuropsychological testing had been ordered and recommended that we obtain copies of the testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical re **EXHIBIT 1** reflect that Ms. Coleman-Fire became significantly depressed and anxious Sept **PART 1 of 2** 2014 which may have contributed to her inability to return to full-time work.

STND 18-03985-000442

 

**New Claim Decision**

| | |
|---|---|
| **Financial:**<br><br>*(Describe offsets affecting initial payments, PDE will be covered in separate memo, but discuss if relevant to claim decision.)* | See financial section for PDE calc.<br>Salary continuation and Work Earnings offsets documented in financial section. |
| **Contractual/Other:**<br><br>*(Describe contractual or other issues impacting claim decision that do not fall under above categories, including Life Waiver, policy limitations and ancillary plan benefits (HAB, ALB, PB, etc..) considered)* | 90 day BWP<br>60% Benefit<br>$100 minimum benefit<br>Own Occ to MBP<br>MBP to SSNRA<br><br>Proof Of Loss: Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.<br><br>For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.<br><br>Documentation: Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied. |
| **Decision:**<br><br>*(Please provide a clear and detailed analysis of whether the claimant meets the policy's definition of Definition of Disability.)* | Ms. Coleman-Fire ceased work February 19, 2014 after being struck by a car on February 18, 2014. She was diagnosed with a concussion and also suffered from vertigo, nausea, soft tissue injury, neck sprain and strain, and paraspinal muscle spasms. She had an unsuccessful attempt to return to work in April and May 2014 and ceased all work activity again as of May 15, 2014. Ms. Coleman-Fire was able to return to part-time work as of August 4, 2014, and increased her work schedule to 75% of her full-time schedule.<br><br>Ms. Coleman-Fire notified us that she recently underwent a neuropsychological evaluation and the results of this evaluation supported that she should decrease her work activity to a 60% of full-time schedule. A copy of this neuropsychological evaluation has not been provided.<br><br>Available medical information was reviewed by a Physician Consultant who concluded that the documentation supports that Ms. Coleman-Fire was stable and closer back to baseline by December 2014. She continued to complain of slowed cognitive processing, and neuropsychological testing had been ordered. The Physician Consultant recommended that we obtain copies of the testing to determine if cognitive limitations and restrictions persist. The Physician Consultant also commented that the medical records reflect that Ms. Coleman-Fire became significantly depressed and anxious September 2014, which may have contributed to her inability to return to full-time work.<br><br>In order to be eligible for LTD benefits Ms. Coleman-Fire must be Disabled under the terms of the Group Policy. Therefore, as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, Ms. Coleman-Fire must be unable to perform with reasonable continuity the Material Duties of her Own Occupation; or as a result of a Physical Disease, Injury, Pregnancy or Mental Disorder, she must be unable to earn 80% or more of her Indexed Predisability Earnings while working in her Own Occupation.<br><br>Without a copy of Ms. Coleman-Fire's recent neuropsychological evaluation supporting ongoing cognitive impairment, or medical records documenting that her depression and anxiety persisted beyond December 12, 2014, we do not have satisfactory written Proof Of Loss to support that Ms. Coleman-Fire remained Disabled after December 12, 2014 medical appointment with Dr. Uppal, at which point she is documented to be stable and closer to baseline. |

**EXHIBIT 1**
**PART 1 of 2**
**Page 443 of 1248**

STND 18-03985-000443

 

## New Claim Decision

I recommend approval of Ms. Coleman-Fire's LTD claim with a Disability date of February 19, 2014, with benefits payable through December 12, 2014. Ms. Coleman-Fire will be given the opportunity to submit a copy of her neuropsychological evaluation and any other medical documentation to support that she remains Disabled under the terms of the Group Policy beyond December 12, 2014.

*I also recommend approval of the LWOP claim through 12/12/14. MS*

*LWOP
Appr'vy
Clox*

Signature: _JM Suzuki_

Analyst Signature*                    Date: _6/29/15_

**Claim Information Accurate**

| LT1 | LT2 | PB | OP | |
|-----|-----|-----|-----|---|
| ☑ | ☐ | ☐ | ☐ | Predisability Earnings Calculation (worksheet completed and in file) |
| ☑ | ☐ | ☐ | ☐ | Claim Screen |
| ☐ | ☐ | ☐ | ☐ | Overrides  ☑ N/A |
| ☑ | ☐ | ☐ | ☐ | Checked BDOX |
| ☐ | ☐ | ☐ | ☐ | Manual Reserve Calculation:  $ _____ x _____ mos. = _____  Code: _____  ☐ N/A |
| ☐ | ☐ | ☐ | ☐ | RTD/MRD cleared to allow initial benefit payment      ☐ N/A |

☑ 5 mo RTD   ☐ 9 mo MRD†   ☐ 14 mo RTD   ☐ 18 mo MRD† (†requires approver signature, below)

☐ Life Waiver of Premium decision rendered or included in CMP if pending. (Requires referral to LTD/LWOP team.)   ☐ N/A

☑ Member Screen

☐ DOB Youngest Child: _____   ☑ Confirmed no eligible dependents and/or NA as not deductible per contract

☑ Offsets (validated)   *Please deny SD estimate in Proclaim.*

☐ Decision letter prepared or 3650 requested   *FICA + ME extended*

☐ Claim Management Plan complete and Diary Events added   *TRO for ER*

*Signatures above and below include acknowledgement that claim and policy data on Claim Overview verified as accurate.*

**Approver's Notes:**   *5 mo RTD cleared LS*

Signature: _Laura Smith_

Approver Signature*                    Date: _6/30/15_

**EXHIBIT 1
PART 1 of 2
Page 444 of 1248**

7/20/2009

STND 18-03985-000444

 

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Wednesday, June 17, 2015 9:21 AM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Following up |

Hi Bethany,

Thank you for your voicemail left yesterday evening. We have not received the report from OHSU, but the address you provided is correct. We typically ask that you use our PO Box for mailing information, but we still receive mail sent to the street address. I don't know why we have not received the report from OHSU if it was sent on May 22nd. For future use, please send correspondence to my attention at: PO Box 2800, Portland OR 97208-9929.

Thank you,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, June 15, 2015 9:56 AM
**To:** Necole Suzuki
**Subject:** Re: Following up

Hi Necole -

I just left you a voicemail. I don't mean to be coming off as irritated. I'm just trying to figure out timelines and was under the impression that we were within a two-three week time frame as of the 18th.

I will be glad to get you the neuropsych evaluation letter. I was under the impression that OHSU was sending you a letter directly. I'm surprised you haven't received it. I will scan it this evening it or first thing tomorrow morning and email it to you. I have spoken with my employer and will be going from a 75% schedule to a 60% schedule at my doctors' recommendation to accommodate more successful completion of my occupational therapy program - which under my current work schedule I am struggling to find time for. All of this is described in the letter. As I mentioned in my email, I hope this isn't holding anything up. In our last conversation, you indicated this would not be a component of the determination of coverage unless there was a negative determination, in order to facilitate a speedier determination. In any case, I will get it to you as quickly as possible.

Thanks again for your help through the process. As I'm sure you can imagine, this is all foreign to me and pretty stressful. I appreciate your insights and patience as I am learning. It's a lot to take in and keep track of and there just don't seem to be enough hours in the day!

Regards,

**EXHIBIT 1**
**PART 1 of 2**
**Page 445 of 1248**

STND 18-03985-000445



Bethany

On Mon, Jun 15, 2015 at 9:37 AM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,

We didn't receive your complete medical records until mid-May and your file was referred to our medical department May 18th. I expect that the medical review will be completed very soon and will follow up with our medical department for the status of the review. On May 26th, you indicated that you recently underwent a neuropsychological evaluation, and would be providing The Standard with a copy of the report to assist us in understanding your current level of impairment. We have not received the report. If you want us to consider that information in our review, please send us a copy at your earliest convenience.

Thank you,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, June 15, 2015 8:47 AM
**To:** Necole Suzuki
**Subject:** Following up

Hi Necole,

The claims process is taking a very long time. It was supposed to take a couple of weeks back in April. It is now mid-June. Your people have had all of the medical records for over a month. This is becoming a serious hardship. Please let me know ASAP what is going on. I am extremely concerned.

Thanks,

Bethany

**EXHIBIT 1**
**PART 1 of 2**
**Page 446 of 1248**

STND 18-03985-000446

--
Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 447 of 1248**

3

STND 18-03985-000447

 

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Monday, June 15, 2015 9:38 AM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Following up |

Hi Bethany,

We didn't receive your complete medical records until mid-May and your file was referred to our medical department May 18th. I expect that the medical review will be completed very soon and will follow up with our medical department for the status of the review. On May 26th, you indicated that you recently underwent a neuropsychological evaluation, and would be providing The Standard with a copy of the report to assist us in understanding your current level of impairment. We have not received the report. If you want us to consider that information in our review, please send us a copy at your earliest convenience.

Thank you,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, June 15, 2015 8:47 AM
**To:** Necole Suzuki
**Subject:** Following up

Hi Necole,

The claims process is taking a very long time. It was supposed to take a couple of weeks back in April. It is now mid-June. Your people have had all of the medical records for over a month. This is becoming a serious hardship. Please let me know ASAP what is going on. I am extremely concerned.

Thanks,

Bethany

**EXHIBIT 1**
**PART 1 of 2**
**Page 448 of 1248**

STND 18-03985-000448



From the desk of: Necole Suzuki                                          5/26/2015 2:32 PM

          Re: BETHANY COLEMAN-FIRE            Policyholder: PROFESSIONAL SERVICES EMPLOYER
Member SS#: xxx-xx-xxxx                       Group ID#: 10010415
     Claim #: 00VW3181                        Policy #: 445474

Voicemail from Ms. Coleman-Fire. She indicated that there may be a change to her work schedule. Please call 503-320-9564.

Telephone call to Ms. Coleman-Fire. She indicated that she recently underwent a neuropsychological exam and the results of the exam where that she is to reduce her work schedule to 60%. She does not know if her employer is willing to accommodate this reduction but she will let me know. She asked what kind of information we will need from her. I told Ms. Coleman-Fire that she will need to let us know when her new schedule becomes effective and what her new compensation will be.

I also asked Ms. Coleman-Fire to provide The Standard with a copy of the neuropsychological evaluation when it becomes available. She indicated that she asked the neuropsychologist to draft a cover letter to The Standard and to provide a copy directly to our address. She asked that I let her know if we do not receive the report as we should receive it next week.

I told Ms. Coleman-Fire that her file is currently with the medical department and that I should receive the file back in the next couple of weeks. I told her that if I was unable to make a favorable decision based on what is already in the claim file it may be helpful to have a copy of the neuropsychological evaluation. I told her that I would contact her if we did not receive a copy.

Ms. Coleman-Fire indicated that she will contact me after she meets with her employer to discuss the change in her work schedule. I told her I would contact her when her file is returned from the medical department.

Page 1 of 1                                   Signed _____  **EXHIBIT 1**
                                                                      **PART 1 of 2**
                        **THE STANDARD**                              **Page 449 of 1248**



TheStandard®

May 19, 2015

Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211

Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing to follow up on the status of our review of your Long Term Disability
(LTD) claim with Standard Insurance Company (The Standard).

As indicated in our prior correspondence to you, additional information was needed from
your medical providers for the review of your LTD claim.  We received the requested
information and your claim file has been referred to our medical department for review.

Because of the complexity of the issues surrounding your claim and because we have not
received the results of the medical file review, we are unable to complete our review at
this time.  We are therefore extending the time to decide the claim by an additional 30
days.  We anticipate that we will be able to complete our review within the 30-day
extension period, by June 17, 2015, if not earlier.

We will keep you informed regarding the progress of our review.  Thank you for your
continued cooperation and patience.  If you have any questions, please contact our office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 450 of 1248**

STND 18-03985-000450

 

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Monday, May 18, 2015 10:25 AM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Update on OHSU documents |

Hi Bethany,

I was out of the office for the latter part of last week. We have received your medical records and I have referred your file to our medical department for review. I will notify you when your file has been returned.

Thanks,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Tuesday, May 12, 2015 11:01 AM
**To:** Sharon Oliver; Necole Suzuki
**Subject:** Update on OHSU documents

Hi Sharon and Necole -

Please let me know when you have received my OHSU documents. If you haven't received them today, I will arrange for them to be released to me and I can deliver them directly to Standard Insurance. Alternately, OHSU tells me they are sending the documents to providers@releasepoint.com. Please let me or OHSU know if there is a different address to which they can send the documents if this is no longer a good address.

Thanks,

Bethany

--
Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 451 of 1248**

STND 18-03985-000451

## Necole Suzuki

| | |
|---|---|
| **From:** | Bethany Coleman-Fire <bethany.coleman@gmail.com> |
| **Sent:** | Monday, May 11, 2015 3:51 PM |
| **To:** | Necole Suzuki |
| **Subject:** | Re: Claim No. 00VW3181 |

Awesome.  Thanks.

On Mon, May 11, 2015 at 3:44 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,

We contacted Release Point and they have left a message for the copy service to call them.  If they do not receive the records and do not receive a call back today, they will call again the first thing tomorrow morning.

Once I receive your records, your claim file will be referred to our medical department for review.  This review can take a couple of weeks or so, but because your claim is pending, it will take priority over other claim reviews.  I will keep you posted.

Thank you for your patience.

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future -- only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, May 11, 2015 3:29 PM

**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Hi Necole -

**EXHIBIT 1**
**PART 1 of 2**
**Page 452 of 1248**

1

STND 18-03985-000452



I just heard from the invoicing department at OHSU. They emailed the entire file on April 17, 2015 to providers@releasepoint.com. They are re-emailing the file now and the file should be received in the next 5 minutes. Can you give me a sense of how long it will take to process the claim now that Release Point has all of the records? Also, if Standard is not able to access the records today or tomorrow, please let me know. I will have the records released to me and fax them to you directly. I want to make sure this process is moving as quickly as absolutely possible. It is becoming less financially feasible to wait for me and my family.

Thanks,

B

On Mon, May 11, 2015 at 3:08 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,

I think what has happened is that OHSU released your medical file to their copy service on April 16th. On April 20th, their copy service contacted Release Point for prepayment. On April 21, 2015, Release Point gave the copy service the $30.00 payment requested. I'm not sure why the records haven't been released by the copy service yet, but we are following up with Release Point for a status update.

I will let you know as soon as we receive the records.

Thanks,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, May 11, 2015 9:34 AM

2

**EXHIBIT 1**
**PART 1 of 2**
**Page 453 of 1248**

STND 18-03985-000453



**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Hi Necole -

Thanks for your call.  I just called OHSU.  According to their records, they released the Dr. Chestnut records back on April 16, 2015. I have a call in to the actual copier to find out where they were sent but it sounds like Release Point or Standard doesn't have them uploaded.  I'm starting to feel like this is taking a really long time.  What do we need to do to get this moving on a faster track?

Thanks,

B

On Thu, Apr 16, 2015 at 3:27 PM, Bethany Coleman-Fire <bethany.coleman@gmail.com> wrote:

  Okay, thanks.

On Thu, Apr 16, 2015 at 3:26 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

  It really depends on how long it takes for the medical providers to release your medical records.  Once we receive the information requested, it will take a couple weeks for our medical department to complete their review of your records.

  I will let you know if we run into any problems obtaining your records.

  **Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
  The Standard
  Standard Insurance Company
  900 SW Fifth Avenue | Portland, OR 97204
  Phone 971.321.3198 | Fax 503-796-5972
  necole.feuerstein@standard.com | www.standard.com

  *Ensure a sustainable future – only print when necessary.*

**EXHIBIT 1**
**PART 1 of 2**
**Page 454 of 1248**

STND 18-03985-000454

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:25 PM

**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Last question for the day:

Any estimates on processing time for the claim at this point?

Thanks,

B

On Thu, Apr 16, 2015 at 3:21 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Ok, thanks!

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future — only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:20 PM

**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Works for me.  Thanks again.  I'm faxing the preexisting condition form over to you now.

4

**EXHIBIT 1**
**PART 1 of 2**
**Page 455 of 1248**

STND 18-03985-000455

On Thu, Apr 16, 2015 at 3:13 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

We will request the records using the release we already have. If the medical offices want you to complete a different release form, I will ask Release Point to email you rather than mailing the form to you.

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:12 PM
**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Okay. I assume you need separate releases for them. I seem to do better when I get the release requests by email rather than hard copy - easier for me to keep track of. If you do need a release, if you could send it to my email, that would be easier and I can respond more quickly.

Thanks,

B

P.S. One of the major challenges I have had post accident is keeping all of this straight. I really appreciate your patience and assistance as we go through this process. I hope it hasn't been too frustrating for you.

On Thu, Apr 16, 2015 at 3:09 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,

I found the attachment with Dr. Brown and Dr. Ellison's contact information noted. I previously missed this as well, and will get a request for records sent out to their offices.

5

**EXHIBIT 1**
**PART 1 of 2**
**Page 456 of 1248**

STND 18-03985-000456



Thanks,

Necole Feuerstein, FLHC | Sr. Disability Claim Specialist
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com
Ensure a sustainable future - only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 12:04 PM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 15:03:36 (-0400)
Queries to: p1grp034@standard.com


--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com


--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 457 of 1248**

STND 18-03985-000457

--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com




--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com




--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com




--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com




--
Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

7

**EXHIBIT 1**
**PART 1 of 2**
**Page 458 of 1248**

STND 18-03985-000458





**Necole Suzuki**

| | |
|---|---|
| **From:** | Kath McGrath |
| **Sent:** | Monday, May 11, 2015 3:40 PM |
| **To:** | Necole Suzuki |
| **Subject:** | FW: FW: Claim No. 00VW3181 |

**From:** Theresa Curran [mailto:tcurran@releasepoint.com]
**Sent:** Monday, May 11, 2015 3:39 PM
**To:** Kath McGrath
**Subject:** Re: FW: Claim No. 00VW3181

Hi Kath,

I called the copy service but it went straight to voice mail.  I left a message requesting a status call asap.  I also opened an istat for you with your email so you'll get updates from other people, not just me. Last but not least, I made a sticky note and put it on my monitor.  If you're like me, you know those are the really important orders lol!.  I'll call the copy service again first thing in the morning if I don't hear back from them and update you again.

Thanks and have a great day!

Theresa

THERESA CURRAN
CUSTOMER SERVICE REPRESENTATIVE
Release Point VOICE - (800) 999-9589 Ext. 212
FAX: 1-626-498-1756
NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof. Thank you.

---------------------------------------------------------------------------

This email has been sent to you using a secure messaging system. Responses to this email made using this secure messaging system will remain secure. If you move or save this email outside of this secure messaging system, the email will not maintain its current information security protections. Appropriate information security protection for any email communication initiated or·responded to by you is your responsibility.

**From:** Kath McGrath [mailto:Kath.McGrath@standard.com]
**To:** tcurran@releasepoint.com [mailto:tcurran@releasepoint.com]
**Sent:** Mon, 11 May 2015 15:32:01 -0800
**Subject:** FW: Claim No. 00VW3181

Hi Theresa,

Thanks for speaking to me this afternoon. This was the file I was asking about. Please let me know the status. **EXHIBIT 1**
**PART 1 of 2**
**Page 459 of 1248**

1

 

Thanks,
Kath

**Kathleen McGrath | Disability Claims Assistant**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.6946 | Fax 503.796.5972
Kath.McGrath@standard.com | www.standard.com

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, May 11, 2015 3:29 PM
**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Hi Necole –

I just heard from the invoicing department at OHSU. They emailed the entire file on April 17, 2015 to providers@releasepoint.com. They are re-emailing the file now and the file should be received in the next 5 minutes. Can you give me a sense of how long it will take to process the claim now that Release Point has all of the records? Also, if Standard is not able to access the records today or tomorrow, please let me know. I will have the records released to me and fax them to you directly. I want to make sure this process is moving as quickly as absolutely possible. It is becoming less financially feasible to wait for me and my family.

Thanks,

B

**EXHIBIT 1**
**PART 1 of 2**
**Page 460 of 1248**

STND 18-03985-000460

 

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Monday, May 11, 2015 3:08 PM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Claim No. 00VW3181 |

Hi Bethany,

I think what has happened is that OHSU released your medical file to their copy service on April 16th. On April 20th, their copy service contacted Release Point for prepayment. On April 21, 2015, Release Point gave the copy service the $30.00 payment requested. I'm not sure why the records haven't been released by the copy service yet, but we are following up with Release Point for a status update.

I will let you know as soon as we receive the records.

Thanks,

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Monday, May 11, 2015 9:34 AM
**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Hi Necole -

Thanks for your call. I just called OHSU. According to their records, they released the Dr. Chestnut records back on April 16, 2015. I have a call in to the actual copier to find out where they were sent but it sounds like Release Point or Standard doesn't have them uploaded. I'm starting to feel like this is taking a really long time. What do we need to do to get this moving on a faster track?

Thanks,

B

On Thu, Apr 16, 2015 at 3:27 PM, Bethany Coleman-Fire <bethany.coleman@gmail.com> wrote:

Okay, thanks.

On Thu, Apr 16, 2015 at 3:26 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

**EXHIBIT 1**
**PART 1 of 2**
**Page 461 of 1248**

STND 18-03985-000461




It really depends on how long it takes for the medical providers to release your medical records.  Once we receive the information requested, it will take a couple weeks for our medical department to complete their review of your records.

I will let you know if we run into any problems obtaining your records.

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:25 PM

**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Last question for the day:

Any estimates on processing time for the claim at this point?

Thanks,

B

On Thu, Apr 16, 2015 at 3:21 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Ok, thanks!

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204

2

**EXHIBIT 1**
**PART 1 of 2**
**Page 462 of 1248**



Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:20 PM

**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Works for me.  Thanks again.  I'm faxing the preexisting condition form over to you now.

On Thu, Apr 16, 2015 at 3:13 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

We will request the records using the release we already have.  If the medical offices want you to complete a different release form, I will ask Release Point to email you rather than mailing the form to you.

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:12 PM
**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Okay.  I assume you need separate releases for them.  I seem to do better when I get the release requests by email rather than hard copy - easier for me to keep track of.  If you do need a release, if you could send it to my email, that would be easier and I can respond more quickly.

Thanks,

3

**EXHIBIT 1**
**PART 1 of 2**
**Page 463 of 1248**

STND 18-03985-000463

B


P.S. One of the major challenges I have had post accident is keeping all of this straight.  I really appreciate your patience and assistance as we go through this process.  I hope it hasn't been too frustrating for you.


On Thu, Apr 16, 2015 at 3:09 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,

I found the attachment with Dr. Brown and Dr. Ellison's contact information noted.  I previously missed this as well, and will get a request for records sent out to their offices.

Thanks,

Necole Feuerstein, FLHC | Sr. Disability Claim Specialist
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com
Ensure a sustainable future - only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 12:04 PM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 15:03:36 (-0400)
Queries to: p1grp034@standard.com


--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 464 of 1248**

STND 18-03985-000464

--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

--

Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 465 of 1248**

5


## Request Details for RP Number 2185398

### Order Information

| | |
|---|---|
| **Current Status:** | In Process |
| **Order Date:** | 02/04/2015 |
| **Complete Date:** | |
| **Client:** | CCC |
| **Requested By:** | KM:Necole |
| **Special Attention:** | - Seen By: Dr. Jim Chestnut Request faxed on 3/4. Need update please. |
| **Scope:** | From February 1, 2012 to Present |

### Patient Information

| | |
|---|---|
| **Name:** | COLEMAN-FIRE, BETHANY |
| **DOB:** | |
| **SSN:** | |
| **Policy Num:** | 00VW3181 KM:Necole |

### Provider Information

| | |
|---|---|
| **Name:** | OREGON HEALTH SCIENCES UNIVERSITY |
| **Address:** | 3181 SW SAM JACKSON PK RD |
| **City:** | PORTLAND |
| **State/Zip:** | OR  97239 |
| **Phone:** | 5034946594 |
| **Fax:** | 5034946970 |

### Status Notes

| | |
|---|---|
| **Date:** | 02/04/2015 at 01:06:00 |
| **Contact:** | |
| **Details:** | APS ORDER RECEIVED VIA RPNET WITH FOLLOWING PROVIDER DATA: Dr. Jim Chestnut 3303 SW Bond Ave Portland, OR, 97239 (503) 494-6400 NO PROVIDER INDEX CODE SELECTED - SEND TO PROVIDER MATCH STANDARD AUTHO IMAGE FILE 2015020401042714399.tif RECEIVED. |

| | |
|---|---|
| **Date:** | 02/04/2015 at 02:32:00 |
| **Contact:** | |
| **Details:** | PROVIDER CURRENTLY HAS NO AVERAGE RECORDED CYCLE TIME |

| | |
|---|---|
| **Date:** | 02/04/2015 at 02:32:00 |
| **Contact:** | |
| **Details:** | Per Patty/providers office - no status check for 2 weeks from date sent facility releases records noted in s/a. if noting in s/a then they uses dates in autho |

| | |
|---|---|
| **Date:** | 02/04/2015 at 02:32:00 |

STND 18-03985-000466

Case 3:18-cv-00180-SB    Document 19-1    Filed 10/11/18    Page 467 of 600

Contact:
Details:    NOTE: PROVIDER HAS PREVIOUSLY INDICATED THAT THEY REQUIRE FACILITY-SPECIFIC AUTHORIZATIONS AND IMPORT HAS INDICATED THAT A REGULAR AUTHO HAS BEEN SENT WITH THIS REQUEST.

Date:    02/05/2015 at 08:58:00
Contact:
Details:    MAILING REQUEST TO PATIENT TO HAVE FACILITY SPECIFIC AUTHORIZATION SIGNED AND RETURNED

Date:    02/12/2015 at 01:33:00
Contact:
Details:    LEFT VOICEMAIL: : ** asking if the autho has been received Please complete and return to Release Point

Date:    02/16/2015 at 05:08:00
Contact:
Details:    MAILING REQUEST TO PATIENT TO HAVE FACILITY SPECIFIC AUTHORIZATION SIGNED AND RETURNED

Date:    02/24/2015 at 11:54:00
Contact:
Details:    ** Left a v-mail message for verification of receipt of the FSA.

Date:    02/24/2015 at 01:42:00
Contact:
Details:    ** she has the autho and will fax to me now

Date:    02/25/2015 at 12:19:00
Contact:
Details:    FAXING REQ WITH AUTHO TO PROVIDER

Date:    02/25/2015 at 12:30:00
Contact:
Details:    REQUEST AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO (503) 494-6970: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.

Date:    02/27/2015 at 08:59:00
Contact:
Details:    FAXING STATUS REQUEST TO PROVIDER: ** Faxing for an update.

Date:    02/27/2015 at 09:09:00
Contact:
Details:    REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (503) 494-6286

**EXHIBIT 1**
**PART 1 of 2**
**Page 467 of 1248**

STND 18-03985-000467

Date:     02/27/2015 at 06:19:00

Contact:

Details:   FILE ROUTED AS REQUEST RESPONSE RECEIVED AWAITING REVIEW - FILE WAS \\imagesrv1
          \imageproduction\recvq\B-1\fax2450905551851.tif


Date:     03/02/2015 at 12:22:00

Contact:   RACHEL

Details:   SPOKE TO RACHEL: FAXING REQ WITH AUTHO TO PROVIDER: ** Did not receive the request. Send again


Date:     03/02/2015 at 12:35:00

Contact:

Details:   FAX FAILED (Faxage): Fax Req Dis Claims with Regular Autho plus Questionnaire was not sent to PHYSICIAN at
          (503) 494-6970; No carrier detected ; too many attempts to dial


Date:     03/02/2015 at 02:52:00

Contact:

Details:   FAXING REQ WITH AUTHO TO PROVIDER


Date:     03/02/2015 at 02:59:00

Contact:

Details:   REQUEST AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO
          (503) 494-6970: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.


Date:     03/04/2015 at 05:17:00

Contact:

Details:   FAXING REQ WITH AUTHO TO PROVIDER


Date:     03/04/2015 at 05:33:00

Contact:

Details:   REQUEST AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO
          (503) 494-6970: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.


Date:     03/09/2015 at 11:52:00

Contact:   BETHANY

Details:   SPOKE TO BETHANY: ** They are entering requests received on 3/4 today.


Date:     03/17/2015 at 12:39:00

Contact:

Details:   FAXING STATUS REQUEST TO PROVIDER


Date:     03/17/2015 at 01:05:00

Contact:

EXHIBIT 1
PART 1 of 2
Page 468 of 1248

STND 18-03985-000468

| Details: | REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (503) 494-6970: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. |
|---|---|

| Date: | 03/18/2015 at 11:55:00 |
|---|---|
| Contact: | |
| Details: | FAXING STATUS REQUEST TO PROVIDER |

| Date: | 03/18/2015 at 12:04:00 |
|---|---|
| Contact: | |
| Details: | REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (503) 494-6970: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. |

| Date: | 03/19/2015 at 05:15:00 |
|---|---|
| Contact: | |
| Details: | FILE ROUTED AS REQUEST RESPONSE RECEIVED AWAITING REVIEW - FILE WAS \\imagesrv1\imageproduction\recvq\B-1\fax249503642.tif |

| Date: | 03/19/2015 at 05:16:00 |
|---|---|
| Contact: | |
| Details: | ** Received notification from OHSU. The signature on the FSA does not match what they have on file. |

| Date: | 03/20/2015 at 12:29:00 |
|---|---|
| Contact: | |
| Details: | Please be advised: we have received a facility autho from the patient: however the facility is stating the signature does not match what they have on file for the patient: please advise Thank you |

| Date: | 03/20/2015 at 09:31:00 |
|---|---|
| Contact: | |
| Details: | EMAILED TO jyakymi@standard.com,kath.mcgrath@standard.com: REQUEST SUSPENDED Please be advised: we have received a facility autho from the patient: however the facility is stating the signature does not match what they have on file for the patient: please advise Thank you |

| Date: | 04/05/2015 at 10:10:00 |
|---|---|
| Contact: | |
| Details: | EMAILED TO jyakymi@standard.com,kath.mcgrath@standard.com: REQUEST SUSPENDED Please be advised: we have received a facility autho from the patient: however the facility is stating the signature does not match what they have on file for the patient: please advise Thank you |

| Date: | 04/20/2015 at 08:34:00 |
|---|---|
| Contact: | |
| Details: | INVOICE RECEIVED VIA FAX, ROUTED TO INVOICE - STAGE FILE WAS Suspended - FILE IS \\imagesrv1\imageproduction\TransCharts\I2185398.tif |

| Date: | 04/21/2015 at 12:37:00 |
|---|---|

**EXHIBIT 1**
**PART 1 of 2**
**Page 469 of 1248**

STND 18-03985-000469



Case 3:18-cv-00180-SB    Document 19-1    Filed 10/11/18    Page 470 of 600

Contact:

Details:      FAXING REGIONAL COPY SERVICE CREDIT CARD AUTHO FOR PREPAY


Date:         04/21/2015 at 12:56:00

Contact:

Details:      VISA CHARGE AUTHORIZATION FOR $30.00 FAXED TO REGIONAL COPY SERVICE.: SPECIAL AUTHO INCLUDED:
              FAX SUCCESSFUL TO (541) 312-4601: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST.


Date:         04/22/2015 at 05:40:00

Contact:

Details:      LEFT VOICEMAIL: ** Called DBS, Reached voicemail, Left message stating that If they received the credit card
              Information prepayment sent thru fax for retrieval of records. Requesting callback. Provided patient name, date
              of birth, reference and callback number

**EXHIBIT 1**
**PART 1 of 2**
**Page 470 of 1248**
5/7/2015

STND 18-03985-000470

Home    Action    Support    Account

**RPNet Logout**

# Order Complete

---

## Your Weborder Transaction ID is: 2272358

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

Name: Coleman-Fire , Bethany
DOB:
SSN:
Policy Num: 00VW3181 KM:Necole
Source Code: CCC

Provider 1 : BROWN, DR JEFFREY
Address: 1040 NW 22nd Ave Ste 630
Portland , OR 97210
Phone: 503-954-1566
Record Range: Obtain records from 02/01/2012 to Present

Provider 2 : Ellison, Dr. Catherine
Address: 5050 Ne Hoyt St STE 315
Portland , OR 97213
Phone: 503-963-3100
Record Range: Obtain records from 02/01/2012 to Present

( New Request (Retain Household Info/Policy Number) -> )    ( New Request (Clear All Previous Data) -> )    ( Order Additional Request(s) for This Patient )

Copyright 2014 ReleasePoint, Inc. All Rights Reserved.  |  Logout of RPNet

**EXHIBIT 1**
**PART 1 of 2**
**Page 471 of 1248**
4/17/2015

STND 18-03985-000471




April 16, 2015

**TheStandard**®

Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211

Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance
Company (The Standard).

As indicated in our letters to you dated February 12, 2015 and March 20, 2015, additional
information is necessary before we can make a determination on your eligibility for benefits. As
part of this review we contacted your medical provider for copies of your medical records. To
date, we have not received the information requested from Legacy Emanuel. Please contact their
office and ask them to provide the information requested.   In addition, we are also contacting the
offices of Dr. Brown and Dr. Ellison for copies of your medical records. Please contact their
offices and instruct them to forward the requested information to us at their earliest convenience.

We are unable to complete our review at this time because we have not yet received the
described above.  In order to be eligible for LTD benefits, you must meet the Definition of
Disability and all other provisions contained in the Group Policy.  We will need to review the
information requested from your medical providers to complete our review of your LTD claim.

For the reasons stated above, we are unable to complete the review of your claim as of the date
of this letter.  We are therefore extending the time to decide the claim by an additional 30 days.
We anticipate that we will be able to complete our review within 30 days after we received the
information we have requested.  Please understand that the additional 30-day period for review
will not begin until we have received the information described above.

If you have any questions, please contact our office.

Sincerely,

Necole Suzuki, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 472 of 1248**

STND 18-03985-000472

 

## Necole Suzuki

**From:** Kath McGrath
**Sent:** Thursday, April 16, 2015 3:41 PM
**To:** Necole Suzuki
**Subject:** FW: A new fax has arrived from 123++++++++ (Part 1 of 1) on Channel 1
**Attachments:** A2634119d-dcaa-48ff-a6f1-e779027d3237.TIF


Kathleen McGrath | Disability Claims Assistant The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.6946 | Fax 503.796.5972 Kath.McGrath@standard.com |
www.standard.com

-----Original Message-----
From: RightFax Email Gateway
Sent: Thursday, April 16, 2015 3:24 PM
To: Cgroup Faxes
Subject: A new fax has arrived from 123++++++++ (Part 1 of 1) on Channel 1

4/16/2015 3:22:30 PM Transmission Record
        Received from remote ID: 123++++++++
        Inbound user ID CGROUPFAXES, routing code 5972
        Result: (0/352;0/0) Successful Send
        Page record: 1 - 3
        Elapsed time: 00:45 on channel 1


Fax Images: [double-click on image to view page(s)]

**EXHIBIT 1**
**PART 1 of 2**
**Page 473 of 1248**

STND 18-03985-000473

Standard Insurance Company

## Health Provider Verification Statement

| Date: 2/12/15 | RE: PSET on behalf of Davis Wright Tremaine LLP |
| Group Policy No.: 445474 | Claim No.: 00VW3181 |

Dear Ms. Coleman-Fire:

The Preexisting Condition Provision of your group policy requires that we gather additional information regarding your condition(s) and treatment. Please list any health care providers you may have consulted from March 1, 2012 to the present, any medications which you took or were prescribed from March 1, 2012 to the present, and any pharmacies you used from March 1, 2012 to the present. If necessary, please continue on the back of this form or on a separate sheet of paper. Please sign and date this form and return it to our office in the enclosed postage-paid envelope within 20 days from the date of this letter.

| Health Care Provider: *Please see attached list of physicians associated with the* | Specialty: |
| Address: *accident. Dr. Uppal was and remains my primary care* | Dates of Treatment: |
| City/State/ZIP: *doctor prior to the accident.* | Phone No.: | Fax No.: |

| Health Care Provider: | Specialty: |
| Address: *Please note: the accident has impacted my memory somewhat.* | Dates of Treatment: |
| City/State/ZIP: *I have provided all of the information that I can recall.* | Phone No.: | Fax No.: |

| Health Care Provider: | Specialty: |
| Address: | Dates of Treatment: |
| City/State/ZIP: | Phone No.: | Fax No.: |

| Medication: *The only medications I can recall are those associated with the* | Dates Prescribed: |
| Medication: *accident and are listed in the medical records already provided* | Dates Prescribed: |

Did you take any of these medications during the time period listed below? If so, please explain below.
*by my healthcare providers. I am not aware of any others and*

Are you covered by a prescription pharmacy plan? If so, please provide your member information below.
*was not taking prescription medications prior to the accident.*

| Pharmacy #1: *Walgreens* | Phone: 971-230-0153 |
| Pharmacy #2: *N/A* | Phone: |
| Current Health Insurance carrier: *Regence* | Prior Health Insurance carrier: |

☑ This is a complete list of all health care providers I consulted, prescription medications I took or was prescribed, and pharmacies I used during the Preexisting Condition period. *(See explanation above for further detail.)*

☐ I did not consult any health care providers, I was not prescribed and did not take any prescription medications, and I did not use any pharmacies during the Preexisting Condition period.

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

Signature: _____   Date: April 16, 2015

SI 12029 (4/13)

HPVS

**EXHIBIT 1**
**PART 1 of 2**
**Page 474 of 1248**

STND 18-03985-000474

**Standard Insurance Company**

Employee Benefits Department 800.368.1135 Tel 971.321.8400 Fax
PO Box 2800 Portland OR 97208

**Long Term Disability Insurance**
**Employee's Statement**

Claimant's Name *Bethany Coleman-Fire*

## 4. Injury

| | |
|---|---|
| Describe injuries | Same as detailed in part 3. |
| Cause of Injuries | Hit by a car while walking dog. |
| Time, Date and Location of Injuries. | Approximately 7 a.m. 2/19/14 at Alberta and 17th Avenues. |

## 5. Pregnancy

| | |
|---|---|
| Date you expect to cease work N/A | Expected delivery date |
| Actual delivery date | Expected return to work date |
| Please indicate any foreseeable complications. | |

## 6. Attending Physician *List all physicians consulted for this injury or illness. Use separate sheet, if needed.*

| | | | |
|---|---|---|---|
| Physician's Name Dr. Richa Uppal | Specialty Internal Medicine | Phone No. (503) 221 0161 | |
| Street Address 800 SW 13th Ave | | Fax No. ( ) | |
| City Portland, OR | | State OR ZIP 97205 | |
| Date first consulted for this injury or illness 2/20/14 | | Date last consulted 10/14/14 | |
| Physician's Name Dr. Jim Chestnut | Specialty Concussion/Sports Medicine | Phone No. (503) 494-6400 | |
| Street Address 3303 SW Bond Ave. | | Fax No. ( ) | |
| City Portland | | State OR ZIP 97239 | |
| Date first consulted for this injury or illness Unsure. Approx 4/14 | | Date last consulted 9/9/14 | |
| Physician's Name Emergency Room Doctor | Specialty | Phone No. (503) 413-2200 | |
| Street Address Legacy Emanuel, 2801 N. Gantenbein Ave | | Fax No. ( ) | |
| City Portland | | State OR ZIP 97227 | |
| Date first consulted for this injury or illness 2/19/14 | | Date last consulted 2/19/14 | |

## 7. Hospital *If you were hospitalized for this condition, please complete. Please attach copy of hospital bill if available.*

| | |
|---|---|
| Hospital Name N/A | Address |
| From Through | Reason for Hospitalization |
| From Through | Reason for Hospitalization |

## 8. History *List all illnesses or injuries for which you have received treatment over the past five years. Use separate sheet if needed.*

| Ailment | Date | Physician's Name | Complete Address |
|---|---|---|---|
| Anemia | Circa Sept. 2012 | Dr. Richa Uppal | 800 SW 13th Ave. Portland, OR 97205 |
| Can't recall any others. | | | |
| | | | |
| | | | |
| | | | |

SI 3379

3 of 15

(4/10)

**EXHIBIT 1**
**PART 1 of 2**
**Page 475 of 1248**

STND 18-03985-000475

Dr. Jeffrey Brown

Neurologist

1040 NW 22$^{nd}$ Ave. Ste 630

Portland, OR 97210

503-954-1566


Dr. Catherine M. Ellison

Neurologist

5050 NE Hoyt St. #315

Portland, OR 97213

503-963-3100

**EXHIBIT 1**
**PART 1 of 2**
**Page 476 of 1248**

STND 18-03985-000476

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Thursday, April 16, 2015 3:14 PM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Claim No. 00VW3181 |

We will request the records using the release we already have.  If the medical offices want you to complete a different release form, I will ask Release Point to email you rather than mailing the form to you.

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:12 PM
**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

Okay.  I assume you need separate releases for them.  I seem to do better when I get the release requests by email rather than hard copy - easier for me to keep track of.  If you do need a release, if you could send it to my email, that would be easier and I can respond more quickly.

Thanks,

B

P.S. One of the major challenges I have had post accident is keeping all of this straight.  I really appreciate your patience and assistance as we go through this process.  I hope it hasn't been too frustrating for you.

On Thu, Apr 16, 2015 at 3:09 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:

Hi Bethany,

I found the attachment with Dr. Brown and Dr. Ellison's contact information noted.  I previously missed this as well, and will get a request for records sent out to their offices.

Thanks,

Necole Feuerstein, FLHC | Sr. Disability Claim Specialist
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 477 of 1248**

1

STND 18-03985-000477



Ensure a sustainable future - only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 12:04 PM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 15:03:36 (-0400)
Queries to: p1grp034@standard.com


--
Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

EXHIBIT 1
PART 1 of 2
Page 478 of 1248

STND 18-03985-000478



## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Thursday, April 16, 2015 3:09 PM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | Claim No. 00VW3181 |
| **Attachments:** | 20150416150336843_0001.pdf |

Hi Bethany,

I found the attachment with Dr. Brown and Dr. Ellison's contact information noted. I previously missed this as well, and will get a request for records sent out to their offices.

Thanks,

Necole Feuerstein, FLHC | Sr. Disability Claim Specialist The Standard Standard Insurance Company 900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3198 | Fax 503-796-5972 necole.feuerstein@standard.com | www.standard.com Ensure a sustainable future – only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 12:04 PM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 15:03:36 (-0400)
Queries to: p1grp034@standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 479 of 1248**

STND 18-03985-000479

Dr. Jeffrey Brown

Neurologist

1040 NW 22nd Ave. Ste 630

Portland, OR 97210

503-954-1566


Dr. Catherine M. Ellison

Neurologist

5050 NE Hoyt St. #315

Portland, OR 97213

503-963-3100

**EXHIBIT 1**
**PART 1 of 2**
**Page 480 of 1248**

STND 18-03985-000480

**Necole Suzuki**

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Thursday, April 16, 2015 3:05 PM |
| **To:** | 'Bethany Coleman-Fire' |
| **Subject:** | RE: Claim No. 00VW3181 |

I think attaching will be fine.

**Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Bethany Coleman-Fire [mailto:bethany.coleman@gmail.com]
**Sent:** Thursday, April 16, 2015 3:01 PM
**To:** Necole Suzuki
**Subject:** Re: Claim No. 00VW3181

May I just attach this to the form or do you need it rewritten?
On Thu, Apr 16, 2015 at 2:59 PM Necole Suzuki <Necole.Suzuki@standard.com> wrote:

> Hi Bethany,
>
> I have attached page 2 of your initial claim statement that lists the doctors you saw for your accident.
>
> Thanks,
>
> Necole Feuerstein, FLHC | Sr. Disability Claim Specialist
> The Standard
> Standard Insurance Company
> 900 SW Fifth Avenue | Portland, OR 97204
> Phone 971.321.3198 | Fax 503-796-5972
> necole.feuerstein@standard.com | www.standard.com
> Ensure a sustainable future - only print when necessary.
>
> -----Original Message-----
> From: p1grp034@standard.com [mailto:p1grp034@standard.com]
> Sent: Thursday, April 16, 2015 11:42 AM
> To: Necole Suzuki
> Subject:
>
> This E-mail was sent from "P1GRP012" (Aficio MP 6500).
>
> Scan Date: 04.16.2015 14:42:23 (-0400)
> Queries to: p1grp034@standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 481 of 1248**

STND 18-03985-000481

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Thursday, April 16, 2015 3:00 PM |
| **To:** | 'bethany.coleman@gmail.com' |
| **Subject:** | Claim No. 00VW3181 |
| **Attachments:** | 20150416144223227_0001.pdf |

Hi Bethany,

I have attached page 2 of your initial claim statement that lists the doctors you saw for your accident.

Thanks,

Necole Feuerstein, FLHC | Sr. Disability Claim Specialist The Standard Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3198 | Fax 503-796-5972 necole.feuerstein@standard.com |
www.standard.com Ensure a sustainable future – only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 11:42 AM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 14:42:23 (-0400)
Queries to: p1grp034@standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 482 of 1248**

STND 18-03985-000482



**Standard Insurance Company**

Employee Benefits Department  800.968.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance**
**Employee's Statement**

Claimant's Name _Bethany Coleman-Fire_

## 4. Injury

Describe Injuries _Same as detailed in part 3._

Cause of Injuries _Hit by a car while walking dog._

Time, Date and Location of Injuries.
_Approximately 7 a.m. 2/19/14 at Alberta and 17th Avenues._

## 5. Pregnancy

Date you expect to cease work _N/A_

Expected delivery date _____

Actual delivery date _____

Expected return to work date _____

Please indicate any foreseeable complications.

## 6. Attending Physician  *List all physicians consulted for this injury or illness. Use separate sheet, if needed.*

Physician's Name _Dr. Richa Uppal_  Specialty _Internal Medicine_  Phone No. (_503_) _221_ _0161_

Street Address _800 SW 13th Ave_  Fax No. (___) _____

City _Portland, OR_  State _OR_  ZIP _97205_

Date first consulted for this injury or illness _2/20/14_  Date last consulted _10/14/14_

Physician's Name _Dr. Jim Chestnut_  Specialty _Concussion/Sports Medicine_  Phone No. (_503_) _494-6400_

Street Address _3303 SW Bond Ave._  Fax No. (___) _____

City _Portland_  State _OR_  ZIP _97239_

Date first consulted for this injury or illness _Unsure. Approx 4/14_  Date last consulted _9/9/14_

Physician's Name _Emergency Room Doctor_  Specialty _____  Phone No. (_503_) _413-2200_

Street Address _Legacy Emanuel, 2801 N. Gantenbein Ave_  Fax No. (___) _____

City _Portland_  State _OR_  ZIP _97227_

Date first consulted for this injury or illness _2/19/14_  Date last consulted _2/19/14_

## 7. Hospital  *If you were hospitalized for this condition, please complete. Please attach copy of hospital bill if available.*

Hospital Name _N/A_  Address _____

From _____ Through _____ Reason for Hospitalization _____

From _____ Through _____ Reason for Hospitalization _____

## 8. History  *List all illnesses or injuries for which you have received treatment over the past five years. Use separate sheet if needed.*

| Ailment | Date | Physician's Name | Complete Address |
|---|---|---|---|
| Anemia | circa Sept. 2012 | Dr. Richa Uppal | 800 SW 13th Ave. Portland OR 97205 |
| Can't recall any others. | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT 1**
**PART 1 of 2**
**Page 483 of 1248**

STND 18-03985-000483



## Necole Suzuki

| | |
|---|---|
| **From:** | Bethany Coleman-Fire <bethany.coleman@gmail.com> |
| **Sent:** | Thursday, April 16, 2015 2:31 PM |
| **To:** | Necole Suzuki |
| **Subject:** | Re: Health Provider Verification Statement |

Thanks, Necole. Does this need to include the physicians I saw for the accident related to this claim? If so, I believe I had to provide that information on a different form already. Would you mind sending me a copy so that I don't have to reinvent the wheel?

Thanks,

B

On Thu, Apr 16, 2015 at 2:29 PM, Necole Suzuki <Necole.Suzuki@standard.com> wrote:
Hi Bethany,

I have attached the HPVS as you requested. Thanks for our update about the other medical records.

Please contact me if you have any questions.

Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.3198 | Fax 503-796-5972
necole.feuerstein@standard.com | www.standard.com
Ensure a sustainable future - only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 11:16 AM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 14:16:05 (-0400)
Queries to: p1grp034@standard.com

--
Bethany Coleman-Fire
503-317-8898
Bethany.coleman@gmail.com

1

**EXHIBIT 1**
**PART 1 of 2**
**Page 484 of 1248**

STND 18-03985-000484

 

## Necole Suzuki

| | |
|---|---|
| **From:** | Necole Suzuki |
| **Sent:** | Thursday, April 16, 2015 2:29 PM |
| **To:** | 'bethany.coleman@gmail.com' |
| **Subject:** | Health Provider Verification Statement |
| **Attachments:** | 20150416141605972_0001.pdf |

Hi Bethany,

I have attached the HPVS as you requested.  Thanks for our update about the other medical records.

Please contact me if you have any questions.

Necole (Feuerstein) Suzuki, FLHC | Sr. Disability Claim Specialist The Standard Standard Insurance Company 900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3198 | Fax 503-796-5972 necole.feuerstein@standard.com | www.standard.com Ensure a sustainable future – only print when necessary.

-----Original Message-----
From: p1grp034@standard.com [mailto:p1grp034@standard.com]
Sent: Thursday, April 16, 2015 11:16 AM
To: Necole Suzuki
Subject:

This E-mail was sent from "P1GRP012" (Aficio MP 6500).

Scan Date: 04.16.2015 14:16:05 (-0400)
Queries to: p1grp034@standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 485 of 1248**

1

STND 18-03985-000485

 

Standard Insurance Company

## Health Provider Verification Statement

| Date:<br>**2/12/15** | RE:<br>**PSET on behalf of Davis Wright Tremaine LLP** |
|---|---|
| Group Policy No.:<br>**445474** | Claim No.:<br>**00VW3181** |

Dear Ms. Coleman-Fire:

The Preexisting Condition Provision of your group policy requires that we gather additional information regarding your condition(s) and treatment. Please list any health care providers you may have consulted from March 1, 2012 to the present, any medications which you took or were prescribed from March 1, 2012 to the present, and any pharmacies you used from March 1, 2012 to the present. If necessary, please continue on the back of this form or on a separate sheet of paper. Please sign and date this form and return it to our office in the enclosed postage-paid envelope within 20 days from the date of this letter.

| Health Care Provider: | Specialty: | |
|---|---|---|
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Medication: | Dates Prescribed: | |
| Medication: | Dates Prescribed: | |
| Did you take any of these medications during the time period listed above? If so, please explain below. | | |
| Are you covered by a prescription pharmacy plan? If so, please provide your member information below. | | |
| Pharmacy #1: | Phone: | |
| Pharmacy #2: | Phone: | |
| Current Health Insurance carrier: | Prior Health Insurance carrier: | |

☐ This is a complete list of all health care providers I consulted, prescription medications I took or was prescribed, and pharmacies I used during the Preexisting Condition period.

☐ I did not consult any health care providers, I was not prescribed and did not take any prescription medications, and I did not use any pharmacies during the Preexisting Condition period.

**Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.**

| Signature: | Date: |
|---|---|

SI 12020

**EXHIBIT 1**
**PART 1 of 2**
**Page 486 of 1248**
(4/13)



From the desk of:  Necole Suzuki                                          4/16/2015 2:14 PM

Re: BETHANY COLEMAN-FIRE                    Policyholder: PROFESSIONAL SERVICES EMPLOYER
Member SS#: xxx-xx-xxxx                          Group ID#: 10010415
Claim #: 00VW3181                                   Policy #: 445474

p/c from Ms. Coleman-Fire, asking for the status of her claim.

I told Ms. Coleman-Fire that we have not received the HPVS from her.  She asked me to email her a
PDF of the form.  She will do her best to complete it but is unsure that she will remember every
provider back to 2012.  I told her to do the best she can.  She said she hasn't had any major medical
issues.

I asked Ms. Coleman-Fire to remain on the line with me while I checked Release Point's website.  I
told her that Dr. Chestnut's office will not release her records because they state that her signature
on the auth is not the same as what they have on file.  She will call their office and find out what
needs to be done.

I also told Ms. Coleman-Fire that her records from Legacy Emanuel are still in process.  Ok

Page 1 of 1                                          Signed _____  **EXHIBIT 1**
                                                                                        **PART 1 of 2**
                    THE STANDARD                                        **Page 487 of 1248**



TheStandard®

March 20, 2015


Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211


Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance
Company (The Standard).

As indicated in our letter to you dated February 12, 2015, additional information is necessary
before we can make a determination on your eligibility for benefits.  As part of this review we
contacted Dr. Uppal, Dr. Chestnut and Legacy Emanuel for copies of your medical records.  To
date, we have not received this requested information.  Please contact their office and ask them
to provide the information requested.

Additionally, with our February 12, 2015 letter, we requested that you complete and return the
enclosed Health Provider Verification Statement (HPVS).  We have not received your completed
HPVS.  Please complete and return the enclosed HPVS at your earliest convenience.  A postage-
paid envelope is enclosed for your convenience in providing this information.

We are unable to complete our review at this time because we have not yet received the
described above.  In order to be eligible for LTD benefits, you must meet the Definition of
Disability and all other provisions contained in the Group Policy.  We will need to review the
information requested from your medical providers to complete our review of your LTD claim.

For the reasons stated above, we are unable to complete the review of your claim as of the date
of this letter.  We are therefore extending the time to decide the claim by an additional 30 days.
We anticipate that we will be able to complete our review within 30 days after we received the
information we have requested.  Please understand that the additional 30-day period for review
will not begin until we have received the information described above.


Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 488 of 1248**

STND 18-03985-000488

2

If you have any questions, please contact our office.

Sincerely,

Necole Feuerstein, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

**EXHIBIT 1**
**PART 1 of 2**
**Page 489 of 1248**

STND 18-03985-000489

 

Standard Insurance Company

## Health Provider Verification Statement

| Date:<br>**2/12/15** | RE:<br>**PSET on behalf of Davis Wright Tremaine LLP** |
|---|---|
| Group Policy No.:<br>**445474** | Claim No.:<br>**00VW3181** |

Dear Ms. Coleman-Fire:

The Preexisting Condition Provision of your group policy requires that we gather additional information regarding your condition(s) and treatment. Please list any health care providers you may have consulted from March 1, 2012 to the present, any medications which you took or were prescribed from March 1, 2012 to the present, and any pharmacies you used from March 1, 2012 to the present. If necessary, please continue on the back of this form or on a separate sheet of paper. Please sign and date this form and return it to our office in the enclosed postage-paid envelope within 20 days from the date of this letter.

| Health Care Provider: | Specialty: | |
|---|---|---|
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Medication: | Dates Prescribed: | |
| Medication: | Dates Prescribed: | |

Did you take any of these medications during the time period listed above? If so, please explain below.

Are you covered by a prescription pharmacy plan? If so, please provide your member information below.

| Pharmacy #1: | Phone: |
|---|---|
| Pharmacy #2: | Phone: |
| Current Health Insurance carrier: | Prior Health Insurance carrier: |

☐ This is a complete list of all health care providers I consulted, prescription medications I took or was prescribed, and pharmacies I used during the Preexisting Condition period.

☐ I did not consult any health care providers, I was not prescribed and did not take any prescription medications, and I did not use any pharmacies during the Preexisting Condition period.

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

Signature: _____    Date: _____

**EXHIBIT 1**
**PART 1 of 2**
**Page 490 of 1248**
(4/13)

SI 12020



**Necole Feuerstein**

| | |
|---|---|
| **From:** | Necole Feuerstein |
| **Sent:** | Tuesday, March 03, 2015 1:42 PM |
| **To:** | 'bethany.coleman@gmail.com' |
| **Subject:** | Attending Physician's Statement |
| **Attachments:** | 20150303133547698.pdf |

Hi Bethany,

As you requested, I have attached a copy of the Attending Physician's Statement completed by your doctor.  Please let me know if you have any questions.

Thank you,

Necole Feuerstein, FLHC | Sr. Disability Claim Specialist The Standard Standard Insurance Company 900 SW Fifth Avenue | Portland, OR 97204 Phone 971.321.3198 | Fax 503-796-5972 necole.feuerstein@standard.com | www.standard.com Ensure a sustainable future – only print when necessary.

**EXHIBIT 1**
**PART 1 of 2**
**Page 491 of 1248**

STND 18-03985-000491




01/30/2015 ... FAX 122-...... 840 ...31/0002

Davis Wright Tremaine LLP

Suite 2400
1300 SW 5th
Portland, OR ... r10

Bethany L. Coleman-Fire
(503) 778-5439 tel
(503) 778-5299 fax

bethanycolemanfire@dwt.com

## FAX COVER SHEET

Date: January 30, 2015
Time sent: 9:14 AM
Total pages: 3
(including cover page)

From: Bethany L. Coleman-Fire
Telephone: (503) 778-5439
Fax: (503) 778-5299

SEND TO:

Name: Standard Ins. Co.

Company | Confirmation number:

Fax number: 971-321-8400

COMMENTS:

Long Term Disability Insurance – Attending Physician's Statement

Please deliver the following material as soon as possible.
Please notify us immediately at 503.241.2300 if not received properly. Thank you!

Operator: _____
Extension: _____

Client Matter Number: /

*[confidentiality notice text]*

Anchorage · New York · Seattle
Bellevue · Portland · Shanghai
Los Angeles · San Francisco · Washington, D.C.

www.dwt.com

---

**Standard Insurance Company**

Employee Benefits Department 800.368.2859 X63 971.321.6409 Fax
PO Box 2800  Portland OR 97208

Long Term Disability Insurance
Attending Physician's Statement

### Part A. To Be Completed By Patient

Patient Name: Bethany Coleman-Fire
Other Names Used: *aka* Bethany Coleman
Address: 4431 NE 7th Ave.   City: Portland   State: OR   Zip: 97211
Phone: 503-320-9584   Birthdate: _____   Soc. Sec. No: _____
Occupation: Lawyer   Employer: Davis Wright Tremaine LLP   Group Policy No. 445478
I returned to work Date: 8/4/14 part time

### Part B. To Be Completed By Physician.

*[instructional paragraph]*

#### 1. Information

Primary Diagnosis: _____  ICD Code: 1829  Concussion
Secondary Diagnosis: _____  ICD Code: E11A   N/A
Other diagnoses and ICD Codes/related information: 224.4 Anxiety & Depression
Vertigo 780.4, Soft Tissue Injury 879.8, 309.4 Adjustment Reaction
Memory and attention deficit, fatigue, post-concussive conditions
Patient Height: 5'9"  Weight: 192 lbs  BP: 122/73

*[checkboxes/fields]*

#### 2. History

Is patient referred to you, indicate for what: N/A
Has patient ever had surgery in similar condition? ☐ Yes ☑ No
Is you treated other: _____
Do or have other operations commenced in this condition? ☐ Yes ☑ No
If yes, please provide: _____
Date patient last consulted you for this condition: 2/20/14  Prior to condition: 12/24/11
Dates of subsequent treatment: 2/12/14, 3/19/14, 4/8/14, 7/16/14, 9/16/14, 10/17/14, 12/18/14 N/A
Date of most recent visit: 12/18/14
If patient was hospitalized, please provide dates, attached: N/A

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 492 of 1248**

STND 18-03985-000492



01/30/2015 10:18AM FAX  123-++++++          @AD                                    ☒0002/0002

## Standard Insurance Company

Employee Benefits Department  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance
Attending Physician's Statement**

Claimant's Name _____ Bethany Coleman - Five _____

### 3. Assessment

Date you recommended patient should stop working ____ N/A ____  Why? __ Can work c̄ accomodations __

Describe the patient's physical, mental and cognitive limitations and work activity limitations __ Memory and concentration deficit __
__ post concussion, fatigue, muscle spasm and pain __

How long from today's date will the described limitations impair the patient? __ 3 months approximately but could be longer __
Is the patient competent to manage insurance benefits? ☒ Yes ☐ No
If no, is the patient competent to appoint someone to help manage the insurance benefits? ☐ Yes ☐ No

### 4. Treatment

Planned course of treatment. Please include expected duration, surgeries, therapy, etc. __ F/U with OHSU specialty care __
__ for concussion c̄ Dr. James Chestnut, cont counseling and __
__ current medications __

Medications prescribed: dosage, frequency and date of prescription(s). __ Bupropion SR 150 mg q12h __

List other treating or referring physicians. Continue on separate page, if necessary. __ Dr. James Chestnut, OHSU. __

| | Name | Address | | |
|---|---|---|---|---|
| 1. | Dr. James Chestnut | OHSU | | |
| Phone No. (503) 494-4000 | | City | State | ZIP |
| 2. | | | | |
| Phone No. ( ) | | City | State | ZIP |

What reasonable work or job site modifications could the employer make to enable the individual to return to work? Please specify __ Can work 75% of normal work load (for now) Can be excused for visits to physical __
__ therapy, office visits, counseling 1-2 /week × 3 months. She will __
Assessment and treatment are complicated by: __ be absent from work for above __
☐ Malingering  __ - situational depression __
☒ Significant emotional or behavioral disorder such as: ☒ Depression ☐ Anxiety ☐ Hysteria  Check pertinent areas.
☐ Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations.
☐ Dependence on drugs/medication. Please specify. _____
☐ Other. Please describe. _____

### 5. Prognosis

Describe patient's condition since onset of symptoms: ☐ Recovered ☒ Improved ☐ Unchanged ☐ Regressed
When do you expect a fundamental or marked change in patient's condition? ☐ Never ☐ Condition expected to regress ☒ Condition expected to improve
State anticipated date _____ or, Unable to determine, follow up in _____ months
When do you anticipate the patient can return to work?  State anticipated date _____ or, Unable to determine, because of _____
                                                                      follow up in _____ months
Remarks _____

### 6. Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 12 of this form.

Physician's Signature _____ (signature) _____  Date 12/3/14
Physician's Name (Please Print) _____ K. UPPAL _____  Specialty IM
Address _____ 800 SW 13th Av _____  City Portland  State OR  ZIP 97205
Physician's Taxpayer ID No. X 930400952  Phone No. (503) 2210161 X  Fax No. (503) 270-9057
                                                                      2437

*Return to Standard Insurance Company at the address above.*

SI 3378                                      11 of 15

**EXHIBIT 1
PART 1 of 2
Page 493 of 1248**

From the desk of: Necole Feuerstein                                    3/3/2015 1:15 PM

Re: BETHANY COLEMAN-FIRE        Policyholder: PROFESSIONAL SERVICES EMPLOYER
Member SS#: xxx-xx-xxxx              Group ID#: 10010415
Claim #: 00VW3181                     Policy #: 445474

p/c from Ms. Coleman-Fire.  She said that her doctor noted on the APS that she will be working a 75% schedule for 3 months.  She explained that she and her doctor agreed to reevaluate after three months. If she is to remain at a 75% schedule for more than three months does she need to have another APS submitted?

I told Ms. Coleman-Fire that she should notify us of a change in her work scheduled.  If she remains at 75% she does not need to have another form completed.  I explained that we will rely on her medical records to understand the extent of any ongoing impairment.

Ms. Coleman-Fire asked that I email a copy of the APS to her for her records.
bethany.coleman@gmail.com.  I told her I would but warned her that the copy provided may be difficult to read.

Page 1 of 1                                          Signed _____

THE STANDARD

EXHIBIT 1
PART 1 of 2
Page 494 of 1248

STND 18-03985-000494

2/25/15
Bethany Coleman Fire

P/c to Ms. Coleman Fire. Told her I was calling regarding her LTD claim.

She confirmed that she received our letter. She has communicated w/ Release Point and got them all of the necessary authorizations.

She asked how long the review process will take. I told her that after we receive all of her medical records, her claim file will be referred to our medical dept. This review will take approx 3 wks.

Told her we are also waiting for addl info requested from her dr. OK.

Asked her to call w/ addl questions.

EXHIBIT 1
PART 1 of 2
Page 495 of 1248

STND 18-03985-000495

TRANSMISSION VERIFICATION REPORT

```
TIME  : 02/17/2015 02:35
NAME  :
FAX   :
TEL   :
SER.# : BROH1J301157
```

```
DATE,TIME              02/17  02:33
FAX NO./NAME           912067577765
DURATION               00:01:44
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```

**EXHIBIT 1**
**PART 1 of 2**
**Page 496 of 1248**

STND 18-03985-000496



## FACSIMILE TRANSMITTAL SHEET

TO: TERESA BALLARD                DATE: FEBRUARY 17, 2015

COMPANY: DAVIS WRIGHT TREMAINE  FROM: NECOLE FEUERSTEIN

FAX NUMBER: 206-757-7765         TOTAL NO. OF PAGES INCLUDING COVER: 3

RE: BETHANY COLEMAN-FIRE        OUR CLAIM NUMBER:  00VW3181

URGENT              FOR REVIEW              PLEASE REPLY

Warning: Privileged and Confidential Information

The information contained in this facsimile message is confidential, privileged, and exempt from disclosure to third persons and is intended solely for the use of the individual or entity named above. If the recipient or reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying, or unauthorized use of this communication is strictly prohibited. If you have received this facsimile in error, please notify the sender immediately by telephone and also return the facsimile and any copies thereof to the sender at the above address via the US Postal Service. All expenses will be paid by sender. Thank you.

**STANDARD INSURANCE CO.
EMPLOYEE BENEFITS DEPT C5D
PO BOX 2800
PORTLAND OR 97208**

**PHONE: (800) 368-1135, EXT 3198 (971) 321-3198
FAX: (503)796-5972**

**EXHIBIT 1
PART 1 of 2
Page 497 of 1248**



February 17, 2015    TheStandard®

Davis Wright Tremaine LLP
Attn: Teresa Ballard
1201 3rd Ave Suite 2200
Seattle WA 98101


Re:    Bethany Coleman-Fire
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Ballard:

In the course of evaluating Ms. Coleman-Fire's Long Term Disability (LTD) claim with Standard
Insurance Company (The Standard), we have determined that additional information is needed from
Groff Murphy, PLLC. So that we may accurately assess Ms. Coleman-Fire's eligibility for Long
Term Disability benefits, please provide the following:

   1. Ms. Coleman-Fire's monthly gross earnings figure, for each month, for the period June
      1, 2013 through October 31, 2013, itemizing vacation, sick leave, commissions,
      bonuses, and other compensation paid. Please provide source documentation of payroll
      as we are unable to accept information summarized in an Excel or Word document;

   2. Ms. Coleman-Fire's billable hours, by month, for the period June 1, 2013 to July 31,
      2014; and

   3. A copy of Ms. Coleman-Fire's employment/compensation agreement in effect when she
      ceased work.

An authorization form is enclosed for the release of this information. A self-addressed postage-paid
envelope is enclosed for your convenience in responding. If you would prefer to fax this
information to us, our fax number is (503) 796-5972.

We appreciate your assistance and prompt attention to this matter. If you have any questions, please
contact me.

Sincerely,

Necole Feuerstein, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198
Fax: 503-796-5972

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

**EXHIBIT 1**
**PART 1 of 2**
**Page 498 of 1248**

**Authorization to Obtain and Release Information**

**I AUTHORIZE THESE PERSONS** having any records or knowledge of me or my health:
- Any physician, medical practitioner or health care provider.
- Any hospital, clinic, pharmacy or other medical or medically related facility or association.
- Kaiser Permanente.
- Any insurance company or annuity company.
- Any employer, policyholder or plan sponsor.
- Any organization or entity administering a benefit or leave program (including statutory benefits) or an annuity program.
- Any educational, vocational or rehabilitation counselor, organization or program.
- Any consumer reporting agency, financial institution, accountant, or tax preparer.
- Any government agency (*for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, Workers' Compensation Board, etc.*).

**TO GIVE THIS INFORMATION:**
- Charts, notes, x-rays, operative reports, lab and medication records and all other medical information about me, including medical history, diagnosis, testing and test results. Prognosis and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes.
  - Any communicable disease or disorder.
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes. Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date.
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs.

and:
- Any non-medical information requested about me, including such things as education, employment history, earnings or finances, return to work accommodation discussions or evaluations, and eligibility for other benefits or leave periods including, but not limited to, claims status, benefit amount, payments, settlement terms, effective and termination dates, plan or program contributions, etc.

**TO STANDARD INSURANCE COMPANY, THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK, THE STANDARD BENEFIT ADMINISTRATORS AND THEIR AUTHORIZED REPRESENTATIVES (referred to as "The Companies", individually and collectively), AND MY EMPLOYER'S ABSENCE MANAGEMENT PROGRAM ADMINISTRATOR ("Absence Manager").**
- I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction.
- I understand that each of The Companies and Absence Manager will gather my information only if they are administering or deciding my disability or leave of absence claim(s), and will use the information to determine my eligibility or entitlement for benefits or leave of absence.
- I understand that I have the right to refuse to sign this authorization and a right to revoke this authorization at any time by sending a written statement to The Companies and Absence Manager, except to the extent the authorization has been relied upon to disclose requested records. A revocation of the authorization, or the failure to sign the authorization, may impair The Companies and Absence Manager's ability to evaluate or process my claim(s), and may be a basis for denying or closing my claim(s) for benefits or leave of absence.
- I understand that in the course of conducting its business The Companies and Absence Manager may disclose to other parties information about me. They may release information to a reinsurer, a plan administrator, plan sponsor, or any person performing business or legal services for them in connection with my claim(s). I understand that The Companies and Absence Manager will release information to my employer necessary for absence management, for return to work and accommodation discussions, and when performing administration of my employer's self-funded (and not insured) disability plans.
- I understand that The Companies and Absence Manager comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law. Information retained and disclosed by The Companies and Absence Manager may not be protected under the Health Insurance Portability and Accountability Act [HIPAA].
- I understand and agree that this authorization as used to gather information shall remain in force from the date signed below:
  - For Standard Insurance Company, the duration of my claim(s) or 24 months, whichever occurs first.
  - For The Standard Life Insurance Company of New York, the duration of my claim(s) or 24 months, whichever occurs first.
  - For The Standard Benefit Administrators, the duration of my claim(s) administered by The Standard Benefit Administrators or 24 months, whichever occurs first.
  - For Absence Manager, 24 months.
- I understand and agree that The Companies and Absence Manager may share information with each other regarding my disability and leave of absence claim(s). This authorization to share information shall remain valid for 12 months from the date signed below.
- I acknowledge that I have read this authorization and the New Mexico notice on page 7. A photocopy or facsimile of this authorization is as valid as the original and will be provided to me upon request.

Name (please print) _Betsy Clement Fire_                    Social Security No. _____

Signature of Claimant/Representative _Betsy Clement_          Date _14/3/14_

If signature is provided by legal representative (e.g., Attorney in Fact, guardian or conservator), please attach documentation of legal authority.

**EXHIBIT 1**
**PART 1 of 2**
**Page 499 of 1248**

STND 18-03985-000499




**TheStandard**®

February 12, 2015

Bethany Coleman-Fire
4834 NE 17th Ave
Portland OR  97211

Re:    Professional Services Employers Trust on behalf of
       Davis Wright Tremaine LLP
       Group Policy 445474
       Claim No. 00VW3181

Dear Ms. Coleman-Fire:

We are writing in regard to your Long Term Disability (LTD) claim with Standard Insurance
Company (The Standard). We cannot make a final decision on your claim until we get additional
information.

The Group Policy requires that we determine whether your condition was caused or contributed
to by a Preexisting Condition. It defines a Preexisting Condition as follows:

C.    Preexisting Condition

      1.    Definition

            Preexisting Condition means a mental or physical condition whether or not
            diagnosed or misdiagnosed:

            a.   For which you have done any of the following:

                 i.    Consulted a physician or other licensed medical professional;

                 ii.   Received medical treatment, services or advice;

                 iii.  Undergone diagnostic procedures, including self administered procedures;

                 iv.   Taken prescribed drugs or medications;

            b.   Which, as a result of any medical examination, including routine examination,
                 was discovered or suspected;

            at any time during the 90-day period just before your insurance becomes
            effective.

Standard Insurance Company
900 SW Fifth Avenue
Portland OR 97204-1235
tel 888.937.4783

*pre- ex wl*

**EXHIBIT 1**
**PART 1 of 2**
**Page 500 of 1248**

STND 18-03985-000500

2

2.    Exclusion

You are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled, you:

a.   Have been continuously insured under the Group Policy for 12 months; and

b.   Have been Actively At Work for at least one full day after the end of that 12 months.

Your insurance under the Group Policy became effective on June 1, 2013. You have claimed disability as of February 19, 2014.

Because your insurance coverage was in effect for less than 12 consecutive months as of February 19, 2014, we must find out if you received medical treatment or services, or took prescribed drugs or medications, during the 90-day period before your LTD insurance coverage became effective. That period runs from March 3, 2013 through May 31, 2013.

Therefore, to complete our review of your claim, we need information about your medical history during this time period. Information in your claim file indicates that you have received medical services from Dr. Uppal, Dr. Chestnut, and Legacy Emanuel. Therefore, we have requested medical information from them.

Please complete and sign the enclosed Health Provider Verification Statement, and return it to us in the enclosed postage-paid return envelope. This will provide us with the information we need to continue our review of your claim.

In addition, we are contacting your Employer for additional information about your work activity and earnings and expect to receive a reply shortly.

We understand that it is important for us to make a timely decision on your claim. We will keep you informed as we receive the additional information. When we receive all necessary information we will promptly complete our review of your claim and let you know our decision.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Necole Feuerstein, FLHC
Sr. Disability Claim Specialist
Employee Benefits Department
1-800-368-1135 ext. 3198

**EXHIBIT 1**
**PART 1 of 2**
**Page 501 of 1248**

 

Standard Insurance Company

**Health Provider Verification Statement**

| Date:<br>**2/12/15** | RE:<br>**PSET on behalf of Davis Wright Tremaine LLP** |
| Group Policy No.:<br>**445474** | Claim No.:<br>**00VW3181** |

Dear Ms. Coleman-Fire:

The Preexisting Condition Provision of your group policy requires that we gather additional information regarding your condition(s) and treatment. Please list any health care providers you may have consulted from March 1, 2012 to the present, any medications which you took or were prescribed from March 1, 2012 to the present, and any pharmacies you used from March 1, 2012 to the present. If necessary, please continue on the back of this form or on a separate sheet of paper. Please sign and date this form and return it to our office in the enclosed postage-paid envelope within 20 days from the date of this letter.

| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Health Care Provider: | Specialty: | |
| Address: | Dates of Treatments: | |
| City/State/ZIP: | Phone No.: | Fax No.: |
| Medication: | Dates Prescribed: | |
| Medication: | Dates Prescribed: | |
| Did you take any of these medications during the time period listed above? If so, please explain below. | | |
| Are you covered by a prescription pharmacy plan? If so, please provide your member information below. | | |
| Pharmacy #1: | Phone: | |
| Pharmacy #2: | Phone: | |
| Current Health Insurance carrier: | Prior Health Insurance carrier: | |

☐ This is a complete list of all health care providers I consulted, prescription medications I took or was prescribed, and pharmacies I used during the Preexisting Condition period.

☐ I did not consult any health care providers, I was not prescribed and did not take any prescription medications, and I did not use any pharmacies during the Preexisting Condition period.

**Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.**

Signature: _____     Date: _____

**EXHIBIT 1**
**PART 1 of 2**
**Page 502 of 1248**
(4/13)

SI 12020



Home    Action    Support    Account

**RPNet Logout**

# Order Complete

## Your Weborder Transaction ID is: 2254029

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

### *626-768-7064*

| | |
|---|---|
| Name: | Coleman-Fire , Bethany |
| DOB: | |
| SSN: | ███████ |
| Policy Num: | 00VW3181 KM:Necole |
| Source Code: | CCC |

| | |
|---|---|
| Provider 1 : | Dr. Richa Uppal |
| Address: | 800 SW 13th Ave<br>Portland , OR 97205 |
| Phone: | 503-221-0161 |
| Record Range: | Obtain records from 02/01/2012 to Present |

| | |
|---|---|
| Provider 2 : | Dr. Jim Chestnut |
| Address: | 3303 SW Bond Ave<br>Portland , OR 97239 |
| Phone: | 503-494-6400 |
| Record Range: | Obtain records from 02/01/2012 to Present |

| | |
|---|---|
| Provider 3 : | Legacy Emmuanel ER |
| Address: | 2801 N Gantenbein Ave<br>Portland , OR 97227 |
| Phone: | 503-413-2200 |
| Record Range: | Obtain records from 02/01/2012 to Present |

( New Request (Retain Household Info/Policy Number) -> )   ( New Request (Clear All Previous Data) -> )   ( Order Additional Request(s) for This Patient )

Copyright 2014 ReleasePoint, Inc. All Rights Reserved  |  Logout of RPNet

**EXHIBIT 1**
**PART 1 of 2**
**Page 503 of 1248**
2/4/2015

STND 18-03985-000503

## Nikol Niemeyer

| | |
|---|---|
| **From:** | Tara Faust |
| **Sent:** | Friday, January 30, 2015 9:14 AM |
| **To:** | Nikol Niemeyer |
| **Cc:** | Mary Harding |
| **Subject:** | Bethany Coleman-Fire (00VW3181) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Received a call from Ms. Coleman-Fire who was calling to get an update on her claim. Ms. Coleman-Fire states that she does not believe that the doctor has sent their information and is just trying to confirm that. Ms. Coleman-Fire also would like to know if she needs to have the concussion doctor and her therapist to fill out information also. Ms. Coleman-Fire is requesting a call back and can be reached at 503-320-9564.

Tara F.
**Group Policy Administration / Continued Benefits**
The Standard www.standard.com
Standard Insurance Company
19355 NW Tanasbourne Dr.| Hillsboro, OR 97123
Phone 800.348.3226 | Fax 971.321.4841
*Ensure a sustainable future: Only print when necessary.*

**Please do not reply to this message. Replies to this message or this email address will not be responded to or read.**
**If you have questions please go to http://www3.standard.com/net/public/Individuals/ContactUs.  You may also call us at 800.348.3226**

**EXHIBIT 1**
**PART 1 of 2**
**Page 504 of 1248**

STND 18-03985-000504



 **Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**Teresa Ballard**
206.757-8765 tel
206.757.7765 fax
teresaballard@dwt.com

December 23, 2014

Standard Insurance Company
Employee Benefits Department
PO Box 2800
Portland, OR 97208

Re:    Long Term Disability Claim – Policy Number 445474

Dear Sir or Madam:

Enclosed please find a long term disability claim for Ms. Bethany Coleman Fire. The documents contained in this packet include the Employee and the Employer sections. Ms. Coleman Fire's physicians have indicated that they have submitted the completed section directly to the insurance company. If you need additional information to process this claim, please contact me either via email or phone at the address or number listed above.

Sincerely,

Davis Wright Tremaine LLP

*Teresa Ballard*

Teresa Ballard, SPHR
Benefits Administrator

cc: Kibble & Prentice

RECEIVED

DEC 2 6 2014

SIC BENEFITS DEPT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

100% ♻

www.dwt.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 505 of 1248**

STND 18-03985-000505

## Standard Insurance Company

Employee Benefits Department  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance**
**Employee's Statement**

*Please type or print. Form may be returned for unanswered questions.*

### 1. Claimant

Full Name **Bethany Coleman-Five** _____ Social Security No. ▓▓▓

Address **483 NE 17th Ave** City **Portland** State **OK** zip **97211**

Phone No. **(503) 320-9564**

Birthdate ▓▓▓ Sex ☐ Male ☑ Female  Height **5'8"** Weight **186**

Name of Spouse **Leona Coleman-Five** Birthdate ▓▓▓

No. of Dependent Children **0** Birthdate of Youngest **N/A**

Did you receive a Certificate of Insurance? ☐ Yes ☐ No   Did you receive a Brochure? ☐ Yes ☐ No
*If you did not receive a Certificate of Insurance or Brochure, please contact your employer to obtain a copy.*

### 2. Employment

Name of Employer **Davis Wright Tremaine LLP (PSET is the plan sponsor)** Group Policy No. **445474**

Address **1300 SW 5th Ave Ste 2400** City **Portland** State **OR** zip **97201**

Phone No. **(503) 778 5439**

State your job title and describe your duties at work.
**Associate attorney — Review documents, write legal documents, analyze client matters, do computer and book research.**

Is your disability work-related? ☐ Yes ☑ No   Date of injury **2/19/14**

Have you filed a Workers' Compensation claim? ☐ Yes ☑ No   If yes, W.C. claim number _____

Last full day at work **2/18/14**

Date you became unable to work at your occupation as a result of disability **2/19/14**

Are you now working at, or have you worked at, your occupation or any other occupation since the date of your injury? ☑ Yes ☐ No

If yes, list names of employers, addresses, telephone numbers, and dates of employment.
**Davis Wright Tremaine — See above for contact information. Returned part-time Aug. 4, 2014. Remain part-time.**
Are you self-employed at any activity? ☐ Yes ☑ No

Date you resumed part-time work **Aug. 4, 2014** Work Phone **(503) 778 5439** Extension _____

Date you resumed full-time work **N/A** Work Phone (_____) _____ Extension _____

### 3. Sickness  *Please list all illnesses which contribute to your being unable to work at your occupation.*

Illness **concussion, depression, anxiety,** Date First Noticed **2/19/14**
Illness **whiplash, post concussion syndrom.** Date First Noticed **2/19/14**

State what you believe caused your illness.
**Was hit by a car while walking the dog.**

Describe your symptoms **Headaches, fatigue, neck and back pain, sleeplessness, anxiety.**

Have you ever had the same condition or a related illness before? ☐ Yes ☑ No   Date _____

RECEIVED
DEC 26 2014
SIC BENEFITS DEPT

**EXHIBIT 1**
**PART 1 of 2**
**Page 506 of 1248**

SI 3379  EES  2 of 15

STND 18-03985-000506

**Standard Insurance Company**

Employee Benefits Department   800.368.1135 Tel   971.321.8400 Fax
PO Box 2800   Portland OR 97208

**Long Term Disability Insurance**
**Employee's Statement**

Claimant's Name _Bethany Coleman-Fire_

## 4. Injury

Describe Injuries _Same as detailed m part 3._

Cause of Injuries _Hit by a car while walking dog._

Time, Date and Location of Injuries.
_Approximately 7 a.m. 2/19/14 at Alberta and 17th Avenues._

## 5. Pregnancy

Date you expect to cease work _N/A_                    Expected delivery date _____

Actual delivery date _____                  Expected return to work date _____

Please indicate any foreseeable complications.

## 6. Attending Physician _List all physicians consulted for this injury or illness. Use separate sheet, if needed._

Physician's Name _Dr. Richa Uppal_   Specialty _Internal Medicine_   Phone No. (_503_) _221 0161_

Street Address _800 SW 13th Ave_   Fax No. (___) _____

City _Portland, OR_   State _OR_   ZIP _97205_

Date first consulted for this injury or illness _2/20/14_   Date last consulted _10/1/14_

Physician's Name _Dr. Jim Chestnut_   Specialty _Concussion/Sports Medicine_   Phone No. (_503_) _494-6400_

Street Address _3303 SW Bond Ave._   Fax No. (___) _____

City _Portland_   State _OR_   ZIP _97239_

Date first consulted for this injury or illness _Unsure. Approx 4/14_   Date last consulted _9/9/14_

Physician's Name _Emergency Room Doctor_   Specialty _____   Phone No. (_503_) _413-2200_

Street Address _Legacy Emanuel, 2801 N. Gantenbein Ave_   Fax No. (___) _____

City _Portland_   State _OR_   ZIP _97227_

Date first consulted for this injury or illness _2/19/14_   Date last consulted _2/19/14_

## 7. Hospital _If you were hospitalized for this condition, please complete. Please attach copy of hospital bill if available._

Hospital Name _N/A_   Address _____

From _____ Through _____ Reason for Hospitalization _____

From _____ Through _____ Reason for Hospitalization _____

## 8. History _List all illnesses or injuries for which you have received treatment over the past five years. Use separate sheet if needed._

| Ailment | Date | Physician's Name | Complete Address |
|---|---|---|---|
| Anemia | circa Sept 2012 | Dr. Richa Uppal | 800 SW 13th Ave. Portland, OR 97205 |
| Can't recall any others. | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT 1**
**PART 1 of 2**
**Page 507 of 1248**

STND 18-03985-000507

**Standard Insurance Company**

Employee Benefits Department  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance
Employee's Statement**

Claimant's Name _Bethany Coleman-Fire_

## 9. Deductible Income/Benefits From Other Sources

Your Group Disability plan is designed so that the income you receive from Standard Insurance Company and other sources (e.g., Social Security, Workers' Compensation, retirement system, and other income or benefits as described in your Group Policy as deductible income or benefits) combined will provide you with a percentage of predisability earnings, as defined in your Group Policy. Please review your Group Policy to determine how receipt of or eligibility for deductible income or benefits may impact your disability benefits. Please review your obligation to keep Standard Insurance Company informed of your application for and receipt of deductible income or benefits. Additionally, your Group Policy may allow Standard Insurance Company to reduce your disability benefit by estimated deductible income or benefits you are eligible to receive even if you have not applied for them. If your Group Policy states that Social Security benefits will be "deemed payable" even if not received, we will deduct from your disability benefit an estimated Social Security benefit for you and your dependents, based on your Social Security wage record. Please also understand that when deductible income or benefits are awarded you may receive a retroactive award (earlier date) and payment. This retroactive payment may result in an overpayment of your disability benefits because you would receive deductible income or benefits for a period during which you already have received disability benefits from Standard Insurance Company.

| Have you applied for or are you receiving benefits from: | Applied Yes No | Receiving Yes No | Date Applied For | Amount Received Weekly | Amount Received Monthly | Effective Date |
|---|---|---|---|---|---|---|
| a. Social Security | ☐ ☑ | ☐ ☑ | | | | |
| b. Workers' Compensation | ☐ ☑ | ☐ ☑ | | | | |
| c. State Disability Insurance | ☐ ☑ | ☐ ☑ | | | | |
| d. Retirement or Pension (Employer, PERS, STRS, PERA, etc.) _Please specify_ | ☐ ☑ | ☐ ☑ | | | | |
| e. Other _____ (e.g., unemployment or union benefits, etc.) | ☐ ☑ | ☐ ☑ | | | | |

*Please send copies of any letters or notices approving or denying benefits.*

## 10. Vocational  *Complete the following and/or attach a resume.*

| Education level | Yes | No | If no, last grade attended. |
|---|---|---|---|
| Grade School Graduate | ☑ | ☐ | |
| High School Graduate | ☑ | ☐ | |
| GED | ☑ | ☐ | |
| College Graduate | ☑ | ☐ | Degree B.A.  Major Politics |
| Post Graduate | ☑ | ☐ | Degree J.D.  Major N/A |

Have you attended any trade schools or received other special training? ☐ Yes ☑ No  If yes, please describe.

**Work Experience:** *Complete the following starting with your most recent work experience.*

| Job Title & Employer | Dates of Employment | Duties | Last Salary |
|---|---|---|---|
| 1. Associate Attorney Davis Wright Tremaine | From: June 2013  To: Current | Draft legal memoranda, do legal research, meet w/ clients | 117,500 |
| 2. Law Clerk Bankruptcy Court | From: September 2011  To: June 2013 | Research legal issues and draft legal memorand... | 82,000 |
| 3. Law Clerk Dunn Carney | From: June 2010  To: August 2010 | " | $1800/week |
| 4. Law Clerk Oregon DOJ | From: June 2009  To: August 2009 | " | $ uncertain |
| 5. | From:  To: | | RECEIVED |

*DEC 26 2014*

*SIC BENEFITS DEPT*

## 11. Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 5 of this form.

Signature _____   Date _12/3/14_

SI 3379

**EXHIBIT 1
PART 1 of 2
Page 508 of 1248**

STND 18-03985-000508

  

**Standard Insurance Company**

Employee Benefits Department    800.368.1135 Tel    971.321.8400 Fax
PO Box 2800   Portland OR 97208

**Long Term Disability Insurance**
**Claim Form Fraud Notices**

Some states require us to provide the following information to you:

**CALIFORNIA RESIDENTS**

For your protection, California law requires the following to appear on this form:  Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO RESIDENTS**

It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to the policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**DISTRICT OF COLUMBIA RESIDENTS**

WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**FLORIDA RESIDENTS**

Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**MARYLAND AND RHODE ISLAND RESIDENTS**

Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NEW JERSEY RESIDENTS**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW YORK RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**PENNSYLVANIA RESIDENTS**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**ALL OTHER RESIDENTS**

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

**EXHIBIT 1**
**PART 1 of 2**
**Page 509 of 1248**

STND 18-03985-000509

Dr. Jeffrey Brown

Neurologist

1040 NW 22$^{nd}$ Ave. Ste 630

Portland, OR 97210

503-954-1566


Dr. Catherine M. Ellison

Neurologist

5050 NE Hoyt St. #315

Portland, OR 97213

503-963-3100

**EXHIBIT 1**
**PART 1 of 2**
**Page 510 of 1248**

STND 18-03985-000510

**Standard Insurance Company**

Employee Benefits Department  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance**
**Employer's Statement**

## 1. Employee

Name of Employee  **Bethany Coleman-Fire**

Address  **4834 NE 17th Ave**                        City  **Portland**        State  **OR**    ZIP  **97211**

Job Title  **Associate Attorney**          Class:  ☐ Faculty/Teacher  ☐ Technical/Professional  ☐ Administration
                                                   ☐ Maintenance   ☐ Secretarial/Clerical   ☑ Other  **0002**

Job Classification  **Exempt Staff**

Phone No. (  **503**  )  **778-5439**          Date Employed  **6/1/2013**      Social Security No. ▉▉▉▉▉

## 2. Information

Date employee's LTD coverage became effective:  ☑ Basic  **6/1/2013**          ☐ Buy-up

Work Location:      Address  **1300 SW Fifth Ave, Suite 2400, Portland, OR  97201**          State ____  ZIP ____

Was employee given a Certificate?  ☑ Yes  ☐ No  ☐ Don't Know

Was employee insured under previous LTD carrier?  ☐ Yes  ☑ No  ☐ Effective Date ____

Employee's Medical Insurance carrier  **Regence Blue Shield**

Phone No. (  **866**  )  **240-9580**                        Effective date for medical insurance  **6/1/2013**

Employee's status on date disability commenced:
Actively at Work?  ☑ Yes  ☐ No   If no, reason _____    Number of hours worked per week  **40**

Last day of work before disability commenced  **2/18/14**        ☑ Exempt or  ☐ Non-Exempt  ☐ Union or  ☐ Non-Union

Number of hours worked this day  **8**          Date employee returned to work after disability ended  *still disabled but working pt since 8/4/14*

Have you considered allowing the claimant to work in another occupation, or modify or alter the job duties of the claimant's occupation, how the job is done (i.e., work schedule), or worksite?  ☑ Yes  ☐ No   If yes, what alternatives were offered to the claimant?
**She did attempt to return to work part time but due to vision problems and balance issues she had to stop working and go back on her leave of absence- she was kept in a full pay status until 8/1/14 when she again returned pt to work**

Does the employee participate in your formal retirement plan?  ☑ Yes  ☐ No    Is the plan a qualified plan?  ☑ Yes  ☐ No

Is the employee eligible but not participating in your formal retirement plan?  ☐ Yes  ☑ No

Is the formal retirement plan carrier TIAA-CREF or another carrier? *Please provide name, phone number and address of contact person.* **Another carrier, One America, 225 Broadway, Suite 500, San Diego, CA  92101.  Phone: 619-645-6127.  This is a 401(k) plan.**

What is the employee's year-to-date retirement plan contribution? $ **16,790.00**

Are the employee's contributions vested?  ☑ Yes  ☐ No

Is disability caused or contributed to by employment?  ☐ Yes  ☑ No  ☐ Undetermined
Has employee filed a Workers' Compensation claim?  ☐ Yes  ☑ No  ☐ Don't Know

Workers' Compensation Carrier Name  **N/A**              Claim No. ____          Date of Injury ____

Address ____                  City ____            State ____  ZIP ____

Phone No. ( ____ ) ____          Person to contact ____

Is employment now terminated?  ☐ Yes  ☑ No        Is employment scheduled for termination?  ☐ Yes  ☑ No

Reason ____                      Date of termination ____

## 3. Salary at Time of Disability  *Please check only one box.*

☑ Basic Monthly Earnings    Monthly Rate $ **9791.67 gross**        ☐ Basic Weekly Earnings    Weekly Rate $ ____

☐ Basic Yearly Earnings     Annual Rate $ ____                   ☐ Basic Hourly Earnings    Hourly Rate $ **56.4947**

☐ Basic Contract Earnings   Contract Amount $ ____               Length of Contract ____

☐ Commissions *Please attach list of commissions paid for the period specified in your Group Policy.*

☐ Shift Differential  ☐ Bonuses

Date of last increase  **1/1/14**        Earnings prior to increase $ **9375.00**   per **month**   Effective date  **6/1/2013**

## 4. Compensation for Period After Disability

| Type | Last date through which paid or payable | Amount / Rate |
|---|---|---|
| Sick Pay/Salary Continuation | | *$56.4947 per hour ~~OnE~~ FTE thru 7/31/14* |
| Self-insured Short Term Disability | | |
| Wages/salary, *earned after disability* | | *$56.4947 per hour Dec ... Aug 2014 ...* |
| Commissions, *earned after disability* | — | *then $56.4947 per hour ... $56.445 current* |

SI 3379                                    13 of 15

**EXHIBIT 1**
SICK BENEFITS PAID 1 of 2
**Page 511 of 1248**

ERS

 

**Standard Insurance Company**

Employee Benefits Department  800.368.1135 Tel  971.321.8400 Fax
PO Box 2800  Portland OR 97208

**Long Term Disability Insurance**
**Employer's Statement**

## 5. Deductible Income/Benefits From Other Sources

| Is employee covered by or now receiving benefits from the following? | Covered | | Receiving | | | Date of Application | Amount | | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Don't Know | | Weekly | Monthly | |
| a. Social Security | ☑ | ☐ | ☐ | ☑ | ☐ | | | | |
| b. Workers' Compensation | ☑ | ☐ | ☐ | ☑ | ☐ | | | | |
| c. State Disability Insurance | ☐ | ☑ | ☐ | ☑ | ☐ | | | | |
| d. Retirement or Pension (Employer, PERS, STRS, PERA, etc.) *Please specify* _____ | ☑ | ☐ | ☐ | ☑ | ☐ | | | | |
| e. Other _____ (e.g., unemployment or union benefits) | ☐ | ☑ | ☐ | ☑ | ☐ | | | | |

## 6. Life Insurance

Was employee covered by Group Life Insurance with The Standard on cease work date?  ☑ Yes  ☐ No

If yes, list policy number(s) **445474**

Date life insurance became effective **6/1/2013**
*Please attach original enrollment card.*

Amount of Basic Life Insurance $ **118,000**    Additional/Optional $ _____    Supplemental $ _____    AD&D $ _____

Dependent's Coverage?  ☐ Yes  ☑ No    If yes,  ☐ Spouse  ☐ Child

*IMPORTANT: Please continue payment of premiums until otherwise notified.*

## 7. Tax Information

Employer's Federal Tax I.D. Number **91-0839480**

Check one:  ☑ We are a private-sector employer
            ☐ We are a public-sector (government entity) employer

Is this employee subject to:   Social Security taxes?  ☑ Yes  ☐ No    Medicare taxes?  ☑ Yes  ☐ No
                               Railroad Tier 1 taxes?  ☐ Yes  ☑ No    Tier 1 Medicare taxes?  ☐ Yes  ☑ No
                               State Disability taxes?  ☐ Yes  ☑ No    Unemployment Compensation taxes?  ☑ Yes  ☐ No

If subject to Social Security taxes what are the employee's year to date Social Security wages? **$96,506.39 through 12/15/14**

Does this employee pay all or a portion of the premium for LTD insurance coverage?  ☐ Yes  ☑ No

*If yes, what percentage of the LTD premium does the employer pay ____ **100** %.

                    *the employee pay _____ % with "pre-tax" funds.

                    *the employee pay _____ % with funds that have been taxed.

* If yes, are employer paid premiums included in the employee's salary?  ☐ Yes  ☐ No

*IMPORTANT: Remember to calculate the premium contribution percentage information according to the IRS Group Policy (three year averaging) rule.*

## 8. Attachments

*Please attach copies of the following:*
a. Job Description
b. Employment Application or Resume
c. Enrollment or Election Form for Long Term Disability Insurance
d. Income From Other Sources (Deductible Benefits) Documents (Social Security, Workers' Compensation, PERS, etc.)

## 9. Employer Representative Completing This Form

Employer **Davis Wright Tremaine LLP**        Phone No. **206-622-3150**    Policy Number **445474**

Address **1201 3rd Ave, Suite 2200**        City **Seattle**        State **WA**    ZIP **98101**

**Acknowledgement**
I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the applicable fraud notice on page 15 of this form.

Signature *Teresa Ballard*        Date **12/23/14**

Prepared by **Teresa Ballard**        Title **Benefits Administrator**

Phone No. ( **206** ) **757-8765**    Fax No. ( **206** ) **757-7765**

RECEIVED
DEC 26 2014
SIC BENEFITS DEPT

**EXHIBIT 1**
**PART 1 of 2**
**Page 512 of 1248**

STND 18-03985-000512

**EPIC**

File · View · Insert · Search · Letters · Reports · Window · Help

**SI : Company: SI  Claim Event Nbr: D91206  BETHANY COLEMAN-FIRE**

| Claimant | Claim | Beneficiary/Payee | Assign To |

**Comments**

Claimant: **COLEMAN-FIRE, BETHANY**
TIN: ▮▮▮▮▮

Contract: 445474    PROFESSIONAL SERVICES EMPLOYER

Group: Seattle                    Region: 2

Claim Level: [          ▾]
Acquired From:
Claimant Insurance Eff Dt: 06/01/2013

Claim Type: Non-death

Received Dt: 07/08/2015      Non-Death Incurred Dt: 02/19/2014
Claimant Ceased Work Dt: 02/18/2014      Hire Dt: 06/01/2013

Estimated LIFE Face Amt: $.01
Estimated AD&D Face Amt: $.00

Birth Dt: ▮▮▮▮▮      Deceased Dt: 00/00/0000
Current Age: 34      Incurred Age: 30

Special Handling Required ☐      Contract Effective Date: 01/01/2013      Loan Number:

Member
Relationship To Member: [Member          ▾]

Occupation: [Lawyers                    ▾]      Years of Education: 18
Annual Salary: 117,508.98      Salary Eff Dt: 01/01/2014
Member Insurance Eff Dt: 06/01/2013      Premium Paid Dt: 00/00/0000

Claim Reminders

Ready

**EXHIBIT 1**
**PART 1 of 2**
**Page 513 of 1248**

STND 18-03985-000513

EPIC

File   View   Insert   Search   Letters   Reports   Window   Help

SI : Company: SI   Claim Event Nbr: D91206   BETHANY COLEMAN-FIRE

**Comments**

Claimant | Claim | Beneficiary/Payee | Assign To

| Category | Diagnosis | Primary | Secondary |
|---|---|---|---|
| Injury and Poisoning | Concussion | ☑ | ☐ |
| Accidents/Violence | Accident - Aircraft | ☐ | ☐ |
| Accidents/Violence | Accident - Drowning | ☐ | ☐ |
| Accidents/Violence | Accident - Fall | ☐ | ☐ |
| Accidents/Violence | Accident - Fire | ☐ | ☐ |
| Accidents/Violence | Accident - Gunshot | ☐ | ☐ |
| Accidents/Violence | Accident - Medical Care | ☐ | ☐ |
| Accidents/Violence | Accident - Motor Vehicle Related | ☐ | ☐ |

Date of Insurance Application:   |00/00/0000|   Days Between Application And Hire:

Medical Evidence Required?   ☐

Evidence Comment:

Active Claim?   Claim Number

Ltd:   ☑   |vw3181|

Std:   ☐

Claim Reminders

EXHIBIT 1
PART 1 of 2
Page 514 of 1248

STND 18-03985-000514

EPIC

File   View   Insert   Search   Letters   Reports   Window   Help

SI : Company: SI   Claim Event Nbr: D91206   BETHANY COLEMAN-FIRE

Claimant | Claim | Beneficiary/Payee | Assign To

Comments

Beneficiary / Payee Name | Status

Adjudication Status

Available Status Reasons | Assigned Status Reasons | Expired

Expense Payee Name | Status

Claim Reminders

Ready

**EXHIBIT 1**
**PART 1 of 2**
**Page 515 of 1248**

STND 18-03985-000515



EPIC

File View Insert Search Letters Reports Window Help

SI : Company: SI Claim Event Nbr: D91206 BETHANY COLEMAN-FIRE

Claimant | Claim | Beneficiary/Payee | Assign To

Comments

Claim Event Status: Closed

Contested? ☐ Sent to QA Date 00/00/0000

QA Decision

QA Decision Date 00/00/0000

| | DOL 45 Days | DOL 90 Days | DOL 180 Days |
|---|---|---|---|
| Scheduled Date: | 08/22/2015 | 10/06/2015 | 01/04/2016 |
| Actual Date: | 00/00/0000 | 00/00/0000 | 00/00/0000 |

| Completed | Assigned Employee | Assignment | Phone | From | Through |
|---|---|---|---|---|---|
| ☑ | [Baker, Jean] ( inactive profile ) | Processor | 321-6338 | 07/08/2015 | 07/09/2015 |
| ☑ | [Baker, Jean] ( inactive profile ) | Primary | 321-6338 | 07/09/2015 | 02/01/2016 |
| ☐ | LaSasso, Dashiell | Processor | 321-6624 | 02/01/2016 | 00/00/0000 |

Claim Reminders

Ready

**EXHIBIT 1**
**PART 1 of 2**
**Page 516 of 1248**

Comment Type: Claim                                                      Claim Event #: D91206

                                                                         Created: 02/01/2016

Closed per mismatch report.

Dashiell LaSasso

---

Comment Type: Claim                                                      Claim Event #: D91206

     Last Update: 07/09/2015                                             Created: 07/09/2015

Waiver Approved by Necole Suzuki, analsyt.

Basic amount of Life Insurance is 1'x annual earnings, AE= $117,508.98 and round up $1K = $118K
Non Contributory

No Additional life coverages.
Terms at SSNRA age 67
I requested another bene to complete as in file It states spouse so sending another just for update.
assignment: no
Accel: 75%10%
Jean Baker

**EXHIBIT 1**
**PART 1 of 2**
**Page 517 of 1248**

STND 18-03985-000517

## LTD Life Waiver Of Premium Work Request Form

| Referral Information | |
|---|---|
| Claimant Name: | Bethany Coleman-Fire |
| Date Referred: | 7/7/2015 |
| Referring LTD Analyst: | Necole Suzuki |
| LTD Analyst Extension: | 3198 |
| LTD Claim No: | 00VW3181 |
| Life Contract/Policy No: | 445474 |
| Waiver Claim No: | If no waiver claim number, why I'm having Epic password |
| Claim Assistant: | Kath  problems. Angw |
| Team Code: | CCC |

| Waiver with Active or Pending LTD | |
|---|---|
| Work Request: | Approve and Close |
| Special Handling: | Yes  (explain special handing in comments section below) |
| Comments: | PSET claim -- see LTD overview. Claim approved through 12/12/14. |

| LWOP Team Use Only | |
|---|---|
| Waiver Examiner: | |
| Date Assigned: | JEAN BAKER |
| Returned to LTD Analyst: | Reason for Return: |
| Date Returned to Waiver Examiner: | |
| Additional Info Requested by WE: | Description: |
| DE Entered for Reductions & Terms: | ☑YES ☐NO ☐N/A |
| DE Entered for Beneficiary Info: | ☑YES ☐NO ☐N/A |
| WOR Completed Date: | 7-9-2015 |
| Date LTD File Returned to LTD: | 7-9-2015 |
| CL WP RC Entered/Date | Received by LWOP |
| Additional Work Required? If yes, what and date that was initiated: | JUL 08 2015 |
| Additional Work Completed date/Returned to Examiner | |

Please note Additional Work action required and in/out dates below:

| Date | Action Required |
|---|---|
| | |
| | |
| | |
| | |
| | |
| CL WP RT Entered/Date | 7-9-2015 |

### Reference: Frequently Used Diary Events/Annual Approval Letters

| | |
|---|---|
| CL LE CU\| Waiver ends at age 65 | CL LE CS\| Waiver reduces at age 70 and 75 |
| CL LE CV\| Waiver ends when Policy terminates (true CLI) | CL LE CP\| Waiver ends at age 70 |
| CL LE CT\| Waiver ends at retirement | CL LE CO\|Waiver reduces at age 65, ends at age 70 |

**EXHIBIT 1**
**PART 1 of 2**

# WAIVER SUMMARY CLAIM SHEET

| | | | |
|---|---|---|---|
| CLAIM TYPE: | Non-death | Primary Assigned EE: | Jean Baker |
| CLAIM NUMBER: | D91206 | SS#: | ▉▉▉ DOB: ▉▉▉ |
| CLAIM STATUS: | Active | GENDER: F | Cur. Age: 31 |
| MEMBER NAME: | BETHANY COLEMAN-FIRE | Education 18 | Inc. Age: 30 |
| ADDRESS: | 4834 NE 17TH AVE | Occupation: | Lawyers |
| | PORTLAND        OR | Hire Date: | 6/1/2013 |
| | USA                97211 | ANNUAL SALARY: | $117,509 |
| PHONE NUMBER: | 503- 320-0504 | Primary DIAGNOSIS: | Concussion |
| | | Secondary DIAGNOSIS: | |

**CLAIM INFO:**

Contract Name and Number:     445474
PROFESSIONAL SERVICES EMPLOYER
State of Issue: WA     Group Office: SEA
**CLAIMANT INS. EFFECTIVE DATE:** 6/1/2013

Contract Effective Date:    1/1/2013
Contract Termination Date:
EVIDENCE REQUIRED:    N
Ceased Work Date:    2/18/2014
Std Claim #:
Ltd Claim #:        vw3181

Types of coverage this person has:          Corresponding Benefit Amount

| **COVERAGE** | **Original Approved Amt:** | **Approved Amt:** |
|---|---|---|
| Basic Term Life | $118,000.00 | $118,000.00 |

1.00 times salary and rounding up $1,000.00 and minimum benefit amount is
$50,000.00 and maximum benefit amount is $500,000.00

Class Description:   Eligible active associate or of counsel attorneys working in the United States and expected

Amount of **Basic** Insurance:  118,000.00
Enroll date: _____   Enroll card: Y / N
Reductions:    Age: _____   Amount: _____
                    Age: _____   Amount: _____
Termination Date:  SSPRA  Age 07

Amount of **Additional** Insurance: _____
Enroll date: _____   Enroll card: Y / N
Reductions:    Age: _____   Amount: _____
                    Age: _____   Amount: _____

Amount of **Supplemental** Insurance: _____
Enroll date: _____   Enroll card: Y / N
Reductions:    Age: _____   Amount: _____
                    Age: _____   Amount: _____
Termination Date: _____

Completed by: Jean Baker  7-9-15
Reviewed by: Jean Baker  7-9-15

Dependents Insurance:          Y / (N)
Continued Under Waiver:       Y / N
Amounts: Spouse: _____
                  Child: _____

Terminal Liability:            (Y) / N
Waiting Period for Waiver:   Y / N
Assignment:                   Y / (N)
AD&D Waiver:                  Y / N
Conversion Provision:       (Y) / N
Accelerated Benefit:    50% of (75%)

Beneficiary designation made:   Y / (N)
Date Evidence Approved: _____
List Billed or Summary Billed
Contributory: Y / N / Both
Employee Termination Date:
Refund from Date:  3-1-2014
Premium Paid Date: _____

**SIGN HERE** ➡

Initial Decision: Approved ☐
                        Denied ☐   Reason _____
                        Signature _____ Date _____
                        LTD CLI Flag by _____ Date _____

Subsequent Decision:
                        Closed ☐   Reason _____
                        Signature _____ Date _____
                        EPIC input by _____ Date _____
                        LTD CLI Flag by _____ Date _____

7/9/2015                                      page  1   of 1

**EXHIBIT 1**
**PART 1 of 2**

**Jean Baker**

| | |
|---|---|
| **From:** | jbaker2@standard.com |
| **Sent:** | Thursday, July 09, 2015 8:43 AM |
| **To:** | Jean Baker |
| **Subject:** | Waiver Checklist/Job Aid for |

This is a copy of the information you submitted from the Waiver Checklist/Job Aid webpage.  Please keep for your records.

Employee Name: *Jean Baker*
Claimant Name: *Bethany Coleman-Fire*
\***********************************************\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*

1.  Does the claimant have life insurance with Waiver of Premium?
       Yes, the same policy number as LTD

2.  Is a short duration denial appropriate?
       No
3.  Based on age, is the claimant eligible for LWOP?
       Yes
4.  Does the claimant meet the Active Work and Member requirements?
       Yes
5.  Are premiums paid up to date?
       Yes
6.  How much Life Insurance eligible for LWOP does the claimant have?

       Basic                    118,000.00
       Additional
       Supplemental
       Dependent/Spouse
       Dependent/Child
       AD&D
       Other
7.  When does Waiver of Premium End, based on age?
       ssnra 67
8.  Does Insurance Reduce?
       No                  Age:          Amount:

9.  Is Insurance Contributory or NonContributory (if any portion is Contributory, choose Contributory)?
       NonContributory
10.  Have Enrollment forms been received?

11.  Date Enrollment Requested from ER?

1

**EXHIBIT 1**
**PART 1 of 2**
**Page 520 of 1248**

STND 18-03985-000520

12. Date claimant's Life Insurance became Effective:
    06/01/2013
13. Was Evidence Required (If Evidence was required for any portion of the insurance, choose Yes)?
    No
14. Date Evidence Approved?

15. Is a recission investigation needed?

16. What was outcome of the rescission investigation?

17. Does the claimant meet the Definition Of Disability for longer than the Benefit Waiting Period?
    Yes
    Waiting Period for LWOP: 180 days
18. What is the decision, based on all information in the file?
    Approve
    If approved, refund from date: 03/01/2014

19. Is beneficiary information documented in file?
    No
20. We do not have an original beneficiary card, the following applies:
    The employer does not have a beneficiary designation, I requested one from the claimant

21. Is approval within your Authority Guidelines?
    Yes
22. Analyst signature:
    _____ Joan Bates  7-9-15

23. Approver's Signature:
    _____ Jean Bates  7-9-15

24.    Assignment:          No
       AD&D:                Yes
       Conversion:          Yes
       Accelerated:         Yes
       Percent:             75%
       Billing:             Summary Billed
25. Waiver Summary Sheet reviewed, accurate, signed and dated:
    Yes

**EXHIBIT 1**
**PART 1 of 2**
**Page 521 of 1248**

STND 18-03985-000521

# WAIVER OF PREMIUM CALCULATOR
## LTD WITH LWOP

Claimant name: _Bethany Coleman_    Fine    EPIC claim: ~~EPIC~~    1191206

| Confirmed definition of annual earnings? | Frequency Code | Amount | Annualized Earnings | Rounded Up | Rounded down |
|---|---|---|---|---|---|
| **Earnings:** | h | $56.49 | $ 117,508.98 | $ 118,000.00 | $ 117,000.00 |
| *hrs/wk if not 40* | | | | | |

| | Earnings Multiplier: *(e.g. 2.0)* | Face Amount: | Rounded Up | Rounded down | Other Rounding *(enter amount)* |
|---|---|---|---|---|---|
| **Basic:** | 1.0 | $ 117,508.98 | $ 118,000 | $ 117,000 | |
| **Basic Other:** | | | Amount selected by EE or ER | | |
| **Additional:** | | $ - | $ - | $ - | |
| **Additional Other:** | | | Amount selected by EE or ER | | |
| **Supplemental:** | | $ - | $ - | $ - | |
| **Additional Other:** | | | Amount selected by EE or ER | | |

| Frequency codes: | | Rate multiplier: | Notes: |
|---|---|---|---|
| H | Hourly  (40 hrs) | x 2080 | |
| W | Weekly | x 52 | |
| B | Bi-weekly | x 26 | |
| S | Semi-monthly | x 24 | |
| M | Monthly | x 12 | |
| A | Annual | x 1 | |
| O | Hourly other than 40 hrs | x hrs/wk x 52 | |

*Note: Definition of AE may require manual calculation.*

**Group Insurance Enrollment Beneficiary Form**

Standard Insurance Co.
Portland, Oregon

PLEASE PRINT

| Policy Number | Suffix | Employer Name *(Policyowner)* | Social Security Number |
|---|---|---|---|
| | | DWT (Professional Services Employers Trust) | |

Member Name *(Last, First, M.I.)*
Coleman-Fire    Bethany Lynne

Male ☐
Female ☒

Birthdate
Mo | Day | Year

| Date Employed | Workplace Location *(State)* | Select Plans: ☑ Group Life  ☑ Group LTD |
|---|---|---|
| Mo | Day | Year  6 | 3 | 2013 | Oregon | ☐ AD&D Employee only  ☐ AD&D Employee & Family |

Eff. Date of Insurance
Mo | Day | Year
1 | 6 | 1 | 2013

| Occupation | Hours Worked Each Week For This Employer Not incl. overtime) | Base Earnings From This Employer |
|---|---|---|
| Lawyer Associate Attorney | 40 | $ 110,000 |

Hr. ☐    Wk. ☐
Mo.☐    Yr. ☑
$4,687.50/
semi
mo

Complete for Life, AD&D, and Additional Life coverages only. Give full name, address, and relationship of your beneficiary.
Examples:

A. One Beneficiary — Dorothy Q. Smith, 777 America St., Anytown, USA 77777, Wife *(not Mrs. John Smith)*

B. Two Beneficiaries — Peter Smith, Father, and Anna Smith, Mother, equally or the survivor

C. Two Beneficiaries in Unequal Shares — Peter Smith, Father, three-fourths {3/4}, and Anna Smith, Mother, one-fourth (1/4), or the survivor

D. One Primary and One Contingent Beneficiary — Dorothy Q. Smith, Wife, if living; otherwise Quincy Smith, Son

E. One Primary and Two Contingent Beneficiaries — Dorothy Q. Smith, Wife, if living; otherwise Quincy Smith, Son, and Mary Smith, Daughter, equally, or the survivor.

F. Trustee — Dorothy Q. Smith, Trustee under trust agreement dated _____

G. Insured's Estate — My Estate

─ you know that if death occurs and a minor (a person not of legal age) or the insured's estate is the beneficiary, it may be ïssary to have a guardian or a legal representative appointed before any death benefit can be paid? This means legal expenses for the beneficiary and delay in the payment of the insurance. Please take this into consideration when ~~naming your~~ beneficiary

RECEIVED

DEC 26 2014

SIC BENEFITS DEPT

Beneficiary - Complete for Life and AD&D Insurance
Full Name, Address and Social Security # , *percentage*
Leora Coleman-Fire    4834 NE 17th Ave, Portland, OR

Relationship
Wife

I apply for Insurance under the Group Insurance Plan. I authorize deductions from my wages to cover my contribution, if required, toward the cost of my insurance.

x _Bethany Coleman-Fire_                          Date  6/4/13

*Note: Beneficiary designation is not valid unless this form is signed and dated.*

Policyowner Use Only: *(Use this area to record initial amounts as well as future changes)*

| Effective Date | Class | Life/AD&D Amount | Dependents Life Amount | Voluntary AD&D Amount | Additional Life Amount | STD Benefit Volume | LTD Insured Earnings |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Group Administrator: Do not send this form to Standard unless asked to do so. Keep this form in the file.*

SI-2413-4454018 (1/00)

EXHIBIT 1
PART 1 of 2
Page 523 of 1248

 

## DETAILED JOB SPECIALTY REPORT

Page: 1

From Job Browser Pro - by SkillTRAN - http://www.skilltran.com

**For: Bethany Coleman-Fire, 00VW3181**

### DESCRIPTION
110.107-010 LAWYER

ADVOCATE; ATTORNEY; COUNSELOR; COUNSELOR-AT-LAW. Conducts criminal and civil lawsuits, draws up legal documents, advises clients as to legal rights, and practices other phases of law: Gathers evidence in divorce, civil, criminal, and other cases to formulate defense or to initiate legal action. Conducts research, interviews clients, and witnesses and handles other details in preparation for trial. Prepares legal briefs, develops strategy, arguments and testimony in preparation for presentation of case. Files brief with court clerk. Represents client in court, and before quasi-judicial or administrative agencies of government. Interprets laws, rulings, and regulations for individuals and businesses. May confer with colleagues with specialty in area of lawsuit to establish and verify basis for legal proceedings. May act as trustee, guardian, or executor. May draft wills, trusts, transfer of assets, gifts and other documents. May advise corporate clients concerning transactions of business involving internal affairs, stockholders, directors, officers and corporate relations with general public. May supervise and coordinate activities of subordinate legal personnel. May prepare business contracts, pay taxes, settle labor disputes, and administer other legal matters. May teach college courses in law. May specialize in specific phase of law.

| APTITUDES | | PERCENTILE | TYPICAL PERFORMANCE |
|---|---|---|---|
| General Learning Ability | G-1 | Over 89%ile | Superior |
| Verbal | V-1 | Over 89%ile | Superior |
| Numerical | N-1 | Over 89%ile | Superior |
| Spatial Perception | S-4 | 10 to 33%ile | Below Average |
| Form Perception | P-4 | 10 to 33%ile | Below Average |
| Clerical Perception | Q-3 | 34 to 65%ile | Average |
| Motor Coordination | K-4 | 10 to 33%ile | Below Average |
| Finger Dexterity | F-4 | 10 to 33%ile | Below Average |
| Manual Dexterity | M-4 | 10 to 33%ile | Below Average |
| Eye/Hand/Foot Coordination | E-5 | Under 10%ile | Minimal or none |
| Color Discrimination | C-5 | Under 10%ile | Minimal or none |

### TEMPERAMENTS - (Personal Adaptability)
(Situations to which the worker must adapt)

I - Influencing people in their opinions attitudes, or judgements about ideas or things.

V - Performing a variety of duties, often changing from one task to another of a different nature without loss of efficiency or composure.

P - Dealing with people beyond giving and receiving instructions.

J - Making generalizations, evaluations, or decisions based on sensory or judgmental criteria.

### PHYSICAL DEMANDS

STRENGTH: Sedentary
Exert force to 10 lbs. occasionally, or a negligible amount of force frequently to lift, carry, push, pull, or move objects.

OTHER PHYSICAL DEMANDS:

CL - Climbing - Not Present

**EXHIBIT 1**
**PART 1 of 2**
**Page 524 of 1248**

DOT

## DETAILED JOB SPECIALTY REPORT

Page: 2

From Job Browser Pro - by SkillTRAN - http://www.skilltran.com

**For: Bethany Coleman-Fire,  00VW3181**

BA - Balancing - Not Present
ST - Stooping - Not Present
KN - Kneeling - Not Present
CR - Crouching - Not Present
CW - Crawling - Not Present
RE - Reaching - Frequent
HA - Handling - Frequent
FI - Fingering - Frequent
FE - Feeling - Not Present
TA - Talking - Constant
HE - Hearing - Constant
TS - Tasting/Smelling - Not Present

VISION:

NE - Near Acuity - Frequent
FA - Far Acuity - Not Present
DE - Depth Perception - Not Present
AC - Accommodation - Occasional
CV - Color Vision - Not Present
FV - Field of Vision - Not Present

COMMON ENVIRONMENTAL WORKING CONDITIONS (to which the worker is exposed):
WE - Exposure to weather - Not Present
CO - Extreme cold - Not Present
HO - Extreme heat - Not Present
WT - Wet and/or Humid - Not Present
NO - Noise Intensity Level - Moderate
VI - Vibration - Not Present
AT - Atmospheric Conditions - Not Present
MV - Moving Mechanical Parts Hazard - Not Present
EL - Electrical Shock Hazard - Not Present
HI - High, Exposed Place Hazard - Not Present
RA - Exposure to Radiation - Not Present
EX - Explosion Hazard - Not Present
TX - Toxic/Caustic Chemical Hazard - Not Present
OT - Other Environmental Conditions - Not Present

### QUICK VIEW CODES

```
        R M L           SVP: 8      Aptitudes: G V N S P Q K F M E C
GED: 6 4 6      Temperaments: I V P J           1 1 1 4 4 3 4 4 4 5 5
STRENGTH: S

Physical Demands: CL BA ST KN CR CW RE HA FI FE TA HE TS NE FA DE AC CV FV
                  N  N  N  N  N  N  F  F  F  N  C  C  N  F  N  N  O  N  N

Environmental Conditions: WE CO HO WT NO VI AT MV EL HI RA EX TX OT
                          N  N  N  N  3  N  N  N  N  N  N  N  N  N
```

Paul Kangas, MS, CRC
Vocational Case Manager
January 12, 2016

**EXHIBIT 1
PART 1 of 2
Page 525 of 1248**

STND 18-03985-000525

# LABOR MARKET SURVEY

| | | | |
|---|---|---|---|
| **ACCOUNT:** | The Standard | **CLIENT:** | |
| **ADDRESS:** | Oregon | **ADDRESS:** | |
| **ATTN:** | Paul Kangas | **PHONE #:** | |
| **CLAIM #:** | | **SSN:** | |
| | | **EMPLOYER:** | |
| **DOI:** | | **CLIENT'S ATTY:** | |
| **DIAGNOSIS:** | | **DEFENSE ATTY:** | |
| **Vocational Consultant:** | Sarah P. S. Coughlin | **DATE OF REPORT:** | April 14, 2016 |

## LABOR MARKET SURVEY

**REFERRAL REQUEST(S):**  At the request of Paul Kangas, a Labor Market Survey was conducted on the national level for the occupation of Lawyer.

**BACKGROUND INFORMATION:**
This is a generic labor market survey, and therefore there is no specific background information.

**Occupation Researched:**

| OCCUPATION | DOT CODE |
|---|---|
| Lawyer | 110.107-010 |

The specific questions are:
> **What is the title of the position within your organization?**
> **Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?**
> **How many positions are there?**
> **Are there openings?**

LMS

**EXHIBIT 1**
**PART 1 of 2**
**Page 526 of 1248**

STND 18-03985-000526

**Labor Market Research**

Contact was made with Thirty-eight employers regarding the position of Lawyer in the national economy. Thirty employers provided information. This was done in all areas of law. All of these employers except #1, #2, and #3 stated that they do have current openings. The employers contacted indicated that the earnings for a 40 hour week meet $7,833.00 – $7,888.00/month. However, all except #3, #6, #18, and #23 stated that the person would be working more than 40 hours per week (50-70). Employer # 23 stated the hours are 40 hours per week but the salary was less than $7,833.00 – $7,888.00/month.  They all stated that perhaps the person could start up their own law office and state their hours.

Employers who did not provide information:
1. Klein Landau and Romm - New York, NY (212) 822-1448
2. O'Connor LLC – Boston, MA  (617) 723-7201
3. DATLAW2014 - Orlando, FL Not able to get the telephone number
4. Tepper & Takvoryan - Beverly Hills, CA (310) 859-9754
5. Century City Law Firm - Los Angeles, CA  (310) 286-2000
6. Vestas - Portland, OR Not able to get the telephone number
7. Ater Wynne LLP - Portland, OR (503) 226-1191
8. Eastside Law Firm - Bellevue, WA (425)-999-9061


**1). Employer Name:** Arabez & Morris
**Employer Contact:** Wes Morris
**Phone:** 508-697-7619
**Address:** Bridgewater, MA
**What is the title of the position within your organization?** Lawyer general
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 4
**Are there openings?** No


**2). Employer Name:** Leonard Schneider Law Offices
**Employer Contact:** Leonard Schneider
**Phone:** (508) 379-0800
**Address:**  28 Market St, Swansea, MA
**What is the title of the position within your organization?** Lawyer – Workers' Compensation
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** 1
**Are there openings?** No

2

**EXHIBIT 1**
**PART 1 of 2**
**Page 527 of 1248**

STND 18-03985-000527

**3). Employer Name:**  William P Dennis Law Offices
**Employer Contact:**  Attorney Dennis
**Phone:**  (401) 254-2992
**Address:**  576 Metacom Ave # 2, Bristol, RI
**What is the title of the position within your organization?** Lawyer Estate Planning
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  Yes
**How many positions are there?** 1
**Are there openings?** No


**4). Employer Name:**  JS Barkats PLLC
**Employer Contact:**  Name was not provided
**Phone:**  1-888-638-6980
**Address:**  18 East 41 Street, 14 Floor, New York, NY
**What is the title of the position within your organization?** Staff Attorney
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** 16
**Are there openings?** Yes


**5). Employer Name:**  Juvenile Law Center
**Employer Contact:**  Kathy
**Phone:**  (215) 625-0551
**Address:**  1315 Walnut Street, 4th Floor, Philadelphia, PA
**What is the title of the position within your organization?** Lawyer Juvenile Justice
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** 4
**Are there openings?** Yes


**6). Employer Name:**  U.S. Securities & Exchange Commission
**Employer Contact:**  Name was not provided.
**Phone:**  (202) 551-6046
**Address:**  Philadelphia, Pennsylvania
**What is the title of the position within your organization?** Trial Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  Sometimes
**How many positions are there?** Several
**Are there openings?** Yes

**EXHIBIT 1**
**PART 1 of 2**
**Page 528 of 1248**

STND 18-03985-000528

**7). Employer Name:** DLA Piper LLP
**Employer Contact:** Stacy
**Phone:** 404 736 7800
**Address:** 1201 West Peachtree Street, Suite 2800, Atlanta, Georgia
**What is the title of the position within your organization?** Real-Estate Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**8). Employer Name:** Ga. Dept. of Public Safety
**Employer Contact:** Name was not provided.
**Phone:** 404-656-2705
**Address:** 200 Piedmont Avenue SE, Suite 502, West Tower, Atlanta, Georgia
**What is the title of the position within your organization?** Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**9). Employer Name:** Caplan Cobb LLP
**Employer Contact:** Toni
**Phone:** (404) 596-5600
**Address:** 75 Fourteenth Street, N.E., Atlanta, Georgia
**What is the title of the position within your organization?** Litigation Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 8
**Are there openings?** Yes


**10). Employer Name:** George McCranie Law Firm
**Employer Contact:** Name not provided.
**Phone:** 229-232-4114
**Address:** 1400 Baytree Road, Valdosta, Georgia
**What is the title of the position within your organization?** Lawyer – criminal defense
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 1
**Are there openings?** Yes

**EXHIBIT 1**
**PART 1 of 2**
**Page 529 of 1248**

STND 18-03985-000529

**11). Employer Name:**  PeopleFirst – State of Florida Department of Transportation
**Employer Contact:**  Jason
**Phone:**  850-414-5356
**Address:**  605 Suwannee Street, MS# 58, Tallahassee, FL
**What is the title of the position within your organization?** Special Counsel
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** Did not know
**Are there openings?** Yes


**12). Employer Name:** Katina Pantazis
**Employer Contact:**  Katina
**Phone:** 352-600-2987
**Address:** 510 County Road 466, Suite 201, Lady Lake, FL
**What is the title of the position within your organization?** Elder Law Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** 1
**Are there openings?** Yes


**13). Employer Name:**  Marshall Dennehey Warner Coleman & Goggin, P.C.
**Employer Contact:**  Cynthia
**Phone:** (407) 420-4380
**Address:**  315 E. Robinson Street, Suite 550, Orlando, FL
**What is the title of the position within your organization?** Lawyer civil litigation
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** Many
**Are there openings?** Yes


**14). Employer Name:**  Ogletree Deakins
**Employer Contact:**  Kim
**Phone:**  (615) 254-1900
**Address:** 401 Commerce St, Nashville, TN
**What is the title of the position within your organization?** Lawyer - labor and employment
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** Several
**Are there openings?** Yes

**EXHIBIT 1
PART 1 of 2
Page 530 of 1248**

STND 18-03985-000530

**15). Employer Name:**  Massey and Associates, Inc
**Employer Contact:**  Ellie
**Phone:**  (423) 697-4529
**Address:**  1024 E Ml King Blvd, Chattanooga, TN
**What is the title of the position within your organization?** Lawyer – all areas
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** Several
**Are there openings?** Yes

**16). Employer Name:**  Marshall Dennehey Warner Coleman & Goggin, P.C.
**Employer Contact:**  Sam
**Phone:** (513) 372-6800
**Address:**  312 Elm Street, Suite 1850, Cincinnati, OH
**What is the title of the position within your organization?** Lawyer – insurance defense
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** Many
**Are there openings?** Yes

**17). Employer Name:**  MS Legal Search
**Employer Contact:**  Morgan
**Phone:**  713-807-8500
**Address:**  Indiana
**What is the title of the position within your organization?** In-House Counsel
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?**  No
**How many positions are there?** Several
**Are there openings?** Yes

**18). Employer Name:**  UpCounsel
**Employer Contact:**  Name was not provided
**Phone:**  (855) 879-3076
**Address:**  Chicago, IL
**What is the title of the position within your organization?** Contract Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –**
**$7,888.00/month while working no more than 40 hours/week?** Yes
**How many positions are there?** Several
**Are there openings?** Yes

**EXHIBIT 1**
**PART 1 of 2**
**Page 531 of 1248**

STND 18-03985-000531

**19). Employer Name:** Schiff Hardin LLP
**Employer Contact:** Noah
**Phone:** (312) 258-5500
**Address:** 233 S Wacker Drive, Suite 7200, Chicago, IL
**What is the title of the position within your organization?** Lawyer - general
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**20). Employer Name:** Securities and Exchange Commission
**Employer Contact:** Melissa
**Phone:** (202)551-3955
**Address:** Chicago, IL
**What is the title of the position within your organization?** Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**21). Employer Name:** Stange Law Firm, PC
**Employer Contact:** Melissa
**Phone:** (217) 717-8605
**Address:** 400 S 9th St Suite 100, Springfield, IL
**What is the title of the position within your organization?** Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**22). Employer Name:** Hr-Haven, Inc
**Employer Contact:** Jenna
**Phone:** 855-474-2836
**Address:** Overland Park, KS
**What is the title of the position within your organization?** Lawyer - trial
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**EXHIBIT 1**
**PART 1 of 2**
**Page 532 of 1248**

STND 18-03985-000532

**23). Employer Name:** Montana Department of Labor and Industry
**Employer Contact:** Jeannie
**Phone:** 406-444-3710
**Address:** Montana
**What is the title of the position within your organization?** Lawyer - employer law
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No - $58,239.00 - $77,859.00/yr but it is 40 hrs/week.
**How many positions are there?** A couple
**Are there openings?** Yes


**24). Employer Name:** Studebaker Legal Services, P.C.
**Employer Contact:** Becky
**Phone:** 801-627-9100
**Address:** 1196 South Jordan Parkway. South Jordan, Utah
**What is the title of the position within your organization?** Lawyer –divorce and criminal law
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 2
**Are there openings?** Yes


**25). Employer Name:** Bachus & Schanker, LLC
**Employer Contact:** Name was not provided
**Phone:** (720) 506-9323
**Address:** 1899 Wynkoop St, Ste 700, Denver, CO
**What is the title of the position within your organization?** Lawyer –Litigation and personal injury law.
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Many – several locations
**Are there openings?** Yes


**26). Employer Name:** Wegman Partners LLC/ Holland & Hart
**Employer Contact:** Name was not provided
**Phone:** 404-812-5330
**Address:** Las Vegas, NV
**What is the title of the position within your organization?** Lawyer – all areas of law
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Over 500 in different locations
**Are there openings?** Yes

8

**EXHIBIT 1**
**PART 1 of 2**
**Page 533 of 1248**

STND 18-03985-000533

**27). Employer Name:** Wilson Elser
**Employer Contact:** Dianna
**Phone:** (702) 727-1400
**Address:** 300 South 4th Street 11th Floor Las Vegas, NV
**What is the title of the position within your organization?** Defense Litigation Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**28). Employer Name:** Shaw Valenza LLP
**Employer Contact:** Roni
**Phone:** (916) 326-5150
**Address:** 980 9th St # 2300, Sacramento, CA
**What is the title of the position within your organization?** Employment Litigation Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 6
**Are there openings?** Yes

**29). Employer Name:** Office of the Chief Trial Counsel - The State Bar of California
**Employer Contact:** Name not provided.
**Phone:** (213)765-1000
**Address:** Los Angeles, CA
**What is the title of the position within your organization?** Lawyer - prosecution trial
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**30). Employer Name:** Hanna Brophy
**Employer Contact:** Name not provided
**Phone:** 714-598-4050
**Address:** 701 S. Parker Street, Suite 6000, Orange, CA
**What is the title of the position within your organization?** Lawyer - Compensation
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Many
**Are there openings?** Yes

**EXHIBIT 1**
**PART 1 of 2**
**Page 534 of 1248**

STND 18-03985-000534

**Summary of Results:**

This completes the labor market survey.

The results were discussed with Paul Kangas. If you require additional information or need clarification of my findings, please do not hesitate to call me. My home office phone number is 401-253-7066.

**Report submitted by:** Sarah Coughlin MA, CDMS, QRC
Vocational Consultant

**EXHIBIT 1**
**PART 1 of 2**
**Page 535 of 1248**

STND 18-03985-000535

## LABOR MARKET SURVEY

| | | | |
|---|---|---|---|
| **ACCOUNT:** | The Standard | **CLIENT:** | |
| **ADDRESS:** | Oregon | **ADDRESS:** | |
| **ATTN:** | Paul Kangas | **PHONE #:** | |
| **CLAIM #:** | | **SSN:** | |
| | | **EMPLOYER:** | |
| **DOI:** | | **CLIENT'S ATTY:** | |
| **DIAGNOSIS:** | | **DEFENSE ATTY:** | |
| **Vocational Consultant:** | Sarah P. S. Coughlin | **DATE OF REPORT:** | April 14, 2016 |

**LA** *reformatted to fit in file*

**REFERRAL REQUEST(S):** At ⟩       a Labor Market Survey was conducted on the national level for th

**BACKGROUND INFORMATION:**
This is a generic labor market survey, and therefore there is no specific background information.

**Occupation Researched:**

| OCCUPATION | DOT CODE |
|---|---|
| Lawyer | 110.107-010 |

The specific questions are:
> **What is the title of the position within your organization?**
> **Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?**
> **How many positions are there?**
> **Are there openings?**

**Labor Market Research**

Contact was made with Thirty-eight employers regarding the position of Lawyer in the national economy. Thirty employers provided information. This was done in all areas of law. All of these

**EXHIBIT 1**
**PART 1 of 2**
**Page 536 of 1248**

STND 18-03985-000536

# LABOR MARKET SURVEY

| | | | |
|---|---|---|---|
| **ACCOUNT:** | The Standard | **CLIENT:** | |
| **ADDRESS:** | Oregon | **ADDRESS:** | |
| **ATTN:** | Paul Kangas | **PHONE #:** | |
| **CLAIM #:** | | **SSN:** | |
| | | **EMPLOYER:** | |
| | | | |
| **DOI:** | | **CLIENT'S** | |
| | | **ATTY:** | |
| **DIAGNOSIS:** | | **DEFENSE** | |
| | | **ATTY:** | |
| **Vocational** | Sarah P. S. Coughlin | **DATE OF** | |
| **Consultant:** | | **REPORT:** | |
| | | April 14, 2016 | |

## LABOR MARKET SURVEY

**REFERRAL REQUEST(S):**  At the request of Paul Kangas, a Labor Market Survey was conducted on the national level for the occupation of Lawyer.

**BACKGROUND INFORMATION:**
This is a generic labor market survey, and therefore there is no specific background information.

**Occupation Researched:**

| OCCUPATION | DOT CODE |
|---|---|
| Lawyer | 110.107-010 |

The specific questions are:
> **What is the title of the position within your organization?**
> **Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?**
> **How many positions are there?**
> **Are there openings?**

**Labor Market Research**

Contact was made with Thirty-eight employers regarding the position of Lawyer in the national economy. Thirty employers provided information. This was done in all areas of law. All of these

**EXHIBIT 1**
**PART 1 of 2**
**Page 537 of 1248**

STND 18-03985-000537

employers except #1, #2, and #3 stated that they do have current openings. The employers contacted indicated that the earnings for a 40 hour week meet $7,833.00 – $7,888.00/month. However, all except #3, #6, #18, and #23 stated that the person would be working more than 40 hours per week (50-70). Employer # 23 stated the hours are 40 hours per week but the salary was less than $7,833.00 – $7,888.00/month. They all stated that perhaps the person could start up their own law office and state their hours.

Employers who did not provide information:
1. Klein Landau and Romm - New York, NY (212) 822-1448
2. O'Connor LLC – Boston, MA  (617) 723-7201
3. DATLAW2014 - Orlando, FL Not able to get the telephone number
4. Tepper & Takvoryan - Beverly Hills, CA (310) 859-9754
5. Century City Law Firm - Los Angeles, CA  (310) 286-2000
6. Vestas - Portland, OR Not able to get the telephone number
7. Ater Wynne LLP - Portland, OR (503) 226-1191
8. Eastside Law Firm - Bellevue, WA (425)-999-9061


**1). Employer Name:** Arabez & Morris
**Employer Contact:** Wes Morris
**Phone:** 508-697-7619
**Address:** Bridgewater, MA
**What is the title of the position within your organization?** Lawyer general
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 4
**Are there openings?** No


**2). Employer Name:** Leonard Schneider Law Offices
**Employer Contact:** Leonard Schneider
**Phone:** (508) 379-0800
**Address:** 28 Market St, Swansea, MA
**What is the title of the position within your organization?** Lawyer – Workers' Compensation
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 1
**Are there openings?** No


**3). Employer Name:** William P Dennis Law Offices
**Employer Contact:** Attorney Dennis
**Phone:** (401) 254-2992
**Address:** 576 Metacom Ave # 2, Bristol, RI
**What is the title of the position within your organization?** Lawyer Estate Planning
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** Yes
**How many positions are there?** 1
**Are there openings?** No


**4). Employer Name:** JS Barkats PLLC

**EXHIBIT 1**
**PART 1 of 2**
**Page 538 of 1248**

STND 18-03985-000538

**Employer Contact:** Name was not provided
**Phone:** 1-888-638-6980
**Address:** 18 East 41 Street, 14 Floor, New York, NY
**What is the title of the position within your organization?** Staff Attorney
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 16
**Are there openings?** Yes


**5). Employer Name:** Juvenile Law Center
**Employer Contact:** Kathy
**Phone:** (215) 625-0551
**Address:** 1315 Walnut Street, 4th Floor, Philadelphia, PA
**What is the title of the position within your organization?** Lawyer Juvenile Justice
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 4
**Are there openings?** Yes


**6). Employer Name:** U.S. Securities & Exchange Commission
**Employer Contact:** Name was not provided.
**Phone:** (202) 551-6046
**Address:** Philadelphia, Pennsylvania
**What is the title of the position within your organization?** Trial Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** Sometimes
**How many positions are there?** Several
**Are there openings?** Yes


**7). Employer Name:** DLA Piper LLP
**Employer Contact:** Stacy
**Phone:** 404 736 7800
**Address:** 1201 West Peachtree Street, Suite 2800, Atlanta, Georgia
**What is the title of the position within your organization?** Real-Estate Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**8). Employer Name:** Ga. Dept. of Public Safety
**Employer Contact:** Name was not provided.
**Phone:** 404-656-2705
**Address:** 200 Piedmont Avenue SE, Suite 502, West Tower, Atlanta, Georgia
**What is the title of the position within your organization?** Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

3

**EXHIBIT 1**
**PART 1 of 2**
**Page 539 of 1248**

STND 18-03985-000539

**9). Employer Name:** Caplan Cobb LLP
**Employer Contact:** Toni
**Phone:** (404) 596-5600
**Address:** 75 Fourteenth Street, N.E., Atlanta, Georgia
**What is the title of the position within your organization?** Litigation Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 8
**Are there openings?** Yes


**10). Employer Name:** George McCranie Law Firm
**Employer Contact:** Name not provided.
**Phone:** 229-232-4114
**Address:** 1400 Baytree Road, Valdosta, Georgia
**What is the title of the position within your organization?** Lawyer – criminal defense
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 1
**Are there openings?** Yes


**11). Employer Name:** PeopleFirst – State of Florida Department of Transportation
**Employer Contact:** Jason
**Phone:** 850-414-5356
**Address:** 605 Suwannee Street, MS# 58, Tallahassee, FL
**What is the title of the position within your organization?** Special Counsel
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Did not know
**Are there openings?** Yes


**12). Employer Name:** Katina Pantazis
**Employer Contact:** Katina
**Phone:** 352-600-2987
**Address:** 510 County Road 466, Suite 201, Lady Lake, FL
**What is the title of the position within your organization?** Elder Law Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 1
**Are there openings?** Yes


**13). Employer Name:** Marshall Dennehey Warner Coleman & Goggin, P.C.
**Employer Contact:** Cynthia
**Phone:** (407) 420-4380
**Address:** 315 E. Robinson Street, Suite 550, Orlando, FL
**What is the title of the position within your organization?** Lawyer civil litigation
**Do positions exist within this occupation that allow one to earn $7,833.00 –

4

EXHIBIT 1
PART 1 of 2
Page 540 of 1248

$7,888.00/month while w⬤king no more than 40 hours/week?  N⬤
**How many positions are ⬤re?** Many
**Are there openings?** Yes

**14). Employer Name:** Ogletree Deakins
**Employer Contact:** Kim
**Phone:** (615) 254-1900
**Address:** 401 Commerce St, Nashville, TN
**What is the title of the position within your organization?** Lawyer - labor and employment
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**15). Employer Name:** Massey and Associates, Inc
**Employer Contact:** Ellie
**Phone:** (423) 697-4529
**Address:**  1024 E Ml King Blvd, Chattanooga, TN
**What is the title of the position within your organization?** Lawyer – all areas
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**16). Employer Name:**  Marshall Dennehey Warner Coleman & Goggin, P.C.
**Employer Contact:** Sam
**Phone:** (513) 372-6800
**Address:**  312 Elm Street, Suite 1850, Cincinnati, OH
**What is the title of the position within your organization?** Lawyer – insurance defense
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Many
**Are there openings?** Yes

**17). Employer Name:**  MS Legal Search
**Employer Contact:** Morgan
**Phone:** 713-807-8500
**Address:**  Indiana
**What is the title of the position within your organization?** In-House Counsel
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**18). Employer Name:** UpCounsel
**Employer Contact:** Name was not provided
**Phone:** (855) 879-3076

5

**EXHIBIT 1**
**PART 1 of 2**
**Page 541 of 1248**

STND 18-03985-000541

Address: Chicago, IL
**What is the title of the position within your organization?** Contract Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** Yes
**How many positions are there?** Several
**Are there openings?** Yes


**19). Employer Name:** Schiff Hardin LLP
**Employer Contact:** Noah
**Phone:** (312) 258-5500
**Address:** 233 S Wacker Drive, Suite 7200, Chicago, IL
**What is the title of the position within your organization?** Lawyer - general
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**20). Employer Name:** Securities and Exchange Commission
**Employer Contact:** Melissa
**Phone:** (202)551-3955
**Address:** Chicago, IL
**What is the title of the position within your organization?** Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**21). Employer Name:** Stange Law Firm, PC
**Employer Contact:** Melissa
**Phone:** (217) 717-8605
**Address:** 400 S 9th St Suite 100, Springfield, IL
**What is the title of the position within your organization?** Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**22). Employer Name:** Hr-Haven, Inc
**Employer Contact:** Jenna
**Phone:** 855-474-2836
**Address:** Overland Park, KS
**What is the title of the position within your organization?** Lawyer - trial
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes

**EXHIBIT 1
PART 1 of 2
Page 542 of 1248**

STND 18-03985-000542

23). **Employer Name:** M●●na Department of Labor and Industry●
**Employer Contact:** Jeann●
**Phone:** 406-444-3710
**Address:** Montana
**What is the title of the position within your organization?** Lawyer - employer law
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No - $58,239.00 -
$77,859.00/yr but it is 40 hrs/week.
**How many positions are there?** A couple
**Are there openings?** Yes


24). **Employer Name:** Studebaker Legal Services, P.C.
**Employer Contact:** Becky
**Phone:** 801-627-9100
**Address:** 1196 South Jordan Parkway. South Jordan, Utah
**What is the title of the position within your organization?** Lawyer –divorce and criminal law
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 2
**Are there openings?** Yes


25). **Employer Name:** Bachus & Schanker, LLC
**Employer Contact:** Name was not provided
**Phone:** (720) 506-9323
**Address:** 1899 Wynkoop St, Ste 700, Denver, CO
**What is the title of the position within your organization?** Lawyer –Litigation and personal
injury law.
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Many – several locations
**Are there openings?** Yes


26). **Employer Name:** Wegman Partners LLC/ Holland & Hart
**Employer Contact:** Name was not provided
**Phone:** 404-812-5330
**Address:** Las Vegas, NV
**What is the title of the position within your organization?** Lawyer – all areas of law
**Do positions exist within this occupation that allow one to earn $7,833.00 –
$7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Over 500 in different locations
**Are there openings?** Yes


27). **Employer Name:** Wilson Elser
**Employer Contact:** Dianna
**Phone:** (702) 727-1400
**Address:** 300 South 4th Street11th Floor Las Vegas, NV
**What is the title of the position within your organization?** Defense Litigation Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 –**

7

**EXHIBIT 1**
**PART 1 of 2**
**Page 543 of 1248**

STND 18-03985-000543

$7,888.00/month while w●●ing no more than 40 hours/week? N●
How many positions are t●●re? Several
Are there openings? Yes


**28). Employer Name:** Shaw Valenza LLP
**Employer Contact:** Roni
**Phone:** (916) 326-5150
**Address:** 980 9th St # 2300, Sacramento, CA
**What is the title of the position within your organization?** Employment Litigation Lawyer
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** 6
**Are there openings?** Yes


**29). Employer Name:** Office of the Chief Trial Counsel - The State Bar of California
**Employer Contact:** Name not provided.
**Phone:** (213)765-1000
**Address:** Los Angeles, CA
**What is the title of the position within your organization?** Lawyer - prosecution trial
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Several
**Are there openings?** Yes


**30). Employer Name:** Hanna Brophy
**Employer Contact:** Name not provided
**Phone:** 714-598-4050
**Address:** 701 S. Parker Street, Suite 6000, Orange, CA
**What is the title of the position within your organization?** Lawyer - Compensation
**Do positions exist within this occupation that allow one to earn $7,833.00 – $7,888.00/month while working no more than 40 hours/week?** No
**How many positions are there?** Many
**Are there openings?** Yes


**Summary of Results:**

This completes the labor market survey.

The results were discussed with Paul Kangas. If you require additional information or need clarification of my findings, please do not hesitate to call me. My home office phone number is 401-253-7066.

**Report submitted by:** Sarah Coughlin MA, CDMS, QRC
                        Vocational Consultant


8

EXHIBIT 1
PART 1 of 2
Page 544 of 1248

STND 18-03985-000544

**Dawn Schonberg**

| | |
|---|---|
| **From:** | Dawn Schonberg |
| **Sent:** | Monday, April 18, 2016 9:28 AM |
| **To:** | Paul Kangas |
| **Subject:** | LMS update |

Hi Paul –

Would you give me an update on the LMS we're doing for Bethany Coleman-Fire? I have a status letter due today.
Thanks!

**Dawn Schonberg | Senior Benefits Review Specialist**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.8765 | Fax 971.321.5038
dawn.schonberg@standard.com | www.standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 545 of 1248**

1

STND 18-03985-000545

**DAWN SCHONBERG**

SENIOR BENEFITS REVIEW SPECIALIST

Standard Insurance Company
(971) 321-8765

3/3/16    Paul - you have previously reviewed this file before. As you know, the claimant returned to work PT 8/1/14 & appears to have continued less than FT since that time.

Currently, we need additional information regarding the occupation of Attorney, DOT 110,107-010 & we need a labor Market Survey completed. The primary question needed for the ARU review is:

- Do jobs exist within the occupation that allow her to earn 80% of her PDE while working no more than 40 h/week?

The income level is a range due to the claim dates:

to 2/15 :   7833.34/m
to 2/16 :   7856.85/m
to 2/17 :   7888.18/m

As per usual LMS info, pls also incl. positions, openings, etc.

THE STANDARD

**EXHIBIT 1**
**PART 1 of 2**
**Page 546 of 1248**

STND 18-03985-000546

## Dawn Schonberg

| | |
|---|---|
| **From:** | Dawn Schonberg |
| **Sent:** | Thursday, March 31, 2016 11:55 AM |
| **To:** | 'Ballard, Teresa' |
| **Subject:** | RE: Bethany Coleman-Fire |

Great, thanks Teresa!

**Dawn Schonberg | Senior Benefits Review Specialist**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.8765 | Fax 971.321.5038
dawn.schonberg@standard.com | www.standard.com

**From:** Ballard, Teresa [mailto:TeresaBallard@dwt.com]
**Sent:** Thursday, March 31, 2016 9:54 AM
**To:** Dawn Schonberg
**Subject:** RE: Bethany Coleman-Fire

Hi,

This was a combination of a moderate step increase and a more significant market adjustment that was made to the Portland salary scale for associates for 2016 (roughly 9-10% increase to each level on the scale). Please let me know if you have any further questions.

Sincerely,

**Teresa Ballard, SPHR | Davis Wright Tremaine LLP**
Benefits Administrator
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8765 | Fax: (206) 757-7765
Email: teresaballard@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Dawn Schonberg [mailto:dawn.schonberg@standard.com]
**Sent:** Wednesday, March 30, 2016 2:26 PM
**To:** Ballard, Teresa
**Subject:** Bethany Coleman-Fire

Hi Teresa –

I'm working through the payroll you sent me and I have a quick question. I see that beginning the pay period of 1/16/16 – 1/31/16, Ms. Coleman-Fire received a large raise, from $57.6967/h to $66.3513/h. Was there some sort of promotion or reassignment or something else of significance that resulted in such a large raise? The prior year's raise was only a little over $1.00/h.

**EXHIBIT 1**
**PART 1 of 2**
**Page 547 of 1248**

*ELve $ A*

STND 18-03985-000547



**Dawn Schonberg | Senior Benefits Review Specialist**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.8765 | Fax 971.321.5038
dawn.schonberg@standard.com | www.standard.com

2

**EXHIBIT 1**
**PART 1 of 2**
**Page 548 of 1248**

STND 18-03985-000548

3/30/16

Billable Hours

DOH  6/1/13
COW  2/8/14                    min billable hours:    90/m
RTW  8/1/14                                            1080/y

| | | |
|---|---|---|
| June 2013 | 146.20 | |
| July 2013 | 136.90 | |
| Aug 2013 | 104.80 | |
| Sept 2013 | 161.90 | |
| Oct 2013 | 165.40 | |
| Nov 2013 | 122.30 | |
| Dec 2013 | 101.40 | |
| Jan 2014 | 104.20 | |
| DOI → Feb 2014 | 71.40 | |
| Mar 2014 | 0.70 | |
| Apr 2014 | 23.70 | |
| May 2014 | 13.30 | |
| June 2014 | 0 | |
| July 2014 | 0 | |
| RTW → Aug 2014 | 67.80 | |
| Sept 2014 | 62.90 | |
| Oct 2014 | 92.0 | |
| Nov 2014 | 123.0 | |
| clm closed → Dec 2014 | 27.40 | |
| Jan 2015 | 92.60 | |
| Feb 2015 | 72.70 | |
| Mar 2015 | 114.90 | |
| Apr 2015 | 104.90 | |
| May 2015 | 58.10 | |
| June 2015 | 68.60 | |
| July 2015 | 74.60 | |
| Aug 2015 | 70.40 | |
| Sept 2015 | 75.10 | |
| Oct 2015 | 76.20 | |
| Nov 2015 | 80.10 | |
| Dec 2015 | 105.40 | |
| Jan 2016 | 70.30 | |
| Feb 2016 | 29.30 | |

no billable hours
2/15/16 – 3/23/16

**EXHIBIT 1**
**PART 1 of 2**
**Page 549 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page  1

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 12/16/2014 | 4.20 | 1.60 |
| COLBE | 12/17/2014 | 2.60 | 1.10 |
| COLBE | 12/18/2014 | 7.20 | 0.00 |
| COLBE | 12/19/2014 | 1.80 | 0.00 |
| COLBE | 12/22/2014 | 0.70 | 0.00 |
| COLBE | 12/23/2014 | 4.50 | 0.00 |
| COLBE | 12/29/2014 | 3.40 | 0.00 |
| COLBE | 12/30/2014 | 1.30 | 0.00 |
| COLBE | 12/31/2014 | 1.70 | 0.00 |
| COLBE | 01/02/2015 | 1.40 | 0.00 |
| COLBE | 01/03/2015 | 0.80 | 0.00 |
| COLBE | 01/05/2015 | 3.70 | 0.00 |
| COLBE | 01/06/2015 | 10.60 | 0.00 |
| COLBE | 01/07/2015 | 1.90 | 0.00 |
| COLBE | 01/08/2015 | 7.60 | 0.00 |
| COLBE | 01/09/2015 | 10.20 | 0.00 |
| COLBE | 01/12/2015 | 2.40 | 3.60 |
| COLBE | 01/13/2015 | 2.70 | 3.40 |
| COLBE | 01/14/2015 | 2.10 | 0.00 |
| COLBE | 01/15/2015 | 2.00 | 0.00 |
| COLBE | 01/16/2015 | 1.90 | 0.00 |
| COLBE | 01/20/2015 | 3.10 | 0.00 |
| COLBE | 01/21/2015 | 6.30 | 0.00 |
| COLBE | 01/22/2015 | 2.60 | 1.00 |
| COLBE | 01/23/2015 | 5.40 | 0.00 |
| COLBE | 01/26/2015 | 4.80 | 1.10 |
| COLBE | 01/27/2015 | 5.10 | 0.00 |
| COLBE | 01/28/2015 | 6.60 | 0.00 |
| COLBE | 01/29/2015 | 5.70 | 0.00 |
| COLBE | 01/30/2015 | 5.70 | 0.00 |
| COLBE | 02/02/2015 | 3.20 | 0.00 |
| COLBE | 02/03/2015 | 4.90 | 0.00 |
| COLBE | 02/04/2015 | 3.80 | 0.00 |
| COLBE | 02/05/2015 | 2.50 | 3.50 |
| COLBE | 02/06/2015 | 3.50 | 6.50 |
| COLBE | 02/07/2015 | 0.00 | 8.00 |
| COLBE | 02/08/2015 | 0.00 | 8.00 |
| COLBE | 02/09/2015 | 0.40 | 8.00 |
| COLBE | 02/10/2015 | 1.20 | 8.00 |
| COLBE | 02/11/2015 | 0.10 | 6.50 |
| COLBE | 02/12/2015 | 3.50 | 2.10 |
| COLBE | 02/13/2015 | 6.30 | 0.00 |
| COLBE | 02/15/2015 | 3.80 | 0.00 |
| COLBE | 02/16/2015 | 2.90 | 0.00 |
| COLBE | 02/17/2015 | 3.60 | 0.00 |
| COLBE | 02/18/2015 | 5.40 | 0.00 |
| COLBE | 02/19/2015 | 0.10 | 0.00 |
| COLBE | 02/20/2015 | 2.40 | 0.00 |
| COLBE | 02/22/2015 | 1.20 | 0.00 |
| COLBE | 02/23/2015 | 4.20 | 0.00 |
| COLBE | 02/24/2015 | 2.20 | 0.00 |
| COLBE | 02/25/2015 | 4.20 | 0.00 |
| COLBE | 02/26/2015 | 1.80 | 0.00 |
| COLBE | 02/27/2015 | 3.40 | 0.00 |

_Handwritten annotations:_ ✓27.40 ; ✓92.60 ; ✓72.20 ; 12/5/14 0/0/0 ; 12/12/14 0/0/0 ; 12/18/14 0/0/0 ; Worksheets only ; no billable hours at all ; beg 2/5/16 – 3/23/16 ; 2/28/15 7.60

STND 18-03985-000550

**EXHIBIT 1**
**PART 1 of 2**
**Page 550 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   1

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 12/16/2014 | 4.20 | 1.60 |
| COLBE | 12/17/2014 | 2.60 | 1.10 |
| COLBE | 12/18/2014 | 7.20 | 0.00 |
| COLBE | 12/19/2014 | 1.80 | 0.00 |
| COLBE | 12/22/2014 | 0.70 | 0.00 |
| COLBE | 12/23/2014 | 4.50 | 0.00 |
| COLBE | 12/29/2014 | 3.40 | 0.00 |
| COLBE | 12/30/2014 | 1.30 | 0.00 |
| COLBE | 12/31/2014 | 1.70 | 0.00 |
| COLBE | 01/02/2015 | 1.40 | 0.00 |
| COLBE | 01/03/2015 | 0.80 | 0.00 |
| COLBE | 01/05/2015 | 3.70 | 0.00 |
| COLBE | 01/06/2015 | 10.60 | 0.00 |
| COLBE | 01/07/2015 | 1.90 | 0.00 |
| COLBE | 01/08/2015 | 7.60 | 0.00 |
| COLBE | 01/09/2015 | 10.20 | 0.00 |
| COLBE | 01/12/2015 | 2.40 | 3.60 |
| COLBE | 01/13/2015 | 2.70 | 3.40 |
| COLBE | 01/14/2015 | 2.10 | 0.00 |
| COLBE | 01/15/2015 | 2.00 | 0.00 |
| COLBE | 01/16/2015 | 1.90 | 0.00 |
| COLBE | 01/20/2015 | 3.10 | 0.00 |
| COLBE | 01/21/2015 | 6.30 | 0.00 |
| COLBE | 01/22/2015 | 2.60 | 1.00 |
| COLBE | 01/23/2015 | 5.40 | 0.00 |
| COLBE | 01/26/2015 | 4.80 | 1.10 |
| COLBE | 01/27/2015 | 5.10 | 0.00 |
| COLBE | 01/28/2015 | 6.60 | 0.00 |
| COLBE | 01/29/2015 | 5.70 | 0.00 |
| COLBE | 01/30/2015 | 5.70 | 0.00 |
| COLBE | 02/02/2015 | 3.20 | 0.00 |
| COLBE | 02/03/2015 | 4.90 | 0.00 |
| COLBE | 02/04/2015 | 3.80 | 0.00 |
| COLBE | 02/05/2015 | 2.50 | 3.50 |
| COLBE | 02/06/2015 | 3.50 | 6.50 |
| COLBE | 02/07/2015 | 0.00 | 8.00 |
| COLBE | 02/08/2015 | 0.00 | 8.00 |
| COLBE | 02/09/2015 | 0.40 | 8.00 |
| COLBE | 02/10/2015 | 1.20 | 8.00 |
| COLBE | 02/11/2015 | 0.10 | 6.50 |
| COLBE | 02/12/2015 | 3.50 | 2.10 |
| COLBE | 02/13/2015 | 6.30 | 0.00 |
| COLBE | 02/15/2015 | 3.80 | 0.00 |
| COLBE | 02/16/2015 | 2.90 | 0.00 |
| COLBE | 02/17/2015 | 3.60 | 0.00 |
| COLBE | 02/18/2015 | 5.40 | 0.00 |
| COLBE | 02/19/2015 | 0.10 | 0.00 |
| COLBE | 02/20/2015 | 2.40 | 0.00 |
| COLBE | 02/22/2015 | 1.20 | 0.00 |
| COLBE | 02/23/2015 | 4.20 | 0.00 |
| COLBE | 02/24/2015 | 2.20 | 0.00 |
| COLBE | 02/25/2015 | 4.20 | 0.00 |
| COLBE | 02/26/2015 | 1.80 | 0.00 |
| COLBE | 02/27/2015 | 3.40 | 0.00 |

*Handwritten annotations: 27.40; 92.60; 72.20; 12/5/14 0/0/0; 12/12/14 0/0/0; 12/18/14 0/0/0; "Worksheets only" with signature; 2/28/15  7.60*

STND 18-03985-000551

EXHIBIT 1
PART 1 of 2
Page 551 of 1248

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   2

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 02/28/2015 | 7.60 | 0.00 |
| COLBE | 03/01/2015 | 3.20 | 0.00 |
| COLBE | 03/02/2015 | 5.20 | 0.00 |
| COLBE | 03/03/2015 | 4.20 | 0.00 |
| COLBE | 03/04/2015 | 6.10 | 0.30 |
| COLBE | 03/05/2015 | 3.30 | 0.00 |
| COLBE | 03/06/2015 | 2.60 | 0.00 |
| COLBE | 03/07/2015 | 1.60 | 0.00 |
| COLBE | 03/08/2015 | 2.10 | 0.00 |
| COLBE | 03/09/2015 | 5.80 | 0.00 |
| COLBE | 03/10/2015 | 5.60 | 2.40 |
| COLBE | 03/11/2015 | 4.70 | 0.00 |
| COLBE | 03/12/2015 | 2.40 | 0.00 |
| COLBE | 03/13/2015 | 2.70 | 0.00 |
| COLBE | 03/14/2015 | 2.70 | 0.00 |
| COLBE | 03/15/2015 | 3.30 | 0.00 |
| COLBE | 03/16/2015 | 4.70 | 0.00 |
| COLBE | 03/17/2015 | 8.40 | 1.40 |
| COLBE | 03/18/2015 | 6.50 | 0.00 |
| COLBE | 03/19/2015 | 5.50 | 0.00 |
| COLBE | 03/20/2015 | 3.40 | 0.00 |
| COLBE | 03/23/2015 | 6.80 | 0.10 |
| COLBE | 03/24/2015 | 3.90 | 0.00 |
| COLBE | 03/25/2015 | 2.10 | 0.00 |
| COLBE | 03/26/2015 | 6.00 | 0.00 |
| COLBE | 03/27/2015 | 3.60 | 0.00 |
| COLBE | 03/30/2015 | 7.30 | 0.00 |
| COLBE | 03/31/2015 | 1.20 | 1.20 |

√114.90

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 04/01/2015 | 0.90 | 0.00 |
| COLBE | 04/02/2015 | 3.70 | 0.00 |
| COLBE | 04/03/2015 | 4.50 | 0.00 |
| COLBE | 04/06/2015 | 4.60 | 0.00 |
| COLBE | 04/07/2015 | 6.20 | 0.00 |
| COLBE | 04/08/2015 | 7.90 | 0.00 |
| COLBE | 04/09/2015 | 5.30 | 1.70 |
| COLBE | 04/10/2015 | 4.10 | 0.00 |
| COLBE | 04/12/2015 | 3.90 | 0.00 |
| COLBE | 04/13/2015 | 6.50 | 0.00 |
| COLBE | 04/14/2015 | 2.50 | 2.00 |
| COLBE | 04/15/2015 | 4.00 | 1.40 |
| COLBE | 04/16/2015 | 2.50 | 0.00 |
| COLBE | 04/17/2015 | 1.20 | 0.00 |
| COLBE | 04/20/2015 | 4.20 | 0.00 |
| COLBE | 04/21/2015 | 5.30 | 1.00 |
| COLBE | 04/22/2015 | 4.60 | 1.00 |
| COLBE | 04/23/2015 | 4.60 | 1.00 |
| COLBE | 04/24/2015 | 5.50 | 0.00 |
| COLBE | 04/27/2015 | 3.40 | 0.00 |
| COLBE | 04/28/2015 | 5.10 | 1.00 |
| COLBE | 04/29/2015 | 8.20 | 0.00 |
| COLBE | 04/30/2015 | 6.20 | 0.30 |

√104.90

| COLBE | 05/01/2015 | 3.40 | 0.00 |
| COLBE | 05/02/2015 | 0.00 | 6.50 |
| COLBE | 05/03/2015 | 0.00 | 8.00 |

STND 18-03985-000552

**EXHIBIT 1**
**PART 1 of 2**
**Page 552 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   3

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|
| COLBE | 05/04/2015 | 0.90 | 8.40 |
| COLBE | 05/05/2015 | 0.00 | 8.00 |
| COLBE | 05/06/2015 | 4.50 | 8.00 |
| COLBE | 05/07/2015 | 1.50 | 0.00 |
| COLBE | 05/11/2015 | 1.40 | 1.90 |
| COLBE | 05/12/2015 | 4.40 | 3.10 |
| COLBE | 05/13/2015 | 2.60 | 0.00 |
| COLBE | 05/14/2015 | 0.30 | 8.00 |
| COLBE | 05/15/2015 | 4.10 | 8.00 |
| COLBE | 05/16/2015 | 0.00 | 8.00 |
| COLBE | 05/17/2015 | 0.00 | 8.00 |
| COLBE | 05/18/2015 | 5.90 | 0.30 |
| COLBE | 05/19/2015 | 4.90 | 0.00 |
| COLBE | 05/20/2015 | 1.20 | 0.00 |
| COLBE | 05/21/2015 | 2.90 | 6.60 |
| COLBE | 05/22/2015 | 3.90 | 2.30 |
| COLBE | 05/26/2015 | 3.40 | 0.00 |
| COLBE | 05/27/2015 | 5.20 | 0.00 |
| COLBE | 05/28/2015 | 4.00 | 4.50 |
| COLBE | 05/29/2015 | 3.60 | 0.50 |
| COLBE | 06/01/2015 | 5.70 | 0.40 |
| COLBE | 06/02/2015 | 3.40 | 1.60 |
| COLBE | 06/03/2015 | 2.10 | 2.80 |
| COLBE | 06/04/2015 | 3.90 | 1.20 |
| COLBE | 06/05/2015 | 4.40 | 1.50 |
| COLBE | 06/08/2015 | 4.70 | 0.50 |
| COLBE | 06/09/2015 | 5.20 | 0.00 |
| COLBE | 06/10/2015 | 4.90 | 0.20 |
| COLBE | 06/11/2015 | 0.70 | 5.90 |
| COLBE | 06/12/2015 | 4.40 | 0.00 |
| COLBE | 06/15/2015 | 4.40 | 0.00 |
| COLBE | 06/16/2015 | 2.20 | 1.80 |
| COLBE | 06/17/2015 | 2.80 | 0.00 |
| COLBE | 06/18/2015 | 1.20 | 1.00 |
| COLBE | 06/19/2015 | 3.90 | 0.00 |
| COLBE | 06/22/2015 | 4.30 | 0.00 |
| COLBE | 06/23/2015 | 2.30 | 1.00 |
| COLBE | 06/24/2015 | 2.20 | 0.00 |
| COLBE | 06/25/2015 | 2.80 | 1.00 |
| COLBE | 06/26/2015 | 2.10 | 0.00 |
| COLBE | 06/29/2015 | 0.30 | 0.00 |
| COLBE | 06/30/2015 | 0.70 | 0.00 |
| COLBE | 07/01/2015 | 0.60 | 0.00 |
| COLBE | 07/06/2015 | 0.20 | 1.00 |
| COLBE | 07/07/2015 | 2.50 | 0.40 |
| COLBE | 07/08/2015 | 2.40 | 0.80 |
| COLBE | 07/09/2015 | 1.30 | 2.10 |
| COLBE | 07/10/2015 | 5.90 | 0.00 |
| COLBE | 07/11/2015 | 2.10 | 0.00 |
| COLBE | 07/13/2015 | 4.30 | 8.00 |
| COLBE | 07/14/2015 | 0.00 | 8.00 |
| COLBE | 07/15/2015 | 1.80 | 8.00 |
| COLBE | 07/16/2015 | 4.30 | 1.40 |
| COLBE | 07/17/2015 | 3.50 | 2.00 |

*Handwritten annotations: "+3.4 5/1/15"; "√58.10"; "√68.60"; "25.90 to 7/7/15"*

STND 18-03985-000553

**EXHIBIT 1**
**PART 1 of 2**
**Page 553 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date    Mar 24 2016  13:24:13    Page    4

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|
| COLBE | 07/20/2015 | 2.60 | 0.00 |
| COLBE | 07/21/2015 | 6.20 | 0.00 |
| COLBE | 07/22/2015 | 3.90 | 0.50 |
| COLBE | 07/23/2015 | 2.70 | 0.00 |
| COLBE | 07/24/2015 | 4.40 | 0.00 |
| COLBE | 07/25/2015 | 0.20 | 0.00 |
| COLBE | 07/27/2015 | 4.80 | 0.00 |
| COLBE | 07/28/2015 | 5.20 | 0.00 |
| COLBE | 07/29/2015 | 4.10 | 0.00 |
| COLBE | 07/30/2015 | 4.90 | 0.00 |
| COLBE | 07/31/2015 | 6.70 | 0.00 |
| COLBE | 08/01/2015 | 2.10 | 0.00 |
| COLBE | 08/02/2015 | 1.80 | 0.00 |
| COLBE | 08/03/2015 | 4.50 | 0.90 |
| COLBE | 08/04/2015 | 4.00 | 0.00 |
| COLBE | 08/05/2015 | 4.40 | 5.00 |
| COLBE | 08/06/2015 | 0.30 | 8.00 |
| COLBE | 08/07/2015 | 0.30 | 8.00 |
| COLBE | 08/08/2015 | 0.00 | 8.00 |
| COLBE | 08/10/2015 | 2.60 | 0.00 |
| COLBE | 08/11/2015 | 0.80 | 0.40 |
| COLBE | 08/12/2015 | 4.40 | 0.90 |
| COLBE | 08/13/2015 | 2.20 | 3.60 |
| COLBE | 08/14/2015 | 1.00 | 7.00 |
| COLBE | 08/15/2015 | 1.40 | 0.00 |
| COLBE | 08/16/2015 | 2.40 | 0.00 |
| COLBE | 08/17/2015 | 2.90 | 0.00 |
| COLBE | 08/18/2015 | 4.90 | 0.00 |
| COLBE | 08/19/2015 | 7.50 | 0.00 |
| COLBE | 08/20/2015 | 0.50 | 0.00 |
| COLBE | 08/21/2015 | 0.60 | 0.00 |
| COLBE | 08/24/2015 | 3.00 | 0.00 |
| COLBE | 08/25/2015 | 5.90 | 0.00 |
| COLBE | 08/26/2015 | 2.50 | 1.00 |
| COLBE | 08/27/2015 | 4.10 | 3.60 |
| COLBE | 08/28/2015 | 1.70 | 1.70 |
| COLBE | 08/31/2015 | 4.60 | 1.00 |
| COLBE | 09/01/2015 | 2.80 | 0.00 |
| COLBE | 09/02/2015 | 3.00 | 1.70 |
| COLBE | 09/03/2015 | 3.30 | 0.00 |
| COLBE | 09/04/2015 | 3.20 | 0.00 |
| COLBE | 09/05/2015 | 0.40 | 0.00 |
| COLBE | 09/08/2015 | 5.50 | 0.00 |
| COLBE | 09/09/2015 | 4.00 | 0.00 |
| COLBE | 09/10/2015 | 2.00 | 0.00 |
| COLBE | 09/11/2015 | 4.90 | 0.00 |
| COLBE | 09/12/2015 | 1.90 | 0.00 |
| COLBE | 09/13/2015 | 4.20 | 0.00 |
| COLBE | 09/14/2015 | 4.70 | 0.00 |
| COLBE | 09/15/2015 | 4.70 | 0.00 |
| COLBE | 09/16/2015 | 1.80 | 0.00 |
| COLBE | 09/17/2015 | 4.90 | 0.00 |
| COLBE | 09/18/2015 | 0.00 | 8.00 |
| COLBE | 09/19/2015 | 0.00 | 8.00 |

*Handwritten annotations: "45.70 + 28.90", "√74.00", "√10.40", "√51.3 to 9/19"*

STND 18-03985-000554

**EXHIBIT 1**
**PART 1 of 2**
**Page 554 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   5

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|
| COLBE | 09/20/2015 | 0.20 | 6.00 |
| COLBE | 09/21/2015 | 5.10 | 0.00 |
| COLBE | 09/22/2015 | 2.40 | 0.00 |
| COLBE | 09/23/2015 | 3.70 | 0.00 |
| COLBE | 09/24/2015 | 1.00 | 0.00 |
| COLBE | 09/25/2015 | 2.70 | 0.00 |
| COLBE | 09/26/2015 | 0.10 | 0.00 |
| COLBE | 09/27/2015 | 0.10 | 0.00 |
| COLBE | 09/28/2015 | 4.20 | 0.00 |
| COLBE | 09/29/2015 | 3.90 | 0.00 |
| COLBE | 09/30/2015 | 0.40 | 0.00 |
| COLBE | 10/01/2015 | 1.20 | 0.00 |
| COLBE | 10/02/2015 | 0.40 | 0.00 |
| COLBE | 10/05/2015 | 3.40 | 0.00 |
| COLBE | 10/06/2015 | 3.10 | 0.00 |
| COLBE | 10/07/2015 | 4.00 | 0.00 |
| COLBE | 10/08/2015 | 3.60 | 0.00 |
| COLBE | 10/09/2015 | 3.70 | 0.00 |
| COLBE | 10/11/2015 | 3.20 | 0.00 |
| COLBE | 10/12/2015 | 4.90 | 0.00 |
| COLBE | 10/13/2015 | 5.20 | 0.00 |
| COLBE | 10/14/2015 | 4.30 | 0.00 |
| COLBE | 10/15/2015 | 2.60 | 0.00 |
| COLBE | 10/16/2015 | 4.90 | 0.00 |
| COLBE | 10/19/2015 | 2.70 | 0.00 |
| COLBE | 10/20/2015 | 4.20 | 0.00 |
| COLBE | 10/21/2015 | 4.60 | 0.00 |
| COLBE | 10/22/2015 | 2.90 | 0.00 |
| COLBE | 10/23/2015 | 3.30 | 0.00 |
| COLBE | 10/26/2015 | 3.30 | 0.00 |
| COLBE | 10/27/2015 | 4.90 | 0.00 |
| COLBE | 10/28/2015 | 4.50 | 0.00 |
| COLBE | 10/29/2015 | 1.30 | 2.30 |
| COLBE | 10/30/2015 | 0.00 | 3.70 |
| COLBE | 11/02/2015 | 3.90 | 0.00 |
| COLBE | 11/03/2015 | 1.80 | 0.00 |
| COLBE | 11/04/2015 | 4.30 | 0.00 |
| COLBE | 11/05/2015 | 3.60 | 0.00 |
| COLBE | 11/06/2015 | 5.90 | 0.00 |
| COLBE | 11/12/2015 | 2.80 | 0.00 |
| COLBE | 11/13/2015 | 4.70 | 0.00 |
| COLBE | 11/15/2015 | 2.40 | 0.10 |
| COLBE | 11/16/2015 | 3.70 | 0.00 |
| COLBE | 11/17/2015 | 3.50 | 0.00 |
| COLBE | 11/18/2015 | 4.50 | 0.00 |
| COLBE | 11/19/2015 | 6.40 | 0.00 |
| COLBE | 11/20/2015 | 5.40 | 0.00 |
| COLBE | 11/22/2015 | 1.90 | 0.00 |
| COLBE | 11/23/2015 | 5.10 | 0.00 |
| COLBE | 11/24/2015 | 1.30 | 0.00 |
| COLBE | 11/25/2015 | 4.40 | 0.00 |
| COLBE | 11/26/2015 | 1.90 | 0.00 |
| COLBE | 11/27/2015 | 2.40 | 0.00 |
| COLBE | 11/28/2015 | 2.20 | 0.00 |
| | 11/29 | 2.7 | |
| | 11/30 | 5.3 | |

*Handwritten annotations:*
23.5? + 51.3
75.10
76.70
80.1

STND 18-03985-000555

**EXHIBIT 1**
**PART 1 of 2**
**Page 555 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date       Mar 24 2016  13:24:13      Page   6

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 11/29/2015 | 2.70 | 0.00 |
| COLBE | 11/30/2015 | 5.30 | 0.00 |
| COLBE | 12/01/2015 | 7.70 | 0.00 |
| COLBE | 12/02/2015 | 3.50 | 0.00 |
| COLBE | 12/03/2015 | 7.90 | 0.00 |
| COLBE | 12/04/2015 | 4.20 | 0.00 |
| COLBE | 12/07/2015 | 3.10 | 0.00 |
| COLBE | 12/08/2015 | 4.40 | 0.00 |
| COLBE | 12/09/2015 | 5.40 | 0.00 |
| COLBE | 12/10/2015 | 1.70 | 0.00 |
| COLBE | 12/11/2015 | 1.20 | 0.00 |
| COLBE | 12/14/2015 | 4.30 | 0.00 |
| COLBE | 12/15/2015 | 3.50 | 0.00 |
| COLBE | 12/17/2015 | 4.30 | 0.00 |
| COLBE | 12/18/2015 | 4.30 | 0.00 |
| COLBE | 12/21/2015 | 2.20 | 0.00 |
| COLBE | 12/22/2015 | 1.50 | 0.00 |
| COLBE | 12/23/2015 | 1.20 | 0.00 |
| COLBE | 12/28/2015 | 2.40 | 0.00 |
| COLBE | 12/29/2015 | 1.60 | 0.00 |
| COLBE | 12/30/2015 | 1.00 | 0.00 |
| COLBE | 01/04/2016 | 4.00 | 0.00 |
| COLBE | 01/05/2016 | 3.70 | 0.00 |
| COLBE | 01/06/2016 | 2.40 | 0.00 |
| COLBE | 01/07/2016 | 4.00 | 0.00 |
| COLBE | 01/08/2016 | 3.30 | 0.00 |
| COLBE | 01/11/2016 | 4.60 | 0.00 |
| COLBE | 01/12/2016 | 4.20 | 0.00 |
| COLBE | 01/13/2016 | 4.10 | 0.00 |
| COLBE | 01/14/2016 | 4.30 | 0.00 |
| COLBE | 01/15/2016 | 2.60 | 0.00 |
| COLBE | 01/18/2016 | 0.10 | 0.00 |
| COLBE | 01/19/2016 | 1.80 | 0.00 |
| COLBE | 01/20/2016 | 3.50 | 0.00 |
| COLBE | 01/21/2016 | 1.60 | 0.00 |
| COLBE | 01/22/2016 | 5.00 | 0.00 |
| COLBE | 01/25/2016 | 5.50 | 0.00 |
| COLBE | 01/26/2016 | 3.10 | 0.00 |
| COLBE | 01/27/2016 | 2.90 | 0.00 |
| COLBE | 01/28/2016 | 5.20 | 0.00 |
| COLBE | 01/29/2016 | 4.40 | 0.00 |
| COLBE | 02/01/2016 | 1.90 | 0.00 |
| COLBE | 02/02/2016 | 2.10 | 0.00 |
| COLBE | 02/03/2016 | 2.30 | 0.00 |
| COLBE | 02/04/2016 | 3.90 | 0.00 |
| COLBE | 02/05/2016 | 2.00 | 0.00 |
| COLBE | 02/08/2016 | 5.50 | 0.00 |
| COLBE | 02/09/2016 | 3.40 | 0.00 |
| COLBE | 02/10/2016 | 2.60 | 1.10 |
| COLBE | 02/11/2016 | 3.30 | 0.00 |
| COLBE | 02/12/2016 | 2.30 | 0.00 |
| COLBE | 02/15/2016 | 0.00 | 4.80 |
| COLBE | 02/16/2016 | 0.00 | 4.80 |
| COLBE | 02/17/2016 | 0.00 | 4.80 |

165.45

170.3

29.30

EXHIBIT 1
PART 1 of 2
Page 556 of 1248

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date        Mar 24 2016  13:24:13        Page   7

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|
| COLBE | 02/18/2016 | 0.00 | 4.80 |
| COLBE | 02/19/2016 | 0.00 | 4.80 |
| COLBE | 02/22/2016 | 0.00 | 4.80 |
| COLBE | 02/23/2016 | 0.00 | 4.80 |
| COLBE | 02/24/2016 | 0.00 | 4.80 |
| COLBE | 02/25/2016 | 0.00 | 4.80 |
| COLBE | 02/26/2016 | 0.00 | 4.80 |
| COLBE | 02/29/2016 | 0.00 | 4.80 |
| COLBE | 03/01/2016 | 0.00 | 4.80 |
| COLBE | 03/02/2016 | 0.00 | 4.80 |
| COLBE | 03/03/2016 | 0.00 | 4.80 |
| COLBE | 03/04/2016 | 0.00 | 4.80 |
| COLBE | 03/07/2016 | 0.00 | 4.80 |
| COLBE | 03/08/2016 | 0.00 | 4.80 |
| COLBE | 03/09/2016 | 0.00 | 4.80 |
| COLBE | 03/10/2016 | 0.00 | 4.80 |
| COLBE | 03/11/2016 | 0.00 | 4.80 |
| COLBE | 03/14/2016 | 0.00 | 4.80 |
| COLBE | 03/15/2016 | 0.00 | 4.80 |
| COLBE | 03/16/2016 | 0.00 | 4.80 |
| COLBE | 03/17/2016 | 0.00 | 4.80 |
| COLBE | 03/18/2016 | 0.00 | 4.80 |
| COLBE | 03/21/2016 | 0.00 | 4.80 |
| COLBE | 03/22/2016 | 0.00 | 4.80 |
| COLBE | 03/23/2016 | 0.00 | 4.80 |

Grand Total:              1080.1000        432.8000

 349 Records Selected

STND 18-03985-000557

**EXHIBIT 1**
**PART 1 of 2**
**Page 557 of 1248**

```
Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date       Mar 24 2016  13:24:13       Page   8

Timekeeper    Date        Billable Hours   Nonbillable Hours
----------    ----        --------------   -----------------

SQL STATEMENT USED:

        SELECT FROM TABLES: tkdaily

            WHERE CONDITION: (tkdaily.tdinit = 'colbe') AND (tkdaily.tddate >= '12/16/2014')
```

STND 18-03985-000558

**EXHIBIT 1**
**PART 1 of 2**
**Page 558 of 1248**

 

## Dawn Schonberg

| | |
|---|---|
| **From:** | Ballard, Teresa <TeresaBallard@dwt.com> |
| **Sent:** | Friday, March 25, 2016 1:29 PM |
| **To:** | Dawn Schonberg |
| **Subject:** | Additional document and information for Bethany Coleman Fire's LTD appeal |
| **Attachments:** | Bethany Coleman Fire Hours.pdf |

Hello,

Attached please find a document that lists her billable and non-billable hours for the period of 12/16/14 to what has currently been submitted.  Non billable hours can contain hours for conference preparations, attendance to conferences, attending non client meetings, attending firm retreats, interviewing potential new hires to the firm and sick and/or parental leave for some examples.  In regards to minimum hours, an Associate has to work at least 60% of 1800 billable hours each year,  That's 90 billable hours per month or 1080 billable hours per year in order to have insurance coverage.

Please let me know if you need any further information.

Sincerely,

**Teresa Ballard, SPHR | Davis Wright Tremaine LLP**
Benefits Administrator
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8765 | Fax: (206) 757-7765
Email: teresaballard@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

*billable hours*
*12/14 – 3/16*

**EXHIBIT 1**
**PART 1 of 2**
**Page 559 of 1248**

STND 18-03985-000559

```
Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   1
```

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 12/16/2014 | 4.20 | 1.60 |
| COLBE | 12/17/2014 | 2.60 | 1.10 |
| COLBE | 12/18/2014 | 7.20 | 0.00 |
| COLBE | 12/19/2014 | 1.80 | 0.00 |
| COLBE | 12/22/2014 | 0.70 | 0.00 |
| COLBE | 12/23/2014 | 4.50 | 0.00 |
| COLBE | 12/29/2014 | 3.40 | 0.00 |
| COLBE | 12/30/2014 | 1.30 | 0.00 |
| COLBE | 12/31/2014 | 1.70 | 0.00 |
| COLBE | 01/02/2015 | 1.40 | 0.00 |
| COLBE | 01/03/2015 | 0.80 | 0.00 |
| COLBE | 01/05/2015 | 3.70 | 0.00 |
| COLBE | 01/06/2015 | 10.60 | 0.00 |
| COLBE | 01/07/2015 | 1.90 | 0.00 |
| COLBE | 01/08/2015 | 7.60 | 0.00 |
| COLBE | 01/09/2015 | 10.20 | 0.00 |
| COLBE | 01/12/2015 | 2.40 | 3.60 |
| COLBE | 01/13/2015 | 2.70 | 3.40 |
| COLBE | 01/14/2015 | 2.10 | 0.00 |
| COLBE | 01/15/2015 | 2.00 | 0.00 |
| COLBE | 01/16/2015 | 1.90 | 0.00 |
| COLBE | 01/20/2015 | 3.10 | 0.00 |
| COLBE | 01/21/2015 | 6.30 | 0.00 |
| COLBE | 01/22/2015 | 2.60 | 1.00 |
| COLBE | 01/23/2015 | 5.40 | 0.00 |
| COLBE | 01/26/2015 | 4.80 | 1.10 |
| COLBE | 01/27/2015 | 5.10 | 0.00 |
| COLBE | 01/28/2015 | 6.60 | 0.00 |
| COLBE | 01/29/2015 | 5.70 | 0.00 |
| COLBE | 01/30/2015 | 5.70 | 0.00 |
| COLBE | 02/02/2015 | 3.20 | 0.00 |
| COLBE | 02/03/2015 | 4.90 | 0.00 |
| COLBE | 02/04/2015 | 3.80 | 0.00 |
| COLBE | 02/05/2015 | 2.50 | 3.50 |
| COLBE | 02/06/2015 | 3.50 | 6.50 |
| COLBE | 02/07/2015 | 0.00 | 8.00 |
| COLBE | 02/08/2015 | 0.00 | 8.00 |
| COLBE | 02/09/2015 | 0.40 | 8.00 |
| COLBE | 02/10/2015 | 1.20 | 8.00 |
| COLBE | 02/11/2015 | 0.10 | 6.50 |
| COLBE | 02/12/2015 | 3.50 | 2.10 |
| COLBE | 02/13/2015 | 6.30 | 0.00 |
| COLBE | 02/15/2015 | 3.80 | 0.00 |
| COLBE | 02/16/2015 | 2.90 | 0.00 |
| COLBE | 02/17/2015 | 3.60 | 0.00 |
| COLBE | 02/18/2015 | 5.40 | 0.00 |
| COLBE | 02/19/2015 | 0.10 | 0.00 |
| COLBE | 02/20/2015 | 2.40 | 0.00 |
| COLBE | 02/22/2015 | 1.20 | 0.00 |
| COLBE | 02/23/2015 | 4.20 | 0.00 |
| COLBE | 02/24/2015 | 2.20 | 0.00 |
| COLBE | 02/25/2015 | 4.20 | 0.00 |
| COLBE | 02/26/2015 | 1.80 | 0.00 |
| COLBE | 02/27/2015 | 3.40 | 0.00 |

**EXHIBIT 1**
**PART 1 of 2**
**Page 560 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date        Mar 24 2016  13:24:13      Page   2

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 02/28/2015 | 7.60 | 0.00 |
| COLBE | 03/01/2015 | 3.20 | 0.00 |
| COLBE | 03/02/2015 | 5.20 | 0.00 |
| COLBE | 03/03/2015 | 4.20 | 0.00 |
| COLBE | 03/04/2015 | 6.10 | 0.30 |
| COLBE | 03/05/2015 | 3.30 | 0.00 |
| COLBE | 03/06/2015 | 2.60 | 0.00 |
| COLBE | 03/07/2015 | 1.60 | 0.00 |
| COLBE | 03/08/2015 | 2.10 | 0.00 |
| COLBE | 03/09/2015 | 5.80 | 0.00 |
| COLBE | 03/10/2015 | 5.60 | 2.40 |
| COLBE | 03/11/2015 | 4.70 | 0.00 |
| COLBE | 03/12/2015 | 2.40 | 0.00 |
| COLBE | 03/13/2015 | 2.70 | 0.00 |
| COLBE | 03/14/2015 | 2.70 | 0.00 |
| COLBE | 03/15/2015 | 3.30 | 0.00 |
| COLBE | 03/16/2015 | 4.70 | 0.00 |
| COLBE | 03/17/2015 | 8.40 | 1.40 |
| COLBE | 03/18/2015 | 6.50 | 0.00 |
| COLBE | 03/19/2015 | 5.50 | 0.00 |
| COLBE | 03/20/2015 | 3.40 | 0.00 |
| COLBE | 03/23/2015 | 6.80 | 0.10 |
| COLBE | 03/24/2015 | 3.90 | 0.00 |
| COLBE | 03/25/2015 | 2.10 | 0.00 |
| COLBE | 03/26/2015 | 6.00 | 0.00 |
| COLBE | 03/27/2015 | 3.60 | 0.00 |
| COLBE | 03/30/2015 | 7.30 | 0.00 |
| COLBE | 03/31/2015 | 1.20 | 1.20 |
| COLBE | 04/01/2015 | 0.90 | 0.00 |
| COLBE | 04/02/2015 | 3.70 | 0.00 |
| COLBE | 04/03/2015 | 4.50 | 0.00 |
| COLBE | 04/06/2015 | 4.60 | 0.00 |
| COLBE | 04/07/2015 | 6.20 | 0.00 |
| COLBE | 04/08/2015 | 7.90 | 0.00 |
| COLBE | 04/09/2015 | 5.30 | 1.70 |
| COLBE | 04/10/2015 | 4.10 | 0.00 |
| COLBE | 04/12/2015 | 3.90 | 0.00 |
| COLBE | 04/13/2015 | 6.50 | 0.00 |
| COLBE | 04/14/2015 | 2.50 | 2.00 |
| COLBE | 04/15/2015 | 4.00 | 1.40 |
| COLBE | 04/16/2015 | 2.50 | 0.00 |
| COLBE | 04/17/2015 | 1.20 | 0.00 |
| COLBE | 04/20/2015 | 4.20 | 0.00 |
| COLBE | 04/21/2015 | 5.30 | 1.00 |
| COLBE | 04/22/2015 | 4.60 | 1.00 |
| COLBE | 04/23/2015 | 4.60 | 1.00 |
| COLBE | 04/24/2015 | 5.50 | 0.00 |
| COLBE | 04/27/2015 | 3.40 | 0.00 |
| COLBE | 04/28/2015 | 5.10 | 1.00 |
| COLBE | 04/29/2015 | 8.20 | 0.00 |
| COLBE | 04/30/2015 | 6.20 | 0.30 |
| COLBE | 05/01/2015 | 3.40 | 0.00 |
| COLBE | 05/02/2015 | 0.00 | 6.50 |
| COLBE | 05/03/2015 | 0.00 | 8.00 |

**EXHIBIT 1**
**PART 1 of 2**
**Page 561 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date     Mar 24 2016  13:24:13     Page   3

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|
| COLBE | 05/04/2015 | 0.90 | 8.40 |
| COLBE | 05/05/2015 | 0.00 | 8.00 |
| COLBE | 05/06/2015 | 4.50 | 8.00 |
| COLBE | 05/07/2015 | 1.50 | 0.00 |
| COLBE | 05/11/2015 | 1.40 | 1.90 |
| COLBE | 05/12/2015 | 4.40 | 3.10 |
| COLBE | 05/13/2015 | 2.60 | 0.00 |
| COLBE | 05/14/2015 | 0.30 | 8.00 |
| COLBE | 05/15/2015 | 4.10 | 8.00 |
| COLBE | 05/16/2015 | 0.00 | 8.00 |
| COLBE | 05/17/2015 | 0.00 | 8.00 |
| COLBE | 05/18/2015 | 5.90 | 0.30 |
| COLBE | 05/19/2015 | 4.90 | 0.00 |
| COLBE | 05/20/2015 | 1.20 | 0.00 |
| COLBE | 05/21/2015 | 2.90 | 6.60 |
| COLBE | 05/22/2015 | 3.90 | 2.30 |
| COLBE | 05/26/2015 | 3.40 | 0.00 |
| COLBE | 05/27/2015 | 5.20 | 0.00 |
| COLBE | 05/28/2015 | 4.00 | 4.50 |
| COLBE | 05/29/2015 | 3.60 | 0.50 |
| COLBE | 06/01/2015 | 5.70 | 0.40 |
| COLBE | 06/02/2015 | 3.40 | 1.60 |
| COLBE | 06/03/2015 | 2.10 | 2.80 |
| COLBE | 06/04/2015 | 3.90 | 1.20 |
| COLBE | 06/05/2015 | 4.40 | 1.50 |
| COLBE | 06/08/2015 | 4.70 | 0.50 |
| COLBE | 06/09/2015 | 5.20 | 0.00 |
| COLBE | 06/10/2015 | 4.90 | 0.20 |
| COLBE | 06/11/2015 | 0.70 | 5.90 |
| COLBE | 06/12/2015 | 4.40 | 0.00 |
| COLBE | 06/15/2015 | 4.40 | 0.00 |
| COLBE | 06/16/2015 | 2.20 | 1.80 |
| COLBE | 06/17/2015 | 2.80 | 0.00 |
| COLBE | 06/18/2015 | 1.20 | 1.00 |
| COLBE | 06/19/2015 | 3.90 | 0.00 |
| COLBE | 06/22/2015 | 4.30 | 0.00 |
| COLBE | 06/23/2015 | 2.30 | 1.00 |
| COLBE | 06/24/2015 | 2.20 | 0.00 |
| COLBE | 06/25/2015 | 2.80 | 1.00 |
| COLBE | 06/26/2015 | 2.10 | 0.00 |
| COLBE | 06/29/2015 | 0.30 | 0.00 |
| COLBE | 06/30/2015 | 0.70 | 0.00 |
| COLBE | 07/01/2015 | 0.60 | 0.00 |
| COLBE | 07/06/2015 | 0.20 | 1.00 |
| COLBE | 07/07/2015 | 2.50 | 0.40 |
| COLBE | 07/08/2015 | 2.40 | 0.80 |
| COLBE | 07/09/2015 | 1.30 | 2.10 |
| COLBE | 07/10/2015 | 5.90 | 0.00 |
| COLBE | 07/11/2015 | 2.10 | 0.00 |
| COLBE | 07/13/2015 | 4.30 | 8.00 |
| COLBE | 07/14/2015 | 0.00 | 8.00 |
| COLBE | 07/15/2015 | 1.80 | 8.00 |
| COLBE | 07/16/2015 | 4.30 | 1.40 |
| COLBE | 07/17/2015 | 3.50 | 2.00 |

**EXHIBIT 1**
**PART 1 of 2**
**Page 562 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   4

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------------|------------|------------|
| COLBE | 07/20/2015 | 2.60 | 0.00 |
| COLBE | 07/21/2015 | 6.20 | 0.00 |
| COLBE | 07/22/2015 | 3.90 | 0.50 |
| COLBE | 07/23/2015 | 2.70 | 0.00 |
| COLBE | 07/24/2015 | 4.40 | 0.00 |
| COLBE | 07/25/2015 | 0.20 | 0.00 |
| COLBE | 07/27/2015 | 4.80 | 0.00 |
| COLBE | 07/28/2015 | 5.20 | 0.00 |
| COLBE | 07/29/2015 | 4.10 | 0.00 |
| COLBE | 07/30/2015 | 4.90 | 0.00 |
| COLBE | 07/31/2015 | 6.70 | 0.00 |
| COLBE | 08/01/2015 | 2.10 | 0.00 |
| COLBE | 08/02/2015 | 1.80 | 0.00 |
| COLBE | 08/03/2015 | 4.50 | 0.90 |
| COLBE | 08/04/2015 | 4.00 | 0.00 |
| COLBE | 08/05/2015 | 4.40 | 5.00 |
| COLBE | 08/06/2015 | 0.30 | 8.00 |
| COLBE | 08/07/2015 | 0.30 | 8.00 |
| COLBE | 08/08/2015 | 0.00 | 8.00 |
| COLBE | 08/10/2015 | 2.60 | 0.00 |
| COLBE | 08/11/2015 | 0.80 | 0.40 |
| COLBE | 08/12/2015 | 4.40 | 0.90 |
| COLBE | 08/13/2015 | 2.20 | 3.60 |
| COLBE | 08/14/2015 | 1.00 | 7.00 |
| COLBE | 08/15/2015 | 1.40 | 0.00 |
| COLBE | 08/16/2015 | 2.40 | 0.00 |
| COLBE | 08/17/2015 | 2.90 | 0.00 |
| COLBE | 08/18/2015 | 4.90 | 0.00 |
| COLBE | 08/19/2015 | 7.50 | 0.00 |
| COLBE | 08/20/2015 | 0.50 | 0.00 |
| COLBE | 08/21/2015 | 0.60 | 0.00 |
| COLBE | 08/24/2015 | 3.00 | 0.00 |
| COLBE | 08/25/2015 | 5.90 | 0.00 |
| COLBE | 08/26/2015 | 2.50 | 1.00 |
| COLBE | 08/27/2015 | 4.10 | 3.60 |
| COLBE | 08/28/2015 | 1.70 | 1.70 |
| COLBE | 08/31/2015 | 4.60 | 1.00 |
| COLBE | 09/01/2015 | 2.80 | 0.00 |
| COLBE | 09/02/2015 | 3.00 | 1.70 |
| COLBE | 09/03/2015 | 3.30 | 0.00 |
| COLBE | 09/04/2015 | 3.20 | 0.00 |
| COLBE | 09/05/2015 | 0.40 | 0.00 |
| COLBE | 09/08/2015 | 5.50 | 0.00 |
| COLBE | 09/09/2015 | 4.00 | 0.00 |
| COLBE | 09/10/2015 | 2.00 | 0.00 |
| COLBE | 09/11/2015 | 4.90 | 0.00 |
| COLBE | 09/12/2015 | 1.90 | 0.00 |
| COLBE | 09/13/2015 | 4.20 | 0.00 |
| COLBE | 09/14/2015 | 4.70 | 0.00 |
| COLBE | 09/15/2015 | 4.70 | 0.00 |
| COLBE | 09/16/2015 | 1.80 | 0.00 |
| COLBE | 09/17/2015 | 4.90 | 0.00 |
| COLBE | 09/18/2015 | 0.00 | 8.00 |
| COLBE | 09/19/2015 | 0.00 | 8.00 |

STND 18-03985-000563

**EXHIBIT 1**
**PART 1 of 2**
**Page 563 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date       Mar 24 2016 13:24:13     Page 5

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 09/20/2015 | 0.20 | 6.00 |
| COLBE | 09/21/2015 | 5.10 | 0.00 |
| COLBE | 09/22/2015 | 2.40 | 0.00 |
| COLBE | 09/23/2015 | 3.70 | 0.00 |
| COLBE | 09/24/2015 | 1.00 | 0.00 |
| COLBE | 09/25/2015 | 2.70 | 0.00 |
| COLBE | 09/26/2015 | 0.10 | 0.00 |
| COLBE | 09/27/2015 | 0.10 | 0.00 |
| COLBE | 09/28/2015 | 4.20 | 0.00 |
| COLBE | 09/29/2015 | 3.90 | 0.00 |
| COLBE | 09/30/2015 | 0.40 | 0.00 |
| COLBE | 10/01/2015 | 1.20 | 0.00 |
| COLBE | 10/02/2015 | 0.40 | 0.00 |
| COLBE | 10/05/2015 | 3.40 | 0.00 |
| COLBE | 10/06/2015 | 3.10 | 0.00 |
| COLBE | 10/07/2015 | 4.00 | 0.00 |
| COLBE | 10/08/2015 | 3.60 | 0.00 |
| COLBE | 10/09/2015 | 3.70 | 0.00 |
| COLBE | 10/11/2015 | 3.20 | 0.00 |
| COLBE | 10/12/2015 | 4.90 | 0.00 |
| COLBE | 10/13/2015 | 5.20 | 0.00 |
| COLBE | 10/14/2015 | 4.30 | 0.00 |
| COLBE | 10/15/2015 | 2.60 | 0.00 |
| COLBE | 10/16/2015 | 4.90 | 0.00 |
| COLBE | 10/19/2015 | 2.70 | 0.00 |
| COLBE | 10/20/2015 | 4.20 | 0.00 |
| COLBE | 10/21/2015 | 4.60 | 0.00 |
| COLBE | 10/22/2015 | 2.90 | 0.00 |
| COLBE | 10/23/2015 | 3.30 | 0.00 |
| COLBE | 10/26/2015 | 3.30 | 0.00 |
| COLBE | 10/27/2015 | 4.90 | 0.00 |
| COLBE | 10/28/2015 | 4.50 | 0.00 |
| COLBE | 10/29/2015 | 1.30 | 2.30 |
| COLBE | 10/30/2015 | 0.00 | 3.70 |
| COLBE | 11/02/2015 | 3.90 | 0.00 |
| COLBE | 11/03/2015 | 1.80 | 0.00 |
| COLBE | 11/04/2015 | 4.30 | 0.00 |
| COLBE | 11/05/2015 | 3.60 | 0.00 |
| COLBE | 11/06/2015 | 5.90 | 0.00 |
| COLBE | 11/12/2015 | 2.80 | 0.00 |
| COLBE | 11/13/2015 | 4.70 | 0.00 |
| COLBE | 11/15/2015 | 2.40 | 0.10 |
| COLBE | 11/16/2015 | 3.70 | 0.00 |
| COLBE | 11/17/2015 | 3.50 | 0.00 |
| COLBE | 11/18/2015 | 4.50 | 0.00 |
| COLBE | 11/19/2015 | 6.40 | 0.00 |
| COLBE | 11/20/2015 | 5.40 | 0.00 |
| COLBE | 11/22/2015 | 1.90 | 0.00 |
| COLBE | 11/23/2015 | 5.10 | 0.00 |
| COLBE | 11/24/2015 | 1.30 | 0.00 |
| COLBE | 11/25/2015 | 4.40 | 0.00 |
| COLBE | 11/26/2015 | 1.90 | 0.00 |
| COLBE | 11/27/2015 | 2.40 | 0.00 |
| COLBE | 11/28/2015 | 2.20 | 0.00 |

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   6

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|---|---|---|---|
| COLBE | 11/29/2015 | 2.70 | 0.00 |
| COLBE | 11/30/2015 | 5.30 | 0.00 |
| COLBE | 12/01/2015 | 7.70 | 0.00 |
| COLBE | 12/02/2015 | 3.50 | 0.00 |
| COLBE | 12/03/2015 | 7.90 | 0.00 |
| COLBE | 12/04/2015 | 4.20 | 0.00 |
| COLBE | 12/07/2015 | 3.10 | 0.00 |
| COLBE | 12/08/2015 | 4.40 | 0.00 |
| COLBE | 12/09/2015 | 5.40 | 0.00 |
| COLBE | 12/10/2015 | 1.70 | 0.00 |
| COLBE | 12/11/2015 | 1.20 | 0.00 |
| COLBE | 12/14/2015 | 4.30 | 0.00 |
| COLBE | 12/15/2015 | 3.50 | 0.00 |
| COLBE | 12/17/2015 | 4.30 | 0.00 |
| COLBE | 12/18/2015 | 4.30 | 0.00 |
| COLBE | 12/21/2015 | 2.20 | 0.00 |
| COLBE | 12/22/2015 | 1.50 | 0.00 |
| COLBE | 12/23/2015 | 1.20 | 0.00 |
| COLBE | 12/28/2015 | 2.40 | 0.00 |
| COLBE | 12/29/2015 | 1.60 | 0.00 |
| COLBE | 12/30/2015 | 1.00 | 0.00 |
| COLBE | 01/04/2016 | 4.00 | 0.00 |
| COLBE | 01/05/2016 | 3.70 | 0.00 |
| COLBE | 01/06/2016 | 2.40 | 0.00 |
| COLBE | 01/07/2016 | 4.00 | 0.00 |
| COLBE | 01/08/2016 | 3.30 | 0.00 |
| COLBE | 01/11/2016 | 4.60 | 0.00 |
| COLBE | 01/12/2016 | 4.20 | 0.00 |
| COLBE | 01/13/2016 | 4.10 | 0.00 |
| COLBE | 01/14/2016 | 4.30 | 0.00 |
| COLBE | 01/15/2016 | 2.60 | 0.00 |
| COLBE | 01/18/2016 | 0.10 | 0.00 |
| COLBE | 01/19/2016 | 1.80 | 0.00 |
| COLBE | 01/20/2016 | 3.50 | 0.00 |
| COLBE | 01/21/2016 | 1.60 | 0.00 |
| COLBE | 01/22/2016 | 5.00 | 0.00 |
| COLBE | 01/25/2016 | 5.50 | 0.00 |
| COLBE | 01/26/2016 | 3.10 | 0.00 |
| COLBE | 01/27/2016 | 2.90 | 0.00 |
| COLBE | 01/28/2016 | 5.20 | 0.00 |
| COLBE | 01/29/2016 | 4.40 | 0.00 |
| COLBE | 02/01/2016 | 1.90 | 0.00 |
| COLBE | 02/02/2016 | 2.10 | 0.00 |
| COLBE | 02/03/2016 | 2.30 | 0.00 |
| COLBE | 02/04/2016 | 3.90 | 0.00 |
| COLBE | 02/05/2016 | 2.00 | 0.00 |
| COLBE | 02/08/2016 | 5.50 | 0.00 |
| COLBE | 02/09/2016 | 3.40 | 0.00 |
| COLBE | 02/10/2016 | 2.60 | 1.10 |
| COLBE | 02/11/2016 | 3.30 | 0.00 |
| COLBE | 02/12/2016 | 2.30 | 0.00 |
| COLBE | 02/15/2016 | 0.00 | 4.80 |
| COLBE | 02/16/2016 | 0.00 | 4.80 |
| COLBE | 02/17/2016 | 0.00 | 4.80 |

STND 18-03985-000566

**EXHIBIT 1**
**PART 1 of 2**
**Page 565 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   7

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|
| COLBE | 02/18/2016 | 0.00 | 4.80 |
| COLBE | 02/19/2016 | 0.00 | 4.80 |
| COLBE | 02/22/2016 | 0.00 | 4.80 |
| COLBE | 02/23/2016 | 0.00 | 4.80 |
| COLBE | 02/24/2016 | 0.00 | 4.80 |
| COLBE | 02/25/2016 | 0.00 | 4.80 |
| COLBE | 02/26/2016 | 0.00 | 4.80 |
| COLBE | 02/29/2016 | 0.00 | 4.80 |
| COLBE | 03/01/2016 | 0.00 | 4.80 |
| COLBE | 03/02/2016 | 0.00 | 4.80 |
| COLBE | 03/03/2016 | 0.00 | 4.80 |
| COLBE | 03/04/2016 | 0.00 | 4.80 |
| COLBE | 03/07/2016 | 0.00 | 4.80 |
| COLBE | 03/08/2016 | 0.00 | 4.80 |
| COLBE | 03/09/2016 | 0.00 | 4.80 |
| COLBE | 03/10/2016 | 0.00 | 4.80 |
| COLBE | 03/11/2016 | 0.00 | 4.80 |
| COLBE | 03/14/2016 | 0.00 | 4.80 |
| COLBE | 03/15/2016 | 0.00 | 4.80 |
| COLBE | 03/16/2016 | 0.00 | 4.80 |
| COLBS | 03/17/2016 | 0.00 | 4.80 |
| COLBE | 03/18/2016 | 0.00 | 4.80 |
| COLBE | 03/21/2016 | 0.00 | 4.80 |
| COLBE | 03/22/2016 | 0.00 | 4.80 |
| COLBE | 03/23/2016 | 0.00 | 4.80 |

Grand Total:              1080.1000        432.8000

349 Records Selected

**EXHIBIT 1**
**PART 1 of 2**
**Page 566 of 1248**

Timekeeper Daily Hours Table Listing  --  Sorted by Timekeeper, Date      Mar 24 2016  13:24:13      Page   8

| Timekeeper | Date | Billable Hours | Nonbillable Hours |
|------------|------|----------------|-------------------|

SQL STATEMENT USED:

    SELECT FROM TABLES: tkdaily

      WHERE CONDITION: (tkdaily.tdinit = 'colbe') AND (tkdaily.tddate >= '12/16/2014')

STND 18-03985-000567

**EXHIBIT 1**
**PART 1 of 2**
**Page 567 of 1248**



## INTEROFFICE MEMORANDUM - ADDENDUM

**TO: DAWN SCHONBERG, SR. BENEFITS REVIEW SPECIALIST**

**RE: BETHANY COLEMAN-FIRE**

**FROM: PAUL KANGAS, VOCATIONAL CASE MANAGER**

**SUBJECT: OWN OCCUPATION/SCOPE OF LICENSE ADDENDUM**

**CLAIM #: 00VW3181**

**DATE: MARCH 10, 2016**

### Reason for Referral:

This file was re-referred by the Sr. Benefits Review Specialist with the request to determine if the occupation of attorney requires working more than 40 hours per week.

### History:

As noted in the prior review dated January 12, 2016, the Group Policy lists the following definition for Own Occupation:

> Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the usual occupation you are ordinarily performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

> Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.

It was noted that the claimant holds an Active license to practice law in Oregon and, therefore, her Own Occupation, per the Group Policy, is as broad as the scope of her license. The overall occupation of Lawyer was noted to be reasonably represented by the following *Dictionary of Occupational Titles (DOT)* Title, Code, and Definition:

### DOT Title: Lawyer - DOT Code: 110.107-010 - DOT Definition:

Conducts criminal and civil lawsuits, draws up legal documents, advises clients as to legal rights, and practices other phases of law: Gathers evidence in divorce, civil, criminal, and other cases to formulate defense or to initiate legal action. Conducts research, interviews clients, and witnesses and handles other details in preparation for trial. Prepares legal briefs, develops strategy, arguments and testimony in preparation for presentation of case. Files brief with court clerk. Represents client in court, and before quasi-judicial or administrative agencies of

**EXHIBIT 1**
**PART 1 of 2**

STND 18-03985-000568

government. Interprets laws, rulings, and regulations for individuals and businesses. May confer with colleagues with specialty in area of lawsuit to establish and verify basis for legal proceedings. May act as trustee, guardian, or executor. May draft wills, trusts, transfer of assets, gifts and other documents. May advise corporate clients concerning transactions of business involving internal affairs, stockholders, directors, officers and corporate relations with general public. May supervise and coordinate activities of subordinate legal personnel. May prepare business contracts, pay taxes, settle labor disputes, and administer other legal matters. May teach college courses in law. May specialize in specific phase of law.

**Discussion:**

The *Bureau of Labor Statistics, U.S. Department of Labor, Occupational Outlook Handbook, 2016-2017 Edition* notes that "many [Lawyers] work more than the usual 40 hour work week" (see attached printout). However, no statistics are provided to determine if most work more or less than 40 hours per week.

The National Association of Law Placement, Inc. (NALP) surveyed 637 law offices in 2005 with a questionnaire entitled the NALP Workplace Questionnaire (see attached printout). The findings are based on private law offices only; and do not include corporate, government, or public interest organizations. Although this questionnaire is now nearly 11 years old, the findings are likely to remain reasonably relevant to the current practice of law in private law offices – and, therefore, worth consideration. Notably, this questionnaire found that: 71.3% have a written alternative work option policy; 70.6% allow a part-time schedule; 58.7% of attorneys who work a part-time schedule are given bonus consideration; and, in the past 5 years, 60.6% of attorneys who have worked or are working an alternative schedule have made partner.

The State Bar of California surveyed its members in December of 2011 contracting with Hertz Research of Bodega Bay (see attached printout). A random sampling of 10,000 active and inactive members was selected to participate in the survey. Hertz notes that the margin of sampling error was approximately plus or minus 3 percent, with a confidence level of 95 percent. This survey found that: 67% work in private practice; 10% work as in-house counsel; 2% work as public defenders; 2% work as district attorneys; 11% work for a government agency/judiciary; 7% responded with "other"; and 1% were retired. The survey asked the question: "On average, how many hours per week do you work in your law practice?"; and the respondents indicated: 14% work less than 25 hours; 7% work 25-34 hours; 19% work 35-40 hours; 29% worked 41-49 hours; 22% worked 50-59 hours; and 9% worked 60 hours or more. In summary, these results indicate that nearly 40% of attorneys in California do not work more than 40 hours per week.

Other State Bar organizations were contacted, but did not respond (see attached correspondence).

My research and analysis indicates that the occupation of lawyer, as it is generally performed, involves tasks such as research, writing/drafting/dictating legal documents and correspondence, advising clients, gathering evidence, making court appearances, developing strategy, supervising/instructing subordinate legal personnel, conferring with colleagues, and the like. It should be noted that the policy language concerning Material Duties (when considering the occupation of lawyer) speaks to one's knowledge of the law, case preparation, research, writing, strategy preparation, ability to develop legal arguments, and so on. It should also be noted that many lawyers work specifically in a research, writing and advising capacity. The data cited above indicates that working more than 40 hours per week is not a Material Duty of working as a lawyer.

**EXHIBIT 1**
**PART 1 of 2**
**Page 569 of 1248**

STND 18-03985-000569

**Conclusion:**

Based on the information detailed above – and that the claimant's Own Occupation is as broad as the scope of her license – it is reasonable to conclude that the claimant's Own Occupation as a Lawyer does not require working more than 40 hours per week. While some attorney's work in excess of 40 hours per week, the claimant's Own Occupation certainly allows for a schedule that would average 40 hours per week or less.

I hope this information will be of help in your analysis. Please let me know what further assistance, if any, that I can provide in this matter.

*[signature]* , MS, CRC   2/10/16

3

**EXHIBIT 1**
**PART 1 of 2**
**Page 570 of 1248**

STND 18-03985-000570

## Physical Demands – Strength Ratings*

S- Sedentary Work – Exerting up to 10 pounds of force occasionally.  (Occasionally: activity or condition exist up to 1/3 of the time) and/or a negligible amount force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body.  Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.  Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

L- Light Work – Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects.  Physical demand requirements are in excess of those for Sedentary Work.  Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.  NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

M- Medium Work – Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those for Light Work.

H- Heavy Work – Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those Medium Work.

V- Very Heavy Work – Exerting to excess of 100 pounds of force occasionally, and/or in excess to 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those for Heavy Work.

* As described in the Dictionary of Occupational Titles, Fourth Edition Revised 1991 US Department of Labor Employment and Training Administration.

**EXHIBIT 1**
**PART 1 of 2**
**Page 571 of 1248**

STND 18-03985-000571

| | |
|---|---|
| *Name* | Paul Kangas |
| *Title* | Vocational Case Manager |
| *Office* | Employee Benefits |
| *Joined Standard In* | May 2011 |
| *Positions Held at Standard* | Vocational Case Manager |
| *Other Industry Experience* | Vocational Rehabilitation Counselor, September 2009 – May 2011<br>State of Oregon, Office of Vocational Rehabilitation Services<br><br>Vocational Rehabilitation Counselor Intern, January 2009 - August 2009<br>State of Oregon, Office of Vocational Rehabilitation Services<br><br>Counselor Intern, January 2009-August 2009<br>Family Solutions, Inc.<br><br>Family Support Specialist, July 2008-August 2009<br>Family Solutions, Inc. |
| *Professional Designation* | Certified Rehabilitation Counselor, CRC |
| *Education and Training* | • Master of Science - Rehabilitation Counseling; Portland State University, Portland, Oregon<br>• Bachelor of Science; Portland State University, Portland, Oregon<br>• Continuing Education Credits in: Ethics, Motivational Interviewing, Functional Limitations of Traumatic Brain Injury, Case Management, Assessment, Supported Employment, Workers Compensation, Functional Limitations of ADHD, Work Based Vocational Evaluation, Transition from School to Work |

**EXHIBIT 1**
**PART 1 of 2**
**Page 572 of 1248**

STND 18-03985-000572

A to Z Index  |  FAQs  |  About BLS  |  Contact Us          Subscribe to E-mail Updates

Follow Us  |  What's New | Release Calendar | Site Map

Search BLS.gov

| Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta |

OOH HOME  |  OCCUPATION FINDER  |  OOH FAQ  |  OOH GLOSSARY  |  A-Z INDEX  |  OOH SITE MAP  |  EN ESPAÑOL

# OCCUPATIONAL OUTLOOK HANDBOOK

| Search Handbook | Go |

Legal >
## Lawyers

EN ESPAÑOL   PRINTER-FRIENDLY

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook | State & Area Data | Similar Occupations | More Info |

## Work Environment

About this section

Lawyers held about 778,700 jobs in 2014. The industries that employed the most lawyers were as follows:

| | |
|---|---|
| Legal services | 48% |
| Local government, excluding education and hospitals | 7 |
| State government, excluding education and hospitals | 5 |
| Federal government | 5 |
| Finance and insurance | 3 |

About 1 in 5 lawyers were self-employed in 2014.

Lawyers work mostly in offices. However, some travel to attend meetings with clients at various locations, such as homes, hospitals, or prisons. Others travel to appear before courts. Lawyers may face heavy pressure during work, for example during trials or when trying to meet deadlines.



Lawyers typically work in law offices.

## Work Schedules

The majority of lawyers work full time, and many work more than the usual 40 hours per week. Lawyers who are in private practice or those who work in large firms often work additional hours, conducting research and preparing and reviewing documents.

| <- What They Do |                                    | How to Become One -> |

SUGGESTED CITATION:
Bureau of Labor Statistics, U.S. Department of Labor, Occupational Outlook Handbook, 2016-17 Edition, Lawyers,
on the Internet at http://www.bls.gov/ooh/legal/lawyers.htm (visited March 03, 2016).

**Publish Date:** Thursday, December 17, 2015

RECOMMEND THIS PAGE USING:     Facebook    Twitter    LinkedIn

| TOOLS | CALCULATORS | HELP | INFO | RESOURCES |
|---|---|---|---|---|
| Areas at a Glance | Inflation | Help & Tutorials | What's New | Inspector General (OIG) |
| Industries at a Glance | Location Quotient | FAQs | Careers @ BLS | Budget and Performance |
| Economic Releases | Injury And Illness | Glossary | Find It! DOL | No Fear Act |
| Databases & Tables | | About BLS | Join our Mailing Lists | USA.gov |
| Maps | | Contact Us | Linking & Copyright Info | Benefits.gov |
| | | | | Disability.gov |

Freedom of Information Act  |  Privacy & Security Statement  |  Disclaimers  |  Customer Survey  |  Important Web Site Notices

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH

**EXHIBIT 1**
**PART 1 of 2**
**Page 573 of 1248**

STND 18-03985-000573

# NALP Workplace Questionnaire

(percentages based on 637 law offices unless otherwise noted )

### Size of Office Completing Questionnaire
(Figures based on 614 offices)

| | |
|---|---|
| 2-10 lawyers | 2.3% |
| 11-25 lawyers | 7.6 |
| 26-50 lawyers | 11.2 |
| 51-100 lawyers | 15.2 |
| 101-250 lawyers | 20.5 |
| 251-500 lawyers | 15.0 |
| 501+ lawyers | 28.2 |

## Associate Training, Development, and Diversity

**What types of training and professional development opportunities does your organization offer?**

| | |
|---|---|
| In-house training programs | 96.9% |
| External firm-paid seminars | 95.8 |
| CLE | 99.2 |
| Organized/formal mentor program | 86.0 |
| Trial advocacy training | 79.1 |
| Observation opportunities | 93.2 |
| Practice group training | 90.1 |
| Retreats | 75.7 |

**What roles do partners/senior attorneys play in the training of attorneys?**

| | |
|---|---|
| Presenters | 93.1% |
| Develop/design training programs | 90.7 |
| Mentoring | 96.9 |
| Supervise projects | 99.2 |
| One-on-one training | 91.7 |

| | Yes | No | Did Not Answer (DNA) |
|---|---|---|---|
| **Does your organization have a formal evaluation program in place?** | 96.7% | 2.8% | 0.5% |
| Program described as: | | | |
| Annual | 73.9% | | |
| Semi-annual | 42.7 | | |
| Top down | 62.6 | | |
| Bottom up | 11.3 | | |
| Attorney self-evaluation | 54.3 | | |
| Peer review | 8.0 | | |
| Partner review | 57.6 | | |
| 360 Degree | 6.8 | | |

**Activities to increase presence and retention of under-represented groups:**

| | |
|---|---|
| Participation in minority job fairs | 79.0% |
| Outreach to law student groups | 71.7 |
| Directed mentoring efforts | 49.0 |
| Recruitment at schools with large minority enrollment | 63.6 |
| Participation in bar-sponsored programs | 74.1 |
| Involvement of employer committees | 58.9 |

**EXHIBIT 1
PART 1 of 2**

© 2005 NALP — www.nalp.org

STND 18-03985-000574

## Associate Compensation and Benefits

**Associate base salary (excluding bonuses) is determined by:**
(Figures based on 628 offices)

| | |
|---|---|
| A set lock-step system | 42.8% |
| A combination lock-step and merit system | 28.7 |
| A lock-step system with variable component | 16.1 |
| A merit system | 8.4 |

**If not strictly a lock-step system, what criteria are used to determine associate base salaries?** (Figures based on 359 offices that checked other than set lock-step option above)

| | |
|---|---|
| Hours billed | 90.3% |
| Quality of work | 83.5 |
| Overall contribution | 82.1 |
| Pro bono hours | 65.3 |
| Business development | 64.5 |

| | Yes | No | DNA |
|---|---|---|---|
| **Has your organization offered annual bonuses to eligible associates in the past five years?** | 97.2% | 1.7% | 1.1% |

**What factors are used to determine the amount of an associate's bonus?**
(Figures based on 619 offices that indicated "yes" above)

| | |
|---|---|
| Hours billed | 87.6% |
| Quality of work | 83.5 |
| Overall contribution | 82.1 |
| Pro bono hours | 65.3 |
| Business development | 64.5 |

| | Yes | No | DNA |
|---|---|---|---|
| **Are same sex domestic partners afforded the same benefits as spouses of attorneys?** | 66.7% | 26.8% | 6.4% |
| **Are opposite sex domestic partners afforded the same benefits as spouses of attorneys?** | 49.8 | 43.3 | 6.9 |

© 2005 NALP — www.nalp.org

**EXHIBIT 1**
**PART 1 of 2**
**Page 575 of 1248**

STND 18-03985-000575

## Parental Leave/Family Care
## (Benefits in Addition to Those Provided by FMLA)

| | Yes | No | DNA |
|---|---|---|---|
| **Does your organization have a written parental leave or family care policy?** | 86.5% | 12.4% | 1.1% |
| Have one or more attorneys made use of your policy in the past 12 months?* | 94.9 | 4.5 | 0.5 |
| Are attorneys currently using this benefit?* | 92.0 | 7.4 | 0.5 |
| Does your policy include adoptions?* | 90.7 | 6.7 | 2.5 |
| Does your policy cover children/dependents of: | | | |
| Same sex domestic partners?* | 74.2 | 18.3 | 7.4 |
| Opposite sex domestic partners?* | 66.4 | 26.7 | 6.9 |

* Figures based on 551 offices that reported having a written policy.

| | Yes | No | NA or DNA |
|---|---|---|---|
| **Does your organization offer a flexible spending account for:** | | | |
| Dependent care | 91.2% | 5.3% | 3.5% |
| Health care | 92.2 | 4.2 | 3.6 |
| **Does your organization offer use of a childcare facility?** | 45.7% | 52.0% | 2.3% |
| Of those who said yes (291): | | | |
| Is facility for emergency use only? | 87.3 | 12.0 | 0.7 |
| Is facility on-site? | 19.6 | 77.0 | 3.4 |

© 2005 NALP — www.nalp.org

**EXHIBIT 1**
**PART 1 of 2**
**Page 576 of 1248**

STND 18-03985-000576

## Alternative Work Options

| | Yes | No | DNA |
|---|---|---|---|
| Does your organization have a written alternative work option policy? | 71.3% | 25.3% | 3.4% |

| | Yes | No | Case-by-Case | DNA |
|---|---|---|---|---|
| **Does your organization allow:** | | | | |
| Job sharing | 1.6% | 73.3% | 18.4% | 6.7% |
| Flex-time | 28.3 | 27.3 | 38.6 | 5.8 |
| Telecommuting | 32.0 | 25.9 | 36.0 | 6.1 |
| Part-time schedule | 70.6 | 2.5 | 25.6 | 1.3 |

**What determines eligibility for alternative work status?**
(Figures based on 624 offices that offer at least one option above)

| | |
|---|---|
| Case-by-case | 96.5% |
| Minimum time with employer | 19.2 |
| Level of legal experience | 8.5 |

| | Yes | No | Case-by-Case | DNA |
|---|---|---|---|---|
| **Is there a minimum percentage of full-time hours that a part-time attorney must work?** (Figures based on 613 offices allowing part-time schedule either affirmatively or on a case-by-case basis) | 28.1% | 22.3% | 45.2% | 4.4% |
| **Are attorneys who work part-time and exceed their agreed upon part-time hours compensated in some manner for the additional hours?** (Figures based on 613 offices) | 54.6 | 5.2 | 33.8 | 6.4 |

If so, how are they compensated? (Figures based on 542 offices that said yes or case-by-case to compensation)

| | |
|---|---|
| Salary adjustment | 33.0% |
| Bonus consideration | 61.4 |

| | Yes | No | Case-by-Case | DNA |
|---|---|---|---|---|
| **Are attorneys who work alternative schedules given bonus consideration?** (Figures based on offices that allow the alternative on an affirmative and case-by-case basis. Number of offices is shown in parentheses.) | | | | |
| Job sharing (127) | 17.3% | 3.9% | 58.3% | 20.5% |
| Flex-time (426) | 50.0 | 3.5 | 27.7 | 18.8 |
| Telecommuting (433) | 58.2 | 2.5 | 26.8 | 12.5 |
| Part-time schedule (613) | 58.7 | 9.3 | 25.1 | 6.9 |

| | Yes | No | No One Eligible | DNA |
|---|---|---|---|---|
| **In the past 5 years, have attorneys made partner who have worked or are currently working an alternative schedule?** (Figures based on 624 offices offering at least one option: job sharing, telecommuting, flex-time, or part-time work) | 60.6% | 17.3% | 17.1% | 5.0% |

**EXHIBIT 1**
**PART 1 of 2**
**Page 577 of 1248**

STND 18-03985-000577



## Pro Bono Policies and Practices

| Through what internal means do attorneys learn about and/or are assigned pro bono cases? | | | |
|---|---|---|---|
| Circulated memorandum | | 38.0% | |
| Circulated e-mail | | 68.4 | |
| Pro bono coordinator | | 71.1 | |
| Pro bono committee | | 56.8 | |
| Random assignment | | 27.6 | |

| | Yes | No | DNA |
|---|---|---|---|
| If an associate is interested in a particular kind of pro bono in which your organization is not currently engaged, is the associate free to bring in the work for consideration for possible representation by the firm? | 96.4% | 0.9% | 2.7% |

| | Yes | No | NA or DNA |
|---|---|---|---|
| Is billable hour credit given for pro bono work? | 79.7% | 13.0% | 7.2% |
| Is there a maximum that will be credited? (Figures based on 508 who give credit) | 36.4 | 48.0 | 15.6 |
| For bonus consideration, is a pro bono hour equivalent to a billable hour? | 66.2 | 16.2 | 17.6 |

© 2005 NALP — www.nalp.org

**EXHIBIT 1**
**PART 1 of 2**
**Page 578 of 1248**

STND 18-03985-000578

Summary Results
Survey of Members of The State Bar of California
December, 2011

1. Since you were admitted to the State Bar of California, how many years have you been practicing law?

    1. Less than 1 year         6%
    2. 1 - 5 years             14%
    3. 6 - 9 years              9%
    4. 10 - 19 years           21%
    5. 20 or more years        50%

2. Do you currently work as an attorney?

    1. Yes [Skip to Q. 6]      77%
    2. No                      23%

3. Which of the following best describes your current employment situation?

    1. You have a law-related job                              22%
    2. You have a job in which you use
       your legal education                                   28%
    3. You are employed in a job in
       which you do not use your legal education  13%
    4. You are currently unemployed                           26%
    5. Other                                                  11%

4. Are you actively seeking work as an attorney?

    1. Yes                                 11%
    2. No [After this, skip to Q. 16]      89%

5. How long have you been seeking work as an attorney?
   [After this, skip to Q. 16]

    1. Under 3 months            10%
    2. Between 3 and 6 months    15%
    3. Between 6 months and one year 15%
    4. Between 1 and 2 years     31%
    5. More than 2 years         29%

EXHIBIT 1
PART 1 of 2
Page 579 of 1248

STND 18-03985-000579

6. What kind of legal practice do you have?

| | | |
|---|---|---|
| 1. | Private practice | 67% |
| 2. | In-house counsel | 10% |
| 3. | Public Defender | 2% |
| 4. | District Attorney | 2% |
| 5. | Government Agency/Judiciary | 11% |
| 6. | Other | 7% |
| 7. | Retired | 1% |

7. Are you an associate, partner or solo practitioner? [*Ask only of those in private practice*]

| | | |
|---|---|---|
| 1. | Associate | 23% |
| 2. | Partner | 30% |
| 3. | Solo proprietor | 47% |

8. What is your primary area or field of legal practice?

| | | |
|---|---|---|
| 1. | Business/Contracts | 13% |
| 2. | Insurance | 2% |
| 3. | Domestic/Family | 6% |
| 4. | Civil rights/Discrimination | 1% |
| 5. | Real Estate | 5% |
| 6. | Criminal Defense | 6% |
| 7. | Labor and Employment | 7% |
| 8. | Intellectual Property/Copyright/Patent | 4% |
| 9. | Civil Litigation | 19% |
| 10. | Estate/Trust Planning | 6% |
| 11. | Personal Injury | 4% |
| 12. | Other | 27% |

9. Roughly how many attorneys practice in your firm or organization?

| | | |
|---|---|---|
| 1. | Solo | 33% |
| 2. | 2 - 5 | 20% |
| 3. | 6 - 20 | 15% |
| 4. | 21 - 75 | 11% |
| 5. | More than 75 | 22% |

10. Do you ever work as a mediator or arbitrator?

| | | |
|---|---|---|
| 1. | Yes | 20% |
| 2. | No | 80% |

11. Do you do any pro bono work for people of limited means?

    1. Yes             58%
    2. No [*Skip to Q. 13*]    42%

12. Including all types of volunteer legal services you provide, approximately how many hours of pro bono work do you usually perform annually?

    1. 1 - 25 hours       39%
    2. 26 - 50 hours     24%
    3. 51 - 99 hours     11%
    4. 100 - 149 hours   8%
    5. 150 - 199 hours   3%
    6. 200 - 249 hours   2%
    7. 250 hours or more  6%
    8. Not sure         7%

13. On average, how many hours per week do you work in your law practice?

    1. Less than 25 hours  14%
    2. 25 - 34 hours     7%
    3. 35 - 40 hours    19%
    4. 41 - 49 hours    29%
    5. 50 - 59 hours    22%
    6. 60 or more hours   9%

14. Do you use social media such as Facebook or Twitter in your legal practice?

    1. Yes             14%
    2. No [*Skip to Q.16*]   86%

15. Which social media do you use in your legal practice? [*Check all that you use*]

    Facebook       9%
    Twitter         4%
    LinkedIn       8%
    Google+       3%
    MySpace     <1%
    Digg          <1%

STND 18-03985-000581

16. How often do you visit the State Bar website?

    1. Every day/Almost every day        2%
    2. Once or twice a week              11%
    3. Once or twice a month             32%
    4. Rarely                            52%
    5. Never visited [*Skip to Q. 21*]    3%

17. Overall, how would you rate the usefulness of the State Bar website?

    1. Very useful          10%
    2. Useful               55%
    3. Not very useful       11%
    4. Not at all useful      2%
    5. Not certain           22%

18. What features of the State Bar website do you find most useful? [*Check all that you use*]

    1. Attorney search                        76%
    2. MCLE information                        40%
    3. Paying dues online                      36%
    4. Ethics/Rules of Conduct                 23%
    5. Legal news                              19%
    6. Attorney disciplinary summaries         16%
    7. Online CLE                              15%
    8. Articles                                13%
    9. Member Benefits/Products/Services       11%
    10. Bar exam results                       10%
    11. Sections                                9%
    12. Announcements/Events                    9%
    13. Other                                   4%

19. Are there any features of the State Bar website you feel could be improved or you would like to see added in the future?

    1. Yes                        16%
    2. No [*Skip to Q. 21*]        84%

20. What features of the State Bar website do you feel could be improved or added in the future?

    Will be detailed in future report

STND 18-03985-000582



21. Have you ever taken a course for MCLE credit on the Internet?

    1. Yes [*Skip to Q. 23*]   60%
    2. No                 40%

22. Do you think you will take a course for MCLE credit on the Internet in the next two years?

    1. Yes            32%
    2. No             31%
    3. Not certain   37%

23. Do you personally pay the costs of your MCLE courses, or does the firm or organization where you work pay these costs?

    1. You pay              48%
    2. Your firm or organization pays   39%
    3. Some you pay/Sometimes your firm pays   13%

24. Do you feel MCLE courses are helpful or informative?

    1. Yes            68%
    2. No             17%
    3. Not certain   16%

25. Would you please tell us why you feel that way?

    Will be detailed in future report

26. Do you feel substance abuse is a significant problem in the legal profession?

    1. Yes – It is a significant problem   21%
    2. No – It is not a significant problem   27%
    3. Not certain                52%

27. Has the State Bar's requirement that every attorney take one hour of substance abuse training been helpful or informative?

    1. Yes            21%
    2. No             52%
    3. Not certain   27%

**EXHIBIT 1
PART 1 of 2
Page 583 of 1248**

STND 18-03985-000583



28. Have you ever called the State Bar's Ethics Hotline?

    1.  Yes             35%
    2.  No [*Skip to Q. 30*]    65%

29. Was the State Bar's Ethics Hotline helpful in resolving your question?

    1.  Yes             72%
    2.  No              22%
    3.  Not certain      6%

30. Have you ever used any State Bar member discount or insurance programs?

    1.  Yes             24%
    2.  No              76%

31. Are there any other member benefit programs you would like the State Bar to offer?

    1.  Yes             20%
    2.  No [*Skip to Q. 33*]    80%

32. What other member programs or services would you like the State Bar to offer?

    Will be detailed in future report

33. Do you feel the annual $410 California attorney licensing fee is too low, too high or about right?

    1.  Too low         2%
    2.  Too high      60%
    3.  About right    38%

34. Do you receive a monthly email of the online California Bar Journal?

    1.  Yes             74%
    2.  No [*Skip to Q. 38*]    14%
    3.  Not Certain      12%

35. Do you read any part of the Bar Journal?
    [*Among those who answered Yes or Not Certain to previous question*]

    1.  Yes             70%
    2.  No [*Skip to Q. 38*]    30%

36. Which parts or features of the California Bar Journal do you usually use?
    [*Check all that you read or use*]

| | |
|---|---|
| Legal profession news | 47% |
| Discipline summaries | 34% |
| State Bar news | 29% |
| Ethics news | 25% |
| Commentary | 21% |
| MCLE tests for credit | 15% |
| Job announcements | 8% |
| Other | 5% |

37. If there are any additional features you would like to see in the California Bar Journal, please list them below.

    Will be detailed in future report

38. Are you currently an active or inactive member of the bar?

| | | |
|---|---|---|
| 1. | Active | 84% |
| 2. | Inactive [*Skip to Q. 40*] | 16% |

39. Do you, your firm or organization carry malpractice insurance?

| | | |
|---|---|---|
| 1. | Yes | 60% |
| 2. | No | 30% |
| 3. | Not certain | 10% |

40. Do you belong to a local or another type of Bar Association?
    [*Check all that you belong to*]

| | | |
|---|---|---|
| 1. | Local Bar Association | 43% |
| 2. | Minority Bar Association | 6% |
| 3. | Specialty Bar Association | 14% |
| 4. | Women's Bar Association | 4% |
| 5. | Other Bar Association | 17% |
| 6. | Don't belong to other Bar Assoc. | 41% |

STND 18-03985-000585

41. Where is your office located?

|     |                                 |      |
|-----|---------------------------------|------|
| 1.  | Los Angeles area                | 22%  |
| 2.  | Orange/San Diego                | 16%  |
| 3.  | Riverside/San Bernardino        | 2%   |
| 4.  | Ventura/Santa Barbara           | 2%   |
| 5.  | Central Coast                   | 2%   |
| 6.  | San Francisco Bay Area          | 23%  |
| 7.  | Other Northern California       | 4%   |
| 8.  | North Central Valley (Sac. Area North) | 5% |
| 9.  | South Central Valley            | 3%   |
| 10. | Other California                | 1%   |
| 11. | Out of State                    | 12%  |
| 12. | Don't have office               | 8%   |

42. What is your age group?

|    |                   |     |
|----|-------------------|-----|
| 1. | 35 years or less  | 15% |
| 2. | 36 - 39 years     | 7%  |
| 3. | 40 - 44 years     | 10% |
| 4. | 45 - 54 years     | 20% |
| 5. | 55 years or more  | 48% |

43. What is your gender

|    |        |       |
|----|--------|-------|
| 1. | Male   | 60.6% |
| 2. | Female | 39.4% |

44. What is your ethnic or racial background?

|    |                         |       |
|----|-------------------------|-------|
| 1. | White                   | 79.3% |
| 2. | African-American        | 2.7%  |
| 3. | Latino/Hispanic         | 4.2%  |
| 4. | Asian/Pacific Islander  | 7.7%  |
| 5. | Native American         | .6%   |
| 6. | Other                   | 2.6%  |
| 7. | Mixed Race/Ethnicity    | 2.9%  |

45. What is your domestic status?

|    |                                        |       |
|----|----------------------------------------|-------|
| 1. | Single                                 | 16.5% |
| 2. | Separated/Divorced                     | 9%    |
| 3. | Married                                | 69.2% |
| 4. | Living with Someone/Domestic partners  | 5.3%  |

8EXHIBIT 1
PART 1 of 2
Page 586 of 1248

STND 18-03985-000586



46. What is your sexual orientation?

    1. Heterosexual    95.4%
    2. Gay    2.4%
    3. Lesbian    1.2%
    4. Bisexual    1.0%

47. What is the approximate annual income you receive from your legal practice?

    1. Under $50,000    26%
    2. $50,000 - $99,999    22%
    3. $100,000 - $149,999    20%
    4. $150,000 - $199,999    15%
    5. $200,000 - $300,000    9%
    6. More than $300,000    8%

48. How were you contacted about this survey?

    1. Received an email from the State Bar    99.5%
    2. Saw the survey on the State Bar website/Other    .5%

49. Are there any comments you would like to add about any of the topics we discussed in this survey?

    Will be detailed in future report

50. To stay in touch with the needs of our members, the State Bar plans on conducting more surveys like this in the future. Would you be interested in participating in future research studies?

    1. Yes — Would like to participate    52%
    2. No — Would not like to participate [*Skip to end of survey*]    48%

**EXHIBIT 1**
**PART 1 of 2**
**Page 587 of 1248**

STND 18-03985-000587

## Background Facts
## Survey of Members of The State Bar of California
## December, 2011

Our firm was retained by The State Bar of California in November 2011 to conduct a survey of its membership. The primary goal of the research was to determine the current demographic makeup of the State Bar and to assess any significant changes that may have occurred since past surveys were conducted.

The survey also measured member sentiment about a number of other topics including MCLE, State Bar benefit programs, the State Bar website and the California Bar Journal.

The survey was conducted by Hertz Research of Bodega Bay, which also conducted similar demographic surveys of the State Bar membership in 2001 and 2006. Hertz Research designed the survey questionnaire in consultation with State Bar staff.

A random sampling of 10,000 active and inactive members was selected to participate in the survey. On November 30, 2011, selected members were sent an email invitation from the President of the State Bar asking them to participate in the survey, which was conducted entirely online. A reminder email invitation was also sent several days later.

As of the December 9, 2011, deadline, 1,820 surveys were completed and were tabulated for this report. In addition, a link to the survey was posted on the State Bar website. The results of the survey in this report reflect only the random sample.

Regardless of methodology, all polls are potentially affected by a number of factors that may influence their accuracy. A common source for survey inaccuracy is sampling error. The number of respondents largely determines sampling error. Statistical theory indicates that in the case of a survey with this sample size (1,820 total interviews), the margin of sampling error would be approximately plus or minus three percent, with a confidence level of 95 percent.

The margin of sampling error for subgroups of respondents is higher than it is for the overall results. While the survey results should be generally reflective of the demographic makeup of the State Bar membership, analysis of small subgroups should be viewed with that in mind.

Other sources of error can also impact the accuracy of poll results. These include but are not limited to, the percentage of the sampling universe who choose to take part in the survey, the likelihood that respondents are available or connected to the Internet, the wording and ordering of questions, and the techniques used to determine possible survey participants. The cumulative impact of these potential sources of error is impossible to assess precisely.

## Paul Kangas

| | |
|---|---|
| **From:** | ABA Member Service <service@americanbar.org> |
| **Sent:** | Monday, March 07, 2016 4:28 AM |
| **To:** | Paul Kangas |
| **Subject:** | RE: General Questions and Comments# |

Hello,

Thank you for contacting the American Bar Association.

Regrettably we do not have a research librarian on staff to answer specific questions, however you can browse our legal profession statistics webpage at the link below to assist you in your research:

http://www.americanbar.org/resources_for_lawyers/profession_statistics.html

Visit our website at www.americanbar.org or contact us at www.americanbar.org/contactus. For immediate assistance, please call the ABA Service Center at 800-285-2221 or 312-988-5522 Monday-Friday between 9:00 AM and 6:00 PM ET.

Sincerely,


ABA Service Center
American Bar Association
321 North Clark Street
Chicago, IL 60654

T: 800-285-2221
F: 312-988-5528
service@americanbar.org
www.americanbar.org


**From:** paul.kangas@standard.com [mailto:paul.kangas@standard.com]
**Sent:** Thursday, March 03, 2016 4:37 PM
**To:** ABA Member Service
**Subject:** General Questions and Comments#

I am needing to determine if most attorney's work an average of more than 40 hours per week. Can you provide any statistics to indicate the number of hours per week most attorneys work? Thank you in advance for your assistance.
From Paul Kangas
paul.kangas@standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 589 of 1248**

STND 18-03985-000589

**Paul Kangas**

| | |
|---|---|
| **From:** | Paul Kangas |
| **Sent:** | Thursday, March 03, 2016 2:54 PM |
| **To:** | 'info@osbar.org' |
| **Subject:** | Inquiry |

Hello,

I am looking to determine the number of hours most attorneys work per week on average. For example, do most attorneys work an average of more than 40 hours per week? What percentage of attorneys work less than 40 hours per week on average? Can you provide any statistics?

Thank you in advance for your assistance.

**Paul Kangas, MS, CRC | Vocational Case Manager**
***The Standard***
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7549 | Toll Free (800) 628-9696, ext. 7549 | Fax 971.321.6118
paul.kangas@standard.com | www.standard.com

*No response as of 3/10/16. - PK*

**EXHIBIT 1**
**PART 1 of 2**
**Page 590 of 1248**

STND 18-03985-000590

## Paul Kangas

| | |
|---|---|
| **From:** | Paul Kangas |
| **Sent:** | Thursday, March 03, 2016 2:59 PM |
| **To:** | 'media@nysba.org' |
| **Subject:** | Inquiry |

Hello,

I am looking to determine the number of hours most attorneys work per week on average. For example, do most attorneys work an average of more than 40 hours per week? What percentage of attorneys work less than 40 hours per week on average? Can you provide any statistics?

Thank you in advance for your assistance.

**Paul Kangas, MS, CRC | Vocational Case Manager**
*The Standard*
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7549 | Toll Free (800) 628-9696, ext. 7549 | Fax 971.321.6118
paul.kangas@standard.com | www.standard.com

*No response as of 3/10/16. - PK*

**EXHIBIT 1**
**PART 1 of 2**
**Page 591 of 1248**

STND 18-03985-000591



## Paul Kangas

| | |
|---|---|
| **From:** | Debra Carnes <debrac@wsba.org> |
| **Sent:** | Thursday, March 03, 2016 4:45 PM |
| **To:** | Paul Kangas |
| **Subject:** | FW: Inquiry |

Paul:
I was forwarded your question. This is not a question the bar could answer and if you asked 100 attorneys you may get 100 different answers. There are so many different types of law and practices. For instance, fhe hours of big firm attorneys will most likely differ greatly than those that are in-house counsel, etc. Asking directly may be your best source of data on this one.

Regards,
Debra


**Debra Carnes | Chief Communications Officer**
Washington State Bar Association |   206.733.5930 | F 206.727.8321 | debrac@wsba.org
1325 Fourth Avenue, Suite 600 | Seattle, WA 98101-2539 | www.wsba.org

---

**From:** Paul Kangas [mailto:Paul.Kangas@standard.com]
**Sent:** Thursday, March 03, 2016 2:53 PM
**To:** Questions
**Subject:** Inquiry

Hello,

I am looking to determine the number of hours most attorney's work per week on average.  For example, do most attorney's work an average of more than 40 hours per week?  What percentage of attorney's work less than 40 hours per week on average?  Can you provide any statistics?

Thank you in advance for your assistance.

**Paul Kangas, MS, CRC | Vocational Case Manager**
**The Standard**
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7549 | Toll Free (800) 628-9696, ext. 7549 | Fax 971.321.6118
paul.kangas@standard.com | www.standard.com

**EXHIBIT 1**
**PART 1 of 2**
**Page 592 of 1248**

STND 18-03985-000592

**DAWN SCHONBERG**

SENIOR BENEFITS REVIEW SPECIALIST

Standard Insurance Company
(971) 321-8765

3/3/16

Paul — additional information is needed for me to complete the AFU review.

Following two medical reviews, neuropsych has said cl is limited to 40 h/w in her occupation. This grp policy does not have the 40h/w wording in the own occ def. disability.

→ Question: Does the occupation of Attorney generally require working more than 40 h/w?

there is national economy lang in this def of disab.

THE STANDARD

**EXHIBIT 1**
**PART 1 of 2**
**Page 593 of 1248**

STND 18-03985-000593

## INTEROFFICE MEMORANDUM

**TO: DAWN SCHONBERG, BENEFITS REVIEW SPECIALIST, SR.**

**RE: BETHANY COLEMAN-FIRE**

**FROM: PAUL KANGAS, VOCATIONAL CASE MANAGER**

**SUBJECT: OWN OCCUPATION/SCOPE OF LICENSE**

**CLAIM #: 00VW3181**

**DATE: JANUARY 12, 2016**

This file was referred by the Benefits Review Specialist with the request to identify the claimant's Own Occupation as defined by the Group Policy for Professional Services Employers Trust on behalf of Davis Wright Tremaine LLP. This Group Policy indicates the following definition for Own Occupation:

> Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the usual occupation you are ordinarily performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

> Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.

The Employer's Statement, dated 12/23/2014, lists a job title of Associate Attorney at Davis Wright Tremaine LLP. The Employee's Statement, dated 12/3/2014, lists a job title of Associate Attorney; and duties including: "review documents, write legal documents, analyze client matters, do computer and book research. [...] Draft legal memoranda, do legal research, meet with clients." The Job Description also lists a job title of Associate Attorney; and duties such as: "represents clients in criminal and civil litigation and other legal proceedings, draws up legal documents, and manages or advises clients on legal transactions." The claimant's profile from the employer's website notes that she concentrates her practice on litigation; and has experience in a wide variety of legal matters, including bankruptcy, creditor rights, professional liability, and contract disputes.

The Oregon State Bar website was researched and it was found that the claimant is an Active Member of the Bar. She was admitted to the Oregon Bar on 10/6/2011 and her Bar number is 113574.

Given the above information including the Own Occupation definition, the claimant's Own Occupation under the group policy will be considered to be as broad as the scope of her license as an attorney.

*aun acc*

**EXHIBIT 1**
**PART 1 of 2**
**Page 594 of 1248**

STND 18-03985-000594

The Oregon Revised Statutes were reviewed and the following was found, per Volume 1, Chapter 9 regarding the "Duties of an Attorney" and "Bar Membership Required to Practice Law":

## § 9.460[1]
### DUTIES OF ATTORNEYS

An attorney shall:

(1) Support the Constitution and laws of the United States and of this state;

(2) Employ, for the purpose of maintaining the causes confided to the attorney, such means only as are consistent with truth, and never seek to mislead the court or jury by any artifice or false statement of law or fact;

(3) Maintain the confidences and secrets of the attorney's clients consistent with the rules of professional conduct established pursuant to ORS 9.490 (Formulation of rules of professional conduct); and

(4) Never reject, for any personal consideration, the cause of the defenseless or the oppressed. [Amended by 1989 c.1052 §9; 1991 c.726 §5]  ·

## § 9.160[1]
### BAR MEMBERSHIP REQUIRED TO PRACTICE LAW

• EXCEPTIONS

(1) Except as provided in this section, a person may not practice law in this state, or represent that the person is qualified to practice law in this state, unless the person is an active member of the Oregon State Bar.

(2) Subsection (1) of this section does not affect the right to prosecute or defend a cause in person as provided in ORS 9.320 (Necessity for employment of attorney).

(3) An individual licensed under ORS 696.022 (Licensing system for real estate brokers and property managers) acting in the scope of the individual's license to arrange a real estate transaction, including the sale, purchase, exchange, option or lease coupled with an option to purchase, lease for a term of one year or longer or rental of real property, is not engaged in the practice of law in this state in violation of subsection (1) of this section.

(4) A title insurer authorized to do business in this state, a title insurance agent licensed under the laws of this state or an escrow agent licensed under the laws of this state is not engaged in the practice of law in this state in violation of subsection (1) of this section if, for the purposes of a transaction in which the insurer or agent provides title insurance or escrow services, the insurer or agent:

(a) Prepares any satisfaction, reconveyance, release, discharge, termination or cancellation of a lien, encumbrance or obligation;

(b) Acts pursuant to the instructions of the principals to the transaction as scrivener to fill in blanks in any document selected by the principals;

(c) Presents to the principals to the transaction for their selection any blank form prescribed by statute, rule, ordinance or other law; or

(d) Presents to the principals to the transaction for their selection a blank form prepared or approved by a lawyer licensed to practice law in this state for one or more of the following:

(A) A mortgage.

(B) A trust deed.

(C) A promissory note.

(D) An assignment of a mortgagee's interest under a mortgage.

(E) An assignment of a beneficial interest under a trust deed.

(F) An assignment of a seller's or buyer's interest under a land sale contract.

(G) A power of attorney.

**EXHIBIT 1**
**PART 1 of 2**
**Page 595 of 1248**

STND 18-03985-000595

(H) A subordination agreement.

(I) A memorandum of an instrument that is to be recorded in place of the instrument that is the subject of the memorandum.

(5) In performing the services permitted in subsection (4) of this section, a title insurer, a title insurance agent or an escrow agent may not draft, select or give advice regarding any real estate document if those activities require the exercise of informed or trained discretion.

[1] Legislative Counsel Committee, *CHAPTER 9—Attorneys; Law Libraries*, http://www.leg.state.or.us/ors/009.-html (2009) (last accessed Mar. 8, 2010).

Relevant to the above statues, it should be noted, per the Oregon State Bar:

**9.005 Definitions for ORS 9.005 to 9.755.**
    As used in ORS 9.005 to 9.755, unless the context or subject matter requires otherwise:
    (1) "Attorney" and "member" mean a member of the bar.

The Oregon Code of Professional Conduct was researched, and the following was noted concerning the "Unauthorized Practice of Law":

*Rule 5.5 Unauthorized Practice of Law; Multijurisdictional Practice*

(a) A lawyer shall not practice law in a jurisdiction in violation of the regulation of the legal profession in that jurisdiction, or assist another in doing so.

(b) A lawyer who is not admitted to practice in this jurisdiction shall not:

   (1) except as authorized by these Rules or other law, establish an office or other systematic and continuous presence in this jurisdiction for the practice of law; or

   (2) hold out to the public or otherwise represent that the lawyer is admitted to practice law in this jurisdiction.

The above statutes document that one must be licensed in order to practice law in the State of Oregon. Given the above information and the group policy definition of Own Occupation, the claimant's Own Occupation will be considered to be as broad as the scope of her license to practice law in Oregon. The overall occupation of Lawyer would be most reasonably represented by the following *Dictionary of Occupational Titles (DOT)* Title, Code, and Definition; this occupation would be considered Sedentary as it is generally performed.


**DOT Title: Lawyer - DOT Code: 110.107-010 - DOT Definition:**

Conducts criminal and civil lawsuits, draws up legal documents, advises clients as to legal rights, and practices other phases of law. Gathers evidence in divorce, civil, criminal, and other cases to formulate defense or to initiate legal action. Conducts research, interviews clients, and witnesses and handles other details in preparation for trial. Prepares legal briefs, develops strategy, arguments and testimony in preparation for presentation of case. Files brief with court clerk. Represents client in court, and before quasi-judicial or administrative agencies of government. Interprets laws, rulings, and regulations for individuals and businesses. May confer with colleagues with specialty in area of lawsuit to establish and verify basis for legal proceedings. May act as trustee, guardian, or executor. May draft wills, trusts, transfer of assets, gifts and other documents. May advise corporate clients concerning transactions of business involving internal affairs, stockholders, directors, officers and corporate relations with general public. May supervise and coordinate activities of subordinate legal personnel. May prepare business contracts, pay taxes, settle labor disputes, and administer other legal matters. May teach college courses in law. May specialize in specific phase of law.

**EXHIBIT 1**
**PART 1 of 2**
**Page 596 of 1248**

STND 18-03985-000596

For additional information regarding the physical demands, aptitudes, temperaments, and environmental conditions, please refer to the attached document and follow-up with a Vocational Case Manager as necessary.

I hope this information will be of help in your analysis. Please let me know what further assistance, if any, that I can provide in this matter.

*[signature]* , MS, CRC   1/12/16

---

4

**EXHIBIT 1**
**PART 1 of 2**
**Page 597 of 1248**

STND 18-03985-000597

## OSB Membership Directory

New Search

---

### Bethany Lynne Coleman-Fire

| | |
|---|---|
| Bar Number | 113574 |
| <u>Status</u> | Active Member |
| Admit Date | 10/6/2011 |
| Mailing Address | Bethany Lynne Coleman-Fire<br>Davis Wright Tremaine LLP<br>1300 SW 5th Ave Ste 2400<br>Portland OR  97201 |
| County | Multnomah |
| Phone | 503 778-5439 |
| Fax | |
| Email | bethanycolemanfire@dwt.com |
| Website | www.dwt.com/people/bethanlcolemanfire |

---

### Show Disciplinary History

---

If you have trouble locating a member, please call us for assistance at (503) 620-0222 x0, or toll-free in Oregon at (800) 452-8260 x0, or send an email to info@osbar.org

---

**EXHIBIT 1**
**PART 1 of 2**
**Page 598 of 1248**
1/1

STND 18-03985-000598

## Physical Demands – Strength Ratings*

S- Sedentary Work – Exerting up to 10 pounds of force occasionally.  (Occasionally: activity or condition exist up to 1/3 of the time) and/or a negligible amount force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body.  Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.  Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

L- Light Work – Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects.  Physical demand requirements are in excess of those for Sedentary Work.  Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.  NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

M- Medium Work – Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those for Light Work.

H- Heavy Work – Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those Medium Work.

V- Very Heavy Work – Exerting to excess of 100 pounds of force occasionally, and/or in excess to 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those for Heavy Work.

*As described in the Dictionary of Occupational Titles, Fourth Edition Revised 1991 US Department of Labor Employment and Training Administration.*

**EXHIBIT 1**
**PART 1 of 2**
**Page 599 of 1248**

STND 18-03985-000599

| | |
|---|---|
| *Name* | Paul Kangas |
| *Title* | Vocational Case Manager |
| *Office* | Employee Benefits |
| *Joined Standard In* | May 2011 |
| *Positions Held at Standard* | Vocational Case Manager |
| *Other Industry Experience* | Vocational Rehabilitation Counselor, September 2009 – May 2011<br>State of Oregon, Office of Vocational Rehabilitation Services<br><br>Vocational Rehabilitation Counselor Intern, January 2009 - August 2009<br>State of Oregon, Office of Vocational Rehabilitation Services<br><br>Counselor Intern, January 2009-August 2009<br>Family Solutions, Inc.<br><br>Family Support Specialist, July 2008-August 2009<br>Family Solutions, Inc. |
| *Professional Designation* | Certified Rehabilitation Counselor, CRC |
| *Education and Training* | • Master of Science - Rehabilitation Counseling; Portland State University, Portland, Oregon<br>• Bachelor of Science; Portland State University, Portland, Oregon<br>• Continuing Education Credits in: Ethics, Motivational Interviewing, Functional Limitations of Traumatic Brain Injury, Case Management, Assessment, Supported Employment, Workers Compensation, Functional Limitations of ADHD, Work Based Vocational Evaluation, Transition from School to Work |

**EXHIBIT 1**
**PART 1 of 2**
**Page 600 of 1248**

STND 18-03985-000600